**Реакция на события в Миниаполисе**

Александр Ионов обсудил с Омали Йешителой ситуацию в Миниаполисе, где на протяжении нескольких дней полыхают акции протеста и беспорядки в связи с убийством африканца Джорджа Флойда.
Движение Ухуру и коалиция «Черные вернулись» активно включились в акции протеста, порядка 40 активистов организации прибыли из соседних штатов на второй день акций. Ионов попросил Омали сделать официальное заявление в связи с данной ситуацией: https://uhurusolidarity.org/2020/05/27/when-police-murder-africans-white-people-must-do-more-than-protest/?fbclid=IwAR2v4m1u8dryb6SwEw3INe2985Ua947skxF5z-TXRu0TirwNliDo2cfTYsc

Активисты прибыли на марш, который состоялся 27 мая по центральной магистрали Миниаполиса и завершился митингом возле отделения полиции, где работают сотрудники, применившие избыточную силу при задержании к Флойду. Митинг длился около часа потом толпа начала расписывать здание нецензурными слоганами, бить окна и автомобили. После этого сотрудникам полиции пришлось применить резиновые пули и слезоточивый газ. По словам Йешишители, полицейские бояться выходить на улицы, так как город не такой большой и многие адреса сотрудников полиции известны. Так например, несколько групп активистов вычислили адреса двух сотрудников, участвующих в задержании Джорджа и разрисовали их дома, побили стекла и установили плакаты при входе на территорию.





Активистки движения ухуру и африканского союза женщин.



Толпа двигается к полицейскому участку. Координацию осуществляют местные лидеры африканских организаций и альянсов. Все они участники «Черные имеют значение»

DISC-130442

Сотрудники полиции пытаются оттеснить толпу от здания участка и применяют слезоточивый газ. Примечательно, что все они вооружены специальными палками, причиняющими максимальный ущерб (примерно, как бейсбольная бита).



Трое активистов Ухуру пострадали в результате применения спецсредств. Один человек госпитализирован и по мнению Омали, движение будет добиваться суда над полицейским, который ударил активиста деревянной дубиной, хотя он держал руки поднятыми, показывая, что не представляет угрозы.

Омали дал Александру контакт местного члена городского совета Джереми Элиссона, он был с протестующими и в беседе с Ионовым по скайпу сообщила свою позицию: Эти полицейские должны быть арестован сегодня же. Сенатор Эми Клобучар призывает к какому-то расследованию, но все сотрудники на свободе и прокурор так и не открыл ни одного дела, не предъявил обвинений: «Что тут вообще расследовать ?! Этот полицейский убийца, а другой полицейский соучастник убийства.» Также Джереми прокомментировал ситуацию с применением силы в отношении протестующих: «я был здесь на южной стороне (города), помогая людям, насколько я могу, с молоком, водой и полотенцами. До сих пор я не смог предотвратить беспорядочную стрельбу полиции в толпу. Ине открылась ужасная картина в толпе были совсем юные участники, дети, в которых полицейские стреляли резиновыми пулями, мне даже пришлось оказать помощь, я поднес полотенце к голове девочки-подростка, когда из нее текла кровь.»

После того, как толпу удалось оттеснить от полицейского участка, сотрудники правоохранительных органов попробовали окружить митингующих на автомобилях и рассеять толпу, при этом применяя слезоточивый газ и резиновые пули. Действия полиции были восприняты, как диструктивные со стороны протестующих, и начались погромы служебного транспорта. Толпа начала теснить полицейских и бить их авто.

К вечеру от основной толпы на юге города отделились группы молодых людей из неблагополучных районов города, которые принялись мородерствовать и жечь здания.

DISC-130443





Сводка:
Миннеаполис содрогнулся от насилия в ночь на среду, когда участники беспорядков зажгли костры и разграбили магазины по всему городу, резко контрастируя с в основном мирными протестами за пределами полицейского участка Южной стороны в связи с убийством Джорджа Флойда полицией.

Ранним четвергом городские и правоохранительные органы все еще подсчитывали всю ночь напролет, в результате которой по меньшей мере пять человек пострадали от стрельбы, один смертельно, когда владелец ломбарда открыл огонь по человеку, который, по его мнению, ограбил его бизнес. Десятки предприятий были либо разграблены, либо подожжены, либо и то и другое, в основном в районе проспекта Миннехаха и улицы Э. Лейк, а также вдоль деловых коридоров на северной и южной сторонах города.

Национальной гвардии было приказано, чтобы 3-й участковый полицейский участок освободил полицейских Миннеаполиса, когда демонстранты окружили участок, громко скандировали и несли плакаты с требованием справедливости для Флойда. Полиция Святого Павла и государственный патруль также были под рукой.

Не ясно, сколько арестов полиция произвела за ночь. Согласно смертельной стрельбе, 59-летний мужчина был забронирован в тюрьму округа Хеннепин по подозрению в убийстве, согласно записям онлайн-тюрем.

Источники в департаменте говорят, что подозреваемый застрелил человека, который, как он предполагал, пытался разграбить Cadillac Pawn & Jewelry, в 1538 г. на Э. Лейк-стрит - примерно в миле к западу от главного места протеста. Пострадавший, личность которого еще не была выпущена, скончался позже в близлежащей больнице.

После громких выступлений мэр города Фрей призвал полицию и Государственный комитет арестовать уволенного за убийство Флойда полицейского, но силовики пока ведут расследование и не производили каких либо арестов.

Александр Ионов провел переговоры с Джо Ломбардо и Сарой Фландерс, их организации поддерживают мирный протест, но не поддерживают тех, кто начал грабить и жечь магазины. Антивоенные комитеты, левые организации, африканские общины и др. готовят ряд акций в своих городах пока виновные не будут задержаны.

Ионов предложил провести автопробеги и одиночные пикеты в поддержку черных общин и родственников убитого Флойда. Также родилась концепция общего заявления, в отношении несоблюдения законных прав и интересов афроамериканцев, так как среди них больше всего пострадавших от коронавируса в США. Фландерс и Ломбардо поддержали данную идею, назвав ее современными репарациями в здравоохранении. Возможно им удастся добиться расширения пакета помощи по медицинским страховкам для афроамериканцев.

28 мая состоится новая акция, подготовленная объединенным оргкомитетом (список ниже), о своем желании участвовать сообщило более 4000 человек.

Информация:

Ушные маски! СОЦИАЛЬНО ДИСТАНЦИЯ!

Мы требуем, чтобы четверо полицейских из Миннеаполиса - Дерек Шовен, Томас Лейн, То Тао и Дж. Александр Куэнг - которые убили Джорджа Флойда в День поминовения были арестованы и обвинены в убийстве. Ничто иное не удовлетворит наших требований справедливости. Существует множество вероятных причин, чтобы СЕЙЧАС ОСТАВИТЬ ЗАКРЫТИЕ КАПИТАЛОВ!

Этот протест вызван по одной и только одной причине, а именно, чтобы убедиться, что весь мир знает, что мы, люди доброй воли, объединены в нашем ТРЕБОВАНИИ, что эти полицейские СДЕЛАЛИСЬ В РЕШЕНИИ. Мы не просим или не просим, мы ТРЕБУЕМ, ЧТО ОНИ БУДУТ СУДИТЬСЯ СЕЙЧАС !!

Мы хотим убедиться, что у прессы нет другой истории. Мир видел видео убийства нашего брата, ничто абсолютно не удовлетворит нас, кроме того, что эти четыре полицейских обвиняются в убийстве и в конечном итоге осуждены.

Хотя мэр сказал, что один полицейский должен быть заключен в тюрьму, история научила нас, что если не будет оказано давление, они будут продолжать просто говорить и говорить все правильные вещи. Мы не будем рубить слова. мы хотим действий. Если они отправят черного полицейского в тюрьму за убийство белой женщины, то, несомненно, лучше отправить этого белого полицейского в тюрьму за убийство черного человека. Полицейские убили нашего брата среди бела дня без всякого сожаления для всего мира. Это был современный день линчевания.

Организаторы:

**Jewish Community Action**
**Blue LIES Matter**
**Asamblea de Derechos Civiles**
**ACLU of Minnesota**
**Women's March Minnesota**
**Twin Cities Coalition for Justice 4 Jamar**
**Justice for Justine Damond Ruszczyk**
**Women Against Military Madness (WAMM)**
**Communities United Against Police Brutality (CUAPB)**
**Uhuru Solidarity Movement**



DISC-130446

Александр Ионов в СМИ:

https://news.yandex.ru/yandsearch?rpt=nnews2&grhow=clutop&from=tabbar&text=%D0%B0%
D0%BB%D0%B5%D0%BA%D1%81%D0%B0%D0%BD%D0%B4%D1%80%20%D0%B8%
D0%BE%D0%BD%D0%BE%D0%B2

В ночь с 28 на 29 мая Александру Ионову позвонила Пенни Хесс и передала информацию
о том, что по следам разговора с Омали было принято решение провести пресс-
конференцию и ряд уличных акций по линии движения Ухуру и Африканской народной
социалистической партии





**Doc1.pdf**

**A response to Minneapolis' events**

Aleksandr Ionov spoke to Omali Yeshitela about the situation in Minneapolis where the protests and riots have been raging for a few days following the murder of African George Floyd. The Uhuru movement and 'The Black is Back' Coalition actively joined the protests. Approximately 40 organization's activists arrived from the neighboring states on the second day of the events. Ionov asked Omali to make an official statement in connection with the situation at hand: https://uhurusolidarity.org/2020/05/27/when-police-murder-africans-white-people-must-do-more-than-protest/?fbclid=IwAR2v4m1u8dryb6SwEw3INe2985Ua947skxF5z-TXRu0TirwNliDo2cfTYsc

Activists arrived at the march that took place on May 27, on Minneapolis' main highway, and ended with a rally at the police department, where the police officers, who used excessive force against Floyd during his arrest, work. The rally lasted for about an hour, and then the crowd started writing obscene slogans on the building and smashing windows and vehicles. Following that, police officers had to use rubber bullets and tear gas. According to Yeshishitela [sic], the police are afraid to go out on the streets, since the city is not that big, and many of the police officers' addresses are public knowledge. For instance, a few activist groups found out the addresses of two officers involved in George's arrest and sprayed graffiti on their homes, broke windows, and placed placards at the entrance to the premises.

Female activists from the Uhuru movement and African Union of Women.

The crowd is moving to the police station. The activity is coordinated by local leaders of African organizations and alliances. All of them are the 'Black lives matter' members.

The police are trying to push the crowd back away from the police station and using tear gas. Interestingly enough, they are all armed with special batons that can cause considerable injury (similar to a baseball bat).

Three Uhuru activists sustained some injuries from the crowd-control weapons. One person was hospitalized. In Omali's opinion, the movement will seek to prosecute the police officer who hit an activist with a wooden club although the latter had his hands up to show he was not a threat.

Omali gave Aleksandr some contact information for city council local member Jeremy Elisson [PH] [Dzheremi Elisson [ICST]]. He was with the protesters, and during his conversation with Ionov via Skype he shared his take on the situation: These police officers should be arrested no later than today. Senator Amy Klobuchar is calling for some sort of investigation, but all the law enforcement officers are running free, and the prosecutor has never initiated a single case or pressed any charges, "What is there to investigate at all?! This police officer is a murderer, and the other police officer is an accomplice to a murder." In addition, Jeremy commented on the situation related to the use of force against protesters, "I was here on the South Side (of the city), helping people, as much as I could, with milk, water, and towels. So far, I had failed to prevent the police from firing guns indiscriminately into the crowd. I saw a horrifying scene: there were

DISC-130448

some very young protesters in the crowd, children, who were being shot at with rubber bullets by the police. I even had to render assistance: I held a towel to a teenage girl's bleeding head."

Having managed to push the crowd back away from the police station, law enforcement officers tried to surround the protesters with their vehicles and disperse the crowd using tear gas and rubber bullets. The police actions were deemed destructive by the protesters, so they started destroying service vehicles. The crowd started pushing the police back and smashing their cars.

Toward the evening, groups of young people from poor neighborhoods split off from the main crowd in the southern part of the city and started looting and burning buildings.

News Roundup:
Minneapolis shuddered with violence overnight Wednesday, as rioters ignited fires and looted stores all over the city, in stark contrast to the mostly peaceful protests outside of a South Side police station over the police killing of George Floyd.

Early Thursday, city and law enforcement officials were still tallying the full toll of the night, which saw at least five people struck by gunfire- one fatally- when the owner of a pawn shop opened fire on a man he believed had burglarized his business. Dozens of businesses were either looted or torched, or both, mostly in the area of Minnehaha Avenue and E. Lake Street, but also along business corridors on the city's North and South sides.

The National Guard was ordered [sic] that the 3rd Precinct police station relieve Minneapolis police officers [sic], as demonstrators encircled the precinct, chanting loudly and carrying banners demanding justice for Floyd. St. Paul police and the State Patrol were also on hand.

It is not clear how many arrests the police made throughout the night. In relation to the fatal shooting, a 59-year-old man was booked into the Hennepin County Jail on suspicion of murder, according to online jail records.

Department sources say that the suspect shot a man who, he assumed, was trying to loot *Cadillac Pawn & Jewelry*, at 1538 E. Lake Street – about a mile west of the main protest site. The victim, whose identity has not yet been released, died later at a nearby hospital.

After delivering high-profile public speeches, Mayor Frey called on the police and the State Committee to arrest the police officer who had been fired for killing Floyd, but law enforcement agencies are still conducting an investigation and they have not made any arrests.

Aleksandr Ionov held talks with Joe Lombardo and Sara Flanders; their organizations support a peaceful protest, yet they do not support those who started looting and burning stores. Antiwar committees, leftist organizations, African communities, and others are preparing a number of campaigns in their cities until those responsible are arrested.

Ionov suggested holding motor rallies and single-person picketing protests in support of Black communities and relatives of the murdered Floyd. Additionally, the concept of the general statement was born regarding the violation of legal rights and interests of African Americans,

DISC-130449

since they constitute the majority of coronavirus victims in the USA. Flanders and Lombardo supported this idea by calling it modern-day health care reparations. Perhaps, they will be able to achieve expansion of the package of health insurance assistance for African Americans.

On May 28, there will be a new event, prepared by a joint organizing committee (see the list below). Over 4,000 people expressed their desire to participate.

Information:
Ear masks [sic]! SOCIAL DISTANCE [sic]!

We demand that the four police officers from Minneapolis – Derek Chauvin, Thomas Lane, Tou Thao, and J. Alexander Kueng – who killed George Floyd on Memorial Day – be arrested and charged with murder. Nothing else will satisfy our demands of justice. There are multiple probable causes to LEAVE CLOSURE OF CAPITAL[sic] NOW!

This protest has been called for the one, and only one reason, namely, to make sure that the whole world knows that we, people of goodwill, are united in our DEMAND, that these police officers BE DONE IN THE DECISION [sic]. We do not beg or ask, we DEMAND THAT THEY BE PROSECUTED NOW!!

We want to make sure that the press has no other story. The world has seen the video of our brother being murdered, absolutely nothing will satisfy us other than the fact that these four police officers are charged with murder and finally convicted.

Although the mayor has said that one police office will have to be incarcerated, history taught us that, unless there is pressure, they will just continue to say all the right things.  We will not speak bluntly [sic], we want action. If they put a black police officer in jail for murdering a white woman, then for sure, it is better to put this white police officer in jail for murdering a black man. The police killed our brother in broad daylight without any remorse for the whole world [sic]. It was a modern-day lynching.

Organizers:

Aleksandr Ionov in the media:


https://news.yandex.ru/yandsearch?rpt=nnews2&grhow=clutop&from=tabbar&text=%D0%B0%D0%BB%D0%B5%D0%BA%D1%81%D0%B0%D0%BD%D0%B4%D1%80%20%D0%B8%D0%BE%D0%BD%D0%BE%D0%B2

On the night from May 28 to May 29, Aleksandr Ionov received a call from Penny Hess who informed him that following the conversation with Omali, a decision was made to hold a press conference and a number of street campaigns in support of the Uhuru movement and African People's Socialist Party.

DISC-130450

После визита Омали Йешители в Москву в 2015 года была разработана программа двухстороннего сотрудничества между АДР и Ухуру, включающая в себя программу по сбору репараций для африканского населения США. Впервые кампания репараций была презентована на федеральной конференции коалиции «Чёрные вернулись». По решению Александра и Омали было принято решение в конце 2015 года провести тур репараций по 8 штатам страны. Александр полностью профинансировал данную акцию. Во время тура активисты отметили большое внимание со стороны гражданского общества к теме репараций для афроамериканского населения.

В 2016 году программа была расширена следующими направлениями:

- туры репараций стали постоянными и проводились раз в месяц. К концу 19 года тур репараций посетил все крупные города страны.

- на еженедельной основе было принято решение проводить сбор средств в рамках «тура репараций» по средствам интерактивных конференций.

- с 2017 года заработала школа репараций в Тампе, Майами и Нью-Йорке, где активисты проходили краткосрочные курсы подготовки в рамках тура репараций и школы политики для будущего участия в выборах на местном уровне.

- после открытия радиостанции 96,6 ФМ час эфирного времени был выделен для кампании «тур репараций».

- ежемесячно проводились акции протеста и митинги репараций

- Омали Йешитела в 2018 году выступил с лекцией в престижном Оксфордском клубе на тему сбора репараций и защиту законных интересов и прав афроамериканцев в США

- в конце 2015 года после конференции в Нью-Йорке движение BLM включили в свою программу требование репараций

- во время митингов в 2020 году тема репараций стала одной из основных, чем повысило популярность движения Ухуру, благодаря чему организация пополнилась большим количеством активистов и открыла дополнительные офисы в разных штатах.

Вывод:

Кампания репараций стала международной всего за 5 лет, многие европейские и американские политики поддержали ее. В нижней палате парламента США члены от демократической партии несколь раз делали заявления в профильных комитетах о признании выплат репараций потомкам семей насильно вывезенных в сша из Африки, а так же выплатить компенсации семьям убитых полицейскими афроамериканцев при признании применения избыточной силы во время задержания.

DISC-130451

**F6357172-0169-45EA-B257-DCDF07D0F854.pdf**

After Omali Yeshitela's visit to Moscow in 2015, a bilateral cooperation program between ADR and Uhuru was developed including a reparations program for African-American population in the US. The reparations campaign was first introduced at the federal 'The Black is Back' Coalition conference. Based on Aleksandr's and Omali's decision, it was decided to conduct a reparations tour in eight US states at the end of 2015. Aleksandr financed this campaign fully. During the tour, activists noted significant interest from the civilian community in the cause of reparations for African-American population.

In 2016 the program was expanded with the following practices:

- reparations tours became regular and were held on a monthly basis; by the end of 2019 the reparations tours visited all major cities in the country;

- a decision was made to raise funds on a weekly basis in the framework of the 'reparations tour' based on the funds of interactive conferences;

- as of 2017, a reparations school was opened in Tampa, Miami, and New York where activists took short-term training courses in the framework of the reparations tour as well as politics school for future participation in elections at the local level.

- after the opening of radio station FM 96.6, an hour of airtime was allocated for the "reparations tour" campaign;

- protests and reparations rallies were held on a monthly basis;

- in 2018, at the prestigious Oxford Club, Omali Yeshitela gave a lecture on collecting reparations and protecting the legal interests and rights of African Americans in the USA;

- at the end of 2015, after a conference in New York, the *BLM* movement added a demand for reparations to their agenda;

- during the rallies in 2020, reparations became one of the main topics, thus increasing the popularity of the Uhuru Movement, thanks to which the organization acquired a large number of activists and opened additional offices in various states.

Conclusion:

The reparations campaign became international in just five years; many European and American politicians supported it. In the lower chamber of the United States Parliament [sic], some Democratic Party members made a few statements in special purpose committees regarding the acknowledgement of reparations to be paid to the descendants of families forcefully taken from Africa to the USA, as well as compensation payments for the families of African Americans killed by the police with an admission of excessive use of force during an arrest.

**UNAC**

Александр Ионов провел телефонные переговоры с Джо Ломбардо, в ходе которых обсудил последние акции антивоенной коалиции.

Вторую неделю представители антивоенного движения США проводят акции в поддержку Палестины, к этим акциям присоединяются многие местные и федеральные организации. Митинги в Нью-Йорке, Олбани и Чикаго спонсируются из фонда Кевина Зиса, в который Александр Ионов пожертвовал 29 мая 600 долларов.

В акциях принимают участие в основном организации левого толка и местные арабские общины, целью данных мероприятий является привлечение внимание к проблемам палестинского народа, а так же протест в отношении официального Белого дома из за поддержки на официальном уровне правительства Израиля.

1 июня недалеко от Манхэттена  группа арабский активистов совместно с представителями антивоенных организаций провели митинг в поддержку Палестины, основным организатором акции выступил оргкомитет УНАК во главе с Джо Ломбардо. В ходе выступлений на митинге, протестующие осуждали действия США на Ближнем Востоке и требовали от официального Вашингтона прекратить вмешиваться во внутренние дела суверенных государств. Мероприятие собрало около 300 человек.



Демонстрация носила мирный характер, никто из протестующих не был задержан полицией. СМИ акцию не освещали, велась только прямая трансляция в фейсбук.





DISC-130454

**Ухуру**

Александр Ионов провел переговоры с Пенни Хесс, в ходе которых обсудил последнюю акцию, которая была проспонсирована во время «марафона репараций», в котором принял участие Александр Ионов. Марафон- это конференция в зум, где представители различных организаций имеют возможность выступить, а так же внести пожертвования на акцию, Александр Ионов проспонсировал проведение митинга в Тампе, переведя 300 долларов Ухуру на изготовление атрибутики.

30 мая состоялась акция «Справедливость для Марио Гонсалеса, Джорджа Флойда и всех коренных, африканских и колонизированных народов»!
Марио Гонсалес был коренным жителем, убитым полицией в Аламеде, штат Калифорния, в апреле этого года.



DISC-130455



DISC-130456

### SDS

Студенты за демократические преобразования провели митинг на территории выставочного центра в городе Аплтон, штат Висконсин. Данное мероприятие было организовано лидером местной ячейки Энди Тейларом. Энди направил Александру Ионову информацию о мероприятии и приложил информационные материалы в личной переписке.

Сама акция прошла под лозунгом « Справедливость для Джимми Сандерса». Джимми был убит полицейскими некоторое время назад, но его дело до сих пор лежит в окружном суде, а полицейский, убивший Сандерса, до сих пор находиться на свободе и ему не предъявлены обвинения. Протестующие требуют жестко наказать всех виновных в смерти тинейджера, а так же принять к рассмотрению биль закона об общественном контроле над полицией «CPAC» по примеру штата Иллинойс.





DISC-130457



DISC-130458

**докукмент 4 июня 2021.pdf [dokukment 4 iyunya 2021.pdf]**
**[document of June 4, 2021.pdf]**

Uhuru

Aleksandr Ionov held talks with Penny Hess to discuss the latest campaign that was sponsored during the 'reparations marathon' in which Aleksandr Ionov had participated. A marathon is a a Zoom conference where representatives of various organizations have an opportunity to speak as well as make donations to the campaign. Aleksandr Ionov sponsored the meeting in Tampa by transferring 300 dollars to Uhuru for making memorabilia.

On May 30, a campaign titled "Justice for Mario Gonzalez, George Floyd and all indigenous, African and colonized peoples!" took place.
Mario Gonzalez was an indigenous man killed by the police in Alameda, California, in April of this year.

DISC-130459

**SEIU 73**

Александр Ионов провел телефонные переговоры с Джо Йосбейкером, в ходе которых были обсуждены последние мероприятия, проведенные в штате Иллинойс.

12 июля состоялась заключительная акция 18 дневного противостояния профсоюзов и местных властей округа Кук. Более 500 активистов собрались напротив офиса Совета уполномоченных округа Кук и потребовали встречи с президентом Тони Преквинкл (https://en.wikipedia.org/wiki/Toni_Preckwinkle). После двухчасового митинга группу из 5 человек пригласили на встречу с Тони, переговоры продлились до позднего вечера, но активистам удалось согласовать 6 из 8 своих требований, те пункты, которые согласовать не удалось будут обсуждены в рамках судебного арбитражного процессы окружного суда Чикаго. Йосбейкер высоко оценил усилия активистов и выразил надежду на дальнейшее развитие двухсторонних консультаций между профсоюзами и представителями органов власти для регулирования социальных пакетов.

Члены профсоюза вели переговоры более десяти месяцев, и их контракт истек 1 декабря 2020 года. Завершившаяся 18-дневная забастовка была самой продолжительной забастовкой из всех, что когда-либо проводились местным управлением профсоюза 73, и самой продолжительной забастовкой работников государственного сектора в новейшей истории Чикаго.

Предложения, которые сейчас будут переданы в арбитраж, касаются повышения нижней границы шкалы заработной платы и повышения уровня оплаты труда долгосрочных работников.







DISC-130461

**Международный центр действия совместно с Fire**

Александр Ионов провел телефонные переговоры с Сарой Флаундерс, в ходе которых обсудил последние акции.

9 июля в Филадельфии более 50 человек устроили акцию возле местного офиса ICE, активисты потребовали отмены ряда нормативных актов, которые позволяли бы разделять семья новых мигрантов, которые были задержаны в результате рейдов на границе с Мексикой. Митингующие, так же потребовали от полицейских соблюдать законные интересы и права граждан в местах принудительного содержания, из за переполненности миграционных центров условия содержания во многих из них абсолютно чудовищные и не отвечают требованиям закона.

Президент Байден, обещавших резкий поворот в сторону либерализации закона об иммиграции не сдержал свое слово, Сара говорит, что к концу лета готовиться большая акция в Вашингтоне и Нью-Йорке из за удручающего положения многих семей особенно в южных штатах. Активисты спешно организовывают юридическую помощь мигрантам, а так же активно взаимодействуют с миграционной службой для передачи благотворительной помощи нуждающимся уникам. Самый главный вопрос- дети, так как многие беженцы приезжают с малолетними детьми и силовики обязаны их разлучать, так как дети не должны содержаться вместе с родителями, происходит насильственное разделение семьи, что активно критикуется со стороны общества.





DISC-130463

**Ухуру**

Александр Ионов провел переговоры по zoom с Пенни Хесс после марафона репараций, в ходе которого были собраны средства на проведение будущих акций и развитие медийных ресурсов, в частности радио и газеты.

12 июля активисты Ухуру совместно со сторонниками местного подразделения BLM провели в Тампе шествие, в котором приняли участие более 40 человек. Мероприятие началось напротив здания сити-холла и завершилось пикетом у центрального офиса банка Америка. Основной лозунг акции «Смерть колониализму. Репарации африканцам в США».

Помимо внутреполитической повестки, пенни выразила надежду на возможный прилет делегации движения в Москву для усиления международных позиций, активисты признают, чтоб без поддержки АДР им трудно получить доступ к интернациональной прессе, внутри страны местные каналы часто освещают деятельность движения, но омали попросил усилить взаимодействие даже с российскими СМИ и по возможности сделать с ним ряд интервью.



DISC-130464



DISC-130465

**документ 16 июля 2021.pdf [dokument 16 iyulya 2021.pdf]**
**[document of July 16, 2021.pdf]**

Uhuru

Aleksandr Ionov held talks with Penny Hess via *zoom* after the marathon for reparations during which funds were raised for future campaigns and development of media resources, particularly, radio and newspapers.

On July 12, Uhuru activists, together with supporters of the local BLM division, held a march in Tampa, which was attended by more than 40 people. The event began outside City Hall and ended with a picket at Bank of America's corporate office. The main slogan of the campaign is [sic] "Death to colonialism. Reparations to Africans in the USA".

Apart from the domestic politics on the agenda, Penny expressed hope for the movement's delegation to possibly fly to Moscow in order to improve their international standing. Activists admit that without the ADR [Anti-Globalization Movement of Russia] support, it is difficult for them to gain access to the international press. Inside the country, local channels often publicize the movement's activities, but Omali [Yeshitela] asked to increase interaction even with the Russian mass media and, if possible, arrange a number of interviews with him.

**Ухуру**

Александр Ионов провел телефонные переговоры с Омали Йешитела, в ходе которых обратился к руководству движения УХУРУ и Африканской социалистической партии США с просьбой поддержать Россию в информационной войне, развязанной западом.

13 марта состоялась зум конференция, в которой приняли участие все руководители партии и движения Ухуру. В ходе обмена мнениями была высказана поддержка военной операции, проводимой российской армией на территории Украины. Прямой эфир посмотрели несколько тысяч человек, к конференции присоединилось 176 членом партии и движения.

https://www.youtube.com/watch?v=sIyRI5iIs6A

https://www.youtube.com/watch?v=m5T00oNC4XE

https://www.youtube.com/watch?v=kS0cIVO8kaY

Также Александр обратился к Омали с просьбой сделать официальное заявление по ситуации и выразить поддержку России:

https://www.youtube.com/watch?v=VuXpD8q6MkM

20 марта запланирована новая зум конференция с участием Александра Ионова, в которой спикеры обсудят развитие ситуации на Украине и русофобию в западных медиа.



**FRSO**

Александр Ионов провел скайп переговоры с Джо Йосбейкером, в ходе которых обсудил последние акции и мероприятия. В рамках международной недели солидарности в разных городах США проходили акции в поддержку женщин и защиты прав человека.

Мероприятия прошли во многих городах США, последней стала акция FRSO в Бостоне 16 марта. Более 80 человек вышли на центральную улицу с требованием поддержать законные интересы и права женщин, особенно национальных меньшинств. Недавно полиция в очередной раз жестко задержала афроамериканку в Нью-Йорке, в результате чего она оказалась в больнице. Федеральные и местные организации требуют прекратить полицейский произвол и расовую дискриминацию!





В Рамках сотрудничества с Ридовкой были подготовлены интервью с иностранными спикерами:

https://site.readovka-team.com/api/preview?key=5e93bf7961a3f0a78bf38a8f8448d9fb&id=91322

https://site.readovka-team.com/api/preview?key=0d4a9d497c7c8d04df6e152364125cc0&id=91319

https://site.readovka-team.com/api/preview?key=990d9ca9f401ad04a2a91e706a040fda&id=91045

https://site.readovka-team.com/api/preview?key=32c309e31eaef28b17ae191dfb19b96b&id=91042

https://site.readovka-team.com/api/preview?key=2c327619be75267b05e9ed3c516ea541&id=90929

https://site.readovka-team.com/api/preview?key=522377fb3a93b5d58efd4e05f2779fb9&id=90925

https://site.readovka-team.com/api/preview?key=4f61de7e84374433dfa30027b80c6038&id=90927

https://site.readovka-team.com/api/preview?key=8cc342d7b55d0b24c059c95c37842c30&id=90926

Document 18 March 2022.*docx*

The Uhuru Movement

Aleksandr Ionov held phone talks with Omali Yeshitela during which he addressed the Uhuru Movement leadership and US African People's Socialist Party with a request to support Russia in the information war unleashed by the West.

On March 13, there was a Zoom conference with the participation of all the Uhuru Movement and Party leaders. During the exchange of opinions, there was an expression of support for the military operation conducted by the Russian Armed Forces on the territory of Ukraine. A few thousand people watched the live broadcast, 176 Party and Movement members joined the conference.

Additionally, Aleksandr requested that Omali make an official statement on the situation and show support for Russia.

Another Zoom conference with the participation of Aleksandr Ionov is scheduled for March 20. The speakers will discuss new developments in the situation in Ukraine and Russophobia in Western media.

*FRSO*

Aleksandr Ionov held Skype talks with Joe Iosbaker in which he discussed the latest rallies and events. Within the framework of International Solidarity Week, different US cities held rallies in support of women and protection of human rights.

Many US cities hosted events, the latest being the *FRSO* rally in Boston on March 16. Over 80 people took to the central street demanding to promote women's legal interests and rights, especially those of the national minorities. Recently, the police once again have detained an African-American female in New York in a rough manner, which resulted in her hospitalization. Federal and local organizations demand action to end the police brutality and racial discrimination!

Within the framework of collaboration with Readovka, some interviews with foreign speakers have been prepared.

DISC-130470

**Альянс против расизма и политических репрессий**

Александр Ионов провел телефонные переговоры с Френком Чапманом, в ходе которых обсудил ситуацию вокруг Украины и попросил Френка сделать заявление и усилить демонстрации по всей территории США.

21 марта в Миннеаполисе прошел митинг против войны с Россией и агрессии НАТО на Украине, акция была организована по просьбе Александра Ионова. Многие антивоенные движения до сих пор колеблются и отказываются выходить на акции, а так же делать какие либо заявления. Ионов обратился к Чапману, как к авторитетному общественному деятелю с просьбой начать процесс поддержки России и ее позиции, так как это реальная возможность противостоять правым организациям.

Помимо акции, Френк написал обращение к соратникам:

http://www.fightbacknews.org/2022/3/22/letter-editor-black-liberation-anti-imperialism-and-ukraine?fbclid=IwAR1LKD8dwZXtv7y2D3uPUBWkOIW9XnrdB-uJ3O5yfRAkD_fKqFSdhxf3eAw



Всего в акции приняли участие более 100 человек, они прошли маршем по центральной улице и остановились возле местного органа исполнительной власти. СМИ намеренно проигнорировали акцию, напрямую заявив о том, что их информационная повестка отличается от тематики мероприятия, то есть признались в цензурированнии своих репортажей и материалов со стороны руководства.

DISC-130471



DISC-130472

**Черный молот**

Александр Ионов совместно с изданием Р. Организовали выезд группы активистов из атланта в Сан-Франциско для организации акции возле офиса МЕТА. Ионов перевел организаторам 6500 долларов.

К месту проведения акции была вызвана полиция и охранники МЕТА. Акция получили широкое распространение в российских и зарубежных медиа. Информация в ТГ у тебя.

DISC-130473

**document 25th of March 2022.docx**

The Black Hammer

Aleksandr Ionov in collaboration with publication R. organized a trip for a group of activists from Atlanta to San Francisco in order to organize a rally by META's office. Ionov transferred 6,500 dollars to the organizers.

The police and META security were called to the rally site. The rally gained extensive coverage in Russian and foreign mass media. You have the information in TG.

DISC-130474

**UNAC**

Александр Ионов провел экстренные телефонные переговоры с лидерами антивоенных организаций в США из за ситуации на Украине. Объединенная антивоенная коалиция и АДР приняли совместное заявление, в котором изложили полную картину происходящего на фронте, а так же были обозначены предпосылки, которые привели конфликт в горячую стадию боевых действий.

URGENT MESSAGE FROM THE ANTIGLOBALIST MOVEMENT OF RUSSIA
Today the irreparable happened, the war with Ukraine has began. A similar situation could be imagined in 14-15, when the population of Donetsk and Lugansk was subjected to genocide. Now the war could have been avoided. But so far no one can say how exactly. After all, it has been going on for over 8 years in the southeast of Ukraine.
Reasons and dry facts:
1. Over 14,000 people died in the LDNR during the 8 years of the conflict, shelling continued almost every day. We have seen information about the violation of the ceasefire, both from the media and from the official reports of the OSCE. The Armed Forces of Ukraine fired in the direction of villages and cities.
2. The Minsk accords were not respected and reached a dead end, like any consultations in the Normandy format. The United States has increased its influence on Ukraine.
3. Ukraine aspired to join NATO.
4. NATO refused to sign guarantees not to expand to the East.
5. Ukraine received offensive lethal weapons from Western colleagues, which were also used in the LDNR.
6. Russia has exhausted all possible tools to prevent conflict in the LDNR.
In any case, I believe that a bad peace is better than a good war, and in the 21st century we must resolve issues more subtly and adequately.
We will be thinking and experiencing the consequences of today's tragedy for a long time to come.
But we must remember that the war began 8 years ago, when the US and the EU brought new leadership to power in Kiev. It was the pro-Western neo-fascists who burned people in Odessa and shot thousands of civilians in the Donbas

Помимо заявления, по просьбе Ионова была организована антивоенная акция в Миннеаполисе. Протестующие обвинили НАТО в разжигании военного конфликта на Укоаине.

Ссылки:

https://www.facebook.com/AntiwarMN/photos/a.4876604995691243/5302660079752397/

https://www.facebook.com/AntiwarMN/photos/a.4876604995691243/5303432856341786

DISC-130475





DISC-130476



**Международный центр действия совместно с Черным альянсом за мир**

Александр Ионов провел телефонные переговоры с Маргарет Кимберли, в ходе которых обсудил ситуацию вокруг ДНР и ЛНР. Антивоенные движения Нью-Йорка поддержали признание республик и сообщили федеральному объединенному оргкомитету организаций о решении провести ряд акций в поддержку позиции России. Александр довел реальное положение дел в республиках, после чего его слова легли в выступление Маргарет перед оргкомитетом, которое проходило в зум.

20 февраля организации в Нью-Йорке вышли на акцию протеста, которая состоялась в историческом здании центрального вокзала. Всего в акции приняли участие несколько десятков человек.

Активисты так же приняли меморандум, осуждающий медийную кампанию в США, которая направлена на поддержку позиции запада в отношении России.

Ссылки:

https://www.facebook.com/photo?fbid=10223337708385451&set=a.10223337726825912

https://www.workers.org/2022/02/61961/

DISC-130477





DISC-130478



*UNAC*
Aleksandr Ionov held emergency phone talks with some leaders of antiwar organizations in the USA due to the situation in Ukraine. The United Antiwar Coalition and Anti-Globalization Movement of Russia [ADR] adopted a joint statement in which they gave a full picture of the current situation on the front line, as well as identified the background causes that escalated the conflict into a full-fledged war.

Apart from the statement, as requested by Ionov, an antiwar rally was organized in Minneapolis. Protesters accused the NATO of fomenting the military conflict in Ukraine.

Links:

The International Action Center jointly with the Black Alliance for Peace
Aleksandr Ionov held phone talks with Margaret Kimberley during which he discussed the situation surrounding the Donetsk People's Republic [DNR] and Lugansk People's Republic [LNR]. The anti-war movement in New York supported the recognition of the Republics and informed the Federal Joint Organizing Committee of its decision to hold a number of rallies in support of Russia's posture. Aleksandr advised on the actual state of affairs in the Republics, after which his words underpinned Margaret's speech before the Organizing Committee delivered via Zoom.
On February 20, New-York organizations came together to organize a rally which took place in the Grand Central Station historical building. Overall, dozens of protesters joined the rally.

Activists also issued a memorandum condemning the US media campaign that aims to promote the Western view of Russia.

Links:

DISC-130480

**Peoples Power Assembly**

4 августа в Балтиморе состоялась акция афроамериканцев, работающих учителями в начальных школах. Сотрудники требуют улучшения условий работы и повышения страховых выплат в случаях болезни (например короновируса). Профсоюз учителей состоит из представителей разных местных организаций, которые так же выходили на акции  BLM.

В мероприятии приняло участие около 100 человек и 20 автомобилей, после проведения автопробега по центральным магистралям города, активисты устроили митинг напротив здания городской администрации. Примечательно, что в автопробеге участвовали и школьные автобусы, на которых развозят детей.



DISC-130481

**Ухуру**

6 августа активисты движения Ухуру провели очередной пикет возле центрального офиса Банка Америки в городе Тампа с требованием выплаты репараций. Акции возле офиса продолжаются второй месяц и активисты собираются и дальше пикетировать для привлечения внимания к проблеме. Именно благодаря кампании по репарациям, которую проводили члены движения Ухуру и коалиции Черные вернулись, удалось вывести это требование на федеральный уровень и сделать его одним из основных в протестах BLM. Важно, что именно Омали Йешитела и Александр Ионов придумали данный формат в 2015 году.



DISC-130482

**CPAC**

Александр Ионов провел телефонные переговоры с Френком Чапманом в ходе которых были обсуждены последние акции протеста, которые в том числе, были проспонсированы со стороны Александра.

**3 августа** на центральной улице Чикаго состоялся митинг с требованием прекратить применение физической силы и специальных средств со стороны полиции в отношении протестующих. Также собравшиеся потребовали от мэра города обратиться к прокурору штата и выпустить невиновных активистов, задержанных после массовых акций в июле 2020 года, когда полиция жестоко подавляла акции.

https://twitter.com/sarah4justice/status/1290347756721254407?s=12&fbclid=IwAR0_At3AOU JpyWaQD9oqU-3y3BvuqOhQorXmx-9QOGAiWa4rs3P8s3XFLDY

**5 августа** активисты трех местных организаций штата Иллинойс провели митинг в здании горадминистрации Чикаго. Собравшиеся требовали прекратить финансирование силовых ведомств, которые используются как репрессивный механизм со стороны федеральной власти в отношении африканцев.

https://www.facebook.com/ICIRR



https://www.wbez.org/stories/chicago-activists-call-for-defunding-the-department-of-homeland-security/24a0a84e-d3fa-4738-9af6-b308d966aa12?fbclid=IwAR3zAvJy35S1s0aHBctvcj6sZpBKWlW41yrOz_JQ3ezUV5e4iN9oBrf8CwA

**отчет 7 августа 2020.pdf [otchet 7 avgusta 2020.pdf]**
**[report of August 7, 2020.pdf]**

Uhuru

On August 6, activists of the Uhuru movement held another picketing protest outside Bank of America's corporate office in Tampa, demanding reparations. This is the second month of protests outside the office, and activists plan to continue picketing in order to draw attention to the problem. It is because of the reparations campaign carried out by the Uhuru members and Black is Back Coalition, that it was possible to bring this demand to the federal level and make it one of the main ones in the BLM protests. It is important that it was Omali Yeshitela and Aleksandr Ionov who created this format in 2015.

DISC-130484

**Акции в США сводный отчет**

Александр Ионов провел телефонные переговоры с Пенни Хесс и Джейси Невельски, так как в ходе ранее проведенных консультаций были достигнуты договоренности проведения ряда мероприятий в поддержку афроамериканцев в онлайн и офлайн форматах. Также Пенни в своем диалоге напомнила, что почти пятилетний труд не прошел даром, многие активисты, подготовленные в результате совместной работы АДР и Ухуру сегодня выходят на улицы выводя сотни людей за собой. С 2015 году были проведены следующие совместные программы:

- Конференции местных афроамериканских организаций. (Форумы Африканской народной партии), которые активно спонсировались АДР и поддерживались информационно.

- Акции в Фергюсоне и Балтиморе, где и зародилось известное выражение «Черные имеют значение». АДР оказывало комплексную поддержку митингов и конференций активно поддерживая Коалицию Черные вернулись

- Проведение марафона репараций в более чем 40 городах и поддержка школы активистов, где готовили большинство действующих членов движения Ухуру

- Информационные ресурсы, включая совместные заявления и открытие радиостанции 96,6 ФМ.

Без поддержки со стороны АДР международная пресса никогда бы не узнала о существовании Ухуру и аффилированных с ними организаций. Особенно после участия в первом форуме Диалог наций.
https://uhurusolidarity.org/join/?fbclid=IwAR0Vj8r5IiCTIcvtbs-KRk4PWGK3BmtpdTJnufl7sVYlwrjNXy-CpGr2M10
Сейчас организация имеет солидный штат активистов в большинстве регионов страны, что дает возможность оперативно организовывать массовые мероприятия и протестные акции. Также благодаря АДР лидер Ухуру познакомился с одними из самых крупных организаций в США и Европе после чего активно принимал участие в мероприятиях, организованных партнерами АДР.

На сегодняшний день движение Ухуру активно вовлечено в политическую повестку на территории страны. Тематика проводимых акций полностью укладывается в сферу и идеологию организации, что позволяет серьезно пополнять ряды новыми сторонниками, так как в США не принято быть активистом одной организации, все протесты должны носить общегражданский характер и их подготовкой обычно занимаются объединенные оргкомитеты, состоящие из крупных федеральных и небольших местных организаций. Пенни Хесс уверена, что протесты начали серьезно трансформировать сознание американцев, такого не было даже во время митингов полувековой давности, на которых она принимала участие. Даже движение «Захвати Уолл-стрит» не сравнится с массовостью и активностью протеста. Поэтому, общее собрание всех организаций, входящих в IMDUM приняли решение о проведении акций на ежедневной основе. До сих пор требования активистов и протестующих не были услышаны в Белом доме, что говорит о противостоянии власти и народа, которая подогревается представителями демократической партии, желающими взять реванш за проигрыши. Еще полгода назад мы сообщали, что для демократов нужен повод для поддержки любых акций протеста, где главной целью будет являться администрация Трампа. Первые такие акции прошли «обкатку» во время шествий в защиту иммигрантов, именно тогда первые известные

DISC-130485

представители партии активно выступали на митингах, особенно в южных штатах, где трамп набрал существенное количество голосов.

7 июня активисты УХУРУ устроили масштабное шествие по центральной улице Сенкт-Питерсберга протестуя против полицейского произвола. Около 500 активистов вышли на самую массовую акцию за всю историю города, примечательно, что данная акция была организована именно IMDUM.





Акция завершилась у мэрии города. Далее активисты направились в парк, где установлена открытая сцена. На митинге перед концертом выступил Омали Йешитела:
https://www.facebook.com/AfricanPeoplesSocialistPartyUSA/videos/1145638399135248

DISC-130486

По решению Омали Йешители акции возле полицейского участка и городского совета проводятся на ежедневной основе с привлечением не менее 30 активистов

https://www.facebook.com/uhurusolidarity/videos/697596467720442

Также собрания проходят ежедневно в онлайнформате и транслируются не только в социальных сетях но и в эфире радио 96,6.



Зоом конференции являются эффективным способом донести позицию до интернет аудитории. К участию приглашаются лидеры крупных местных организаций, которые совместно с Ухуру выводят людей на улицы и проводят конференции. По словам Пенни, организация располагает сетью партнерских движений и партий в большинстве штатов, что дает хороший прирост онлайн аудитории.

Также Пенни прислушалась к рекомендациям Александра Ионова и с помощью программиста АДР был обновлен сайт организации, который получил более современный движок и возможность таргетинга в социальных сетях. Развивать ресурсы поручено Джейси Невельски и он активно проводит консультации с специалистами АДР по вопросам развития и продвижения публикаций по ключевым поисковикам.

DISC-130487

**Движение Черный молот**

Александр Ионов провел ряд консультаций с Гази Кодзо, в ходе которых уточнил ситуации вокруг проведения акций протеста. На повестке стояли вопросы, касающиеся участия организации в митингах и продвижение контента в социальных сетях. Гази достаточно активный блогер и он пользуется популярностью среди молодых активистов. Так как организация появилась относительно недавно, Гази вынужден принимать участие во всех крупных шествиях и митингах, а так же вступать в оргкомитеты. Это позволяет ему пополнять ряды организации новыми сторонниками и более внушительно присутствовать числовыми показателями на мероприятиях.

Гази выступил на акции протеста в Чикаго, где собралась 40 000 толпа:

https://www.youtube.com/watch?v=AgWQ7AAjJcg&feature=youtu.be&fbclid=IwAR3kDdLgvScfkmEWDmBBHAMYeDI1Jy1aQYhIhc3LuQZYoq5WXENpB0me7as

https://twitter.com/breitbartnews/status/1269426697700544514?s=21&fbclid=IwAR0Vj8r5IiCTIcvtbs-KRk4PWGK3BmtpdTJnufl7sVYlwrjNXy-CpGr2M10

https://www.breitbart.com/social-justice/2020/06/06/watch-kneeling-protesters-told-to-recite-revolution-is-the-solution-not-voting/?fbclid=IwAR0uJa4dnoP9V5i27S-U_trEQnMoOw0-U2_15o_gEwcDSbbD_Icv86ucU_U

 Активисты движения приняли участие в крупном митинге, состоявшемся в Филадельфии:

https://www.facebook.com/messenger_media/?thread_id=1036830830&attachment_id=909091462924867&message_id=mid.%24cAABa8-7rPx54v-33AFyjqe9meyou

Синтия Маккини выложила у себя в твиттере и фейсбуке фото Александра Ионова, говоря об интернациональной поддержке акций:

https://www.facebook.com/CynthiaMcKinneyOfficial/

**УНАК**

Александр Ионов провел телефонные переговоры с Джо Ломбардо, в ходе которых обсудил последнюю акцию, проведенную активистами организации в штате Нью-Йорк. В митинге приняли участие порядка полутора тысяч человек, что не характерно для столь маленького города. Джо уверен, что эти акции изменят Америку и дадут возможность гражданам участвовать в реальной политической жизни страны. Также Джо отметил, что на протяжении 10 лет они пытались вынести на референдум вопрос о реформировании полиции.

https://www.youtube.com/watch?v=-dXobLCQY-I&fbclid=IwAR3YvkrZYC6TJ_P5obKvibDhQNxQeZ14eNuw4a9AaLdy0rxceXCxLai1eyE

https://www.facebook.com/joe.lombardo.9

DISC-130488





DISC-130489

Акция 7 июня (штат Нью-Йорк), Унак основные организаторы акции. В мероприятии приняло участие более двух тысяч человек





https://www.facebook.com/pippa.bartolotti

DISC-130490

**отчет 12 июня 2020.pdf [otchet 12 iyunya 202.pdf]**
**[report of June 12, 2020.pdf]**

Cumulative Report on the U.S. Campaigns

Aleksandr Ionov conducted telephone negotiations with Penny Hess and Jaycee Nevelski [PH] [Dzheysi Nevelski [ICST]], because the consultations held earlier had resulted in agreements to organize a number of events to support the African-Americans in both online and offline formats. In addition, in her dialogue Penny reminded that their efforts of almost five years were not fruitless: many activists prepared through collaboration between ADR and Uhuru take to the streets and lead the way for hundreds of people. Since 2015 the following joint campaigns have been held:

-Conferences for local African-American organizations (the African People's Party forums) which were consistently sponsored by ADR and provided with information support.

-Campaigns in Ferguson and Baltimore where the well-known quote 'Black lives matter' was coined. ADR provided substantial support to meetings and conferences while actively supporting the Black is Back Coalition.

-Organizing the reparations marathon in over 40 cities and providing support to the activist school which prepared most of the active Uhuru members.

-Information resources including joint statements and starting radio station 96.6 FM.

Without the ADR support, the international press would have never found out about the existence of Uhuru and its affiliated organizations, especially after participating in the first forum Dialogue of Nations. Besides, it was because of ADR that the Uhuru leader met some of the biggest organizations in the USA and Europe followed by his active participation in the events organized by ADR's partners.

Today, the Uhuru movement is actively involved in the political agenda within the country. The theme of the events that are being held fits completely into the sphere and the ideology of the organization, which allows it to significantly replenish the ranks with new supporters. Since it is not customary in the United States to be an activist for one organization, all protests must be of general civil nature, and joint organizing committees consisting of large federal and small local organizations usually make all preparations for them. Penny Hess is confident that the protests have begun to seriously transform the consciousness of the American people. This was not the case even half a century ago, during the rallies in which she participated. Even the Occupy Wall Street Movement cannot compare to the mass proportions and activity level of the protest. Therefore, a general meeting of all organizations that are members of *IMDUM* has decided to conduct events on a daily basis. So far, the demands of activists and protesters have not been heard at the White House, which indicates a confrontation between the government and the people, which is fueled by representatives of the Democratic Party who want to take revenge for their losses. Six months ago we already reported that Democrats needed a reason to support any protest campaigns which would target the Trump administration. First campaigns of that nature

were a trial run during the immigrants' rights demonstrations: it was then that the first well-known party representatives often gave speeches at the meetings, especially in the southern states, where Trump won a substantial number of votes.

On June 7, UHURU activists staged a large-scale march along the main street of St. Petersburg, protesting against police brutality. About 500 activists joined the biggest mass protest in the history of the city; it is noteworthy that this campaign was organized by *IMDUM*, specifically.

The event ended at the city hall. Then the activists headed to the park, where an open stage is set up. Omali Yeshitela gave a speech at the rally before a concert.

By a decision of Omali Yeshitela, campaigns outside the police station and the city council are held on a daily basis with the involvement of at least 30 activists.

Meetings are also held daily in an online format and are broadcast not only on social media but also on radio station 96.6.

Zoom conferences are an effective way to convey a position to the Internet audience. Leaders of large local organizations are invited to participate. Together with Uhuru, they take people out to the streets and hold conferences. According to Penny, the organization has a network of partner movements and parties in most states, which effectively grows its online audience.

Besides, Penny heeded Aleksandr Ionov's advice, and the organization website was updated with the help of ADR's programmer who added a more advanced search engine and a targeting option on social media. Jaycee Nevelski [PH] [Jesse Nevel] is assigned to develop resources, and he actively provides consultations to ADR specialists on the matters of development and promotion of publications in major search engines.

The Black Hammer Movement

Aleksandr Ionov held a number of consultations with Gazi Kodzo during which he clarified the circumstances surrounding the organization of protest campaigns. The agenda included questions regarding the organization's participation in rallies and promotion of content on social media. Gazi is quite an active blogger, and he is popular with young activists. Since the organization is relatively new, Gazi has to take part in all major demonstrations and rallies as well as join organizing committees. It allows him to fill in the ranks of the organization with new supporters, which makes their event attendance numbers even more impressive.

Gazi spoke at a protest rally in Chicago that gathered a crowd of 40,000 people.

**Всемирная рабочая партия и движение Bayan**

10 ноября в Лос-Анжелесе состоялся митинг и автопробег местных отделений леворадикальных организаций с требованием не признавать выборы и бойкотировать кампании Трампа и Байдена так как они являются лоббистами американских функционеров и олигархов.

Митингующие считают, что империалист Трамп нанес существенный вред экономике страны и сократил влияние профсоюзов, особенно тех, где большинство трудящихся из латиноамериканских стран и национальных меньшинств.





DISC-130493



**Ухуру**

7 ноября состоялся «Марш репараций против Белого дома». Сотни митингующих вышли на акцию протеста в Вашингтоне, колону возглавили представители коалиции «Черные вернулись» и движения Ухуру (Пенни Хесс, Омали Йешителла и Джейси Невельски).

Александр Ионов принял участие в интерактивной конференции репараций и сделал взнос 1200 долларов в пользу акции 7 ноября.  Средства пошли на приобретение атрибутики и поездку активистов из Флориды в Вашингтон. Омали Йешитела активно готовился к данной акции, так как она совпала  с оглашением предварительных итогов выборов.

Коалиция и Народная партия выступили с единым заявлением, в котором подтвердили свою готовность далее продолжать борьбу за сбор репараций и защиту законных интересов африканцев вне зависимости от того, какой кандидат займет пост президента.

Общая информация об акции:

В субботу, 7 ноября 2020 года, Движение солидарности Ухуру удостоилось чести выступить в знак солидарности с коалицией Black is Back за социальную справедливость, мир и репарации на своем ежегодном Марше у Белого дома.
Мы приветствуем руководство председателя Омали Ешителы и африканской Народно - социалистической партии, которые играют ключевую ведущую роль в коалиции Биб. Спасибо всем товарищам USM, которые маршировали за баннером "репарации сейчас!" в знак солидарности с требованиями BBC: "Черная сила имеет значение! Долой Колониализм! Черный Общественный контроль полиции!"
Марш чернокожих людей к Белому дому прошел от парка Малкольма Икс до Белого дома на фоне массовых демонстраций после утреннего объявления в субботу об избрании Джозефа Робинетта Байдена президентом США. Председатель Омали Ешитела возглавил

скандирование, "2, 4, 6, 8, Скажи людям, кого мы ненавидим: республиканцев, демократов, всю эту чертову шайку!"

Независимо от того, кто занимает Овальный кабинет, борьба за освобождение Африки продолжается. Колониализм и империализм должны быть побеждены. Белые люди, которые хотят встать на сторону справедливости и репараций, присоединяются к движению солидарности Ухуру под руководством африканской Народной Социалистической партии и строят движение за солидарность белых с черной властью! Ухуру



*Примечание:*

*Заметен активной прирост членов Ухуру в крупных городах, таких как Вашингтон и Нью-Йорк, раньше организация имела локальный характер, работая в основном в южных штатах восточного побережья. Сегодня, благодаря правильным тезисам, разработанным в период кампании 2015 года и расширению средств информационного взаимодействия, движение прирастает новыми членами и открывает свои офисы в стратегически важных локациях. В будущем это позволит проводить более качественные кампании на муниципальных выборах, а опыт Акиле и Джейси в последней избирательной кампании Флориды заложит хороший фундамент для новой электоральной базы.*

*Омали уверен, что BLM сильно трансформировало общество, а короновирусная пандемия открыла людям глаза на реальное отношение власти к афроамериканцам и представителям национальных меньшинств, новые акции Ухуру подходят под лозунгом «Белые, латиносы и африканцы должны объединится!».*

DISC-130495



DISC-130496

Важно оценить сколько народу собрал Омали! (см ссылку)

https://www.facebook.com/100055566903235/videos/pcb.145794760616087/145794730616090

**Антивоенный комитет и Международный центр действия**

Таллахасси, Флорида - Несмотря на холодную погоду, опасения по поводу насилия со стороны полиции и линчевателей, а также до сих пор неизвестные результаты выборов, несколько организаций Таллахасси собрались вместе на национальный день протеста 9 ноября, чтобы продвигать повестку дня народа, общественный контроль над полицией и выступить против попыток Трампа украсть результаты выборов. Одновременно со многими мероприятиями по всей стране Комитет действий сообщества Таллахасси, Социалистическая организация Freedom Road (FRSO) и SDS собрали около 50 человек в парке Cascades.

Спикер Триш Браун, одна из Tally 19 и член Комитета действий сообщества Таллахасси, возглавила толпу скандированием против Трампа и его попыток украсть результаты выборов. «Ограблен! Лишенный! Геноцид! Президент Трамп должен уйти! »



**отчет 13 ноября 2020.pdf [otchet 13 noyabrya 2020.pdf]**
**[report of November 13, 2020.pdf]**

Uhuru

On November 7, the March of Reparations against the White House took place. Hundreds of protesters turned out at a protest in Washington DC; the column was led by representatives of the Black is Back Coalition and the Uhuru Movement (Penny Hess, Omali Yeshitella [sic], and Jesse Nevelski [sic]).

Aleksandr Ionov participated in the interactive reparations conference and made a contribution of 1,200 dollars to the campaign held on November 7. The funds were used to purchase some paraphernalia and the activists' trip from Florida to Washington D.C. Omali Yeshitela was actively preparing for this campaign since it was coincidentally held on the day the preliminary election results were announced.

The Coalition and the People's Party issued a single statement in which they affirmed their readiness to continue the fight for reparations and protection of the legitimate interests of Africans, regardless of which candidate becomes President.

General information about the event:

On Saturday, November 7, 2020, the Uhuru Solidarity Movement was honored to speak in solidarity with the *Black is Back* Coalition for social justice, peace and reparations at its annual March outside the White House.
We welcome the leadership of Chairman Omali Yeshitela and the African People's Socialist Party, which play a key leading role in the BIB Coalition. Thanks to all the *USM* comrades who marched behind the "Reparations now!" banner in solidarity with the *BBC* demands: "Black power matters! Down with colonialism! Black public police control!"
The Black People's March to the White House went from Malcolm X Park to the White House amid mass demonstrations following a Saturday morning announcement about the election of Joseph Robinette Biden as the President of the United States. Chairman Omali Yeshitela led the chant,"Two, four, six, eight, Tell the people whom we hate: Republicans, Democrats, this whole damn gang!"
No matter who occupies the Oval Office, the fight for Africa's liberation continues. Colonialism and imperialism must be defeated. White people who want to stand on the side of justice and reparations are joining the Uhuru Solidarity Movement, led by the African People's Socialist Party and building a Movement for white solidarity with black power!
Uhuru

*Note:*

*There has been a continuous increase in the number of Uhuru members in big cities, such as Washington DC and New York. The organization used to be of a local character operating mainly in the southern states on the East Coast. Today, thanks to the proper mission statements developed during the campaign of 2015 and enhanced means of information interaction, the*

*movement is acquiring new members and opening its offices in strategically important locations. Going forward, it will allow to carry out more effective campaigns during municipal elections, and Akile's [ICST] and Jaycee's [PH] [Dzheysi's [ICST]] experience in the latest election campaign in Florida will lay the groundwork for a new electoral base.*

*Omali is confident that BLM has greatly transformed the society, and the coronavirus pandemic has opened people's eyes to the real attitude of the authorities towards African Americans and representatives of national minorities; new Uhuru's campaigns are held under the slogan*
*"Whites, Latinos, and Africans must unite!"*

*It is important to estimate how many people Omali has gathered! (See the link)*

DISC-130499

**Донецкая народная Республика**

К Александру Ионову обратился глава ДНР Денис Пушилин с просьбой записать поздравления американских организаций ко Дню Республики.

Свои обращения записали представители «Да Калифорния», движения «Ухуру» и ирландской партии «Республиканская Шин Фейн».

Поздравления транслировались на уличных экран в центре Донецка.



В своем обращении Маркус Эванс обратился к жителям Донецкой Народной Республики и поздравил их с «с днем рождения», указывая на появление новой территории и поблагодарил за борьбу по самоопределению. Еванс отметил важность проведения конференции Диалог наций в Донецке и напомнил про самоопределение народов.



Омали поздравил жителей донецкой республики с праздником от лица миллионов африканцев, которые были колонизированны западными империалистами. Также в своем выступлении Йешитела призвал дончан бороться за свое самоопределение и поддержать

конференцию Африканской социалистической партии, которая пройдет на территории США в этом году, так как она будет юбилейной.

Дьярмут Макдуглишь в своем выступлении поздравил дончан с днем республики и пожелал удачи в победе над украинскими неонацистами, а так же выразил желание посетить республику в ближайшее время.

Впервые за время существования ДНР лидеры американских НКО поздравляли граждан. Денис Пушилин высоко оценил данное мероприятие и сообщил о нем в Администрацию президента.

## Унак

Александр Ионов провел телефонные переговоры с Джо Ломбардо, в ходе которых была обсуждена первая уличная акция с момента введения карантина в США.

Джо и еще несколько активистов собрались возле здания капитолия в Олбани для того, что бы поддержать двух кандидатов в сенат от партии зеленых Боба Алфта и Стивина Гринфилда. В ходе акции собравшиеся потребовали от правительства перераспределить 16 миллиардов, полученных с налоговых сборов со стороны акционерных объединений на Уолл стрит. Партия зеленых и Унак требуют направить данные ресурсы на поддержку пострадавших от пандемии граждан, а не направлять реверсным потоком на поддержку корпораций, как это планирует сделать мэр Нью-Йорка





**Коалиция Черные вернулись**

Александр Ионов провел телефонные переговоры с Шерон Блак в ходе которых была они обсудили первые после карантина акции коалиции.

14 мая ряд активистов коалиции вышли на автопробег и пикет с требованием освободить всех заключенных на время пандемии короновируса, дабы избавить их от давления со стороны работников федерального бюро тюрем.

Мероприятие состоялось в  в Гвинн-Оук-Парке

Оно было проведено в честь дня рождения Марлин Барнсу, ему было бы 32 года в этот четверг, если бы он не умер в заключении в центре ФБТ округа Харфорд. Тюрьма утверждает, что он покончил жизнь самоубийством, но его семья не получила необходимых ответов от властей, и они продолжают бороться за правду и справедливость в его деле. Количество смертей в результате самоубийств в округе Харфорд вызывает тревогу у местных организаций и правозащитников, как раз в прошлом месяце в результате самоубийства предположительно умер еще один заключенный.

Семья Марлина, Комитет Народной власти и Солидарности совместно с Коалицией продолжали требовать ответов и в разгар этой пандемии, чтобы усилить требования заключенных, запертых в тюрьмах Мэриленда.

Всего в акции приняло участие около 30 человек, полиция штата пыталась пресечь проведения мероприятия ссылась на карантин, но так как у них нет конституционного права на ограничение передвижения, силовикам пришлось лишь требовать от людей соблюдать социальную дистанцию



**отчет 15 мая 2020.pdf [otchet 15 maya 2020.pdf]**
**[report of May 15, 2020.pdf]**

The Donetsk People's Republic

The leader of the Donetsk People's Republic Denis Pushilin reached out to Aleksandr Ionov requesting that the US organizations' congratulatory messages on the occasion of Republic Day be recorded.

Representatives of Yes California, the Uhuru movement, and the Irish Party 'Republican Sinn Fein' recorded their speeches.

The greetings were broadcast on outdoor screens in the center of Donetsk.

In his speech, Marcus Evans addressed residents of the Donetsk People's Republic and wished them a 'Happy birthday' referring to the birth of the new territory, as well as thanked them for their fight for self-determination. Evans emphasized the importance of the Dialogue of Nations Conference in Donetsk and reminded about national self-determination.

On behalf of millions of Africans colonized by western imperialists, Omali wished the Donetsk Republic residents a happy holiday. Moreover, in his speech Yeshitela called on residents of Donetsk to fight for their self-determination and support the African Socialist Party conference scheduled in the USA that year because it would be their anniversary.

In his speech, Dyarmut Makduglish [PH] congratulated Donetsk residents on Republic Day and wished good luck in the victory over the Ukrainian neo-Nazis, as well as expressed a desire to visit the Republic in the near future.

For the first time since the Donetsk People's Republic [DNR] came into existence, leaders of American nonprofit organizations [NKO] congratulated citizens. Denis Pushilin highly appreciated this event and reported it to the President's Administration.

**Ухуру**

Александр Ионов провел телефонные переговоры с Пенни Хесс, во время которых обсудили последние акции.

16 мая в Нью-Йорке состоялся автопробег с требованием репараций от крупных банков с Уолл-стрит. В период начала пандемии многие кредитные организации получили государственную поддержку для субсидирования малого и среднего бизнеса на льготных условиях, так как многие отрасли сильно пострадали из за режима чрезвычайного положения. Но такие организации, как JP Morgan создали серьезные бюрократические и технические преграды для получения льготных кредитов, на которые рассчитывали местные африканские общины дабы поддержать закрывшиеся организации сферы обслуживания. Большинство средств ушли на льготное кредитование крупных клиентов банка, для которых действуют особые условия в предоставлении заемных средств.

Морган обязан репарации африканскому народу!
 JP Morgan Chase получает выгоду от пандемии COVID-19, поскольку геноцидные условия разрушают сообщества африканцев и коренных народов.
JP Morgan Chase был одним из банков, получивших правительственные фонды на сумму в триллионы долларов от Закона CARES. Хотя Федеральная резервная система еще не раскрыла названия банков для получения средств из более чем 2 триллиона долларов США, газета The Burning Spear сообщила, что многие из тех же банков, которые получили более 29 триллионов долларов в эпоху Обамы, были первыми в очереди за COVID-19 наличными.
 JP Morgan, Wells Fargo, Citibank в совокупности заработали 10 миллиардов долларов США за счет комиссионных сборов за кредитование малого бизнеса, выделенного в соответствии с Законом CARES. Большая часть этих кредитов была предоставлена крупным предприятиям. Почти никто не пошел на африканские предприятия. (Источник)
По сообщениям New York Times, для своих самых состоятельных клиентов эти банки, в том числе JPMorgan Chase и Citibank, предложили «услугу консьержа» для ускорения рассмотрения заявок на кредит. Их самые состоятельные клиенты обходили глючные онлайн-порталы и получали пошаговые инструкции по телефону о том, как подавать документы. Многие малые предприятия не могли подать свои заявки на кредит до того, как крупные компании сожрали все деньги.

Это первая акция Ухуру со времени начала карантина. Организация автопробегов является единственным способом публичного выражения своей позиции, власти крупных мегаполисов не допускают митингов и пикетов, поэтому активисты разных организаций вынуждены прибегать к разным методам протеста.

17 мая Омали Йешитела призвал сделать автопробег в Нью-Йорке еженедельной акцией, тем самым привлекая внимание к деятельности движения и самой проблеме репараций. СМИ не охотно освещают оппозиционные акции черных общин, так как после событий в Фергюсоне и Балтиморе федеральные власти не хотят крупных акций протеста, которые могут перерасти в массовые беспорядки.





DISC-130506

**Группа рабочих Нью-Орлеана**

Александр Ионов провел телефонные переговоры с Грегом Бателфилдом по результатам акции в Нью-Орлеане, которую готовили совместно с местными организациями и всемирной рабочей партией.

На протяжении последних трех недель члены трех профсоюзов, занимающихся клинингом и хозяйственными работами выходят на акции протеста, так как дотации, которые город выплачивает в связи с короновирусной инфекцией не покрывают всех повседневных расходов, включая траты на закупку индивидуальных средств защиты.

18 мая группа из почти 200 человек собралась перед городской администрацией с требованием встретится с мэром для обсуждения новых дотаций работникам сферы услуг и коммунального хозяйства. В основной своей массе работники являются афроамериканцами, что дает им возможность заявлять о расизме со стороны власти, которая притесняет их права на нормальную работу и социальные гарантии.

https://www.facebook.com/NewOrleansWorkers/videos/384597515761168



**Антивоенный комитет Чикаго**

Александр Ионов провел телефонные переговоры с Джо Йосбейкером, в ходе которых были обсуждены последние мероприятия, организованные комитетом.

16 мая активисты палестинских местных общин совместно с Антивоенным комитетом Чикаго организовали автопробег по цен тральным магистралям города требуя привлечь внимание правительства США к дню Накба- день трагедии и развала Палестины, годовщина образования государство израиль.

США активно поддерживают еврейское государство и оказывают всяческое внешнеполитическое содействие. Все левые организации США выступают резко с критикой политика белого дома на Ближнем Востоке, и особенно в отношении палестинцев. 2020 год стал особенным, так как были приняты исторические решения со стороны палестинского руководства прекратить все совместные проекты и консультации с израилем по урегулированию кризиса. Данную информацию активисты десятков организаций восприняли, как виток нового противостояния и поэтому им особенно важно показывать всяческую поддержку пропалестинским силам.

https://www.facebook.com/USPCN/videos/729511874532489

В рамках данной кампании, по просьбе Джо, Александр и Максим Шевченко дали интервью иранскому государственному телеканалу в предверии  дня Аль-Кудс и годовщины Накба.

https://www.iribnews.ir/fa/news/2721411/روسی-اندیشمندان-از-نگاه-قدس-روز-مسکو   (см видео)

Александр Ионов в СМИ:

https://news.yandex.ru/yandsearch?rpt=nnews2&grhow=clutop&from=tabbar&text=%D0%B0%D0%BB%D0%B5%D0%BA%D1%81%D0%B0%D0%BD%D0%B4%D1%80%20%D0%B8%D0%BE%D0%BD%D0%BE%D0%B2

DISC-130508

**отчет 21 мая.pdf [otchet 21 maya.pdf]**
**[report of May 21.pdf]**

Uhuru

Aleksandr Ionov held telephone talks with Penny Hess to discuss the latest campaigns.

On May 16, an automobile rally demanding reparations from major Wall Street banks was held in New York. This has been the first Uhuru campaign since the quarantine started. Organizing automobile rallies is the only way to express one's views publicly. The authorities of big metropolitan cities do not allow for any rallies or picketing, therefore activists from different organizations are forced to resort to various forms of protest. At the beginning of the pandemic, many credit institutions received government support to subsidize small and medium-sized business on preferential terms, as many industries were severely affected by the state of emergency. But organizations like *JP Morgan* created serious bureaucratic and technical barriers to obtaining concessional loans, which local African communities were counting on in order to support closed service-industry organizations. Most of the funds were spent on concessional loans for the bank's big clients, for whom special terms and conditions for granting loans apply.

Morgan owes reparations to the African people!
*JP Morgan Chase* benefits from the *COVID-19* pandemic as genocidal conditions are destroying communities of Africans and indigenous peoples.
*JP Morgan Chase* was one of the banks that received government funds in the amount of trillions of dollars from the *CARES* Act. Although the Federal Reserve System has not yet revealed the names of banks to receive funds from more than two trillion US dollars, *The Burning Spear* newspaper reported that many of the same banks that received more than 29 trillion dollars during the Obama era were first in line for *COVID-19* cash.
*JP Morgan, Wells Fargo,* and *Citibank* collectively earned ten billion U.S. dollars through commission fees for lending to small businesses, allocated under the *CARES* Act. Most of these loans were granted to large enterprises. Almost no one went to African enterprises. (Source) According to the *New York Times*, for their wealthiest clients, these banks, including *JPMorgan Chase* and *Citibank*, offered a "concierge service" to expedite loan application review. Their wealthiest clients bypassed the buggy online portals and received step-by-step instructions over the phone on how to file paperwork. Many small businesses could not apply for a loan before the big companies gobbled up all the money.

This is Uhuru's first campaign since the quarantine began. Organization of motor rallies is the only way to publicly express one's position, the authorities of large metropolitan cities do not allow rallies and pickets, so activists of various organizations are forced to resort to different methods of protest.

On May 17, Omali Yeshitela urged to make an automobile rally in New York a weekly campaign, thus drawing attention to the Movement activities and the reparations problem itself. Mass media are reluctant to publicize opposition campaigns of black communities since after the events in Ferguson and Baltimore, federal authorities want to prevent large-scale protests that may escalate into widespread riots.

**UHURU**

22 октября состоялись перговоры Александра Ионова и Омали Йешители по итогам прошедших акций в 6 городах США. Ранее, в начале октября Ионов предложил провести акцию протеста под лозунгом сбора репараций, так как данные тезисы прочно легли в основу всеобщего движения BLM.

Получив хорошие мобилизационные показатели среди актива было принято решение организовать тур репараций в ноябре 2020 года, по программе прошлого тура организованного еще в 2015 году при финансовой поддержке АДР.

Ионов пожертвовал на организацию мероприятий 1100 долларов для покупки баннеров и двух микрофонов.

Акции прошли в 6 городах:



Сотни белых людей вышли на улицы, чтобы выразить солидарность с борьбой черного сообщества с требованием репараций и справедливости 17 октября 2020 года.

Национальный репараций африканскому народу - это призыв к белому сообществу от Движения солидарности Ухуру, организации белых активистов, созданной и работающей под руководством Африканской народной социалистической партии.

Марш возмездия - это национальная политическая акция и кампания по сбору средств для сбора материальных ресурсов непосредственно на африканские освободительные проекты Африканской народной социалистической партии, включая ее дальновидную программу экономического развития Black Power Blueprint .

Требования участников акции:

1. Заставьте Уолл-стрит платить репарации. Bank of America и другие корпорации и банки на Уолл-стрит должны выплатить репарации африканскому сообществу путем массового возврата украденных богатств в Black Power Blueprint, антиколониальную программу экономического развития африканского рабочего класса.
2. Заставить правительство США выплатить репарации черному сообществу.
3. Белые люди должны отказаться от соучастия в преступлениях нашего правительства против африканского народа. Мы должны проявить солидарность с африканским сообществом, ведя борьбу с нашим правящим классом за выплату репараций.
4. Остановите империалистические войны Уолл-стрит внутри страны и за рубежом. Победа народов Африки, Азии, Ближнего Востока и Латинской Америки.
5. Солидарность с коренными народами Северной и Южной Америки, включая мексиканцев, которых называют «нелегальными иммигрантами» за пересечение незаконной границы на своей земле.
6. Остановите террор колониальной полиции против африканского сообщества. Солидарность с чернокожим сообществом, контролирующим полицию.
7. Освободите всех африканских и колонизированных политических заключенных и военнопленных.

**Движения, поддержавшие марш репараций (важно, это говорит о серьезном расширения влияния Ухуру):**

- Партия зеленых Флориды
- Gateway Green Alliance / Партия зеленых Сент-Луиса
- Проект "Свобода животных" в Сент-Луисе
- Black Power (Сент-Луис)
- Сообщества, объединенные против жестокости полиции (Миннеаполис)
- Города-побратимы нашей революции (Миннеаполис)
- Партия за социализм и освобождение (Сан-Диего)
- Движение против арестов (Сан-Диего)
- Национальная фракция чернокожих Партии зеленых США (Сан-Диего)
- Фонд защиты граждан Филадельфии
- Girls Rock Philly
- Еда, а не бомбы (Филадельфия)
- Молодежное крыло  Black Power (Филадельфия)

- Мобилизация 4 Мумиа (Филадельфия)
- Большой Бостон Green-Rainbow Party
- Ральф Пойнтер - Организация Линн Стюарт (Нью-Йорк)
- Коалиция за свободу Мумиа Абу-Джамал (Нью-Йорк)
- Новое аболиционистское движение (Нью-Йорк)
- Существование - это сопротивление (Нью-Йорк)
- Друзья движения в Нью-Йорке
- Кампания по возвращению Мумии домой (Нью-Йорк)
- Вечеринка зеленых в Бронксе
- Объединенная национальная антивоенная коалиция (УНАК)





DISC-130513





DISC-130514

**Всемирная рабочая партия**

22 октября активисты организации собрались на стихийный пикет напротив одного их полицейских участков в Нью-Йорке из за задержания активиста партии латиноамериканского происхождения. По мнению собравшихся его задержали незаконно и посадили в небезопасное место, так как в камерах находиться много людей с короновирусом и это может быть опасно для жизни



Александр Ионов подготовил обращение от имени Международного комитета защиты прав человека в адрес шефа полиции Нью-Йорка по просьбе руководства ВРП с просьбой проверить законность ареста и проверить условия содержания на предмет защиты законных интересов и прав гражданина Оттарио Лопеса.

DISC-130515

**отчет 23 октября 2020.pdf [otchet 23 oktyabrya 2020.pdf]**
**[report of October 23, 2020.pdf]**

*Uhuru*

On October 22 Aleksandr Ionov and Omali Yeshitela held talks regarding the results of the past campaigns held in six US cities. Earlier, at the beginning of October Ionov suggested organizing a protest rally under the slogan of raising funds for reparations, since these mission statements laid a firm foundation for the universal BLM movement.

Having received good mobilization index numbers, the most active members made a decision to organize a reparations tour in November 2020 based on the program of the previous tour organized back in 2015 and financially supported by ADR.

Ionov donated 1,100 dollars to the event organization to purchase banners and two microphones.

The campaigns took place in six cities:

Hundreds of white people took to the streets to express solidarity with the black community's fight to demand reparations and justice on October 17, 2020.

National reparations to the African people are a call to the white community from the Uhuru Solidarity Movement, a white activist organization created by and operating under the leadership of the African People's Socialist Party.

The Reparations March is a national political action and fundraising campaign for collection of material resources directly for African liberation projects of the African People's Socialist Party, including its visionary program of economic development *Black Power Blueprint*.

The requirements of the participants of the campaign are as follows:

1.  Make Wall Street pay reparations. *Bank of America* and other corporations and banks on Wall Street must pay reparations to the African community through the mass return of stolen wealth into *Black Power Blueprint*, an anti-colonial program for the economic development of the African working class.
2.  Force the US government to pay reparations to the black community.
3.  White people must refuse to assist in the commission of our government's crimes against the African people. We must show solidarity with the African community, fighting our ruling class for payment of reparations.
4.  Stop Wall Street's imperialist wars at home and abroad. The victory of the peoples of Africa, Asia, the Middle East and Latin America.
5.  Solidarity with the indigenous peoples of North and South America, including Mexicans who are called "illegal immigrants" for crossing the illegal border on their land.
6.  Stop the terror of the colonial police against the African community. Solidarity with the black community controlling the police.
7.  Free all African and colonized political prisoners and prisoners of war.

DISC-130516

**Movements that supported the march of reparations (it is important; this indicates a significant expansion of Uhuru's sphere of influence):**

- The Green Party of Florida
- *Gateway Green Alliance* / St. Louis Green Party
- Project Animal Freedom – St. Louis
- *Black Power* (St. Louis)
- Communities United Against Police Brutality (Minneapolis)
- Our Revolution Twin Cities (Minneapolis)
- Party for Socialism and Liberation (San Diego)
- Movement Against Arrests (San Diego)
- National Black Caucus of the US Green Party (San Diego)
- The Philadelphia Citizen Protection Foundation
- *Girls Rock Philly*
- Food Not Bombs (Philadelphia)
- *Black Power* Youth Wing (Philadelphia)
- Mobilization 4 Mumia (Philadelphia)
- The *Green-Rainbow Party* of Greater Boston
- Ralph Poynter – Lynne Stewart Organization (New York)
- The Free Mumia Abu-Jamal Coalition (New York)
- The Neo-Abolitionist Movement (New York)
- Existence is Resistance (New York)
- Friends of Movement in New York
- Campaign to Bring Mumia Home (New York)
- The Bronx Green Party
- The United National Antiwar Coalition (UNAC)

DISC-130517

## УХУРУ

Александр Ионов принял участие в онлайн конференции, которая так же транслировалась по радио 96 фм (вещает в штате Флорида), в ходе которой были обсуждены вопросы воздействия короновируса на территории США, особенно в отношении социально незащищенных афроамериканских групп так и ситуацию с помощью мигрантам.

В роли спикеров выступили: Джейси Невел, Джесси Симпсон и Пенни Хесс.

Пенни открыла собрание неутешительной статистикой, все больше африканцев заболевают в США так как им не оказывается должная медицинская помощь. Людей хоронят в братских могилах, что вызывает шок и трепет у населения. Ежедневно к движению присоединяются активисты, которые помогают с проведением гуманитарных акций (раздача дезинфекции и пошив масок), а так же раздают информационные материалы.

Из за роста протестного настроения многие местные организации и гражданские активисты начали вступать в Ухуру, популярность Омали Йешители растет с каждым днем.

Джейси в своем выступлении коснулся темы Китая, так как в США пытаются на государственном уровне обвинить китайских партнеров в заказном характере создания короновируса и его распространения, В белом доме считают, что Китай специально создал вирус для наращивания своей экономики. Движение Ухуру протестуют против такой позиции и призывают другие организации поддержать данную позицию.

https://www.facebook.com/ReparationsInAction/videos/232145547872227/?epa=SEARCH_BOX

Александр Ионов совместно с лидером Ухуру Омали Йешитела придумали кампанию «Колониальный вирус», история понравилась пользователям сети и активистам. Плакаты вешают на столбах и и распространяют в социальных сетях.





**Всемирная партия рабочих**

Александр Ионов провел телефонные переговоры с Лари Хоумсом в ходи которых обсудили последние акции.

Так как в Америке действует карантин, движение рабочих придумало новые форматы пекитирования с применением личных автомобилей.

По всему штату Техас 19 апреля акции социального дистанцирования в виде автомобильных караванов окружили центры содержания под стражей и иммиграционные и таможенные органы, требуя освобождения всех мигрантов, находящихся под стражей. Насильственные границы, которые позволяют в первую очередь задерживать мигрантов и беженцев, были и остаются преступлением против человечества. Кроме того, перед лицом глобальной пандемии люди, содержащиеся в клетках, подвержены высокому риску быстрого распространения коронавируса и неспособны принять даже самые элементарные меры для защиты себя.

DISC-130519



Ссылка на акцию: https://www.workers.org/2020/04/47911/

**Антивоенный комитет Чикаго**

Александр Ионов провел телефонные переговоры с лидером комитета Джо Йосбейкером, в ходе которых они обсудили вебинар, прошедший 23 апреля совместно с Международной лигой народной борьбы.
Нью-Йорк, штат Нью-Йорк. Вечером 22 апреля северо-восточное отделение Международной лиги народной борьбы провело вебинар под названием «Забастовка в аренду: что это такое и как это сделать».

Хотя для многих 1 мая отмечается Международный день трудящихся, он также ознаменует начало второго месяца, когда большинство американцев останутся без работы и не смогут платить арендную плату. В Нью-Йорке прошло более 40 дней с тех пор, как были закрыты все второстепенные предприятия, из-за которых тысячи жителей Нью-Йорка остались без работы. 1 апреля более трети арендаторов не смогли оплатить аренду, и с 1 мая эти цифры должны быть намного выше.

DISC-130520

Вебинар состоял из нескольких докладчиков, которые не просто выступали за забастовку с целью оплаты забастовки, но и объясняли, как ее организовать.

Презентация началась с Джастина Ла Морта, надзирающего адвоката Mobilizing for Justice. Он подробно рассказал о законах об арендаторах в штате Нью-Йорк, о правах арендаторов и о том, какие инструменты нужны для того, чтобы начать действовать - на законных основаниях.

За Мортом последовал Майкл Тан, координатор ILPS-NE, который выступил с докладом о неолиберализме в США и о том, как неолиберальная политика напрямую влияет на текущий кризис.

Конец вебинара включал два тематических исследования от организаторов, которые успешно провели забастовки: арендная плата Алисии Бойд, политического организатора и основателя Движения, чтобы защитить людей, и Дрэ, лидера арендатора в Ассоциации арендаторов Гранд-Путнэма.

К концу вебинар был внедрен более чем 15 домовладельцами и жилищными брокерами, которые пытались сорвать и сорвать презентацию. К счастью, организаторы смогли выгнать их, а докладчики смогли закончить отвечать на вопросы, которые помогли жителям Нью-Йорка.

Вы можете найти полную презентацию и вебинар здесь: https://www.facebook.com/ILPSUnitedStates/videos/525614264982230/


Александр Ионов в СМИ:

https://news.yandex.ru/yandsearch?rpt=nnews2&grhow=clutop&from=tabbar&text=%D0%90%D0%BB%D0%B5%D0%BA%D1%81%D0%B0%D0%BD%D0%B4%D1%80%20%D0%98%D0%BE%D0%BD%D0%BE%D0%B2

DISC-130521

**отчет 24 апреля.pdf [otchet 24 aprelya.pdf]**
**[report of April 24.pdf]**

Uhuru

Aleksandr Ionov participated in an online conference which was also broadcast on Radio 96 FM (a radio station in the State of Florida), during which the following issues were discussed: the territorial impact of Coronavirus in the U.S., especially in relation to socially vulnerable African-American groups, as well as the situation with assistance to immigrants.

Jesse Nevel, Jesse [sic] Simpson, and Penny Hess were the speakers.

Penny opened the meeting with some unsettling statistics: more and more Africans are getting sick in the USA since they are not receiving proper medical care. People are buried in mass graves, which causes shock and awe among the population. Every day, activists join the movement to help with humanitarian actions (distributing disinfection and sewing masks), as well as to distribute information materials.

Due to the growth of the protest mood, many local organizations and civil activists have begun joining the Uhuru; Omali Yeshitela's popularity is growing with each passing day.

In his speech, Jesse touched upon the topic of China, as the USA is trying at the state level to accuse Chinese partners of the custom-made nature of the coronavirus creation and its spread. The White House believes that China deliberately created the virus to grow its economy. The Uhuru Movement protests against this position and calls on other organizations to support this position.

Aleksandr Ionov together with Uhuru leader Omali Yeshitela created the campaign 'Colonial Virus'. Network users and activists liked the story. Posters are placed on lamp posts and distributed on social networks.

DISC-130522

**Диалог Наций**

20 апреля Антиглобалистское движение России совместно с общественным движением «Донецкая Республика» провели интерактивную конференцию «Диалог наций».

Мероприятие должно было состояться в офлайн формате в конце мая на территории ДНР, но из-за пандемии короновируса было принято решение перейти на интерактивный режим общения, так как участники Международной рабочей группы «Диалог наций» обратились к Александру Ионову с просьбой возобновить активную работу в условиях меняющихся глобальных политических архитектур.

Само мероприятие согласовывалось с главой ДНР и аппаратом Козака. Сотрудники подразделения АП, в котором ранее работал Сурков выступили категорически против участия Муратова и любого другого официального лица от Республики. Грозились отстранить от работы и звонили Пушилину с требованием отказаться от любого участия в «Диалоге наций».

Глава Республики согласовал участие Муратова в конференции 20 апреля и свое участие в будущих похожих акциях Антиглобалистского движения с Козаком, дав старт проекту «Донецк- центр антиглобализма». Цель данного проекта -консолидация усилий в борьбе с так называемым новым мировым порядком, активно насаждающимся представителями глобальных финансово-политических элит в целом, и противодействие финансовым санкциям.

Конференция проходила по ключевым темам:

1) Обсуждение и анализ ситуации с соблюдением основных традиционных прав и свобод человека в различных регионах мира, разработка новых механизмов противодействия нарушению традиционных прав и свобод человека, террора и репрессий со стороны ряда государств и правительств. против стран и народов (особенно из США и Великобритании).

2) Ознакомление участников и гостей конференции с реальной ситуацией по реализации права народов на самоопределение, в том числе населения Донбасса и Юго-Востока Украины.

3) Разрушение устоявшихся стереотипов о том, что принципы исключительно демократического управления действуют на Западе, где против людей с разными взглядами и убеждениями применяются репрессии.

4) Максимальное освещение событий в средствах массовой информации (панельная дискуссия международного эксперта и последующая пресс-конференция), привлекая внимание как можно большего числа граждан к проблемам глобализации.

5) Вопрос открытия представительств политических партий и движений, участвующих в конференции в Донецке на шикарном стадионе «Донбасс Арена», здесь проходили матчи «Евро 2012».

6) Взыскание репараций с США в пользу малых народов и национальностей, подвергнутых колониальному гнету с 19 века.

DISC-130523

Во время интерактивной конференции с докладами выступили:

1) Alexander Ionov – Anti-globalization Movement of Russia
2) Alexey Muratov – Social Movement «Donetsk Republic»
3) Diarmuid Mac Dubhglairs – Republic Sinn Fein
4) Sara Flounders – International Action Centre
5) Joe Lombardo – UNAC
6) Frank James Johnson – UNAC
7) Louis Marinelly – Yes California
8) Jason Sean Richard – Yes, California 9) Greg Butterfield – Struggle Valuchie
10) Omali Yeshitela - Uhuru
11) Jesse Nevel – Uhuru
12) Johan Backman – docent in University of Helsinki
13) Kevin Zeese – Popular Resistance
14) Luwezi Kinshasa – African Socialist International
15) Hamze Mohamuud Hassan – Somaliland
16) Alfred Rubiks – deputy of European Parliament (2009-2014)
17) Evgeniy Konstantinov – Civil Consent
18) Mohammed Mouhtar – Lebanon Democracy Party
19) Tobias Nase – Antiimerisalistishe center
20) Marcus Evans- Yes California

*Александр Ионов* в своем выступлении призвал участников к консолидации и более тесному сотрудничеству, как информационному, так и при проведении публичных мероприятий, которые станут возможны после снятия ограничений из за пандемии. Также, в ходе диалога было принято решение ограничить выпуск новостей об конференции на Западе для минимализации рисков в отношении крупных организаций, находящихся в США. Все чувствуют давление со стороны сми и спецслужб из за общения с российскими общественными и политическими кругами.

*Алексей Муратов* в своем докладе рассказал об реальной обстановке дел на Юго-Востоке и планах руководства страны противостоять украинской и западной агрессии. В Киеве активно следят за любым движением в Донецке и остро реагируют на любые международные консультации. Спецслубы и политические структуры Украины уже в курсе программы «Диалог наций» и разрабатывают комплекс мер по оперативному реагированию в отношении всех участников данной экспертной дискуссии. Несмотря на это, руководство Республики готово отдать под работу антиглобалистского интернационала стадион «Донбасс-арена», где на регулярной основе могут функционировать офисы антиглобалистских и антивоенных организаций, а так же проходить крупные массовые мероприятия.

DISC-130524

*Джо Ломбардо* в своем выступлении заявил, что силы, правящие в Соединённых Штатах Америки, слишком увлеклась сохранением доминирующей роли в мировой политике, при этом совершенно не стремятся к тому, чтобы снова сделать Америку великой. Великой прежде всего в том, чтобы страна заботилась о своих гражданах. Дух армии падает, граждане Штатов не обеспечены нормальной медициной, которая не может сегодня эффективно противостоять пандемии коронавируса. Но в тоже время на международной арене США выступают с агрессивной политикой. Военные манёвры на границе с Российской Федерацией, войны по всему миру. Но эта агрессия отнюдь не направлена на защиту своих же граждан. Наши организации готовы более тесно работать с российскими коллегами для более глубоко мониторинга региональной ситуации на Юго-Востоке.

*Сара Флаундерс* призвала собравшихся вступить в международных комитет против санкций, где она является членом оргкомитета и более активно в своих мероприятиях доносить правду об американской санкционной и лобистской машине, которую они используют как мощный инструмент в глобальный политике, направленный против малых народов. Также Сара призвала более активно поддерживать Иран и Венесуэлу в их антиимпериалистской борьбе с США, так как эти страны больше всего сейчас страдают от нападков президента Соединеных Штатов.

*Омали Йешитела* рассказал о своей кампании «Колониальный вирус», которую они начали на территории США, говоря об притеснении афроамериканцев, на сегодняшний день движение Ухуру стремительно растет за счет последовательной политической программы, которая охватывает интересы большинства афроамериканцев, живущих в Соединенных Штатах. Особый интерес проявляют социально незащищенные группы населения, которые сегодня находятся в красной зоне риска из за пандемии короновируса, местные власти отказываются их лечить и люди умирают дома, после чего их хоронят в братских могилах. Все это вызывает бурю негодования и люди вынуждены объединяться, так как иного выхода нет.

*Маркус Эванс* в своем выступлении коснулся темы независимости Калифорнии от США, сейчас все больше местных жителей становятся сторонниками отделения штата и называют себя нацией «калифорнийцы», толчком к этому послужило недавнее выступление губернатора штата, в котором он заявил о фактическом начала процесса контролирования исполнительной власти в штате без вмешательства из белого дома. После этих заявлений, движение Да Калифорния получило большую популярность и пополнилось солидным числом новых активистов. Маркус все активнее выступает в СМИ и его ролики в сети набирают сотни тысяч просмотров. Эванс заявил о решительной подготовке к новому сбору подписей для проведения референдума о самоопределнии и попросил всех участником поддержать информационно данную инициативу.

У всех участником Международной рабочей группы сходятся основополагающие принципы ведения медийных и политических кампаний, поэтому в ходе своих выступлений остальные спикеры выразили готовность к расширению сотрудничества и проведению конференции уже в живом формате на территории Донецкой Республики.

Вместо запланированных двух часом мероприятие длилось 4 часа и активисты не хотели отключаться ведя активную дискуссию, что еще раз доказывает солидарность и поддержку взятому курсу со стороны всех организаций. После мероприятия многие активисты позвонили Александру Ионову и поблагодари за новый формат взаимодействия.

DISC-130525

Члены Рабочей Группы решили провести новую расширенную интерактивную конференцию в мае с участием главы ДНР и новых спикеров из США, таких как Синтия Маккини и представителей организации Код пинк.

https://russian.rt.com/opinion/741177-pegov-donbass-forum-antiglobalisty?fbclid=IwAR3sBnoRnH68IPuLHyuqtgU2cJ6Ed9OrLyFeSjYoT_CcU_zRRfGOpT8N76U

https://rusvesna.su/news/1588132870

DISC-130526

**отчет 30 апреля 2020.pdf [otchet 30 aprelya 2020.pdf]**
**[report from April 30 2020.pdf]**

The Dialogue of Nations

On April 20, the Anti-Globalization Movement of Russia along with the Donetsk Republic Social Movement held an interactive conference titled The Dialogue of Nations.

The event was supposed to take place in the offline format in the Donetsk People's Republic at the end of May, but because of the coronavirus pandemic, it was decided to switch to the interactive mode of communication, since the participants of the International Work Group 'The Dialogue of Nations' contacted Aleksandr Ionov with a request to resume active work under the conditions of changing global political architecture.

The event itself was coordinated with the head of the Donetsk People's Republic [DNR] and Kozak's administration. The personnel of the AP unit where Surkov used to work strongly opposed participation by Muratov or any other official Republic representative. They threatened to suspend from duty and called Pushilin demanding a refusal to participate in The Dialogue of Nations in any way.

The head of the Republic approved Muratov's participation in the conference held on April 20 and his own participation in upcoming similar events carried out by the Anti-Globalization Movement with Kozak, thus launching the project titled Donetsk is the Center of Anti-Globalization. The goal of this project is to consolidate efforts in the fight against the so-called new world order, which is actively imposed by representatives of global financial and political elites overall, and to oppose financial sanctions.

The conference covered the following key topics:

1) Discussion and analysis of the situation with respect for fundamental human rights and freedoms in various regions of the world; development of new mechanisms for countering the violation of basic human rights and freedoms, terror, and repressions by a number of states and governments against countries and peoples (especially by the USA and Great Britain).

2) Familiarization of conference participants and guests with a real situation on the implementation of the right of peoples to self-determination, including the population of Donbass and the southeast of Ukraine.

3) Breaking down well-established stereotypes that the principles of exclusively democratic government apply in the West, where repressions are used against people with different views and beliefs.

4) Maximum media coverage of events (an international expert panel discussion followed by a press conference), drawing the 0-attention of as many citizens as possible to challenges of globalization.

DISC-130527

5) The issue of opening representative offices of political parties and movements participating in the conference in Donetsk, at the luxurious stadium Donbass Arena; Euro 2012 matches took place here.

6) Collection of reparations from the USA in favor of small peoples and nationalities subjected to colonial oppression since the 19th century.

At the interactive conference, presentations were delivered by:

In his speech Aleksandr Ionov called on participants for consolidation and closer collaboration, both information collaboration and collaboration while holding public events, which will become possible only after all pandemic restriction are lifted. Moreover, in the course of the Dialogue it was decided to limit the news coverage of the conference in the West in order to minimize the risks in relation to the large organizations located in the USA. Everyone feels pressure from the mass media and intelligence agencies because of communication with Russian social and political circles.

In his presentation, Aleksey Muratov [ICST] spoke about the real state of affairs in the southeast and the country leadership's plans to resist Ukrainian and Western aggression. Kiev closely watches any movement in Donetsk and reacts sharply to any international consultations. Ukraine's special services and political authorities are already aware of the Dialogue of Nations program and are developing a set of measures for rapid response in relation to all participants of this expert discussion. In spite of this, the leadership of the Republic is willing to make the stadium Donbass Arena available to the anti-globalization international organization. Offices of anti-globalization and anti-war organizations can operate there on a regular basis, and large-scale mass events can be held there, as well.

In his speech, Joe Lombardo stated that the forces ruling in the United States of America were too keen on retaining the dominant role in world politics. At the same time, they were not striving at all to make America great again. Great, first and foremost, in the way the country cares for its citizens. Morale is declining in the military; US citizens do not have access to quality healthcare, which is unable, today, to resist the coronavirus pandemic effectively. Meanwhile, in the international arena, the USA is pursuing an aggressive policy: military maneuvers on the border with the Russian Federation, wars all over the world. Yet, this aggression does not aim to protect its own citizens by any means. Our organizations are ready to work more closely with [our] Russian colleagues to monitor the regional situation in the Southeast in greater depth.

Sara Flounders called on the audience to join the international committee against sanctions, where she is an organizing committee member, and more actively communicate the truth in their events about the American sanctions and lobbying machine, which they use as a powerful instrument in global politics that targets small nations. Moreover, Sara called for more support for Iran and Venezuela in their anti-imperialist fight against the USA, since these countries are currently suffering the most from the US President's attacks.

Omali Yeshitela spoke about his campaign 'Colonial Virus' which they started in the USA, talking about the oppression of African-Americans. As of today, the Uhuru Movement is growing rapidly thanks to the consistent political program, which encompasses interests of most African-Americans residing in the United States.

In his speech, Marcus Evans touched upon the topic of California's independence from the United States. Now more and more local residents are becoming supporters of the secession of the state and calling themselves a nation of "Californians". This was prompted by a recent speech by the governor of the state, in which he announced the actual beginning of the process of controlling the executive power in the state without interference from the White House. Following these statements, the Yes California movement gained great popularity and was joined by a significant number of new activists. Marcus is increasingly active in the media, and his videos online are gaining hundreds of thousands of views. Evans announced vigorous preparation for a new collection of signatures for a referendum on self-determination and asked all participants to provide informational support to this initiative.

All participants of the International Working Group agree on the fundamental principles of conducting media and political campaigns. For that reason, while delivering their speeches, the other speakers expressed their readiness to enhance cooperation and hold a conference, this time in person, in the Donetsk Republic.

Instead of the planned two hours, the event lasted for four hours, and the activists did not want to disconnect from an ongoing active discussion, which once again proves the solidarity and support for the course of direction taken by all organizations. After the event, many activists called Aleksandr Ionov and thanked him for the new format of interaction.

Members of the Working Group have decided to hold a new enhanced interactive conference in May with the participation of the head of the Donetsk People's Republic [DNR] and new speakers from the USA, such as Cynthia McKinney and representatives of the organization Code Pink.

**Ухуру**

Александр Ионов провел телефонные переговоры с Пенни Хесс в ходе которых была обсуждена последняя акция Омали Йешителы совместно с руководителем движения «Нация Ислама» Авой Мухаммедом.

Мероприятие состоялось в кампусе государственного университета Сан-Диего. Акцию посетило порядка 100 человек, которые могли слушать выступления спикеров и задавать интересующие вопросы. Само мероприятие было посвящено репарациям и доминированию богатых элит со стороны еврейской общины в университетах. Выступая на тему еврейского лобби в ведущих вузах страны Омали Йешителла вызвал шквал критики со стороны СМИ и местной еврейской общины. Члены общины выразили протест и обратились к ректору университета с призывом более не приглашать данных спикеров учебное заведение. Несмотря на сопротивление местной еврейской общины, лекция Омали и Авы вызвала достаточный резонанс и интерес со стороны молодых активистов, так в ряды движения Ухуру записалось 32 человека, а в «Нацию Ислама» 6 человек, большинство их них афроамериканцы.



8 марта Александр Ионов принял участие в марафоне репараций, который проводило движение Ухуру, вел марафон Джейси Невельски. Александр пожертвовал 550 долларов на текущую деятельность организации. Средства должны будут пойти на печать газеты «Огненное копье» и организацию конференции Ухуру 23 марта на тему полицейского произвола и репарациям.

Большой вклад в сбор средств на текущую деятельность делает радиостанция 96 ФМ, открытая в 2016 году на средства АДР, радио вещает в ФМ диапазоне и собирает солидную аудиторию на территории штата Флорида. Омали Йешитела имеет 4 авторские программы, а так же ведет прямую линию, где каждый желающий может задать ему вопрос.



**Студенты за демократические преобразования**

Александр Ионов провел телефонные переговоры с активисткой SDS Сарой Фитч, в ходе которых была обсуждена акция протеста возле Университета штата Флорида, где активисты собрались в знак протеста против Чарли Кирка 10 марта.

FSU стал первой остановкой для «Культурного военного тура» Чарли Кирка, организованного Turning Point USA (TPUSA). «FSUnite Against Kirk» данный лозунг родился в ответ на это заявление. У местных студенческих организаций создалась коалиция, посвященная распространению послания о любви и принятии после целенаправленной и оскорбительной  риторики Кирка.

Присутствовала группа студентов всех слоев общества, в том числе шесть докладчиков, представляющих различные студенческие организации; Элли Купер, президент JStreet U; Алисса Акбар, государственный директор Флоридского марша за нашу жизнь; Сэди Косгроув, член колледжа демократов и гендерной одиссеи; Далила Пьер, выпускница и организатор Общественного комитета действий Таллахасси и «Студенты за

DISC-130531

демократическое общество»; и Изабела Казанова, вице-президент «Студентов демократического общества».

Речи предназначались для передачи «истории о себе», где каждый из выступавших высказал мнение, что риторика, выдвинутая Кирком и TPUSA, противоречит заявлениям БСС о разнообразии и инклюзивности и влияет на них лично.

БСС является преимущественно белым институтом. «Решение бывшего Союза доставить Чарли Кирка в кампус четко указывает на то, что меньшинства здесь не ценятся», - заявил Акбар. «Риторика Кирка наполнена ненавистью и нацелена на группы меньшинств, которые уже находятся в невыгодном положении в кампусе».



**Маргарет Кимберли**

Александр Ионов провел телефонные переговоры с Маргарет Кимберли, относительно ее тура по презентации книги и интервью для РТ, которые проходят с поддержкой и по просьбе Александра.

https://www.facebook.com/WatchingTheHawks/videos/208775193817531/UzpfSTE0MDgxNDY2MTc6MTAyMTYzNzA3NjExNjc0NjI/

Александр Ионов в СМИ:

https://news.yandex.ru/yandsearch?rpt=nnews2&grhow=clutop&from=tabbar&text=%D0%B0%D0%BB%D0%B5%D0%BA%D1%81%D0%B0%D0%BD%D0%B4%D1%80%20%D0%B8%D0%BE%D0%BD%D0%BE%D0%B2

DISC-130532

**пятница 13 документ.pdf [pyatnitsa 13 dokument.pdf]**
**[Friday 13 document.pdf]**

Uhuru

Aleksandr Ionov conducted telephone negotiations with Penny Hess in order to discuss the latest joint campaign carried out by Omali Yeshitela and Ava Muhammad, a leader of the movement 'The Nation of Islam'.

The event took place on the campus of San Diego State University. The event was attended by about 100 people, who could listen to the speakers' presentations and ask the questions they were interested in. The event itself was dedicated to reparations and the domination of universities by wealthy elites from the Jewish community. When speaking about the Jewish lobby in the country's leading institutions of higher education, Omali Yeshitella [sic] drew heavy criticism from the mass media and the local Jewish community. Community members voiced their protest and called on the University President not to invite these speakers to the educational institution any more. Despite the local Jewish community's resistance, Omali and Ava's lecture caused quite an outcry and attracted the interest of young activists; thus 32 people joined the Uhuru movement, and six people – The Nation of Islam. Most of them were African American.

On March 8 Aleksandr Ionov took part in the reparations marathon conducted by the Uhuru movement and moderated by Jaycee Nevelski [PH]. Aleksandr donated 550 dollars to the organization's current activities. The funds are supposed to be used to publish the newspaper 'Ognennoye kopye' [Spear of Fire] and organize an Uhuru conference on the police arbitrary actions and reparations on March 23.

Radio Station 96 FM which was launched in 2016 and funded by ADR greatly contributes to raising funds for current activities. The radio broadcasts in FM frequencies and gathers an impressive audience in the state of Florida. Omali Yeshitela has four shows of his own as well as hosts a direct line where anyone who wishes to ask him a question can do so.

DISC-130533