

 Sign up

# St. Pete, FL

 Subscribe

News Feed | Events | Local Businesses | Classifieds

Politics & Government

# Primary Results: Montanari, Cox, Wheeler-Bowman Top Vote-Getters

The Pinellas County Supervisor of Elections unofficially declared the St. Petersburg City Council candidates who will face off Nov. 5.

 D'Ann Lawrence White, Patch Staff

Posted Wed, Aug 28, 2019 at 1:01 am ET|Updated Wed, Aug 28, 2019 at 2:54 pm ET



**TODAY IS Election Day ST. PETE!**
Reparations Now - Take back the Dome · Follow

Share

Facebook Watch

ST. PETERSBURG, FL — With all 38 precincts reporting in, the Pinellas County Supervisor of Elections unofficially declared the St. Petersburg City Council candidates who will go on to face off in the general election Nov. 5.

ADVERTISEMENT

ADVERTISEMENT

Nearly 12,000 St. Petersburg residents cast their ballots Tuesday, 16.68 percent of those eligible to vote in the primary.

As predicted by pollsters, sitting councilman Ed Montanari handily led the District 3 race, garnering 70.65 percent of the vote. He will face retired Air Force officer Orlando Acosta, who obtained 19.97 percent of the vote.

**Find out what's happening in St. Petewith free, real-time updates from Patch.**

Your email address    Subscribe

The District 5 election proved more of a surprise. Adjunct St. Petersburg College professor Treina Cox garnered 34.96 percent of the vote in the five-way primary race and will face Deborah Figgs-Sanders who received 29.64 percent of the vote. Figgs-Sanders, the former executive director of the Childs Park YMCA, was the front runner going into the primary, according to pollsters.

Finally, a 22-year-old political newcomer, Eritha Canion, will challenge incumbent Lisa Wheeler-Bowman for the District 7 seat. Canion received 23.91 percent of the vote to Wheeler-Bowman's 57.39 percent.

ADVERTISEMENT

Case 8:22-cr-00259-WFJ-AEP Document 229-3 Filed 08/21/24 Page 3 of 7 PageID 1453

ADVERTISEMENT

Also on the ballot in November will be District 1 candidates Robert G. Blackmon and John Hornbeck.

| City of St. Petersburg Council Member - District 3 (Vote For 1) | | |
|---|---|---|
| Precincts Reporting: 100% | Percentage | Votes |
| Orlando A. Acosta | 19.97% | 871 |
| Zac Collins | 9.38% | 409 |
| Ed Montanari | 70.65% | 3,081 |
| | | 4,361 |

| City of St. Petersburg Council Member - District 5 (Vote For 1) | | |
|---|---|---|
| Precincts Reporting: 100% | Percentage | Votes |
| Beth Connor | 21.17% | 919 |
| Trenia L. Cox | 34.96% | 1,518 |
| Deborah Figgs-Sanders | 29.64% | 1,287 |
| Philip Garrett | 8.45% | 367 |
| Anne Lenholt Hirsch | 5.78% | 251 |
| | | 4,342 |

| City of St. Petersburg Council Member - District 7 (Vote For 1) | | |
|---|---|---|
| Precincts Reporting: 100% | Percentage | Votes |
| Eritha 'Akile' Cainion | 23.91% | 688 |
| Chico Cromartie | 4.94% | 142 |
| Sarah Elizabeth Moore | 13.76% | 396 |
| Lisa Wheeler-Bowman | 57.39% | 1,651 |
| | | 2,877 |

St. Pete Council Candidates Head To Aug. 27 Primary

ADVERTISEMENT

ADVERTISEMENT

Get more local news delivered straight to your inbox. [Sign up for free Patch newsletters and alerts.](#)

♡ Thank   ↪ Share   🚩

### More from St. Pete



Politics & Government | 47m
**4 Candidates Advance To St. Pete City Commission Nov. 5 Election**



Politics & Government | 19h
**DeSantis-Backed School Board Candidates Lose In Pinellas Co. Primary**



Crime & Safety | 1d
**St. Pete Man Sentenced For Sex, Drug Charges: U.S. DOJ**

ADVERTISEMENT

See more local news

## Local Businesses

+ List My Business



Featured

**Rasta Canna Bar**

THC | Cannabis Drink Bar | Drink and get elevated



**PROMOTE YOUR BUSINESS**

Showcase your business here to help connect with customers

Get started



**THIS COULD BE YO**

Create a business on P grow your customer ba

Learn more

 

## Local Events

+ Post event

### Upcoming

**Game Day @ the Garden Club of St. Petersburg - Mahjong & More!**
Wed, Aug 21, 2024 at 12:30 PM
St. Pete, FL

**The Happiness Formula with Kadam Michelle**
Wed, Aug 21, 2024 at 6:30 PM

ADVERTISEMENT



Tequila Pairing Event!
Wed, Aug 21, 2024 at 7:00 PM
St. Pete, FL

Free Gallery Talk with Artist Patricia Kluwe Derderian
Thu, Aug 22, 2024 at 9:00 AM
St. Pete, FL

## Featured

Liverpool Live in Concert
Sat, Aug 24, 2024 at 7:00 PM

See more events

## Local Classifieds                                + Post classified

🔧 Gigs & Services | 10h
**Movers St. Pete**

🏠 Housing | 1d
**Home Moving Discount Services**

🔧 Gigs & Services | 2d
**Residential Movers**

See more classifieds

## Latest News Nearby

1. 📍 Across Florida, FL News
   **FL Trio Charged After Woman Burned With Acid**

2. 📍 Miami, FL News
   **FL Faces Rains, 50 MPH Winds As Sahara Dust Impedes Tropical Storms**

ADVERTISEMENT

DeSantis-Backed School Board Candidates Lose In Pinellas Co. Primary

4. Tampa, FL News
   FL Primary Election Results 2024: Scott Vs. Mucarsel-Powell For Senate

5. St. Pete, FL News
   St. Pete Man Sentenced For Sex, Drug Charges: U.S. DOJ

Find out what's happening in your community on the Patch app

Corporate Info

About Patch

Careers

Partnerships

Advertise on Patch

Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2024 Patch Media. All Rights Reserved.

Do Not Sell My Personal Information

ADVERTISEMENT