UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA )
) Case No.: 8:22-CR-259-WFJ-AEP
v. )
)
PENNY JOANNE HESS )

## VERDICT FORM

As to **Count One: Conspiracy to Act as an Agent of the Russian Government or Officials without Prior Notification to the Attorney General**, we, the Jury in the above-captioned case, unanimously find the Defendant Penny Joanne Hess:

NOT GUILTY _____     GUILTY  ✓

As to **Count Two: Acting as an Agent of the Russian Government or Officials without Prior Notification to the Attorney General**, we, the Jury in the above-captioned case, unanimously find the Defendant Penny Joanne Hess:

NOT GUILTY  ✓     GUILTY _____

SO SAY WE ALL

DATE: SEPTEMBER 12, 2024

_____
FOREPERSON OF THE JURY