# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

# 2022 Ukraine Videos

1

**From:** Jesse Nevel <jessenevel@gmail.com>
**Sent:** 2/24/2022 5:25:40 PM -0600
**To:** alt Tammy Harris <harris.tammy63@yahoo.com>; Omali Yeshitela <omaliyesh@yahoo.com>; Penny Hess <pennyuhuru@gmail.com>
**Subject:** Uhuru Chairman: Alexander Ionov sent this to me

Uhuru Chairman,
Alexander Ionov sent me this message:

URGENT MESSAGE FROM THE ANTIGLOBALIST MOVEMENT OF RUSSIA

Today the irreparable happened, the war with Ukraine has began. A similar situation could be imagined in 14-15, when the population of Donetsk and Lugansk was subjected to genocide. Now the war could have been avoided. But so far no one can say how exactly. After all, it has been going on for over 8 years in the southeast of Ukraine.

Reasons and dry facts:

1. Over 14,000 people died in the LDNR during the 8 years of the conflict, shelling continued almost every day. We have seen information about the violation of the ceasefire, both from the media and from the official reports of the OSCE. The Armed Forces of Ukraine fired in the direction of villages and cities.
2. The Minsk accords were not respected and reached a dead end, like any consultations in the Normandy format. The United States has increased its influence on Ukraine.
3. Ukraine aspired to join NATO.
4. NATO refused to sign guarantees not to expand to the East.
5. Ukraine received offensive lethal weapons from Western colleagues, which were also used in the LDNR.
6. Russia has exhausted all possible tools to prevent conflict in the LDNR.

In any case, I believe that a bad peace is better than a good war, and in the 21st century we must resolve issues more subtly and adequately.

We will be thinking and experiencing the consequences of today's tragedy for a long time to come.

But we must remember that the war began 8 years ago, when the US and the EU brought new leadership to power in Kiev. It was the pro-Western neo-fascists who burned people in Odessa and shot thousands of civilians in the Donbas

GX111O Page 1

2

Friday, February 25, 2022

[Summary] The Russian Federation is viewed negatively by its own Russian population. Patriotism is on the decline. The ongoing information warfare is one-sided. Putin's Administration is accused of destroying progressive Russian politicians. The only political force that supports the [military] operation is the conservative or right wing. Federal media and pocket bloggers are opportunists that are not capable of getting people to take to the streets in support of the government. It is believed that since the Crimean 'euphoria' in 2014, Putin's Administration has removed a number of dissenting politicians, turned them into outcasts, demoralized or incarcerated many, yet, liberals have never been disturbed. The latter category disdains Russian interests and seeks more interaction with their colleagues from the West. Putin's Administration is compared to Lukashenko who suppressed the Russian Unity followers and favored anti-Russian nationalists controlled by the West. The source states that Putin's Administration should stop putting pressure on Russians and start working on eradicating ethnic crime and promoting cultural and historical literacy in politics.

Feb 25, 2022, 5:16 AM: Alexander Ionov

AI

GX326
Page 1

3



GX326 Page 1



Fake is how we fucked up in the information war. I have never seen such a disgrace before…
Feb 25, 2022, 6:21 AM: Alexander Ionov



Join in.
Feb 25, 2022, 6:23 AM: Aleksei Sukhodolov



Yesterday I had been asking for the AP [The Presidential Administration of Russia] until midnight just to hear in the end that their situation was all bad.
Feb 25, 2022, 6:23 AM: Alexander Ionov

GX326
Page 2

5

*UNAC*

Aleksandr Ionov held emergency phone talks with some leaders of antiwar organizations in the USA due to the situation in Ukraine. The United Antiwar Coalition and Anti-Globalization Movement of Russia [ADR] adopted a joint statement in which they gave a full picture of the current situation on the front line, as well as identified the background causes that escalated the conflict into a full-fledged war.

*URGENT MESSAGE FROM THE ANTIGLOBALIST MOVEMENT OF RUSSIA*
*Today the irreparable happened, the war with Ukraine has began. A similar situation could be imagined in 14-15, when the population of Donetsk and Lugansk was subjected to genocide. Now the war could have been avoided. But so far no one can say how exactly. After all, it has been going on for over 8 years in the southeast of Ukraine.*
*Reasons and dry facts:*
*1. Over 14,000 people died in the LDNR during the 8 years of the conflict, shelling continued almost every day. We have seen information about the violation of the ceasefire, both from the media and from the official reports of the OSCE. The Armed Forces of Ukraine fired in the direction of villages and cities.*
*2. The Minsk accords were not respected and reached a dead end, like any consultations in the Normandy format. The United States has increased its influence on Ukraine.*
*3. Ukraine aspired to join NATO.*
*4. NATO refused to sign guarantees not to expand to the East.*
*5. Ukraine received offensive lethal weapons from Western colleagues, which were also used in the LDNR.*
*6. Russia has exhausted all possible tools to prevent conflict in the LDNR.*
*In any case, I believe that a bad peace is better than a good war, and in the 21st century we must resolve issues more subtly and adequately.*
*We will be thinking and experiencing the consequences of today's tragedy for a long time to come. But we must remember that the war began 8 years ago, when the US and the EU brought new leadership to power in Kiev. It was the pro-Western neo-fascists who burned people in Odessa and shot thousands of civilians in the Donbas*

Apart from the statement, as requested by Ionov, an antiwar rally was organized in Minneapolis. Protesters accused the NATO of fomenting the military conflict in Ukraine.

Links:

https://www.facebook.com/AntiwarMN/photos/a.4876604995691243/5302660079752397/

https://www.facebook.com/AntiwarMN/photos/a.4876604995691243/5303432856341786

GX319 Page 1

6



GX104KK Page 1

7

| | |
|---|---|
| From: | Themba Tshibanda <upstandingthemba@gmail.com> |
| Sent: | 3/12/2022 3:02:39 PM -0600 |
| To: | Akilé Anai <witchofcolor@gmail.com> |
| CC: | Africa. Africana <rememberingafrican@gmail.com>; Tammy Harris <harris.tammy63@yahoo.com>; Omali Yeshitela <omaliyesh@yahoo.com> |
| Subject: | ***Promo Graphic*** For Tomorrow for Review |



GX109K Page 1

8



**From:** Omali Yeshitela <omaliyesh@yahoo.com>
**Sent:** 3/15/2022 1:18:10 PM +0000
**To:** Tammy Harris <harris.tammy63@yahoo.com>; Akile <witchofcolor@gmail.com>; Penny Hess <pennyuhuru@gmail.com>
**Subject:** Re: Uhuru Chairman: Q and A for Alexander: Please read and give input

Uhuru!
I did a little work on it. Check it out for coherence, etc.

Omali Yeshitela, Chairman APSP USA One Africa! One Nation! High Revolutionary Discipline! High Revolutionary Morale!

On Monday, March 14, 2022, 09:10:18 PM EDT, Penny Hess <pennyuhuru@gmail.com> wrote:

Uhuru Chairman:
Please see if you think this works or let me know of changes. I will then have it formatted and we can send it to Alex.
https://docs.google.com/document/d/1n1ZMuTIddOdgG7vEZCd6KS8oq6pGjAbuQj3Wg_2flEY/edit
Thank you. p

GX109P
Page 1

10



GX332 Page 1-2

11



GX330A
00:00

12



GX332 Page 5

13

## The Uhuru Movement

Aleksandr Ionov held phone talks with Omali Yeshitela during which he addressed the Uhuru Movement leadership and US African People's Socialist Party with a request to support Russia in the information war unleashed by the West.

On March 13, there was a Zoom conference with the participation of all the Uhuru Movement and Party leaders. During the exchange of opinions, there was an expression of support for the military operation conducted by the Russian Armed Forces on the territory of Ukraine. A few thousand people watched the live broadcast, 176 Party and Movement members joined the conference.

https://www.youtube.com/watch?v=sIyRI5iIs6A

https://www.youtube.com/watch?v=m5T00oNC4XE

https://www.youtube.com/watch?v=kS0cIVO8kaY

Additionally, Aleksandr requested that Omali make an official statement on the situation and show support for Russia.

https://www.youtube.com/watch?v=VuXpD8q6MkM

GX320 Page 1

14



GX320
Page 1

15

**From:** Akilé Anai <witchofcolor@gmail.com>
**Sent:** 3/19/2022 12:47:44 PM -0400
**To:** Lisa Watson <yayawatson@gmail.com>
**Subject:** Re: Graphic for #OTM
**Attachments:** #OTM Russia part 2.png

This Sunday, March 20, 2022 at 8 AM EDT!

Join us as we continue the discussion on Russia's defensive war in Ukraine against the global colonial powers, featuring Chairman Omali Yeshitela and Alexander Ionov, President of the Anti-Globalization Movement of Russia, live with us from Moscow.

Featured speakers also include African Socialist International Secretary General Luwezi Kinshasa and ASI Africa Region Director of Organization, Tafarie Mugeri.

We're talking about NATO, fake news, Nazis in Ukraine, the colonial mode of production and more!

APSP Stands with Russia!

APSP Stands with Putin!

GX109F
Page 1

16



GX109F
Page 2

17



GX41
Page 24:39

18