# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**From: Facebook: 100001580289610**
Hello Jesse! How are you? Do you have any Uhuru comrades in Chicago?
2/9/2016 1:14:30 PM(UTC+0)

Source Extraction:
1- 01072016-04092016\ 380909910499699.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**
Uhuru Anastacia! You should ask Penny Hess about that.
2/9/2016 2:10:56 PM(UTC+0)

Source Extraction:
1- 01072016-04092016\ 380909910499699.zip (jesse.nevel)

**From: Facebook: 100001580289610**
Okay
2/9/2016 2:12:20 PM(UTC+0)

Source Extraction:
1- 01072016-04092016\ 380909910499699.zip (jesse.nevel)

---

**6**

**Start Time:** 8/17/2015 1:49:30 PM(UTC+0)
**Last Activity:** 9/21/2015 12:36:48 PM(UTC+0)
**Number of attachments:** 0
**Source:** Facebook Warrant Return
**Account:** 779185077
**Source Extraction:** 22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)
**Body file:** chat-6.txt

**Participants:**

Facebook: 100001580289610

Facebook: 779185077
 Jesse Nevel (owner)

**Identifier:** 10155994320440078

**From: Facebook: 779185077 Jesse Nevel**
Uhuru! Anastacia - how are you doing?
8/17/2015 1:49:30 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**
I'm fine thanks and you?
8/17/2015 1:52:47 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**

Quite good! I was told by Chairwoman Penny Hess that I should be in touch with you regarding matters between Uhuru Solidarity Movement and the Anti-Globalization Movement of Russia.

8/17/2015 1:53:09 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**

Okay. So please inform me about your latest and upcoming events.

8/17/2015 1:55:47 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**

In the Reparations meeting at the end of July, Alex pledged to donate another $500 to the work of USM in August, he said he would send it this week. I'm wondering if you have any idea what day that would happen. Thank you so much.

8/17/2015 1:55:47 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**

Alexander said that he would send a little bit later when the course will be a little bit lower.

8/17/2015 1:57:26 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**

And it's important to create a final version of the petition in the nearest time.

8/17/2015 1:58:07 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**

Okay, thank you. Yes, Penny and I are working on the petition tomorrow morning to send to you.

8/17/2015 1:58:19 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**
Great!
8/17/2015 1:58:29 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**
Good Morning Anastacia!
I was wondering if you had any updates on the timeframe for when Uhuru Solidarity Movement could expect to receive the $500 pledged by the Anti-globalization Movement. In your last message you said when the course is a bit slower. Thank you so much and solidarity with the Russian people!
8/24/2015 6:43:53 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**
Jesse, we've already sent the money
8/24/2015 6:47:25 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**
Jevon said that you got the pledged sum.
8/24/2015 6:48:03 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**
You sent to UhuruSolidarity.org?
8/24/2015 6:48:03 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**
Yes
8/24/2015 6:48:15 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**

Does Jevon work with you?

*8/24/2015 6:48:38 PM(UTC+0)*

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

---

**From: Facebook: 779185077 Jesse Nevel**

Yes, but he works in a different department of the Uhuru Movement. I work with the solidarity movement. This may be the reason for the misunderstanding. I will talk to Jevon, Penny Hess and get back with once I am clear.
Thank you for your continued support of African liberation.

*8/24/2015 6:50:56 PM(UTC+0)*

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

---

**From: Facebook: 100001580289610**

Okay, Jesse. Just keep me informed about it. We are ready to support the African liberation!

*8/24/2015 6:52:34 PM(UTC+0)*

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

---

**From: Facebook: 100001580289610**

Jesse, did you have any events on the weekend?

*8/24/2015 6:56:33 PM(UTC+0)*

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

---

**From: Facebook: 779185077 Jesse Nevel**

Yes, we did, we had a local Uhuru Solidarity meeting in St. Pete, and a day of outreach.

*8/24/2015 7:30:22 PM(UTC+0)*

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

---

**From: Facebook: 779185077 Jesse Nevel**

I just spoke with Jevon and the Uhuru leadership. The funds for the Black is Back Conference was a separate thing.  Black is Back Coalition is its own organization, and the 500 was pledged to them by AGM in a separate meeting.

Uhuru Solidarity Movement is the white solidarity organization under the African People's Socialist Party's leadership and we organize for reparations to African people. It was in our web conference in July that comrade Alex pledged $1000 towards USM's reparations goal. 500 of that has been received so far.

Thank you and I hope this clarifies any confusion.

*8/24/2015 7:32:00 PM(UTC+0)*

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**
Okay, I will ask Alex about it.
8/24/2015 7:35:06 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**
Thank you!
8/24/2015 7:35:12 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**
Jesse, Alex will come later evening to the office and I will ask about the reparations.
8/25/2015 2:15:09 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**
Ok, that sounds good, thank you comrade.
8/25/2015 2:15:28 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**
Did you get our confirmation to participate in your web-conference on 30 August?
8/25/2015 2:15:44 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**
Yes! We will send you the log-in info
8/25/2015 2:17:51 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**
Great!
8/25/2015 2:18:01 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

22

**From: Facebook: 100001580289610**

But it will at night for us. Can we make a video beforehand (like we did last time) and send it to you?

8/25/2015 2:18:44 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**

I will get back to you about that shortly

8/25/2015 2:26:45 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**

Thanks!

8/25/2015 2:27:02 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**

Jesse, I asked Alex about pledged donation. He said he donated everything he promised. As I understood Penny gave him a link by which he could donate money. Can you check it one more?

8/26/2015 1:04:16 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**

Okay, thank you!

8/27/2015 8:25:52 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**

Jesse, will you post the petition on other resources?

8/28/2015 10:23:25 AM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**

Uhuru! Here is the log-in info for tomorrow's meeting

Audience Log-in URL:
https://www.anymeeting.com/408-889-518 (Invite More People)
Send this log-in URL to your attendees through e-mail or post it on your website
Dial-in Number:
213-416-1560
Presenter PIN:
060 2305#
Attendee PIN:
218 2680#

8/29/2015 10:25:14 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**

Jesse, what exactly will be discussed during the conference? Is our participation necessary?

8/30/2015 3:08:11 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**

The meeting will be a presentation by Penny Hess about the campaign to charge the U.S. with genocide at the United Nations

8/30/2015 3:25:40 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**

Penny Hess created a powerpoint presentation documenting the evidence of the crime of genocide.

8/30/2015 3:26:30 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**

It will be recorded, if you are not able to attend.

8/30/2015 3:38:49 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**

We will try to attend personally. I think it will intereresting! Thank you!

8/30/2015 3:48:46 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**

Thank you comrade

8/30/2015 4:00:59 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**

Jesse, I've just joined the conference!

8/30/2015 6:31:49 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**

Uhuru Anastacia! Hope the conference went well. I just saw the media coverage on Yahoo News, The Guardian and the Independent.

9/21/2015 12:35:14 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**

Oh yes, I saw it too

9/21/2015 12:36:48 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

---

**7**

**Start Time:** 10/7/2015 2:41:25 PM(UTC+0)
**Last Activity:** 12/4/2015 2:48:08 PM(UTC+0)
**Number of attachments:** 9
**Source:** Facebook Warrant Return
**Account:** 779185077
**Source Extraction:** 33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)
**Body file:** chat-7.txt

**Participants:**

   Facebook: 100001580289610

   Facebook: 779185077
             Jesse Nevel (owner)

**Identifier:** 10155994320440078

**From: Facebook: 100001580289610**

Uhuru comrade!

10/7/2015 2:41:25 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)