# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

From: Facebook: 779185077 Jesse Nevel

Thank you comrade

8/30/2015 4:00:59 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

From: Facebook: 100001580289610

Jesse, I've just joined the conference!

8/30/2015 6:31:49 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Uhuru Anastacia! Hope the conference went well. I just saw the media coverage on Yahoo News, The Guardian and the Independent.

9/21/2015 12:35:14 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

From: Facebook: 100001580289610

Oh yes, I saw it too

9/21/2015 12:36:48 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

---

7

**Start Time:** 10/7/2015 2:41:25 PM(UTC+0)
**Last Activity:** 12/4/2015 2:48:08 PM(UTC+0)
**Number of attachments:** 9
**Source:** Facebook Warrant Return
**Account:** 779185077
**Source Extraction:** 33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)
**Body file:** chat-7.txt

**Participants:**



Facebook: 100001580289610

Facebook: 779185077
Jesse Nevel (owner)

**Identifier:** 10155994320440078

---

From: Facebook: 100001580289610

Uhuru comrade!

10/7/2015 2:41:25 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

I've heard that yesterday the Chairman and Penny Hess delievered their speeches on the Day of Solidarity. Do you have any detailed information on it? Where I can read about their presentations? Thank you!

10/7/2015 2:42:59 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Uhuru Anastacia - The comrades in San Diego are working on uploading the videos this week. I will let you know as soon as I have them.

10/7/2015 2:45:43 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Oh thank you so much! Looking forward to watching the videos!

10/7/2015 2:49:30 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

I think that the presentations of the Chairman and Penny were splendid, as always.

10/7/2015 2:49:53 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Yes, certainly!

10/7/2015 2:50:09 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Our guests on the conference 20 September still remember eloquent and convincing speech of the Chairman!

10/7/2015 2:51:03 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

That looked like it was an amazing conference.

10/7/2015 2:52:25 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

I hope they liked it.

10/7/2015 2:53:01 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Also I've heard about the Chairman's presentation in Cuyamaca College. Should it be today?

10/7/2015 2:53:33 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

I didn't find any detailed information on this event(((

10/7/2015 2:53:55 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

I remembered the Chairman told me that your original surname is Nevelsky. Is it truth?))

10/7/2015 2:54:56 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Here is an article about the Cuyamaca event: http://www.eastcountymagazine.org/black-liberation-movement-leader-speaks-cuyamaca-college-oct-6

Attachments:



Title: BLACK LIBERATION MOVEMENT LEADER SPEAKS AT CUYAMACA COLLEGE OCT. 6
Source: Grossmont-Cuyamaca Community College District        October 5, 2015 (El Cajon)--Omali Yeshitela, founder of the African People's Socialist Party and the African Socialist International, is the featured speaker at Cuyamaca College's Diversity Dialogues workshop, "Day in Solidarity with...
Size: 0
Path: http://www.eastcountymagazine.org/black-liberation-movement-leader-speaks-cuyamaca-college-oct-6
(Empty File)

10/7/2015 3:02:03 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Yes, my original surname was Nevelsky. It was Americanized to Nevel two generations ago. I have considered changing it back to its original. :)

10/7/2015 3:02:25 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

The link doesn't work(((

10/7/2015 3:04:43 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Wow, where is your family from?

10/7/2015 3:05:08 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Do you have other links? I've tried this several times but it doesn't work.

10/7/2015 3:05:37 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Try this one:

10/7/2015 3:06:00 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

http://www.eastcountymagazine.org/print/19723

10/7/2015 3:06:01 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

My family was from Chinigev Gebernia

10/7/2015 3:07:14 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

https://en.wikipedia.org/wiki/Chernigov_Governorate

10/7/2015 3:07:37 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

this link doesn't work either

10/7/2015 3:08:47 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Strange

10/7/2015 3:09:05 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Okay, your ancestors were from the former Russian Empire))

10/7/2015 3:09:33 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

it's so pleasant to know))

10/7/2015 3:09:48 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Yes indeed!

10/7/2015 3:09:55 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

perhaps this will work:
https://docs.google.com/document/d/1gonlwrG3EA4PBjNUYb1mbdlWYG59yyAYyD-LV2-gUmo/edit?usp=sharing

10/7/2015 3:11:06 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

yes, it works! thanks a lot comrade!

10/7/2015 3:19:59 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Uhuru!

10/7/2015 3:20:02 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Uhuru!

10/7/2015 3:20:18 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Hello Jessy! How do you do? Do you need our help for the upcoming events?

10/13/2015 2:50:39 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Uhuru Anastacia!  The main big event we have coming up is the Day in Solidarity with African People called "No More Genocide In Our Name" in St. Petersburg, Florida on October 21st.

10/13/2015 6:26:58 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

https://www.facebook.com/profile.php?id=1644734322410817&ref=70

Attachments:



Title: ST PETE: No more genocide in our name! DAY IN SOLIDARITY WITH AFRICAN PEOPLE
Size: 0
Path: https://www.facebook.com/events/1644734322410817/
(Empty File)

10/13/2015 6:27:00 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Here is the press release: http://www.uhurusolidarity.org/2015/10/12/black-lives-targeted-by-u-s-genocide-st-pete-activists-demand-reparations-at-upcoming-event/

Attachments:



Title: "Black Lives Targeted by U.S. Genocide": St Pete Activists Demand Reparations at Upcoming Event
"Black Lives Targeted by U.S. Genocide": St Pete Activists Demand Reparations at Upcoming Event What: Day in Solidarity with African People When: October 21, 2015, Wednesday, 6-9pm Where: Akwaaba Hall, 1245  18th Avenue South St. Petersburg, FL 33705 Contact: 727-888-3797, stpete@uh
Size: 0
Path: http://www.uhurusolidarity.org/2015/10/12/black-lives-targeted-by-u-s-genocide-st-pete-activists-demand-reparations-at-upcoming-event/
(Empty File)

10/13/2015 6:27:53 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

If you could promote this event - which is going to be livestreamed on UhuruNews.com - that would be excellent!! The event has a fundraising goal to raise $2000 for reparations to African people.

10/13/2015 6:28:15 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Jesse, do you need some other help and support from us?

10/16/2015 3:03:46 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Do you think AGM will be able to make a contribution towards your reparations goal? Also would you be able to submit a brief solidarity statement? It could be written or it could be a short 3-5 minute video.

10/16/2015 4:36:27 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

*our reparations goal

10/16/2015 4:36:32 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

No problem, I will discuss it with Alex, and we will do something on Monday.

10/16/2015 4:52:28 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Thank you Comrade!

10/16/2015 5:01:01 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Uhuru Comrade!
We will make a contribution in the nearest time. Also we will make a video appeal supporting the petition and reparations.

10/19/2015 11:07:24 AM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Thank you so much! When can you send the video? We would like to show it on Wednesday

10/19/2015 11:07:53 AM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Tomorrow

10/19/2015 11:08:25 AM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Wonderful, thank you!

10/19/2015 11:08:40 AM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

When you make your contribution, you can do so by going to UhuruSolidarity.org and clicking the red button that says "Pay Reparations", it will take you to paypal

10/19/2015 11:08:58 AM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Okay, no problem =D

10/19/2015 11:09:18 AM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

33

From: Facebook: 779185077 Jesse Nevel

Uhuru Anastacia! Do you have any idea approx how much AGM will be able to donate towards the Oct 21 Reparations event?  If so, we would like to announce it on Wednesday night to our audience in St. Pete. We think it would inspire everyone to hear it! Thank you!

10/19/2015 1:49:35 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Minimum $500

10/19/2015 1:59:19 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Uhuru! That is magnificent.  Your support means a lot! Solidarity with Russia.

10/19/2015 2:00:02 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Uhuru!

10/19/2015 2:00:11 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Uhuru Greetings Comrade!  Does AGM have a brief video or written statement for us to show at our event tonight Day in Solidariyt with African People? Also do you know when the donation will be made?  We will announce this evening. Thank you so much comrade!

10/21/2015 12:01:55 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

We will send you the video and make a donation as soon as possible! Don't worry))

10/21/2015 1:27:39 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Uhuru comrade!
Alex asks, if we send you money, what events are you goung to fund with them?

10/21/2015 3:55:59 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

They will go towards the Days in Solidarity with African People under theme "No More Genocide In Our Name" which are building support for the "Africans Charge Genocide" campaign to charge the U.S. with genocide against African people

10/21/2015 3:58:03 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

We will be able to send money only on weekend

10/21/2015 3:58:32 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Ok. This upcoming weekend?

10/21/2015 3:58:40 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

yep

10/21/2015 3:58:47 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Ok, great!

10/21/2015 3:58:51 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

What will be done during the Days in Solidarity?

10/21/2015 4:09:38 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Chairman Omali Yeshitela will speak;  Penny Hess will make a presentation about colonialism and reparations;  we will have our members sign the petition for the AfricansChargeGenocide campaign and win support for the plans to intensify the campaign internationally

10/21/2015 4:10:17 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

https://cloud.mail.ru/public/7gby/hsXXfWFef

**Attachments:**



Title: Файл из Облака Mail.Ru
Облако Mail.Ru - это ваше персональное надежное хранилище в интернете. Все нужные файлы всегда под рукой, доступны в любой точке мира с компьютера или смартфона.
Size: 0
Path: https://cloud.mail.ru/public/7gby/hsXXfWFef
(Empty File)

10/21/2015 4:33:18 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

the video with Alex

10/21/2015 4:33:25 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Thank you!

10/21/2015 4:33:31 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Perfect.

10/21/2015 4:35:15 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Uhuru comrade!
Do you have a report or video/photos from the yesterday event?

10/22/2015 2:26:59 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

It was a marvelous event! We showed the AGM video and everyone was really inspired. I
will send you videos and photos shortly.

10/22/2015 5:09:18 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Oh thank you!! Looking forward to it!

10/22/2015 7:19:16 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

https://www.facebook.com/media/set/?set=a.10153573100591041.1073741832.22735
5831040&type=3

**Attachments:**



Title: St Pete: No More Genocide In Our Name, October 21, 2015
Size: 0
Path: https://www.facebook.com/media/set/?set=a.10153573100591041&type=3
(Empty File)

10/23/2015 2:47:59 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Uhuru Anastacia! Will AGM's donation be coming in today? You had mentioned it would be at least $500 by this weekend. Reminder that you do so by going to UhuruSolidarity.org and clicking "Pay Reparations" red button in the top of the screen. THANK YOU so much comrade! Your contributions make a big difference.

10/25/2015 4:21:46 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Uhuru comrade!! I think Alex should do donation. I will ask him.

10/25/2015 4:51:27 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Ok, splendid! Thank you.

10/25/2015 4:52:32 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Uhuru Comrade! Any updates? Thank you.

10/26/2015 3:25:45 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Uhuru comrade! The donation should come on Tuesday, it took more time to gather it))

10/27/2015 10:35:22 AM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Ok, thank you.

10/27/2015 1:09:58 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

I will let you know when we donate money

10/27/2015 1:11:02 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Jesse, did you have any events recently except A Day of Solidarity?

10/27/2015 2:29:35 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Yes, we had an event called Poets Against Genocide, and we had an educational film
showing of a documentary called Red Cry, about the U.S. genocide against the Lakota
people.

10/27/2015 2:30:05 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

I saw the advertisement of these events. Can you remind me please when they
were?

10/27/2015 2:30:47 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Poets Against Genocide - October 16th, Friday
Red Cry - October 12th, Monday

10/27/2015 2:31:07 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Okay, thank you! How many people did attend the events?

10/27/2015 2:31:31 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

40-50

10/27/2015 2:31:46 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Thank you comrade!

10/27/2015 2:31:58 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

And how many people did attend a Day of Solidarity?

10/27/2015 2:32:12 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Will have a video from this event?

10/27/2015 2:32:22 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Approximately 50 people, and i am working on getting the video.

10/27/2015 2:32:46 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

http://original.livestream.com/uhurunews/video?clipId=pla_0da56744-a54e-4051-9eaa-13f40179fedc&utm_source=lslibrary&utm_medium=ui-thumb

10/27/2015 2:39:54 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

That is the video

10/27/2015 2:39:55 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

At about 20 mins, you see that we showed the AGM video :)

10/27/2015 2:40:01 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Oh thank you thank you thank you!!

10/27/2015 2:41:06 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Great article about the police violence. Uhuru!

10/28/2015 5:19:51 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Thank you! Uhuru!

10/28/2015 7:05:36 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Jesse, Alex asks how we can make donation from a card.

10/28/2015 7:06:16 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

On the website it's possible to make only by paypal.

10/28/2015 7:06:35 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

You don't need a Paypal account to make a one-time donation.

10/28/2015 7:08:06 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

You can use the UhuruSolidarity.org site and just put your card information into Paypal. That's how AGM has done it previously.

10/28/2015 7:08:27 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

okay, he said he forgot how he did it previously))

10/28/2015 7:09:01 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

You see in the lower left corner of the paypal page where it says, "Don't have a PayPal account?
Use your credit card or bank account (where available). Continue"

10/28/2015 7:10:38 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Click "Continue" and that will let you pay by card

10/28/2015 7:10:43 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

okay, thank you!

10/28/2015 7:13:35 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Let me know if you have any other difficulties with the page

10/28/2015 7:22:01 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

okay)

10/28/2015 7:22:09 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Uhuru Jesse! Did you get donation?

10/29/2015 11:10:36 AM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Uhuru! Yes, thank you comrade!

10/29/2015 11:32:28 AM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

**Attachments:**

Title: sticker (369239263222822)
Size: 0
File name: linked_media/unified_message_369239263222822.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-
6/39178562_1505197616293642_541134428109484512_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpcnH
kvc3RpY2tlcmMfQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=d831fc56fa1bbd9828c38156d9a072c9&oe=61B6EA8B
linked_media/unified_message_369239263222822.png

10/29/2015 11:36:33 AM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

uhuru! i am working on an article about the Day in Solidarity campaign. i will send it to you
as soon as possible

10/29/2015 2:05:54 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

43

From: Facebook: 100001580289610

Uhuru! Thank you so much!

10/29/2015 2:06:53 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

sent an attachment.

**Attachments:**



Title: Mobile Uploads
Size: 0
Path:
https://www.facebook.com/photo.php?fbid=842882039163994&set=a.3495414251647
27&type=3
(Empty File)

10/30/2015 2:52:56 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

That's great! Thank you for sending

10/30/2015 3:06:09 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Uhuru comrade! How do you do? What's new in Uhuru movement/Uhuru solidarity
movement? Did you have any notable events?

11/2/2015 2:32:05 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Uhuru! We are getting ready to head to Washington DC for the Black is Back Mobilization
"Black Power Matters" that will March to the White House - blackisbackcoalition.org

11/4/2015 8:09:37 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Uhuru comrade! Are you going to participate in this event? http://studentmarch.org/what-is-millionstudentmarch/

Attachments:



Title: What is #MillionStudentMarch
We are high school, college, and graduate students, recent graduates, campus workers, former students, parents, and grandparents uniting in a day of action on November 12, 2015 to demand tuition-free public college, cancellation of all student debt, and a $15 minimum wage for all campus workers. Ed
Size: 0
Path: http://studentmarch.org/what-is-millionstudentmarch/
(Empty File)

11/5/2015 11:14:55 AM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Jesse, happy birthday, comrade! We appreciate greatly your close work with us, and we wish your much happiness and success in your life! Uhuru!

11/9/2015 11:12:10 AM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Uhuru! Anastacia - Thank you so much! I really appreciate you, Alex and the Anti-Globalization Movement of Russia for your profound support of African people. I look forward to meeting you in person someday soon!

11/9/2015 1:51:01 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Me too! Maybe one day you will come to us or we will come to you! :)

11/9/2015 1:51:36 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

http://stop-imperialism.com/2015/11/09/9369/

**Attachments:**



Title: Russia and the Anti-Globalization movement express their solidarity with the people of Syria |...
November 7, 2015 in Moscow, on the commemoration day of the Great October Revolution of 1917, the Anti-Globalization Movement of Russia organized a meeting with the National Union of Syrian Students. The event was organized with the help of the Syrian Embassy in the Russian Federation. The event bro…
Size: 0
Path: http://stop-imperialism.com/2015/11/09/9369/
(Empty File)

11/9/2015 4:19:59 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Jesse, if it's possible, can you post it on some of your resources like uhurunews and uhurusolidarity?

11/9/2015 4:20:59 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Yes!

11/9/2015 4:23:52 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Thank you comrade!

11/9/2015 4:24:37 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Hello Jesse! Did you participate in the march of the 7 of November in Washington?

11/12/2015 2:43:39 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Yes I did! It was powerful

11/12/2015 2:47:16 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

I just cannot find any link about this event. Can you suggest something where I can find more information on this event?

11/12/2015 2:50:59 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Uhuru Anastacia!

12/4/2015 2:34:53 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Would it be possible for the AGM to send us a 10 minute audio recording of a statement about the situation in Russia / Syria / Turkey, for us to play on our radio program this Sunday?
We would need the audio recording by tomorrow. Please let me know if this is possible, thanks comrade.

12/4/2015 2:36:01 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Okay, I will ask Alex

12/4/2015 2:37:24 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Thanks

12/4/2015 2:38:16 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

Can we send it tomorrow?

12/4/2015 2:39:48 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Yes.

12/4/2015 2:40:05 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Can you send it as an mp3?

12/4/2015 2:40:13 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 100001580289610

yes

12/4/2015 2:44:47 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

ok great!

12/4/2015 2:48:08 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

---

8

**Start Time:** 3/25/2021 11:36:33 PM(UTC+0)
**Last Activity:** 3/25/2021 11:36:33 PM(UTC+0)
**Number of attachments:** 1
**Source:** Facebook Warrant Return
**Account:** 779185077
**Source Extraction:** 8- 03162021-04202021\ 256617893230904.zip (jesse.nevel)
**Body file:** chat-8.txt

**Participants:**



Facebook: 100003266164592
Alexander  Ionov



Facebook: 779185077
Jesse Nevel (owner)

**Identifier:** 10155970370040078

48