# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

From: Facebook: 100003266164592 Alexander Ionov

Attachments:



Title: sticker (369239343222814)
Size: 5824
File name: linked_media/unified_message_369239343222814.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-6/851587_369239346556147_162929011_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9tZXNzZW5nZXI6RFBY JsZ2VuX2NsaWVudF9tZXNzZW5nZXI6RFBYIn0%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=7f050101b19ea1f5488ba9ae19ad5e16&oe=61B640C6

linked_media/unified_message_369239343222814.png

12/5/2015 7:21:14 PM(UTC+0)

Source Extraction:
33- 10062015-01072015\ 251413396924005.zip (jesse.nevel)

5

Start Time: 1/21/2016 4:02:43 PM(UTC+0)
Last Activity: 2/9/2016 2:12:20 PM(UTC+0)
Number of attachments: 1
Source: Facebook Warrant Return
Account: 779185077
Source Extraction: 1- 01072016-04092016\ 380909910499699.zip (jesse.nevel)
Body file: chat-5.txt

Participants:

    Facebook: 100001580289610

    Facebook: 779185077
                        Jesse Nevel (owner)

Identifier: 10155994320440078

From: Facebook: 100001580289610

Hello Jesse! How are you?
Please read and share this article, if it's possible. Thank you!

Attachments:



Title: The courts of the United States are against Russian citizens: Konstantin Yaroshenko is dying in...
The United States legal system has already issued 22 warrants for the arrest of some Russian citizens. In fact, the detention can occur both in the U.S. and other countries. We all know about a trumped-up case of Viktor Bout, Roman Seleznev, Konstantin Yaroshenko and others. This practice is unaccep…
Size: 0
Path: http://stop-imperialism.com/2016/01/21/9959/
(Empty File)

1/21/2016 4:02:43 PM(UTC+0)

Source Extraction:
1- 01072016-04092016\ 380909910499699.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Thank you, I will share it!

1/21/2016 4:22:30 PM(UTC+0)

Source Extraction:
1- 01072016-04092016\ 380909910499699.zip (jesse.nevel)

17

**From: Facebook: 100001580289610**
Hello Jesse! How are you? Do you have any Uhuru comrades in Chicago?
2/9/2016 1:14:30 PM(UTC+0)

Source Extraction:
1- 01072016-04092016\ 380909910499699.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**
Uhuru Anastacia! You should ask Penny Hess about that.
2/9/2016 2:10:56 PM(UTC+0)

Source Extraction:
1- 01072016-04092016\ 380909910499699.zip (jesse.nevel)

**From: Facebook: 100001580289610**
Okay
2/9/2016 2:12:20 PM(UTC+0)

Source Extraction:
1- 01072016-04092016\ 380909910499699.zip (jesse.nevel)

| 6 | **Start Time:** 8/17/2015 1:49:30 PM(UTC+0) <br> **Last Activity:** 9/21/2015 12:36:48 PM(UTC+0) <br> **Number of attachments:** 0 <br> **Source:** Facebook Warrant Return <br> **Account:** 779185077 <br> **Source Extraction:** 22- 07052015-10062015\ 274502951385883.zip (jesse.nevel) <br> **Body file:** chat-6.txt <br> **Participants:** <br>  Facebook: 100001580289610 <br> Facebook: 779185077 Jesse Nevel (owner) <br> **Identifier:** 10155994320440078 | |

**From: Facebook: 779185077 Jesse Nevel**
Uhuru! Anastacia - how are you doing?
8/17/2015 1:49:30 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)

**From: Facebook: 100001580289610**
I'm fine thanks and you?
8/17/2015 1:52:47 PM(UTC+0)

Source Extraction:
22- 07052015-10062015\ 274502951385883.zip (jesse.nevel)