# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| 9 | Start Time: 4/8/2020 10:48:05 PM(UTC+0)<br>Last Activity: 4/20/2020 5:25:23 PM(UTC+0)<br>Number of attachments: 9<br>Source: Facebook Warrant Return<br>Account: 779185077<br>Source Extraction: 10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)<br>Body file: chat-9.txt<br><br>**Participants:**<br><br> Facebook: 100003266164592<br>Alexander Ionov<br><br> Facebook: 779185077<br>Jesse Nevel (owner)<br><br>Identifier: 10155970370040078 |  |

**From: Facebook: 100003266164592 Alexander Ionov**
Alexander sent an attachment.
Attachments:
Title: Jesse Nevel.pdf (1341397486248217)
Size: 131376
File name: linked_media/unified_message_1341397486248217.pdf
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/92965798_1341397492914883_5119871870354587648_n.pdf/Jesse-Nevel.pdf?ccb=1-5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaBfdXJsZ2VuX2NsaWVudC9lbnRpdHkvbWVzc2FnZV9maWxlIn0%3D&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVKRhxOBZXsrmP9c5NJ4wL98CkvMeNLgxpIF_tofMNtdrg&oe=61BEAE41&dl=1
linked_media/unified_message_1341397486248217.pdf

4/8/2020 10:48:05 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

**From: Facebook: 100003266164592 Alexander Ionov**
I really hope for your participation

4/8/2020 10:52:39 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

**From: Facebook: 779185077 Jesse Nevel**
Uhuru! Alexander:
Yes, I will participate and would like to give a report. I would be joining Chairman Omali Yeshitela and Luwezi Kinshasa. Thank you so much.

4/15/2020 7:59:05 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

**From: Facebook: 100003266164592 Alexander Ionov**
Uhuru

4/15/2020 7:59:48 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

**From: Facebook: 100003266164592 Alexander Ionov**
You are welcome

4/15/2020 8:00:22 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

**From: Facebook: 100003266164592 Alexander Ionov**
I need the text of your speech before Thursday

4/15/2020 8:00:50 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Ok, will do! Should I email to you or send here?

4/15/2020 8:03:40 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

From: Facebook: 100003266164592 Alexander Ionov

ionov@it-int.one

4/15/2020 8:04:04 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

From: Facebook: 100003266164592 Alexander Ionov

4/15/2020 8:04:09 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Thanks

4/15/2020 8:04:12 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

From: Facebook: 100003266164592 Alexander Ionov

Alexander sent a sticker.
Attachments:



Title: sticker (344395972623284)
Size: 33129
File name: linked_media/unified_message_344395972623284.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-6/16781179_344395979289950_8321728985469812736_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX3NhWVudC9lbnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=00_AT9r1X3G7684iZN4uAj5GkDUk3JHFYFYOOrHtW-NV5GVwA&oe=61C255EC
linked_media/unified_message_344395972623284.png

4/15/2020 8:04:21 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

From: Facebook: 100003266164592 Alexander Ionov
Alexander sent a voice message.
Attachments:

Title: audioclip-1587140175000-22000.aac (230109988345650)
Size: 193466
File name: linked_media/unified_message_230109988345650.aac
Path: https://interncache-eag.fbsbx.com/v/t59.3654-21/93818442_230109991678983_6939968552430469120_n.aac/audioclip-1587140175000-22000.aac?ccb=1-5&_nc_sid=7272a8&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpdHkvbWVzc2FnZXJfdXBsb2FkRpbnJ9&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVL8choWAOvgsHJHMgsRIGJEQR-o8BqZ7gDpCovc9CdJRg&oe=61BE76A1&dl=1
linked_media/unified_message_230109988345650.aac

4/17/2020 4:16:16 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel
Thank you very much!

4/17/2020 4:21:12 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

From: Facebook: 100003266164592 Alexander Ionov
Alexander sent a sticker.
Attachments:



Title: sticker (344395972623284)
Size: 33129
File name: linked_media/unified_message_344395972623284.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-6/16781179_344395979289950_8321728985469812736_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpdHkvbWVzc2FnZXJfdXBsb2FkRpbnJ9kvc3RpY2tlcl9pZCI3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=00_AT9r1X3G7684iZN4uAj5GkDUk3JHFYFYOOrHtW-NV5GVwA&oe=61C255EC
linked_media/unified_message_344395972623284.png

4/17/2020 4:21:19 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

From: Facebook: 100003266164592 Alexander Ionov

good day! I remind you of our interactive conference "Dialogue of Nations" which will be held on April 20 at 17:00 (5:00 PM) Moscow time.

Please send me your Zoom username and confirm your participation!

thank you!

4/17/2020 8:06:38 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

**From: Facebook: 100003266164592 Alexander Ionov**

Alexander sent an event link.

Attachments:



Title: Dialogue of Nations
Size: 0
Path: https://www.facebook.com/events/171607040677874/
(Empty File)

4/19/2020 7:41:08 AM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

---

**From: Facebook: 779185077 Jesse Nevel**

Hi Alex, I am confirming. Thanks so much. My zoom account is from my email - jessenevel@gmail.com

4/19/2020 11:04:26 AM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

---

**From: Facebook: 100003266164592 Alexander Ionov**

Hi Jesse, thank you so much

4/19/2020 11:26:37 AM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

---

**From: Facebook: 100003266164592 Alexander Ionov**

Alexander sent an attachment.

Attachments:

Title: List of speakers .pdf (250153222836424)
Size: 249786
File name: linked_media/unified_message_250153222836424.pdf
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/93784622_589923521618000_5111226247216627712_n.pdf/List-of-speakers.pdf?ccb=1-5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudCJ9&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVJAFv_YJXFJpqmYNTIS1v_quZnDBwMC3mMtO1AB8gHyzw&oe=61BE72D9&dl=1
linked_media/unified_message_250153222836424.pdf

4/19/2020 1:06:58 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

From: Facebook: 100003266164592 Alexander Ionov

https://us02web.zoom.us/j/87954953209?pwd=j6saQdeQCGE_1qwsB4ScUnpk3d3e4A
Conference room: 87954953209
password: 380398

Attachments:



Title: Join our Cloud HD Video Meeting now
Zoom is the leader in modern enterprise video communications, with an easy, reliable cloud platform for video and audio conferencing, chat, and webinars across mobile, desktop, and room systems. Zoom Rooms is the original software-based conference room solution used around the world in board, confer...
Size: 0
Path: https://us02web.zoom.us/j/87954953209?pwd=j6saQdeQCGE_1qwsB4ScUnpk3d3e4A
(Empty File)

4/20/2020 11:37:32 AM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

From: Facebook: 779185077 Jesse Nevel

Thank you!

4/20/2020 11:37:43 AM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

From: Facebook: 100003266164592 Alexander Ionov

Attachments:



Title: sticker (369239263222822)
Size: 0
File name: linked_media/unified_message_369239263222822.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-6/39178562_1505197616293642_5411344281094848512_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NhcHVsdC9pbnRlcm5jYWNoZS1lYWcifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=00_AT8w08kPytTgIjXB5aH7s1A7NdyRw7V5vwsWbYumk8zZNg&oe=61C0CDCB
linked_media/unified_message_369239263222822.png

4/20/2020 11:44:58 AM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

From: Facebook: 100003266164592 Alexander Ionov

Thank you so much

4/20/2020 5:24:50 PM(UTC+0)

Source Extraction:
10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

> **From: Facebook: 779185077 Jesse Nevel**
> Thank you
> 4/20/2020 5:25:04 PM(UTC+0)
>
> Source Extraction:
> 10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

> **From: Facebook: 100003266164592 Alexander Ionov**
> Fore your speech
> 4/20/2020 5:25:18 PM(UTC+0)
>
> Source Extraction:
> 10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

> **From: Facebook: 100003266164592 Alexander Ionov**
> Alexander sent a sticker.
> Attachments:
>
> 
>
> Title: sticker (344395512623330)
> Size: 35500
> File name: linked_media/unified_message_344395512623330.png
> Path: https://interncache-eag.fbcdn.net/v/t39.1997-6/16685805_344395522623329_6425537190989660 16_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfXJsZ2VuX2NsaWVudC9sbnRpcdH kvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=00_AT9mSkT5VhLyzacrrEJbUofBFllrUdzTBUWWm_JLzrmkOw&oe=61C200EF
> linked_media/unified_message_344395512623330.png
> 4/20/2020 5:25:23 PM(UTC+0)
>
> Source Extraction:
> 10- 04052020-05062020\ 342877053841998.zip (jesse.nevel)

| 10 | Start Time: 4/26/2017 8:46:04 PM(UTC+0)<br>Last Activity: 4/26/2017 8:46:04 PM(UTC+0)<br>Number of attachments: 0<br>Source: Facebook Warrant Return<br>Account: 779185077<br>Source Extraction: 12- 04162017-07182017\ 670226080807038.zip<br>Body file: chat-10.txt<br><br>Participants:<br><br> Facebook: 680033998<br>Bokhua Edvardi<br><br> Facebook: 779185077<br>Jesse Nevel (owner)<br><br>Identifier: 10154803034208999 |  |

> **From: Facebook: 779185077 Jesse Nevel**
> You are now connected on Messenger
> 4/26/2017 8:46:04 PM(UTC+0)
>
> Source Extraction:
> 12- 04162017-07182017\ 670226080807038.zip