# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



**THE ANTI-GLOBALIZATION MOVEMENT OF RUSSIA**

Phone: +7 (499) 553-0965   E-mail: info@anti-global.ru   www.anti-global.ru

19/04/2020

Moscow, Russia

**List of speakers at an online-conference «Dialogue of nations»:**

1) Alexander Ionov – Anti-globalization Movement of Russia
2) Alexey Muratov – Social Movement «Donetsk Republic»
3) Diarmuid Mac Dubhglairs – Republic Sinn Fein
4) Sara Flounders – International Action Centre
5) Joe Lombardo – UNAC
6) Frank James Johnson – UNAC
7) Louis Marinelly – Yes, California
8) Jason Sean Richard – Yes, California
9) Greg Butterfield – Struggle Valuchie
10) Omali Yeshitela - Uhuru
11) Jesse Nevel – Uhuru
12) Johan Backman – docent in University of Helsinki
13) Kevin Zeese – Popular Resistance
14) Luwezi Kinshasa – African Socialist International
15) Hamze Mohamuud Hassan – Somaliland
16) Alfred Rubiks – deputy of European Parliament (2009-2014)
17) Evgeniy Konstantinov – Civil Consent
18) Mohammed Mouhtar – Lebanon Democracy Party