# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

From: Facebook: 100001580289610

I thought he already did it...

1/6/2016 8:15:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, I will call Alex tomorrow and remind him to send it

1/6/2016 8:15:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Sorry for inconveniences

1/6/2016 8:15:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

| 4 | **Start Time:** 8/10/2015 11:04:32 AM(UTC+0)<br>**Last Activity:** 9/3/2015 9:03:42 AM(UTC+0)<br>**Number of attachments:** 19<br>**Source:** Facebook Warrant Return<br>**Account:** 549328541<br>**Source Extraction:** 7- 07052015-01072016\931329584463865.zip (pennyuhuru)<br>**Body file:** chat-4.txt | |
|---|---|---|

Participants:

| | Facebook: 549328541<br>Penny Hess (owner) |
| | Facebook: 100000087148451<br>Themba Tshibanda |
| | Facebook: 100001580289610 |
| | Facebook: 100003266164592<br>Alexander Ionov |

**Identifier:** 853927011359902

From: Facebook: 100003266164592 Alexander Ionov

Hi Penny! I added my personal assistant to our dialogue.

8/10/2015 11:04:32 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Her name is Nastya (short name).

8/10/2015 11:04:55 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

She can help greatly in our cooperation.

8/10/2015 11:05:12 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Splendid!

8/10/2015 11:05:19 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Then there will Gleb

8/10/2015 11:05:45 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Alex, you are aware of speaking during the Black is Back Conference on Aug. 22, correct?

8/10/2015 11:05:54 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

They both speak English

8/10/2015 11:05:57 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Yes, of course

8/10/2015 11:06:19 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Excellent. We will be more in touch about that.

8/10/2015 11:06:41 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Yes!

8/10/2015 11:06:57 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Will we have the confrence via Skype?

8/10/2015 11:07:26 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Chairman Omali would like to live stream it but will have to see what is possible.

8/10/2015 11:07:57 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I think you would have to be able to live stream from your end. The Audio-visual people will have to contact you about that. I am not the expert.

8/10/2015 11:08:47 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

So waiting for your further instructions

8/10/2015 11:08:59 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK. We'll be in touch.

8/10/2015 11:09:18 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you for letting us know the situation.

8/10/2015 11:10:56 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Today I had a speech before the Moscow Police Administration and officers of highest rank. I spoke about police terror in US against Black communities. My speech was approved by the audience.

8/10/2015 11:11:35 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

That's great Alex. Did you post a clip on Facebook or could you send us a clip?

8/10/2015 11:12:44 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Thursday I will have debates about the poice terror on television. I will defend and support Black people and their rights. So the topic about police outrage in US against Black is rather popular in Russia.

8/10/2015 11:12:56 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

I have only photos. They will be posted today on Moscow police website.

8/10/2015 11:13:44 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Police?

8/10/2015 11:14:14 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

yes

8/10/2015 11:14:32 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I am glad to hear that there is support in Russia around this question.

8/10/2015 11:15:02 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

We hope that the awareness of Black people struggle wil; be spread all over the world.

8/10/2015 11:15:53 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

not only in Russia

8/10/2015 11:16:02 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Uhuru Movement is raising the issue of the U.S. attacks on Russia and wants to build support for the Russian people.

8/10/2015 11:16:10 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

as more people support Black in US, so more possibilities will be to solve this problem

8/10/2015 11:16:37 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

The only way to stop US terror inside and outside is to cooperate  actively! Thank you!

8/10/2015 11:17:28 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

International solidarity.

8/10/2015 11:18:44 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Exactly!

8/10/2015 11:18:54 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We will talk again soon!

8/10/2015 11:19:29 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Of course!

8/10/2015 11:19:46 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Hi Penny! It's Anastacia. Sending you our solidarity appeal in the context of today events.
http://stop-imperialism.com/2015/08/11/8345/

Attachments:

Title: The Ferguson Police is Making a Bullshit Again | SI | STOP-Impreialism.com
We remember the tragic events of the last year when an innocent Black teenager Mike Brown was brutally shot down by the Police of Ferguson city. It was not the first time when police violated the basic rights of Black people and used the most terrifying methods of threat and terror against Black cit...
Size: 0
Path: http://stop-imperialism.com/2015/08/11/8345/
(Empty File)

8/11/2015 3:06:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander:

Attachments:

Title: sticker (369239263222822)
Size: 0
File name: linked_media/unified_message_369239263222822.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-6/39178562_1505197616293642_541134428109484512_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaBfdXJsZ2VuX2NsaWVudCJ9&kvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=00_AT9-NM4fMLwsmF4_fIdT3ZcErcuxU8yiDTEd0NW2rz19NA&oe=61BED38B
linked_media/unified_message_369239263222822.png

8/11/2015 3:07:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia! That is powerful! We will post it!

8/11/2015 6:10:44 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you!

8/11/2015 6:14:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

196

From: Facebook: 549328541 Penny Hess

Anastacia and Alexander: I just sent you an email but want to make sure you see this question.

8/11/2015 6:33:25 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Slava had been helping us with finalizing the new www.uhurunews.com website. He was helping us with some backend problems that need to be resolved. Is there perhaps anyone who can take his place for that work? Thank you!

Attachments:



Title: Uhuru News – The Burning Spear Newspaper Online – Home
"I have had the pleasant honor of working with Herdosia for the past several months. One of my many new nicknames for her is "the revolutionary evangelist."" Full Story
Size: 0
Path: http://uhurunews.com/
(Empty File)

8/11/2015 6:34:59 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, could you wait till the end of the week? We will find a specialist ASAP who will help you with your peoblems.

8/11/2015 6:38:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

*problems

8/11/2015 6:38:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia!! That is wonderful! Thank you. I just let Chairman Omali know what you said. The end of the week is great!

8/11/2015 6:41:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you for understanding Penny! Sorry for such inconveniences!

8/11/2015 6:44:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Not an inconvenience! Thank you!

8/11/2015 6:47:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia: Here are some of the skills that we need:

8/11/2015 7:01:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Support for Uhuru News:
PHP programming language
CMS Made Simple (website platform)
Smarty templating framework

8/11/2015 7:01:52 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you!

8/11/2015 7:02:01 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

UHURU!

8/11/2015 7:31:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

named the group Black is Back! UHURU!

8/12/2015 1:50:49 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru! Penny, we saw an invitation to your education political sessions on e-mail. Can we partcipate i it?

8/12/2015 1:51:50 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes, you can call me or Jesse via Skype.That would be great.  It will be about 2:30 am your time though!

8/12/2015 1:55:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

is our presence obligatory?

8/12/2015 1:56:27 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander sent a sticker.

**Attachments:**



Title: sticker (746324812106618)
Size: 13017
File name: linked_media/unified_message_746324812106618.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-
6/70290079_2962424653829945_2022952394102407168_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRlcm5jYWNoZV9tZXNzYWdlIn0%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=00_AT9OLtBtbZNN8iLbnCrHXRK__AB33y0ImdKormi5FVrMtA&oe=61BE99CC
linked_media/unified_message_746324812106618.png

8/12/2015 1:56:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

8/12/2015 1:56:54 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

2:00 am)))

8/12/2015 1:57:15 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

UHURU !

8/12/2015 1:58:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

You sent a sticker.

**Attachments:**



Title: sticker (126361967548600)
Size: 141124
File name: linked_media/unified_message_126361967548600.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-
6/851575_126361970881933_2050936102_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRpbnRpdmUiOi01&_nc_ht=interncache-
kvc3RpY2tlcndIQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=00_AT8tymPjCuXtHN0jTFM08xcCJHm5Kfl8vrAdaXH2EcaV9A&oe=61BED5
EA

linked_media/unified_message_126361967548600.png

8/12/2015 1:59:54 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

No. Get your sleep, comrades!

8/12/2015 1:59:58 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander sent a sticker.

Attachments:



Title: sticker (746324755439957)
Size: 25163
File name: linked_media/unified_message_746324755439957.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-
6/70093225_2962425913829819_4458034203363115008_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpdH
kvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=00_AT-
vIvC3AanWWVKkELhKavHjpfBLP0V7y9XVk3mEq66q1Q&oe=61BE3FC1
linked_media/unified_message_746324755439957.png

8/12/2015 2:00:18 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

---

From: Facebook: 100003266164592 Alexander  Ionov

)))

8/12/2015 2:00:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

---

From: Facebook: 100001580289610

ahah)) Thank you! It's a pity that it's such uncomfortable time for us.

8/12/2015 2:01:27 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

---

From: Facebook: 549328541 Penny Hess

Anastacia we received this morning:

8/12/2015 2:03:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 54932859 - Penny Hess

From: "George A. Makarenko"
Date: August 12, 2015 at 6:47:32 AM EDT
To: asiatic43@yahoo.com
Subject: Black Is Back Coalition - Web Enquiry
Reply-To: gmakarenko@rbc.ru

From: George A. Makarenko

Email: gmakarenko@rbc.ru

Page URL: http://www.blackisbackcoalition.org/contact-us/

Message:

Dear Sir or Madam,

I'm the journalist from RBC (RosBusinessConsulting) media outlet, one of the largest
independent news agencies in our country.
Now we're preparing an article about anti-war and independence movements across the
world, about the current wave of separatism. So, could you please answer some questions
regarding your connections with our Russian Anti-Globalist Movement?

First, could you confirm, that some representatives of your movement participated at the
"Right of Peoples to Self-Determination and Building a Multipolar World" conference in
Moscow in December 2014?
Second, the Russian Izvestia newspaper reported (and the leader of Anti-Globalist
Movement Alexander Ionov confirmed) that there is a plan to held another conference on
this topic in Moscow this September. Have you already been invited to participate in this
forum? If yes, are you going to accept this invitation?

Thank you in advance for the answer!

**Attachments:**



Title: Contact Us : Black Is Back Coalition
Size: 0
Path: http://www.blackisbackcoalition.org/contact-us/
(Empty File)

8/12/2015 2:03:47 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander sent a sticker.

**Attachments:**



Title: sticker (648180351962869)
Size: 104315
File name: linked_media/unified_message_648180351962869.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-
6/851540_648180355296202_2054047794_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxxZW4iOiJwaHBfdXJsZ2V2uX2NsaWVudC9lbnRpdH
kvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=00_AT_0YFkel2kBqj8JVpfE9-
1WNV1cGRTKk1p9y9WCVeHFkw&oe=61BF7A84
linked_media/unified_message_648180351962869.png

8/12/2015 2:05:01 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

It's crazy jornalist

8/12/2015 2:05:44 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

ohh... this journalist never asked us about the participants of the Conference.

8/12/2015 2:05:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I don't know this journalist..

8/12/2015 2:06:05 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Perhaps Alexander knows...

8/12/2015 2:06:15 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, could you please not answer this journalist? He might be an intelligence agent. We
will have a conference concernig the problems of independence and freedom of countries
and regions.

8/12/2015 2:08:47 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thanks Anastacia. I am in a meeting but will let the Chairman know right after.

8/12/2015 2:26:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, if this journalist disturbs you one more, you could text him that you just have connections with us but you didn't receive any invitation to the conferene. Thank you!

8/12/2015 2:38:01 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Chairman wants to know what are the conferences in Sept and last December. Why does the journalist assume we would be a party to them--this came to the Black is Back website.Is this journalist some kind of opponent to the Anti-Globalization movement? We would like to know what is going on since you are saying to ignore them. Did Margaret Kimberley attend the December 2014 conference?

8/12/2015 3:05:52 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

This journalist didn't evidently study throughly our website and didn't understand what kind of cooperation our Movement has with you. Yes, there was a December conference last year where Margaret Kimberley was an attendee. This September we are organizing an international conference for independence and freedom movements from different regions of the world (like Scotland, Ireland, Catalonia, etc.). The journalist is just stupid and cannot understand that there is no connection between December conference and the upcoming September confrence and with Uhuru. Just ignore him.

8/12/2015 3:18:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Chairman says: African people are struggling for Independence from colonialism in the US and around the world. Scotland is trying to separate from England, Catalonia from Spain. Africans from the US. Right? So what's up?

8/12/2015 3:39:14 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

These movements try to create their own states. As far as I know, Africans don't try to create their own state. Is it right?

8/12/2015 4:08:25 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

We will discuss their possibilities to secede from the countries they are currently in.

8/12/2015 4:14:24 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Wrong! There has always been tendency for Africans to create our own state--we are very serious about liberating Africa and African people everywhere. We understand that African people are Africans wherever we have been forcibly dispersed around the world. We plan to take state power. That is our goal.

8/12/2015 4:15:17 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The issue of African state power has always been on the agenda and the US government has assassinated the movements that fought for this--Marcus Garvey, Malcolm X, Kwame Nkrumah, Lumumba. This is what Chairman Omali and the African People's Socialist Party represents the same tendency.

8/12/2015 4:16:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The attack on the African Revolution in the 1960s by the US government killed many of the advocates of establishing African state power.--from US, Congo etc.

8/12/2015 4:17:44 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay, thank you for an explanation!

8/12/2015 4:18:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Anti-Globalization Movement have only been able to have been acquainted with accommodationist movement within the African movement. The African Peoples Socialist Party and the African Socialist Party are intent on forward the goal for African self-determination and state power.

8/12/2015 4:18:47 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay, now I understand. We will discuss it with Alexander.

8/12/2015 4:19:41 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Great!

8/12/2015 4:20:44 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, just one question. If the Africans try to create their own state, do you want to establish it in the USA or somewhere else?

8/12/2015 4:21:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Africa is the national homeland of African people. However, the African nation has been dispersed around the world. Central to the African liberation is the recapture of the African homeland. However, components of this struggle for African liberation will see struggle for state power in other places including a tactical capture of state power inside the US

8/12/2015 4:23:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Now I understand. Thank you!

8/12/2015 4:29:43 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, I texted Omali about our Conference. Could you please discuss in your organisation the possibility to partcipate in the Conference?

8/12/2015 4:46:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes, I will raise that. Thank you.

8/12/2015 5:08:32 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, tomorrow at 11 am (Moscow time) Alexander will take part in the debates on TV where he will speak about police oppression of Black. We need a video from Omali with his speech. Can he make a video raising the following questions :
1) How do you think , the collisions between Black and Police originate from provocations on the part of the police state or justified by american laws?
2) What has changed in problem of racial abuse and intolerance since the time of Martin Luther King and Malcolm X?
We need your video approximately in 5 hours. Please send it on Alexander's e mail and info@anti-global.

8/12/2015 7:08:27 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Penny please

8/12/2015 7:08:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

It's important for me and UHURU

8/12/2015 7:09:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Alex

8/12/2015 7:24:27 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

UHURU!

8/12/2015 7:24:47 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Chairman Omali is not available right now because he is preparing to leave very early to his keynote speech in Jamaica for the Marcus Garvey tribute event.

8/12/2015 7:26:58 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I can speak with others to see if we can find a presentation that he has already made that would address some of what you are asking for

8/12/2015 7:27:29 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Would that work?

8/12/2015 7:28:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Maybe you can record video? answer questions

8/12/2015 7:32:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Do you mean record the Chairman? Because he is not in the office for the rest of the day

8/12/2015 7:33:51 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

I think you'll be able to answer the questions?

8/12/2015 7:35:16 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

if possible

8/12/2015 7:35:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Let me get back to you on this very shortly

8/12/2015 7:36:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

I'll wait

8/12/2015 7:38:01 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Alex, Gaida Kambon the Secretary General of the Party will do the video. We will video from here and send to you as a file.

8/12/2015 7:44:03 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

excellent! please do so before 12:00 Moscow time

8/12/2015 7:45:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander:

**Attachments:**

Title: sticker (369239263222822)
Size: 0
File name: linked_media/unified_message_369239263222822.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-
6/39178562_1505197616293642_5411344281004848512_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX3NsaWVud9VudC9IbnRpdH
kvc3RpY2ItcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=00_AT9-
NM4fMLwsmF4_fIdT3ZcErcuxU8yiDTEd0NW2rz19NA&oe=61BED38B
linked_media/unified_message_369239263222822.png

8/12/2015 7:45:14 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Should be able to get something to you within a few hours. Uhuru!

8/12/2015 7:45:49 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

I am waiting

8/12/2015 7:45:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

UHURU

8/12/2015 7:46:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK

8/12/2015 7:47:08 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander:

Attachments:

Title: sticker (369239263222822)
Size: 0
File name: linked_media/unified_message_369239263222822.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-
6/39178562_1505197616293642_541134281094848512_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC99bnRpdH
kvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=00_AT9-
NM4fMLwsmF4_fldT3ZcErcuxU8yiDTEd0NW2rz19NA&oe=61BED38B
linked_media/unified_message_369239263222822.png

8/12/2015 7:47:13 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Alex, the AV person said that he can video it, put it up on YouTube and send you a link.
Would that work?

8/12/2015 7:48:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

YES! in any form!

8/12/2015 7:49:54 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK

8/12/2015 7:50:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander:

**Attachments:**

Title: sticker (369239263222822)
Size: 0
File name: linked_media/unified_message_369239263222822.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-
6/39178562_1505197616293642_541134281094848512_n.png?ccb=1-
5&_nc_sid=0572db&efg=ey J1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpcpdH
kvc3RpY2tlcmMflfQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=00_AT9-
NM4fMLwsmF4_fIdT3ZcErcuxU8yIDTEd0NW2rz19NA&oe=61BED38B
linked_media/unified_message_369239263222822.png

8/12/2015 7:51:36 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, please send a link to this conversation.

8/12/2015 9:40:32 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Anastacia, we are uploading to YouTube now. Need about 30 more minutes and I will email you the link. You are giving this tomorrow morning right?

8/12/2015 9:43:25 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes

8/12/2015 9:43:58 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

As soon as it is done I will email the link to you.

8/12/2015 9:44:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you?

8/12/2015 9:45:29 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

!

8/12/2015 9:45:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

:

**Attachments:**

Title: sticker (369239263222822)
Size: 0
File name: linked_media/unified_message_369239263222822.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-
6/39178562_1505197616293642_5411344281094848512_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbRpdH
kvc3RpY2tlcnMiLCJ0X3N0aWNrZXJfcGFyYW1zIjoyOTZ9&_nc_ohc=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=00_AT9-
NM4fMLwsmF4_fIdT3ZcErcuxU8yiDTEd0NW2rz19NA&oe=61BED38B
_linked_media/unified_message_369239263222822.png_

8/12/2015 9:45:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Anastacia: here is the link: https://www.youtube.com/watch?v=JgB5uW1SowA

**Attachments:**

Title: Black Community Control of Police
Size: 0
Path: http://www.youtube.com/watch?v=JgB5uW1SowA
(Empty File)

8/12/2015 10:30:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you so much!! We will inform you about the results of TV debates

8/12/2015 10:37:32 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

UHURU!!!!!

8/13/2015 12:13:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Pany, how are you? Thank you for the video! It was grate!

8/13/2015 12:14:32 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Pany, what your organisation think about estebliing Afro-american socialist peoples republic?

8/13/2015 12:16:25 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

So why not to organize a republic separated from the USA?

8/13/2015 12:17:27 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

I think it is a very interesting idea.

8/13/2015 12:18:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, we need to know who wrote a UN petition?

8/13/2015 12:59:43 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

It should be written ASAP and sent to UN office in New York and to the websites of White House and change.org. We are also going to create a petition here in Russia.

8/13/2015 1:12:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Alex and Anastacia

8/13/2015 5:04:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I have forwarded those questions from Alex to the Chairman as he is out of town right now.

8/13/2015 5:05:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Last week I sent the draft of the petition on genocide to Slava (before he quit). Did you get to see it? It needs more work and I will have to do that quickly but can you give me some input? Is this the kind of thing you are thinking about.

8/13/2015 5:06:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

In the 1950s there was a petition to the UN on the condition of African people in the US. It was published in a book called "We Charge Genocide!" I kind of based this petition on that one.

8/13/2015 5:07:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Thanks Penny

8/13/2015 7:23:15 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Tomorrow we read

8/13/2015 7:23:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

And send you

8/13/2015 7:23:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

UHURU

8/13/2015 7:23:59 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK thank you!

8/13/2015 7:24:08 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

We have already read this version of the petition but we need to study it more thoroughly
and offer something to add or correct.

8/13/2015 7:27:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny!

The petition is perfect. It should be published on change.org, citizengo.org and other petions'
sites. It is also important to post it on the site of the White House. Everything should be done
till Monday. Then we will spread these petitions and gather signatures of people and
ogranizations in Russia and other countries. You need to do the same in the U.S. and
wherever you have connections.

8/14/2015 9:21:08 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you Ana and Alex. I want to work on it a little more--perhaps tomorrow and then will
do that. I have been extremely busy today but will get to this as soon as I can. Uhuru!

8/14/2015 8:47:01 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

UHURU

8/14/2015 9:23:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru! Penny, we want to participate in your conference on 22th August. How can we do it?
Can we just make a video beforehand (with the questions you will offer us to answer)?

8/17/2015 5:12:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana! Yes Chairman has already invited Alex to speak/

8/17/2015 5:14:25 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I will get with the AV people about this to contact you. p

8/17/2015 5:14:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay

8/17/2015 5:18:51 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

The problem is that if we will attend the confernce online, we will have to do it at night.
Maybe it is possible to make a video with Alexander and upload it on the conference?

8/17/2015 5:22:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana, the Chairman said he would really like you to do it live if possible, but I think Jevon
contacted you and he will help you work this out. Thanks

8/17/2015 5:54:44 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

You added Themba Tshibanda to the group.

8/17/2015 5:54:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes Jevon texted me.

8/17/2015 6:25:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

Are you comrades going to be in the same place or in different locations for your presentation for the event?

8/17/2015 8:04:21 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Alexander and me are going to be on our presentation together.

8/17/2015 8:05:52 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

okay in the same room right?

8/17/2015 8:06:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

yep

8/17/2015 8:06:29 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

1 computer feed?

8/17/2015 8:06:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

yes

8/17/2015 8:06:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

uhuru!

8/17/2015 8:06:51 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

uhuru!

8/17/2015 8:06:56 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

What is a good time to test on Wednesday?

8/17/2015 8:07:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

We will discuss it with Alex. Tell you tomorrow

8/17/2015 8:07:49 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

Uhuru! Thank you!

8/17/2015 8:08:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru!

8/17/2015 8:08:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

You're welcome!

8/17/2015 8:08:27 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny what site did you want us to help with?

8/18/2015 12:30:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana, the website it he launch of our updated site at www.uhurunews.com

8/18/2015 12:34:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Contact Lisa Watson on Facebook or I will tell her to contact you at your email or facebook

8/18/2015 12:35:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We are making a new look for this site but are still having some back end problems

8/18/2015 12:36:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The design is all ready--its other things that are the problems

8/18/2015 12:36:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

https://www.facebook.com/lisa.watson.980?fref=ts
This girl?

**Attachments:**

Title: Lisa Watson
Size: 0
Path: https://www.facebook.com/lisa.watson.980
(Empty File)

8/18/2015 1:15:32 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes.

8/18/2015 1:50:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

Uhuru everyone! Anastacia, did you get word on a time we can test for Wednesday?

8/18/2015 1:53:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

What exactly are we going to test?

8/18/2015 1:53:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

The Google hangouts & livestream feed.

8/18/2015 1:57:25 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Uhuru

8/18/2015 2:23:10 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

This is what we need for your video...  BIBC is working to build an antiwar sentiment that will debunk what the U.S. media is putting forward about Russia and Ukraine and would like Alex to speak about that....

8/18/2015 9:28:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

Is it possible to have it done by Thursday?

8/18/2015 9:28:58 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I hope so. It depends on Alex

8/18/2015 9:37:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

Uhuru thanks

8/18/2015 9:37:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

Uhuru Anastacia! you have 20 minute to use for your video. If you go over a bit no problem.

8/19/2015 3:15:50 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay, thank you!

8/19/2015 3:28:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Jevon, we can make a video tomorrow and then send it to you.

8/19/2015 3:33:52 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

uhuru yes!

8/19/2015 3:34:10 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny!
Is the petition ready? We think it should be read during the conference.

8/20/2015 7:47:32 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

Uhuru Anastacia! Let me know when the video ready. I will be traveling tomorrow.

8/20/2015 1:32:13 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Evening

8/20/2015 1:32:27 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

Uhuru!

8/20/2015 1:32:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Uhuru

8/20/2015 9:42:58 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

http://www.youtube.com/watch?v=IJXNXoH7Aec&feature=youtu.be

8/20/2015 9:43:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

To conference 22

8/20/2015 9:43:18 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

My spear have

8/20/2015 9:43:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

No(

8/20/2015 9:43:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

No spears yet?

8/20/2015 9:44:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Spitch

8/20/2015 9:44:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

))

8/20/2015 9:44:41 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

I don't speak English)

8/20/2015 9:44:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Sorry

8/20/2015 9:44:59 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

See video

8/20/2015 9:45:16 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Thanks

8/20/2015 9:45:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

Here is the package tracking number for spears- c14748114335us

8/20/2015 9:46:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

Uhuru!

8/20/2015 9:46:56 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

UHURU

8/20/2015 9:47:08 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Thanks

8/20/2015 9:47:14 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Jevon and Penny, did you receive Alex video for the conference?

8/22/2015 8:43:32 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I would also kindly ask you to take a picture of Alexander during his video presentation.

8/22/2015 9:03:14 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

And post it in your article about the Conference.

8/22/2015 9:03:47 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

Uhuru

8/22/2015 1:36:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

We are living streaming the conference on uhurunews.com  Uhuru

8/22/2015 3:03:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

uhuru!

8/22/2015 3:47:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru!

8/22/2015 4:46:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Alexander! Great statement today! Everyone really appreciated it.

8/23/2015 12:27:29 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Uhuru

8/23/2015 12:31:42 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Many thanks

8/23/2015 12:31:48 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander sent a sticker.

Attachments:



Title: sticker (126361874215276)
Size: 105913
File name: linked_media/unified_message_126361874215276.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-
6/851586_126361877548609_1351776047_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuuX2NsaWVudC9lbnRpdH
kvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=00_AT8HJimC7LwjOLzuuOs3JdKP8IKnRjCivjchuvuw5MQndg&oe=61BE12B
0

linked_media/unified_message_126361874215276.png

8/23/2015 12:31:52 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

Themba:

Attachments:



Title: sticker (369239383222810)
Size: 8370
File name: linked_media/unified_message_369239383222810.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-
6/851582_369239386556143_1497813874_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRpcmdH
kvc3RpY2tlcnMlfQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=00_AT8O8Wxus1OVAw9p1jHTytFMA8CSJButGayRqrfp6oBAA&oe=61BED
DD1
linked_media/unified_message_369239383222810.png

8/23/2015 12:50:27 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

send me a link for donations

8/23/2015 1:25:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

UHURU

8/23/2015 1:26:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

BlackisBackCoalition.org  click donate button

8/23/2015 1:44:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Alexander:

**Attachments:**



Title: sticker (369239343222814)
Size: 5824
File name: linked_media/unified_message_369239343222814.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-
6/851587_369239346556147_162929011_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpbmRpH
kvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=00_AT9EeVo2okscN_kxbaDL_1yhqGaELxhumWPPWzv6zs-
WTQ&oe=61BE29C6
linked_media/unified_message_369239343222814.png

8/23/2015 1:55:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

---

From: Facebook: 100000087148451 Themba Tshibanda

Themba:

**Attachments:**

Title: sticker (369239383222810)
Size: 0
File name: linked_media/unified_message_369239383222810.png
Path: https://interncache-eag.fbcdn.net/v/t39.1997-
6/851582_369239386556143_1497813874_n.png?ccb=1-
5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpbmRpH
kvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=00_AT8O8Wxus1OVAw9p1jHTytFMA8CSJBufGayRqrfp6oBAA&oe=61BED
DD1
linked_media/unified_message_369239383222810.png

8/23/2015 1:56:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

---

From: Facebook: 100003266164592 Alexander  Ionov

Uhuru

8/23/2015 1:57:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

---

From: Facebook: 100000087148451 Themba Tshibanda

How much so I can announce it

8/23/2015 2:00:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

I promised Penny to transfer $ 500

8/23/2015 2:06:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

Uhuru thank u!

8/23/2015 2:06:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Uhuru!

8/23/2015 2:07:25 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

I transferred the money. can check?

8/23/2015 2:11:48 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru!
We need the petition on Black genocide be ready till Thursday! We've arranged with the Russian media that the petition should be published on Thursday. Otherwise they will reject our further cooperation.

8/25/2015 10:02:50 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander  Ionov

Uhuru

8/25/2015 10:05:58 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100000087148451 Themba Tshibanda

Check this out Alex & Anastacia, see how regular white people feel about Africans getting free! https://youtu.be/AdzI0xGbU6I

Attachments:



Title: Insanely Angry, Violent and Racist White Man Threatens Black Protesters
This video shows you the level of racism that still exists in the United States.
Size: 0
Path: http://www.youtube.com/watch?v=AdzI0xGbU6I
(Empty File)

9/2/2015 9:29:41 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Oh how it\s terrible...

9/3/2015 9:03:42 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

---

5

**Start Time:** 7/12/2016 3:10:33 PM(UTC+0)
**Last Activity:** 11/16/2016 4:16:09 PM(UTC+0)
**Number of attachments:** 0
**Source:** Facebook Warrant Return
**Account:** 549328541
**Source Extraction:** 8- 07112016-01132017\1974330612777400.zip (pennyuhuru)
**Body file:** chat-5.txt

Participants:



Facebook: 100001580289610



Facebook: 549328541
Penny Hess (owner)

**Identifier:** 10153215635708542

---

From: Facebook: 100001580289610

Uhuru Penny! Can the Chairman come to us in late summer or in the early September? We can discuss the dates via Skype.

7/12/2016 3:10:33 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Greetings Anastasia

7/13/2016 9:38:22 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)