# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.


Date Identified: _____

Date Admitted: _____

| 3 | **Start Time:** 8/14/2015 4:27:01 PM(UTC+0)<br>**Last Activity:** 1/6/2016 8:15:39 PM(UTC+0)<br>**Number of attachments:** 44<br>**Source:** Facebook Warrant Return<br>**Account:** 549328541<br>Source Extraction: 7- 07052015-01072016\931329584463865.zip (pennyuhuru)<br>**Body file:** chat-3.txt | |

Participants:

 Facebook: 100001580289610

 Facebook: 549328541
Penny Hess (owner)

**Identifier:** 10153215635708542

---

From: Facebook: 100001580289610

**Uhuru Penny!**

We know about a great number of crimes committed against Africans since the time when the USA have been first established. These crimes have been committed both by American authorities and common white citizens. And we know that Africans have been always bravely struggling against their oppressors, they sacrificed their lives for true equality and independence regardless any terrible circumstances and living conditions. Though they are still severely and constantly oppressed and abused by different political and social forces, that absolutely contradicts to the basics of human rights and democratic values.
But we also know that any community, especially such a big and rather influential one as Black community in the U.S., has a full right and legal possibility to claim not only for adequate living conditions and social status but also for a political autonomy or even a state. A separate state where you will be able to create your own legislative, executive and law system, with your own lifestyle, cultural and social values and principles. Have you ever thought about it?
We will be very pleased if you comment on this issue. Is the struggle for a separate African state a better way to conquer real independence and get rid of centuries-long oppression and abuse against Africans? Or is this idea unworkable at the moment and there are other ways to reach your goals?
Thank you!

8/14/2015 4:27:01 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia! Yes, this is the basis of the goals of the African People's Socialist Party but the state power is ultimately the continent of Africa itself and control of all of Africa's resources, land and people. They will also be a tactical struggle for state power and the power to self-govern inside the current borders of the US in this struggle. The Party does recognize though that this land in America was stolen from and ultimately belongs to the Indigenous people. The Party has profound solidarity and unity with the Indigenous people and their struggle against genocide also and struggle for sovereignty.

8/14/2015 8:45:43 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Great! We will post an article about it next week! Uhuru!

8/14/2015 10:07:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana please let's wait til the chairman Omali gets back to get his input
He will be back early next week
Thank you

8/15/2015 12:37:58 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

No problem. We will consider this

8/15/2015 7:36:59 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny!
Did you have any events on the weekend? We just want to know about your latest events and spread information over our media resources.

8/17/2015 9:56:01 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana. Yesterday Chairman Omali spoke at the Marcus Garvey Tribute in Jamaica. There were thousands of people there. Here is a link: http://iriefm.net/african-people-praised-for-rising-against-european-colonisers/

Attachments:



Title: African people praised for rising against European colonisers - IrieFm
The Chairman of the African Socialist International has praised Africans and other oppressed people, for taking back what is rightfully theirs, from European colonizers. Chairman Omali Yeshitela says the peoples of the world are rising up against what he calls a parasitic relationship. He was the gu...
Size: 0
Path: http://iriefm.net/african-people-praised-for-rising-against-european-colonisers/
(Empty File)

8/17/2015 12:32:13 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you! And did you have any event in St. Petersbourgh?

8/17/2015 12:36:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

https://www.youtube.com/watch?v=xz_nRc-QSDc&feature=youtu.be&a=

Attachments:



Title: "Black Lives Won't Matter Until Black Power Matters" Gazi Kodzo speech #BlackOutTampa
Follow me on Instagram: https://instagram.com/gazikodzo/ Follow me on Twitter: https://twitter.com/GodGazi
Follow me on Tumblr: http://godgazi.tumblr.com/ I ...
Size: 0
Path: http://www.youtube.com/watch?v=xz_nRc-QSDc
(Empty File)

8/17/2015 12:44:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

On Friday in St Petersburg Uhuru Solidarity Movement held a poetry reading:
https://www.facebook.com/photo.php?fbid=10155875014570109&set=a.1015435437227010
9.1073741829.615340108&type=1&theater

Attachments:



Title: Instagram Photos
Size: 0
Path: https://www.facebook.com/photo.php?fbid=10155875014570109&set=a.10154354372270109&type=3
(Empty File)

8/17/2015 12:48:59 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Anastacia, I did not have time to work on the genocide piece this weekend -- want to update
this and work on it a little more in the next few days and will get it up.

8/17/2015 12:51:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay, that's fine.

8/17/2015 12:52:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny the first link you gave me doesn't work.

8/17/2015 1:28:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The one of the Chairman speaking in Jamaica?

8/17/2015 1:30:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes

8/17/2015 1:31:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

71

From: Facebook: 549328541 Penny Hess

Hmmm, yes it's not working now

8/17/2015 1:35:43 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Actually that's on IRIE FM website out of Jamaica and right now the whole site is down.

8/17/2015 1:36:29 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The article was good but also two great clips of the Chairman speaking we in it.

8/17/2015 1:36:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Check a little later

8/17/2015 1:36:58 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay

8/17/2015 1:37:59 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, will you post today the petition on cnage.org and the site of the White House?

8/20/2015 12:16:13 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia, Please let me explain our understanding of this.

8/20/2015 12:56:17 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

1. In terms of the actual petition to the United Nations. We take this really seriously and want to do it correctly. In the early 1950s a group presented a petition to the UN on the conditions of African people. This was published in a book called "We Charge Genocide." This is a 250 page document that goes deeply into the legal issues as well as over a 100 pages of documentation and evidence. In terms of submitting a petition to the UN--we cannot submit any kind of document that is less thorough and complete than that one. This would require us to call a committee that includes legal expertise and will take some time. We do not want to submit a document to the UN that is incomplete or shoddy in any way.

8/20/2015 1:19:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Therefore the project of submitting to the UN would take us some months and would involve building a committee of forces to take this on in a serious way.

8/20/2015 1:20:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

2. We can post the draft that I did on the petition websites.

8/20/2015 1:20:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

However, there is even a little more work that we must do to that and I have not had the time to do this in a thorough way. I believe I could have a document that is ready to post on a website by the end of next week.

8/20/2015 1:23:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny we want to spread this petition over our influential information resources. The side-effect will be great, the news about this petition will raise awaireness in all world community. We should make it ASAP, the journalists will not wait...

8/20/2015 1:24:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

So Alex asks you to prepare a final variant today.

8/20/2015 1:25:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, I wanted to clarify one thing. Do you want to create another African state on the territory of the U.S.?

8/20/2015 2:16:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia, I would like this discussion to take place directly with the Chairman and he is not in today. The major, number one goal of the Party is the unification of all African people around the world and the liberation and unification of Africa and all its resources returned to African people.

8/20/2015 2:34:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Many of us are leaving shortly to go to Philadelphia for the Black is Back Coalition conference.

8/20/2015 2:34:50 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I would be glad to facilitate a discussion between you and the Chairman if needed. Perhaps as a Skype call

8/20/2015 2:35:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes, it would be great!

8/20/2015 2:36:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

As far as the petition: I cannot post this today. I do not have the ability to do this. There are two issues. It needs more work and also it needs to be determined which organization of the Uhuru Movement will sponsor the petition and wage the campaign around it.

8/20/2015 2:37:09 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I will work for the petition to be posted by the end of next week. I will really try for that to happen and will do the best I can to post by next Friday the 28 Aug.

8/20/2015 2:37:50 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also, Anastacia, just to be clear: I am a member of the white solidarity committee. I am not a member of the African People's Socialist Party. I am the Chair of the African People's Solidarity Committee organizing in the white communities for solidarity with the African Liberation Movement led by the African People's Socialist Party.

8/20/2015 2:39:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

The media is waiting for the petition as soon as possible. Too many Africans have already died, one more has receintly been killed. We need to raise awareness and to attract more audience to the problem of Black people in the U.S.

8/20/2015 2:40:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We really appreciate the profound solidarity from the AGM! This is so critical

8/20/2015 2:40:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

As you see we have a good basis for the mass petition. The Chairman approved this document but wants a little more work on it. I will make the a high priority for next week understanding the urgency for this period of the crimes against humanity by the US government inside its borders and around the world.

8/20/2015 2:42:18 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

When we get back from Philadelphia I can speak with Chairman Omali to discuss a time we could set up the Skype call. I do think this would be really helpful and productive.

8/20/2015 2:44:08 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny did you get Alex' video for the conference?

8/22/2015 9:01:32 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru!

8/22/2015 9:01:34 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, we need your petition be ready till Thursday! We've arranged with Russian mass media that your petition should be published on Thursday!

8/25/2015 10:01:16 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana--OK, I'm going to make that happen.

8/25/2015 4:20:24 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Great!

8/25/2015 4:20:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

And also about the independent state. We need to know whether you are going to come to our conference on 20 th September. where we will discuss the problems of getting independence for different instable regions of the world.

8/25/2015 4:22:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

We will discusss the possibilities to create new independent states and you need to speak about your desire to build your own state.

8/25/2015 4:23:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia, is it possible to send an official letter of invitation to that conference to Chairman Omali Yeshitela and the African People's Socialist Party?

8/25/2015 4:34:07 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes, of course!

8/25/2015 4:34:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The letter should state exactly what you would like them to present on --how much time and in what setting that presentation would be in.

8/25/2015 4:35:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Could the Chairman speak before the whole body at a plenary session of the conference?

8/25/2015 4:35:47 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Could there be a workshop on this also? What are you thinking of?

8/25/2015 4:37:25 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I can send the invitation for Omali. The only condition is that he should talk about the issue and problem of creating of an independent state. We will have represanatives of independence and separatist movements from dofferent parts of the world, including Donetsk People's Republic. As for the workshop and plenary session, I need to discuss it with Alex.

8/25/2015 4:40:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

When I say plenary session, I mean, can he present his ideas  before the whole body as opposed to just in a workshop.

8/25/2015 4:42:08 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I think we should Alex about it. He can decide on it.

8/25/2015 4:43:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ok, thanks. I will speak to the Chairman also.

8/25/2015 4:43:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

sent an attachment.

Attachments:

Title: Invitation to the Conference for Omali Yeshitela.pdf (933085656754102)
Size: 216047
File name: linked_media/unified_message_933085656754102.pdf
Path: https://interncache-eag.fbsbx.com/v/t59.2708-
21/11787664_933085560087435_1107855386_n.pdf/Invitation-to-the-Conference-for-
Omali-Yeshitela.pdf?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBtZXJoZXJfaGJmdWJlbXJfcGQ0ZW
kvbWVzc2FnZV9maWxlIn0%3D&_nc_ht=interncache-
eag.fbsbx.com&oh=03_AVlX05A7wyFykXGm5ywiGkYxJ5VloWtU3-
_UnVtxa80fEQ&oe=61BB8834&dl=1
linked_media/unified_message_933085656754102.pdf

8/25/2015 4:43:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

This the invitation for him

8/25/2015 4:43:43 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru, thank you, Ana.

8/25/2015 4:44:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru!

8/25/2015 4:44:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

This is a powerful statement!

8/25/2015 4:46:17 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I think the struggle of African people for self-government and self-determination would be
really important for this whole discussion

8/25/2015 4:47:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Of course! That's why we want you to give a positive answer to attend our conference.

8/25/2015 4:47:49 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The invitation says that the AGM will pay for the plane ticket, housing etc. Is this correct?

8/25/2015 4:48:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes

8/25/2015 4:48:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

That is great! I think now that they have received an official invitation they can discuss this. I will get back to you as quickly as I can.

8/25/2015 4:49:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Also the details on the Conference

Attachments:

Title: Details on the Conference  for Omali Yeshitela.pdf (933090120086989)
Size: 168708
File name: linked_media/unified_message_933090120086989.pdf
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/11851020_933090123420322_1487149448_n.pdf/Details-on-the-Conference-for-Omali-Yeshitela.pdf?ccb=1-5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9tdWx0aV9tZXNzYWdlX2F0dGFjaG1lbnQ
iLzEifQ%3D%3D&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVL1tACufGYXfgUZ1gA5bjHx7ijfhhTlhZxoUZzxEzZWyA&oe=61BBB9CF&dl=1
linked_media/unified_message_933090120086989.pdf

8/25/2015 4:51:13 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I think it would be good for us to talk via Skype (Onali, Alex, me, you) to discuss all the details on Omali's presentation at the conference.

8/25/2015 4:52:16 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia,

8/26/2015 4:02:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Unuru!

8/26/2015 4:03:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes the African People's Socialist Party is very happy to accept the invitation to present at the "Dialogue of Nations."

8/26/2015 4:03:32 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I am attaching two documents:

8/26/2015 4:03:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

1. The position of the Party on the struggle for state power inside the United States. This written position can be the basis of the phone conversation with Alexander.

8/26/2015 4:04:58 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

2. A written acceptance from the African People's Socialist Party with some questions for the AGM.

8/26/2015 4:05:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Will you send these documents here?

8/26/2015 4:06:43 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

You sent an attachment.

Attachments:

Title: 2015-Africa-power-AGM-8-25.docx (10153241746908542)
Size: 176436
File name: linked_media/unified_message_10153241746908542.docx
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/11788391_10153241746913542_1296486617_n.docx/2015-Africa-power-AGM-8-25.docx?ccb=1-5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaWBfdXJsZ2VuX2NsaWVudCJ9&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVKCyY0hNukixvC9liHUNwvnt9Iplub1P6kW70wloPlqIA&oe=61BBF2CA&dl=1
linked_media/unified_message_10153241746908542.docx

8/26/2015 4:07:03 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

You sent an attachment.

Attachments:

Title: 2015-Russia-trip-APSP-questions.docx (10153241751263542)
Size: 166374
File name: linked_media/unified_message_10153241751263542.docx
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/11870426_10153241751268542_1190282166_n.docx/2015-Russia-trip-APSP-questions.docx?ccb=1-5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaWBfdXJsZ2VuX2NsaWVudCJ9&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVI4pjTm5TDE4iQgjbivOY8ciUtOHmhGwyvvtrJ_wsvbTA&oe=61BBCE2B&dl=1
linked_media/unified_message_10153241751263542.docx

8/26/2015 4:07:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Great! I will forward these documents to Alex!

8/26/2015 4:07:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Are you able to open these?

8/26/2015 4:07:36 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, we will await your response. Thank you!

8/26/2015 4:09:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes, I can open them

8/26/2015 4:10:05 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

We also need to organize our skype conversation

8/26/2015 4:10:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, what's with your declaration on genocide? Tomorrow we have a deadline to present it before the journalists.

8/26/2015 4:11:27 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia. Here is the genocide petition.

Attachments:

Title: 2015-UN-petition-genocide-FINAL-PDF.pdf (10153241997538542)
Size: 237853
File name: linked_media/unified_message_10153241997538542.pdf
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/10971089_10153241997543542_510495215_n.pdf/2015-UN-petition-genocide-FINAL-PDF.pdf?ccb=1-5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRlcm5jYWNoZTpFQUcifQ%3D%3D&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVlE9a8gRVpbfQWwv8FbpsSzTSmmD2PZ8My6GNX3sQguRg&oe=61BBA856&dl=1
linked_media/unified_message_10153241997538542.pdf

8/26/2015 5:59:17 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

This document is 9 pages. We are putting up a shorter version of this petition on Change.org for mass people to sign it. We will send the link to that when we complete that. Will have that today.

8/26/2015 6:03:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana: here is the link to a shortened version of the petition on change.org:

8/26/2015 6:32:07 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

https://www.change.org/p/united-nations-petition-on-crime-of-genocide-against-african-people-in-the-united-states

Attachments:



Title: United Nations: Petition on Crime of Genocide against African People in the United States
CLICK HERE TO READ THE FULL PETITION.   We, the undersigned, charge that the United States government has historically committed the crime of genocide against African people inside its borders, and continues to do so today, often with the complicity of many U.S. citizens. It is in the interest of al…
Size: 0
Path: https://www.change.org/p/united-nations-petition-on-crime-of-genocide-against-african-people-in-the-united-states
(Empty File)

8/26/2015 6:32:10 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Great!

8/26/2015 7:18:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you!

8/26/2015 7:19:05 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny could you please post your petition on other resources?

8/28/2015 10:15:03 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

How can we join the web-conference on 30th September?

8/28/2015 10:15:32 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

or sorry August

8/28/2015 10:15:39 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes, we can post on other sites.

8/28/2015 1:29:41 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru!

8/28/2015 1:29:44 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I will have Jesse contact you about the 30 Aug. conference. p

8/28/2015 1:30:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay, thank you!

8/28/2015 1:45:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru!

8/28/2015 1:45:10 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny could you please send the links where you posted the petition?

8/28/2015 1:45:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana: we are int he process of posting it on all the Uhuru Movement sites. I have also sent it to others requesting that they post it. I will let you know as soon as they get posted. The petition is doing well and I see that you and Alex are posting it. I see comments under the petition in Russian. Thanks!

8/28/2015 2:49:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

How was the press conference? Did the international press come?

8/28/2015 2:57:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

What press-conference do you mean?

8/28/2015 2:59:16 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

You said you needed the petition by Thursday because you had a press conference?

8/28/2015 2:59:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

No no. We needed the petition because the journalists from Russian media wanted to publish it on Thursday-Friday.

8/28/2015 3:01:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

We had an arrangement with them.

8/28/2015 3:01:14 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I translated the petition into Russian and it should spread over Russian media resources.

8/28/2015 3:01:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

That's great? Was it in Pravda

8/28/2015 3:02:14 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I saw the translation on Facebook

8/28/2015 3:02:54 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I will ask Alex later where the petition is published. He is in direct contact with mass media.

8/28/2015 3:04:43 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

People are putting very poignant comments and the response is good--really appreciate the AGM movement for pushing for this!

8/28/2015 3:04:56 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes, let us know! We would like to publish a list. Thanks.

8/28/2015 3:05:29 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Of course! We've already published it in Russian social network Vkontakte!

8/28/2015 3:06:29 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Great!

8/28/2015 4:02:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Hi Anastacia

8/28/2015 10:57:48 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Did Alex get to look at the letter we sent you with the question about the travel to Russia?

8/28/2015 10:58:08 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes. But we haven't had a possibility to discuss it yet. We'll do it soon!

8/29/2015 8:45:10 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you

8/29/2015 10:26:37 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, what's about our participation in your conference n 30 August?

8/29/2015 7:43:58 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

_;Jesse will send out a link within the hour.

8/29/2015 7:45:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

okay

8/29/2015 7:45:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru!
Penny thank you for your amazing presentation yeasterday! It was great job of you and your comrades!
We've discussed with Alex the possibility of the Chairman's visit to Russia.
We are ready to pay for the visas for three persons, including the Chairman, and also provise them with tickets and accomodation. We can make tourist visas for them.
We need the information on these, who are going to attend the Conference and the date of expiry of the Chairman's visa.
Thank you!

8/31/2015 11:25:36 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you Anastacia! This is excellent! I will try to meet with everyone this morning and get to you today.

8/31/2015 11:54:26 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you!

8/31/2015 11:54:43 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Should we still have the Skype meeting with Alex and Chairman sometime this week?

8/31/2015 11:55:11 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes. The Cahirman may choose the most appropriate time and day for him. Just only try to choose the time when it's not night in Russia)))

8/31/2015 11:56:23 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Definitely ;) ! I know it was late yesterday in the conference!

8/31/2015 1:03:01 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I will speak to Chairman today about this. Thanks

8/31/2015 1:03:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia! Attached is a letter with our information and questions. Thank you!

Attachments:

Title: 2015-letter-AGM-31-8.docx (10153254610428542)
Size: 171014
File name: linked_media/unified_message_10153254610428542.docx
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/11833034_10153254610433542_1164027234_n.docx/2015-letter-
AGM-31-8.docx?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsX2V2dX2NsaWVudC9lbnRpdHkvbVVzc2FnZV9maWxlIn0%3D&_nc_
ht=interncache-
eag.fbsbx.com&oh=03_AVKoFA9b7DaEGR3HeNRTZdLkFKyac4xNUCuC0gvNLX0qOQ&oe=61BBC919&dl=1
linked_media/unified_message_10153254610428542.docx

8/31/2015 10:07:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia! Did you have a chance to look at the letter? Should we move forward with the Visa expediters service and with the tourist visas?

9/1/2015 12:24:36 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We are working with a really short time period and next Monday is a legal holiday here so the visa process will stop on that day.

9/1/2015 12:25:17 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Is the tourist visa ok? They say they use their own letter for that.

9/1/2015 12:26:24 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Is the price ok?

9/1/2015 12:26:29 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you Really appreciate it.

9/1/2015 12:26:43 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny we discussed it with Alex. They can make visas only in the official Embassy. Last time the Chairman got a visa in San Fransisco. So they need to make visas in San Fransisco or some other cities where the official Russian Embassy or Consulate is.

9/1/2015 12:28:48 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru! OK, I will call the embassy today to find out if we can get a visa in time.

9/1/2015 12:32:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

A

9/1/2015 12:32:47 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also, we will need an invitation letter with more information on it. I will send you exactly what we need

9/1/2015 12:33:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

If you need, we may send a special letter from the Ministry

9/1/2015 12:34:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes, we do need that.

9/1/2015 12:34:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also will need letter for each person with their DOB, passport info etc.

9/1/2015 12:34:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also hotel info, address and phone

9/1/2015 12:34:51 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I will call embassy right at 9 am here

9/1/2015 12:35:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, could you please send us the pictures of passports? We will  write a letter that wil be send to the Embassy.

9/1/2015 1:07:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, let me get that together. We need to go through the embassy in Washington DC. The person from San Fran is not going this time.

9/1/2015 1:08:47 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

So you cannot get a visa in San Fransisco?

9/1/2015 1:09:13 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

As I understood, you can receive visas in Washington?

9/1/2015 1:09:58 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The website says that the Washington DC embassy covers Florida, so we will have to apply there.

9/1/2015 1:11:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I have been trying to call them to see how long it will take but they are not answering at the moment.

9/1/2015 1:11:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Here is one of the passports. I will need to scan the other two

9/1/2015 1:12:03 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

You sent an attachment.

Attachments:

Title: doc01302420150831092459.pdf (10153255875378542)
Size: 407654
File name: linked_media/unified_message_10153255875378542.pdf
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/11940874_10153255875383542_1745187046_n.pdf/doc01302420150831092459.
pdf?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRpdH
kvbWVzc2FnZV9maWxlIn0%3D&_nc_ht=interncache-
eag.fbsbx.com&oh=03_AVLz1xdLfExsCaQ9sfoFSH7MjjL9dYdEwqme2fvGWPj7Dw&o
e=61BB61948dl=1
linked_media/unified_message_10153255875378542.pdf

9/1/2015 1:13:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Unfortunately, it's very difficult to reach them sometimes. Though there shouldn't be any problems.
Look, we will send a letter from the Ministry with a special TELEX number. They may receive visas when they come to the Embassy in Washington on their way to Russia.

9/1/2015 1:16:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

So they first need to go from Florida to Washington and then from Washington to Moscow.
We will arrange everything like this that they will get visas on the same day the bring their documents to the Embassy.

9/1/2015 1:17:14 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Here is a scan of the Chairman's visa. Is that good?

Attachments:



Title: image-10153255886273542 (10153255886273542)
Size: 87026
File name: linked_media/unified_message_10153255886273542.jpg
Path: https://interncache-eag.fbcdn.net/v/t35.18174-
12/p600x600/11986162_10153255886273542_3470494_o.jpg?ccb=1-
5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWV
kaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=00_AT8P3gSfiRUoQ9zWMZ4lMGTmYfJwxeKD3M2TDhgCQmy4DQ&oe=61BBFF61
linked_media/unified_message_10153255886273542.jpg

9/1/2015 1:25:30 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Anastacia, can we talk on Skype? I am not fully understand what you are explaining and how we should move.

9/1/2015 1:27:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Can I call you?

9/1/2015 1:27:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

yes

9/1/2015 1:29:07 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

My skype is krabonello

9/1/2015 1:29:18 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Anastacia: Here is the invitation letter that we used for the embassy the last time. We need a similar letter for each traveler now. Thanks

Attachments:

Title: Invitation for Yeshitela LAST.pdf (10153255936498542)
Size: 342288
File name: linked_media/unified_message_10153255936498542.pdf
Path: https://interncache-eag.fbsbx.com/v/f59.2708-21/11645223_10153255936503542_447687659_n.pdf/Invitation-for-Yeshitela-LAST.pdf?ccb=1-5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRlcm5jYWNoZSJ9&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVKeW5x4lU-lZNlwPxZNhkAT4atYg3S9_kD2RyfrEXByug&oe=61BBBB04&dl=1
linked_media/unified_message_10153255936498542.pdf

9/1/2015 1:59:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Here are the two passports: Chairman and Jevon Gammon

Attachments:

Title: chairman passport.pdf (10153255937423542)
Size: 415365
File name: linked_media/unified_message_10153255937423542.pdf
Path: https://interncache-eag.fbsbx.com/v/f59.2708-21/11818890_10153255937428542_1644377202_n.pdf/chairman-passport.pdf?ccb=1-5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRlcm5jYWNoZSJ9&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVIJsLoGWgAp3Qzr3R-XYcBh17037zJVtBiAPqat-LZKWw&oe=61BBFB23&dl=1
linked_media/unified_message_10153255937423542.pdf

Title: Jevon passport.pdf (10153255937963542)
Size: 342975
File name: linked_media/unified_message_10153255937963542.pdf
Path: https://interncache-eag.fbsbx.com/v/f59.2708-21/11818468_10153255937968542_971252913_n.pdf/Jevon-passport.pdf?ccb=1-5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRlcm5jYWNoZSJ9&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVJg9S0aPpX--4wG9CWMnvvLRY2TcNT2WXxy8TUPh-SV7A&oe=61BC006D&dl=1
linked_media/unified_message_10153255937963542.pdf

9/1/2015 2:00:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Could you confirm that you got the three passports and the invitation letter? Thanks

9/1/2015 2:01:07 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I got them.

9/1/2015 2:03:08 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thanks!

9/1/2015 2:03:16 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, I've just called a person who helps us with visas. He said that you can get visas in
any city that is closer to you, regardless the jurisdiction. All the information on your visit to
Russia will be sent to this city and you need just to come there with your passports,
application forms and TELEX number.

9/1/2015 2:05:49 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thanks Anastacia, but even the next closest city would require a plane flight to get
there.

9/1/2015 2:06:41 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

So we need just your scans of passports (that I have already received) and the name of the
city where you are going to apply for visas.

9/1/2015 2:06:50 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also what kind of visa are we requesting: business? Last time the Chairman was given a
"private" visa

9/1/2015 2:07:15 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Later I will send you the information on prices for visas.

9/1/2015 2:07:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

humanitarian visa, for single entry

9/1/2015 2:07:54 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, just make sure that they put that on your end as well. It was the discrepancy that caused the problems.

9/1/2015 2:08:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Let me discuss the city quickly. It will probably still be Washington.

9/1/2015 2:09:05 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay.

9/1/2015 2:09:19 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Hope everything will be ok.

9/1/2015 2:09:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I know that in Houston they have no problems with Russian visas.

9/1/2015 2:09:59 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Once our comrade from Texas got a visa on the same day when he applied for it.

9/1/2015 2:10:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, as far as I understood the single entry humanitarian visa costs 160$

9/1/2015 2:14:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

In San Francisco they charged us $800 each because of same day service.

9/1/2015 2:16:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Did you call them?

9/1/2015 2:17:03 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

On the website of the Embassy it's written that it costs 160$

9/1/2015 2:17:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

As for the invitation, I can make the one according to the sample you sent me. I just need to know the city where you are going to receive visas.

9/1/2015 2:32:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We will go through Washington DC

9/1/2015 2:46:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana: I have talked to the person and now i remember. All Russian visas go through ILS not through the embassy. The expedited mail service visa which we will have to use will be $353 each plus $30 for overnight mailing and $25 to correct any mistakes (that was a problem the last time). So the total is $408 each.

9/1/2015 2:48:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Here is the link: http://ils-usa.com/main.php?lang=en&id=postal-service

Attachments:



Title: ILS USA
*Prices listed are only applicable to US citizens residing in the continental US (with the exception of Alaska and Hawai'i residents - $103 + $10).
Size: 0
Path: http://ils-usa.com/main.php?lang=en&id=postal-service
(Empty File)

9/1/2015 2:49:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

So the total will be $816. We would need to have this provided asap so we can purchase the cashiers checks.

9/1/2015 2:50:27 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny we are contacting directly to the Embassy, not through ILS.

9/1/2015 2:56:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

As for prices, it may possible that they may cost so much

9/1/2015 2:57:16 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

As I understood, you are going to receive visas in Washington DC?

9/1/2015 2:57:44 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana: the last time you told us that but when the comrades reached the San Fran embassy they sent them across town to the ILS office

9/1/2015 2:57:50 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Maybe it depends on the Consulate... In Houston our comrade didn't have such problems. Really strange...

9/1/2015 2:59:05 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We are going to have to have the expedited mail service. There is no other active website for the visa except the ILS.

9/1/2015 2:59:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Houston office is not answering its phone and 600 miles from that city

9/1/2015 2:59:54 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also maybe the comrade in Houston may not have been in a rush

9/1/2015 3:00:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, will the Chairman and his comrades get visas personally or they will ask someone in Washington to bring their documents to the Embassy and collect their visas?

9/1/2015 3:01:15 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We were planning to overnight the documents to Washington. and have them overnight back.

9/1/2015 3:01:52 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

From what we can see the Russian embassy now only uses ILS for their visas. They don't do it themselves.

9/1/2015 3:02:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The ILS person said that once them get the telex from you and the documents from us we will receive the passports/visas back in one week.

9/1/2015 3:03:50 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, sorry but I don't know anything exactly about the ILS. All I know, you or your represenatative should come to the Embassy with your documents PERSONALLY, because it's a special request from us. ILS works for ordinary visitors to Russia, but you are not ordinary. The Ebassy staff don't know the information on your visit to Russia, so they cannot make visas for you, as all the information can be given only to restricted number of people including the Consular.

9/1/2015 3:11:19 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The two people cannot go personally because they are very far away. We need to mail it or have a third person take it in.

9/1/2015 3:14:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Again we went through this the last time. When we got to the embassy, they sent us to the ILS with the telex

9/1/2015 3:15:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

You cannot just send your documents to the Embassy.

9/1/2015 3:15:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Is ILS a special visa service?

9/1/2015 3:15:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

ILS is connected to the Russian embassy of the US. look at the link I sent you.

9/1/2015 3:16:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

It doesn't work((

9/1/2015 3:20:21 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Should we talk?

9/1/2015 3:21:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I absolutely understand you. But all our comrades from the US receive visas personally in the Embassy in Washington. I don't another way. All we can do is to send personal data on the participants to the Emabassy under special Telex number, and then they come there personally or send their courrier to the Embassy, to receive visas personally.

9/1/2015 3:22:48 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

So I don't know how it should be made through ILS.

9/1/2015 3:23:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

We never worked with them.

9/1/2015 3:23:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

sent an attachment.

Attachments:

Title: Application visa form.docx (936721319723869)
Size: 14002
File name: linked_media/unified_message_936721319723869.docx
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/11832986_936721323057202_2114689697_n.docx/Application-visa-form.docx?ccb=1-5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRlcm5jYWNoZS1lYWcifQ%3D%3D&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVI8gNho_MvJBuAVffF1MPYhInf2uy9G4vsVlZ7UwMldfw&oe=61BB8008&dl=1
linked_media/unified_message_936721319723869.docx

9/1/2015 3:35:03 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I can read this thank you.

9/1/2015 3:39:30 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

When you call the embassy tomorrow can you ask about this?

9/1/2015 3:40:14 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The problem is we will have to send a third party and we will have to have the exact amount of money already prepared

9/1/2015 3:40:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Of ourse, I will ask.

9/1/2015 3:41:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

If the embassy then sends the person to the ILS they will charge a lot of money

9/1/2015 3:41:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The embassy is actually still open now

9/1/2015 3:42:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

its only 11:42 am.

9/1/2015 3:42:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I'll try to reach them now

9/1/2015 3:43:15 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I called them. They said that a visa costs 250$ if you come to the Embassy personally. She said tha ILS is used when you want your documents to be delievered by post and it will cost more.

9/1/2015 3:51:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I can admit that last time in San Fransisco they cheated on you

9/1/2015 3:54:36 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

They shoudn't have sent the Chairman and his comrade to the ILS, because it's post service

9/1/2015 3:55:13 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, we've just discussed with Alex all this situation. Unfortunately, we cannot afford to pay 800$ for your visa service, it's too expensive for us. We are preparing a big internaitonal conference, whicj cost us a lot of money. We want the Chairman to be presented on it, and I think this conference can greatly contribute to your propaganda and struggle. So we can afford only maximum 400$ to cover your expanses for visas. Please understand us.

9/1/2015 4:35:43 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana, thank you very much and we do understand. We appreciate the $400 and that will be helpful.

9/1/2015 8:47:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Here is what we will do. Please have the telex letter sent to the San Francisco consulate for Bruce and Jevon. Someone will go there to try to get them to create the visas right then. They may probably send us to the ISL and we will then come up with the funds to pay the difference between the actual cost and the $400.

9/1/2015 8:49:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I am sure you are sleeping now so will talk to you in the am

9/1/2015 8:50:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

No problem. So Gevon and Bruce are going to get visas in San Fransisco or Washington?

9/1/2015 8:51:09 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

San Francisco. We will send the documents to our friend in SF and she will take them in to the consulate.

9/1/2015 8:51:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay. So everything will be sent to San Francisco. Then I'll inform you on visa process and how we can compensate the money.

9/1/2015 8:53:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, thanks.

9/1/2015 8:53:52 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, can you tell us, when are you going to sent the petition to the UN?

9/1/2015 8:54:43 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Uhuru Movement (InPDUM) is developing a campaign for this. The InPDUM convention is in September. A strategy will be developed there to do this. Right now we have nearly 1500 signatures and are getting currently about 250 signatures or so a day.

9/1/2015 8:56:29 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

People feel we want to get tens of thousands of signatures before going. People are talking about a march in NYC at the UN in the spring.

9/1/2015 8:57:09 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay, thank you!

9/1/2015 8:58:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

It is so moving to see the comments and we feel the response has been tremendous!

9/1/2015 8:59:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Hope we will get as more signatures as possible!!

9/1/2015 9:01:50 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Absolutely!

9/1/2015 9:02:10 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhutu, Penny!
Alex kindly asks to send the text of the petition to the United Nations. The problem is that this topic is picked up bu yor media and they want to be sure that the petition has been sent to the UN. Thank you for understanding!

9/2/2015 11:04:20 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia: I will research this. When we tried to do this in the past we found we need a sponsoring state or organization. You can't just "send" it to the General Assembly of the UN--someone or entity must be prepared to receive it and present it to the body of the assembly. This is why a popular movement around this has to be built and then as you suggested a march to the UN with media and press conferences to let the world know.

9/2/2015 1:01:19 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I will research it more though.

9/2/2015 1:02:09 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I think you may send it to the reception office of the UN.

9/2/2015 1:04:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I will look into this. Going into some meetings now but I think I know someone that knows more about this and will try to speak to her.

9/2/2015 1:07:15 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you!

9/2/2015 1:07:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Anastacia: We had requested that the Chairman meet with Alexander Thursday (tomorrow) at 9:30 am (US eastern) on Skype. Is that meeting confirmed?

9/2/2015 3:32:54 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Sorry Penny it will at night for us?

9/2/2015 4:08:48 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

What time would be good for you?

9/2/2015 4:59:15 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

By the way, 9:30 our time would be 4:30 your time, right?

9/2/2015 4:59:59 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I guess it will be 4:30 pm...

9/2/2015 5:00:59 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Just a minute..

9/2/2015 5:01:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I'll check

9/2/2015 5:01:29 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes, you are 7 hours before us. So 4:30 pm would be correct

9/2/2015 5:03:21 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

It's okay for us

9/2/2015 5:03:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Great. So we will talk via Skype. Should we use your Skype address or the AGM?

9/2/2015 5:04:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

So speak tomorrow!

9/2/2015 5:04:13 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I think AGM

9/2/2015 5:04:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Will do!

9/2/2015 5:04:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Settled!

9/2/2015 5:05:05 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also recently I sent you a special invite letter that was created for the embassy. Can you send us a letter similar to that asap for Jevon and for Bruce?

9/2/2015 5:05:27 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also what date will the TELEX letter from the Ministry be sent to the San Francisco consulate?

9/2/2015 5:06:09 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes. But I will do you tomorrow when I get information on your visas.

9/2/2015 5:06:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The last time Slava had sent us the actual telex number and the date sent for us to take to the consulate.

9/2/2015 5:06:43 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes San Fran

9/2/2015 5:06:43 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

This time the scheme is the same.

9/2/2015 5:07:17 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

One more question. Last time Slava sent us two numbers: TIN number and the PSRN number. Do you have these numbers for us as well? Thanks

9/2/2015 5:14:13 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Sorry, you have sent the TIN number but do you know anything about the PSRN number? You can get back to us tomorrow. Thanks

9/2/2015 5:19:10 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes tomorrow I will send you everything

9/2/2015 5:32:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Greetings Anastacia:

9/3/2015 12:29:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Here are documents we need today in order to overnight them all to our contact in San Francisco tomorrow:

9/3/2015 12:29:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

1. the invitation letters just like this one with all the information for each traveler

Attachments:

Title: Invitation for Yeshitela LAST.pdf (10153261164288542)
Size: 342288
File name: linked_media/unified_message_10153261164288542.pdf
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/11645223_10153255936503542_447687659_n.pdf/Invitation-for-Yeshitela-LAST.pdf?cb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpbRpdHkvbWVzc2FnZV9maWxlIn0%3D&_nc_h
t=interncache-eag.fbsbx.com&oh=03_AVKeW5x4IU-IZNIwPxZNhkAT4atYg3S9_kD2RytrEXByug&oe=61BBBB04&dl=1
linked_media/unified_message_10153261164288542.pdf

9/3/2015 12:30:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

If you want I can send you the info for each person.

9/3/2015 12:30:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We also need the special letter to be sent today to the consulate in San Francisco and need the telex number

9/3/2015 12:31:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We may also need something called the PRSN number.

9/3/2015 12:31:24 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny just wait untill I get information on your telex number.

9/3/2015 12:31:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Is that possible?

9/3/2015 12:31:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

It will be ready today or tomorrow

9/3/2015 12:31:48 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We want to overnight everything on Friday morning because Monday is a post office holiday.

9/3/2015 12:32:05 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

She will then go to the consulate on Tuesday morning. we have requested an appointment for Tuesday morning.

9/3/2015 12:32:36 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

If we have to wait on the Telex number that's ok, but could we get the invitation letters today with all the info on them?

9/3/2015 12:33:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

It doesn't matter. If the consulate in San Fran gets a letter on your visit to Russia, you will be able to get visas quickly

9/3/2015 12:33:36 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes. But I need time to make them.

9/3/2015 12:34:01 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana: the last time they required the invitation letters just as the one I sent you.

9/3/2015 12:34:13 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Could they be ready by 9 am tomorrow morning OUR time? That would be about 4 pm your time.

9/3/2015 12:36:05 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I can help in any way: I can list all the info needed for each person.

9/3/2015 12:36:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Would that be helpful?

9/3/2015 12:37:24 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I can even compose each letter for you.

9/3/2015 12:38:21 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny I will compose it ASAP

9/3/2015 12:40:29 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Would you like me to send the info for each person? (Passport #, DOB, expiration date etc?) I would be glad to do so.

9/3/2015 12:42:18 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I know Alexander and Chairman Omali will be meeting shortly.

9/3/2015 12:44:27 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes

9/3/2015 12:44:44 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

If it is possible, send me information on them.

9/3/2015 12:45:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, sure. I'll do that now.

9/3/2015 12:45:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Here is the info for each person. Also requesting a letter for Omali Yeshitela. It was important for customs.

Attachments:

Title: 2015-Visa-Info-Bruce-Jevon-9-3.docx (10153261208658542)
Size: 58322
File name: linked_media/unified_message_10153261208658542.docx
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/11988899_10153261208663542_83212245_n.docx/2015-Visa-Info-Bruce-Jevon-9-3.docx?ccb=1-5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaWBfdXJsZ2VuX2NsaWVudCJ9&_nc_ht=internca che-eag.fbsbx.com&oh=03_AVJ3O18dNfzIiil_zEQpSfuCMoUH7uW6bUM_mIKPEBX5gg&oe=61BB8103&dl=1
linked_media/unified_message_10153261208658542.docx

9/3/2015 12:59:56 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you!

9/3/2015 1:01:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The thing is everything to do with crossing a border right now for African people is extremely difficult and problematic. We have to make sure every single detail is is place. Especially now!

9/3/2015 1:04:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

For a white person it is not problem. As Africans the Chairman is often stopped and hassled at borders.

9/3/2015 1:05:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay, I understand.

9/3/2015 1:08:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you.

9/3/2015 1:12:19 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We are trying to call you now on skype

9/3/2015 1:31:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

okay

9/3/2015 1:32:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I'll say Alex

9/3/2015 1:32:43 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny we will call in 5 minutes

9/3/2015 1:33:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, thanks.

9/3/2015 1:34:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

we have problems with skype

9/3/2015 1:34:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK

9/3/2015 1:34:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana! Great meeting! So great to see you both!

9/3/2015 3:24:25 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Here is the information about the tickets that would work the best for us and also in the cheapest!

9/3/2015 3:24:48 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Departing Tampa Tuesday, 16 Sept, 12:38 pm on Delta, Flight 3915, arriving Moscow SVO airport at 9:35 am on 17 Sept.

9/3/2015 3:26:49 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

For the return:

9/3/2015 3:26:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, I'm  composing the letter for the Chairman. In the leat inviation you sent me is written that we request a single-entry visa for him. What shalk I write this time? He doesn't need any visa.

9/3/2015 3:28:44 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Departing Moscow SVO at 1:30 pm on Tues 22 Sept on Delta flight 9364, stoping in Amsterdam, Atlanta and then arriving Tampa at 11:22 pm

9/3/2015 3:28:56 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

You could just leave that sentence out.

9/3/2015 3:30:21 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

This would be to have just in case he is question at Russian or US customs

9/3/2015 3:30:47 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay

9/3/2015 3:31:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Leave it in, of course for Jevon and Bruce

9/3/2015 3:31:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

When I finish the letters, I will send them to you and you will check.

9/3/2015 3:31:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you comrade!

9/3/2015 3:32:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I know you are busy right now but I want to let you know about the seat request for the flights. You can review this later when you have time. :)

9/3/2015 3:34:17 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Can you ask the person who purchases the tickets to try to seat the three of them together in the same row. Chairman Omali always wants to be in the aisle seat. Bruce can be in the aisle across from the Chairman in the same row and Jevon can be next to the Chairman. That is the preference if possible. Thank you.

9/3/2015 3:35:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay. Will try to purchase the seats according to your preferences.

9/3/2015 3:37:10 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you. It is a question of security. We appreciate that.

9/3/2015 3:37:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, sending you the invitations. Please check if everything is all right.

Attachments:

Title: Invitation for Mr. Gevon D. Gammon.docx (937711946291473)
Size: 643112
File name: linked_media/unified_message_937711946291473.docx
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/11703996_937711956291472_1407386254_n.docx/Invitation-
for-Mr.-Gevon-D.-Gammon.docx?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpcnHkvbWVzc2FnZV9maWxlIn0%3D&
_nc_ht=interncache-eag.fbsbx.com&oh=03_AVLep-RfltIxGEoQzgvofhyRzKXhU-
IzGihEozA63d0WyA&oe=61BBC7A1&dl=1
linked_media/unified_message_937711946291473.docx

Title: Invitation for Bruce Oren Cainion.docx (937711936291474)
Size: 643878
File name: linked_media/unified_message_937711936291474.docx
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/11695388_937711939624807_1118763177_n.docx/Invitation-
for-Bruce-Oren-Cainion.docx?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpcnHkvbWVzc2FnZV9maWxlIn0%3D&
_nc_ht=interncache-
eag.fbsbx.com&oh=03_AVIdN6ujVbbGEa8eXgEuxz5_LpGtXgD7tHwSwrfl6hjUDw&oe=61BB899A&dl=1
linked_media/unified_message_937711936291474.docx

Title: Invitation for the Chairman.docx (937711952958139)
Size: 643535
File name: linked_media/unified_message_937711952958139.docx
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/11851012_937711959624805_55412303_n.docx/Invitation-for-
the-Chairman.docx?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpcnHkvbWVzc2FnZV9maWxlIn0%3D&
_nc_ht=interncache-
eag.fbsbx.com&oh=03_AVJp7dZWu_B13Hp9OLR5H2KXjJgbUC7OQfmtak1480Mnug&oe=61BB61C3&dl=1
linked_media/unified_message_937711952958139.docx

9/3/2015 5:38:03 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Soon give you information on Telex.

9/3/2015 5:38:18 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you Anastacia! This is a tiny thing but on the applications I requested the visas from 16 Sept to 23 Sept. I was thinking that when they go through customs here in the US on the 16th of Sept. US customs may want them to have the visa beginning then. I also requested it to last until the 23rd just in case for any reason they had to stay an extra day.

9/3/2015 6:16:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I can also change the applications to match the letters...

9/3/2015 6:17:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

In the invitations I wrote from 17 to 23. You may change it from 16 to 23.

9/3/2015 7:40:36 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK thanks

9/3/2015 8:03:07 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Greetings Anastacia: Here is the response we got today from the Russian consulate in San Francisco:

9/4/2015 1:54:51 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Visa section
8:51 PM (13 hours ago)

to me
Good afternoon!
Effective May 2, 2012 all visa applicants have to contact Russian Visa Center (IFS) -
http://consulrussia.org/eng/visa-sub1.html

Best regards,
Visa section
Russian Consulate General in San Francisco
http://consulrussia.org/eng/index.html

On 9/2/2015 2:24 PM, consulsf@sbcglobal.net wrote:
Penny Hess

Attachments:



Title: Important Visa Information
IMPORTANT INFORMATION I. In accordance with the Agreement between the Russian Federation and the United States of America
on the simplification of visa formalities for nationals of the Russian Federation and nationals of the United States of America effective
September 9, 2012 the US citizens shall...
Size: 0
Path: http://consulrussia.org/eng/visa-sub1.html
(Empty File)

9/4/2015 1:55:16 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also, Anastacia: We need two things for the visa:

9/4/2015 1:55:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Your PRSN number

9/4/2015 1:55:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also the Telex number for the telex from the ministry to the consulate. Our appointment with
the ILS is for Tuesday morning and monday is a holiday so hopefully this can go out today.

9/4/2015 1:57:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you! Penny

9/4/2015 1:57:13 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, you don't need to contact with the visa section!! They have no relation to us.

9/4/2015 2:13:27 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

The telex number will be ready on Monday.

9/4/2015 2:13:51 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Also PRSN number is not important. Our comrades from Hawaii have already got the visas without any PRSN number.

9/4/2015 2:15:43 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, thanks. We will look forward to the telex number on Monday. That's find about the PRSN number--thanks.

9/4/2015 2:21:32 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

What I will have our comrade do is go right up to the dest at the consulate and ask to see someone about this.

9/4/2015 2:21:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also, here is the link to provide the $400 online.

9/4/2015 2:22:14 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

www.apspuhuru.org/donate

Attachments:



Title: African Socialist International - Donate
Your contribution represents unity with African people's historic struggle for self-
determination, liberation and unification of Africa and African people throughout the
world.
Size: 0
Path: http://asiuhuru.org/donate/index.shtml
(Empty File)

9/4/2015 2:22:19 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you so much for that contribution!!

9/4/2015 2:23:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay. I will give this link to Alex.

9/4/2015 2:23:14 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

126

From: Facebook: 549328541 Penny Hess

Anastacia, please let Alex know that the petition and a cover letter were sent to the Secretary General Ban Ki-Moon and to the entire General Assembly tonight electronically. We will send out a press release about this in the next few days. Uhuru!

Attachments:

Title: 2015-letter-UN-Gen-Assembly-9-3.docx (10153264770018542)
Size: 157654
File name: linked_media/unified_message_10153264770018542.docx
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/11808809_10153264770023542_334616483_n.docx/2015-letter-UN-Gen-Assembly-9-3.docx?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9tbnRpbWVsaW5lIn0%3D&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVlDGFtUzzTveGVsdpa2uFZlA2bCK-9q05ST9LUI7laKtQ&oe=61BBE46C&dl=1
linked_media/unified_message_10153264770018542.docx

Title: 2015-UN-petition-genocide-FINAL-PDF-2.pdf (10153264770213542)
Size: 323563
File name: linked_media/unified_message_10153264770213542.pdf
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/11645135_10153264770218542_1989461698_n.pdf/2015-UN-petition-genocide-FINAL-PDF-2.pdf?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9tbnRpbWVsaW5lIn0%3D&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVLV04zuAbRlw4Ud_8i-67NUSlJjh_krYaSlFVvwP_UxOg&oe=61BBFFF4&dl=1
linked_media/unified_message_10153264770213542.pdf

9/5/2015 12:23:59 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia: Do you think we will be able to get the telex sent today? Our friend is taking the documents and applications to the SF consulate tomorrow morning, which is the only day she can do that for us.

9/7/2015 10:05:26 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Keep us informed. Thank you!

9/7/2015 10:06:01 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Any word on this?

9/7/2015 6:35:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, I was promised that Telex will be ready today or tomorrow. Sorry it doesn't depend on me.

9/7/2015 6:36:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

But they will ready anyway in the nearest time.

9/7/2015 6:37:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia
It is urgent that this happen today. Do you know any thing about it? We have a person set up to go today in San francisco
She will go at 10 am there time which is still several hours from now

9/8/2015 10:02:30 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru! I spoke to Maureen and she is able to go to the consulate on Weds her time. Can you call in the morning to push them on this?

9/8/2015 3:46:59 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also Anastacia, we have not received any info on the plane tickets. Do you have information on that as well?

9/8/2015 3:47:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru!
Penny, sorry for not answering for a long time. Sending the Telex number for visas: 1808 from 08.09.2015. The telex number with the letter from the Ministry is sent to the Russian Consulate in San Francisco. Please ask your colleague to go to the CONSULATE (not visa center) with your documents, visa application forms and Telex number. If she has any problems, she can call me +79067546560 from the Consulate at any time that is comfartable for her.

9/8/2015 4:11:09 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you SO much

9/8/2015 4:12:56 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

What is the title of the ministry again?

9/8/2015 4:13:18 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

As for the tickets: the cheapest flights I looked up include 2 flight changes. Is it okay for you?
If not, we will buy those you proposed us earlier.

9/8/2015 4:13:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

The Ministry of Foreign Affairs of Russian Federation

9/8/2015 4:13:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thanks

9/8/2015 4:14:07 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

As for the tickets. If possible the ones we requested. Chairman's age is a
consideration.

9/8/2015 4:15:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

(Though he would probably not like me to tell you that!)

9/8/2015 4:17:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

okay :)

9/8/2015 4:18:48 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thanks

9/8/2015 4:24:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I spoke with Maureen and she will go this morning (luckily it is only 9:30 am in San Francisco right now). Thank you for your help, Anastacia.

9/8/2015 4:28:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I' m ready to help you. If she has problems she can call me, even if it is at night for me.

9/8/2015 4:31:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Great. I copied the message and sent them to her so she has your number.

9/8/2015 4:31:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Hopefully all will go without a glitch.

9/8/2015 4:32:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Hope so too.

9/8/2015 4:32:36 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, you need to put the telex number into visa application forms. Please check.

9/8/2015 4:33:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Oh really? I don't think that is possible because they were already signed and we sent them to Maureen. Last time we just told them the number and it was fine.

9/8/2015 4:34:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

(That was with the ILS)

9/8/2015 4:34:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Did you feel the electronic version?

9/8/2015 4:34:41 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

*fill

9/8/2015 4:34:50 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We filled it out and then printed them and sent them

9/8/2015 4:35:07 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I think they will give us a small charge to add that into from there, no?

9/8/2015 4:35:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay, I think it's not a big problem. Anyway, they can write the telex number in the form with a pen.

9/8/2015 4:36:24 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, I've looked up for the flights you proposed us. Unfortunately, I cannot find them. Could you please give me a link of the site with these flights?

9/8/2015 4:38:41 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

It was Delta Airlines. I will look for the flight now. The original one may possibly be booked up now. I get back to you shortly

9/8/2015 4:39:44 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes, we need to buy the tickets asap.

9/8/2015 4:40:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

They will fly back to the US on 22 or 23? can't remember

9/8/2015 4:40:49 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Which day

9/8/2015 4:40:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

22

9/8/2015 4:40:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK

9/8/2015 4:41:01 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, I am getting this flight: Delta Airlines for $888 each approx.

9/8/2015 4:42:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Delta flight DL3915 connecting to DL 466 departing Tampa at 12:30 pm on 16 September

9/8/2015 4:43:17 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The only return flight does have two stops (stopping in Amsterdam) so we will have to go with that.

9/8/2015 4:43:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Depart SVO Moscow on Flight 9364 connecting in Amsterdam to flight 9374 and then toAtlanta on 2304.

9/8/2015 4:45:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Leaving Moscow at 1:30 pm and arriving Tampa at 11:22 pm same day

9/8/2015 4:45:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Are you able to see that one?

9/8/2015 4:46:18 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

That is also very inexpensive.

9/8/2015 4:46:32 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Are you able to get that one?

9/8/2015 4:48:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I think yes.

9/8/2015 4:53:14 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia:

9/9/2015 11:44:27 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Maureen is going back to the consulate this morning to try to find out the name of the person she talked to. I will keep you updated on that.

9/9/2015 11:44:55 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay. I called again to the Ministry, they told that they sent everything to the consulate.
Hope everything will work

9/9/2015 11:47:02 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Were you able to get the tickets?

9/9/2015 11:47:02 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

We are purchasing now

9/9/2015 11:47:17 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

In process

9/9/2015 11:47:22 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Do you have a different telex number or is it the same?

9/9/2015 11:47:23 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

The same

9/9/2015 11:47:30 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, we will check in later. Thanks

9/9/2015 11:47:44 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Anastacia: So happy we got the visas!!!

9/9/2015 5:11:03 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The tickets will be fine

9/9/2015 5:11:16 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Me too!!!

9/9/2015 5:11:21 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

This will be a historic conference!

9/9/2015 5:11:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Great work on your part and the AGM

9/9/2015 5:12:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana: any word on the plane tickets? Thanks

9/10/2015 11:42:27 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

just an hour, okay?

9/10/2015 11:44:00 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Certainly

9/10/2015 11:44:17 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, just one question. We have some problems with tickets, because that we wanted, are already sold out and we have to choose other. Do you need to fly exactly fronm Tampa? Can you fly from NY? it is just easier to buy the tickets from NY to Moscow and back, than from Tampa to Moscow and back. Thank you!

9/10/2015 1:56:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

They would need a flight from Tampa to NY because NY is about 2000 miles away

9/10/2015 1:57:50 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I can look on this end

9/10/2015 1:58:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes please

9/10/2015 1:59:13 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana: The best price I can find is on Google Flights for $974 each leaving Tampa on Delta airlines and transferring to Aeroflot. Everything else is much more at this point

9/10/2015 2:24:01 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Oh it's very expensive

9/10/2015 2:26:18 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

That's all that is left at this point. I looked at all sites

9/10/2015 2:26:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I should say that is the cheapest left at this point. there are flights that are double that price

9/10/2015 2:28:17 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

How should we move now? is there anything I can do from here?

9/10/2015 2:38:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny I can now buy two (I) tickets with the discount from Tampa to Moscow and back.

9/10/2015 3:18:51 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I will buy for the Chairman and someone else.

9/10/2015 3:19:09 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

For the third person I can buy later (because there can be later a discount), but it can be another flight.

9/10/2015 3:19:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Please write me what second person should I buy the ticket for!!!

9/10/2015 3:20:07 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I will discuss with Chairman and get back to you as soon as I can

9/10/2015 3:21:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Please very soon, there is limited number of seats

9/10/2015 3:22:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Bruce Cainion will be the person with the Chairman

9/10/2015 3:24:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

okay, thank you. hope everything will work well, also with the third person

9/10/2015 3:25:16 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also, will  we be able to get the $400 for the visa?

9/10/2015 3:26:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you.

9/10/2015 3:26:25 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes

9/10/2015 3:30:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Just later a little bit

9/10/2015 3:30:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

How much did you pay for visas?

9/10/2015 3:30:56 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We paid $566

9/10/2015 3:32:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

is it for sigle entry visas?

9/10/2015 3:33:25 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes.

9/10/2015 3:33:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

oh so much

9/10/2015 3:34:15 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

i think next time it's better to choose another consulate

9/10/2015 3:34:29 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We had no choice

9/10/2015 3:34:30 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

in SF they charge too much

9/10/2015 3:34:41 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny what dates the does the visa contain?

9/10/2015 3:52:32 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

from what date?

9/10/2015 3:52:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Let me get it

9/10/2015 3:53:15 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The dates on the visa are 17 september to 16 october

9/10/2015 3:55:49 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

okay

9/10/2015 3:56:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Please get them together with one aisle seat and the other seat facing aisle or one aisle and other next to Chairman

9/10/2015 3:57:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay

9/10/2015 3:58:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Here is the best price I am seeing: https://www.priceline.com/fly/#/checkout/details/TPA-SVO-20150916/SVO-TPA-20150922/1/DL3915-SU103:SU102-DL4067?group-id=111470125520066&ref-id=1114701255201486

Attachments:



Title: Priceline.com - Travel, airline tickets, cheap flights, hotels, hotel rooms, rental cars, car rental
All material herein © 1998 – {{currentYear}} priceline.com LLC, all rights reserved. PRICELINE, PRICELINE.COM, NAME YOUR OWN PRICE, THE NEGOTIATOR, PRICELINE NEGOTIATOR, PRICEBREAKERS and NO ONE DEALS LIKE WE DO are registered service marks, and EXPRESS DEALS, NOFEE and BIG DEAL are service marks of...
Size: 0
Path: https://www.priceline.com/fly/#/checkout/details/TPA-SVO-20150916/SVO-TPA-20150922/1/DL3915-SU103:SU102-DL4067?group-id=111470125520066&ref-id=1114701255201486
(Empty File)

9/10/2015 4:05:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

142

From: Facebook: 549328541 Penny Hess

Don't know if you can see that

9/10/2015 4:06:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

When do think we can get the ticket?

9/10/2015 4:29:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, I've looked up on americanairlines. com, there are the tickets from Tampa to NY and back for 891$ for three persons. Is it expensive for you?

9/10/2015 4:35:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Party does not have the resources right now. Just go ahead and make the two full tickets (Tampa-SVO)--for Chairman and Bruce. Thanks

9/10/2015 4:44:58 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana: I have to run out of the office right now. I'll be back in about a half hour

9/10/2015 4:45:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay Penny I understand.

9/10/2015 4:51:25 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

We will but the tickets from Tampa to Moscow and back for 3 persons.It will cost much but we have no other choice. We

9/10/2015 4:52:08 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Sorry for trouble, we just wanted to know whether it was possible to make it cheaper for us.

9/10/2015 4:52:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru! Let me get back to you in a few minutes

9/10/2015 5:15:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, thank you!

9/10/2015 5:28:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Chairman is very happy because he can use the video to promote this trip

9/10/2015 5:29:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia: Do you know if we will be able to get the plane tickets today? We hope this can be possible. Thank you. p

9/11/2015 9:51:29 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

144

From: Facebook: 549328541 Penny Hess

Is there anything I can do to help? They are supposed to leave in a few days and we need to be able to know their itinerary. I will be in the office at 9 and can do anything to help.

9/11/2015 10:51:04 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, I'm afraid you cannot help us at the moment. We have technical problems now and we cannot buy you the tickets at the moment. Hope we will solve the problems ASAP and send you everything.

9/11/2015 10:55:09 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Is there anything we can do?

9/11/2015 1:02:09 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Just wait. Alex promised that we will be able to buy the tickets this evening.

9/11/2015 1:04:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thanks. Let me know if we can help

9/11/2015 1:04:58 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Appreciate the update

9/11/2015 1:05:10 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 846323841 Penny Hess

Uhuru Anastacia: Should Chairman Omali still expect to go on this trip?

9/12/2015 9:25:06 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes, you will go to the trip anyway.

9/12/2015 9:49:39 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

No problem

9/12/2015 9:49:45 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Soon I will send you al information

9/12/2015 9:49:55 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, we've finally bought the tickets!! Please send me email, I will forward you the messages from Aeroflot.

9/12/2015 10:36:24 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Your booking code SKROFZ (http://www.aeroflot.ru/cms/en/)

Flight DL3915 16.09.2015 12:38 TPA, TPA> NYC, JFK 4;
Flight SU0103 16.09.2015 19:0 NYC, JFK 1 > MOW, SVO D;
Flight SU0102 22.09.2015 14:20 MOW, SVO D > NYC, JFK 1;
Flight DL2280 23.09.2015 08:30 NYC, LGA D > TPA, TPA

Attachments:



Title: Aeroflot
Size: 0
Path: http://www.aeroflot.ru/cms/en
(Empty File)

9/12/2015 10:42:03 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Please mind: the therminals in JFK in NYc are different on your way to Moscow, and the airports are different in NYC on your way back to Tampa. Sorry for some inconveniences. We tried to do all our best  to buy the tickets for you. Hope you have a nice trip!

9/12/2015 10:43:48 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

you can check your reservation here:
https://m.aeroflot.ru/b/info/pnr/load?_preferredLanguage=en

Attachments:



Title: Reservation search | Aeroflot
Size: 0
Path: https://m.aeroflot.ru/b/info/pnr/load?_preferredLanguage=en
(Empty File)

9/12/2015 10:50:14 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

147

From: Facebook: 100001580289610

http://www.aeroflot.ru/cms/en/online_services/

Here is your check-in online. Please don't forget to make it before the departure!

Attachments:



Title: Online Services | Aeroflot
Size: 0
Path: http://www.aeroflot.ru/cms/en/online_services
(Empty File)

9/12/2015 11:01:19 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia: Thank you. Will review them today. My email address is:
pennyuhuru@gmail.com

9/12/2015 12:10:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, check the email.

9/12/2015 12:53:41 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Did you check the tickets on the website?

9/12/2015 12:53:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana: I did give a cursory look. Tammy will review them. One thing I see is that they
cannot wait at JFK airport overnight. They need to get a flight out from JFK that same day.

9/12/2015 1:01:16 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, we have already bought the tickets. It is the most comfortable and the price is okay. Other flights have two stops and cost twice more

9/12/2015 1:04:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

We cannot change anything, sorry

9/12/2015 1:05:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We will check it out from here thanks. p

9/12/2015 1:05:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru!

9/12/2015 1:06:15 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, I got email, that there are changes in the booking

9/12/2015 4:23:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia: We had to change the last let of the trip. It had the Chairman having to stay in the JFK airport all night on the way back before coming back to Tampa. We changed it so that he will return the same night (22 Sept). It does not add to your expense at all.

9/12/2015 4:51:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

It's all fine and everyone is very excited about the trip and seeing Alex and you and all the other comrades!

9/12/2015 4:51:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay, Penny! Hope the Chairman and his comrades will have a nice trip!

9/12/2015 4:53:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you!

9/12/2015 4:54:03 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia: We are wondering if you can inform us of all the groups, movements etc. who will participate in the conference. I can't find anything online for this.

9/14/2015 12:56:47 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, just a moment.

9/14/2015 12:57:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

You have told us some, but can we get the complete list? Also, the agenda for the conference? Thank you

9/14/2015 12:57:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I will write the list of the organizations that are going to come, but a little bit later.

9/14/2015 12:58:18 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru!

9/14/2015 12:58:21 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Appreciate it!

9/14/2015 12:58:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Is there a website?

9/14/2015 12:58:44 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

The preliminary agenda was attached to the official invitation.

9/14/2015 12:58:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Right

9/14/2015 12:58:58 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

The website of the conference&

9/14/2015 12:59:05 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

?

9/14/2015 12:59:07 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes.

9/14/2015 12:59:16 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Unfortunately we don't have

9/14/2015 1:01:10 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

That's fine  Send the list when you have a chance. Thanks

9/14/2015 1:01:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, there are some changes in our guest list (other people will come instead of those who were invited before), so I can send you precise information only in sme hours, when we will definitely know who will come. Uhuru!

9/14/2015 10:56:09 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you.

9/15/2015 2:40:11 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia. Do we know who will pick up the Chairman--would like to tell him their names.

9/15/2015 9:30:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also, is it possible to get a pre-paid phone once they get there?

9/15/2015 9:31:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, I think that it will be me, Alex or Gleb, our assistant

9/15/2015 9:46:17 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

What do you mean under pre-paid phone?

9/15/2015 9:46:49 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

A phone to use just while they are there.

9/15/2015 10:37:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thanks for info. I will let them know.

9/15/2015 10:39:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I will ask Alex about the phone

9/15/2015 10:50:14 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you

9/15/2015 10:51:07 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia! It sounds like everything is going so well so far!! We appreciate all the work and help you gave us, comrade!

9/18/2015 8:03:03 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Chairman asked me to give you his presentation. Let me know if you have any problems downloading this.

Attachments:

Title: 2015-Presentation for OY in Russia.docx (10153296173818542)
Size: 79543
File name: linked_media/unified_message_10153296173818542.docx
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/11688396_10153296173828542_2095577152_n.docx/2015-Presentation-for-OY-in-Russia.docx?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9tdWx0aWJ1bmRsZSJ9&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVLl36JbuyJh9FFE_EMvMduguFllbLMwdX7q6vlR1oB5fA&oe=61BBE29F&dl=1
linked_media/unified_message_10153296173818542.docx

9/18/2015 8:04:03 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you Penny, I'll see it tomorrow

9/18/2015 10:09:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia, it might be too late but here is the presentation by the Chairman

Attachments:

Title: 2015-OY-Presentation-9-20.docx (10153297766938542)
Size: 145302
File name: linked_media/unified_message_10153297766938542.docx
Path: https://interncache-eag.fbsbx.com/v/f59.2708-21/11982797_10153297766943542_423943139_n.docx/2015-OY-Presentation-9-20.docx?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9tdWx0aWJ1bmRsZSJ9&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVL21X6skj5OHbwf-8dWtzd3QwgmNq6Xq88akouI3yUybA&oe=61BB729F&dl=1
linked_media/unified_message_10153297766938542.docx

9/19/2015 4:36:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia!

9/24/2015 10:01:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Everybody got back to Florida and are really excited about the trip and conference! Thank you for all of your hard work and great help to us! We will be in touch!

9/24/2015 10:02:51 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Great! Keep in touch!

9/25/2015 8:57:21 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Hello Penny!
I just wanted to know, what events did you have in the second half of September, except the INPDUM convention?

9/29/2015 1:22:50 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana! There was also the Sept. 20 Telethon for the new FM radio station that the Uhuru Movement just got the license for. It featured Glen Ford of Black Agenda Report and a number of other speakers and participants.

9/29/2015 1:29:48 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you! How's the Chairman and other comrades?

9/29/2015 1:39:36 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Chairman and everyone are great! How is Alex and everyone there?

9/29/2015 1:40:54 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

We are working at the petition to the UN.

9/29/2015 1:41:15 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I hope the Chairman told you about this.

9/29/2015 1:41:30 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The genocide petition now has 4000 signers as of today!

9/29/2015 1:41:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

wow

9/29/2015 1:41:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I don't know if he told me about this. We have been so busy and he had to leave right away on another trip!

9/29/2015 1:42:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

We are working at the UN petition for the defence of peoples' right for self-determinationa and political and economic independence.

9/29/2015 1:43:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Excellent!

9/29/2015 1:43:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, I want to ask you or the Chairman to prepare a text on the part of the Uhuru Movement (maybe even the Uhuru Solidaity Movement) that can be included in the petition. We can use an extract from the Black Genocide Petition, but you can prepare another text for our petition if possible. Thank you!

9/29/2015 1:47:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru! Can you tell me a little more what you want exactly. Not clear. Thaks

9/29/2015 4:29:30 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I think the Chairman should know about it as we discussed this while he was in Russia. That should be about why Black people have a right for political and economic independence inside US, have control over their lives and community, snd of course about recognition of the genocide.

9/29/2015 7:09:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

It shouldn't t be long.

9/29/2015 7:12:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, do you have a detailed information on your International convention that was 26-27 September?

9/30/2015 3:00:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana! Thank you. I was out of town for a few days. I am meeting with Chairman Omali this morning about what you are requesting.

10/1/2015 12:57:05 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana: I am in meeting with Chairman: He is saying we need to send the list of demands during the conference presented by the Chairman. That is what he is understanding that we should send.

10/1/2015 1:04:29 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes, something like this. Please send me this to e-mail apromskaya@anti-global.ru or info@anti-global.ru

10/1/2015 1:10:10 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, can you write me your e-mail and Omali's e-mail?

10/1/2015 1:10:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru! pennyuhuru@gmail.com

10/1/2015 1:16:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Omaliyesh@yahoo.com

10/1/2015 1:17:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you!

10/1/2015 1:21:36 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We will send you the document from the Chairman today for the UN

10/1/2015 1:56:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, what activities and events are you planning for the nearest future?

10/1/2015 1:56:14 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay

10/1/2015 1:56:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I will get back on the rest

10/1/2015 1:56:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Hello Penny! How are you?
Sending you the new address where we would like Burning Spear and your other magazines and newspapers. 125008, Moscow, Bolshaya Akademicheskaya street, 55-2. In Russian it is: 125008, Москва, улица Большая Академическая, дом 55, кв. 2.
We would like to read your latest news and to spread the newspaper.
Also we would kindly ask you to take the flag of the Anti Globalization Movement to your events and activities showing our support for Uhuru Movement and Uhuru Solidarity Movement, and send ud the photos from the events with our flag. Thank you very much!!

10/12/2015 12:21:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Oh sorry, I made a mistake in the address. The right is one: 125008, Moscow, Bolshaya Akademicheskaya street, 55-20. In Russian: 125008, Москва, улица Большая Академическая, дом 55, кв. 20.

10/16/2015 2:59:32 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Also: how are you? How is your preparation for 21 October?

10/16/2015 3:00:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia
So good to hear from you!
We are still traveling on our speaking tour
All is going very well
How is everything with you!

10/16/2015 3:08:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

We are working hard on the petition at the moment. Hope it will be ready soon. Did you get my latest email with a warning that our lawyer should contact regarding the petition?

10/16/2015 3:10:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes we got that but have not heard from him so far

10/16/2015 3:13:21 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes, he promised to contact you next week

10/16/2015 3:13:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, did you receive the email from our lawyer Grigory Krasovsky.

10/19/2015 10:33:03 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia! Yes we did receive it! We are very behind on everything at the moment.
The Chairman has been traveling on a speaking tour almost nonstop since he returned from
Russia and I have been on much of this tour as well.

10/20/2015 4:03:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We have discussed the response to the legal questions and the Chairman has a pretty clear
idea what he wants to include in this.. Can we get this by the end of this week to the lawyer?
By end of day on Friday?

10/20/2015 4:04:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Or even by next week?

10/20/2015 4:04:49 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I think it's better to do to the end of this week.

10/20/2015 5:14:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Though it's better to email to the lawyer and ask him.

10/20/2015 5:14:18 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Will try to have it by Saturday and will email it to the lawyer. Thanks

10/21/2015 3:35:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, what events did you have recently except A Day of Solidarity?

10/27/2015 2:28:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru!

10/27/2015 2:28:36 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia! How are you? I will get back to you tomorrow about this. We are leaving for speaking event in north Florida right now. I'll be in touch.

10/27/2015 4:48:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! I'm fine thanks, and you? Can you please provide us with more detailed information on your recent activities and events? Thank you!

10/29/2015 11:00:49 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia!

10/29/2015 1:45:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

First of all: thank you, the AGM and Comrade Alex for your donation to the Uhuru Solidarity Movement! That is so appreciated!

10/29/2015 1:48:56 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Chairman will be a keynote speaker at the National Black Political Leadership Conference in St. Louis on Friday and Saturday of this week.
http://theblacklistpub.ning.com/forum/topics/register-for-the-national-black-political-leadership-conference

Attachments:



Title: Register for the National Black Political Leadership Conference in St. Louis, MO, October 30
On Friday, October 30th and Saturday, October 31st 2015, the Universal African Peoples Organization (UAPO), will host a National Black Political Leadership Con...
Size: 0
Path: http://theblacklistpub.ning.com/forum/topics/register-for-the-national-black-political-leadership-conference
(Empty File)

10/29/2015 1:50:13 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Next weekend, Nov. 7 and 8, is the Black is Back annual march and conference in Washington DC: http://www.blackisbackcoalition.org

Attachments:



Title: Black Is Back Coalition
If Black people are engaged in a renewed "movement," what are the demands? The Black Is Back Coalition will bring the demand for Black Community Control of the Police to the White House, on November 7. The Coalition will march and rally under the banner "Black Power Matters," because only the power...
Size: 0
Path: http://www.blackisbackcoalition.org/
(Empty File)

10/29/2015 1:51:50 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

While in St. Louis the Chairman will also speak at an InPDUM event on the Africans charge genocide petition and work. This will be live streamed--Sunday, Nov. 15

10/29/2015 1:58:19 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

http://uhurunews.com/event?resource_name=africans-charge-genocide-chairman-in-stl

Attachments:



Title: Uhuru News : Event
Size: 0
Path: http://uhurunews.com/event?resource_name=africans-charge-genocide-chairman-in-stl
(Empty File)

10/29/2015 1:58:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you Penny!

10/29/2015 1:59:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Also, where can we find more information on "A Day of Solidarity"?

10/29/2015 2:00:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I will ask Jesse to send you more info. We had a great event in San Diego and here in St. Pete earlier this month! Also really nice event in Gainesville, FL (where the University of Florida is located) on Tuesday night

10/29/2015 2:04:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

On Nov. 29 many of us depart on the Marcus Garvey Legacy Cruise sailing from Miami to Mexico, Belize, Honduras and Cayman Islands. The cruise is a fundraiser for the African Socialist International. https://www.facebook.com/events/1019410611445112/

Attachments:



Title: 2015 Marcus Garvey Legacy Cruise
Size: 0
Path: https://www.facebook.com/events/1019410611445112/
(Empty File)

10/29/2015 2:06:29 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you Penny!

10/29/2015 2:07:19 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana, there is still time for you, Alex and others from the AGM to join us on this cruise. Prices are really low and it is so much fun. The Chairman will be there. Please tell your comrades

10/29/2015 2:07:21 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Y'all ought to come

10/29/2015 2:07:52 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay, I will tell Alex, thank you for invitation!

10/29/2015 2:09:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The National Plenary of the African People's Socialist Party will be held January 9 and 10 in St. Petersburg

10/29/2015 2:10:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru!

10/29/2015 2:10:28 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

FYI: Turkish Airlines is flying from Moscow to Miami for only $600!

10/29/2015 2:12:21 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay, we will think about it!

10/29/2015 2:12:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Great!

10/29/2015 2:12:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Talk soon!

10/29/2015 2:13:15 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Talk soon! Keep in touch!

10/29/2015 2:16:50 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

sent an attachment.

Attachments:



Title: Mobile Uploads
Size: 0
Path:
https://www.facebook.com/photo.php?fbid=842882039163994&set=a.3495414251647
27&type=3
(Empty File)

10/30/2015 2:52:15 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

You sent an attachment.

Attachments:

Title: 2016-Plenary-request-AGM-Ionov.docx (10153373166208542)
Size: 130375
File name: linked_media/unified_message_10153373166208542.docx
Path: https://interncache-eag.fbsbx.com/v/t59.2708-
21/12008690_10153373166218542_1375422314_n.docx/2016-Plenary-request-AGM-
Ionov.docx?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9tbnRpdH
kvbWVzc2FnZV9maaWxlIn0%3D&_nc_ht=interncache-
eag.fbsbx.com&oh=03_AVJ6Tu3tmH6muuublbUPmE8E66vQ16uKg__mmx97N2vYhw
&oe=61BBBC23&dl=1
linked_media/unified_message_10153373166208542.docx

11/5/2015 2:51:19 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia! Hop you are well! I sent a letter to the email addresses requesting a 5 minute video solidarity statement from the AGM to the APSP International Plenary scheduled for Saturday, 9 January 2016. I am attaching the letter here as well. Thank you!

11/5/2015 2:51:27 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny!

11/5/2015 2:52:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay, I will forward this request to Alexander. We will make a new video for you with great pleasure.

11/5/2015 2:52:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru and thank you comrade!

11/5/2015 3:21:03 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, you wrote that it is planned for 2016. Is it not gor 2015?)

11/6/2015 9:35:04 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Oh sorry Penyy, I've mixed up, it's written 9 January, not november

11/6/2015 10:06:25 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana
Yes January 9, 2016

11/7/2015 1:37:32 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, happy birthday!

11/9/2015 10:26:52 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Wish you health, much happinessm success and good people around you :)

11/9/2015 10:27:32 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia! Thank you so much for the birthday message and those wishes! I am so fortunate to have health happiness and good revolutionary people around me who are working to change the world!

11/9/2015 11:45:10 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Oh, me and Alexander wish you more and more health ans succes, and good people around! Uhuru!

11/9/2015 11:46:43 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

It has been a pleasure to work and get to know you and Alexander a little bit! Spasibo and Uhuru!

11/9/2015 11:51:17 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

http://stop-imperialism.com/2015/11/09/9369/

Attachments:



Title: Russia and the Anti-Globalization movement express their solidarity with the people of Syria |...
November 7, 2015 in Moscow, on the commemoration day of the Great October Revolution of 1917, the Anti-Globalization Movement of Russia organized a meeting with the National Union of Syrian Students. The event was organized with the help of the Syrian Embassy in the Russian Federation. The event bro…
Size: 0
Path: http://stop-imperialism.com/2015/11/09/9369/
(Empty File)

11/9/2015 4:14:48 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, if it's possible, can you post it on uhurunews?

11/9/2015 4:15:10 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Hello Penny! How are you? Did you have any events this week?

11/11/2015 1:12:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia:

11/11/2015 3:07:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We just got back from the Black is Back conference in Washington DC this weekend. It was outstanding!

11/11/2015 3:08:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I'm happy for you Penny! Can you give a link with more information on this conference?

11/11/2015 3:08:52 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia!

11/12/2015 5:42:51 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Here is the link to the website but an article should be up soon on Uhuru News.

11/12/2015 5:43:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

http://www.blackisbackcoalition.org

Attachments:



Title: Black Is Back Coalition
If Black people are engaged in a renewed "movement," what are the demands? The Black Is Back Coalition will bring the demand for Black Community Control of the Police to the White House, on November 7. The Coalition will march and rally under the banner "Black Power Matters," because only the power…
Size: 0
Path: http://www.blackisbackcoalition.org/
(Empty File)

11/12/2015 5:43:25 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Greetings Anastasia: The African People's Socialist Party would like to get the contact name and email address for the Doneskt Mothers and for the Polisario Front. The Party would like to ask them to send a solidarity statement to the Party's Plenary in January.

11/12/2015 7:12:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you!

11/12/2015 7:12:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I will ask Alex about these contacts tomorrow.

11/12/2015 7:13:30 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thanks!

11/12/2015 8:36:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Dear Penny!
Unfortunately, we don't have contacts of Donetsk Mothers. As for the Polisario Front, I will give you the email of Ali Salem, who attendeed our conference, but I need to warn you that he doesn't speak English.
alisalem3@yahoo.com

11/13/2015 10:39:08 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Also, as it is possible, can you send me a report on your participation in this march?

11/13/2015 10:40:20 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Anastasia, do you know if Ali Salem speaks Spanish? We can have the letter translated. Thanks

11/13/2015 7:37:01 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Yes, he speaks Spanish

11/13/2015 7:38:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

In terms of the Black is Back--the march got rained out so we moved to a room at Howard University where the event was held on Saturday and Sunday.

11/13/2015 7:38:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The event was really well-attended and very dynamic with great speakers. Chairman Omali, Glen Ford of Black Agenda Report, and many other people of all walks of life of the African community spoke. It was a great event. There is supposed to be an article up on this soon!

11/13/2015 7:42:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana: here is the link to the article about the Solidarity with Syria:

11/13/2015 7:46:47 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

http://uhurunews.com/story?resource_name=russia-and-the-anti-globalization-movement-express-their-solidarity-with-the-people-of-syria

11/13/2015 7:46:48 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you Penny, I saw the link!!

11/14/2015 10:03:51 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, Uhuru! Can you help me with contacts of Gazi Kozdo? I cannot find anything in FB...

11/16/2015 11:06:31 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia: He has two FB pages:

11/16/2015 12:49:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Gazi Kodzo

11/16/2015 12:49:10 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I sent him a message in FB, can you send me his email?

11/16/2015 12:59:40 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, did you have any events last week?

11/16/2015 2:13:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Hello Penny! Alex wants to talk to Chairman before his flight to Venezuela 1 December.
Can we talk today?

11/26/2015 9:35:35 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Trying to reach the Chairman to see if he can call this morning. Will let you know when I
hear from him.

11/26/2015 11:46:17 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I'm trying for about 9 am or so our time or 9:30
5:30 pm for you

11/26/2015 11:58:34 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

okay I will tell Alex

11/26/2015 12:33:24 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Chairman said 9:30 am our time via skype

11/26/2015 1:12:16 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Let me know if that is good for Alex. Thanks, comrade

11/26/2015 1:12:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Call on my Skype id

11/26/2015 1:15:52 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

pennyuhuru

11/26/2015 1:15:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Can we talk at 8:30 pm our time?

11/26/2015 1:27:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

We will be at the event at the time you proposed.

11/26/2015 1:28:08 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

confirming 8:30 pm your time (12:30 for us)

11/26/2015 1:41:44 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay

11/26/2015 1:43:05 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana, we are trying to call you

11/26/2015 5:34:26 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia, The Chairman waited half an hour and has to leave the office now (we are closed today). Let me know if you want to talk tomorrow and we can set up a time.

11/26/2015 6:01:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

You sent an attachment.

Attachments:

Title: 2015-statement-Russia-final-11-27.docx (10153409738173542)
Size: 149421
File name: linked_media/unified_message_10153409738173542.docx
Path: https://interncache-eag.fbsbx.com/v/t59.2708-21/12229359_10153409738173542_393777194_n.docx/2015-statement-Russia-final-11-27.docx?ccb=1-5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBtdXXJsZ2VuX2NsaWVudC9ibnRpcdHkvbWVzc2FnZV9maaWxllIn0%3D&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVJI8PKF5hET78UcDKTvBEUvPcpfneUNQkxS8-gfwbB-Xw&oe=61BBEAA3&dl=1
linked_media/unified_message_10153409738173542.docx

11/27/2015 11:37:08 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia: Attached is the statement by the APSP. I gave a full report of the meeting to Chairman Omali and he is looking forward to speaking with you and Alex when he returns from the cruise.

11/27/2015 11:37:11 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you Penny! We published your statement on our website: http://stop-imperialism.com/2015/11/30/9530/

Attachments:



Title: Statement in Solidarity with the peoples of Russia and Syria from the African People's Socialist...
Size: 0
Path: http://stop-imperialism.com/2015/11/30/9530/
(Empty File)

11/30/2015 11:42:31 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

http://anti-global.ru/?p=18584&lang=en

Attachments:



Title: The Anti-Globalization Movement of Russia condemns the actions of the Turkish government |...
30Nov The Anti-Globalization Movement of Russia condemns the actions of the Turkish government Tags: Antiglobalization RUS, Erdoğan, ISIS, Syria, Terrorism, Turkey, US Categories: Our projects The Anti-Globalization Movement of Russia wants to express its indignation due to extremely outrageous and...
Size: 0
Path: http://anti-global.ru/?p=18584&lang=en
(Empty File)

11/30/2015 2:52:14 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Hello Penny! How are you? How was your cruise?

12/8/2015 4:07:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Ales asks, is it possible to organize an action on the streets against Turkish aggression and their attack against the Russian plane? We are ready to support you in the organization, including wide information support.

12/8/2015 4:09:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia! I spoke to Chairman Omali about this and he said to reaffirm the Party's profound support for Russia on this question but that the Party cannot take on a demonstration at this moment because they are totally immersed in building or the Party's annual national Plenary early next month.

12/9/2015 3:01:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

What Chairman Omali would like to do is to give Alex and AGM some time on the agenda to present about this question and to call for a resolution from all the forces who will be attending

12/9/2015 3:02:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you Penny!

12/9/2015 3:02:44 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I know that AGM is already slated to give a solidarity statement to the Party's Plenary on the first day which is Saturday Jan. 9 (by video).

12/9/2015 3:03:36 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

That solidarity statement is scheduled to be about 5 mins but he would like to give you more time so you can discuss this question and the urgency of it and call for a resolution.

12/9/2015 3:04:16 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

There is a program committee meeting tomorrow for the Plenary and it can be discussed there and a determination of the amount of time for this. The agenda is very packed for the plenary but this is an urgent issue.

12/9/2015 3:05:05 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay, I will forward this information to Alex. Thank you Penny! Uhuru!

12/9/2015 3:05:53 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Also, is there a link to the radio program where our statement on Turkey and Syria was?

12/9/2015 3:06:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes, I think so. I will speak to Jesse about this. Uhuru!

12/9/2015 3:06:59 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Please ask Jesse! we need it very much! Thank you!

12/9/2015 3:07:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru greetings Anastasia! From Facebook it seems that the AGM is really doing so much and this is so important!

12/15/2015 1:34:07 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I am writing to let you know that the Party wants to give the AGM 10 minutes to present via video at the Party plenary--for a salute to the Party and then a discussion of the serious attacks that the US is waging against Russia, Syria and other allies and comrades of Russia!

12/15/2015 1:35:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also I will send you via email to the AGM the method for uploading the video.

12/15/2015 1:36:23 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Can you let me know if the 10 min statement will be possible  and also if it will be Alexander who will be presenting? Thank you.

12/15/2015 1:37:01 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Don't forget to check the email for the video transfer. Thank you, comrade!

12/15/2015 1:37:21 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! We are ready to make such a statement. Later we will inform you on when we are going to make it.

12/15/2015 10:16:38 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you Anastasia!

12/19/2015 5:20:49 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Hello Penny!

12/22/2015 2:55:01 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Alex wants to talk to Chairman as soon as possible. Can we make it tomorrow?

12/22/2015 2:55:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru! I will speak to Chairman this morning about it.

12/22/2015 2:56:22 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you!

12/22/2015 2:57:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Anastasia: The Chairman is available now if that is possible for Alex

12/22/2015 3:16:17 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Alex is not in the office now((( So it is possible for him to talk only tomorrow

12/22/2015 3:24:18 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Chairman would like to do it tomorrow at 10 am our time--that is 6 pm for you. Does that work?

12/22/2015 3:29:17 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I think it will be very good.

12/22/2015 3:34:16 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Also, Penny, I want to ask you about the petition: how many signatures do you have at the moment?

12/22/2015 3:34:50 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Great. Confirmed!

12/22/2015 3:35:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Have you sent the petition to the UN and was it accepted by them?

12/22/2015 3:35:12 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Because as I see the crimes against Black people don't stop... It means that the petition should be promoted better and attract more attention from the civil society.

12/22/2015 3:36:02 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

And I'm sorry for not attending the web conference on reparations on previous weekend, it was too late for us and I had to wake up early in the morning.

12/22/2015 3:37:03 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Right now the petition has gathered about 5,200 signatures online. It has been sent to all members of the General Assembly of the UN and to Ban KiMoon but has not been accepted. Currently the plan is to request that the UN Commission on Racial Discrimination would sponsor this petition and allow us to address the General Assembly.

12/22/2015 3:37:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

So this UN Commission should allow you to address to the General Assembly?

12/22/2015 3:39:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Can you make it on your own?

12/22/2015 3:40:10 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I don't know. That is being researched

12/22/2015 3:43:25 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Perhaps this can be discussed tomorrow between Alex and Chairman Omali?

12/22/2015 3:46:35 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I think yes. We need to discuss a lot of things, and our plans for cooperation next year.

12/22/2015 3:48:03 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, do you have contacts with presidential candidate Willie Wilson? We want to establish contacts with him.

12/22/2015 3:50:07 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes, the Chairman has contact with him and he says that is good for you to contact him as well. We can discuss how that would be done tomorrow.

12/22/2015 4:01:05 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We will hear from you on Skype at 10 am. Thanks!

12/22/2015 4:01:21 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Looking forward for tomorrow conversation! Uhuru!!

12/22/2015 4:07:14 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia, we are here on Skype

12/23/2015 3:07:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Call me at pennyuhuru

12/23/2015 3:08:07 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

okay, will do)

12/23/2015 3:09:36 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

dougie789@hotmail.com (Diarmuid Mac Dubhghlais) - this is the email of a comrade from Republican Sinn Fein who visited our conference. He is in Cuba till 7 January, as far as I know.

12/23/2015 4:06:10 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia: Here is the email for Willie Wilson:

12/23/2015 4:09:19 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

www.williewilson2016.com

12/23/2015 4:10:21 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Great meeting and we will be in touch!

12/23/2015 4:10:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru! Penny, can you send his email?

12/23/2015 4:11:04 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I cannot find his contactinformation on his website.

12/23/2015 4:11:21 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Did you see it? It's above.

12/23/2015 4:11:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

But I need to put my email in the form above

12/23/2015 4:12:27 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

So do I need to join the campaign?

12/23/2015 4:12:44 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

by putting my email and name?

12/23/2015 4:13:03 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Can you try: www.williewilson2016.com

12/23/2015 4:13:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

This is his website

12/23/2015 4:16:48 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I put the email and name in the form above but it didn't give me his contacts

12/23/2015 4:17:20 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana: you can also message him on his Facebook page: "willie wilson headquarters opening" is the name of the page

12/23/2015 4:17:57 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

SORRY: His official Facebook page is: Dr. Willie Wilson

12/23/2015 4:18:49 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Message him there

12/23/2015 4:19:08 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Okay, I'll try to message here! Thank you!

12/23/2015 4:19:30 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

centerpr@rambler.ru - this is email of Ukrainian mothers Union

12/23/2015 4:20:09 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

As for Venezuela, we will send contacts later.

12/23/2015 4:20:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

http://stop-imperialism.com/2015/12/22/9760/

Attachments:



Title: Russian anti-globalist: The new Venezuelan opposition parliament is undermining the achievements...
Chavistas have always been and will be the main engine of the ideas of the Bolivarian Revolution in Venezuela. It is the ideology of socialism of the 21st century which has played a leading role in social, political and economic recovery of this country. The nation got used to the fact that Venezuel...
Size: 0
Path: http://stop-imperialism.com/2015/12/22/9760/
(Empty File)

12/23/2015 4:22:55 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

This is the article about Venezuela

12/23/2015 4:23:06 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru! Thank you Anastacia!

12/23/2015 4:25:00 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru!

12/23/2015 4:25:09 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Hello Penny! Tomorrow we will have a meeting of our activists and supporters. Is it possible for Chairman to make a short video statement with words of gratitude to AGM, for tomorrow?

12/24/2015 3:59:34 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana: I am out of town for the next few days. I spoke with Tammy about this and she will speak to him when he returns to the office. I don't know if it possible. She said she would message you to let you know.

12/24/2015 4:17:17 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Thank you Penny! Uhuru!

12/24/2015 4:27:45 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! I want to wish you, chairman, the Uhuru movement and Uhuru Solidarity movement happy New Year! I hope our cooperation will be stronger and more successful in 2016, and we can together face new challenges and achieve our goals!

12/31/2015 7:38:42 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia! Thank you so much for such a wonderful wish for the new year. The Uhuru Movement sends our warmest greetings of happy new year to our dear comrades of the Antiglobalization movement and to the people of Russia! We believe this is a time that offers many possibilities for the oppressed peoples of the world and is very dangerous for imperialism. As Chairman Omali would say the crisis of imperialism is deepening every day in the "uneasy equilibrium between the past and the future. We look forward to our growing international solidarity with you! We are winning! Uhuru!

1/1/2016 2:24:04 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Greetings Anastacia!

1/6/2016 8:01:37 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Will you be able to send the video from Alex to the Party's Plenary Saturday? You have about 10- mins for solidarity with the APSP and an overview of the situation for Russia. Thank you.

1/6/2016 8:02:46 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

I thought he already did it...

1/6/2016 8:15:31 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Penny, I will call Alex tomorrow and remind him to send it

1/6/2016 8:15:33 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

From: Facebook: 100001580289610

Sorry for inconveniences

1/6/2016 8:15:39 PM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)

---

4

**Start Time:** 8/10/2015 11:04:32 AM(UTC+0)
**Last Activity:** 9/3/2015 9:03:42 AM(UTC+0)
**Number of attachments:** 19
**Source:** Facebook Warrant Return
**Account:** 549328541
**Source Extraction:** 7- 07052015-01072016\931329584463865.zip (pennyuhuru)
**Body file:** chat-4.txt

Participants:



Facebook: 549328541
Penny Hess (owner)



Facebook: 100000087148451
Themba Tshibanda



Facebook: 100001580289610

Facebook: 100003266164592
Alexander Ionov

**Identifier:** 853927011359902

---

From: Facebook: 100003266164592 Alexander Ionov

Hi Penny! I added my personal assistant to our dialogue.

8/10/2015 11:04:32 AM(UTC+0)

Source Extraction:
7- 07052015-01072016\931329584463865.zip (pennyuhuru)