

# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**: 102C1

Case No.: 8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA

vs.

OMALI YESHITELA, ET AL.

Date Identified: ______________

Date Admitted: ______________

# THE ANTI-GLOBALIZATION MOVEMENT OF RUSSIA

Phone: +7 (499) 553-0965   E-mail: info@anti-global.ru   www.anti-global.ru

The city of Moscow
August 25, 2015
Ref. No. 25/08-03

## TO OMALI YESHITELA

## INVITATION

The Anti-Globalization Movement of Russia is arranging an international expert conference "The dialogue of nations. The right of peoples to self-determination and building of the multipolar world".

Today the modern world faces an objective necessity of unification of the largest public and political organizations that are fighting against the ideology of global domination and economic exploitation. More and more countries and regions become victims of the federal governments' and supra-national institutions' inefficient domestic and foreign policy. The European Union and the U.S. are carrying out economic transatlantic integration to the detriment of ordinary citizens. Their military operations and interference in the internal affairs of sovereign states lead to the genocide of civilians. The policy of sanctions war inevitably destroys small and medium-sized businesses. The U.S. and EU governments are eroding sovereignty of independent states that is absolutely against the political and legal principles of the 21st century.

The local conflicts in Eastern Europe and Near East are warmed up outside and therefore change the global political agenda. We should do our best in order to stop the genocide of the civilians in Novorossia and allow Donetsk and Lugansk decide their destiny independently.

We should pay focused attention to the peoples' right to self-determination. There are a number of regions in the world that strive for acquisition of real sovereignty in order to become independent political players. The existing world order deprives the citizens of different regions of their legal right to self-determination that is officially guaranteed by the United Nations Charter.

As a result, we are going to form a special working group in which the representatives of different organizations from all over the world will be involved. The main objective of the group is providing joint cooperation regarding wider autonomy and secession, informational and practical collaboration, arranging public events, forums and scientific conferences. This working group will prepare a final document that is to be considered in the UN. This appeal will be based on the principles of international law that stands for freedom and self-determination of nations, protection of human rights and investigation of military crimes.

The expert discussion is going to attract the delegations from different parts of the world. It is expected that outstanding and famous politicians, activists and analysts will take part in the discussion.

It is the very time to take a serious step towards just and multipolar world!



# THE ANTI-GLOBALIZATION MOVEMENT OF RUSSIA

Phone: +7 (499) 553-0965   E-mail: info@anti-global.ru   www.anti-global.ru

**Preliminary agenda:**

17-18st September – the arrival of the guests

19st September – a cultural programme

20st September – the expert discussion

21st September – a final press-conference

The Anti-Globalization Movement of Russia covers all expanses for roundtrip, airport transfer and hotel accommodations in Moscow. AGM will also assist in receiving visa.

For more information about our organization, please visit http://anti-global.ru. You may also see our informational portal at http://stop-imperialism.com.

Sincerely yours,

Alexander Ionov

President of the Anti-globalization Movement of Russia

ionov@anti-global.ru
www.anti-global.ru

