# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



## Office of Chairman Omali Yeshitela
## African People's Socialist Party

August 26, 2015

To Alex Ionov and our comrades of the Anti-Globalization Movement of Russia:

The position of the African People's Socialist Party regarding the struggle of African people for state power must be understood in the context of the reality that the African nation is a nation of a different type.

The European assault on Africa in the form of the slave trade—beginning 600 years ago and continuing well into the 19th Century—forcibly dispersed Africans in great numbers from our homeland to the U.S., Haiti and all the islands of the Caribbean, as well as to Brazil, Guyana, Venezuela and many other countries of South America.

As a nation Africans face dual colonization. We are colonized in our African homeland and at the same time we are colonized wherever else we are currently living due to having been kidnapped and enslaved by our oppressors over the centuries.

We refer to ourselves as the dispersed African nation. We are the only people who didn't come to the Americas looking for a better way of life. We *lost* a better way of life in being brought here. We were captives, not immigrants.

Since the end of legal slavery in the U.S. in 1865 African people have lived under conditions of colonialism. We call it domestic colonialism as the colonizer and the colonized both live on the stolen land of the Indigenous people.

Under this colonialism the U.S. state and the general white population have had the power of life and death over African people in the form of lynchings, police terror, mass imprisonment among many other ways.

**1245 18th Ave. S. • St Petersburg, FL 33705 • 727-821-6621**
**chairman@apspuhuru.org**



## Office of Chairman Omali Yeshitela
## African People's Socialist Party

For most of our history since slavery we have been forced to live in separate areas from the general white population—either by legal and political constraints on housing or on the basis of poverty and powerlessness.

The Apartheid system of South Africa was modeled on the colonial conditions of African people inside the U.S. and not the other way around.

Africans are the human face of what Karl Marx called the "primitive accumulation of capital," the start-up money for the whole capitalist system, that was built on slavery and genocide, as Marx described:

"The discovery of gold and silver in America, the extirpation, enslavement and entombment in mines of the aboriginal population, the turning of Africa into a warren for the commercial hunting of black-skins, signalized the rosy dawn of the era of capitalist production."

In other words the enslavement of African people, the theft of the land of the Indigenous people of the Americas and the colonial exploitation of the majority of the peoples of the world gave birth to capitalism.

Without this Western Europe would still be in a state of feudalism and economic and social backwardness.

Our Party notes that Russia was excluded as a participant in this colonial process. The foundation of modern Russia is the Bolshevik Revolution, not slavery and colonialism.

Today, African people are increasingly present inside of Europe as we see from the massive stream of colonial subjects from Africa attempting to reach Europe by any means, even at the risk of their lives. They are coming in to Europe out of extreme poverty and desperation as a result of the European looting of Africa that has created such a high standard of living for Europeans at the expense of the African people.



## Office of Chairman Omali Yeshitela
## African People's Socialist Party

The colonial domination of African people continues today under neocolonialism which carries out the brutal interests of U.S. and European imperialism.

The assault on Libya, the deployment of the murderous UN forces in Haiti, the French occupation of Mali, the 14 Francophone states which continue to be bled dry for the benefit of the French, corporate looting of the diamonds, oil, uranium; the extraction of the mineral coltan in Congo which has resulted in the deaths and rapes of 7 million people—these are just a few examples of the ongoing colonial legacy we face on our own continent.

In addition the U.S. and all Western European states and corporations continue to loot the African nation—those of us in Africa and those of us dispersed in other countries.

The colonization and terror against African people are part and parcel of U.S. imperialist war and provides the template for the wars of occupation and terror that the U.S. wages against the peoples of the planet.

We recognize that the colonial oppression, violence and terror that African people face inside the borders of the U.S. take place on land stolen from the Indigenous and Mexican people.

Our Party upholds unconditional solidarity with the fact that the land base of the United States is the homeland of the Indigenous/Mexican people. We stand in solidarity with their right to self-determination and sovereignty on their own land.

The ultimate aim of our Party is the complete unification and liberation of Africa and African people under a socialist workers state. We are struggling for national liberation. For this reason we have built the African Socialist International made up of Africans across the globe.

For those of us inside the United States we call ourselves the US-front of the African Liberation Movement.

**1245 18th Ave. S. • St Petersburg, FL 33705 • 727-821-6621**
**chairman@apspuhuru.org**



## Office of Chairman Omali Yeshitela
## African People's Socialist Party

While Africa is the birthright of every African on the planet (and we will uphold the right to return to Africa from any place in the world), in this country we will work in unity with the struggle of the Indigenous people to liberate certain zones and "ghettos" of the U.S. that are predominately African with the goal of turning them into fighting soviets of dual and contending state power led by the African working class.

We see this as short-term and tactical goal that will be carried out in the process of liberating Africa and destroying its colonially-imposed borders, again in deep unity with the struggle of the Indigenous people.

This in brief is our position on the question of the acquisition of state power for African people inside the United States.

We feel the inclusion of the national liberation struggle of African people in this conference on the "dialogue of nations" is critical and that the liberation of African people is an essential element in the worldwide struggle for a peaceful and multipolar world.

We note that in the 1960s, during the Black Power struggle inside the United States, peoples and nations struggling for national liberation around the world recognized and supported the anti-colonial movement of African people inside the belly of the beast as a key strategic force against U.S. imperialism.


Uhuru!
Omali Yeshitela, Chairman


**1245 18th Ave. S. ● St Petersburg, FL 33705 ● 727-821-6621**
**chairman@apspuhuru.org**