# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**: 102C7

Case No.: 8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA

vs.

OMALI YESHITELA, ET AL.

Date Identified: _____

Date Admitted: _____



**Региональная общественная организация**
**"АНТИГЛОБАЛИСТСКОЕ ДВИЖЕНИЕ"**

Российская Федерация, 127299, г. Москва, ул.Клары Цеткин, дом 4 офис 324. ОГРН 1127799004541, ИНН 7724300682
Тел. +7-499-553-09-65   E-mail: info@anti-global.ru   www.anti-global.ru

The city of Moscow
May 18, 2015
Ref. No. 18/05-01

> TO THE CONSULAR SECTION
> OF THE EMBASSY
> OF THE RUSSIAN FEDERATION
> IN WASHINGTON, D.C.

## INVITATION

Hereby **The Regional Non-governmental Organization Anti-globalization Movement of Russia** invites Mr. **Omali Yeshitela**, date of birth: ▮▮▮▮▮▮▮▮, US citizen, sex: male, Passport ▮▮▮▮▮▮ issued by US Dept. of State, date of issue 19 FEB 2015, expiration date 18 FEB 2025, to participate in the lectures, which will be held in Moscow, 27th-30th May. We request a single-entry visa for Mr. Yeshitela, for a period from 25th to 31st May 2015, and expect him to be one of the honored speakers for our lectures. Amongst other guests, there will be Russian and foreign public figures, political parties representatives, diplomats and ambassadors of the foreign states.

Mr. Yeshitela is asked to deliver a speech on the political situation in the World within the context of the lectures.

Hereby we confirm that the lecturers host will cover all expenses of Mr. Yeshitela including local transportation, accommodation and meals, as well as attendance of cultural events, for time period from 26th MAY 2015 to 31st MAY 2015.

The lectures participants will also be engaged in a vast cultural program, including sightseeing tours around Moscow.

For more information about our organization, please visit http://anti-global.ru.

Sincerely yours,

Alexander Viktorovitch Ionov

President of The Anti-globalization Movement of Russia

ionov@anti-global.ru
www.anti-global.ru





**Региональная общественная организация "АНТИГЛОБАЛИСТСКОЕ ДВИЖЕНИЕ"**

Российская Федерация, 127299, г. Москва, ул. Клары Цеткин, дом 4 офис 324. ОГРН 1127799004541, ИНН 7724300682
Тел. +7-499-553-09-65   E-mail: info@anti-global.ru   www.anti-global.ru

Город Москва
18 мая 2015 г.
Исх. № 18/05-01

В КОНСУЛЬСКИЙ ОТДЕЛ
ПОСОЛЬСТВА РОССИЙСКОЙ
ФЕДЕРАЦИИ В США
(Г. ВАШИНГТОН)

## ПРИГЛАШЕНИЕ

Настоящим **Региональная общественная организация «Антиглобалистское движение»** приглашает господина **Омали Йешытэла (Omali Yeshitela)**, род. ████████, гражданка США, пол: мужской, паспорт № ████████, выдан Госдепартаментом США 19.02.2015, действителен до 18.02.2025, принять участие в лекциях, которые будут проходить 27-30 мая 2015 года в городе Москве. Мы хотели бы видеть г-на Йешытэла в числе почётных выступающих на лекциях и просим выдать г-ну Йешытэлу однократную визу с 25 мая по 31 мая 2015. В числе почётных гостей лекций ожидаются российские и зарубежные общественные деятели, представители политических партий, дипломаты и послы иностранных государств.

Мы просим г-на Йешытэлу выступить на лекциях с речью, посвящённой текущей политической ситуации в мире в контексте тематики мероприятия.

Настоящим РОО «Антиглобалистское движение» подтверждает, что принимающая сторона несет на себе все расходы, связанные с проживанием, питанием и посещением культурных мероприятий г-ном Йешитэлом на срок с 26 мая 2015 по 31 мая 2015.

Подробная информация о РОО «Антиглобалистское движение» на сайте http://anti-global.ru.

С уважением,

Александр Викторович Ионов

Президент РОО «Антиглобалистское движение»

ionov@anti-global.ru
www.anti-global.ru

