# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



**To: Members of the General Assembly of the United Nations**
**Re: Petition to the United Nations on the Crime of Genocide Against African People in the United States of America**
**From:** International People's Democratic Uhuru Movement
**Date:** 4 September 2015

Attached is the Petition to the United Nations on the Crime of Genocide Against African People in the United States of America.

This petition uses the United Nations Convention on the Prevention and Punishment of the Crime of Genocide and other established UN conventions as the basis to present evidence and make demands to the world community on this charge.

The petition charges the U.S. government with genocide against African people historically during times of slavery and colonialism, and currently, citing such examples as daily police murders and violence against black communities, mass imprisonment of African people inside this country, and other conditions that affect almost every aspect of life for black people.

This long-overdue petition makes several demands including the call for reparations to African people, an International Tribunal to pass judgment on the evidence of genocide and the right to Black Community Control of Police, among other demands.

The petition is being circulated by the media in several countries and is currently posted on the website www.change.org where it is gaining enthusiastic support from more and more signers throughout the world.

We are happy to answer any questions at Petition@africanschargegenocide.org or by phone at 727-913-3619.

Thank you for your support.

Chimurenga Waller
President