# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  102E

Case No.: 8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA

vs.

 OMALI YESHITELA, ET AL.

Date Identified: _____

Date Admitted: _____

## Facebook Warrant Return (19)

### 549328541 (19)



| # | | Deleted | * |
|---|---|---|---|
| 1 | **Start Time:** 1/11/2016 12:34:14 PM(UTC+0)<br>**Last Activity:** 7/6/2016 3:37:54 PM(UTC+0)<br>**Number of attachments:** 12<br>**Source:** Facebook Warrant Return<br>**Account:** 549328541<br>**Source Extraction:** 1- 01072016-07112016\436605451512215.zip (Pennyuhuru)<br>**Body file:** chat-1.txt<br><br>Participants:<br><br>Facebook: 100001580289610<br><br>Facebook: 549328541<br>Penny Hess (owner)<br><br>**Identifier:** 10153215635708542 | | |

From: Facebook: 100001580289610

Uhuru Penny! Can Chairman talk to us via skype in the nearest time? We need to discuss the actions and events with a tent camp and our possible contribution to Black struggle. Thank you!

1/11/2016 12:34:14 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny, we need to talk with Chairman and discuss everything as soon as possible!

1/13/2016 1:17:04 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia!

1/14/2016 5:33:08 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

We have been in a big conference for several days and many things going on. Chairman does want to meet with you and let's set up the time. He is here now or tomorrow morning our time.

1/14/2016 5:34:06 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Tomorrow morning time for you should be okay. I have already messaged Chairman.

1/14/2016 9:16:08 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Hi Ana: Please Skype to me at pennyuhuru

1/15/2016 3:22:02 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Chairman will be there. Thanks

1/15/2016 3:22:12 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny, Alex is still not in office. He promised to come soon. if it's possible, please wait.

1/15/2016 3:46:01 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

When he comes, I will message you

1/15/2016 3:46:11 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you Anastacia

1/15/2016 3:46:58 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Chairman will be ready when you message me

1/15/2016 3:47:19 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Sorry for the inconveniences, Alex is very busy today

1/15/2016 3:47:21 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Greetings Ana:

1/16/2016 11:07:41 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Chairman Omali would like to meet Monday at 10 am our time to report on the status of the events. Would that be possible for Alex and you?

1/16/2016 11:08:17 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru! I will call Alex and ask him. I think there should be no problems.

1/17/2016 8:12:41 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny, tommorrow I will have no opportunity to talk because I have to leave the office earlier. Can we talk on Tuesday?

1/17/2016 12:39:27 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru! Ana, that should work. I will confirm later. Thanks. p

1/17/2016 12:59:25 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana

1/18/2016 1:36:04 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Tuesday morning will be good for the meeting. 10 am our time.

1/18/2016 1:36:14 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also I am attaching a letter describing the Uhuru Movement actions as well as the Plan of Action (which includes the budget) for these events. Please read the letter and budget and pass on to Alexander as well.

1/18/2016 1:37:14 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

You sent an attachment.

Attachments:

Title: 2016-InPDUM-Action-Letter-1-17-update.docx (10153508260868542)
Size: 159400
File name: linked_media/unified_message_10153508260868542.docx
Path: https://interncache-nao.fbsbx.com/v/f59.2708-
21/12480459_10153508260883542_1398767842_n.docx/2016-InPDUM-Action-Letter-
1-17-update.docx?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2V2VuX2NsaWVudC9ibnRpdH
kvbWVzc2FnZV9maWxlIn0%3D&_nc_ht=interncache-nao.fbsbx.com&oh=03_AVL4A-
nVHKMyZGSn_m-buZZK0x41V-gG3-c9ve7xtwW36w&oe=61BBEAE6&dl=1
linked_media/unified_message_10153508260868542.docx

1/18/2016 1:37:37 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

You sent an attachment.

Attachments:

Title: 2016-InPDUM-Action-budget.docx (10153508261773542)
Size: 49222
File name: linked_media/unified_message_10153508261773542.docx
Path: https://interncache-nao.fbsbx.com/v/f59.2708-
21/12532329_10153508261778542_177555171_n.docx/2016-InPDUM-Action-
budget.docx?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2V2VuX2NsaWVudC9ibnRpdH
kvbWVzc2FnZV9maWxlIn0%3D&_nc_ht=interncache-
nao.fbsbx.com&oh=03_AVJnSk4NVZjg0WGc9RAuUaYDaYDSI6jGEzuukCmks0thg&o
e=61BB6668&dl=1
linked_media/unified_message_10153508261773542.docx

1/18/2016 1:38:04 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you! These will be very exciting events.

1/18/2016 1:38:10 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Thank you Penny! Uhuru!

1/18/2016 8:22:18 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana, could you and Alex meet with the Chairman at 4 pm Moscow time? (8 am our time).

1/18/2016 2:33:47 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Chairman was called into a press conference at 10 am tomorrow morning but could meet with you earlier. Please let us know if that works. Thank you.

1/18/2016 2:34:43 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I guess it will be 5 pm, not 4 pm?

1/18/2016 2:55:51 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Hi Ana: I think you are 8 hours later so 8 am our time would be 4 pm you time, right? If that is possible we would like to do that.

1/18/2016 2:59:29 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

1600 your time

1/18/2016 3:00:01 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Okay, no problem. I thought that time difference is 9 hours.

1/18/2016 6:23:33 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thanks!

1/18/2016 10:08:33 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana: is Alex there? The Chairman has a press conference shortly. Thanks. p

1/19/2016 1:12:50 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Yes, we are ready to talk

1/19/2016 1:13:07 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Skype says you are "away" Do you want to call me? Thanks

1/19/2016 1:13:36 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Should we call you "penny uhuru"?

1/19/2016 1:14:10 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes, that is good. Thanks

1/19/2016 1:14:21 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana! Thanks so much to AGM for your support!

1/19/2016 7:39:03 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

The best way to transfer the money will be through Moneygram:

1/19/2016 7:40:23 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

https://secure.moneygram.com/

Attachments:



Title: MoneyGram Online
","timeouts":{"flow":{"timeoutInSeconds":1800,"warningThresholdInSeconds":300},"use
rSession":{"timeoutInSeconds":1800,"warningThresholdInSeconds":300,"keepAliveThr
esholdInSeconds":60}},"_errorsComment":["*****************************************
********************","default error handling is...
Size: 0
Path: https://secure.moneygram.com/
(Empty File)

1/19/2016 7:41:13 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

The resources should be sent in two installments of $6,000 each to:

1/19/2016 7:42:09 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Bank account: INPDUM

1/19/2016 7:42:18 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Grow Financial Credit Union (the bank name)

1/19/2016 7:44:32 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Bank's payment code: 2617

1/19/2016 7:44:49 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Bank routing number:  263182914

1/19/2016 7:46:00 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Bank account number:

1/19/2016 7:46:34 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Okay! I will forward this info to Alex!

1/19/2016 8:37:01 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana: any word on the money gram? Thanks.

1/20/2016 1:18:39 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! Suddenly we got a problem with money: Alex can send money only next week. I'm sorry for this. Is it important to organize the event next week?

1/20/2016 1:42:31 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anal It is important because this is when the representatives from the United Nations Working Group on People of African Descent will be here--the Uhuru Movement will be able to speak at these hearings in 4 cities and wants to organize the tent cities outside of where they will be speaking. So far many groups and hundreds of individuals are going to participate. Can you give us an estimate on the date? Thank you.

1/20/2016 2:12:11 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I understand. Is it possible for you to pay for everything by yourself, and next week we will send you money to compensate everything? Alex is even ready to write a guarantee letter that the sum will be compensated.

1/20/2016 2:14:19 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Sorry for this trouble, it's not our fault, we will do all our best to solve the problem as soon as possible!

1/20/2016 2:14:54 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, we will meet about this from here. I'll be in touch later. Could we get the letter of guarantee that would be good. Thank you. p

1/20/2016 2:42:03 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Of course! We will try to sort it out with money till Friday. If needed, we can talk in skype today or tomorrow, so Alex could explain everything.

1/20/2016 2:44:03 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Are you saying the money may possibly be available on Friday? The money gram makes the resources available to the bank account in a few hours. The letter would be helpful for the organization. Alex doesn't need to explain but just keep us posted. If it can be available Friday that would be good. Thanks

1/20/2016 2:46:03 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Alex says that maybe we will manage to do it ON Friday, but we cannot send all the sum on one day (as it is not allowed by the law), so we can send one part one day and other parts next day.

1/20/2016 2:49:39 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

But in the worst situation money can be available only next week.

1/20/2016 2:49:58 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

This is the biggest problem...

1/20/2016 2:50:09 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

So we will compose a guarantee letter and sen it to you.

1/20/2016 2:50:28 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you! We will look for your updates.

1/20/2016 2:59:25 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana: a couple of things:

1/21/2016 12:51:15 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

1. The Chairman said he would like to meet with Alex briefly at 9 am our time (5 pm your time). Can that happen?

1/21/2016 12:51:59 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

2. We will need the resources deposited into another account--not the one I told you. I can send you the correct account info tomorrow. Could you just confirm that you will not deposit into the InPDUM account. I will get you the correct info as soon as I get into the office. Thanks

1/21/2016 12:53:43 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also, just to let you know. The  from InPDUm are doing an amazing job organizing for this encampment tour! They have so many groups and individual involved--especially in Jackson, Chicago and Washington Dc. In Jackson InPDUm will be able to have the tent in the parking lot of the center where the UN forces will be speaking. InPDUm will be able to present to the hearings in all three cities and many groups involved. New York is still being pulled together but it will be great too because we have great contacts there. This is going to be VERY exciting and a real breakthrough. In DC InPDUM has been asked to co-sponsor the event with the black church that is hosting the UN delegates. Everything going great and we can update you more in the morning. This is so important to be able to have the resources to do such an event!! Uhuru!

1/21/2016 12:59:39 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Thank you Penny! I think we can talk todat at 5 pm our time.

1/21/2016 9:28:38 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Great!

1/21/2016 10:31:50 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Are we on for 9 am?

1/21/2016 1:45:47 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Can we talk right now?

1/21/2016 1:46:56 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes

1/21/2016 1:47:08 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Chairman is here

1/21/2016 1:49:46 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Greetings Ana! Great to see you both and thanks for the meeting.

1/21/2016 2:23:54 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

I will send you information on the correct account to deposit the money into as soon as the person who has the info gets here in the office this morning. Thanks.

1/21/2016 2:24:44 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! Sending you the guarantee letter. Hope we will sort this problem out as soon as possible!

1/21/2016 4:07:43 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

sent a photo.

Attachments:



Title: image-1002186819843985 (1002186819843985)
Size: 71410
File name: linked_media/unified_message_1002186819843985.jpg
Path: https://interncache-nao.fbcdn.net/v/t35.18174-
12/p843x403/12562505_1002186819843985_216985242_o.jpg?ccb=1-
5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX3NhdWVudC9pbW9nZ
W46RFUTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
nao&oh=00_AT88NBdaHhTLWvT5hFFbF0Ar_kc5o7esEXx2cuzZJYYvkQ&oe=61BC0
564
linked_media/unified_message_1002186819843985.jpg

1/21/2016 4:07:51 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

http://stop-imperialism.com/2016/01/21/9959/

Attachments:



Title: The courts of the United States are against Russian citizens: Konstantin Yaroshenko
is dying in...
The United States legal system has already issued 22 warrants for the arrest of some
Russian citizens. In fact, the detention can occur both in the U.S. and other countries. We
all know about a trumped-up case of Viktor Bout, Roman Seleznev, Konstantin Yaroshenko
and others. This practice is unaccep...
Size: 0
Path: http://stop-imperialism.com/2016/01/21/9959/
(Empty File)

1/21/2016 4:08:26 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Also, I kindly ask you to read and share this article. If it's possible, please share it on your
website. Thank you!

1/21/2016 4:09:06 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana! Yes, read the article and sent to Uhuru News to post. Yes, the US is really
attacking Russia and slandering President Putin (as usual) -- today the lying US media is
blaming Putin for the death of Litvenenko.

1/21/2016 5:15:46 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana: Here is the information for the bank transfer--Please use this one:

1/21/2016 5:17:18 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Deposit (transfer) funds to: JP Morgan Chase Bank

1/21/2016 5:17:54 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Name of account: Uhuru

1/21/2016 5:18:01 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Account #: ▮▮▮▮▮▮▮

1/21/2016 5:18:43 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Swift code: CHASEUS33

1/21/2016 5:18:56 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you!

1/21/2016 5:19:22 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Let me know if you need any other info. p

1/21/2016 5:19:41 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Hope this information will be enough. Uhuru!

1/21/2016 6:17:43 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny, we are going to transfer money as soon as possible. We kindly ask you to organize a great event and to give us links or send a report about the action. We need everything in details: where the action took place, how many people attended, how many contacts and signatures you got, what is the reaction of the society and the government, etc. We also need photos and probably videos from the action.

1/23/2016 11:45:07 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Please send us the contacts of a person, who can be responsible for the media requets, as we would like to share information about the action with Russian and foreign media. Thank you!

1/23/2016 11:46:20 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

I will get this for you.

1/23/2016 12:09:05 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! I've watched some videos and photos from the tour. Did you place a tent encampement near the UN or administrative governmental buildings?

1/25/2016 10:38:28 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

The UN panel of experts on people of African descent are holding hearings with testimony from groups and individuals in African communities in several cities
They are not held at the UN
Yesterday in Chicago it was at a college in the African community
Inpdum had the tents on the campus in a very visible spot and got a great response
They gave testimony last night about the genocide petition. There were 500 people there and they got a great response

1/25/2016 10:44:44 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

okay, I will tell about this to Alex.

1/25/2016 10:45:19 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

The head of the UN working group is the daughter of Franz Fanon and she was present last night

1/25/2016 10:45:38 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Oh great!

1/25/2016 10:45:54 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I will explain why we are asking this: Alex expected that there will be at least 50-100 at every encampement, a big rally or march with banners and petition copies. Also, he askes you to make a big action in NY new the UN building and send us the photos/videos on which we could see a lot of activists and UN building. Thank you!

1/25/2016 10:56:51 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastacia
I had sent you a letter and plan of action clearly laying out the plan to have tents and testify in four cities. We didn't say we would be at the UN we said we would be at the UN hearings.

1/25/2016 11:06:03 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Okay, no problem

1/25/2016 11:09:51 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

We just ask you to involve as more people as possible, so we could report to media and show how many people are opposing US colonial government and ask for recognition of the petition.

1/25/2016 2:57:52 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia! Yes and we will have pictures of the action last night where 500 people were there. We have posted the video of Herdosia speaking last night. We will be in New York tomorrow morning. Also, can you and Alexander go to the Africans Charge Genocide FB page and "like" it to see what we are posting?
https://www.facebook.com/africanschargegenocide/?fref=ts

Attachments:



Title: Africans Charge Genocide
Size: 0
Path: https://www.facebook.com/africanschargegenocide/
(Empty File)

1/25/2016 10:18:09 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru! No problem, Penny!

1/26/2016 8:57:07 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia!

1/28/2016 1:25:59 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

All is going very well on the Africans Charge Genocide Tour!

1/28/2016 1:26:21 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I see! We will transfer money soon.

1/28/2016 1:26:36 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Can you tell us when that might be?

1/28/2016 1:26:49 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I think today or tomorrow

1/28/2016 1:27:05 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you, comrade

1/28/2016 1:27:13 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Thank you too! Uhuru!

1/28/2016 1:27:26 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia! What is the status of the money transfer?

1/29/2016 9:24:46 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Party sums up that the action was really successful and critical for raising the Uhuru Movement up as a leading force in the African Liberation Movement. The comrades of InPDUM did an amazing job --spoke at huge UN hearings, got coverage by sleeping out in the tents as a protest, were interviewed by many media, interacted with many other organizations and got more than a thousand signatures on the genocide petition. They traveled around the country to make the case for the genocide charge against the U.S. government. We feel it was incredibly successful and really appreciate the support.

1/29/2016 9:28:13 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Party had to borrow the resources and has to pay them back! We are urging that the resources would be deposited as quickly as possible. Thank you!

1/29/2016 9:29:07 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

We feel that the action was a great idea and is enabling the Party to be recognized as a leading force of the African Liberation Movement

1/29/2016 9:35:05 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny, please check because the money should be transferred

1/29/2016 9:52:36 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia
Thank you
It does not yet show up in the Chase bank account
We will check again tomorrow
Thanks again
Uhuru

1/29/2016 10:25:35 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Please inform us! I will ask Alex tomorrow, maybe it takes time for money to come.

1/29/2016 10:29:35 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru! Penny, I think money should be transferred soon. Can you send us a detailed report with all names, who was among UN representatives, what media interviewed you. Also please attach photos and videos. It's very important for us! Thank you!

1/30/2016 10:11:50 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny, we need the address of the recipient , the address of the bank recipient.

1/30/2016 10:20:16 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

To complete the proccess of money transition.

1/30/2016 10:20:49 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia
I can get a report with videos etc  Monday
I will get the bank info today as soon as possible today

1/30/2016 11:45:29 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia

1/30/2016 4:45:32 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Bank Account name (make check to): Uhuru

1/30/2016 4:45:50 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Name of bank: JP Morgan Chase Bank, NA

1/30/2016 4:47:07 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Address of recipient (account name: Uhuru) ▮▮▮▮▮▮▮▮▮ St. Petersburg, Fl 33705

1/30/2016 4:48:03 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Address of bank: ▮▮▮▮▮▮▮▮▮ St. Petersburg, FL 33701

1/30/2016 4:48:31 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Bank account number: ▮▮▮▮▮▮

1/30/2016 4:48:57 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

SWIFT Code Number (for international wire): CHASEUS33

1/30/2016 4:49:44 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia

1/30/2016 6:48:30 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Chairman Omali would like to meet with Alexander and you at 8:30 am (US eastern) on Tuesday, 2 Feb. That would be 3:30 pm your time, I believe Would that work for you?

1/30/2016 6:50:38 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! Money should be transffered soon. We just have problems while transfer process, it is more difficult than we have expected.

1/30/2016 6:51:08 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, let us know what else we can do from here. Perhaps we can help. The Chairman would still like to meet, if possible.

1/30/2016 6:52:18 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Okay, I will let you know ASAP

1/30/2016 6:55:37 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ok and i will get you media, photos etc on Monday. I do want to help with making the transfer if you need me to. This is to Chase Bank, a major US bank to it should be relatively simple.

1/30/2016 7:01:20 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny, we have problems with swift code

1/30/2016 7:04:54 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

So your bank is saying it doesn't recognize that?

1/30/2016 7:06:13 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

yes

1/30/2016 7:06:19 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

exactly

1/30/2016 7:06:22 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

We will go to JP Morgan Chase Bank on Monday morning to discuss with them.

1/30/2016 7:07:10 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

What is the name of the bank you are sending from?

1/30/2016 7:07:19 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

we will go to the local bank to ask how we can transfer money in a different way

1/30/2016 7:08:03 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Go to an international bank that has the ability to wire funds anywhere in the world.

1/30/2016 7:10:14 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

will do

1/30/2016 7:10:36 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

If you give us the name of the bank you are sending from we can have our bank investigate this from here.

1/30/2016 7:12:09 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Alfa bank

1/30/2016 7:14:20 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia: I sent you links to media coverage of the Uhuru Movement Encampment Tour to the AGM email address. Please check that and make sure that Alex gets it. Thank you!

2/1/2016 1:50:14 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru! What about swift code? We cannot transfer money, as the swift code is not recognized by the system.

2/1/2016 3:08:43 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Also, Alex asked about the following kind of report:
1) in what cities and places the actions took place;
2) how many people were presented;
3) who represented the UN group;
4) about media: I guess it is everything that was sent to email;
5) how many signatures were gathered;
6) what other organizations participated in the actions;
7) how many volunteers and activists were involved in the signature collection;
8) how many new supporters joined you

2/1/2016 4:45:33 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

+ photos, videos, where you spread your leaflets, what banners, slogans you had, how the campaign was announced in social media.

2/1/2016 4:46:53 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru! This is Chairman Omali Yeshitela. I understand what Alex is asking for, but I don't know what relationship that has with the promise you made to us about getting the money to us right away, within two days of our expenditures! The fact is that the amount of money we spent was very high for our Party and we would not have borrowed the money if you had not GUARANTEED immediate replacement. You and Alex even talked about sending us a letter guaranteeing immediate repayment. Now, you seem to be placing conditions on sending the money. We sent you a full plan of action that included what we were going to do and where it would be done. You were fully aware of our plans and it is unacceptable for you to be now questioning our action. We will send the information you are requesting, but you must also expeditiously send the money you promised. I can speak further to this in our meeting tomorrow. However, it must be understood that we entered this relationship with the Anti Globalization Movement of Russia as ALLIES, not employees!

2/1/2016 5:52:46 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru! This is Chairman Omali Yeshitela again. One of the reason you we sent the plan of action to you detailing our movement is your promise to provide international media. Please send the report on what media you provided for our action. This would be helpful to us.

2/1/2016 5:55:49 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny, I have explained that the swift code is not recognised by the bank system, that's why we cannot send the money. Is there any other swift code or banking account which works?

2/1/2016 6:07:21 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia. This is Penny. We will go to the bank to find out and may need to discuss this with you other options.

2/1/2016 6:17:59 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Alex tried to transfer money 3 imes, but the swift code doesn't work.

2/1/2016 6:18:06 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Alex is trying again

2/1/2016 6:18:18 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

I am sending all the videos in a link to your email.

2/1/2016 6:18:18 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

yes, we've got an email

2/1/2016 6:18:34 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, I just found out that the swift code we gave you was incorrect.

2/1/2016 6:19:57 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

This is what she is telling me:

2/1/2016 6:20:28 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Swift code: CHASUS33

2/1/2016 6:20:42 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

This is different from what I gave you previously.

2/1/2016 6:20:57 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

okay we will try with it.

2/1/2016 6:20:58 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

If you have any other problems please let me know.

2/1/2016 6:21:56 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

I am sending videos and a brief report later today.

2/1/2016 6:22:13 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Alex says that this is wrong as well!

2/1/2016 6:27:20 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, we will have to speak about it on the phone together.

2/1/2016 6:29:03 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

There should be letters at the end

2/1/2016 6:29:03 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

CHASUS33BDD - this is the example

2/1/2016 6:29:42 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

the bank says it should look like this

2/1/2016 6:29:55 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

We will call the bank and ask now.

2/1/2016 6:30:42 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

We are talking to the bank now.

2/1/2016 6:38:18 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

good

2/1/2016 6:38:32 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia! The Chase Bank says they have never heard of the "BDD" on the end of the Swift Code. Could you try if with say $5 and see if it works?

2/1/2016 8:37:00 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Here is all the info again:

2/1/2016 8:37:15 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Full name on Bank Acct: Uhuru Reparations Organization

2/1/2016 8:37:27 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

(short version is "Uhuru"

2/1/2016 8:37:47 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Address: ▮▮▮▮▮▮▮▮▮, St. Petersburg, Fl 33705

2/1/2016 8:38:08 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Bank Name: JP Morgan Chase, ▮▮▮▮▮▮▮▮, St. Petersburg, FL 33701

2/1/2016 8:38:35 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Acct: ▮▮▮▮▮▮

2/1/2016 8:38:56 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Swift Code: CHASUS33

2/1/2016 8:39:09 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana: I just sent you the link to all the videos and photos from each city of the tour.

2/1/2016 8:48:59 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

I sent it to the info@ email address.

2/1/2016 8:49:11 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

We got the lonks by email. Thank you! We will try to transfer money again.

2/1/2016 8:54:21 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you. We will be speaking tomorrow on Skype meeting, right? 3:30 pm Moscow time.

2/1/2016 9:30:09 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

With Chairman Omali

2/1/2016 9:30:26 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

And Alexander

2/1/2016 9:30:30 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Yes. We are now in a process of money transfer, there are some problems, I don't know exactly why. Also, the sum will come partly because there are restrictions on sum which can be transffered at one time. Other parts will come later.

2/2/2016 10:09:37 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia: Will we still meet today on Skype? It would be very helpful. Thank you

2/2/2016 12:28:28 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Yes, but can we talk in an hour?

2/2/2016 12:32:09 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Have you seen money transferred?

2/2/2016 12:32:39 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you --about 3;30 for you, right?

2/2/2016 1:17:16 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

I will ask about this. Thank you.

2/2/2016 1:17:29 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

4:30

2/2/2016 1:17:55 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

We don't have anything deposit in the bank account yet.

2/2/2016 1:21:19 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

34

From: Facebook: 549328541 Penny Hess

OK, that is 9:30 for us. Thanks

2/2/2016 1:21:29 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

An hour from now

2/2/2016 1:21:49 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

You sent an attachment.

Attachments:

Title: 2016-InPDUM-Action-sum-up-2-2.docx (10153537455468542)
Size: 150442
File name: linked_media/unified_message_10153537455468542.docx
Path: https://interncache-nao.fbsbx.com/v/t59.2708-
21/12446954_10153537455473542_399608841_n.docx/2016-InPDUM-Action-sum-
up-2-2.docx?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRpdH
kvbWVzc2FnZV9maWxlIn0%3D&_nc_ht=interncache-
nao.fbsbx.com&oh=03_AVKuIhZ-YHcOeqBDrHsQ9IZ_HKol6fQx6-
EgonoJpvDSvw&oe=61BBE967&dl=1
linked_media/unified_message_10153537455468542.docx

2/2/2016 1:55:50 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Thank you!

2/2/2016 1:56:05 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

You sent a photo.

Attachments:



Title: image-10153537475673542 (10153537475673542)
Size: 85674
File name: linked_media/unified_message_10153537475673542.jpg
Path: https://interncache-nao.fbcdn.net/v/t35.18174-
12/p600x600/12633177_10153537475673542_1375226416_o.jpg?ccb=1-
5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZ
W46RFUtWVVkaWFvd0dlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
nao&oh=00_AT_W5YLPBroJD5xt9gUL6nKYvQWZ8OBIw5Fcxv1kbt42yw&oe=61BBD
657
linked_media/unified_message_10153537475673542.jpg

2/2/2016 2:15:57 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Here is the report you asked for and screen shot from the FB page

2/2/2016 2:16:00 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Thank you! Will we talk now?

2/2/2016 2:20:35 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes, let me get Chairman

2/2/2016 2:20:54 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I will call Alex.

2/2/2016 2:21:13 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Today I'm at home, so we will talk without video.

2/2/2016 2:21:32 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Will you call us? Your Skype says "away"

2/2/2016 2:25:23 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I think Alex and me will call from our personal accounts.

2/2/2016 2:25:47 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Do we need to "accept" you then? Right?

2/2/2016 2:26:06 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny can you add me? krabonello

2/2/2016 2:28:27 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Also, can we talk right now without Alex?

2/2/2016 2:28:48 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I will explain you everything what kind of problem we have.

2/2/2016 2:29:33 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Reparations Organization

2/2/2016 2:38:59 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

2/2/2016 2:39:42 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

St. Petersburg, Fl 33705

2/2/2016 2:39:48 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

https://secure.moneygram.com

Attachments:

Title: MoneyGram Online
","fingerprintOrganizationIds":{"decisionManagerOrgId":"k8vif92e","bankAccountOrgId"
:"ygb3eouy"},"fingerprintMerchantIds":{"moneyTransfer":"emgprod","billPay":"mgobpot
herprod"}}; var labels = [{"key":"howitWorksPayBills.title","value":"How to pay
bills"},{"key":"sendMoney.receiveOptions.HND.HNL.BANK…
Size: 0
Path: https://secure.moneygram.com/
(Empty File)

2/2/2016 2:44:14 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Bank Account: Uhuru Reparations Organization

2/2/2016 2:45:25 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Our Address:

2/2/2016 2:45:39 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

St. Petersburg, FL 33705

2/2/2016 2:45:48 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Bank name: JP Morgan Chase Bank, NA

2/2/2016 2:46:01 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

2/2/2016 2:46:11 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

St. Petersburg, Fl 33701

2/2/2016 2:46:18 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Bank routing number: 267084131

2/2/2016 2:46:48 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Bank account number: ▮▮▮▮▮▮▮

2/2/2016 2:47:09 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

For money gram you can use funds or credit card and deposit directly into our bank

2/2/2016 2:47:47 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

If you have any questions on this please let me know. Thank you

2/2/2016 2:47:57 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Is all this information for money gram?

2/2/2016 2:49:18 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

You don't need the SWIFT code for money gram but you need the routing number above

2/2/2016 2:49:36 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

This is all the info I know about. You can go on the website and see if there is anything else I will provide it. Thanks

2/2/2016 2:49:57 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

okay, we will do something with it.

2/2/2016 2:50:48 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Let me know. Thanks p

2/2/2016 2:52:01 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny please check the first transition.

2/2/2016 8:44:14 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

We will do that. Thank you.

2/2/2016 9:06:07 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

uhuru Anastasia--It doesn't show anything in the Chase account. Thanks

2/2/2016 9:49:33 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Strange. The system says that money has been transferred. Please check again in some hours.

2/2/2016 10:09:07 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ok, Thanks.

2/2/2016 10:56:55 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny, the bank finally refused to transfer money. We don't know what's going on. We will try with Money gram.

2/3/2016 1:12:48 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you for keeping us informed.

2/3/2016 1:28:28 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! Did you receive the first transmission?

2/4/2016 10:30:23 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Also could you tell us, are there any photos of the AGM flag from the tour? And what is the reaction of the U.S. society and U.S. government on the tour an its results? It would be great if you could send us the scan of the hardcopy of the petition that was used for collection of signatures. Thank you!

2/4/2016 10:34:22 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia: We did receive an installment of $3476.20. Thank you. I will get back to you a little later to answer the other questions.

2/4/2016 1:06:31 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia. I will get you what you asked for today. Can you let us know when the rest of the resources will be deposited? Thank you.

2/5/2016 2:22:30 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Greetings Anastasia:

2/5/2016 4:37:58 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

You sent an attachment.

Attachments:

Title: 2016-InPDUM-Report-AGM-2-5.docx (10153543185988542)
Size: 155755
File name: linked_media/unified_message_10153543185988542.docx
Path: https://interncache-nao.fbsbx.com/v/t59.2708-
21/12531841_10153543185993542_1820719525_n.docx/2016-InPDUM-Report-AGM-
2-5.docx?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRpcdH
kvbWV2c2FnZV9maWxlIn0%3D&_nc_ht=interncache-
nao.fbsbx.com&oh=03_AVKcoC4aEpynIWhxtFk4UNqV2ctzPb5nvEKGlTd8dgLBZg&o
e=61BBE581&dl=1
linked_media/unified_message_10153543185988542.docx

2/5/2016 4:38:43 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Here is a report on what you requested. Please see attached.

2/5/2016 4:38:46 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

You sent an attachment.

Attachments:

Title: ACG-Petition-Print-Page1-2.pdf (10153543187858542)
Size: 52281
File name: linked_media/unified_message_10153543187858542.pdf
Path: https://interncache-nao.fbsbx.com/v/t59.2708-
21/12447398_10153543187863542_1255704497_n.pdf/ACG-Petition-Print-Page1-
2.pdf?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRpbnRpbnRpbnRpbnRpbnRp
kvbWVzc2FnZV9maWxiIn0%3D&_nc_ht=interncache-nao.fbsbx.com&oh=03_AVlBwl-
5jJV3VaxnVebhf_B4f29wcXjMfHjiWPLVAFS81dg&oe=61BBF6B4&dl=1
linked_media/unified_message_10153543187858542.pdf

2/5/2016 4:40:17 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

You sent an attachment.

Attachments:

Title: ACG-Petition-Print-Page2.pdf (10153543187993542)
Size: 36579
File name: linked_media/unified_message_10153543187993542.pdf
Path: https://interncache-nao.fbsbx.com/v/t59.2708-
21/12384619_10153543187998542_1172551195_n.pdf/ACG-Petition-Print-
Page2.pdf?ccb=1-
5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRpbnRpbnRpbnRp
kvbWVzc2FnZV9maWxiIn0%3D&_nc_ht=interncache-
nao.fbsbx.com&oh=03_AVJPU0l7Yl8gvFh7YLoQ6Ob8aF4pJ_A7DT6ci2ZYPlzENw&o
e=61BB6659&dl=1
linked_media/unified_message_10153543187993542.pdf

2/5/2016 4:40:25 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also here are the hard copy of the petitions that were signed on the streets.

2/5/2016 4:40:36 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I will inform you on next transmissin ASAP!

2/6/2016 10:19:38 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you Ana.

2/6/2016 6:10:09 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! Can we talk to the Chairman today (6-7 pm our time)?

2/8/2016 10:07:24 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana. I will find out if this will work for the Chairman. Thanks

2/8/2016 12:45:13 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana--Chairman Omali will be able to meet. Is it possible to be a little more specific--say 6:30 your time rather than an hour window? Thank you. p

2/8/2016 1:19:23 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Okay, no problem!

2/8/2016 1:20:25 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you, Ana. Please call directly to the Skype for the Chairman: Omali Yeshitela Yeshitela

2/8/2016 2:09:25 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny can we talk at 7:30 pm (our time)?

2/8/2016 2:13:38 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

This will not be long...

2/8/2016 2:13:45 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Let me check

2/8/2016 2:14:11 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ok the Chairman can meet then. Can you say what the meeting is about? Thanks

2/8/2016 2:16:28 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

We will discuss the planned actions and the financial issue. I will call you from my personal account and then add Alex to conversation.

2/8/2016 2:20:45 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK--but call the Chairman's Skype --I will not be there. (Omali Yeshitela Yeshitela). Thanks Anastasia!

2/8/2016 2:24:02 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Okay, no problem!

2/8/2016 2:25:31 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru, Chairman is here.

2/8/2016 4:38:39 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny, I've sent a request to Chairman, but he hasn't accepted it yet.

2/8/2016 4:40:00 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, go ahead and call me--I am here after all.

2/8/2016 4:40:28 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Chairman doesn't see it.

2/8/2016 4:40:41 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Call pennyuhuru

2/8/2016 4:40:54 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thanks

2/8/2016 4:40:56 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Just a couple of minutes, sorry

2/8/2016 4:44:04 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny can we talk in 10 minutes? Alex is very busy now.

2/8/2016 4:49:45 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Chairman is actually in the middle of a meeting that he stopped to have the call.

2/8/2016 4:56:11 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Can we do the meeting tomorrow

2/8/2016 4:56:24 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Okay, let's talk tomorrow

2/8/2016 4:57:19 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

What time?

2/8/2016 4:57:30 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

What time is more comfortable for you?

2/8/2016 4:57:47 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

We can do it at 10 am our time

2/8/2016 4:58:10 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

6 pm for you

2/8/2016 4:58:16 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

okay, let's try this time

2/8/2016 4:58:30 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Can we confirm it for that exact time?

2/8/2016 4:59:12 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Alex says better 7 pm

2/8/2016 5:00:04 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

That works for us. 11 am for us. Thank you. We are also anxiously awaiting the resources. We owe people and said we would have returned by 29 Jan.

2/8/2016 5:01:01 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Okay, I understand. Ales says it should be sorted out tomorrow.

2/8/2016 5:01:49 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, Thanks and talk at 11 am

2/8/2016 5:02:20 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Hello Penny! Do you have any comrades in Chicago?

2/9/2016 1:33:27 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia! You could discuss that with the Chairman in the meeting today. Thanks

2/9/2016 2:36:52 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Okay, thank you!

2/9/2016 2:38:00 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana! Are you and Alex ready to come on the call?

2/9/2016 3:59:01 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Sorry for inconveniences Penny! Alex is at the meeting now, can we talk in half an hour?

2/9/2016 4:06:07 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

We are not sure. I will be out of the office in a half hour. You can try Chairman's Skype: Omali Yeshitela Yeshitela.

2/9/2016 4:07:01 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Please send the resources that have been promised.

2/9/2016 4:07:20 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

The Chairman is very busy also. The urgency is that we need to know when the rest of the money will be paid to us. We need to pay people back. For us this is urgent.

2/9/2016 4:08:21 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I will get these questions to Alex ASAP!

2/9/2016 4:08:49 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Whether you are able to reach us in a half hour or not we still need to get the resources as promised in the guarantee letter. Thank you

2/9/2016 4:09:10 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I understand Penny. We are sorting out this problem now.

2/9/2016 4:13:29 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny, are you available now in skype?

2/9/2016 4:17:12 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana: any word on the transfer of funds?

2/10/2016 1:15:06 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! Ales has already sent 3,500$. Please check.

2/11/2016 11:01:59 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Will check at the office today

2/11/2016 12:19:24 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Anastasia: The money is not there at this time.

2/11/2016 3:02:49 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana

2/12/2016 5:36:25 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Excellent videos that you posted this morning!

2/12/2016 5:37:38 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

We still have no more resources in the account from you . Still need to get the next transfers of funds. Can you give me an estimate on this. You had said last Monday. Thanks!

2/12/2016 5:41:46 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia!

2/14/2016 4:28:22 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

We are still requesting the resources guaranteed by the Anti-globalization Movement. You had promised last Monday there would be a transfer of $3500 but we never received that. And we were told you were working for a third installment by last Friday.

2/14/2016 4:30:16 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

This is creating a serious crisis for the African People's Socialist Party. We took on the encampment action based on the commitment from your end. Please deposit the resources asap. Thank you.

2/14/2016 4:32:54 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! I know exactly that Alex has sent everything, it's strange that money has not come yet...

2/15/2016 9:47:28 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia: We have not received any more than the first time --when we received $3474. You need to check your bank because those resources did not come to the Chase bank account that you deposited in the first time.

2/15/2016 10:35:47 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

This is very difficult for the Party, comrade and it imposes a serious hardship. We need to have another meeting with you to find out what the problem is. All I know is that we were told we would receive $12000 and we have received. $3474. Can we meet with you on Skype tomorrow? Thank you.

2/15/2016 10:38:26 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

The bank says that money can come in 2 weeks, it's not our fault or trouble. What we can do else? We have sent money, we will check it again, but we cannot guarantee that you get this money immediately.

2/16/2016 10:08:08 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Greetings Anastasia: The bank said that another deposit for $3,475 is pending and should be available in the next few days. Thank you.

2/16/2016 3:35:04 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! Alex has sent the third part of the deposit. Please check. The last part will be send later, as the bank doesn't allow us to send more money at the moment, they require additional documents. Hope this will be sorted out soon.

2/19/2016 10:59:46 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

How are you& How's the Chairman?

2/19/2016 10:59:55 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia! The Chairman is doing very well and the Party is growing so rapidly! All is well. Thank you for the deposit. I will check it for it. Alexander and you seem to be doing well and very busy judging by Facebook!

2/19/2016 2:27:58 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

We are going to have more work in future, Hope you are also doing great job, and we are waiting for Chairman in May at the conference!

2/19/2016 2:29:28 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana, do you have the exact dates for that?

2/19/2016 2:30:10 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Want to put it on the calendar

2/19/2016 2:30:28 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

not yet unfortunately. But we think it will be the second half of May

2/19/2016 2:30:42 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I understand

2/19/2016 2:30:47 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I think we will dicsuss it with Alex next week.

2/19/2016 2:31:00 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK, just to let you know that the Party has an annual event (African Liberation Day) every year in May. This year is already set for May 21 and 22. So hope the Moscow event won't be on the same weekend.

2/19/2016 2:32:53 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Okay, I will take it into consideration.

2/19/2016 2:33:48 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you!

2/19/2016 2:36:16 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! Can we talk to Chairman after Wednesday?

2/21/2016 3:09:43 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana, the Chairman said yes he could talk after Weds. I will speak to his assistant to put on his schedule.

2/21/2016 7:21:53 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Greetings Ana:

2/22/2016 1:10:13 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Chairman Omali could meet Thursday at 9:30 am our time. Would that work for you and Alex? Can you give us an idea of the agenda for this meeting?

2/22/2016 1:10:59 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I will Alex about it and then message you.

2/22/2016 2:23:43 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Greetings Anastasia! Just an update to let you know that as of yet we have not received any subsequent transfers of resources. We received two transfers totaling nearly $7000. We understood from your messages that two more installments should have been here for the $5000 remaining. Can you give me an update on this? Thank you!

2/23/2016 4:35:43 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

We have restrictions from the bank. Alex said that in the nearest time these restrictions should be lifted. I hope the sum remained will be sent soon.

2/23/2016 4:37:30 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ok, thank you. Can you give an estimated time?

2/23/2016 4:38:06 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I will ask Alex tomorrow on the approximate date.

2/23/2016 4:38:54 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you!

2/23/2016 4:39:03 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! Alex has already sent money, but it may take more time for it to come.

2/24/2016 2:29:36 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia: Are you planning to meeting with the Chairman tomorrow at 9:30 am our time? Or should we set another time. Thanks

2/24/2016 9:50:26 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru! Alex will not be able to talk at this time, but he asked me to talk. We will discuss our future joint actions and events.

2/25/2016 12:03:17 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Ana--are you talking about this morning at 9:30 am??

2/25/2016 2:06:18 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

yes

2/25/2016 2:06:49 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

OK

2/25/2016 2:08:18 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Ana, the Chairman is in a meeting now. Would need to be about 15 mins late.

2/25/2016 2:15:02 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

okay, no problem

2/25/2016 2:15:33 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia, we have still not received the resources promised. Do you have an update on this? Thank you.

3/1/2016 2:31:36 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru!  I have no update either. I will ask Akex about it.

3/1/2016 4:53:22 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia
Have you heard anything about the rest of the resources?

3/6/2016 4:02:51 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I've heard that they were blocked. I don't know exactly when this problem is sorted out.

3/6/2016 4:11:13 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia! Chairman Omali would like Alexander to give a solidarity statement for the upcoming Black is Back Conference on April 9, 2016. The statement could say that the AGM is in unity with the Black is Back Coalition for Social Justice, Peace and Reparations. Also say that the AGM of Russia supports the petition to charge the U.S. government of genocide of African people.

3/8/2016 2:42:29 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

The statement could be live if possible and about 10 to 15 minutes long.

3/8/2016 2:43:12 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Also Chairman Omali would like to know if there is more information about the May conference.

3/8/2016 2:43:36 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Okay, we will do it!!

3/8/2016 2:44:21 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Finally we would like to know how we can find out about the problems with the transfer of the resources. Should we meet about this again? Our bank has not said anything to us about this. How should we move around this? It is still a difficult problem for the Party.

3/8/2016 2:44:50 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I understand Penny. We also have difficulties. Alex is working at this problem now.

3/8/2016 2:53:43 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you. Please keep us informed.

3/8/2016 3:10:44 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Greetings Anastasia:

3/9/2016 10:41:18 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

For the video or Skype statement at the Black is Back Coalition meeting on April 9 Chairman
Omali would like you to reference the International Conference on Self-Determination that
the Chairman attended along with other forces from Ireland, Spain etc.

3/9/2016 10:44:36 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you

3/9/2016 10:44:38 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Okay

3/10/2016 8:11:30 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! We got information that the U.S. side blocked the last transfer of the
resources. This is bad news for us. We are waiting for more updates from the bank.

3/10/2016 1:04:26 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you Anastasia. We will call the bank to see if we can find out anything. Also we could try it to another account in a different bank.

3/10/2016 1:27:51 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Greetings Anastasia: We spoke with our bank: Chase Bank. They said:

3/10/2016 7:26:14 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

The problem could be the intermediate bank:   NY Mellon Bank

Chase Bank said that when you initiated the wire transfer and it was blocked, there would have been some type of error message.  What did the message say?  Was there an error code they received or error message?

If you can give that to us we will give it to Chase Bank and they said that will help them track down where the problem is. Can you get us that error message? Thank you

3/10/2016 7:28:22 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

They say that they just don't want to transfer money. That's all.

3/10/2016 7:31:04 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

I will ask Alex tomorrow more about the details.

3/10/2016 7:31:20 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Greetings Anastasia! Jevon will give you the information on how to send the video for the Black Is Back Coalition conference. The Chairman is requesting the video for April 9 (Saturday), 2016, saying that

3/16/2016 6:28:27 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

the Anti-Globalization Movement is in unity with the Black is Back Coalition for Social Justice, Peace and Reparations. Also that the AGM of Russia supports the petition to charge the U.S. government of genocide of African people.

3/16/2016 6:30:00 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

This should be a video and again Jevon will send more details. It can be about 15 mins

3/16/2016 6:36:05 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you!

3/16/2016 6:36:09 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! Will do))

3/18/2016 9:38:49 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia: Do you have any more details on the transfer of the $5000. This is a very serious issue for the Party.

3/21/2016 2:13:20 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru! I'm sorry Penny but I have no information on it.

3/21/2016 2:19:04 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you, Anastasia. Let us know if there is anything we can do from here.

3/22/2016 3:46:16 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Penny, can you open account in another bank&

3/22/2016 3:47:06 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

?

3/22/2016 3:47:10 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes, we could do that. Can you say more? It seems like it should be an international bank, right?

3/22/2016 3:47:52 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Yes, I think so

3/22/2016 3:48:15 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

There is no chance that we can transfer money to the bank you use now

3/22/2016 3:48:36 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Let me see what I can do.

3/22/2016 3:49:11 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Greetings Anastasia: We do have another account we can use. Would you be able to try that one?

4/6/2016 5:14:26 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

yes, we can try it.

4/8/2016 6:34:59 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! Can you send us details on the account? We will try to find out what we can do with the new one.

4/8/2016 9:05:22 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Yes I will send Monday
Thanks

4/10/2016 11:55:03 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia! Here is the information for the other account:

4/11/2016 7:47:57 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Account name: Uhuru Tours

4/11/2016 7:48:10 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Bank name: TD Bank

4/11/2016 7:48:19 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

---

From: Facebook: 549328541 Penny Hess

Bank Address: ▮▮▮▮▮▮▮

4/11/2016 7:48:33 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

---

From: Facebook: 549328541 Penny Hess

St. Petersburg, FL 33703

4/11/2016 7:48:43 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

---

From: Facebook: 549328541 Penny Hess

Routing number: 067014822

4/11/2016 7:49:37 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

---

From: Facebook: 549328541 Penny Hess

Account number: ▮▮▮▮▮▮

4/11/2016 7:50:05 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

---

From: Facebook: 549328541 Penny Hess

Swift Code: NRTHUS33XXX

4/11/2016 7:50:41 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

---

From: Facebook: 549328541 Penny Hess

Uhuru!

4/11/2016 7:50:52 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny! Can we talk with the Chairman via skype?

5/4/2016 2:09:10 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

I will check with Tammy, his assistant about this. Could you say what the topic for discussion is?

5/4/2016 4:17:26 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Okay, please check. The topic is further cooperation and work.

5/4/2016 6:17:36 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Greetings Anastasia: Chairman Omali could speak to you tomorrow at 9:30 am our time. I think we are 7 hours different right now so that would be 4:30 pm Moscow time, right? Does that work for you?

5/4/2016 6:42:08 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

It's okay. It would be even better if we could talk a little bit earlier.

5/5/2016 9:50:13 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru Anastasia

5/5/2016 11:42:06 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Chairman Omali will not be able to meet earlier than 9:30 am. We will call you then--does that work?

5/5/2016 11:43:05 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Okay, let's try

5/5/2016 11:47:34 AM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 549328541 Penny Hess

Are you there?

5/5/2016 1:48:09 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

From: Facebook: 100001580289610

Uhuru Penny!
How's your African Charge Genocide Campaign? I have not heard updates for a long time...

7/6/2016 3:37:54 PM(UTC+0)

Source Extraction:
1- 01072016-07112016\436605451512215.zip (Pennyuhuru)

| 2 | | |
|---|---|---|
| | **Start Time:** 1/23/2016 4:26:04 PM(UTC+0)<br>**Last Activity:** 1/23/2016 4:26:04 PM(UTC+0)<br>**Number of attachments:** 2<br>**Source:** Facebook Warrant Return<br>**Account:** 549328541<br>Source Extraction: 1- 01072016-07112016\436605451512215.zip (Pennyuhuru)<br>**Body file:** chat-2.txt<br><br>Participants: | 🏷 |



Facebook: 519694677
Sandy Thompson



Facebook: 549328541
Penny Hess (owner)

Facebook: 100001580289610

**Identifier:** 796317353829673