# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

# Proposal for Africans Charge Genocide/Tent Encampment Project

I. Summary

II. Introduction

III. Needs/Problems

IV. Goals/Objectives

V. Procedures/Scope of Work

VI. Timetable

VII. Budget

VIII. Key Personnel

IX. Evaluation

X. Endorsements

XI. Next Steps

XII. Appendix

# I. Summary

This is a proposal to fund our trip to the northeast region. The goal is to bring awareness to the Genocide that this imperialistic country has imposed on the African community.Inpdum will set up tents in demonstrations. We will have demands such as reparations for the African community and Black Community Control of the Police. We are here to let the masses of people know we have an end game. They are crying out and INPDUM has a responsibility to tell them this is Genocide and why.

This is a very important and critical time unfolding here in the US.The Uhuru movement must seize this opportunity to show the world that the narrative they have been fed by the arm of the state (media) America are all lies.

Africans Charge Genocide along with the encampment tent project will expose America as the parasitic country that committed genocide on Africa and Africans.

With your participation the revolution

- Uhuru movement brings Africans into political life
- Huge Financial support/ time is of great essence
- $12,405.00
- Raise awareness to ACG petition/ Change the narrative

## II. Introduction

International People's Democratic Uhuru Movement

Was founded by the APSP in 1982 by Chairman Omali Yeshiteli. We are a revolutionary organization who prepares Africans to self govern and be a self determining people.

Inpdum organizes for the new world. We have led our own Black People's Grand Jury and have organized for freedom and liberation for Africans everywhere. INPDUM is funded by the people and lead by the African working class.

Our vision is to change the narrative and meet the masses of African people in the street, as opposed to Black Lives Matter movement. Inpdum is here to give an anti-colonial narrative

## III. Needs/Problems

Identify the needs or problems to be addressed. Include the target population and any statistical information that you may have. Ideas for information to include here are:

- Length of time needs/problems have existed
- Whether problem has ever been addressed before, and what the outcome was
- Impact of problem to target population
- Impact of problem to surrounding populations

## IV. Goals/Objectives

- Community walk: 100 signatures per state attended for ACG and BCCP petitions

a) Community walk will serve as a daily method of distributing propaganda for the ACG campaign
b) These walks will take the form of our forces doing a one mile walk everyday. Led by the Genocide banner.
c) We would ask other organizations to participate in the march as well.

- Activities during march: Chants

a) They will be directed towards the question of Genocide, issues with the police, murders, violence, etc…
b) Distribution of fliers on African Charge Genocide campaign, getting signatures, and putting up posters, event fliers for meetings, and upcoming events
c) Short rally at the end, then march back to camp.
d) Sum up of march how many contacts and signatures

- Have Africans sign up for the Tent Encampment Project, May 2016

a) Distribute fliers for upcoming encampment project
b) Get people to commit to coming to event by leaving contact information
c) Organize and reach out to the people to let them know why this tent project is so important for Africans

**What we need:**

1) ACG posters and Fliers
2) ACG t-shirts
3) Burning spear newspapers
4) ACG banners
5) Clip boards, pens and sign up sheets
6) Computers
7) Cell phones for Organization contact

**Organization of walk through:**

1) Coordinator of the marches
2) Propaganda fliers, petitions, signature collectors
3) Two people to hang posters
4) Everyone will need ACG t-shirts
5) Appoint two people for security

6) Speaker for each march at the end of rally ( amongst the leaders and people we are training)

# V.   Procedures/Scope of Work

St. Louis will mobilize in Chicago on Jan 23.,2015 and set up tents at Chicago University Campus or Holman Square. Agenda for Jan 24- 25, 2016

- 6:45 am-raise flag/ African Pledge
- 7am- Breakfast
- 8 am-Testimony
- 8:05 am-Political Education
- 8:20-11am-Push propaganda, ACG and BCCP petitions, fliers, BP 96.3 radio,selling spears and t-shirts
- 11 am -12pm Lunch
- 12 pm- Chants and Agitation/ engage the people (two working groups).
- 1 pm Political Education- Omali Yeshitela on loud speaker.
- 2-4 pm- ACG march and rally: one mile
- 4:15 pm- Lower flag
- 4:30 pm- Dinner

Comrades from Alabama and St. Petersburg Fl, will arrive in Mississippi on Jan 22-24, 2016 by car and set up tents (location unknown).Agenda for Jan 23, 2016.

- 6:45 am Raise flag/African Pledge
- 7 am- Breakfast
- 8 am- Testimony
- 8:05 am Political Education (reading from ACG  petition)
- 8:20 am- 11 am- Push propaganda, ACG,BCCP petitions, fliers, BP 96.3 radio, sell spears
- 11 am- 12pm -Lunch
- 12 pm -Chants and Agitation/ engage the people
- 1 pm- Political Education (continue reading from ACG petition)
- 2-4 pm- ACG march and rally:  one mile
- 4:15 pm- lower flag
- 4:30 pm- Dinner

Comrades will be leaving Chicago on Jan 25, 2016 headed to New york city where they will arrive on the 25th of January 2016,  and set up their tents (location unknown). Agenda for Jan 26, 2016.

- 6:45 am Raise Flag/African Pledge
- 7 am- Breakfast
- 8 am- Testimony
- 8:05 am- Political Education
- 8:20-11 am- Push Propaganda, ACG, BCCP petitions, fliers, BP 96.3 radio, sell spears and t-shirts,
- 11 am-12 pm- Lunch
- 12 pm- Chants and Agitation/ engage the people
- 1 pm- Political Education
- 2-4 pm- ACG march and rally: one mile
- 4:15 pm- Lower Flag
- 4:30 pm-Dinner

Comrades will leave New york on Jan 26, 2016 headed for Washington DC, where they will arrive on the 26th of January by car. They will set up tents,meet and mobilize with ANWO. Agenda for January 27-29, 2016.

- 6:45 am- Raise Flag/African Pledge
- 7am- Breakfast

- 8 am- Testimony
- 8:05 am- Political Education
- 8:20- 11 am- Push Propaganda, ACG,BCCP petitions, ANWO fliers, sell spears and t-shirts, BP 96.3 radio
- 11 am- 12 pm- Lunch
- 12 pm- Chants and Agitation/ engage the people
- 1 pm- Political Education
- 2-4 pm- ACG march, one mile
- 4:15- Lower Flag
- 4:30 pm- Dinner

Comrades will leave last stop in Washington DC on January 30, 2016 flying back to St.Louis etc...

# VI. Timetable

Provide detailed information on the expected timetable for the project. Break the project into phases, and provide a schedule for each phase.

|  | Description of Work | Start and End Dates |
|---|---|---|
| Phase One | Tents up at Jackson, Mississippi | Jan 22-24, 2016 |
| Phase Two | Tents up in Chicago/Newyork | Jan 24-25, 26, 2016 |
| Phase Three | Tents up in Washington DC | Jan 27-29, 2016 |

# VII. Budget

|  | Description of Work | Anticipated Costs |
|---|---|---|
| Phase One | To obtain transportation and tools to present to the UN ACG campaign and stage demonstrations in the northeast region to bring recognition to the Genocide happening in America of people of Afrikan descent. | **To Chicago/Travel**<br>Car rental,gas: $285.00<br>insurance: $45.00<br>Van rental # 2<br>gas,insurance: $450.<br>Family/victims: $300.00<br>Winter wear: $100.00<br>Tents $300.00<br>Food $350.00<br>Water: $50.00<br>Sleeping bags $275.00<br>Electric blankets $140.00<br>Electric Heaters 2: $180.00<br>Portable generator $350.00<br>Gas/propane $200.00<br>Porta potty: $100.00<br>Toiletries: $50.00<br>Accessories $100.00<br>**Chicago child care:**<br>Hotel: $200.00<br>Food: $150.00<br>Transportation:$150.00<br>**To Jacksonville/Travel**<br>Car rental,gas: $205.00<br>insurance $45.00<br>Food:$400.00<br>Water: $50.00<br>Winter wear: $100.00<br>Porta potty:$100.00<br>Toiletries: $50.00<br>Tents 2: $215.00<br>Generator: $200.00<br>Outdoor heaters 2: $180.00<br>Propane: $90.00<br>Sleeping bags: $ 200.00<br>Electric blankets: $60.00<br>**Jacksonville child care: 3**<br>Hotel: $200.00<br>Food: $250.00 |

Page 8 of 13

| | | |
|---|---|---|
| | | Transportation: $150.00<br>**To New York/ Travel ???**<br>Plane tickets 3: $300.00<br>insurance: $ 90.00<br>Rental car,gas: 475.00<br>Family/Victims:$300.00<br>Winter wear: $100.00<br>Luggage(tent):$ 200.00<br>Porta potty:$100.00<br>Hotel: $100.00<br>Food: $150.00<br>Water: $50.00<br>Generator: $350.00<br>**New york childcare:**<br>Hotel: $125.00<br>Food: $100.00<br>**To Washington /Travel**<br>Food: $ 150.00<br>Water: $50.00<br>Gas: $ 100.00<br>Hotel:$ 100.00<br>Toiletries: $50.00<br>Porta potty: $100.00<br>Winter wear:$100.00<br>**Washington childcare:**<br>Hotel: $300.00<br>Food: $150.00<br>Toiletries: $50.00<br>**Washington comrades (10)**<br>Food: $350.00<br>Water: $50.00<br>Transportation:$250.00<br>**To St Louis/Travel**<br>Plane tickets 3: $375.00<br>**Agit-prop**<br>Bull horn 2: $200.00<br>Camera & stand: $300.00<br>Microphones 2: $50.00<br>Amplifier : $125.00<br>Computers 2: $400.00<br>African Flag & post: $125.00<br>Clipboards: $ 70.00<br>Ink pens & folders:$50.00 |
| Phase Two | Pass out propaganda distribute the ACG, ANWO flyers, collect signatures for ACG campaign and BCCP petitions. T-shirts and hoodie sweatshirts will be a necessary piece of propaganda needed while holding banners. | **Propaganda**<br>ACG club cards 10,000 @ $300.00<br>ACG banners 2 @ $ 200.00<br>BCCP banner 1 @ $ 100.00<br>ANWO banner 1 @$100.00<br>ACG t- shirts 20 @ $300.00<br>Burning Spears 300 @ $180.00<br>Inpdum social media: $100.00<br>ANWO fliers: $100.00<br>ANWO club cards 10,000 @ $300.00<br>Encampment Fliers: $100.00<br>Convention fliers: $150.00<br>Convention club cards: |

|  |  | $100.00<br>BP 96.3 club cards: 10,000 @ $300.00 |
|---|---|---|
| Phase Three | Maintaining the demonstration for the ACG campaign and BCCP throughout the northeast region and to keep up the awareness of Genocide in America. Recruit for the next encampment demonstration in May,2016 | Food $ 300.00<br>Hotel: $ 100.00 |
|  | Total | $ 14,205.00 |

## VIII. Key Personnel

**Security:**

Kobina

**Spear sales**

Chicago/ Will

Mississippi /Chimurenga
Mississippi/
Mississippi/

Washington DC/ Yejide
Newyork/
Newyork/

New york/ Day

**Petitions ACG/BCCP/ANWO**

Mississippi/

Chicago/

Newyork/

Washington DC/

**Encampment sign up:**

Chicago/

Washington DC/

**Press Leaders:**

Mississippi/

Chicago/

Newyork/

Washington/

**Agit-prop:**

Chicago/

Washington/

**Presenting /Chicago**

Jorden Giger

President He rrera

Kamm Howard



## IX. Evaluation

Further discussion at next meeting about roles etc... and who all will participate in mobilization.

## X. Endorsements

## XI. Next Steps

- Book Hotels and rental cars

- Purchase necessary equipment and tools to follow through on encampment project.
- Prompt and immediate response is desired

# XII. Appendix

[www.uhurunews.com](www.uhurunews.com)