# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



# THE ANTI-GLOBALIZATION MOVEMENT OF RUSSIA

Phone: +7 (499) 553-0965   E-mail: info@anti-global.ru   www.anti-global.ru

Moscow, Russia
January 20, 2016
Ref. No: 20/01 – 01

TO UHURU MOVEMENT AND INPDUM

## Guarantee letter

Alexander Ionov, President of the Anti-Globalization Movement of Russia, promises to compensate for a sum of money of $12,000 for organization of four-city tour from 22 to 29 January, 2016. The compensation will be sent within few days (approximately during next week, till 29 January).

With great respect,
Alexander Ionov

