# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

![InPDUM - International People's Democratic Uhuru Movement]

www.InPDUM.org

1 Feb. 2016

Re: Africans Charge Genocide Encampment Tour, Jan. 22-29

Uhuru Greetings Comrades Alexander and Anastasia, and the Anti-Globalization Movement of Russia!

Report from the Actions:

1. Cities: Comrades held actions in
    a. Jackson, MS (Jan. 23-24)
    b. Chicago, IL (Jan. 24-25)
    c. New York, NY (Jan. 26)
    d. Washington, DC (Jan. 27-29)

2. The Uhuru Movement was able to speak and give testimony on the genocide petition to the panel in Jackson, Chicago and Washington.
    a. Jackson: Chimurenga Waller presented testimony to the Panel in Jackson and presented the panel with the actual petition. In Jackson there was an African audience of about 100 people.
    b. Chicago: InPDUM President Herdosia Bentum and another member presented to the panel and the audience of about 500 African people.
    c. Washington, DC, Yejide Orunmilla, Herdosia and Toni Taylor (Mother of son who was murdered by police in St. Louis in 2014). Audience of several hundred.

3. The UN Working Group on Experts on People of African Descent. The panelists traveled from city to city. They were:
    •Ms. Mireille Fanon-Mendes France,(Chairperson, France)
    •Mr. Sabelo Gumedze (South Africa)
    •Mr. Michal Balcerzak, (Poland)
    •Ricardo A. Sunga III,(Philippines)
    •Mr. Ahmed Reid, (Jamaica)

4. I sent you links to media coverage and to the video and

1



www.InPDUM.org

    photos
5. Over 4000 signatures were gathered (hard copy and online). At this time there are nearly 7,000 signatures total online plus 2000 hard copies for a total of nearly 9,000.

6. Other Organizations included: African National Women's Organization, National Organization for Blacks for Reparations in America (N'COBRA), Black Women in Black, Justice For Cari Ball, Cooperation Jackson, Black is Back Coalition, Black Hammer Organization, Black Survival Network, Chicago Anti Eviction Campaign, Chicago Independent Human Rights Council, Amos N Wilson Institute, Black Star Project

7. About 60 Uhuru Movement activists participated in the various cities engaging thousands of people, getting signatures and speaking at the UN. The Facebook page reach for the period during the encampment was 60,000 people (see attached screen shot). About 25 or so people traveled in the caravan to the various cities and slept in tents gaining so much support from the communities.

Thank you for your support!

Uhuru!
Penny, for the Office of Chairman Omali Yeshitela

2