# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



www.InPDUM.org

6 Feb. 2016

Re: Africans Charge Genocide Encampment Tour, Jan. 22-29

Uhuru Greetings Comrades Alexander and Anastasia, and the Anti-
Globalization Movement of Russia!

Report on the influence of the Africans Charge Genocide Encampment
Tour:

> The impact by the Encampment Tour on the UN and on the
> African community as a whole was profound.
>
> Here is the report from the UN Panel of the Working Group of
> Experts on People of African Descent. This is the group that
> held the hearings in the four cities where InPDUM was able to
> testify and protest.
>
> Report from UN Working Group:
> http://ohchr.org/EN/NewsEvents/Pages/DisplayNews.aspx?Ne
> wsID=17000&LangID=E
>
> The Working Group of the UN for the first time suggested that
> African people in the U.S. must receive an apology for
> enslavement and should receive reparations or "reparatory
> justice". The demand for reparations was a key part of the
> message of InPDUM.
>
> The report and recommendations of the UN Working Group
> show the strong impact of the Uhuru Movement petition and
> even cite many of the conditions facing African people in the
> U.S. that are cited in the InPDUM Africans Charge Genocide
> petition.
>
> This is one of the mainstream articles summing up the report
> of the UN Working Group. Similar articles appeared in U.S.

1



www.InPDUM.org

News and World Report, the Huffington Post, The Root, Christian Science Monitor and many more.

These articles do not mention the International People's Democratic Uhuru Movement or any of the organizations that presented but they show the effects of and borrow phrasing from the petition of the Uhuru Movement. (Note: the full text of the petition was presented to the panel in the cities where InPDUM spoke). Mainstream article:

http://www.theepochtimes.com/n3/1954686-united-nations-group-suggests-us-should-consider-reparations-to-descendants-of-slavery/

The following is a complete summation of the impact that was written by one of the comrades who traveled on the encampment and writes of its significance and the importance of the campaign by the African working class. This appears on Uhurunews.com

http://uhurunews.com/story?resource_name=united-nations-suggests-reparations-to-africans-in-the-u-s-but-avoids-the-african-working-class

Unfortunately, it was not logistically possible for the Uhuru Movement to take the AGM flag along on this encampment.

Previously you asked if people joined the encampment and joined the movement.

Yes, in so many ways.

In Chicago, community members offered their houses for rest and showers for the comrades on the encampment. African community members came out to the encampment after hearing radio interviews with President Herdosia, brought food and stayed with them in the tents. Even the local bus drivers signed the petition and let them warm up in the buses.

2



www.InPDUM.org

In New York someone offered a space that InPDUM could use for meetings and another person joined to lead up an InPDUM branch there.

In Washington, DC someone flew all the way from Iowa to join them and many forces joined the local DC branch.

Attached is the form of the petition that was used for signing on the streets.

Thank you, again for your support! And Uhuru!


Uhuru!
Penny, for the Office of Chairman Omali Yeshitela

3