# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

5  
**Start Time:** 7/12/2016 3:10:33 PM(UTC+0)  
**Last Activity:** 11/16/2016 4:16:09 PM(UTC+0)  
**Number of attachments:** 0  
**Source:** Facebook Warrant Return  
**Account:** 549328541  
**Source Extraction:** 8- 07112016-01132017\1974330612777400.zip (pennyuhuru)  
**Body file:** chat-5.txt  

**Participants:**



Facebook: 100001580289610

Facebook: 549328541  
Penny Hess (owner)

**Identifier:** 10153215635708542

---

**From:** Facebook: 100001580289610  
Uhuru Penny! Can the Chairman come to us in late summer or in the early September? We can discuss the dates via Skype.  
7/12/2016 3:10:33 PM(UTC+0)

Source Extraction:  
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From:** Facebook: 549328541 Penny Hess  
Greetings Anastasia  
7/13/2016 9:38:22 PM(UTC+0)

Source Extraction:  
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

231

**From: Facebook: 549328541 Penny Hess**

Thank you for the invitation. Tammy from the Chairman's office will be in touch with you about this by email.

7/13/2016 9:39:15 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 100001580289610**

Okay, thank you!

7/14/2016 1:39:30 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 100001580289610**

Hello Penny,
Can the Chairman or Uhuru activists make a statement in support of Russian olympic team and Thomas Bach, the President of IOC who advocated the admission of Russian athletes to Rio Olympics? Can this statement appear on your website or FB page? Uhuru!

7/29/2016 9:55:49 AM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 100001580289610**

Uhuru Penny,
How are you? How's the Party and Committee? I've seen that you are preparing a great action in Washington DC. How's the Chairman?

11/3/2016 4:25:54 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 549328541 Penny Hess**

Uhuru Anastasia! Congratulations on your wedding! I saw your photos and you look so beautiful.

11/3/2016 7:54:12 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 549328541 Penny Hess**

Yes there will be a big action in Washington this weekend. The Chairman, myself and others have just completed a 7-city speaking tour that went really well.

11/3/2016 7:55:09 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I feel certain the actions in Washington DC will be a huge success.

11/3/2016 7:55:31 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

We will be in touch with you soon about a solidarity statement to the Party's Plenary in January, 2017. I will let you know more about that soon.

11/3/2016 7:56:12 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Good to hear from you. All is going very well here and the movement is growing in leaps and bounds.

11/3/2016 7:56:47 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Uhuru!

11/3/2016 7:56:48 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

From: Facebook: 100001580289610

Great! I'm waiting for updates from the action in Washington DC!
We are planning to invite the Chairman to us in December. Does he have time and opportunity to come this time to us?

11/4/2016 10:33:42 AM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

I would have to ask his staff when he returns to St. Pete

11/5/2016 11:16:56 AM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

233

**From: Facebook: 100001580289610**

Uhuru Penny!
Can the Chairman comment on elections tomorrow at 6 pm Moscow time in Skype? We would be pleased if he could share with us his opinion about the results.
Also, can you use our flag at the Washington convention today and tomorrow? Thanks!

11/8/2016 5:34:55 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 549328541 Penny Hess**

Uhuru Anastasia: I am just seeing this now. The convention was this past Saturday and Sunday. Are you talking about Wednesday? On Wednesday (tomorrow) the Chairman will be in an important meeting at 6 pm your time (11 am here). Can you propose another time and day? Then I will send it to his staff. Thanks.

11/8/2016 6:44:51 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 100001580289610**

That will be a love program on Russian TV. Is it possible for him to find a couple of minutes to comment?

11/8/2016 7:18:24 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 100001580289610**

*live program

11/9/2016 6:35:59 AM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 549328541 Penny Hess**

Uhuru The Chairman will speak live at 10 am our time this morning (in one hour). You can find the link at Burning Spear TV on Facebook or YouTube

11/9/2016 2:01:57 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 549328541 Penny Hess**

He could comment on Russia TV -- how would he do that?

11/9/2016 2:02:14 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 100001580289610**
Alex will try to switch on his live speaking on the TV from the Burning Spear.
11/9/2016 2:05:26 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 549328541 Penny Hess**
Uhuru!
11/9/2016 2:23:52 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 100001580289610**
Uhuru Penny!
We need to know the answer from the Chairman about his possible visit to Russia in December.
11/15/2016 5:24:12 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 549328541 Penny Hess**
Greetings Ana: Can you give me an exact date? He may have some open time. When are you thinking of?
11/15/2016 6:10:41 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 100001580289610**
Alex proposes any day before December 15 which is comfortable for the Chairman.
11/16/2016 7:04:33 AM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

**From: Facebook: 100001580289610**
Also, is it possible for you to write a petition to the UN on the violation of rights of Black people in the US and around the globe? We want to send it to the UN. Thank you!
11/16/2016 4:16:09 PM(UTC+0)

Source Extraction:
8- 07112016-01132017\1974330612777400.zip (pennyuhuru)

235