# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| 12 | **Start Time:** 8/18/2018 2:37:51 PM(UTC+0) |
|---|---|

**Last Activity:** 1/8/2019 11:06:18 PM(UTC+0)
**Number of attachments:** 7
**Source:** Facebook Warrant Return
**Account:** 549328541
**Source Extraction:** 10- 07252018-01272019\340889751371942.zip (pennyuhuru)
**Body file:** chat-12.txt

**Participants:**

Facebook: 100003266164592
Alexander Ionov

Facebook: 549328541
Penny Hess (owner)

**Identifier:** 10153205431908542

---

**From: Facebook: 549328541 Penny Hess**

Uhuru Alexander! We are looking forward to your video presentation for the 7th Congress of the African People's Socialist Party October 6-12, in St. Louis!

8/18/2018 2:37:51 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

---

**From: Facebook: 549328541 Penny Hess**

I believe you stated that you can send a video statement to the Congress. This could be about 5 minutes long. Could you send that by 20 September?

8/18/2018 2:38:53 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

---

**From: Facebook: 549328541 Penny Hess**

Also here is the Political Report by Chairman Omali that will be published as a new book early next year.

8/18/2018 2:43:18 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

---

**From: Facebook: 549328541 Penny Hess**

You sent an attachment.

**Attachments:**

Title: 7thCongPolReport_PDFRelease_V3.pdf (419046768499506)
Size: 2605084
File name: linked_media/unified_message_419046768499506.pdf
Path: https://interncache-prn.fbsbx.com/v/t59.2708-21/39357147_419046771832839_8838253529287098368_n.pdf/7thCongPolReport_PDFRelease_V3.pdf?ccb=1-5&_nc_sid=0cab14&efg=eyJ1cmxnZW4iOiJwaHBfdXJsX2VuY29kZV9lbnRpdHkvbWVzc2FnZV9hdHRhY2htZW50In0%3D&_nc_ht=interncache-prn.fbsbx.com&oh=03_AVIPppRzst7uRIXVK7CSM0FcIxBLeIT57i-KTlsYLeRPxQ&oe=61BB7353&dl=1
linked_media/unified_message_419046768499506.pdf

8/18/2018 2:43:24 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Uhuru Penny

8/20/2018 8:27:41 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Haw are you?

8/20/2018 8:27:49 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Yes I do these

8/20/2018 8:27:59 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you, Alexander. Can you have the video by Sept. 20?

8/20/2018 2:43:15 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Yes

8/23/2018 3:21:15 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

I do these

8/23/2018 3:21:23 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Alexander sent a sticker.

Attachments:



Title: sticker (126361874215276)
Size: 105913
File name: linked_media/unified_message_126361874215276.png
Path: https://interncache-prn.fbcdn.net/v/t39.1997-6/851586_126361877548609_1351776047_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2luc3RhbnRfbGlnaHRweC3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&oh=00_AT82K8Qw9r8dFJ6YtBdsL03PD9oOEtCyDlcBzlY7yuKFVw&oe=61BE12B0

linked_media/unified_message_126361874215276.png

8/23/2018 3:21:25 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess

Thank you!

8/23/2018 3:56:00 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Alexander sent a sticker.

Attachments:



Title: sticker (126362100881920)
Size: 159730
File name: linked_media/unified_message_126362100881920.png
Path: https://interncache-prn.fbcdn.net/v/t39.1997-6/851586_126362104215253_1651254063_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2luc3RhbnRfbGlnaHRweC3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&oh=00_AT9Zt1A5WcF0vFNp-G_RXaf899MEGORT9ne1UP6uz0dl0g&oe=61BE05E0

linked_media/unified_message_126362100881920.png

8/23/2018 11:58:36 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Missed audio call. Duration 0

9/18/2018 7:10:31 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**

Alexander sent a voice message.

Attachments:

Title: audioclip-1537297842708-7268.aac (329224107849058)
Size: 51274
File name: linked_media/unified_message_329224107849058.aac
Path: https://interncache-prn.fbsbx.com/v/t59.3654-21/42018268_329224114515724_7951328952868405248_n.aac/audioclip-1537297842708-7268.aac?ccb=1-5&_nc_sid=7272a8&efg=eyJ1cmxnZW4iOiJwaHBfdXJsSZ2VuX2NsaWVudC9pbnRlcm5jYWNoZSJ9&_nc_ht=interncache-prn.fbsbx.com&oh=03_AVl94Qf4X636dlu-lg6qVNltjjMu1III4yDhXnyJ5EJpUg&oe=61BB6615&dl=1
linked_media/unified_message_329224107849058.aac

9/18/2018 7:10:44 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

**From: Facebook: 549328541 Penny Hess**

Hi Alexander, I just saw this. You are not answering right now. Will try later or tomorrow.

9/20/2018 1:43:55 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

**From: Facebook: 549328541 Penny Hess**

Missed audio call. Duration 0

9/20/2018 5:17:23 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

**From: Facebook: 549328541 Penny Hess**

audio call. Duration 253

9/20/2018 5:22:19 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**

I send mail

9/21/2018 8:04:46 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**

Uhuru

9/21/2018 8:04:50 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov

Alexander sent a sticker.

Attachments:



Title: sticker (1458993767465733)
Size: 92410
File name: linked_media/unified_message_1458993767465733.png
Path: https://interncache-prn.fbcdn.net/v/t39.1997-6/16685101_1458993770799066_2184359580073459712_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaBfdXJsZ2VuX2NsaWVudC9pbnRlcm5jYWNoZS1wcm4ifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&oh=00_AT9cQFPmhx8D01DsicMTTQGI3lYtmTj-lUghTnAKCi3cJg&oe=61BE0D33

linked_media/unified_message_1458993767465733.png

9/21/2018 8:04:52 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)


From: Facebook: 100003266164592 Alexander Ionov

Alexander sent a sticker.

Attachments:



Title: sticker (1458993767465733)
Size: 92410
File name: linked_media/unified_message_1458993767465733.png
Path: https://interncache-prn.fbcdn.net/v/t39.1997-6/16685101_1458993770799066_2184359580073459712_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaBfdXJsZ2VuX2NsaWVudC9pbnRlcm5jYWNoZS1wcm4ifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&oh=00_AT9cQFPmhx8D01DsicMTTQGI3lYtmTj-lUghTnAKCi3cJg&oe=61BE0D33

linked_media/unified_message_1458993767465733.png

9/25/2018 10:05:35 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)


From: Facebook: 100003266164592 Alexander Ionov

Hi

9/27/2018 11:43:18 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)


From: Facebook: 100003266164592 Alexander Ionov

Penny

9/27/2018 11:43:23 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

> From: Facebook: 100003266164592 Alexander Ionov
> Missed audio call. Duration 0
> 10/1/2018 6:05:11 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

> From: Facebook: 100003266164592 Alexander Ionov
> Missed audio call. Duration 0
> 10/19/2018 12:23:24 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

> From: Facebook: 100003266164592 Alexander Ionov
> Hi
> 10/19/2018 12:25:29 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

> From: Facebook: 100003266164592 Alexander Ionov
> haw are
> 10/19/2018 12:25:32 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

> From: Facebook: 100003266164592 Alexander Ionov
> plese call me
> 10/19/2018 12:25:39 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

> From: Facebook: 100003266164592 Alexander Ionov
> thanks
> 10/19/2018 12:25:42 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

> From: Facebook: 100003266164592 Alexander Ionov
> Alexander is waving at you!
> 11/1/2018 10:05:02 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov
Penny
11/1/2018 10:05:08 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess
Uhuru! Alexander
11/1/2018 10:06:01 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov
Haw are you
11/2/2018 9:00:50 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov
Alexander sent a sticker.
Attachments:



Title: sticker (1775284172712287)
Size: 68679
File name: linked_media/unified_message_1775284172712287.png
Path: https://interncache-prn.fbcdn.net/v/t39.1997-6/14130025_1775284179378953_314560790_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsX2NsYXNzaWNfdGFnIn0%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&oh=00_AT_PhmqOOUh8jL8SiNoEj-pmNTRoXGUanL_vCyGWeRepLQ&oe=61BE0335
linked_media/unified_message_1775284172712287.png

11/2/2018 9:00:55 AM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov
Missed audio call. Duration 0
11/10/2018 11:07:34 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

> From: Facebook: 100003266164592 Alexander Ionov
> Missed audio call. Duration 0
> 11/22/2018 10:16:12 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

> From: Facebook: 100003266164592 Alexander Ionov
> Alexander is waving at you!
> 1/8/2019 6:53:16 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

> From: Facebook: 100003266164592 Alexander Ionov
> audio call. Duration 444
> 1/8/2019 7:00:59 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

> From: Facebook: 100003266164592 Alexander Ionov
> audio call. Duration 13
> 1/8/2019 7:01:23 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

> From: Facebook: 100003266164592 Alexander Ionov
> Penny
> 1/8/2019 7:06:23 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

> From: Facebook: 100003266164592 Alexander Ionov
> Send your number please
> 1/8/2019 7:06:47 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

> From: Facebook: 100003266164592 Alexander Ionov
> My telephone +7-915-123-66-88
> 1/8/2019 7:07:11 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

255

From: Facebook: 100003266164592 Alexander Ionov
???
1/8/2019 10:56:32 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

From: Facebook: 549328541 Penny Hess
My number is 727-580-5573
1/8/2019 11:06:18 PM(UTC+0)

Source Extraction:
10- 07252018-01272019\340889751371942.zip (pennyuhuru)

13
Start Time: 9/12/2019 9:58:45 PM(UTC+0)
Last Activity: 9/12/2019 10:26:52 PM(UTC+0)
Number of attachments: 0
Source: Facebook Warrant Return
Account: 549328541
Source Extraction: 11- 08012019-02032020\1476130342788395.zip (Pennyuhuru)
Body file: chat-13.txt

Participants:


Facebook: 100003266164592
Alexander Ionov


Facebook: 549328541
Penny Hess (owner)

Identifier: 10153205431908542

From: Facebook: 100003266164592 Alexander Ionov
You missed a call from Alexander.
9/12/2019 9:58:45 PM(UTC+0)

Source Extraction:
11- 08012019-02032020\1476130342788395.zip (Pennyuhuru)

From: Facebook: 100003266164592 Alexander Ionov
Hi
9/12/2019 10:26:52 PM(UTC+0)

Source Extraction:
11- 08012019-02032020\1476130342788395.zip (Pennyuhuru)