# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**10**

Start Time: 2/20/2020 10:58:28 PM(UTC+0)
Last Activity: 3/3/2020 5:31:56 PM(UTC+0)
Number of attachments: 1
Source: Facebook Warrant Return
Account: 549328541
Source Extraction: 5- 02032020-08072020\581602206472563.zip (Pennyuhuru)
Body file: chat-10.txt

Participants:



Facebook: 100003266164592
Alexander Ionov

Facebook: 549328541
Penny Hess (owner)

Identifier: 10153205431908542

---

From: Facebook: 100003266164592 Alexander Ionov

Good afternoon!

I am pleased to announce that a large forum of Dialogue of Nations will be held in Donetsk on April 24. All major anti-war, human rights and national liberation movements of the world will take part in it!
I invite you to participate! If you are ready to attend the event, please let me know if you are ready! I will be very happy to see you at such a large event! My organization will assist you when you arrive at the forum and stay, all for the sake of freedom and human rights!

2/20/2020 10:58:28 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

---

From: Facebook: 549328541 Penny Hess
Uhuru Greetings Alex

2/20/2020 11:45:31 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

---

From: Facebook: 100003266164592 Alexander Ionov
Uhuru Penny

2/20/2020 11:46:02 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
Haw are you
2/20/2020 11:46:08 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 549328541 Penny Hess**
Very well. How are you?Chairman Omali Yeshitela is interested in attending with a delegation from the African Liberation Movement. Can we speak in theV
2/20/2020 11:46:26 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
Alexander sent a voice message.
Attachments:
Title: audioclip-1582242415725-40841.aac (861119221000702)
Size: 345627
File name: linked_media/unified_message_861119221000702.aac
Path: https://interncache-eag.fbsbx.com/v/t59.3654-21/87264438_861119224334035_878553388806045696_n.aac/audioclip-1582242415725-40841.aac?ccb=1-5&_nc_sid=7272a8&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9tZXNzZW5nZXIifQ%3D%3D&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVJgXd7z7ZlU6u8T6TTlgqUAJDsA8ntINIRlCmtBSk9lAQ&oe=61BBA6D2&dl=1
linked_media/unified_message_861119221000702.aac
2/20/2020 11:46:57 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 549328541 Penny Hess**
Can you call me on the Facebook phone at 9 am eastern time US tomorrow morning?
2/20/2020 11:47:05 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
We try)
2/20/2020 11:48:06 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
I will be with my translator
2/20/2020 11:48:45 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

244

**From: Facebook: 549328541 Penny Hess**
I listened to the voice. OK. I'll try to call you tomorrow. You can go to sleep now
2/20/2020 11:48:46 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
2/20/2020 11:48:52 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
Thank you so much
2/20/2020 11:49:13 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
We love you
2/20/2020 11:49:18 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
See you tomorrow
2/20/2020 11:49:22 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
Uhuru
2/20/2020 11:49:26 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 549328541 Penny Hess**
Uhuru!
2/20/2020 11:51:28 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 549328541 Penny Hess**
call. Duration 83
2/21/2020 2:28:10 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
You missed a call from Alexander.
2/27/2020 9:38:37 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
Uhuru
2/27/2020 9:38:43 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
Haw are you
2/27/2020 9:38:47 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
Hi
2/28/2020 10:23:19 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
You missed a call from Alexander.
3/1/2020 5:17:35 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)

**From: Facebook: 100003266164592 Alexander Ionov**
You missed a call from Alexander.
3/3/2020 5:31:56 PM(UTC+0)

Source Extraction:
5- 02032020-08072020\581602206472563.zip (Pennyuhuru)