# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**Relationship with the Russian forces since the trip to Russia NCC meeting, July 25, 2015**

- Presented via live stream at Sunday meetings
- Deepening relationship overall—in touch almost every day
- Participating in USM Reparations Challenge--donated $500 to this campaign
- Promising to fund outreach for events such as BIB Conference
- Written article for The Burning Spear
- Attempting to forward understanding of the conditions of African people in the U.S.
- Called for a statement (that we will write) that exposes the history of the colonial conditions of Africa people that will be endorsed by Russia, Iran, countries in the Middle East and South America.
- Alex has many pictures of #Black Community control or police t-shirt
- Have interaction of posting on each others Facebook pages and their website
- Interviewed by USM on the radio show.
- They are working on the Uhurunews website
- Said they want to publish Uneasy Equilibrium and OCOV in Russian
- Chairman wants to join the Night Wolves