# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

From Svyatoslav of Anti-globalization Movement

[5/20/15, 5:19:32 AM] Antiglobalization RUS:

27th there will be a Forum of Migration and Cooperation. The Chairman will be talking there. There will be also lots of meetings with Mass Media, both Russian and foreign. We'll take Chairman to see students from different social and political groups. There will be representatives of many local anti-imperialist organizations. Yes, there will be many meetings. Yes, he can visit Lenin's Mausoleum. He'll be able to meet students twice - on forum and separately. Regarding the speech in the invitation letter - just plain formality for our embassy.
[5/20/15, 5:20:46 AM] Antiglobalization RUS: Generally, the Chairman is coming to meet with us and to communicate on future cooperation. The rest is mostly bonuses. Therefore, it is advisable that you or the Chairman himself define if there are anyone in particular he'd like to meet - whether person or organization - so that we'd arrange it asap. Forces to meet with: African students and student groups

Our own goals for this trip to Russia

1. Contribute to encirclement of US imperialism (like Russia, Iran, etc.)
   US as major threat to world peace.
2. Define US imperialism as different from other world powers built on slavery and genocide in company of states like Israel, Australia.
3. US and Israel are outstanding and similar, not unlike South Africa. They succeeded in decimating the Indigenous people as in Israel.
4. Main propaganda value is the Indigenous and African people whose conditions of existence are part and parcel of the US as a nation state.
5. Question of Freedom Road relationship. Want to give legitimacy to US except it has problems with minorities workers are hit—that's their line.
6. Establish whatever kind of relationships we can make. We are a revolutionary organization. We are revolutionaries. We wil have relationship with any force with a revolutionary agenda.
7. We want political and material solidarity. We want access to media outlets to carry our news and analysis.
8. Persons who we can interview on our radio. Experts and those in critical areas of struggle. Get info directly from those sources.

9. Contribute to the development of our own infrastructure, media, technical capacity, possibility of establishing a Russia-African Friendship Society. Keep struggle of Africans as people who are colonized before the Russian people. Help us connect with forces who could connect with a Russian-Africa Friendship Society. Zimbabwe. Copies of
10. Meet Venezuela and Cuban, Syrian embassy but are they revolutionaries? Meet with Iranians. Get together an Iranian package. Old newspapers. Old Spears from November 1979 or early 80s. North Korea—best weapon is the condition of Africans in the US and the police murders—exploit this and keep it out there to make statements of solidarity with African people
11. Meet with an official from the Russian Government formally. Also representatives of China.
12. We recognize that there is a contest between Russia and the US and we are a revolutionary project and want to build a revolutionary movement and would like
13. Have our own event there to talk about our work and understanding

Need content for a program; help to facilitate the event, bring the students. We will need a room and projector with screen



Copies of Battle of St Petersburg and Azania
10 books UE to give to select persons
Bag to be prepared by agit prop
T-shirts
Other books, 25 to 50 Spears
Africans One Billion Strong video in DVD and other videos;
Bakari should use his smart phone with SD card
Need Russian plug ins