# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Meeting to sum up the Encampment Tour
Feb. 4, 2016

I. OY: Why we did the encampment and circumstances: Party developed a relationship with forces in Russia who are involved in their own struggle with the US. Need to develop a relationship with other forces in Spain, West Sahara etc. that we have met through the Russians.

Struggle for national liberation in this country. After the murder of Malcolm X and others who were for national liberation, the US government was raising up a neocolonialism functioning as apologist for America. James Farmer was sent by the State Depart. Always has been an effort to crush the revolutionary movement.

Connection with the Russians was important who recognized struggle for national liberation. Created forums and offered other relationship and held forums.

We have been working with them and they participated in USM work and they promote us on their Facebook and feel that is really important.

Recently US has been more aggressive in pushing Russians out of Ukraine and trying to isolate them in international community. Russia has united with Syria's Assad. Us has been attacking Russia and nasty stuff to Iran, creating problems for Russia, Venezuela.

When the AGM of Russia asked for a big mobilization in this city. They wanted to see a big mobilization around the genocide question-beyond just police killing. They wanted massive march to UN. What we could do is use this in a fashion to follow the UN hearings of the Working Group.

We though it was important for our own benefit. We could win people closer to us. Etc.

Now we are in process—Russians have to justify their getting resources for this. They want information to work with.

It was effective. Struggle to win. Will the Russians get from us what they need. Should have had a videographer to travel with the group. Needed to have capture better footage.

Level of spontaneity with it—and would not do that in the future.

Expense of protocols—should have been more discussion around it

Leadership of Herdosia has to be commended.

Herdosia: unite with OY and the process. I grew with the contradictions and could have been more prepared. Report should have been written.

Herdosia was only InPDUM 4 months and Party. This was cadre. Breath of fresh air. Cannot overstate this.

Chicago didn't always come into the meetings. Have to struggle for leadership in the areas have to be accountable.

Security was too loose. Wasn't real security plan especially with minors and being outside.

Got the resources to go shopping at the last minute. Borrowed $5000 and did go shopping. Bought the camping equipment for $1200. Owe Liz. Got into Chicago about 7 pm and two tents already up.

Kamm Howard wanted $500 for food and most went to waste and he ordered large amount. In the future would have said don't order the food. Herdosia was the leadership over Kamm.

Kamm tried to sell plates at the UN event for $5 but Zenobia sold plates for $1.50

Kamm had a lot of other responsibilities and didn't always provide leadership.

Called Kobina for security and wanted Liz to be leadership over security. Had meeting and gave orientation. Two should stay in vehicle and walk around during the night.

Engaged the community: African working class and bus drivers signed petitions. Neighborhood came out of houses and welcomed them.

UN panel and organizers and took pictures. People heard them on the radio. Response was great, bought donuts, coffee etc. People stayed with them.

Africans there were not the working class.

OY: In Chicago there has been general disdain for the actions in the streets.

InPDUM was one of the host organizations in Chicago and was on the agenda as InPDUM.

Struggles like this happen. Kamm—seems problem. Meetings should have happened before and needed to know who was who and what were the relationship. Kamm and JR have been tied to the UN but Herdosia has more flexibility. We would express our opinions while saving their relationship. So much spontaneity.

Herdosia was the leadership of the whole action and could have made any decisions.

Should have reported to National Office that certain meetings weren't happening.

HB is on the NCC of Party and President of InPDUM. You represent the Party as the leadership of InPDUM.

Kamm had promised people out there in their tents.

What makes your leadership outstanding is that you used collective leadership and deployed your forces. Had good troops with you. Everyone on the bus had an assignment. Kept morale high. Exemplified leadership.

Agit prop did really have their people out there.

Only forces in New York were Diop and Yaw.

Errors with how the resources were done with the Russians

Who should have been there in NYC: Oronde, Day, Kieno, Aaron, Otaka, DC couldn't come.

Diop did security by himself.

Cleo and Jayy were strong leadership for the younger women.

Didn't get the money from the Russians yet.


Uhuru Anastasia and Alex


Impact was profound

Report from UN Working Group
http://ohchr.org/EN/NewsEvents/Pages/DisplayNews.aspx?NewsID=17000&LangID=E

The Working Group of the UN for the first time suggested that African people in the U.S. must receive an apology for enslavement and should receive reparations or "reparatory justice".

The report and recommendations of the UN Working Group show the strong impact of the Uhuru Movement petition and even cite many of the conditions facing African people in the U.S. that are cited in the InPDUM Africans Charge Genocide petition.

This is one of the mainstream articles suming up the report of the UN Working Group. Similar aeticles appeared in U.S. News and World Report, the Huffington Post, The Root, Christian Science Monitor and many more.

These articles do not mention the International People's Democratic Uhuru Movement or any of the organizations that presented but they show the effects of and borrow phrasing from the petition of the Uhuru Movement. (Note: the full text of the petition was presented to the panel in the cities where InPDUM spoke)

[http://www.theepochtimes.com/n3/1954686-united-nations-group-suggests-us-should-consider-reparations-to-descendants-of-slavery/](http://www.theepochtimes.com/n3/1954686-united-nations-group-suggests-us-should-consider-reparations-to-descendants-of-slavery/)

This is a complete summation of the impact that was written by one of the comrades who traveled on the encampment and writes of its significance. This appears on Uhurunews.com

[http://uhurunews.com/story?resource_name=united-nations-suggests-reparations-to-africans-in-the-u-s-but-avoids-the-african-working-class](http://uhurunews.com/story?resource_name=united-nations-suggests-reparations-to-africans-in-the-u-s-but-avoids-the-african-working-class)

It was not logistically possible for the Uhuru Movement to take the AGM flag along on this encampment.

Previously you asked if people joined the encampment and joined the movement.

Yes, in so many ways.

In Chicago, community members offered their houses for rest and showers for the comrades on the encampment. Black community members came out to the encampment after hearing radio interviews with President Herdosia, brought food and stayed with them.

In New York someone offered a space that InPDUM could use for meetings and another person joined to lead up an InPDUM branch there.

In Washington, DC someone flew all the way from Iowa to join them and many forces joined the local DC branch.

Attached is the form of the petition that was used for signing on the streets.

Thank you! And Uhuru!