# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Cloud MBOX Emails

Record 115

| Tags | _2015 Summation Emails |
|---|---|

Cloud MBOX Emails

| | |
|---|---|
| To | Omali Yeshitela <omaliyesh@yahoo.com>, Ona Zene Yeshitela <onazene@gmail.com>, Luwezi Secretary General ASI <luwezi_asisecgen@yahoo.co.uk>, Chim Waller <chimurengawaller@yahoo.com>, Yejide Orunmila <ayeshamax@gmail.com>, Aisha Fields <aishabfields@gmail.com>, Aaron O'Neal <aarono3000@yahoo.com>, Kobina Bantushango <southeast@apspuhuru.org>, Jevon Gammon <jevon@ccdbr.org>, Gazi Kodzo <godgazi@gmail.com>, Penny Hess <pennyuhuru@gmail.com>, Jesse Nevel <jessenevel@gmail.com> |
| From | Gaida Kambon <gaida@apspuhuru.org> |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 10/1/2015 12:51:58.000 AM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 10/1/2015 12:54:50.000 AM |
| Subject | Summation and Direction of Party work |
| Body | From: The Office of Chairman Omali Yeshitela<br>To: The National Central Committee of APSP & APSC<br>Re: The Direction of APSP work coming from the<br>*September 30, 2015*<br><br>Uhuru APSP and APSC leadership,<br>Our Chairman has just return from his second trip to Russia, which has tremendous implications for the Party's work in the upcoming period! The outcome of these trips, especially the 2nd trip, will escalate our presence and sharpen our work tremendously!<br>  The Chairman's first trip to Russia based on the invitation of the Anti-Global Movement, (AGM)to attend its' conference, was a significant turning point for our Party. This was the first time in a very long time, that the African liberation movement was able to formally raise the question of self-determination for African people internationally in an anti-imperialist country.<br>  In attending the AGM conference, we did so recognizing that the Anti-Globalization Movement of Russia *(which more than likely represents a method by which the Russian Government is engaging the U.S. and Europe in serious struggle.)* is carrying out it's own agenda - to utilize forces inside of the U.S. to sew division inside the U.S. Likewise, our Party is clear that we also have our agenda - to place the question of African self-determination on the world's agenda and to win international allies for our National Liberation Struggle. The success of our first trip, facilitated our ability to embark on our 2nd trip to Russia on September 20, The Worldwide Conference for Self-sufficiency of oppressed people's. Our participation in the Worldwide Conference was qualitatively different as it afforded our Party the ability to speak on a forum of several groups some of who were waging struggles for the rights to control our own destinies among them, the Irish Republican Socialist Party, *IRSP* a group the Chairman visited in Belfast, Ireland in 1983 and the Catalan Solidarity for Independence Movement, fighting for succession from Spain, and who recently won the election in Spain.<br>  Worth noting was that there were no challenges to our claim of African National Identity! In addition, we are a part of the Declaration of self-determination that would go before the U.N. But the most important thing was that the Party spoke for all of Africa! Something that Marcus Mosiah Garvey did frequently and decisively! As explained by the Chairman upon his return, "We are claiming Africa. We are claiming leadership over Africa and every African on the planet, we speak for Africa!"<br>  This is the context in which we are determining our work for the upcoming period. We urge that you review the notes submitted here carefully and critically as we are embarking on a new level of important, challenging and defining work that requires that our entire leadership unite and participate in to insure it's success. Your review of the documents will be followed by a discussion of a Plan of Action that will be presented on how to carryout the areas identified in the document: *"Russian Resolutions from Chairman's trip."*<br><br>Please review the 2 attached documents.<br><br>Uhuru! |
| CC | Tammy Harris <adminasst@apspuhuru.org> |

Cloud MBOX Emails

| | | |
|---|---|---|
| | Headers | X-Gmail-Labels: Inbox,Important,APSC-PolBur-NCC,APSP_OOTC<br>Delivered-To: pennyuhuru@gmail.com<br>Received: by 10.36.69.26 with SMTP id y26csp230974ita; Wed, 30 Sep 2015 17:54:50 -0700 (PDT)<br>Received: from nm37-vm6.bullet.mail.gq1.yahoo.com (nm37-vm6.bullet.mail.gq1.yahoo.com. [98.136.216.253]) by mx.google.com with ESMTPS id p71si2742490iop.16.2015.09.30.17.54.50 for <pennyuhuru@gmail.com> (version=TLS1 cipher=ECDHE-RSA-RC4-SHA bits=128/128); Wed, 30 Sep 2015 17:54:50 -0700 (PDT)<br>Received: from [127.0.0.1] by nm37.bullet.mail.gq1.yahoo.com with NNFMP; 01 Oct 2015 00:54:48 -0000<br>Received: from [98.137.12.57] by nm37.bullet.mail.gq1.yahoo.com with NNFMP; 01 Oct 2015 00:52:00 -0000<br>Received: from [66.196.81.172] by tm2.bullet.mail.gq1.yahoo.com with NNFMP; 01 Oct 2015 00:51:59 -0000<br>Received: from [98.139.212.218] by tm18.bullet.mail.bf1.yahoo.com with NNFMP; 01 Oct 2015 00:51:59 -0000<br>Received: from [127.0.0.1] by omp1027.mail.bf1.yahoo.com with NNFMP; 01 Oct 2015 00:51:59 -0000<br>Received: by 76.13.26.79; Thu, 01 Oct 2015 00:51:58 +0000<br>X-Received: by 10.50.141.136 with SMTP id ro8mr328976igb.11.1443660890345; Wed, 30 Sep 2015 17:54:50 -0700 (PDT)<br>Return-Path: <gaida26@yahoo.com><br>Received-SPF: pass (google.com: domain of gaida26@yahoo.com designates 98.136.216.253 as permitted sender) client-ip=98.136.216.253;<br>Authentication-Results: mx.google.com; spf=pass (google.com: domain of gaida26@yahoo.com designates 98.136.216.253 as permitted sender) smtp.mailfrom=gaida26@yahoo.com; dkim=pass header.i=@yahoo.com<br>DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048; t=1443660888; bh=gvRNvdIW4JFzQNX+HxqPBKvQvZPmuyPJvqCCai1e8es=; h=Date:From:Reply-To:To:Cc:Subject:From:Subject;<br>b=cvnmE03A5PXix5FFxQxG0pFEcaXIln6SDYsd7TPU7pCMbsVY8EU9Z7uWfwqr8sLRvyPTNtZAlqph+p00pPM34PgNDYv21WsoZJnvRVZp1mEVOXELv5gTMQvYSg0CWc5CWAkQTOXFjOZLuGjRVXOrf1Kqt9dBpdjd1jTvnQUgiYl7PKmSXkEueoW16GD09okFSGDVDRtIsZvryDXGCeCemL2bVDy1tsaG4RrZkP1bPjc531yCgvx0ectN8h1VIbQUNtv5BOjWAbAQ36mWUS1J8itlifTevsd5RrnwQWvuJs1z0UvX/Fcc2AytjzUqofN0mhUv3ZEMcheTPktn/okXUA==<br>X-Yahoo-Newman-Property: ymail-4<br>X-Yahoo-Newman-Id: 353243.84021.bm@omp1027.mail.bf1.yahoo.com<br>X-YMail-OSG: CkeYuG4VM1kCHBVLxLMKixxO2kq56MUKDyCIJc4a2gsjzLeMLZDY48HS1MdDqEwpQGcX3L_sRkXT<br>MBjA5Qp2pGOnZ5nTp5mBvrAr5ofMuRBl1kBdsMXqyqZZYlcFOhhiEv8KsxOJ.RrlYwcZWWF7s5OJvYrvl3hsTdN0.<br>gvknjdb5LqZ7dVlgWvulnDZO_HD2txC3qU45fHLyFZqCmUtLVijtOVfQ5_RvWx5vj0zpAP3heRGMmzTKazJBvfWqdRP50E8hURcVPuENvCZZdGUmWrSQZxO2vYfJpNa.IPqgxXnjmrmGsbPUWXCsXVcxtUtioW7dUK7B2AYUNAECeB6cfLwpxXguUI0nnW6AXnSTStQIm5dhr7QTBig9X1Nausr3A1NPgi2oWgCNVuCoIqr3N9hee4f2cMCNxlrPyezVwQtyXiMPJbXvCJFk32<br>JDWOrvUgj.NoNj_OI073i8UhnHqs1dGOrZWmuMhpdeg3QexODNOhs.Y1YqHDdTL4mdt10CuR6uGK 8a3xgXYm0DT5f.qvlAySLdg--<br>Date: Thu, 1 Oct 2015 00:51:58 +0000 (UTC)<br>From: "Gaida Kambon" <gaida@apspuhuru.org><br>Reply-To: "Gaida Kambon" <gaida@apspuhuru.org><br>To: "Omali Yeshitela" <omaliyesh@yahoo.com>, "Ona Zene Yeshitela" <onazene@gmail.com>, "Luwezi Secretary General ASI" <luwezi_asisecgen@yahoo.co.uk>, "Chim Waller" <chimurengawaller@yahoo.com>, "Yejide Orunmila" <ayeshamax@gmail.com>, "Aisha Fields" <aishabfields@gmail.com>, "Aaron O'Neal" <aarono3000@yahoo.com>, "Kobina Bantushango" <southeast@apspuhuru.org>, "Jevon Gammon" <jevon@ccdbr.org>, "Gazi Kodzo" <godgazi@gmail.com>, "Penny Hess" <penny |

Cloud MBOX Emails

| | |
|---|---|
| Headers | uhuru@gmail.com>, "Jesse Nevel" <jessenevel@gmail.com> |
| | Cc: "Tammy Harris" <adminasst@apspuhuru.org> |
| | Message-ID: <2056246996.3548437.1443660718407.JavaMail.yahoo@mail.yahoo.com> |
| | Subject: Summation and Direction of Party work |
| | MIME-Version: 1.0 |
| | Content-Type: multipart/mixed; boundary="----=_Part_3548436_1969541864.1443660718407" |
| | Content-Length: 75809 |
| Attachments | 09-23-2015-Russia-AGM-Conference-Summation-Minutes.docx, Russian resolutions from Chair's trip 2.docx |
| Source | • 7821524-20211028-1&2.zip\pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Location | • pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Evidence number | • QTP171_Google_pennyuhuru |
| Recovery method | • Parsing |
| Item ID | 154420 |