# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Cloud MBOX Emails

| | | |
|---|---|---|
| **Record 118** | | |
| | Tags | _2015 Summation Emails |
| | To | "apsc-ncc@listbox.com" <apsc-ncc@listbox.com>, Sandy Thompson <Sandrauhuru@yahoo.com>, pete yaroschuk <peteyaroschuk@gmail.com>, Jeanine Griswa <jeanine@griswak.net>, Johann Bedingfield <johannuhuru@gmail.com>, Penny Hess <pennyuhuru@gmail.com> |
| | From | Penny Hess <pennyuhuru@gmail.com> |
| | Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 10/1/2015 12:06:42.000 PM |

Cloud MBOX Emails

| | |
|---|---|
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 10/1/2015 12:06:42.000 PM |
| Subject | From SG Gaida Kambon: Summation and Direction of Party work |
| Body | Uhuru Comrades!<br>Please read and confirm!<br>Thank you. p<br><br>From: The Office of Chairman Omali Yeshitela<br><br>To:    The National Central Committee of APSP & APSC<br>Re:    The Direction of APSP work coming from the<br>September 30, 2015<br><br>Uhuru APSP and APSC leadership,<br>Our Chairman has just return from his second trip to Russia, which has tremendous implications for the Party's work in the upcoming period! The outcome of these trips, especially the 2nd trip, will escalate our presence and sharpen our work tremendously!<br>The Chairman's first trip to Russia based on the invitation of the Anti-Global Movement, (AGM)to attend its' conference, was a significant turning point for our Party. This was the first time in a very long time, that the African liberation movement was able to formally raise the question of self-determination for African people internationally in an anti-imperialist country.<br>In attending the AGM conference, we did so recognizing that the Anti-Globalization Movement of Russia *(which more than likely represents a method by which the Russian Government is engaging the U.S. and Europe in serious struggle.)* is carrying out it's own agenda - to utilize forces inside of the U.S. to sew division inside the U.S. Likewise, our Party is clear that we also have our agenda - to place the question of African self-determination on the world's agenda and to win international allies for our National Liberation Struggle. The success of our first trip, facilitated our ability to embark on our 2nd trip to Russia on September 20, The Worldwide Conference for Self-sufficiency of oppressed people's. Our participation in the Worldwide Conference was qualitatively different as it afforded our Party the ability to speak on a forum of several groups some of who were waging struggles for the rights to control our own destinies among them, the Irish Republican Socialist Party, IRSP a group the Chairman visited in Belfast, Ireland in 1983 and the Catalan Solidarity for Independence Movement, fighting for succession from Spain, and who recently won the election in Spain.<br>Worth noting was that there were no challenges to our claim of African National Identity! In addition, we are a part of the Declaration of self-determination that would go before the U.N. But the most important thing was that the Party spoke for all of Africa! Something that Marcus Mosiah Garvey did frequently and decisively! As explained by the Chairman upon his return, "We are claiming Africa. We are claiming leadership over Africa and every African on the planet, we speak for Africa!"<br>This is the context in which we are determining our work for the upcoming period. We urge that you review the notes submitted here carefully and critically as we are embarking on a new level of important, challenging and defining work that requires that our entire leadership unite and participate in to insure it's success. Your review of the documents will be followed by a discussion of a Plan of Action that will be presented on how to carryout the areas identified in the document: *"Russian Resolutions from Chairman's trip."*<br><br>Please review the 2 attached documents.<br><br>Uhuru! |
| Headers | X-Gmail-Labels: Sent,Inbox,Important<br>MIME-Version: 1.0<br>Received: by 10.36.2.198 with HTTP; Thu, 1 Oct 2015 05:06:42 -0700 (PDT)<br>Date: Thu, 1 Oct 2015 08:06:42 -0400<br>Delivered-To: pennyuhuru@gmail.com<br>Message-ID: <CAEPwHSga8vT3+vHwPtfxxYiMTSnz5naCG_a3PNhJiDDoJepb+Q@mail.gmail.com><br>Subject: From SG Gaida Kambon: Summation and Direction of Party work<br>From: "Penny Hess" <pennyuhuru@gmail.com><br>To: "apsc-ncc@listbox.com" <apsc-ncc@listbox.com>, "Sandy Thompson" <Sandrauhuru@yahoo.com>, "pete yaroschuk" <peteyaroschuk@gmail.com>, "Jeanine Griswa" <jeanine@griswak.net>, "Johann Bedingfield" <johannuhuru@gmail.com>, "Penny Hess" <pennyuhuru@gmail.com><br>Content-Type: multipart/mixed; boundary="94eb2c05c81857b5dd052109e15c" |
| Attachments | 09-23-2015-Russia-AGM-Conference-Summation-Minutes.docx, Russian resolutions from Chair's trip 2.docx |
| Source Location | • 7821524-20211028-1&2.zip\pennyuhuru@gmail.com.Gmail.Content.000.mbox<br>• pennyuhuru@gmail.com.Gmail.Content.000.mbox |

Cloud MBOX Emails

| | | |
|---:|:---:|:---|
| Evidence number | • | QTP171_Google_pennyuhuru |
| Recovery method | • | Parsing |
| Item ID | 154442 | |