# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Cloud MBOX Emails

Record 172

| | |
|---|---|
| Tags | _2016 Encampment Tour |
| To | Penny Hess <pennyuhuru@gmail.com>, Omali Yeshitela <omaliyesh@apspuhuru.org> |
| From | Tammy Harris <harris.tammy63@yahoo.com> |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 1/17/2016 2:30:01.000 AM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 1/17/2016 2:32:51.000 AM |
| Subject | Re: Fw: meeting with russians |
| Body | Uhuru! I sent a message to Anastacia.<br><br>Tammy Harris<br>Chief of Staff<br><br>"BUILD YOUR OFFICES TO CAPACITY" UHURU!<br><br>On Saturday, January 16, 2016 6:07 PM, Penny Hess <pennyuhuru@gmail.com> wrote:<br><br>OK, I will notify them.<br><br>On Sat, Jan 16, 2016 at 5:16 PM, Omali Yeshitela <omaliyesh@apspuhuru.org> wrote:<br><br>Omali Yeshitela, Chairman APSP USA One Africa! One Nation! High Revolutionary Discipline! High Revolutionary Morale!<br><br>--- On Sat, 1/16/16, Omali Yeshitela <omaliyesh@apspuhuru.org> wrote:<br><br>> From: Omali Yeshitela <omaliyesh@apspuhuru.org><br>> Subject: meeting with russians<br>> To: "Penny Hess" <pennyuhuru@yahoo.com><br>> Cc: "tammy harris" <adminasst@apspuhuru.org><br>> Date: Saturday, January 16, 2016, 4:13 PM<br>> Uhuru!<br>> Have the Russians been notified that we want to meet at 10<br>> a.m. Eastern on Monday? We should let them know now if we<br>> have not already done so.<br>><br>> Omali Yeshitela, Chairman APSP USA One Africa! One Nation!<br>> High Revolutionary Discipline! High Revolutionary Morale!<br>> |

Cloud MBOX Emails

| | | |
|---|---|---|
| | Headers | X-Gmail-Labels: Inbox,Important<br>Delivered-To: pennyuhuru@gmail.com<br>Received: by 10.36.25.205 with SMTP id b196csp1411243itb; Sat, 16 Jan 2016 18:32:51 -0800 (PST)<br>Received: from nm33-vm5.bullet.mail.ne1.yahoo.com (nm33-vm5.bullet.mail.ne1.yahoo.com. [98.138.229.69]) by mx.google.com with ESMTPS id f2si16747936igg.6.2016.01.16.18.32.51 for <pennyuhuru@gmail.com> (version=TLS1 cipher=ECDHE-RSA-AES128-SHA bits=128/128); Sat, 16 Jan 2016 18:32:51 -0800 (PST)<br>Received: from [127.0.0.1] by nm33.bullet.mail.ne1.yahoo.com with NNFMP; 17 Jan 2016 02:32:51 -0000<br>Received: from [98.138.100.118] by nm33.bullet.mail.ne1.yahoo.com with NNFMP; 17 Jan 2016 02:30:03 -0000<br>Received: from [98.139.215.143] by tm109.bullet.mail.ne1.yahoo.com with NNFMP; 17 Jan 2016 02:30:03 -0000<br>Received: from [98.139.212.213] by tm14.bullet.mail.bf1.yahoo.com with NNFMP; 17 Jan 2016 02:30:03 -0000<br>Received: from [127.0.0.1] by omp1022.mail.bf1.yahoo.com with NNFMP; 17 Jan 2016 02:30:03 -0000<br>Received: by 76.13.27.49; Sun, 17 Jan 2016 02:30:03 +0000<br>X-Received: by 10.50.30.69 with SMTP id q5mr5400587igh.78.1452997971658; Sat, 16 Jan 2016 18:32:51 -0800 (PST)<br>Return-Path: <harris.tammy63@yahoo.com><br>Received-SPF: pass (google.com: domain of harris.tammy63@yahoo.com designates 98.138.229.69 as permitted sender) client-ip=98.138.229.69;<br>Authentication-Results: mx.google.com; spf=pass (google.com: domain of harris.tammy63@yahoo.com designates 98.138.229.69 as permitted sender) smtp.mailfrom=harris.tammy63@yahoo.com; dkim=pass header.i=@yahoo.com; dmarc=pass (p=REJECT dis=NONE) header.from=yahoo.com<br>DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048; t=1452997971; bh=RYylXQNZIHqwcRR8MYhiPZVOFusYMSAMXtsX7sX6AMQ=; h=Date:From:Reply-To:To:In-Reply-To:Refer<br>ences:Subject:From:Subject; b=SwcneVw8HygwaZDx9Su8aoJEqdFix/XAImYEQZ1dUic13DjXaiK1aUqntqXF<br>bECUQmdET5Y1cvqdkNfKQid6460QKJlwyvLNDKkaHt0cn3Tl5vQ+qrEQoQCOBsXxJo8rjjkRyFL1IVxOw20x3vSFZj<br><br>+UujETjpfI6fKKEd9R2SHNCYutqFgAucdr+NXUUkcrrgC+A06qy5QZriPUXuFicWmrI3mzpltVZLqK8mmC+r8Nmql4<br><br>meQpCMUswXtEWzLsQenIAYy7LfkMkKPlwTMHMAAPj4ENUqU9KI02bjxh3dSF06Q76aOXoi3gJ9K/+EoPsuLz5MARpG<br><br>+Fg4ZzMGOtIA==<br>X-Yahoo-Newman-Property: ymail-4<br>X-Yahoo-Newman-Id: 603748.56630.bm@omp1022.mail.bf1.yahoo.com<br>X-YMail-OSG: lcYj1.4VM1lVh2ksfxfuV4k8gF0FtNT4TcBRkUsl8kZZ7Kzfv3n.G7XToaKxFTh ki9_z9CIf1rX3 vBxxJUMGif72.m353Jkw1vu2MeXO6OFvFzAVeIZcMliW_XCrsEyTmtOlFFa4g.D<br>MjpQVBIZd13FgSfAAKn2ZPBvl_<br>YhKWkyexXBY3CNfR84Qe0kCbgXUYALaN4ZLF1GJ7GknW0Q5HEG<br>yeJd4K0zreCU_D6HPHZgkoU_wjjn4ByGrYR1iUC<br>rob1294tmNzv.buzZa1FEhSsu49LkaTw_LktP<br>CfexiMPMLh86Z6bC8QeF379c3klbd.KFdvdxKq2lwEJOirQjZnjz<br>NN2CeDDxPjnXr8w5m1ifj4oR<br>mqUM5kcR4FHUCV8Qp3yMCYjde0HaI4BxsnhA6j3i4k3WJThHZMZePppf5_BQYvazm<br>_Wc3jyPLC4P<br>HtXeh6zgIM7HqKQhJ0QuoMdbJGJcqQi4IC2XGQjs2fVDh.L33yGP8wSATIPlWjVFVRQVhUzJY057 P A7ysrcW5j0vvIxw5fcBrf1OcNxRrGob_4ANT<br>Date: Sun, 17 Jan 2016 02:30:01 +0000 (UTC)<br>From: "Tammy Harris" <harris.tammy63@yahoo.com><br>Reply-To: "Tammy Harris" <harris.tammy63@yahoo.com><br>To: "Penny Hess" <pennyuhuru@gmail.com>, "Omali Yeshitela" <omaliyesh@apspuhuru.org><br>Message-ID: <928474972.1044007.1452997801074.JavaMail.yahoo@mail.yahoo.com><br>In-Reply-To: <CAEPwHSg7MDHEA_T1YjMV0E_Cxzp+3XCo5xGubdzwqwVmKVb_-A@mail.gmail.com><br>References: <CAEPwHSg7MDHEA_T1YjMV0E_Cxzp+3XCo5xGubdzwqwVmKVb_-A@mail.gmail.com> |
| | Headers | Subject: Re: Fw: meeting with russians<br>MIME-Version: 1.0<br>Content-Type: multipart/alternative; boundary="----=_Part_1044006_1950338775.1452997801071"<br>Content-Length: 4485 |
| | Source | • 7821524-20211028-1&2.zip\pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| | Location | • pennyuhuru@gmail.com.Gmail.Content.000.mbox |

Cloud MBOX Emails

| | |
|---|---|
| Evidence number | • QTP171_Google_pennyuhuru |
| Recovery method | • Parsing |
| Item ID | 157227 |

Record 173

| | |
|---|---|
| Tags | _2016 Encampment Tour |
| To | herdosia bentum <herdosiauhuru@gmail.com>, Omali Yeshitela <Omaliyesh@apspuhuru.org>, Tammy Harris <harris.tammy63@yahoo.com>, gaida kambon <gaida26@yahoo.com>, Denise Justice <triquad4@gmail.com>, Wil Lockett <wlocke000@yahoo.com> |
| From | Penny Hess <pennyuhuru@gmail.com> |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 1/17/2016 9:13:37.000 PM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 1/17/2016 9:13:37.000 PM |
| Subject | Letter to Russians about InPDUM actions |
| Body | Uhuru President Herdosia and all<br><br>here is the letter (and a letterhead I made up if you need it for the letters you are writing to other groups)<br><br>I would propose that the letter be signed by the secretary of InPDUM. We don't need physical signature--just need the name of the person.<br><br>Please make any suggestions. I would like to get it in with the updated budget to Anastasia tonight so they will have it in the morning when they arrive to their office.<br><br>Please let me know about your input and I will make changes.<br><br>Thank you<br>Penny |
| Headers | X-Gmail-Labels: Sent,Important<br>MIME-Version: 1.0<br>Received: by 10.36.84.198 with HTTP; Sun, 17 Jan 2016 13:13:37 -0800 (PST)<br>Date: Sun, 17 Jan 2016 16:13:37 -0500<br>Delivered-To: pennyuhuru@gmail.com<br>Message-ID: <CAEPwHSjAYUropznuWgmFzbqeEQFSUXBWfyJD3TPn-KnMA+0L8A@mail.gmail.com><br>Subject: Letter to Russians about InPDUM actions<br>From: "Penny Hess" <pennyuhuru@gmail.com><br>To: "herdosia bentum" <herdosiauhuru@gmail.com>, "Omali Yeshitela" <Omaliyesh@apspuhuru.org>, "Tammy Harris" <harris.tammy63@yahoo.com>, "gaida kambon" <gaida26@yahoo.com>, "Denise Justice" <triquad4@gmail.com>, "Wil Lockett" <wlocke000@yahoo.com><br>Content-Type: multipart/mixed; boundary="001a11448b361954ff05298e1c8c" |
| Attachments | 2016-InPDUM-Action-Letter-1-17.docx |
| Source | • 7821524-20211028-1&2.zip\pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Location | • pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Evidence number | • QTP171_Google_pennyuhuru |
| Recovery method | • Parsing |
| Item ID | 157249 |

Record 174

| | |
|---|---|
| Tags | _2016 Encampment Tour |
| To | Omali Yeshitela <omaliyesh@yahoo.com> |
| From | Penny Hess <pennyuhuru@gmail.com> |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 1/18/2016 1:33:04.000 AM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 1/18/2016 1:33:04.000 AM |
| Subject | Re: Letter to Russians about InPDUM actions |

Cloud MBOX Emails

| | |
|---|---|
| Body | Uhuru to all<br><br>I am sending the letter that has been updated with input from the Chairman and signed by me as a representative of the Chairman's office and I am sending the updated POA with the budget now to the Russians via Facebook messenger.<br><br>Attached is the updated letter<br><br>On Sun, Jan 17, 2016 at 6:14 PM, Omali Yeshitela <omaliyesh@yahoo.com> wrote:<br>   Uhuru! Penny;<br>   I think the letter is pretty good, I would change the part that states that most of InPDUM's leaders are women. I don't think that is significant, although it is important to say that many of the participants will be women and their children, etc. Also, I think it would be good to state that we are moving with their suggestion to do the tents although we are modifying it to be more effective and reach more people in the different cities. Also, we spokd of these tent operations as buidups for another possible, prolonged vigil in Chicago at Homan Square in April.<br><br>   Omali Yeshitela, Chairman APSP USA One Africa! One Nation! High Revolutionary Discipline! High Revolutionary Morale!<br><br>   --------------------------------------------<br>   On Sun, 1/17/16, Penny Hess <pennyuhuru@gmail.com> wrote:<br><br>   Subject: Letter to Russians about InPDUM actions<br>   To: "herdosia bentum" <herdosiauhuru@gmail.com>, "Omali Yeshitela" <Omaliyesh@apspuhuru.org>, "Tammy Harris" <harris.tammy63@yahoo.com>, "gaida kambon" <gaida26@yahoo.com>, "Denise Justice" <triquad4@gmail.com>, "Wil Lockett" <wlocke000@yahoo.com><br>   Date: Sunday, January 17, 2016, 3:13 PM<br><br>   Uhuru President<br>   Herdosia and all<br>   here is the letter (and a letterhead I made up if<br>   you need it for the letters you are writing to other<br>   groups)<br>   I would propose that the letter be signed by the<br>   secretary of InPDUM. We don't need physical<br>   signature--just need the name of the person.<br>   Please make any suggestions. I would like to get<br>   it in with the updated budget to Anastasia tonight so they<br>   will have it in the morning when they arrive to their<br>   office.<br>   Please let me know about your input and I will<br>   make changes.<br>   Thank youPenny |
| CC | herdosia bentum <herdosiauhuru@gmail.com>, Omali Yeshitela <Omaliyesh@apspuhuru.org>, Tammy Harris <harris.tammy63@yahoo.com>, gaida kambon <gaida26@yahoo.com>, Denise Justice <triquad4@gmail.com>, Wil Lockett <wlocke000@yahoo.com> |
| Headers | X-Gmail-Labels: Sent<br>MIME-Version: 1.0<br>Received: by 10.36.84.198 with HTTP; Sun, 17 Jan 2016 17:33:04 -0800 (PST)<br>In-Reply-To: <1068211340.6359093.1453072487305.JavaMail.yahoo@mail.yahoo.com><br>References: <1068211340.6359093.1453072487305.JavaMail.yahoo.ref@mail.yahoo.com> <1068211340.6359093.1453072487305.JavaMail.yahoo@mail.yahoo.com><br>Date: Sun, 17 Jan 2016 20:33:04 -0500<br>Delivered-To: pennyuhuru@gmail.com<br>Message-ID: <CAEPwHShfsiXmyR3D0M=XR=4nvKKxQFi05v9qne8tCNTaDv2-bw@mail.gmail.com><br>Subject: Re: Letter to Russians about InPDUM actions<br>From: "Penny Hess" <pennyuhuru@gmail.com><br>To: "Omali Yeshitela" <omaliyesh@yahoo.com><br>Cc: "herdosia bentum" <herdosiauhuru@gmail.com>, "Omali Yeshitela" <Omaliyesh@apspuhuru.org>, "Tammy Harris" <harris.tammy63@yahoo.com>, "gaida kambon" <gaida26@yahoo.com>, "Denise Justice" <triquad4@gmail.com>, "Wil Lockett" <wlocke000@yahoo.com><br>Content-Type: multipart/mixed; boundary="94eb2c05ff90f7f65b052991bbcd" |
| Attachments | 2016-InPDUM-Action-Letter-1-17-update.docx |
| Source | • 7821524-20211028-1&2.zip\pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Location | • pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Evidence number | • QTP171_Google_pennyuhuru |
| Recovery method | • Parsing |
| Item ID | 157257 |

Cloud MBOX Emails

Record 175

| | |
|---|---|
| Tags | _2016 Encampment Tour |
| To | Omali Yeshitela <omaliyesh@yahoo.com>, gaida kambon <gaida26@yahoo.com>, Tammy Harris <harris.tammy63@yahoo.com>, herdosia bentum <herdosiauhuru@gmail.com>, Jevon Gammon <jevon@ccdbr.org>, Sandy Thompson <Sandrauhuru@yahoo.com>, Lisa Watson <yayawatson@gmail.com> |
| From | Penny Hess <pennyuhuru@gmail.com> |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 1/23/2016 12:17:10.000 PM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 1/23/2016 12:17:10.000 PM |
| Subject | Russians need video, photos and sum up of the action |
| Body | Uhuru Chairman, SG Gaida and all: <br><br> This message is from the Russians calling for photos, videos and written reports on the encampment. Also calling for a sum up event after it is over. Please read message from Anastacia: <br><br> "Penny, we are going to transfer money as soon as possible. We kindly ask you to organize a great event and to give us links or send a report about the action. We need everything in details: where the action took place, how many people attended, how many contacts and signatures you got, what is the reaction of the society and the government, etc. We also need photos and probably videos from the action." <br><br> Please let me know who will coordinate the video and photos and uploading to Facebook. Thanks p |
| Headers | X-Gmail-Labels: Sent,Important <br> MIME-Version: 1.0 <br> Received: by 10.36.84.198 with HTTP; Sat, 23 Jan 2016 04:17:10 -0800 (PST) <br> Date: Sat, 23 Jan 2016 07:17:10 -0500 <br> Delivered-To: pennyuhuru@gmail.com <br> Message-ID: <CAEPwHSisiDHD-cs1xkcfTLb6VPArNZkWtwb5id2v6n__8=vgLQ@mail.gmail.com> <br> Subject: Russians need video, photos and sum up of the action <br> From: "Penny Hess" <pennyuhuru@gmail.com> <br> To: "Omali Yeshitela" <omaliyesh@yahoo.com>, "gaida kambon" <gaida26@yahoo.com>, "Tammy Harris" <harris.tammy63@yahoo.com>, "herdosia bentum" <herdosiauhuru@gmail.com>, "Jevon Gammon" <jevon@ccdbr.org>, "Sandy Thompson" <Sandrauhuru@yahoo.com>, "Lisa Watson" <yayawatson@gmail.com> <br> Content-Type: multipart/alternative; boundary="001a11448b36b023c30529ff5003" |
| Source | • 7821524-20211028-1&2.zip\pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Location | • pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Evidence number | • QTP171_Google_pennyuhuru |
| Recovery method | • Parsing |
| Item ID | 157532 |

Record 176

| | |
|---|---|
| Tags | _2016 Encampment Tour |
| To | Omali Yeshitela <Omaliyesh@apspuhuru.org>, Tammy Harris <harris.tammy63@yahoo.com>, gaida kambon <gaida26@yahoo.com>, Sandy Thompson <Sandrauhuru@yahoo.com>, Sandra Forrest <sforrest@uhurunews.com>, Jevon Gee <Uhurujay@gmail.com> |
| From | Penny Hess <pennyuhuru@gmail.com> |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 1/23/2016 12:14:23.000 PM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 1/23/2016 12:14:23.000 PM |
| Subject | Russians need media contact asap for encampment! |
| Body | Uhuru Jevon/Sandy <br> Please respond to Anastasia via Facebook Messenger regarding this message. She is Anastacia Promskaya on FB. Here is her message: <br><br> Please send us the contacts of a person, who can be responsible for the media requets, as we would like to share information about the action with Russian and foreign media. Thank you! <br><br> Please confirm that this is happening. <br> Penny |

Cloud MBOX Emails

| | |
|---|---|
| Headers | X-Gmail-Labels: Sent,Important<br>MIME-Version: 1.0<br>Received: by 10.36.84.198 with HTTP; Sat, 23 Jan 2016 04:14:23 -0800 (PST)<br>Date: Sat, 23 Jan 2016 07:14:23 -0500<br>Delivered-To: pennyuhuru@gmail.com<br>Message-ID: <CAEPwHSgqa+tWR-oNB3JZTJkqDpVJPQUmHw=orkAhvEppUpYcZg@mail.gmail.com><br>Subject: Russians need media contact asap for encampment!<br>From: "Penny Hess" <pennyuhuru@gmail.com><br>To: "Omali Yeshitela" <Omaliyesh@apspuhuru.org>, "Tammy Harris" <harris.tammy63@yahoo.com>, "gaida kambon" <gaida26@yahoo.com>, "Sandy Thompson" <Sandrauhuru@yahoo.com>, "Sandra Fo<br>rrest" <sforrest@uhurunews.com>, "Jevon Gee" <Uhurujay@gmail.com><br>Content-Type: multipart/alternative; boundary="94eb2c05ce96bd46c30529ff46ae" |
| Source | • 7821524-20211028-1&2.zip\pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Location | • pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Evidence number | • QTP171_Google_pennyuhuru |
| Recovery method | • Parsing |
| Item ID | 157533 |

Record 177

| | |
|---|---|
| Tags | _2016 Encampment Tour |
| To | Penny Hess <pennyuhuru@gmail.com>, Omali Yeshitela <omaliyesh@yahoo.com>, gaida kambon <gaida26@yahoo.com>, herdosia bentum <herdosiauhuru@gmail.com>, Jevon Gammon <jevon@ccdbr.org>, Sandy Thompson <Sandrauhuru@yahoo.com>, Lisa Watson <yayawatson@gmail.com> |
| From | Tammy Harris <harris.tammy63@yahoo.com> |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 1/23/2016 2:30:23.000 PM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 1/23/2016 2:30:25.000 PM |
| Subject | Re: Russians need video, photos and sum up of the action |
| Body | Uhuru! Penny, got it.<br><br>Per Jevon<br>Jackson - Jay & cleo are responsible for getting pic and video<br>Chicago-Wil and Sarah are responsible<br>New York - Day and Otecka<br>DC- Yejide and Yaw Grant<br><br>I will find out from Jevon who is responsible for getting all of the footage up on utube and facebook.<br><br>Tammy Harris<br>Chief of Staff<br><br>"BUILD YOUR OFFICES TO CAPACITY" UHURU!<br><br>On Saturday, January 23, 2016 7:17 AM, Penny Hess <pennyuhuru@gmail.com> wrote:<br><br>Uhuru Chairman, SG Gaida and all:<br><br>This message is from the Russians calling for photos, videos and written reports on the encampment. Also calling for a sum up event after it is over. Please read message from Anastacia:<br><br>"Penny, we are going to transfer money as soon as possible. We kindly ask you to organize a great event and to give us links or send a report about the action. We need everything in details: where the action took place, how many people attended, how many contacts and signatures you got, what is the reaction of the society and the government, etc. We also need photos and probably videos from the action."<br><br>Please let me know who will coordinate the video and photos and uploading to Facebook. Thanks p |

Cloud MBOX Emails

| | | |
|---|---|---|
| | Headers | X-Gmail-Labels: Inbox,Important<br>Delivered-To: pennyuhuru@gmail.com<br>Received: by 10.36.25.205 with SMTP id b196csp423282itb; Sat, 23 Jan 2016 06:30:25 -0800 (PST)<br>Received: from nm8-vm0.bullet.mail.bf1.yahoo.com (nm8-vm0.bullet.mail.bf1.yahoo.com. [98.139.213.95]) by mx.google.com with ESMTPS id r71si13267859qha.23.2016.01.23.06.30.24 for <pennyuhuru@gmail.com> (version=TLS1 cipher=ECDHE-RSA-AES128-SHA bits=128/128); Sat, 23 Jan 2016 06:30:25 -0800 (PST)<br>Received: from [98.139.215.143] by nm8.bullet.mail.bf1.yahoo.com with NNFMP; 23 Jan 2016 14:30:24 -0000<br>Received: from [98.139.212.205] by tm14.bullet.mail.bf1.yahoo.com with NNFMP; 23 Jan 2016 14:30:24 -0000<br>Received: from [127.0.0.1] by omp1014.mail.bf1.yahoo.com with NNFMP; 23 Jan 2016 14:30:24 -0000<br>Received: by 66.196.80.124; Sat, 23 Jan 2016 14:30:23 +0000<br>X-Received: by 10.55.81.2 with SMTP id f2mr10521189qkb.87.1453559425043; Sat, 23 Jan 2016 06:30:25 -0800 (PST)<br>Return-Path: <harris.tammy63@yahoo.com><br>Received-SPF: pass (google.com: domain of harris.tammy63@yahoo.com designates 98.139.213.95 as permitted sender) client-ip=98.139.213.95;<br>Authentication-Results: mx.google.com; spf=pass (google.com: domain of harris.tammy63@yahoo.com designates 98.139.213.95 as permitted sender) smtp.mailfrom=harris.tammy63@yahoo.com; dkim=pass header.i=@yahoo.com; dmarc=pass (p=REJECT dis=NONE) header.from=yahoo.com<br>DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048; t=1453559424; bh=t3SH9Y843lhad5058bbh4a2rYOXDgv1FGkV9ROEdm0g=; h=Date:From:Reply-To:To:In-Reply-To:Refer<br>ences:Subject:From:Subject;<br>b=GrNHQgoZ7UQorC4V2D5M4k5sFWumwEj/r18zJ2Z9DPLBVJcUEUwoocoWO5j7 8WESzyqEpTZEc02PAKxdZt8MB0vhTTncFx4puDci2YT2M0YkAP5f6r5VL85B3fgL26hg8wO32eK5eaoTJXw7HTcJr+<br>EpSNyCZfwwn9M6Zm+eVBFBAQW4WlsDwRtHLvrQ68h5rdCUNTqlB5i44zJFEOGHOcpr0TbDqnN+AoFWj1OSoqDGE/H2<br>PURUPMjtA+9/xyIST8JkpwMVORTG1HIEzkFZxnCXtYWaCy8u3lm87Yg36D2aeg9mPngmP55qsVfPeRBJ469LZyVqYl<br>eSSeaLcpGQsw==<br>X-Yahoo-Newman-Property: ymail-3<br>X-Yahoo-Newman-Id: 311562.42045.bm@omp1014.mail.bf1.yahoo.com<br>X-YMail-OSG: X74gUJ4VM1nisnSCA_Bj606RALdHK_IAvy3ChWCRkROLJFWKkuOtG3ZtbJpjBmi NMQPoJg.fS1Hy<br>T1Ds561sxDN_dtbowi012gYovooSONDXr9Y6pclwbrWR8VYhMqWLwJi30wDJ0Gc AdRudd9kfZSI0ghTaUP4giwoAw<br>Q275VyJHwK1vL9YQyvYYsAStu5pyjLirqQbdkNLqNz_g.UjwTH YkHHw.Rcb8wL8ypOr9bPSAROxiQvQ8XwjqIrhoB<br>1gbJ2TvUZcuXBvJ7_y8GQpbO8iWhcHZmba3CF lFbW0Qz7.6c5w_ePToZhUhpcDz7TOgu4RHzY_7DIy06gl_T8xFXR<br>4opN6FI5TtFaO.tq4MDhV2Ae VXHnGkbqCYaM3dS8Pfx6zliN4yZM8PIJAOPQV7jou5AtoGJcF_UrZ60RRZaV0T1cg<br>fFEkrTd8xbQ CoN6EACnwSBxoZBl1fZEBvMGhacPseA9zCoXwkFM.TzJ9Hy2FpLIp6lapO6temVriSG4hIJPgmVH y<br>_gVxGDqE_bv8gqqKFQA-<br>Date: Sat, 23 Jan 2016 14:30:23 +0000 (UTC)<br>From: "Tammy Harris" <harris.tammy63@yahoo.com><br>Reply-To: "Tammy Harris" <harris.tammy63@yahoo.com><br>To: "Penny Hess" <pennyuhuru@gmail.com>, "Omali Yeshitela" <omaliyesh@yahoo.com>, "gaida kambon" <gaida26@yahoo.com>, "herdosia bentum" <herdosiauhuru@gmail.com>, "Jevon Gammon" <jevon@ccdbr.org>, "Sandy Thompson" <Sandrauhuru@yahoo.com>, "Lisa Watson" <yayawatson@gmail.com><br>Message-ID: <1668209979.186041.1453559423100.JavaMail.yahoo@mail.yahoo.com><br>In-Reply-To: <CAEPwHSisiDHD-cs1xkcfTLb6VPArNZkWtwb5id2v6n__8=vgLQ@mail.gmail.com><br>References: <CAEPwHSisiDHD-cs1xkcfTLb6VPArNZkWtwb5id2v6n__8=vgLQ@mail.gmail.com><br>Subject: Re: Russians need video, photos and sum up of the action |

Cloud MBOX Emails

| | |
|---|---|
| Headers | MIME-Version: 1.0<br>Content-Type: multipart/alternative; boundary="----=_Part_186040_1539527157.1453559423096"<br><br>Content-Length: 4896 |
| Source | • 7821524-20211028-1&2.zip\pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Location | • pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Evidence number | • QTP171_Google_pennyuhuru |
| Recovery method | • Parsing |
| Item ID | 157544 |

Record 178

| | |
|---|---|
| Tags | _2016 Encampment Tour |
| To | Penny Hess <pennyuhuru@gmail.com>, Omali Yeshitela <omaliyesh@yahoo.com>, gaida kambon <gaida26@yahoo.com>, herdosia bentum <herdosiauhuru@gmail.com>, Jevon Gammon <jevon@ccdbr.org>, Sandy Thompson <Sandrauhuru@yahoo.com>, Lisa Watson <yayawatson@gmail.com> |
| From | Tammy Harris <harris.tammy63@yahoo.com> |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 1/23/2016 3:45:38.000 PM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 1/23/2016 4:02:04.000 PM |
| Subject | Re: Russians need video, photos and sum up of the action |
| Body | Uhuru! Penny here are the google number:<br><br>Gaida   347 674 5811<br>Elizabeth   762 233 4224<br><br>Tammy Harris<br>Chief of Staff<br><br>"BUILD YOUR OFFICES TO CAPACITY" UHURU!<br><br>On Saturday, January 23, 2016 9:30 AM, Tammy Harris <harris.tammy63@yahoo.com> wrote:<br><br>Uhuru! Penny, got it.<br><br>Per Jevon<br>Jackson - Jay & cleo are responsible for getting pic and video<br>Chicago-Wil and Sarah are responsible<br>New York - Day and Otecka<br>DC- Yejide and Yaw Grant<br><br>I will find out from Jevon who is responsible for getting all of the footage up on utube and facebook.<br><br>Tammy Harris<br>Chief of Staff<br><br>"BUILD YOUR OFFICES TO CAPACITY" UHURU!<br><br>On Saturday, January 23, 2016 7:17 AM, Penny Hess <pennyuhuru@gmail.com> wrote:<br><br>Uhuru Chairman, SG Gaida and all:<br><br>This message is from the Russians calling for photos, videos and written reports on the encampment. Also calling for a sum up event after it is over. Please read message from Anastacia:<br><br>"Penny, we are going to transfer money as soon as possible. We kindly ask you to organize a great event and to give us links or send a report about the action. We need everything in details: where the action took place, how many people attended,  how many contacts and signatures you got, what is the reaction of the society and the government, etc. We also need photos and probably videos from the action."<br><br>Please let me know who will coordinate the video and photos and uploading to Facebook. Thanks p |

Cloud MBOX Emails

| | | |
|---|---|---|
| | Headers | X-Gmail-Labels: Inbox,Important<br>Delivered-To: pennyuhuru@gmail.com<br>Received: by 10.36.25.205 with SMTP id b196csp459534itb; Sat, 23 Jan 2016 08:02:04 -0800 ( PST)<br>Received: from nm26-vm0.bullet.mail.bf1.yahoo.com (nm26-vm0.bullet.mail.bf1.yahoo.com. [98 .139.213.74]) by mx.google.com with ESMTPS id x187si13572586qhb.55.2016.01.23.08.02.03 for <pennyuhuru@gmail.com> (version=TLS1 cipher=ECDHE-RSA-AES128-SHA bits=128/128); Sat, 23 J an 2016 08:02:04 -0800 (PST)<br>Received: from [98.139.170.178] by nm26.bullet.mail.bf1.yahoo.com with NNFMP; 23 Jan 2016 16:02:03 -0000<br>Received: from [98.139.212.226] by tm21.bullet.mail.bf1.yahoo.com with NNFMP; 23 Jan 2016 16:02:03 -0000<br>Received: from [127.0.0.1] by omp1035.mail.bf1.yahoo.com with NNFMP; 23 Jan 2016 16:02:03 -0000<br>Received: by 76.13.26.198; Sat, 23 Jan 2016 16:02:02 +0000<br>X-Received: by 10.55.72.207 with SMTP id v198mr11273208qka.65.1453564924104; Sat, 23 Jan 2 016 08:02:04 -0800 (PST)<br>Return-Path: <harris.tammy63@yahoo.com><br>Received-SPF: pass (google.com: domain of harris.tammy63@yahoo.com designates 98.139.213.7 4 as permitted sender) client-ip=98.139.213.74;<br>Authentication-Results: mx.google.com; spf=pass (google.com: domain of harris.tammy63@yaho o.com designates 98.139.213.74 as permitted sender) smtp.mailfrom=harris.tammy63@yahoo.com ; dkim=pass header.i=@yahoo.com; dmarc=pass (p=REJECT dis=NONE) header.from=yahoo.com<br>DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048; t=1453564923; bh=owt14dOC3gv2XCvPkBEOosIdpdrZdvwQpROozIHuJUE=; h=Date:From:Reply-To:To:In-Reply-To:Refer<br>ences:Subject:From:Subject; b=Fv0Z9Eh9kdniTmeBh/gNGT8pw51BrTBK6r6DlKl2zSOVUJor01h6XSxVVQNt 4Lx6Q6jRc9scuE8xWLhvqlvcdTa1OHoMmZ3603uXFfFXg3exsmuwPSVo53MYv1yy7P9JKtUlfAnkck5m26PF0aXp3c<br><br>B2N002SScOm9J8XjsX3qdGp3yt0S6LengkUUc8KJhSql6JlweHU3DBVM1W/iSt85T1jlOFhZ039H/W22b+96vjppEf<br><br>0MNbr3RGKS5PeVaLwcMPPfPumADmLfJKj6Es6qdCapAZmWUPoGWfM1arP9YEqCimoaKYQuRCAHQrSlwoZ8foMIMOeC<br><br>6FkDBJXCXU1g==<br>X-Yahoo-Newman-Property: ymail-3<br>X-Yahoo-Newman-Id: 158479.90213.bm@omp1035.mail.bf1.yahoo.com<br>X-YMail-OSG: Zxe8eeMVM1lSOVEFTkYsGmSaPw9yj8ADR8Q.axRQLAQmWK5LhaEOp7xztDd4_Qp .jd7LWobDEJI4<br>CgbEqbd_XDu7miYvZ4ck9UzGNnHsM9kJeDbMnZgC0bHKjsMFHeW4gTvz1idUetp rxgi00Mh8cmeeql_e8KIEymUn2<br>qCQ95w6P8qicEZBoMjHxpLFxQY9q_xmkIO2q0m2W69BML3bSl. u1bJIi.21XJdZjdtX6m7n6Guwr1pC9Eb2u3_zuB<br>tlqps7DhzX5WWMGAsbq.peKoqq9vUqspcMjDI tC.G1Ud96IJeHWyGzM2xs9IdvnT784wxFfhdIfFV.UINd2a2AsaV<br>.0SaR9xI16uifGf9jrtXfbh1<br>CbZRPEJdnVn_t6dkHpAsP82IHsLJA30IoS07mO6vLV_cWQ_vyhsUPEVTdAeMg_uox w9yNixeybAz W1EEMmRvAssTfHcu14UHtd_eW7WeoMJSJTgV8sD9CyFqdoCre3NSnOtvjL2Q-<br>Date: Sat, 23 Jan 2016 15:45:38 +0000 (UTC)<br>From: "Tammy Harris" <harris.tammy63@yahoo.com><br>Reply-To: "Tammy Harris" <harris.tammy63@yahoo.com><br>To: "Penny Hess" <pennyuhuru@gmail.com>, "Omali Yeshitela" <omaliyesh@yahoo.com>, "gaida k ambon" <gaida26@yahoo.com>, "herdosia bentum" <herdosiauhuru@gmail.com>, "Jevon Gammon" <j<br>evon@ccdbr.org>, "Sandy Thompson" <Sandrauhuru@yahoo.com>, "Lisa Watson" <yayawatson@gmail .com><br>Message-ID: <2000087354.196453.1453563938610.JavaMail.yahoo@mail.yahoo.com><br>In-Reply-To: <1668209979.186041.1453559423100.JavaMail.yahoo@mail.yahoo.com><br>References: <CAEPwHSisiDHD-cs1xkcfTLb6VPArNZkWtwb5id2v6n__8=vgLQ@mail.gmail.com> <16682099 79.186041.1453559423100.JavaMail.yahoo@mail.yahoo.com><br>Subject: Re: Russians need video, photos and sum up of the action |
| | Headers | MIME-Version: 1.0<br>Content-Type: multipart/alternative; boundary="----=_Part_196452_515572642.1453563938603"<br>Content-Length: 7340 |
| | Source | • 7821524-20211028-1&2.zip\pennyuhuru@gmail.com.Gmail.Content.000.mbox |

Cloud MBOX Emails

| | |
|---|---|
| Location | • pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Evidence number | • QTP171_Google_pennyuhuru |
| Recovery method | • Parsing |
| Item ID | 157556 |

Record 179

| | |
|---|---|
| Tags | _2016 Encampment Tour |
| To | Penny Hess <pennyuhuru@gmail.com>, Omali Yeshitela <Omaliyesh@apspuhuru.org>, Tammy Harris <harris.tammy63@yahoo.com>, gaida kambon <gaida26@yahoo.com>, Sandy Thompson <Sandrauhuru@yahoo.com>, Jevon Gee <Uhurujay@gmail.com> |
| From | Sandra Forrest <sandrauhuru@yahoo.com> |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 1/24/2016 12:23:23.000 AM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 1/24/2016 12:23:24.000 AM |
| Subject | Re: Russians need media contact asap for encampment! |
| Body | Uhuru! I sent her a FB message this morning with the contact info (Elizabeth West 762-233-4224 and Gaida Kambon 347-674-5811.) and attached the press release and press statement as you directed.

(I did it as a group FB message that included you Penny - did you see it from me?)

Sandy

---

From: Penny Hess <pennyuhuru@gmail.com>
To: Omali Yeshitela <Omaliyesh@apspuhuru.org>; Tammy Harris <harris.tammy63@yahoo.com>; gaida kambon <gaida26@yahoo.com>; Sandy Thompson <Sandrauhuru@yahoo.com>; Sandra Forrest <sforrest@uhurunews.com>; Jevon Gee <Uhurujay@gmail.com>
Sent: Saturday, January 23, 2016 7:14 AM
Subject: Russians need media contact asap for encampment!

Uhuru Jevon/Sandy
Please respond to Anastasia via Facebook Messenger regarding this message.
She is Anastacia Promskaya on FB. Here is her message:

Please send us the contacts of a person, who can be responsible for the media requets, as we would like to share information about the action with Russian and foreign media. Thank you!

Please confirm that this is happening.
Penny |

Cloud MBOX Emails

| | | |
|---|---|---|
| Headers | X-Gmail-Labels: Inbox,Important<br>Delivered-To: pennyuhuru@gmail.com<br>Received: by 10.36.25.205 with SMTP id b196csp617533itb; Sat, 23 Jan 2016 16:23:24 -0800 (PST)<br>Received: from nm9-vm2.bullet.mail.gq1.yahoo.com (nm9-vm2.bullet.mail.gq1.yahoo.com. [98.136.218.241]) by mx.google.com with ESMTPS id 66si20976696pfq.45.2016.01.23.16.23.24 for <pennyuhuru@gmail.com> (version=TLS1 cipher=ECDHE-RSA-AES128-SHA bits=128/128); Sat, 23 Jan 2016 16:23:24 -0800 (PST)<br>Received: from [98.137.12.175] by nm9.bullet.mail.gq1.yahoo.com with NNFMP; 24 Jan 2016 00:23:24 -0000<br>Received: from [98.137.12.214] by tm14.bullet.mail.gq1.yahoo.com with NNFMP; 24 Jan 2016 00:23:24 -0000<br>Received: from [127.0.0.1] by omp1022.mail.gq1.yahoo.com with NNFMP; 24 Jan 2016 00:23:24 -0000<br>Received: by 216.39.60.209; Sun, 24 Jan 2016 00:23:23 +0000<br>X-Received: by 10.66.252.198 with SMTP id zu6mr15410567pac.107.1453595004509; Sat, 23 Jan 2016 16:23:24 -0800 (PST)<br>Return-Path: <sandrauhuru@yahoo.com><br>Received-SPF: pass (google.com: domain of sandrauhuru@yahoo.com designates 98.136.218.241 as permitted sender) client-ip=98.136.218.241;<br>Authentication-Results: mx.google.com; spf=pass (google.com: domain of sandrauhuru@yahoo.com designates 98.136.218.241 as permitted sender) smtp.mailfrom=sandrauhuru@yahoo.com; dkim=pass header.i=@yahoo.com; dmarc=pass (p=REJECT dis=NONE) header.from=yahoo.com<br>DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048; t=1453595004; bh=MkZg81Ypb144FgYe6JvJlPYnl0ui93vTPcdjcYvctsc=; h=Date:From:Reply-To:To:In-Reply-To:References:Subject:From:Subject; b=AmgTX/sDiKfFSVOZd9LJkwwJlOQhYYKCMp5OwMomBvoyYJSNuUy0ebEFopM0u7ZbTYJ+XBKyJqepuq7LfiXKR4KJlnISSmvLW6JCFrwObOUocc+yQ+lpUxPnb5IJJpMwEVDZmhVN/z2WxKoc/ZocoCLqXWFVsiN1iOhj219pv8aDF/Pf6dSkC0GbG9DiPlsDhtVwZlefaAd1Nqiw7O9jUpXR05HN0/GkiTsE5eucvqfxFja/bk1eF10FM3VOzwNoMOciX3Zo69vJvgQ+VSausPh9zC2u0yr7rPaZCz6BGNwyKhrAMayfLkeNdYroEC8hF0TV6lPPoNlOhw0EYKG2UQ==<br>X-Yahoo-Newman-Property: ymail-5<br>X-Yahoo-Newman-Id: 131024.7316.bm@omp1022.mail.gq1.yahoo.com<br>X-YMail-OSG: 6sATAEQVM1nf8pRYFrJkBk1bKJ2GlfpEIJ5S_UqpMWyGW7Y3y3yhltySwt0f5tzp2kEA1.DATYvYcsUAuv3ZhgwsZuBmjXnjwtyYLiiMLXfqGwuuDvJYtciQUUfDRiqct3qS3k4VJD7 _kkIwnI04lsLT_xcfJ3vyg2Yex9Fi3BXmlkVMuf9LP32a1i3nn9WXUbnJOBLMzlA.9becjf_3F7_vumdAdmXYYqhwEs9K4dUWy2yH1tENMB1k5jAC9qDHgykBsAvlww2BSYL_cmR4N9laBBT7kvyJ37FMXLzHwl6z0posSgQ2ZZMPUhV9Nog_Rl1c.HuLjZykeSG._Y_otjU324qIOnezlA4wzdwTKo0zzw5HFkh2fzUL4y.6JbNZMKq1MFyYTK1M1uJqJepOZ_dSQOOnNVYjI2Sa3GDYHuVsM91nmzywoL7MPBu606lPJHWlmWtRhSD4JMP6FCXSgkMFJen3P1WuapvDnz9JduGkMTLGOwQT6ML0HzfESuNOPYfrIjF LE1BZ<br>Date: Sun, 24 Jan 2016 00:23:23 +0000 (UTC)<br>From: "Sandra Forrest" <sandrauhuru@yahoo.com><br>Reply-To: "Sandra Forrest" <sandrauhuru@yahoo.com><br>To: "Penny Hess" <pennyuhuru@gmail.com>, "Omali Yeshitela" <Omaliyesh@apspuhuru.org>, "Tammy Harris" <harris.tammy63@yahoo.com>, "gaida kambon" <gaida26@yahoo.com>, "Sandy Thompson " <Sandrauhuru@yahoo.com>, "Jevon Gee" <Uhurujay@gmail.com><br>Message-ID: <1374063011.313316.1453595003082.JavaMail.yahoo@mail.yahoo.com><br>In-Reply-To: <CAEPwHSgqa+tWR-oNB3JZTJkqDpVJPQUmHw=orkAhvEppUpYcZg@mail.gmail.com><br>References: <CAEPwHSgqa+tWR-oNB3JZTJkqDpVJPQUmHw=orkAhvEppUpYcZg@mail.gmail.com><br>Subject: Re: Russians need media contact asap for encampment!<br>MIME-Version: 1.0 |
| Headers | Content-Type: multipart/alternative; boundary="----=_Part_313315_658959666.1453595003078"<br>Content-Length: 4698 |
| Source | • 7821524-20211028-1&2.zip\pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Location | • pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| Evidence number | • QTP171_Google_pennyuhuru |
| Recovery method | • Parsing |

Cloud MBOX Emails

| | | |
|---|---|---|
| | Item ID | 157569 |

### Record 180

| | | |
|---|---|---|
| | Tags | _2016 Encampment Tour |
| | To | Omali Yeshitela <omaliyesh@yahoo.com>, Tammy Harris <harris.tammy63@yahoo.com>, herdosia bentum <herdosiauhuru@gmail.com>, Jorden Giger <giger.jorden@gmail.com>, gaida kambon <gaida26@yahoo.com> |
| | From | Penny Hess <pennyuhuru@gmail.com> |
| | Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 2/5/2016 4:45:13.000 PM |
| | Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 2/5/2016 4:45:13.000 PM |
| | Subject | Second report send to the Russians |
| | Body | Uhuru Chairman and all<br><br>This is the second report to the Russians per their request. They asked about the impact of the action.<br><br>This letter cites the UN Panel's report and articles that appeared in the mainstream media about it.<br><br>I also put in a link to Jorden's article on Uhuru News that sums up the role of the African working class and the analysis of the colonial status of the UN.<br><br>Uhuru!<br>Penny |
| | Headers | X-Gmail-Labels: Sent,Important<br>MIME-Version: 1.0<br>Received: by 10.36.73.72 with HTTP; Fri, 5 Feb 2016 08:45:13 -0800 (PST)<br>Date: Fri, 5 Feb 2016 11:45:13 -0500<br>Delivered-To: pennyuhuru@gmail.com<br>Message-ID: <CAEPwHShv0p--3-MJUS7Trn7MjfQUjH3MGCafwx1-TKq7sk3Y3Q@mail.gmail.com><br>Subject: Second report send to the Russians<br>From: "Penny Hess" <pennyuhuru@gmail.com><br>To: "Omali Yeshitela" <omaliyesh@yahoo.com>, "Tammy Harris" <harris.tammy63@yahoo.com>, "herdosia bentum" <herdosiauhuru@gmail.com>, "Jorden Giger" <giger.jorden@gmail.com>, "gaida kambon" <gaida26@yahoo.com><br>Content-Type: multipart/mixed; boundary="001a113f9f9241dbae052b08936d" |
| | Attachments | 2016-InPDUM-Report-AGM-2-5.docx |
| | Source | • 7821524-20211028-1&2.zip\pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| | Location | • pennyuhuru@gmail.com.Gmail.Content.000.mbox |
| | Evidence number | • QTP171_Google_pennyuhuru |
| | Recovery method | • Parsing |
| | Item ID | 157924 |

### Record 181

| | | |
|---|---|---|
| | Tags | _Solidarity Statements |
| | To | Penny Hess <pennyuhuru@gmail.com> |
| | From | Tammy Harris <harris.tammy63@yahoo.com> |
| | Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 3/5/2016 6:33:29.000 PM |
| | Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 3/5/2016 6:33:33.000 PM |
| | Subject | **Please read**Contact Anti globalization movement of Russia |

| | |
|---|---|
| Body | Uhuru! Penny, the Chairman asks that you reach out to the Anti Globalization Movement of Russia (Anastacia/Alex) to get a solidarity statement for the upcoming Black is Back Coalition April 9, 2016 conference.<br><br>The statement should say that the Anti globalization movement of Russia is in unity with the Black is Back coalition for social justice, peace and reparations and African people in the United States and the struggle for self determination and reparations. In addition, the statement should say that the Anti-globalization movement of Russia is offering all the support it can to charge the U.S. with genocide.<br><br>Please acknowledge receipt.<br><br>If possible we would like for it to be live on April 9, 2016, but if not it could be pre-recorded.<br><br>Any questions or concerns feel free to contact me.<br><br>Tammy Harris<br>Chief of Staff<br><br>"BUILD YOUR OFFICES TO CAPACITY" UHURU! |
| CC | Omali Yeshitela <omaliyesh@apspuhuru.org> |

Cloud MBOX Emails

| | | |
|---|---|---|
| Headers | X-Gmail-Labels: Inbox,Important,APSP_OOTC<br>Delivered-To: pennyuhuru@gmail.com<br>Received: by 10.36.25.205 with SMTP id b196csp671385itb; Sat, 5 Mar 2016 10:33:33 -0800 (PST)<br>Received: from nm29-vm1.bullet.mail.bf1.yahoo.com (nm29-vm1.bullet.mail.bf1.yahoo.com. [98.139.213.144]) by mx.google.com with ESMTPS id 141si8899357qhx.80.2016.03.05.10.33.32 for <pennyuhuru@gmail.com> (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128); Sat, 05 Mar 2016 10:33:32 -0800 (PST)<br>Received: from [98.139.170.180] by nm29.bullet.mail.bf1.yahoo.com with NNFMP; 05 Mar 2016 18:33:32 -0000<br>Received: from [98.139.212.250] by tm23.bullet.mail.bf1.yahoo.com with NNFMP; 05 Mar 2016 18:33:32 -0000<br>Received: from [127.0.0.1] by omp1059.mail.bf1.yahoo.com with NNFMP; 05 Mar 2016 18:33:32 -0000<br>Received: by 76.13.27.6; Sat, 05 Mar 2016 18:33:31 +0000<br>X-Received: by 10.140.101.147 with SMTP id u19mr18876525qge.71.1457202812949; Sat, 05 Mar 2016 10:33:32 -0800 (PST)<br>Return-Path: <harris.tammy63@yahoo.com><br>Received-SPF: pass (google.com: domain of harris.tammy63@yahoo.com designates 98.139.213.144 as permitted sender) client-ip=98.139.213.144;<br>Authentication-Results: mx.google.com; spf=pass (google.com: domain of harris.tammy63@yahoo.com designates 98.139.213.144 as permitted sender) smtp.mailfrom=harris.tammy63@yahoo.com; dkim=pass header.i=@yahoo.com; dmarc=pass (p=REJECT dis=NONE) header.from=yahoo.com<br>DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048; t=1457202812; bh=8gLI5iIZ557Sab1LsxWXVGiyQeNKzi2PzjcrHue0iec=; h=Date:From:Reply-To:To:Cc:Subject:References:From:Subject; b=bb62AHdlsBicvI7iPTyeWOuJ/kxE/hkfDejL0/hr0AZ4hT1B2hrsm+lcYV0jMK25Kvwbrd2Z6f6xQVjCIFSS7zLsfIOSt++F10GwHMDNmf3J9yHhZJ3NKgxQYXl42ZGVyaX3X1Lv4gOKzUgDEmLYlS3OnjxjxnXn+MJDyG0YOAJot8gCn98G0uT0H8F7iPjDP6+ycaexpN0xD+gZRlT3CJlO6LUQWrKfl+LsWwuvMuADs4yjLX8NE7DX4TSxhiEdN4kscXzn8iPsGq4HQPIAMMIA6knDvs2ZnS/8RjBBEbGxigWHoqjH604kIBwgdOfcixV6mZVJH4EAeWzMliknog==<br>X-Yahoo-Newman-Property: ymail-3<br>X-Yahoo-Newman-Id: 442195.64330.bm@omp1059.mail.bf1.yahoo.com<br>X-YMail-OSG: Zuyw.SgVM1m96nyYbRNksqBpi3g.mFV.LVCN_0LhH7gh5aERhFzxrZY8R8akMlki2GNAwffO2RE.3LmRavNKRjaumUYjPdjZmwgOzRfIYxgxsqfct2clhZ0FRyll7PiGveM9fhvVXxV XiRhRLhmyeA.STLreyvrplDgkt9WbutnkV24M7jqGHOk52VJrp.xH.VIA2NgBJMJ2XOWJbFrrw2W AoEa9zjUSeHLXl9ixm4ReX8m2Tq7Z5iq4E7XMAH rNfH3jlHNeGnzUS6qXsy0JPL03.E5cekrDkNW txoVU0JtMZbTW4126AA3kCuu0rYV11cbQvMQQ1Tm3BJRI1NOBShy NJKflQ_99P_8PU4wkuwoRAEA LyD7BADNvcq3Zyo2hjYrkMY5xiR8BlCt8Q1nJ378BlJTGqPR.6Me5RQpI7oUf.YU5 eXucOLLtfrh uJfnMsS2AnQJADhytF_qCzRWITQw5SFtBMWNpcfyxu5GunhRSCtN5wdYMQGW7AvluIVbM0IUDHwg k MYuZCKyqlRI15Tcy_6o-<br>Date: Sat, 5 Mar 2016 18:33:29 +0000 (UTC)<br>From: "Tammy Harris" <harris.tammy63@yahoo.com><br>Reply-To: "Tammy Harris" <harris.tammy63@yahoo.com><br>To: "Penny Hess" <pennyuhuru@gmail.com><br>Cc: "Omali Yeshitela" <omaliyesh@apspuhuru.org><br>Message-ID: <861556307.4077983.1457202809494.JavaMail.yahoo@mail.yahoo.com><br>Subject: **Please read**Contact Anti globalization movement of Russia<br>MIME-Version: 1.0<br>Content-Type: multipart/alternative; boundary="----=_Part_4077982_1565531672.1457202809491"<br>References: <861556307.4077983.1457202809494.JavaMail.yahoo.ref@mail.yahoo.com> | |
| Headers | Content-Length: 4039 | |
| Source | • 7821524-20211028-1&2.zip\pennyuhuru@gmail.com.Gmail.Content.000.mbox | |
| Location | • pennyuhuru@gmail.com.Gmail.Content.000.mbox | |
| Evidence number | • QTP171_Google_pennyuhuru | |
| Recovery method | • Parsing | |
| Item ID | 159129 | |

Record 182