# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



www.InPDUM.org

17 January 2016

Uhuru Greetings Comrades Alexander and Anastasia, and the Anti-Globalization Movement of Russia!

I am writing in advance of the Skype meeting with Chairman Omali Yeshitela and you on Tuesday, 19 January at 10 am Eastern.

Comrade Herdosia Bentum, president of the International People's Democratic Uhuru Movement (InPDUM) and the other members of InPDUM's International Executive Committee have prepared an outstanding plan of action (attached) that will have a tremendous impact on our ability to expose to the peoples of the world and to those inside this country the true nature of the genocidal U.S. government, particularly as it relates to African people inside its borders.

InPDUM is planning a four-city tour to participate in open community events sponsored by the Working Group of Experts on People of African Descent of the United Nations.

These events will be held beginning around 22 Jan. in Jackson, MS; Chicago, IL; New York, NY; and Washington, DC.

In Jackson and Chicago InPDUM members have been cleared to give brief presentations to the body on the subject of InPDUM's petition in the name of the African population to the United Nations charging genocide by the U.S. government and demanding reparations.

In each city there is a coordinating committee from the movement that is inviting many other organizations and forces to participate, including politicians, black community and student organizations and reparations activists.

Tents will be set up for the two-day events in each city in African communities near the venue sites of the UN events. Each day a vigil will be held that will features a full day of activities, including marches,



www.InPDUM.org

rallies, public political education and several hours of community/street outreach getting petitions signed each day.

InPDUM is planning to hold press conferences as well in each city and will do outreach to local, national and international media.

Attached with this letter is the Plan of Action for the tour; the POA includes the budget for the tour.

The comrades of InPDUM have enthusiastically jumped into this tour and are ready to mobilize our entire base. President Herdosia and other comrades will travel themselves to Chicago, New York and DC, while comrades from here in St. Petersburg will travel to Jackson.

Most of the leadership of InPDUM are powerful and determined African working class women—mothers with small children who must be included in the plan.

The InPDUM comrades have researched and created the budget for the tour. The budget includes travel expenses, rental vans, tents, food, outreach fliers, banners, generators and heaters (it is the middle of winter right now), and other items that will be necessary to pull this off.

Despite the fact that these actions will take place in a short time from now in the cold of winter and with their children, the InPDUM leaders are confident that this tour will be a tremendous success.

InPDUM expresses great appreciation for your solidarity with these actions and for your leadership in envisioning such actions.

As you can see from the plan the tour will cost nearly $12,000 to put on. We are excited that the Anti-Globalization Movement has offered to fund this and we are ready to do the work!

Again, Chairman Omali Yeshitela can discuss this more fully with you on Tuesday morning and we are excited to be working with you to forward the African Liberation Movement inside this country.



www.InPDUM.org

Uhuru! Thank you for your support!