# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| | |
|---|---|
| **From:** | Akilé Anai <witchofcolor@gmail.com> |
| **Sent:** | 3/20/2022 8:12:10 AM -0400 |
| **To:** | ionov@million.one |
| **Subject:** | Re: Discussion Outline for Tomorrow's Webinar |

Here's your join link: https://us02web.zoom.us/w/89298594625?tk=wseCCPzo_-xjCiL3kbxbRcU0V6XI_0rzbCwdXo49b44.DQMAAAAUypxrQRZYS3p0N2RsalMxU0xRcHRLZktKYTI3AAAAAAAAAAAAAAAAAAAAAAAAAAAA

On Mar 19, 2022, at 8:10 PM, Akilé Anai <witchofcolor@gmail.com> wrote:

Uhuru Alex!

Here is a link to the script that we will be using. There are a few questions asked specifically of you, but you are able to contribute to any aspect of the discussion that you feel most comfortable.

SCRIPT: https://docs.google.com/document/d/1PkcYsqd4ugZBmC2d-aO7q6yi2NhF9IW8eeH4FY8FxlA/edit

I will be resending your Zoom link in the morning! Please let me know if there are any questions or concerns.

Thank you for uniting to be on this webinar tomorrow with Chairman Omali Yeshitela.

Uhuru!

---

| | |
|---|---|
| **X-GM-THRID:** | 1727775379013373631 |
| **X-Gmail-Labels:** | All mail Including Spam and Trash,Sent |
| **Return-Path:** | <witchofcolor@gmail.com> |
| **Received:** | from smtpclient.apple ([2600:381:472c:d5f4:9111:84e2:7a36:af58]) by smtp.gmail.com with ESMTPSA id r12-20020a05620a03cc00b0067d370e414esm6278933qkm.15.2022.03.20.05.12.10 for <ionov@million.one> (version=TLS1_3 cipher=TLS_AES_128_GCM_SHA256 bits=128/128); Sun, 20 Mar 2022 05:12:11 -0700 (PDT) |
| **Content-Type:** | multipart/alternative; boundary=Apple-Mail-D02E8032-1D6A-4C27-8F4E-415E8C85B1FE |
| **Content-Transfer-Encoding:** | 7bit |
| **Mime-Version:** | 1.0 (1.0) |
| **Message-Id:** | <704C0BD8-EB4A-4953-9007-D9B7D2361190@gmail.com> |
| **References:** | <89CCDBDA-4058-4BCF-A029-C681129BFA3F@gmail.com> |
| **In-Reply-To:** | <89CCDBDA-4058-4BCF-A029-C681129BFA3F@gmail.com> |
| **X-Mailer:** | iPhone Mail (19D52) |

**RUSSIA & UKRAINE CONT. - SCRIPT FOR #OMALITAUGHTME**

| |
|---|
| **Theme Song: "The Revolution is Lit!"** |
| Uhuru comrades and welcome to today's #OmaliTaughtMe Sunday study webinar, where we'll be continuing this discussion around Russia's defensive war in Ukraine against the global colonial powers. Joining Chairman Omali Yeshitela, we'll have back with us, live from Moscow, Alexander Ionov, President of the Anti-Globalization Movement of Russia, in London, we'll hear from Secretary General of the African Socialist International, Luwezi Kinshasa and ASI Africa Regional Director of Organization, Tafarie Mugeri, in Occupied Azania, or South Africa.<br><br>Now more than ever, it is important that you, our listeners, take a moment to like and share this video, and tag someone you know to join this discussion. The global colonial powers are doing everything they can to make sure the only information you hear regarding this war is the position of the colonial-capitalists themselves. Russia has been deplatformed by virtually every social media forum, and those of us in support of Russia, who are offering our platforms, face the same risk of white out censorship. It is important that you donate to this program working hard to bring you this discussion at PayPal.Me/OmaliTaughtMe. This is the analysis they are trying to keep from you! So join us in being a contending force in the war of ideas.<br><br>We'll start this discussion with the leader of the African Nation and worldwide African Revolution, who will be issuing the official position of the African Socialist International regarding Russia's defensive war in Ukraine. Uhuru Chairman! |
| **Chairman reads position** |
| **Akile:** Uhuru President Alexander, can you provide us with an update on the situation with Russia and Ukraine as well as the fake news? ? |
| **President Alex responds** |
| **Akile:** Uhuru Chairman! To give our audience a little bit of background, can you talk about  when you were invited to Moscow in 2015 to represent Africa at the |

1

| |
|---|
| "Dialogue of Nations: the right to self-determination and the construction of a multi-polar world" conference, and the significance of your being there? |
| **Chairman responds, and any response from Pres. Alex?** |
| **Akile:** Thank you for that Chairman!<br>In the official position of African people uniting with Russia, you speak about the historical basis for this defensive war beginning in 1917.. You've mentioned that Russia did not participate in the dividing up of Africa and the theft of our resources as the colonial European powers did. Why is this important as a basis for your support? |
| **Chairman responds and any response from Pres. Alex?** |
| **Akile:** Uhuru! For this next question, I'd like to introduce SG Luwezi and Director Tafarie. Uhuru comrades! Many African countries in the United Nations didn't vote in favor of condemning Russia, and that is true for other colonized countries. Why do you think this is happening?  Do you believe that Russia's presence in Africa helped create resentment against imperialists such as France and Europe? Do you have any examples of this? |
| **SG and Dir Tafarie respond and follow up by Pres. Alex** |
| **Akile:** Uhuru comrades! I really want to salute the Chairman, SG Luwezi and Director Tafarie for this analysis, and to President Alexander for being on with us, live from Moscow, Russia, to provide true insight on what's happening.<br><br>In just a moment, we'll continue the discussion with our panelists! But we want to take a moment to remind you, or if you're just tuning in with us, to make sure to tag someone in the comments so that they can have the benefit of this analysis as well! Don't forget to like, subscribe and share this video!<br><br>Let's take brief pause for a few announcements: |
| [Announcements]{.underline}<br><br>**Slide 1:** Following today's study, the Uhuru Solidarity Movement will host the final day of its annual National Convention, titled "Unity through Reparations; Reparations through Organization." This convention will win white people to understand that their responsibility, their interests and their future is found in |

2

| |
|---|
| the revolutionary anticolonial struggle for reparations to African people. You can still join this online conference. For more information and to register go to [uhurusolidarity.org/register](uhurusolidarity.org/register).<br><br>**Slide 2:** The African National Women's Organization calls on Black women, and our supporters to attend the Black Women's Convention, March 25th to 27th, 2022.<br><br>The BWC is an annual gathering of working-class Black women who believe that colonial-capitalism must be destroyed in order for African women to be free. There's still time to register at convention.anwouhuru.org!<br><br>**Slide 3:** Subscribe to The Burning Spear TV on YouTube and donate to your favorite show, #OmaliTaughtMe at PayPal.Me/OmaliTaughtMe.<br><br>**Slide 4:** For all of our movement events and announcements, visit theburningspear.com/events. |
| **Akile:** Alright comrades, we are back and we have on the panel with us Chairman Omali Yeshitela, President Alexander Ionove of the Anti-Globalization Movement of Russia, ASI Secretary General Luwezi Kinshasa and ASI Africa Regional Director of Organization, Tafarie Mugeri.<br><br>President Alexander, this next question is for you. Can you address the presence of Nazis within the Ukrainian government and amongst the people of Ukraine? President Putin described wanting to denazify the country during this war/invasion.? |
| **President Alexander responds and Chairman any response?** |
| **Akile:** Uhuru! Thank you President Ionov.<br><br>Chairman, can you tell our listeners what they can expect in terms of motion around this war by the African People's Socialist Party? |
| **Chairman responds** |
| **Akile:** And lastly, what would you say to those who are concerned about the people in Ukraine"? What actions can the people of Ukraine take? ? |

3