# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| | |
|---|---|
| **From:** | Ionov Alexander via PayPal <member@paypal.com> |
| **Sent:** | 10/29/2015 4:09:03 AM -0700 |
| **To:** | Uhuru Solidarity Movement <payments@uhurusolidarity.org> |
| **Subject:** | Notification of donation received |



## You've Got Cash!

Hello Uhuru Solidarity Movement,

This email confirms that you have received a donation of $500.00 USD from Ionov Alexander (ionov@anti-global.ru).

### Receipt ID: 2082-0453-5832-6991

The number above is the donor's receipt ID for this transaction. Please retain it for your records so that you will be able to reference this transaction for customer service.

[View the details of this transaction online](#)

**Donation Details**

| | |
|---|---|
| Total amount: | $500.00 USD |
| Currency: | U.S. Dollars |
| Confirmation number: | 3BX60324D85752935 |
| Contributor: | Ionov Alexander |

**Mailing Information:**

| | |
|---|---|
| Address | Ionov Alexander<br>Клары Цеткин 4, 324<br>Москва<br>129008<br>Russia |

Sincerely,
PayPal

PayPal Email ID PP1334 - 55f1747dadde

| | |
|---|---|
| **X-GM-THRID:** | 1516363529022850460 |
| **X-Gmail-Labels:** | All mail Including Spam and Trash,Inbox,Important,Opened,Category Updates |
| **Delivered-To:** | jessenevel@gmail.com |
| **Received:** | by 10.202.91.212 with SMTP id p203csp375150oib; Thu, 29 Oct 2015 04:09:12 -0700 (PDT) |
| **X-Received:** | by 10.129.36.7 with SMTP id k7mr767566ywk.286.1446116951977; Thu, 29 Oct 2015 04:09:11 -0700 (PDT) |
| **Return-Path:** | <SRS0+f+ZQ=LB=paypal.com=member@eforward3e.registrar-servers.com> |
| **Received:** | from eforward3e.registrar-servers.com (eforward3e.registrar-servers.com. [38.101.213.201]) by mx.google.com with ESMTP id j187si425552ywe.84.2015.10.29.04.09.11; Thu, 29 Oct 2015 04:09:11 -0700 (PDT) |

| | |
|---|---|
| Received-SPF: | pass (google.com: domain of SRS0+f+ZQ=LB=paypal.com=member@eforward3e.registrar-servers.com designates 38.101.213.201 as permitted sender) client-ip=38.101.213.201; |
| Authentication-Results: | mx.google.com; spf=pass (google.com: domain of SRS0+f+ZQ=LB=paypal.com=member@eforward3e.registrar-servers.com designates 38.101.213.201 as permitted sender) smtp.mailfrom=SRS0+f+ZQ=LB=paypal.com=member@eforward3e.registrar-servers.com; dkim=pass header.i=@registrar-servers.com; dkim=pass header.i=@paypal.com; dmarc=pass (p=REJECT dis=NONE) header.from=paypal.com |
| Received: | from eforward3d0.registrar-servers.com (eforward3d0.registrar-servers.com [199.229.254.203]) by eforward3e.registrar-servers.com (Postfix) with ESMTP id 7567828047E for <payments@uhurusolidarity.org>; Thu, 29 Oct 2015 07:09:10 -0400 (EDT) |
| DKIM-Filter: | OpenDKIM Filter v2.9.2 eforward3e.registrar-servers.com 7567828047E |
| DKIM-Signature: | v=1; a=rsa-sha256; c=relaxed/relaxed; d=registrar-servers.com; s=default; t=1446116951; bh=XRsf0YSyHQyRgkbYml8ywkkQ9hTc92+oRKn+yxrwzWE=; h=Date:Subject:To:From:Reply-To; b=qAizp8a/cuFhzgQymYs0sJocqMCdO3/kRsoxirrRdV+nR5/3CIyyat4KIVvL04IHU tU9LZyBzE9LtM0a7mZZPvnb1hn4S+tlLEA1Lo4N/zHWQO9vZAwowHtJmbvzdCTdr7V VrBF3WHC89eLmKDKaJpAIutxwN6Wy95fXcZYtTU0= |
| Received: | from mx1.slc.paypal.com ([173.0.84.226] helo=mx0.slc.paypal.com) by eforward3d.registrar-servers.com with esmtps (TLSv1:DHE-RSA-AES256-SHA:256) (Exim 4.85) (envelope-from <member@paypal.com>) id 1Zrl4q-0001Mv-Vg for payments@uhurusolidarity.org; Thu, 29 Oct 2015 07:09:10 -0400 |
| DKIM-Signature: | v=1; a=rsa-sha256; d=paypal.com; s=pp-dkim1; c=relaxed/relaxed; q=dns/txt; i=@paypal.com; t=1446116943; h=From:From:Subject:Date:To:MIME-Version:Content-Type; bh=XRsf0YSyHQyRgkbYml8ywkkQ9hTc92+oRKn+yxrwzWE=; b=ZNExLHVDZy4qktRs13rionzZxe6Ty+UJIN5HKqrSG/0Zx4FQzHu03yxtOcdEWUiX dVuE2BZmLLHBYbw2xcPyyu/vcK2XOZV0UjGaZr+ywRkdvSnsH2vww9CZAYehYMXp TI8htyzHAWD7/IXYZk4Gh/wEEw0OtiJDiwPTKJOIyg5wjjBxbVCfjYDZ5Sdm+Yry mBvxwUcWMc6yQE/0RGyySAgMTBjrI7Hz9PicwwhULakjHPnNdBIewpXgYO8z6h/V Ww753V54pLLtJzyhSLg4nUvgVN42009aWeQbDRYP5moWOxF+gem7lfeR8zDXLCiK xVMCOL4ex+yfL0s2Sw9flA==; |
| Received: | (qmail 20426 invoked by uid 993); 29 Oct 2015 11:09:03 -0000 |
| Message-Id: | <1446116943.20426@paypal.com> |
| PP-Correlation-Id: | 55f1747dadde |
| X-MaxCode-Template: | email-guest-donation-notification |
| X-Email-Type-Id: | PP1334 - 55f1747dadde |
| Reply-To: | ionov@anti-global.ru |
| X-XPT-XSL-Name: | email_pimp/default/en_US/customer/donations/DonationWaxPaymentNotification.xsl |
| Content-Type: | multipart/alternative; boundary=--NextPart_048F8BC8A2197DE2036A |
| MIME-Version: | 1.0 |
| Received-SPF: | pass (eforward3d.registrar-servers.com: domain of paypal.com designates 173.0.84.226 as permitted sender) client-ip=173.0.84.226; envelope-from=member@paypal.com; helo=mx0.slc.paypal.com; |
| X-SPF-Result: | eforward3d.registrar-servers.com: domain of paypal.com designates 173.0.84.226 as permitted sender |
| Authentication-Results: | eforward3d.registrar-servers.com; dmarc=pass header.from=paypal.com |
| X-Filter-ID: | s0sct1PQhAABKnZB5plbIV0fNOi9mREP4DfaWIOMmCmRD+/TzlF/V60KOEKwf2RXCtd3ueevHUSN SZp4UKAQ5opHywnaPw66YlKbGRAPhgzViL3XZQFtnVravkQRxXH4ERWeKKG4PAQYNyavp7c49HIl nbhD39GQiSBuNviJki2+0adM9PR3v96ohvAILetxpM4eA2ZUOI8Dlc+kkvIGCrdjRFVxBcmTuI92 6NmRpNJq4fO3NjqZo78fudKOTuBxXPWIFdaGOH191uXjgjQN/SU7EFckeabfyORxAvemHwFcIq3O yBXkBAIryRSF/N+cclgzJDxwrGTYkgyZkx0BYPDk3+iNqiYKhZaJO2iXygiHM2x08ldMr+c2YDPo iEIoF6xXUKcTUx6KnmRhzdZTmaL3WwgRyaDGcohijMdxIGRmM8dmYMoX9zl4nXWYGnFnfc6WmDkh rc/d0WPYQJF+JjtIqQRBL+YQeqTN+ghhl2mDwIE7VKe+bqpcdCns72R17J5YhP5NzoIH827w3e8v Q2yBOCDwRLhgcnpcOwrGK2bG7Plu2WZw2p1Gp8Iq/aXQb82rfe0VZGjfD6lQGQHt82P8pfZE0ZAf 8gZ6/Ys4S8cxL7hrJSk60SF3F6RYOYr2 |
| X-Report-Abuse-To: | spam@se3.registrar-servers.com |
| X-Filter-Fingerprint: | IFrWXGses7OKB5S5G8/dJQaha43/kwBtGLI/vVx+r7lA3cTUQ1R++keuE7RDJ8Kg3RbMLUalw1oC mj99/u+PoqoVy8a3lsStJtAvpObFX0Wok1JBYnOLzfRIhlEHQynLUpndEJ0YoaLytXXo8BMTaX2p Mk7LBarWD9Fj4R3eIu6C5spubTEXAEkuBKN3yOZvUxf7JO+oAUByCkP7cAJnEkGWqh+g2WBmXGFf sJf/9fKWvWia2WQiAvPx5KsKejKwwfkLYw7uFMQ1kkTfltS/AA== |
| Authentication-Results: | registrar-servers.com; spf=pass smtp.mailfrom=member@paypal.com |
| Authentication-Results: | registrar-servers.com; dkim=pass header.i=paypal.com |
| Authentication-Results: | registrar-servers.com; dkim=pass header.i=@paypal.com |
| X-SpamExperts-Class: | ham |
| X-SpamExperts-Evidence: | SB/global_tokens (0.00318908776903) |
| X-Recommended-Action: | accept |