# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| | |
|---|---|
| From: | The AntiGlobalization Movement of Russia <info@anti-global.ru> |
| Sent: | 3/28/2017 4:19:00 PM +0300 |
| To: | international@rsf.ie; info@stopfbi.net; unacpeace@gmail.com; june_kelly_2@hotmail.com; joeiosbaker@gmail.com; margaretkimberley@gmail.com; margaretkimberley@blackagendareport.com; hq2600@gmail.com; armypsyop@outlook.com; info@thetnm.org; nate.smith@texnat.org; pennyuhuru@gmail.com; jessenevel@gmail.com; johannuhuru@gmail.com; mehalmclaughlin82@gmail.com; starryplough@live.co.uk; dougie789@hotmail.com; nacionboricua@gmail.com; hmkingdomofhawaii@gmail.com; lanny.sinkin@gmail.com; president@yescalifornia.org |
| Subject: | The anti-globalization movement of Russia is 5 years old!!! |
| Attachments: | Rusia-antiglob.jpg |

Dear Colleagues, Friends!
The anti-globalization movement of Russia is 5 years old.
Over all these years, we have achieved great results together.
We thank you for your productive cooperation and look forward to continuing. T
hank you We will be grateful if you send a congratulatory letter from your organization to our address.
President of the Antiglobalists movement of Russia Alexander Ionov

_____

In Solidarity,

The Anti-globalization movement of Russia

+7 (499) 553-09-65

anti-global.ru

4 Clara Zetkin str., Moscow
127299,Russian Federation

---

| | |
|---|---|
| X-GM-THRID: | 1563119734494242283 |
| X-Gmail-Labels: | All mail Including Spam and Trash,Inbox,Opened,Category Personal |
| Delivered-To: | jessenevel@gmail.com |
| Received: | by 10.100.154.2 with SMTP id 2csp1572835pjk; Tue, 28 Mar 2017 06:19:04 -0700 (PDT) |
| X-Received: | by 10.25.92.212 with SMTP id u81mr11011661lfi.160.1490707144577; Tue, 28 Mar 2017 06:19:04 -0700 (PDT) |
| Return-Path: | <info@anti-global.ru> |
| Received: | from f176.i.mail.ru (f176.i.mail.ru. [94.100.178.93]) by mx.google.com with ESMTPS id s84si1923671lja.57.2017.03.28.06.19.04 (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128); Tue, 28 Mar 2017 06:19:04 -0700 (PDT) |
| Received-SPF: | pass (google.com: domain of info@anti-global.ru designates 94.100.178.93 as permitted sender) client-ip=94.100.178.93; |
| Authentication-Results: | mx.google.com; dkim=pass header.i=@mail.ru; spf=pass (google.com: domain of info@anti-global.ru designates 94.100.178.93 as permitted sender) smtp.mailfrom=info@anti-global.ru |
| DKIM-Signature: | v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; d=mail.ru; s=mail2; h=Content-Type:Message-ID:Reply-To:Date:MIME-Version:Subject:To:From; bh=FPMrAuhT+U4+HijOQ2tyhxdkz3qcVYLBsqdATKmaEcw=; b=gv7zUQBhBT57VyoMD39TULmO9Uu5j/ZiXE5kkofuKNqDeO907Q7aSIhhYnByTDjVVOZupBCAZTJVki4pSbV7qG9arFeBG71nEnaJ1lKFRD4x77DEx2wSLcfkbi1GLFcL/axIhJdVMvY8oH8DZSreHcshBYCr8El0+kEDmsc3Yss=; |
| Received: | by f176.i.mail.ru with local (envelope-from <info@anti-global.ru>) id 1csr1Y-0003A1-VC; Tue, 28 Mar 2017 16:19:02 +0300 |
| Received: | by e.mail.ru with HTTP; Tue, 28 Mar 2017 16:19:00 +0300 |
| MIME-Version: | 1.0 |
| X-Mailer: | Mail.Ru Mailer 1.0 |
| Reply-To: | The AntiGlobalization Movement of Russia <info@anti-global.ru> |
| X-Priority: | 3 (Normal) |
| Message-ID: | <1490707140.691171198@f176.i.mail.ru> |
| Content-Type: | multipart/mixed; boundary="----zCxqsWSrTa6kQ6hNE6ly5VGXGDejzAX7-6dAB1rGGWPF36VDv-1490707140" |
| Authentication-Results: | f176.i.mail.ru; auth=pass smtp.auth=info@anti-global.ru smtp.mailfrom=info@anti-global.ru |
| X-7FA49CB5: | 0D63561A33F958A5E3569BF5A9364941F112955A42AAAF8FFE0AAB3627B7C8A09F18ECD7E95F35E938F506CA769165D3B4C7A530E975E7FAE7DD5F9A33318E5C0BF2EBBBDD9D6B0F8AA24407EA20434BBDAD6C7F3747799A |
| X-Mailru-Sender: | 0E9E14D9EC491FBA0F88FD11DE159843D70A8A0B22D50A26E82AB95A26ABF6F2854DD071447E0EAD0D39F009D6855DB47F3FC4271337B6A93AF502C5D948E0838BC0F606C687C5A1B5D9D34487FDC0DAAFD9C721548A2CFA8F5F8508D775F9253453F38A29522196 |
| X-Mras: | OK |
| X-Spam: | undefined |