# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**From:** Jesse Nevel <jessenevel@gmail.com>
**Sent:** 2/24/2022 5:25:40 PM -0600
**To:** alt Tammy Harris <harris.tammy63@yahoo.com>; Omali Yeshitela <omaliyesh@yahoo.com>; Penny Hess <pennyuhuru@gmail.com>
**Subject:** Uhuru Chairman: Alexander Ionov sent this to me

Uhuru Chairman,
Alexander Ionov sent me this message:

*URGENT MESSAGE FROM THE ANTIGLOBALIST MOVEMENT OF RUSSIA*

*Today the irreparable happened, the war with Ukraine has began. A similar situation could be imagined in 14-15, when the population of Donetsk and Lugansk was subjected to genocide. Now the war could have been avoided. But so far no one can say how exactly. After all, it has been going on for over 8 years in the southeast of Ukraine.*

*Reasons and dry facts:*

*1. Over 14,000 people died in the LDNR during the 8 years of the conflict, shelling continued almost every day. We have seen information about the violation of the ceasefire, both from the media and from the official reports of the OSCE. The Armed Forces of Ukraine fired in the direction of villages and cities.*
*2. The Minsk accords were not respected and reached a dead end, like any consultations in the Normandy format. The United States has increased its influence on Ukraine.*
*3. Ukraine aspired to join NATO.*
*4. NATO refused to sign guarantees not to expand to the East.*
*5. Ukraine received offensive lethal weapons from Western colleagues, which were also used in the LDNR.*
*6. Russia has exhausted all possible tools to prevent conflict in the LDNR.*

*In any case, I believe that a bad peace is better than a good war, and in the 21st century we must resolve issues more subtly and adequately.*

*We will be thinking and experiencing the consequences of today's tragedy for a long time to come.*

*But we must remember that the war began 8 years ago, when the US and the EU brought new leadership to power in Kiev. It was the pro-Western neo-fascists who burned people in Odessa and shot thousands of civilians in the Donbas*

---

**X-GM-THRID:**     1725688776176264400
**X-Gmail-Labels:** Archived,All mail Including Spam and Trash,Sent,Opened
**MIME-Version:**   1.0
**Message-ID:**     <CADxzcAEok3vQ6sHnp9XvFun7QM=cxtjBRK=K_fFMkrB+SKQwLw@mail.gmail.com>
**Content-Type:**   multipart/alternative; boundary="000000000000842b8305d8cbe6e9"