# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| | |
|---|---|
| From: | "#OmaliTaughtMe Sunday Study"<mailerlite=theburningspear.com@mlsend2.com> on behalf of #OmaliTaughtMe Sunday Study <mailerlite@theburningspear.com> |
| Sent: | 3/13/2022 2:28:28 AM +0200 |
| To: | jessenevel@gmail.com |
| Subject: | Mar 13, 8am ET — BREAKING NEWS! Straight Outta Moscow, Russia |

Can't see images? Click here...

# BREAKING NEWS!!! STRAIGHT OUTTA MOSCOW, RUSSIA

## Sunday, March 13th @ 8am ET

⏰ Reminder for those in U.S. time zones to "spring ahead" ⏰ Daylight saving time starts March 13th.

**Alexander Ionov**, President of the Anti-globalization Movement of Russia will be LIVE on this week's #OmaliTaughtMe Sunday study.

Hear more about the Russia/Ukraine war straight from the people

of Russia.

He will join Chairman **Omali Yeshitela**, African Socialist International (ASI) Secretary General **Luwezi Kinshasa** and APSP-Africa Regional Director **Tafarie Mugeri** to sum up the situation.

## Tune in LIVE and join the discussion!

YouTube     Facebook

**Subscribe to The Burning Spear TV YouTube Channel!**



---

**Burning Spear Media**

1245 18th Ave S., St. Petersburg
United States

 SHARE    TWEET   FORWARD

You received this email because you signed up on our website or made a purchase from us.

Unsubscribe

| | |
|---|---|
| X-GM-THRID: | 1727142349540210890 |
| X-Gmail-Labels: | All mail Including Spam and Trash,Inbox,Important,Opened,Category Updates |
| Delivered-To: | jessenevel@gmail.com |
| Received: | by 2002:a92:d6c4:0:0:0:0:0 with SMTP id z4csp1509238ilp; Sat, 12 Mar 2022 16:28:29 -0800 (PST) |
| X-Google-Smtp-Source: | ABdhPJxLLu5Vv6vT9K5YwRcdeRzY2XTe89zz3w8Ud76IPeVmERLgDuPHngT91xxn9c4nppiIhjC+ |
| X-Received: | by 2002:adf:efca:0:b0:203:7515:3c22 with SMTP id i10-20020adfefca000000b0020375153c22mr11649804wrp.395.1647131308879; Sat, 12 Mar 2022 16:28:28 -0800 (PST) |
| ARC-Seal: | i=1; a=rsa-sha256; t=1647131308; cv=none; d=google.com; s=arc-20160816; b=o5AapyIhAQStj2Is/IhKv7Rdf/1b29JGiDNexpoBQwfzM2YrqW7cr8lpnE6Q8a0HkG hd5pdZxz5LiJUcansUPZFLDRT5lNds94WhQfNcq2lE/E0if1T9ZhF2etOWd6cVCDBGjG clbYnoMjVRIoZuCq9PRizsQQmscOXuyYNvliNVqNaeym08AszLdbj4Yjs1Wrq9/dfNjp 3bm1wg2rJRr4wYYD+KK0DygJkoWaPLwAsgUt7vNhWl2DXNlNwyVFDG0s4GkI1xJtNByL KL7YJT5SvgmGdY96sJ7R0pp0H2vxUcrGdEh9amMUB7+Gh65IJWFIj8wYOHZQPHcolUHl XyHg== |
| ARC-Message-Signature: | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=mime-version:list-unsubscribe:list-unsubscribe-post:sender :feedback-id:precedence:message-id:subject:reply-to:from:to:date :dkim-signature; bh=dlOLCyaq8O+jclt0jlxF5WRts+ICHyo+gTO5aEJukRA=; b=GOOLXG3EF8CgkalynVVaahVnQmIsjMwbtSVrka/jW7jdVZ+HQcaB+aHO6Ds6TCS3q9 YG104BkfJGpjGUoAyJz9wDKk1xk4CA/R86izySRxz28BvXacSDnACCdtrRzEG112fEaw OfSgXclwNl+bYLTkY/ez8/0NYRUh4EHlKCtG0d7sEQCA1WVahSj0+vhaTf8L2BA+9ubj XMTfl3zujOxnoeLVkcpyZ83Eu8qCQfmo6Od2xCU2Lq0zxexAgDA2QKKLj/TYMaJSxq0N xLz94Oxie82Xj1cWtrdxIjvwipYr7ppe/B4K3u1o73xaCDY8t+jSpJll2L8TfB9mhHlp lEmg== |
| ARC-Authentication-Results: | i=1; mx.google.com; dkim=pass header.i=@mlsend2.com header.s=ml header.b="PTif/usV"; spf=pass (google.com: domain of bounce-t2d5-19047551537522990 93@mlsend2.com designates 185.249.220.228 as permitted sender) smtp.mailfrom=bounce-t2d5-19047551537522990 93@mlsend2.com |
| Return-Path: | <bounce-t2d5-19047551537522990 93@mlsend2.com> |
| Received: | from mail228.on.mlsend2.com (mail228.on.mlsend2.com. [185.249.220.228]) by mx.google.com with ESMTPS id b13-20020adfd1cd000000b002036b2328e1si10818597wrd.921.2022.03.12.16.28.28 for <jessenevel@gmail.com> (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256); Sat, 12 Mar 2022 16:28:28 -0800 (PST) |
| Received-SPF: | pass (google.com: domain of bounce-t2d5-19047551537522990 93@mlsend2.com designates 185.249.220.228 as permitted sender) client-ip=185.249.220.228; |
| Authentication-Results: | mx.google.com; dkim=pass header.i=@mlsend2.com header.s=ml header.b="PTif/usV"; spf=pass (google.com: domain of bounce-t2d5-19047551537522990 93@mlsend2.com designates 185.249.220.228 as permitted sender) smtp.mailfrom=bounce-t2d5-19047551537522990 93@mlsend2.com |
| Received: | from (127.0.0.1) (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits) key-exchange ECDHE (P-256) server-signature RSA-PSS (2048 bits) client-signature RSA-PSS (2048 bits)) (Client CN "on.mlsend2.com", Issuer "on.mlsend2.com" (verified OK)) by mail228.on.mlsend2.com (Postfix) with ESMTPS id A192C18D209 for <jessenevel@gmail.com>; Sun, 13 Mar 2022 00:28:28 +0000 (UTC) |
| DKIM-Signature: | v=1; a=rsa-sha256; c=relaxed/relaxed; d=mlsend2.com; s=ml; t=1647131308; bh=dlOLCyaq8O+jclt0jlxF5WRts+ICHyo+gTO5aEJukRA=; h=Date:To:From:Reply-To:Subject:Message-ID:List-Unsubscribe: MIME-Version:Content-Type; b=PTif/usV7boUzJL9HJomxAoxYQELIVuWF0Uk86HJ1+bQ+zc4itLfQmEUz/u/14g67 1ozBm995J9jS5xFLWcc6boRbM8kS49PUDbGzp7K7u7BESfqQ1OyOvNiHquGnE7oiFT aRgZ/CaN6dpMZgUes2ElmV+Ina+K76KruGQM/GJI= |
| Received: | from (127.0.0.1) by mail228.on.mlsend2.com (Postfix) with ESMTP id 9FA2D18C764 for <jessenevel@gmail.com>; Sun, 13 Mar 2022 00:28:28 +0000 (UTC) |
| Reply-To: | #OmaliTaughtMe Sunday Study <mailerlite@theburningspear.com> |
| Message-ID: | <cc18971d07f385753f3b96a8383159e6@mlsend2.com> |
| X-Mailer-SubscriberID: | 19047551537522990 93;t2d5;5847fe5ab615e6aae2df350cf4f0052a |
| X-Mailru-Msgtype: | 5847fe5ab615e6aae2df350cf4f0052a |
| Precedence: | bulk |
| Feedback-ID: | m8f0e2w3e9:5847fe5ab615e6aae2df350cf4f0052a:212238076490130576:MailerLite |
| List-Unsubscribe-Post: | List-Unsubscribe=One-Click |
| List-Unsubscribe: | <mailto:unsubscribe-19047551537522990 93-t2d5-5847fe5ab615e6aae2df350cf4f0052a@mlsend2.com?body=unsubscribe>, <https://click.mlsend2.com/link/c/YT0xOTA0NzU1MTUzNzUyMjk5MDkzJmM9dDJkNSZlPTE5MjgmYj05NDI2OTg5NDYmZD1yMGs1djdu.cOrmVNADE2Bkmq4Qg0VhT2cS9dYO3CIsRKOCfoxaJSc> |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/alternative; boundary="b1_cc18971d07f385753f3b96a8383159e6" |