# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**From:** "International People's Democratic Uhuru Movement"<mailerlite=inpdum.org@mlsend2.com> on behalf of International People's Democratic Uhuru Movement <mailerlite@inpdum.org>
**Sent:** 3/13/2022 9:16:22 AM +0200
**To:** jessenevel@gmail.com
**Subject:** Mar 13, 8am ET — BREAKING NEWS! Straight Outta Moscow, Russia



# BREAKING NEWS!!! STRAIGHT OUTTA MOSCOW, RUSSIA

## Sunday, March 13th @ 8am ET

⏰ Reminder for those in U.S. time zones to "spring ahead" ⏰ Daylight saving time starts March 13th.

**Alexander Ionov**, President of the Anti-globalization Movement of Russia will be LIVE on this week's #OmaliTaughtMe Sunday study.

Hear more about the Russia/Ukraine war straight from the people

of Russia.

He will join Chairman **Omali Yeshitela**, African Socialist International (ASI) Secretary General **Luwezi Kinshasa** and APSP-Africa Regional Director **Tafarie Mugeri** to sum up the situation.

## Tune in LIVE and join the discussion!

YouTube    Facebook

**Subscribe to The Burning Spear TV YouTube Channel!**



**Burning Spear Media**

SHARE    TWEET    FORWARD

1245 18th Ave S., St. Petersburg
United States

## International People's Democratic Uhuru Movement

4101 W Florissant Ave, St. Louis
MO 63115 United States

You received this email because you signed up on our website
or made a purchase from us.

Unsubscribe

| Field | Value |
|---|---|
| X-GM-THRID: | 1727168022138945647 |
| X-Gmail-Labels: | All mail Including Spam and Trash,Inbox,Important,Category Promotions |
| Delivered-To: | jessenevel@gmail.com |
| Received: | by 2002:a92:d6c4:0:0:0:0:0 with SMTP id z4csp1675190ilp; Sat, 12 Mar 2022 23:16:23 -0800 (PST) |
| X-Google-Smtp-Source: | ABdhPJwNUpcjhw7VeQJzMnONmuOghjSNVhAf7/pRoDIs1H+zPJo7rg0Si/it/e15XZi3r/E8bxQd |
| X-Received: | by 2002:a05:600c:4f09:b0:389:da2f:4860 with SMTP id l9-20020a05600c4f0900b00389da2f4860mr12441273wmq.90.1647155783103; Sat, 12 Mar 2022 23:16:23 -0800 (PST) |
| ARC-Seal: | i=1; a=rsa-sha256; t=1647155783; cv=none; d=google.com; s=arc-20160816; b=If60jfw8gSGsB/RE/GNYmIDMyvNxJ1wUKZuBqH5R4CB1KtWwbjfu7bWlo3qSwegp24 Jb6GYSP1gj3j9cvTw8EHSn7HJgeMAySjakXfrjkmYYHexmN5pW3ocVt2MdA5WolV51ug fI9dWpatCKJupYadk1WGxGwXUuq63VYFkuASxxgYkEx7Hx9t2qyPpPvmdnfktjXBe23p NfOdn2XmWTzrjUvT+7dK+Lgs/InY7hzEFpkxxnF54PFv3FBGgQwtHTAmHrWvPyVq2Su7 fYNm0+n+aw/wMvLpEGQUh4S06YKs++/XmWa3UPuAde9g+wVvlgQ2ErL5odKKDr5grMg4 CF5g== |
| ARC-Message-Signature: | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=mime-version:list-unsubscribe:list-unsubscribe-post:sender :feedback-id:precedence:message-id:subject:reply-to:from:to:date :dkim-signature; bh=YzlgALq+wjkXkhULjyqpainE8ES7oxG2cRTSSZWw5MA=; b=tjvswC+a25TRykWpBkJKGzUgbA7fglMwyZK/FmEZHf0uAnL2XWJo5B2ivF6W9+R5vL HE6Is6UFAhl1qbqLcu6IyBDjDJqatYV6X+AFdWbqKpQnoHRz+vjlf7krqR4hENJKKcM5 6ovQCfopi1zGiFOr1/7swNFApvhe3XnPQ1dKlL+YIGhJnVuXF2YSGPHw3tbVzs86d8b2 kNbPVjfKGFnIkq1IxdLButDEzZS7RB+q5q+j4+mBAhxQZDTmBY55AionxKl3VzHjXNID qqoQLU0ZKaYUawOeAeu1r97f8ngvTAZJk3vMlPg/GGuskJvEve5U+ZnzOw1atrc10CjG 1hyQ== |
| ARC-Authentication-Results: | i=1; mx.google.com; dkim=pass header.i=@mlsend2.com header.s=ml header.b=xzWlHiDy; spf=pass (google.com: domain of bounce-s4s3-1904960456208947047@mlsend2.com designates 185.249.220.249 as permitted sender) smtp.mailfrom=bounce-s4s3-1904960456208947047@mlsend2.com |
| Return-Path: | <bounce-s4s3-1904960456208947047@mlsend2.com> |
| Received: | from mail249.on.mlsend2.com (mail249.on.mlsend2.com. [185.249.220.249]) by mx.google.com with ESMTPS id k15-20020a05600c1c8f00b00389e8184ecbsi5433385wms.139.2022.03.12.23.16.22 for <jessenevel@gmail.com> (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256); Sat, 12 Mar 2022 23:16:23 -0800 (PST) |
| Received-SPF: | pass (google.com: domain of bounce-s4s3-1904960456208947047@mlsend2.com designates 185.249.220.249 as permitted sender) client-ip=185.249.220.249; |
| Authentication-Results: | mx.google.com; dkim=pass header.i=@mlsend2.com header.s=ml header.b=xzWlHiDy; spf=pass (google.com: domain of bounce-s4s3-1904960456208947047@mlsend2.com designates 185.249.220.249 as permitted sender) smtp.mailfrom=bounce-s4s3-1904960456208947047@mlsend2.com |
| Received: | from (127.0.0.1) (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits) key-exchange ECDHE (P-256) server-signature RSA-PSS (2048 bits) client-signature RSA-PSS (2048 bits)) (Client CN "on.mlsend2.com", Issuer "on.mlsend2.com" (verified OK)) by mail249.on.mlsend2.com (Postfix) with ESMTPS id 9CED5413736 for <jessenevel@gmail.com>; Sun, 13 Mar 2022 07:16:22 +0000 (UTC) |
| DKIM-Signature: | v=1; a=rsa-sha256; c=relaxed/relaxed; d=mlsend2.com; s=ml; t=1647155782; bh=YzlgALq+wjkXkhULjyqpainE8ES7oxG2cRTSSZWw5MA=; h=Date:To:From:Reply-To:Subject:Message-ID:List-Unsubscribe: MIME-Version:Content-Type; b=xzWlHiDyuKkViTh3x17o/WLupFF2QZHEHIoB92T/ydy/t85cHXQVovkCW3udPN0FD D4bzuCgFUEIHPv0e7w8rJSOBWUIeqb+5osICX9swzZy17QCTm5xSlM9ipMpCD6kahw GoMjC0bxdQKW9Ys4kxNJLECKbVj8mjDPPB+afDsY= |
| Received: | from (127.0.0.1) by mail249.on.mlsend2.com (Postfix) with ESMTP id 965C140D8E3 for <jessenevel@gmail.com>; Sun, 13 Mar 2022 07:16:22 +0000 (UTC) |
| Reply-To: | International People's Democratic Uhuru Movement <mailerlite@inpdum.org> |
| Message-ID: | <08ac0c0a4a7cd14681aa405a16bcdfb5@mlsend2.com> |
| X-Mailer-SubscriberID: | 1904960456208947047;s4s3;3c672d8ccb492b8fdc45841feebe5bdb |
| X-Mailru-Msgtype: | 3c672d8ccb492b8fdc45841feebe5bdb |
| Precedence: | bulk |
| Feedback-ID: | s0d1v8m8x1:3c672d8ccb492b8fdc45841feebe5bdb:323848342796870824:MailerLite |
| List-Unsubscribe-Post: | List-Unsubscribe=One-Click |
| List-Unsubscribe: | <mailto:unsubscribe-1904960456208947047-s4s3-3c672d8ccb492b8fdc45841feebe5bdb@mlsend2.com?body=unsubscribe>, <https://click.mlsend2.com/link/c/YT0xOTA0OTYwNDU2MjA4OTQ3MDQ3JmM9czRzMyZlPTE5MjgmYj05NDI3MzMzODlmZD11OWo0eDFv.rhDh7pGpzUbdKro_r87OOlEOME3nCl1b7kQgaDnmXLQ> |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/alternative; boundary="b1_08ac0c0a4a7cd14681aa405a16bcdfb5" |