# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| | |
|---|---|
| From: | "#OmaliTaughtMe Sunday Study"<mailerlite=theburningspear.com@mlsend2.com> on behalf of #OmaliTaughtMe Sunday Study <mailerlite@theburningspear.com> |
| Sent: | 3/19/2022 10:30:20 PM +0200 |
| To: | stpete@uhurusolidarity.org |
| Subject: | Mar 20, 8am ET — Russia Addresses the African Nation |

Can't see images? Click here...



## Sunday, March 20th @ 8am ET

Join us as we continue the discussion on Russia's defensive war in Ukraine against the global colonial powers.

**FEATURED SPEAKERS**

- **Chairman Omali Yeshitela**, African People's Socialist Party (APSP)
- **Alexander Ionov**, President, Anti-Globalization Movement of Russia, LIVE from Moscow
- **Luwezi Kinshasa**, Secretary General, African Socialist International (ASI)
- **Tafarie Mugeri,** Director of Organization, ASI Africa Region

We're talking about NATO, fake news, Nazis in Ukraine, the colonial mode of production and more!

APSP Stands with Russia!

APSP Stands with Putin!

## Tune in LIVE and join the discussion!

YouTube                Facebook

---

**Subscribe to The Burning Spear TV YouTube Channel!**



---

Burning Spear Media

1245 18th Ave S., St. Petersburg
United States

SHARE    TWEET    FORWARD

You received this email because you signed up on our website or made a purchase from us.

Unsubscribe

| Field | Value |
|---|---|
| X-GM-THRID: | 1727761558448908022 |
| X-Gmail-Labels: | All mail Including Spam and Trash,Inbox,Important,Category Updates |
| Delivered-To: | jessenevel@gmail.com |
| Received: | by 2002:a92:cd42:0:0:0:0:0 with SMTP id v2csp536455ilq; Sat, 19 Mar 2022 13:30:23 -0700 (PDT) |
| X-Google-Smtp-Source: | ABdhPJyF4p+Ev90D8lP3UgYxr2+aQ7VO9OtlPmkpRQwbmuPCMhYGvLJT0UvcfcbKyCWvF96OjKUW |
| X-Received: | by 2002:a17:903:40c7:b0:151:a640:d69e with SMTP id t7-20020a17090340c700b00151a640d69emr5511582pld.121.1647721823209; Sat, 19 Mar 2022 13:30:23 -0700 (PDT) |
| ARC-Seal: | i=1; a=rsa-sha256; t=1647721823; cv=none; d=google.com; s=arc-20160816; b=Q/EUeBJ1cL7EYDeQmsDWMLZCRI4FinpVFS1004wx5XThMVx3xTQyX0xwLohfy8SBhy iG/0GL3ua2380XDFxbXinkpERjIi55YqqnbAHE2x1qt73qSqdN4/rIU0OI+Wk6W8iwZI 8f2eH7DST2yRLQIAx+IxEle1bqKckfrJbSQaDtoEpeHWP9Y90lDPE6QXHfegLpoIH7J0 UoygmOPCVEjBqQbn439lodl2Veucd4rFhatodW2ac1ULCgeOedAgajGGdq6qNW9TeFUb W4SnV76Z2mzO14gswfYsed8MgJsho6tOgSMnDTUxiuJnh7DqYx2k+Uy1jLomJrzMPQSC Rjew== |
| ARC-Message-Signature: | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=mime-version:list-unsubscribe:list-unsubscribe-post:sender :feedback-id:precedence:message-id:subject:reply-to:from:to:date :dkim-signature; bh=AB438JOjKc7OH6HlxdGj5r0aCd36nKEPeqygbDMQmAg=; b=TFIC3iBQOH7jSGtVp5lK94B2PVAiTFW1aj6GuaqCioHUjQbaBM6FnaKT7ahlO+zymy ZorCHG5bcK+Ihzg6m6KFrpzqPaQfyAV76sAqufuxU0tgSoebBfzel9YuYdmtuzgcIltB oNSzi4An9vLRJX29L7wvIfyPYbAY6W5KEYQt5Hwr4M1mQskMHYr+r7Stizu+hGssVXI5 avq0M9ht4ToUb9t7DghdkjjEld0Ou9nHLrZH1YtTZTj8kMOfqCqb652eOvqTN3SWV212 Mr/PGyNcCkkb1MWVhSKLWqjRxIplcbZhLiWlMEUoVRsQ1+7PlutN3qkj3ZowxP3T8inV 57pw== |
| ARC-Authentication-Results: | i=1; mx.google.com; dkim=pass header.i=@mlsend2.com header.s=ml header.b="tWc+D1/I"; spf=softfail (google.com: domain of transitioning bounce-y2r6-1909708730031675211@mlsend2.com does not designate 64.90.62.163 as permitted sender) smtp.mailfrom=bounce-y2r6-1909708730031675211@mlsend2.com |
| Return-Path: | <bounce-y2r6-1909708730031675211@mlsend2.com> |
| Received: | from pdx1-sub0-mail-mx212.dreamhost.com (mx1.dreamhost.com. [64.90.62.163]) by mx.google.com with ESMTPS id c2-20020a633502000000b003816043f040si9189036pga.565.2022.03.19.13.30.22 (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256); Sat, 19 Mar 2022 13:30:23 -0700 (PDT) |
| Received-SPF: | softfail (google.com: domain of transitioning bounce-y2r6-1909708730031675211@mlsend2.com does not designate 64.90.62.163 as permitted sender) client-ip=64.90.62.163; |
| Authentication-Results: | mx.google.com; dkim=pass header.i=@mlsend2.com header.s=ml header.b="tWc+D1/I"; spf=softfail (google.com: domain of transitioning bounce-y2r6-1909708730031675211@mlsend2.com does not designate 64.90.62.163 as permitted sender) smtp.mailfrom=bounce-y2r6-1909708730031675211@mlsend2.com |
| Received: | from mail250.on.mlsend2.com (mail250.on.mlsend2.com [185.249.220.250]) (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits) key-exchange X25519 server-signature RSA-PSS (2048 bits) server-digest SHA256) (No client certificate requested) by pdx1-sub0-mail-mx212.dreamhost.com (Postfix) with ESMTPS id 4KLXZ62HzFz2WdM for <stpete@uhurusolidarity.org>; Sat, 19 Mar 2022 13:30:22 -0700 (PDT) |
| Received: | from (127.0.0.1) (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits) key-exchange ECDHE (P-256) server-signature RSA-PSS (2048 bits) client-signature RSA-PSS (2048 bits)) (Client CN "on.mlsend2.com", Issuer "on.mlsend2.com" (verified OK)) by mail250.on.mlsend2.com (Postfix) with ESMTPS id ECCBC4096E7 for <stpete@uhurusolidarity.org>; Sat, 19 Mar 2022 20:30:20 +0000 (UTC) |
| DKIM-Signature: | v=1; a=rsa-sha256; c=relaxed/relaxed; d=mlsend2.com; s=ml; t=1647721820; bh=AB438JOjKc7OH6HlxdGj5r0aCd36nKEPeqygbDMQmAg=; h=Date:To:From:Reply-To:Subject:Message-ID:List-Unsubscribe:MIME-Version:Content-Type; b=tWc+D1/IwrRLJOkYzQWAVItrC1LcV/1Cirxu/vAIqbu9sp5HNZxepx8lE00csl6Ts 6rXJHWQCVYPydbQcq9hOMNLLF8PL+I2LnROMzFcs5+jPIBLdlGVU/m/U/LK99eRs4d m++Bi6v0a+NyFjveaIM2yaXWC1FUXAh1WmKglSoY= |
| Received: | from (127.0.0.1) by mail250.on.mlsend2.com (Postfix) with ESMTP id EB0AA40A03F for <stpete@uhurusolidarity.org>; Sat, 19 Mar 2022 20:30:20 +0000 (UTC) |
| Reply-To: | #OmaliTaughtMe Sunday Study <mailerlite@theburningspear.com> |
| Message-ID: | <5050e8d8dc8dd3cd2fd7d895adcf3c53@mlsend2.com> |
| X-Mailer-SubscriberID: | 1909708730031675211;y2r6;5847fe5ab615e6aae2df350cf4f0052a |
| X-Mailru-Msgtype: | 5847fe5ab615e6aae2df350cf4f0052a |
| Precedence: | bulk |
| Feedback-ID: | z6o6d5u7v3:5847fe5ab615e6aae2df350cf4f0052a:549122608755484179:MailerLite |
| List-Unsubscribe-Post: | List-Unsubscribe=One-Click |
| List-Unsubscribe: | <mailto:unsubscribe-1909708730031675211-y2r6-5847fe5ab615e6aae2df350cf4f0052a@mlsend2.com?body=unsubscribe>, <https://click.mlsend2.com/link/c/YT0xOTA5NzA4NzMwMDMxNjc1MjExJmM9eTJyNiZlPTQ4NDcyMTk4JmI9OTQ1NzU4MDg1JmQ9ejV4OWs0ZQ==.FTePBGD0WA30wAtrhPo6TjMk2H0SyE3onMkA0BVvJCo> |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/alternative; boundary="b1_5050e8d8dc8dd3cd2fd7d895adcf3c53" |