# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**From:** "International People's Democratic Uhuru Movement"<mailerlite=inpdum.org@tu156d2.com> on behalf of International People's Democratic Uhuru Movement <mailerlite@inpdum.org>
**Sent:** 3/20/2022 1:04:11 PM +0200
**To:** jessenevel@gmail.com
**Subject:** TUNE-IN AT 8AM ET THIS MORNING! The Chairman will Speak on Russia!

# Sunday, March 20th @ 8am ET

Join us as we continue the discussion on Russia's defensive war in Ukraine against the global colonial powers.

**FEATURED SPEAKERS**

- **Chairman Omali Yeshitela**, African People's Socialist Party

(APSP)
- **Alexander Ionov**, President, Anti-Globalization Movement of Russia, LIVE from Moscow
- **Luwezi Kinshasa**, Secretary General, African Socialist International (ASI)
- **Tafarie Mugeri,** Director of Organization, ASI Africa Region

We're talking about NATO, fake news, Nazis in Ukraine, the colonial mode of production and more!

APSP Stands with Russia!

APSP Stands with Putin!

## Tune in LIVE and join the discussion!

YouTube    Facebook

**Subscribe to The Burning Spear TV YouTube Channel!**



Case 8:22-cr-00259-WFJ-AEP    Document 296-143    Filed 09/17/24    Page 4 of 5 PageID 3670



**Burning Spear Media**

1245 18th Ave S., St. Petersburg
United States

SHARE  TWEET  FORWARD

**International People's Democratic Uhuru Movement**

4101 W Florissant Ave, St. Louis
MO 63115 United States

You received this email because you signed up on our website or made a purchase from us.

Unsubscribe

| | |
|---|---|
| X-GM-THRID: | 1727816533648654812 |
| X-Gmail-Labels: | All mail Including Spam and Trash,Inbox,Opened,Category Promotions |
| Delivered-To: | jessenevel@gmail.com |
| Received: | by 2002:a92:cd42:0:0:0:0:0 with SMTP id v2csp876382ilq; Sun, 20 Mar 2022 04:04:11 -0700 (PDT) |
| X-Google-Smtp-Source: | ABdhPJyl528ddAvL3gByAdGYz73ZvpQu9fuak67WZQWkORF52/9lfm5hA/5T/dUQOV0EYaC9TxEi |
| X-Received: | by 2002:a05:6000:1083:b0:203:fbd3:937e with SMTP id y3-20020a056000108300b00203fbd3937emr7039356wrw.139.1647774251790; Sun, 20 Mar 2022 04:04:11 -0700 (PDT) |
| ARC-Seal: | i=1; a=rsa-sha256; t=1647774251; cv=none; d=google.com; s=arc-20160816; b=NmkvvHb0Gw3VDlk1/94a29K2gJWafi0oOSg/s6EpbarMnmTaspqWULHhx+IvuoHeXA 1eJbe/gDNipL3Ioopo3fP6JbWiABWNxjA7LAMr9TBQcpnk28oAnSrUwCeICt3AkwyaUD SeJFvpZSAv3vIewj90LVy5ibtks28Wts1yJzMOzM1XUghRTCJVbHPmDm2FRf/r3VgoAV ioPPLZFzh8P60s3YYcpeZmLjQU7ujV0+AwJP+8pHtD33PpOOF3d38prQCp4SYqZtpqKV /QArUq9V1ffzMsWOTqYU6GnxP9Y8bBUQUmi/BfUe7m6Zp8uPH4ydFe0XE1LIQKUMvWzO 3uGA== |
| ARC-Message-Signature: | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=mime-version:list-unsubscribe:list-unsubscribe-post:sender :feedback-id:precedence:message-id:subject:reply-to:from:to:date :dkim-signature; bh=u8njpXC4xqrpt9OZoeac+JzKnsuGgMysmqD3CMVIAR8=; b=pq76Qb1Pr6O/1B2CQVzxvTj8B6YCXkN803RCsMmKOcgYjgCS5a8YXcCWHoSAj8Ib6U 3KgyUhy3W4VKgf6WYjUVNDvrcWQaMcB8M8IyG3Knts4vfHGnRt5v6SO/OK/EbtnBHddQ yYsOYiEK0B7mgofTbuJQ13R++NTzKSEAqm9nJ5uSHUzXoSCVmxw1y6rIAOfFgpNB5rzJ 3thb0/oJf9u72F+6MGWme7/9iIGbuXhyD/VZiQp3T/WMm9VkBxcMy2Zz2/wyBqQ/SCml 14zSMbbqHwrZPWDD//THTzo9fb/KCKUnNoIGOgpkIUT9sdpPk4LuZswuK5zXabD3v5ez uVgg== |
| ARC-Authentication-Results: | i=1; mx.google.com; dkim=pass header.i=@mlsend2.com header.s=ml header.b=dBTN6l7L; spf=pass (google.com: domain of bounce-v9q5-1910148549723559825@mlsend2.com designates 185.249.220.228 as permitted sender) smtp.mailfrom=bounce-v9q5-1910148549723559825@mlsend2.com |
| Return-Path: | <bounce-v9q5-1910148549723559825@mlsend2.com> |
| Received: | from mail228.on.mlsend2.com (mail228.on.mlsend2.com. [185.249.220.228]) by mx.google.com with ESMTPS id o11-20020a056000010b00b00203e9019581si2891472wrx.773.2022.03.20.04.04.11 for <jessenevel@gmail.com> (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256); Sun, 20 Mar 2022 04:04:11 -0700 (PDT) |
| Received-SPF: | pass (google.com: domain of bounce-v9q5-1910148549723559825@mlsend2.com designates 185.249.220.228 as permitted sender) client-ip=185.249.220.228; |
| Authentication-Results: | mx.google.com; dkim=pass header.i=@mlsend2.com header.s=ml header.b=dBTN6l7L; spf=pass (google.com: domain of bounce-v9q5-1910148549723559825@mlsend2.com designates 185.249.220.228 as permitted sender) smtp.mailfrom=bounce-v9q5-1910148549723559825@mlsend2.com |
| Received: | from (127.0.0.1) (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits) key-exchange ECDHE (P-256) server-signature RSA-PSS (2048 bits) client-signature RSA-PSS (2048 bits)) (Client CN "on.mlsend2.com", Issuer "on.mlsend2.com" (verified OK)) by mail228.on.mlsend2.com (Postfix) with ESMTPS id 899611910BC for <jessenevel@gmail.com>; Sun, 20 Mar 2022 11:04:11 +0000 (UTC) |
| DKIM-Signature: | v=1; a=rsa-sha256; c=relaxed/relaxed; d=mlsend2.com; s=ml; t=1647774251; bh=u8njpXC4xqrpt9OZoeac+JzKnsuGgMysmqD3CMVIAR8=; h=Date:To:From:Reply-To:Subject:Message-ID:List-Unsubscribe: MIME-Version:Content-Type; b=dBTN6l7LMZfLEHUhFZXPg2yLGzoqjpvRsHdFtqQaXo5tS184awOn5X5YzWRz0glFI bft8RRdq/OLNtUElH7fYyIIVY/vuB/Mrty+g+KFsq0bl1dmQddZDYCR95wHCTE0clb RcsnFwiKjQ26/o3njdNELmH6M1bWacV5j3KslzDQ= |
| Received: | from (127.0.0.1) by mail228.on.mlsend2.com (Postfix) with ESMTP id 87C2D18D209 for <jessenevel@gmail.com>; Sun, 20 Mar 2022 11:04:11 +0000 (UTC) |
| Reply-To: | International People's Democratic Uhuru Movement <mailerlite@inpdum.org> |
| Message-ID: | <5129abc3feaf050a8bbe120f48344083@mlsend2.com> |
| X-Mailer-SubscriberID: | 1910148549723559825;v9q5;3c672d8ccb492b8fdc45841feebe5bdb |
| X-Mailru-Msgtype: | 3c672d8ccb492b8fdc45841feebe5bdb |
| Precedence: | bulk |
| Feedback-ID: | d6e5a8m4s8:3c672d8ccb492b8fdc45841feebe5bdb:323848342796870824:MailerLite |
| List-Unsubscribe-Post: | List-Unsubscribe=One-Click |
| List-Unsubscribe: | <mailto:unsubscribe-1910148549723559825-v9q5-3c672d8ccb492b8fdc45841feebe5bdb@mlsend2.com?body=unsubscribe>, <https://click.mlsend2.com/link/c/YT0xOTEwMTQ4NTQ5NzIzNTU5ODI1JmM9djlxNSZlPTE5MjgmYj05NDU4NjQ5NjYmZD1mN3M5eTRv.fTH_0QeyKNjLY7L4fqr0O07kajB-nqiSF33_afGJWoE> |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/alternative; boundary="b1_5129abc3feaf050a8bbe120f48344083" |