# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| | |
|---|---|
| **From:** | "Black is Back Coalition"<info=blackisbackcoalition.org@mlsend2.com> on behalf of Black is Back Coalition <info@blackisbackcoalition.org> |
| **Sent:** | 3/31/2022 11:25:27 PM +0300 |
| **To:** | jessenevel@gmail.com |
| **Subject:** | Learn How to Run for Political Office with a Black Self-determination Agenda |

View in browser

# The Ballot and the Bullet: Beyond the colonizer's coup to African Self-determination

Run for Political Office on a Black Self-determination Agenda

## Russia Addresses the African Nation

Alexander Ionov, President of the Anti-globalization Movement of Russia on an #OmaliTaughtMe Sunday study. Hear more about the Russia/Ukraine war straight from the people of Russia. Alexander Ionov is joined by Chairman Omali Yeshitela, African Socialist International (ASI) Secretary General Luwezi Kinshasa and APSP-Africa Regional Director Tafarie Mugeri to sum up the situation.

**Register for School Here**



**Your Participation Requested**

**The Ballot and the Bullet:**

**Beyond the colonizer's coup to African self-determination**

April 9-10, 2022

This is a Call to join the Black is Back Coalition for Social Justice, Peace and Reparations in our sixth annual Electoral Campaign School, scheduled for April 9-10, 2022.

Never in the five years we have conducted this school has the theme been more fitting than now. The U.S. and all the colonial powers in the world are arrayed against Russia in an attempt to finalize their efforts to destroy Russia as a self-determining contending power in Europe and the world.

Read Full "Call" here

# Sign Petition to FREE ALL POLITICAL PRISONERS

Sign Here!

# Free All Political Prisoners Poster 22"x34"



**Get Your "Free All Black Political Prisoners" Poster**

Classic Tee Shirt

## MAKE A STATEMENT

Support the Black is Back Coalition with style.

Our classic tee has been a staple in revolutionary activity for the last 11 years.

$20 plus shipping, Order yours today!

**$20.00**

Get Yours

---

**Black is Back Coalition**

1245 18th Ave S, St. Petersburg
33705 FL United States

You received this email because you signed up on our website or made a purchase from us.

Unsubscribe

| Field | Value |
|---|---|
| X-GM-THRID: | 1728848411420323368 |
| X-Gmail-Labels: | All mail Including Spam and Trash,Inbox,Important,Opened,Category Promotions |
| Delivered-To: | jessenevel@gmail.com |
| Received: | by 2002:a92:cd42:0:0:0:0:0 with SMTP id v2csp895645ilq; Thu, 31 Mar 2022 13:25:27 -0700 (PDT) |
| X-Google-Smtp-Source: | ABdhPJxoaXJX3zBQRFfIy0yIbfs8JULENbv1s++rN9iAWgleI1v3qj+skISCYpPFqSDvfBojBVQJ |
| X-Received: | by 2002:a05:600c:3d13:b0:38e:5132:7f9 with SMTP id bh19-20020a05600c3d1300b0038e513207f9mr1392964wmb.19.1648758327298; Thu, 31 Mar 2022 13:25:27 -0700 (PDT) |
| ARC-Seal: | i=1; a=rsa-sha256; t=1648758327; cv=none; d=google.com; s=arc-20160816; b=OlWBLcBFI5TmqnR618054Eh9jEQBUdgssfghSbpVXUIP5FcSZ6FV+YCVkjcRPRt38t yjND9DEOG47PuMS4Xyy2ouipD4ESd7V+kanqn27EtO+3/zc15TiBKvqdJuSCCHie1R6t 9e6aZZIPPE+FqIlbU1bo0HsDhg30Vf4GcjND9OUm2KXT+Lh5n2BFLclNa5PZdAQ0g4kf NNkydUP8CBSvy27T2pCvlbHjpTH768beuKIHnTlY3Gt6ZIrzheNJ8oXu3+Q2xt7MYFhB iLgAyTxR9Q3AFi5oYuz/4CQ5sa261/3rWvQr4yTm9sKyyBlVcfpszWScbAt15FMoNj8i 6PZg== |
| ARC-Message-Signature: | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=mime-version:list-unsubscribe:list-unsubscribe-post:sender :feedback-id:precedence:message-id:subject:reply-to:from:to:date :dkim-signature; bh=zCTIxiW5NnRZ2mQdwcxiF2sXXfORL6P8qzmxAo21FrY=; b=h2GpgJMfjwiL3P0l2FmKJZLG2msBuctPVxbqrE9wufDQqC+UlA6uhnePPPTQgAdMBO 1qmiX6gJopoXoJ1oyelDQId2r5XrtGulxv0kP71tlD6DMMKQfMs4zWnBvlQ8yYsiFVoY VFP1Isi10SI3EdJCvHJffsixr593ocaoiHmziyr8iJuF5Xumd9o932NdmptUEbHqcJ2r tJz1X9FqepKg3gVBOPEsE0ora7vrm2SGFITkSX7jr3GN0s9wUdp3pjsWlkbA5xUeUnf2 KCjzFlUqRsZJ7E28zWhVGt5RTC/JnImViDj5OFOJFFDZ5JM421pDgNg2RS98NnS7OGgm D/Qw== |
| ARC-Authentication-Results: | i=1; mx.google.com; dkim=pass header.i=@mlsend2.com header.s=ml header.b=U+I1I5E4; spf=pass (google.com: domain of bounce-o8z1-1918403573251577327@mlsend2.com designates 185.249.220.234 as permitted sender) smtp.mailfrom=bounce-o8z1-1918403573251577327@mlsend2.com |
| Return-Path: | <bounce-o8z1-1918403573251577327@mlsend2.com> |
| Received: | from mail234.on.mlsend2.com (mail234.on.mlsend2.com. [185.249.220.234]) by mx.google.com with ESMTPS id j2-20020adfea42000000b00203e9019487si292242wrn.523.2022.03.31.13.25.27 for <jessenevel@gmail.com> (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256); Thu, 31 Mar 2022 13:25:27 -0700 (PDT) |
| Received-SPF: | pass (google.com: domain of bounce-o8z1-1918403573251577327@mlsend2.com designates 185.249.220.234 as permitted sender) client-ip=185.249.220.234; |
| Authentication-Results: | mx.google.com; dkim=pass header.i=@mlsend2.com header.s=ml header.b=U+I1I5E4; spf=pass (google.com: domain of bounce-o8z1-1918403573251577327@mlsend2.com designates 185.249.220.234 as permitted sender) smtp.mailfrom=bounce-o8z1-1918403573251577327@mlsend2.com |
| Received: | from (127.0.0.1) (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits) key-exchange ECDHE (P-256) server-signature RSA-PSS (2048 bits) client-signature RSA-PSS (2048 bits)) (Client CN "on.mlsend2.com", Issuer "on.mlsend2.com" (verified OK)) by mail234.on.mlsend2.com (Postfix) with ESMTPS id 0E76BC07409 for <jessenevel@gmail.com>; Thu, 31 Mar 2022 20:25:27 +0000 (UTC) |
| DKIM-Signature: | v=1; a=rsa-sha256; c=relaxed/relaxed; d=mlsend2.com; s=ml; t=1648758327; bh=zCTIxiW5NnRZ2mQdwcxiF2sXXfORL6P8qzmxAo21FrY=; h=Date:To:From:Reply-To:Subject:Message-ID:List-Unsubscribe: MIME-Version:Content-Type; b=U+I1I5E4Clw30GGuYg4DSXSC94r7ngOffs95XsMKvVW/0EFSu8Wtvb5VCQYc2U0uo Sr1ENaGEZhvQyy5GihLaNMyG3BKY1YBEtFCnbJatREPr8TnK1SXPEgE/cS7zJEEUT7 6nVPI+GPVd/Xk1M9UXhVr6kZAyus0iMKU5PlAo9E= |
| Received: | from (127.0.0.1) by mail234.on.mlsend2.com (Postfix) with ESMTP id 0BB55C03C3C for <jessenevel@gmail.com>; Thu, 31 Mar 2022 20:25:27 +0000 (UTC) |
| Reply-To: | Black is Back Coalition <info@blackisbackcoalition.org> |
| Message-ID: | <5a4d3a3ffb1c573926523d09fe027723@mlsend2.com> |
| X-Mailer-SubscriberID: | 1918403573251577327;o8z1;8864fbb339c880bef132b2713d9ce052 |
| X-Mailru-Msgtype: | 8864fbb339c880bef132b2713d9ce052 |
| Precedence: | bulk |
| Feedback-ID: | k9g6k3i3q8:8864fbb339c880bef132b2713d9ce052:75596113054374492:MailerLite |
| List-Unsubscribe-Post: | List-Unsubscribe=One-Click |
| List-Unsubscribe: | <mailto:unsubscribe-1918403573251577327-o8z1-8864fbb339c880bef132b2713d9ce052@mlsend2.com?body=unsubscribe>, <https://click.mlsend2.com/link/c/YT0xOTE4NDAzNTczMjUxNTc3MzI3JmM9bzh6MSZlPTE5MjgmYj05NTExMDcxNDMmZD1iMmw4ZTNi.qIGeda15qKj_eJ9jkXHSaKxLDLw9GgpxaDYvh6W6Gfg> |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/alternative; boundary="b1_5a4d3a3ffb1c573926523d09fe027723" |