# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 3 |
| Display names | Antiglobalization RUS |
| | antiglobalization.rus |
| | pennyuhuru |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 572 |
| First message sent date/time | 5/19/2015 7:51:53 PM |
| Last message sent date/time | 1/15/2016 4:31:20 PM |
| Case time zone | (UTC) Coordinated Universal Time |

---

**antiglobalization.rus**

✓ Received
5/19/2015 7:51:53 PM

antiglobalization.rus requested to add pennyuhuru as a contact

---

**pennyuhuru**

✓ Received
5/19/2015 7:52:10 PM

ok

---

**pennyuhuru**

✓ Received
5/19/2015 7:53:16 PM

pennyuhuru accepted antiglobalization.rus's contact request

---

**pennyuhuru**

✓ Received
5/19/2015 7:58:34 PM

Hi We do have some questions: Where and when will the Chairman speak? on campuses to students? Will there be representatives from other countries, other anti-imperialist organizations? Will there be meetings? What should they expect? The Chairman would like to see Lenin's tomb if possible. Would there be African students to speak to. It says on the invitation letter that he will speak on the world situation. He is very good at doing that. What kind of situation will that be?

---

✓ Received

7/1/24, 1:55 PM                    What's the correct spelling of your name? Svyatoslav? Skype - public.messages.html    Page 3 of 74

Case 8:22-cr-00259-WFJ-AEP    Document 296-16    Filed 09/17/24    Page 3 of 74 PageID 3963

**antiglobalization.rus**                                                   ✓ Received
                                                                            5/20/2015 9:16:29 AM

Hi <ss type="smile">:)</ss>

---

**antiglobalization.rus**                                                   ✓ Received
                                                                            5/20/2015 9:19:32 AM

27th there will be a Forum of Migration and Cooperation. The Chairman will be talking there. There will be also lots ofmeetings with Mass Media, both Russian and foreign. We'll take Chairman to see students from different social and political groups. There will be representatives of many local anti-imperialist organizations. Yes, there will be many meetings. Yes, he can visit Lenin's Mausoleum. He'll be able to meet students twice - on forum and separately. Regarding the speech in the invitation letter - just plain formality for our embassy.

---

**antiglobalization.rus**                                                   ✓ Received
                                                                            5/20/2015 9:20:46 AM

Generally, the Chairman is coming to meet with us and to communicate on future cooperation. The rest is mostly bonuses. Therefore, it is advisable that you or the Chairman himself define if there are anyone in particular he'd like to meet - whether person or organization - so that we'd arrange it asap.

---

**pennyuhuru**                                                              ✓ Received
                                                                            5/20/2015 11:48:28 AM

Thank you Svyatoslav: We will be in touch today

---

**antiglobalization.rus**                                                   ✓ Received
                                                                            5/20/2015 11:48:43 AM

Ok

---

**pennyuhuru**                                                              ✓ Received
                                                                            5/20/2015 12:19:26 PM

You said you would maybe know something today about the numbers we are supposed to get? Any update on that?

---

**antiglobalization.rus**                                                   ✓ Received
                                                                            5/20/2015 12:24:29 PM

Yes, as I wrote to Tammy, the "magic" telex number will be available in our Friday (your evening/night Thursday).

**pennyuhuru**                                             5/20/2015 12:51:22 PM

That puts it right down to the wire--very last minute! But everything is in place for the visa to be gotten in San Francisco. I will tell them to change the appointment to Friday at the ILS. He will fly out to Tampa on Saturday to fly with the Chairman on Tuesday.

                                                          ✓ Received
**antiglobalization.rus**                                 5/20/2015 12:55:16 PM

I see. Is Tampa far from San Francisco?

                                                          ✓ Received
**pennyuhuru**                                            5/20/2015 12:55:51 PM

About 3000 miles <ss type="smile">:)</ss>

                                                          ✓ Received
**antiglobalization.rus**                                 5/20/2015 12:56:19 PM

<ss type="surprised">:O</ss>

                                                          ✓ Received
**pennyuhuru**                                            5/20/2015 12:56:33 PM

San Francisco, California on the West Coast. We are on the East coast in Florida

                                                          ✓ Received
**antiglobalization.rus**                                 5/20/2015 12:57:04 PM

I'm sorry I'm a really failed geography student))

                                                          ✓ Received
**antiglobalization.rus**                                 5/20/2015 12:57:25 PM

Ok. Anyway, it all should work out!

                                                          ✓ Received
**pennyuhuru**                                            5/20/2015 1:00:01 PM

Fingers crossed

**antiglobalization.rus**

5/20/2015 1:00:29 PM

That's 8 fingers! <ss type="smile">:)</ss>

---

**pennyuhuru**

✓ Received
5/20/2015 1:01:13 PM

In Russian you say 8 fingers for good luck?

---

**antiglobalization.rus**

✓ Received
5/20/2015 1:03:00 PM

Nope, I just meant that thats 2 &2 yours + 2 & 2 mine)

---

**antiglobalization.rus**

✓ Received
5/20/2015 1:03:34 PM

With both hands ×2 should be much more luck!

---

**antiglobalization.rus**

✓ Received
5/20/2015 1:05:06 PM

I feel you somewhat willing to come too. maybe next time, if all goes well?)

---

**pennyuhuru**

✓ Received
5/21/2015 6:59:28 PM

Greetings Svyatoslav: We discussed the plans for the trip to Russia with the Chairman. Here are things he would like to do in addition to what you have told us about earlier: 1. Have our own event to speak to students, anti-imperialists and workers about the struggle of African people inside the US and around the world. We would need a projector and a screen to show our own DVDs and discuss the conditions in the US, the police murders and struggle for African Liberation. 2. Would like to meet with an official representative of the Russian government; 3. Would like to meet with members of the embassies of Cuba, Venezuela, Iran, North Korea and Syria. 4. Meet with African students and student organizations.

---

**pennyuhuru**

✓ Received
5/21/2015 6:59:47 PM

Also, what kind of ground transportation will be provided.

---

**antiglobalization.rus**

✓ Received
5/21/2015 7:35:52 PM

**pennyuhuru**

✓ Received
5/21/2015 7:36:04 PM

Also! One other thing. The Chairman and the other comrade are very strict vegetarians. They do not eat dairy products, cheese, eggs, meat or fish. This is called vegan--no dairy, fish or meat. Will there be anything for them to eat? Are there vegetarian restaurants? Health Food stores? Thanks P

**antiglobalization.rus**

✓ Received
5/21/2015 7:59:06 PM

For food - yes, of course. We'll arrange that, thanks for telling me that!)

**antiglobalization.rus**

✓ Received
5/21/2015 8:00:09 PM

Could you perhaps markup some menu for us? His favorite food maybe? Or daily food?

**pennyuhuru**

✓ Received
5/21/2015 8:01:16 PM

Svy: Our comrades are at the ILS and they are telling them that your group put "multiple entry visa" and that costs $1100 !!! They said they cannot change that because that's what you fill out on your end. Can you try to change that asap? THanks

**pennyuhuru**

✓ Received
5/21/2015 8:11:35 PM

The comrades are still at the consulate. They are going to go ahead and pay the $1100 because we have to get the visa, but hopefully the AGM can reimburse us for the extra money. Thank you.

**antiglobalization.rus**

✓ Received
5/21/2015 9:51:30 PM

Moment

**antiglobalization.rus**

✓ Received
5/21/2015 9:54:09 PM

$1100 for both?

**antiglobalization.rus**

✓ Received
5/21/2015 9:54:52 PM

**pennyuhuru**

✓ Received
5/22/2015 12:51:09 AM

pennyuhuru shared a picture: IMG_1837.JPG

---

**pennyuhuru**

✓ Received
5/22/2015 12:52:18 AM

pennyuhuru shared a picture: IMG_1836.JPG

---

**pennyuhuru**

✓ Received
5/22/2015 12:53:01 AM

Here are the visas.

---

**pennyuhuru**

✓ Received
5/22/2015 12:57:38 AM

Also, in terms of the food. I would suggest restaurants for dinner such as Indian, Ethiopian, Chinese and Thai--all have vegetarian options and that is food they like. For breakfast they like cold cereal from a box (like rice or oat cereal) and they drink almond milk or soya milk with bananas, berries and other fruit. Do you have digestive biscuits? For lunch they like the same kind of food as for dinner above. Is that helpful? Also they like almonds, pistachios, cashews etc for snacks or crackers with nut butter. Let me know if you have questions. Thanks for all the help on this

---

**pennyuhuru**

✓ Received
5/22/2015 12:59:36 AM

Well now they have six month visas so they will have to come back in a few months...

---

**antiglobalization.rus**

✓ Received
5/22/2015 6:57:31 AM

Wonderful!!! <ss type="smile">:-)</ss> Thank you!

---

**antiglobalization.rus**

✓ Received
5/22/2015 6:57:43 AM

See our fingers worked!

---

**antiglobalization.rus**

✓ Received
5/22/2015 8:57:17 AM

**pennyuhuru**

✓ Received
5/22/2015 11:39:32 AM

Splendid! Thanks for your help.

**antiglobalization.rus**

✓ Received
5/22/2015 11:47:48 AM

You're welcome!

**antiglobalization.rus**

✓ Received
5/22/2015 7:40:00 PM

Penny, if you don't mind my asking, do Chairman or other person drink alcoholic beverages?

**pennyuhuru**

✓ Received
5/23/2015 6:03:57 PM

Hi I am just seeing this question--no they do not drink alcoholic beverages at all.

**pennyuhuru**

✓ Received
5/23/2015 6:10:01 PM

Tammy is chatting to you now because the tickets you sent us are not the same as the itinerary you had sent saying that on May 31 they would get flight 2277 at JFK New York to Tampa at 6:40 pm. The actual tickets have them leaving the next morning at 8 am! They arrive into JFK from Moscow at 2 pm on May 31 --they cannot wait at the airport until 8 am the next morning!! We need the tickets for the flight your originally told us.

**pennyuhuru**

✓ Received
5/23/2015 6:11:17 PM

We need to deal with this asap.

**pennyuhuru**

✓ Received
5/23/2015 6:12:21 PM

I see you are now away. We will have to go to Delta and book the tickets and get reimbursed from you.

**pennyuhuru**

✓ Received
5/23/2015 6:54:03 PM

**antiglobalization.rus**

✓ Received
5/23/2015 8:11:55 PM

Hey Penny! Sorry, I was out of town today. So everything alright with tickets now?

**pennyuhuru**

✓ Received
5/23/2015 8:12:55 PM

yes, Delta changed it for us on this end with no added charge. We now have the tickets you told us on the itinerary

**pennyuhuru**

✓ Received
5/23/2015 8:14:02 PM

Did you hear anything about what we requested for the itinerary--the event, ability to meet with international forces etc? Do you think that will work?

**antiglobalization.rus**

✓ Received
5/23/2015 8:14:03 PM

Oh Ok. Sorry for that mistake, and thank you for fixing this! <ss type="smile">:-)</ss>

**antiglobalization.rus**

✓ Received
5/23/2015 8:15:17 PM

Yes, Alexander's still negotiating meetings, I hope tomorrow or Monday (our Monday) we'll have it.

**pennyuhuru**

✓ Received
5/23/2015 8:15:23 PM

Yes, glad it worked out ok

**pennyuhuru**

✓ Received
5/23/2015 8:16:18 PM

Thank you--keep us informed.

**antiglobalization.rus**

✓ Received
5/25/2015 9:41:22 AM

Okay, Penny, I've got basic schedule on the events:

**antiglobalization.rus**

5/25/2015 9:41:23 AM

27th Round table at Federation of Migrants of Russia (+ meeting with local politicians)
28th Events with students of Russian People of Friendship's University (African Community)
29th Embassies (right now negotiating with Venezuelan Embassy)
30th-31st Cultural Events (Red Square, Lenin's Tomb, Award Ceremony for Chairman with Medal of Honor for 70th
Victory Date over Fascism from Communist Party)

---

**antiglobalization.rus**

✓ Received
5/25/2015 9:42:48 AM

NOTE: Its yet raw schedule, since there will be interviews in between and more visits and events. But top events
listed here. 28th is the event hosted by RPFU (also known as RUDN), where Chairman will be able to meet African
Students and present to them his materials.

---

**pennyuhuru**

✓ Received
5/25/2015 12:35:51 PM

Thank you, I will show this to Chairman Omalil

---

**pennyuhuru**

✓ Received
5/25/2015 3:52:31 PM

Syvtoslav--thank you for this. Do you have a phone number for the person who will be with them in case they get
separated? We can give the phone number to them.

---

**pennyuhuru**

✓ Received
5/25/2015 3:54:18 PM

Also do you have a confirmation number for the hotel reservation? Was the reservation in the name of Omali
Yeshitela? Just would like to know. Thank you. p

---

**antiglobalization.rus**

✓ Received
5/26/2015 10:02:40 AM

Yes, Penny, phone numbers are: <a href="skype:+74995530965">+74995530965</a> (our office phone that
redirects either to me or to Alex), <a href="skype:+79629018961">+79629018961</a> (my), <a
href="skype:+79250006162">+79250006162</a> (Alex).

---

**antiglobalization.rus**

✓ Received
5/26/2015 10:04:46 AM

As for hotel reservation, we had to change the Hotel because absense of additional space on "Ohotnik". The new
hotel is: Molodyozhny. Russia, Moscow,
27/1 Dmitrovskoye Shosse
Phone: + 7 (495) 782-90-00 . <a href="http://www.hcm.ru/en/">http://www.hcm.ru/en/</a>

Confirmation numbers are 047-250 and 047-251.

---

**antiglobalization.rus**

✓ Received
5/26/2015 10:06:47 AM

This one is better, it is also closer to us (to both our office and houses), and in case Chairman for some reason won't like it, we've planned few alternatives too. So, don't worry, everything's gonna be fine.

---

**pennyuhuru**

✓ Received
5/26/2015 12:17:24 PM

Thank you, received. p

---

**pennyuhuru**

✓ Received
5/27/2015 4:09:31 PM

Hi Svyotoslav! I am glad to see they have arrived and all seems to be going well. Thank you for everything.

---

**pennyuhuru**

✓ Received
5/27/2015 4:16:11 PM

pennyuhuru started a conference call

---

**antiglobalization.rus**

✓ Received
5/27/2015 5:09:41 PM

Hey Penny! Sure <ss type="smile">:-)</ss> we really enjoy having them!

---

**pennyuhuru**

✓ Received
6/5/2015 4:06:14 PM

Hi Slavo: Chairman Omali brought back a t-shirt with photo of Putin in army jacket with rifle on back. It says: вобиду не дам

---

**pennyuhuru**

✓ Received
6/5/2015 4:06:32 PM

Can you translate that for me? Google translate isn't working. Thanks

---

✓ Received

**antiglobalization.rus**

✓ Received
6/7/2015 3:49:54 PM

Our login at oovoo is antiglobalization.rus

---

**pennyuhuru**

✓ Received
6/7/2015 3:54:42 PM

Thanks!

---

**pennyuhuru**

✓ Received
6/7/2015 4:07:36 PM

They really had a great time and felt it was very beneficial for the struggle of black people. I guess we will hear you on the broadcast today.

---

**antiglobalization.rus**

✓ Received
6/7/2015 4:08:12 PM

Sure thing! We're ready! <ss type="smile">:-)</ss>

---

**antiglobalization.rus**

✓ Received
6/7/2015 5:01:20 PM

Btw, have you/chairman saw ? <a href="http://www.youtube.com/watch?v=irZeaqniZ7Y">http://www.youtube.com/watch?v=irZeaqniZ7Y</a>

---

**pennyuhuru**

✓ Received
6/9/2015 1:31:54 PM

Thank you! Great interview!

---

**antiglobalization.rus**

✓ Received
6/9/2015 1:33:02 PM

Sorry for laughing. Alex told me "It seems we're alone", so like he's giving a speech to me, which I must translate, and I just couldn't keep myself together! <ss type="blush">:$</ss>

---

✓ Received

**antiglobalization.rus**

✓ Received
6/9/2015 1:38:07 PM

We really enjoyed Omali & Bakari's stay here, we just wished it would be somewhat longer!!!

**antiglobalization.rus**

✓ Received
6/9/2015 1:38:11 PM

UHURU!!!!!!!!!! <ss type="smile">:-)</ss>

**pennyuhuru**

✓ Received
6/9/2015 1:39:23 PM

Uhuru!

**pennyuhuru**

✓ Received
6/9/2015 4:32:25 PM

Slavo, Please let Alex know that the Black is Back Coalition is calling press conferences all over the US on this Thursday to denounce the police assault on African teenagers in Texas. Did you see this video: <a href="https://www.youtube.com/watch?v=1JqRKKAlkOg">https://www.youtube.com/watch?v=1JqRKKAlkOg</a> ?? Chairman Omali would like to know if the Anti-globalization Movement would also have a press conference on Thursday and read the press statement from the Black is Back to the press there?

**pennyuhuru**

✓ Received
6/9/2015 4:32:41 PM

We will send you the press statement a little later.

**antiglobalization.rus**

✓ Received
6/9/2015 4:35:06 PM

Yes, we saw the video and spread it around on our facebook stop imperialism page.

**antiglobalization.rus**

✓ Received
6/9/2015 4:35:55 PM

As for Conference, notice is short, but I think we can do it. I will confirm after couple of hours (Alex is on TV now)

Thank you.

6/9/2015 4:36:09 PM

---

**pennyuhuru**

✓ Received
6/9/2015 4:36:47 PM

I am glad that video is circulating over there as well.

---

**antiglobalization.rus**

✓ Received
6/9/2015 4:37:31 PM

Yes, we spread it around, even on TV they talk about it a lot.

---

**pennyuhuru**

✓ Received
6/9/2015 4:37:49 PM

Good

---

**antiglobalization.rus**

✓ Received
6/9/2015 4:38:12 PM

Btw, there is another video, not sure if you have seen, but somewhat also disturbing. Moment

---

**antiglobalization.rus**

✓ Received
6/9/2015 4:40:41 PM

<a href="https://youtu.be/CNr5czZKEdk">https</a>://youtu.be/CNr5czZKEdk</a>

---

**antiglobalization.rus**

✓ Received
6/9/2015 4:41:48 PM

It would seem as though people in US really couldn't care less if Obama decides to start WWIII. They sign up and they don't care!

---

**pennyuhuru**

✓ Received
6/9/2015 4:56:22 PM

I think he is trying to be funny with some really sick humor--but yes the vast majority of Americans have complete unity with the aims and actions of US imperialism no matter what. White America in particular receives the benefits of all US wars of occupation and exploitation and many want to keep it that way, regardless of the human price. These same people support the police actions against Africans, Mexicans and oppressed people inside the US. There are many who would cheer a nuclear attack on Russia, China or the Middle East. Some "Americans" would

**antiglobalization.rus**

✓ Received
6/9/2015 4:57:39 PM

That means we have a LOT of work to do, in order to change it.

---

**pennyuhuru**

✓ Received
6/9/2015 5:00:45 PM

Indeed! But what changes this is the struggles of the oppressed and colonized peoples themselves! The struggle for Black Liberation inside the US shook America in the 1960s as did the struggle of the Vietnamese people. It forced a generation of white people to open up to the world and support the struggles inside this country and around the world. The resistance of oppressed peoples over the world is changing the narrative and a lot of white people have to think twice about supporting a government and system hated by the majority of mankind. Support humanity or go down with the sinking ship!

---

**antiglobalization.rus**

✓ Received
6/9/2015 5:02:51 PM

You really know this subject and you speak very well about it. Perhaps we could do an interview with you for our site sometime?

---

**pennyuhuru**

✓ Received
6/9/2015 5:05:10 PM

Yes, that would be great! I am the chair of the African People's Solidarity Committee the organization of white people under the leadership of the African People's Socialist Party. We organize in the white community to win white people to a stand of solidarity with the struggle of African and oppressed peoples and for reparations to the African community. Btw, we have a radio show too and maybe could interview you on that show.

---

**antiglobalization.rus**

✓ Received
6/9/2015 5:07:49 PM

That would be nice!

---

**antiglobalization.rus**

✓ Received
6/9/2015 5:07:59 PM

Where can I listen to you radio?

---

**antiglobalization.rus**

✓ Received
6/9/2015 5:08:24 PM

Also how many people in this committee? Is it spread around US?

**pennyuhuru**

6/9/2015 5:12:01 PM

uhururadio.com which is the station of the Uhuru Movement. Our show is Reparations in Action on Sundays at 1 pm eastern. We have the solidarity committee in St. Pete, Philadelphia, Oakland and San Diego (the city where that video was made). Also Minneapolis.

---

**pennyuhuru**

✓ Received
6/9/2015 5:14:42 PM

Do you have a Facebook page?

---

**antiglobalization.rus**

✓ Received
6/9/2015 5:18:16 PM

Yes, sure. Moment

---

**antiglobalization.rus**

✓ Received
6/9/2015 5:21:28 PM

<a href="https://www.facebook.com/abo3ali86">https</a>://www.facebook.com/abo3ali86</a>

---

**pennyuhuru**

✓ Received
6/9/2015 5:22:36 PM

Is this in Arabic?

---

**antiglobalization.rus**

✓ Received
6/9/2015 5:23:54 PM

Yes. I'm pretty attached to Syria.

---

**pennyuhuru**

✓ Received
6/9/2015 5:24:09 PM

Uhuru!

---

**antiglobalization.rus**

✓ Received
6/9/2015 5:24:22 PM

Uhuru!)

---

✓ Received

---

**pennyuhuru**

✓ Received
6/10/2015 7:58:22 AM

Slava, here is the press statement from the Black is Back Coalition about the attack on African children in Texas. Chairman Omali requests that the Anti-globalization Movement can hold a press conference and read this statement. Let us know if that will be possible. Thank you! Are you able to open this in Microsoft Word?

---

**antiglobalization.rus**

✓ Received
6/10/2015 8:06:15 AM

Penny, yes I can open it. Let me get back to you in an hour or so I'll tell you what we can do.

---

**antiglobalization.rus**

✓ Received
6/10/2015 12:27:14 PM

Antiglobalization RUS shared a picture: uhuru.jpg

---

**pennyuhuru**

✓ Received
6/10/2015 4:10:28 PM

Uhuru Slava! Thank you for the meme! That is very nice.

---

**antiglobalization.rus**

✓ Received
6/10/2015 4:11:28 PM

You're welcome!

---

**antiglobalization.rus**

✓ Received
6/10/2015 4:11:49 PM

I've put it on Stop Imperialism facebook page.

---

**pennyuhuru**

✓ Received
6/10/2015 4:12:00 PM

Do you think the Anti-globalization Movement will be able to do a press conference and read the press statement? Or maybe on your TV show? This is a very big issue in the African community here and good to get the solidarity around the world.

---

The press conference is on we're working on gathering it nkw

6/10/2015 4:12:11 PM

---

**antiglobalization.rus**

✓ Received
6/10/2015 4:12:28 PM

We're going to record it on video too!

---

**pennyuhuru**

✓ Received
6/10/2015 4:12:44 PM

Splendid!

---

**pennyuhuru**

✓ Received
6/10/2015 4:13:01 PM

Let us know the date.

---

**antiglobalization.rus**

✓ Received
6/10/2015 4:16:06 PM

Date? You said tomorrow? Of course, if we'd have more time, we could gather more people. So it's up to you

---

**pennyuhuru**

✓ Received
6/10/2015 4:38:33 PM

The Chairman said to go for Friday if you can get more forces. If you can get covered by Iranian Press TV and
Russia Today and Pravda, that would be good.

---

**antiglobalization.rus**

✓ Received
6/10/2015 5:02:32 PM

Okay, Alex says that we'll gather people and record it along with some media. We'll then spread it to PressTV,
Sernews (Iran), Prensa Latina & Telesur, as long as to Pravda. But since it's not exactly our press-release (but for
BlackIsBack coalition with whom we are yet to sign cooperation agreement) it will be an event, not 100% press
conference.

---

**pennyuhuru**

✓ Received
6/10/2015 5:11:54 PM

That sounds really good, Slava. I think even without the agreement your group can read the statement from BIB
and also express the support of the forces from Russia for the struggle against US police violence in the African

**antiglobalization.rus**

✓ Received
6/10/2015 5:13:11 PM

pictures by the international media - especially with some signs in English for Black Community Control of Police.

I mean we'll read it and spread and so on, but if we were like representatives of BIBC here, we could act more progressively.

**antiglobalization.rus**

✓ Received
6/10/2015 5:14:10 PM

We can do it both inside and outside. Just as long as not in front of US embassy - this requires one week notice upfront to Mayor's office.

**pennyuhuru**

✓ Received
6/10/2015 5:16:03 PM

This sounds good Slava! Great work.

**antiglobalization.rus**

✓ Received
6/11/2015 10:00:04 AM

Penny, there are journalists who would like to contact you and Omali on comments on Texas events. We've provided them with your Skype, if it's okay? If Chairman is going to give them interview, please, let him mention our movement, ok? <ss type="smile">:)</ss>

**pennyuhuru**

✓ Received
6/11/2015 1:34:15 PM

Yes, will mention the Anti-globalization Movement! They can call me on Skype. The Chairman's Skype name is: Omali Yeshitela Yeshitela

**pennyuhuru**

✓ Received
6/11/2015 1:34:47 PM

(Yes, double of his last name). This is great. p

**antiglobalization.rus**

✓ Received
6/11/2015 4:48:05 PM

<ss type="yes">(y)</ss>

**antiglobalization.rus**

✓ Received
6/16/2015 3:12:22 PM

**antiglobalization.rus**
✓ Received
6/16/2015 3:15:01 PM

I saw one of your speeches the other day, bursting with flames!!! Really inspiring!

**antiglobalization.rus**
✓ Received
6/16/2015 3:16:00 PM

Also wanted to say sorry that we were kind of busy these days, our hosting lost HDD, and backup system was somewhat malfunctioning, so we lost 2 months worth of materials on our website <ss type="sad">:(</ss> was trying desperately to get it back.

**antiglobalization.rus**
✓ Received
6/16/2015 3:16:42 PM

We've spread around the press-release, I'm just collecting now where it went for some statistics.

**antiglobalization.rus**
✓ Received
6/16/2015 3:17:05 PM

What about you? How many press-conferences went around USA? Which cities? Many people attended?

**pennyuhuru**
✓ Received
6/16/2015 3:19:42 PM

Hey Slava! Uhuru! Good to hear from you!

**pennyuhuru**
✓ Received
6/16/2015 3:24:18 PM

The press conferences went well--here in St Pete also in Oakland, Ferguson, Newark, DC, London and Stockholm.

**pennyuhuru**
✓ Received
6/16/2015 3:24:49 PM

Many things going on. The Chairman and others from the Uhuru Movement will be on an organizing tour in South Africa in November.

**pennyuhuru**
✓ Received
6/16/2015 3:25:25 PM

**antiglobalization.rus**

✓ Received
6/16/2015 3:27:51 PM

Nice !!! Really nice. We'll see, maybe we can catch up to some of these events.

**pennyuhuru**

✓ Received
6/16/2015 3:31:23 PM

Great! There's so much more so I update you soon.

**pennyuhuru**

✓ Received
6/16/2015 3:33:44 PM

The Chairman is discussing his concern about this vicious military buildup by the US in Eastern Europe as an attack on Russia. This is very serious attack leading to war!

**antiglobalization.rus**

✓ Received
6/16/2015 3:35:17 PM

Is he discussing it live? Or is it included in his lecturers? Should we go online sometime this/next week to share our points of view?

**antiglobalization.rus**

✓ Received
6/16/2015 3:36:03 PM

Also, what about the Reparations Challenge? Can we participate somehow?

**pennyuhuru**

✓ Received
6/16/2015 3:37:53 PM

The Chairman will discuss this question Sunday at 4 pm eastern. I will be live streamed at that time through <a href="http://www.uhurunews.com">www.uhurunews.com</a>

**antiglobalization.rus**

✓ Received
6/16/2015 3:38:39 PM

<ss type="yes">(y)</ss>

**antiglobalization.rus**

✓ Received
6/16/2015 3:38:51 PM

**pennyuhuru**

✓ Received
6/16/2015 3:39:11 PM

Should be "it will be live streamed..."

**antiglobalization.rus**

✓ Received
6/16/2015 3:40:38 PM

I know <ss type="smile">:)</ss>

**pennyuhuru**

✓ Received
6/16/2015 3:43:25 PM

Can Alex participate in the discussion on Sunday? He would be on skype

**pennyuhuru**

✓ Received
6/16/2015 3:45:34 PM

Chairman wants to know

**antiglobalization.rus**

✓ Received
6/16/2015 4:06:45 PM

Which hour?

**pennyuhuru**

✓ Received
6/16/2015 4:07:29 PM

At 4 pm eastern US

**antiglobalization.rus**

✓ Received
6/16/2015 4:07:49 PM

Like last time?

**pennyuhuru**

✓ Received
6/16/2015 4:08:24 PM

Yes but through Skype. We wouldn't see you but you could hear us and could communicate back and forth

I will get you more details a little later.

**antiglobalization.rus**
✓ Received
6/16/2015 4:09:30 PM

Ok. Sure, we'll be there!

**pennyuhuru**
✓ Received
6/16/2015 4:09:44 PM

OK, talk soon about that. Thanks

**antiglobalization.rus**
✓ Received
6/17/2015 2:09:26 PM

Penny, Alex's asking if you spread this video anywhere yet? <a href="http://www.youtube.com/watch?v=irZeaqniZ7Y">http://www.youtube.com/watch?v=irZeaqniZ7Y</a>

**antiglobalization.rus**
✓ Received
6/18/2015 1:40:33 PM

Penny are you there?

**pennyuhuru**
✓ Received
6/18/2015 1:40:54 PM

Yes

**antiglobalization.rus**
✓ Received
6/18/2015 1:41:25 PM

We're contacted by our national TV. They want comments on <a href="http://www.nbcnews.com/storyline/charleston-church-shooting/kkk-white-supremacists-among-19-south-carolina-hate-groups-splc-n377516">http://www.nbcnews.com/storyline/charleston-church-shooting/kkk-white-supremacists-among-19-south-carolina-hate-groups-splc-n377516</a>

**pennyuhuru**
✓ Received
6/18/2015 1:41:31 PM

Yes, for the video--we have put this all over facebook

**antiglobalization.rus**                                          6/18/2015 1:41:47 PM

Can you talk to them? Or can Omali talk to them?

---

✓ Received

**pennyuhuru**                                                    6/18/2015 1:42:09 PM

Let me check--one of us will for sure. Get right back to you

---

✓ Received

**antiglobalization.rus**                                         6/18/2015 1:42:15 PM

ok

---

✓ Received

**pennyuhuru**                                                    6/18/2015 1:42:32 PM

Yes, horrendous

---

✓ Received

**antiglobalization.rus**                                         6/18/2015 1:43:25 PM

I know, we're shocked too. 21st century for god's sakes!!!

---

✓ Received

**pennyuhuru**                                                    6/18/2015 1:44:50 PM

Yes, the Chairman is available except from 1 to 2 pm our time when there will be a press conference here in St. Petersburg.

---

✓ Received

**pennyuhuru**                                                    6/18/2015 1:45:22 PM

You have Skype ID. Will they call him that way or by his phone?

---

✓ Received

**antiglobalization.rus**                                         6/18/2015 1:47:09 PM

Is it chairmanomali ?

---

✓ Received

**pennyuhuru**

✓ Received
6/18/2015 1:48:40 PM

His Skype id is Omali Yeshitela Yeshitela

**antiglobalization.rus**

✓ Received
6/18/2015 1:49:57 PM

ok moments connecting to him

**antiglobalization.rus**

✓ Received
6/18/2015 2:07:36 PM

Katerina_a

**antiglobalization.rus**

✓ Received
6/18/2015 2:10:18 PM

Ok sent info. They should contact you and Omali.

**pennyuhuru**

✓ Received
6/18/2015 9:02:53 PM

Uhuru! This is Jesse. I hope you can attend the Reparations Challenge conference on Saturday. Would you be able to make a brief statement, 5-10 mins? Do you need the anymeeting.com log-in info? My email is <a href="mailto:jessenevel@gmail.com">jessenevel@gmail.com</a> -- my Skype ID is jesseuhuru

**pennyuhuru**

✓ Received
6/18/2015 9:03:23 PM

This is penny now: The interview was great today by Russian media. Uhuru!

**antiglobalization.rus**

✓ Received
6/19/2015 11:28:50 AM

I'm happy that you've enjoyed it! <ss type="smile">:)</ss>

**antiglobalization.rus**

✓ Received
6/19/2015 11:29:21 AM

**antiglobalization.rus**
✓ Received
6/19/2015 11:29:42 AM

How do we work with anymeeting.com? Shall we register there or you should send us details to login?

---

**antiglobalization.rus**
✓ Received
6/19/2015 3:28:24 PM

Also, Penny, I have a question: are these people <a href="http://www.ezmediahost.com/NBP/media.html">http://www.ezmediahost.com/NBP/media.html</a> associated with Uhuru? They're good? What do they do?

---

**pennyuhuru**
✓ Received
6/19/2015 3:30:43 PM

Hey Slava, OK, I will get Jesse in a few minutes (he's on the phone)

---

**antiglobalization.rus**
✓ Received
6/19/2015 3:33:30 PM

OK, sure

---

**pennyuhuru**
✓ Received
6/19/2015 3:38:26 PM

Jesse will send you the link to any meeting, you will be able to participate using your webcam

---

**pennyuhuru**
✓ Received
6/19/2015 3:38:34 PM

Send us your email address and Jesse will get the information to you

---

**antiglobalization.rus**
✓ Received
6/19/2015 3:48:24 PM

Ok. E-Mails: <a href="mailto:antiglobalization2012@gmail.com">antiglobalization2012@gmail.com</a> , <a href="mailto:drakula@anti-global.ru">drakula@anti-global.ru</a> (First one for Alex, second for me; JIC)

---

**antiglobalization.rus**
✓ Received
6/19/2015 3:48:37 PM

**pennyuhuru**

6/19/2015 3:52:51 PM

3 pm our time--10 pm GMT+3 (Moscow )

---

**pennyuhuru**

✓ Received
6/19/2015 3:58:45 PM

The Chairman says: The NBPP today is a caricature of the Black Panther Party of the 60s which was an organization that was very good. These forces have no program today.

---

**antiglobalization.rus**

✓ Received
6/19/2015 4:04:17 PM

I see. That is sad...

---

**antiglobalization.rus**

✓ Received
6/19/2015 4:04:28 PM

Ok, 10 PM tomorrow we'll be online

---

**pennyuhuru**

✓ Received
6/19/2015 4:41:41 PM

Great!

---

**antiglobalization.rus**

✓ Received
6/19/2015 8:32:46 PM

Antiglobalization RUS shared a picture

---

**pennyuhuru**

✓ Received
6/20/2015 3:26:32 PM

Thanks Slava. Is there a link to the interview?

---

**antiglobalization.rus**

✓ Received
6/20/2015 3:54:16 PM

I'll try to find out. What about today's event? It's in 3 hours and we don't know how to connect yet.

Slava-- here is the link Online Meeting Details: The Reparations Challenge
You've been invited to the following meeting. To log in, go to:
<a href="https://www.anymeeting.com/059-611-814?rslt=e433c9d9-eec3-42ec-9602-
8be9c59a83bc">https://www.anymeeting.com/059-611-814?rslt=e433c9d9-eec3-42ec-9602-8be9c59a83bc</a>

6/20/2015 4:00:07 PM

---

**pennyuhuru**

✓ Received
6/20/2015 4:03:27 PM

We are looking forward to you and Alex being on the call. Over 90 people have rsvp'd on Facebook so we will see
how many will participate.

---

**antiglobalization.rus**

✓ Received
6/20/2015 4:06:19 PM

Uhm, Ok. We'll be ready! Thanks! <ss type="smile">:-)</ss>

---

**antiglobalization.rus**

✓ Received
6/20/2015 5:59:42 PM

The subject for today is Charleston?

---

**antiglobalization.rus**

✓ Received
6/20/2015 6:00:36 PM

Also according to schedule on that page, it starts like 11PM not 10PM?

---

**pennyuhuru**

✓ Received
6/20/2015 6:08:14 PM

OK, 3 pm our time--I thought you were 7 hours ahead of us

---

**antiglobalization.rus**

✓ Received
6/20/2015 6:12:46 PM

Yes

---

**antiglobalization.rus**

✓ Received
6/20/2015 6:13:34 PM

11PM

**pennyuhuru**

✓ Received

6/20/2015 6:20:09 PM

It starts in 40 mins from now, so what is that?

---

**antiglobalization.rus**

✓ Received

6/20/2015 6:20:50 PM

10PM will be. Ok. What's the subject? What do you want us to talk about?

---

**pennyuhuru**

✓ Received

6/20/2015 6:23:19 PM

We would like you to say a few words in solidarity with the struggle for African liberation. We know you will be speaking more tomorrow. This is our meeting of the solidarity committee to talk about building the Days in Solidarity with African people.

---

**antiglobalization.rus**

✓ Received

6/20/2015 6:24:20 PM

<ss type="yes">(y)</ss>

---

**pennyuhuru**

✓ Received

6/20/2015 6:33:51 PM

Slava, look at this a poster from the Soviet Russia: <a href="https://upload.wikimedia.org/wikipedia/commons/9/93/Bezbozhnik_u_stanka_US_1930.jpg">https://upload.wikimedia.org/wikipedia/commons/9/93/Bezbozhnik_u_stanka_US_1930.jpg</a>

---

**pennyuhuru**

✓ Received

6/20/2015 6:36:26 PM

That's powerful!

---

**antiglobalization.rus**

✓ Received

6/20/2015 6:42:34 PM

Yes, indeed!!! A gem!

---

**antiglobalization.rus**

✓ Received

6/20/2015 6:43:00 PM

**antiglobalization.rus**

✓ Received
6/21/2015 6:45:26 PM

Penny it was nice to see and hear you yesterday! <ss type="smile">:-)</ss>

---

**antiglobalization.rus**

✓ Received
6/21/2015 6:45:49 PM

What about today? 11PM here via Skype or how?

---

**pennyuhuru**

✓ Received
6/22/2015 12:21:38 AM

Hi Slava--just seeing this now. Really appreciated Alex's presentation today. Very powerful, informative and moving! The Brzezinski quote was telling! You did a great job translating! That was not easy. Great to have you both in the meeting on Saturday as well. Thank you for

---

**pennyuhuru**

✓ Received
6/22/2015 12:22:56 AM

I couldn't agree more about the truth about American "democracy"! Ask the African community in this country as well!

---

**pennyuhuru**

✓ Received
6/22/2015 12:23:27 AM

Thank you for your participation! And please give my greetings to Alex.

---

**antiglobalization.rus**

✓ Received
6/22/2015 9:09:01 AM

Thank for kind words Penny! I really wish my translation was better. I'll also ask Alexander next time to provide me with quotes he'll use, so I can find the originals and deliver the meaning unaltered whatsoever.

---

**antiglobalization.rus**

✓ Received
6/22/2015 10:41:46 AM

About modern age "democracy", I've designed some time ago the following images to spread around the net. I would like to hear your opinion. If you say it's okay, I'll make a series of it, including those featuring recent events (of killings of Africans by US police) and historic events (including KKK killings). What you think?

---

✓ Received

---

**antiglobalization.rus**

✓ Received
6/22/2015 10:41:52 AM

Antiglobalization RUS shared a picture: demo-us-democracy-3.jpg

---

**pennyuhuru**

✓ Received
6/22/2015 1:24:18 PM

Uhuru! Powerful, Slava! If you add to this series lynchings and murders of Africans in US convict leasing, slavery, maybe scenes of genocide and cutting off of hands in the Congo under King Leopold; also treatment of the Kikuyu in Kenya by the British, Also genocide of Indigenous in US (I have some photos). Also Iraq, Syria, Libya, Afghanistan, Abu Ghraib. This could be a LONG series! We actually make power point presentations along this line.

---

**antiglobalization.rus**

✓ Received
6/22/2015 1:29:52 PM

<ss type="yes">(y)</ss> That's great!!! All really great ideas! Thank you, Penny! And yes, if you have some photos I can use for it, send it to me. I'll then make it a series.

---

**antiglobalization.rus**

✓ Received
6/22/2015 1:56:01 PM

Btw, Omali and Alexander's program: <a href="https://youtu.be/zcBgy03WcWg">https</a>://youtu.be/zcBgy03WcWg</a>

---

**pennyuhuru**

✓ Received
6/22/2015 2:31:29 PM

Great video! I am sending it out to everyone. I will send you some photos!

---

**pennyuhuru**

✓ Received
6/22/2015 8:49:47 PM

Slava: Please give me your first and last name--the Chairman needs it for The Burning Spear Newspaper article. thanks

---

**antiglobalization.rus**

✓ Received
6/22/2015 8:53:04 PM

Penny, my name is Svyatoslav Bilyk, but I'm not sure if you need to place it there. After all, I'm a simple guy, not

---

**antiglobalization.rus**

6/22/2015 8:54:10 PM

✓ Received

I'm not really looking for fame, only to help people I believe in with ideas I believe in.

---

**antiglobalization.rus**

✓ Received
6/22/2015 8:55:11 PM

But anyway, use it as you will. I have no problem with it.

---

**antiglobalization.rus**

✓ Received
6/22/2015 8:56:35 PM

Btw, Penny, Alexander asked me if there is some program for events under "Reparations For Stolen Black Lives" campaign?

---

**antiglobalization.rus**

✓ Received
6/22/2015 8:57:38 PM

Like schedule of events, general idea of how the fundraising will be used? Something we can say to our members when they come this Thursday.

---

**pennyuhuru**

✓ Received
6/22/2015 9:08:59 PM

Uhuru Slava! I will have Jesse contact you about this. Great!

---

**antiglobalization.rus**

✓ Received
6/25/2015 5:31:29 PM

Penny I have question for you: is there any event this week? How can we help or participate?

---

**antiglobalization.rus**

✓ Received
6/25/2015 5:31:59 PM

Also, what's your opinion of John Lewis?

---

**antiglobalization.rus**

✓ Received
7/1/2015 11:50:05 AM

Uhuru, Penny! I wanted to ask you, what is your closest events?

**antiglobalization.rus**

7/3/2015 9:49:03 AM

Hey! Seen this? <a href="http://stop-imperialism.com/2015/07/03/7769/">http://stop-imperialism.com/2015/07/03/7769/</a> 11 Black Churches burned down! This is an open war against Black Community!!! Please repost!

---

**antiglobalization.rus**

✓ Received
7/3/2015 10:09:51 AM

Raw Footage of #Cops excessive violence against 16 y.o. Black girl in #USA <a href="http://www.youtube.com/watch?v=nBFDUVQefYk">http://www.youtube.com/watch?v=nBFDUVQefYk</a> #BlackLivesMatter

---

**pennyuhuru**

✓ Received
7/4/2015 3:26:51 PM

Greetings Slava! I am just seeing your messages. I am in California right now where the Uhuru Movement has a lot of projects. Did you want to participate in an event? I can speak to the Chairman about it. What is the topic?

---

**antiglobalization.rus**

✓ Received
7/4/2015 3:42:10 PM

Hey Penny!) How are you? Actually, we'd like to know about your closest events, especially if demonstrations or some public activity. First to promote it among our friends, and second because we need it to transfer the collected funds to you. It's kind of hard to explain, in short pure bureaucracy, because Alexander wants to make this donation more substantial, and we need to describe it for our tax ministry: eg. We're donating this money to Uhuru movement for performing a series of events. The funds will be used to print 100 flyers, 10 banners, renting of event place, etc. This will help us to transfer you more money.

---

**pennyuhuru**

✓ Received
7/4/2015 4:11:54 PM

That is great Slava! I am just leaving to be out for the day but I will talk to you more about this tomorrow. Would that be good ? I am in Oakland so I am 10 hours earlier than Moscow I think. It is fantastic to hear from you and talk tomorrow. Uhuru!

---

**antiglobalization.rus**

✓ Received
7/4/2015 4:13:45 PM

Yes, it will be great! Uhuru!!!)

---

**antiglobalization.rus**

✓ Received
7/6/2015 9:53:57 AM

gonna be spent. Like if you plan some demontration, conference or stuff, if you could do an approximation "banners 2000, flyers 1000, rent - conference hall - 500$", that would really help, ok?!

**pennyuhuru**

✓ Received
7/6/2015 1:30:56 PM

Uhuru Slava! Thank you. Our big campaign is the Day in Solidarity with African People which will be held by the Uhuru Solidarity Movement during the month of October in St. Petersburg, Gainesville, Seattle, Oakland, San Diego and other places. Jesse will send you a budget today for the expenses of some of these events. F

**pennyuhuru**

✓ Received
7/6/2015 1:32:10 PM

During the Days in Solidarity events, held by white people in solidarity with African people we raise from many contributions $20,000 for the work of the African People's Socialist Party as part of the campaign for "Reparations to African People." We do this every year.

**pennyuhuru**

✓ Received
7/6/2015 1:32:58 PM

It is really profound for the comrades in Russia to contribute to this and a powerful stand in solidarity with the struggle for the liberation of African people everywhere as the APSP is organizing on an international level.

**pennyuhuru**

✓ Received
7/6/2015 1:33:56 PM

Again Jesse will send you a budget and will be in touch with you today as he coordinates this campaign.

**pennyuhuru**

✓ Received
7/6/2015 1:34:45 PM

Uhuru! Also perhaps there can be a "Day in Solidarity with African People" in Moscow in October...

**pennyuhuru**

✓ Received
7/6/2015 1:35:34 PM

We appreciate your solidarity and unity and it is very moving to know that in Russia there are allies like you and Alex and your organization!

**antiglobalization.rus**

✓ Received
7/6/2015 1:35:48 PM

Yes, that would be wonderful!!! Perhaps, you could give use some ideas for it too? We can develop banners and stuff, but your touch is essential! <ss type="smile">:)</ss>

It's our honour, really, Penny! Because with all these hatred mainstream media are trying to create around Russia, vilifying it in every possible way, to know you have comrades that share your struggle on the other side of the ocean, really keeps our heads up!!!

**antiglobalization.rus**

✓ Received
7/6/2015 1:37:16 PM

Uhuru!!!! <ss type="smile">:)</ss>

**pennyuhuru**

✓ Received
7/6/2015 1:40:40 PM

Uhuru Slava! I hope you saw this article that Chairman Omali wrote for The Burning Spear newspaper "From Russia with Love!" <a href="http://uhurunews.com/story?resource_name=from-russia-with-love">http://uhurunews.com/story?resource_name=from-russia-with-love</a>

**antiglobalization.rus**

✓ Received
7/6/2015 1:41:24 PM

Nope, I haven't! I'll read it now!!!

**pennyuhuru**

✓ Received
7/6/2015 1:45:33 PM

We can discuss our plans more and Jesse will contact you later today. Talk soon

**antiglobalization.rus**

✓ Received
7/6/2015 1:46:46 PM

Ok. Thank you Penny! Bye-bye! Uhuru! <ss type="smile">:)</ss>

**antiglobalization.rus**

✓ Received
7/7/2015 1:59:02 PM

Penny, Alexander asked me to ask you if you plan some protest actions in upcoming weeks? Perhaps solidarity march or burning of confederacy flag or something? Because we'd really like to get involved with it, perhaps we could do something similar here, in Moscow? Also, if it's possible, would be great if you could take our organization's flag on such action.

**pennyuhuru**

✓ Received
7/7/2015 6:08:25 PM

there his fondest regards!

**pennyuhuru**                                                            ✓ Received
                                                                     7/7/2015 6:09:56 PM

He said that we have just participated in two demonstrations around the flags in the Tampa, Florida area. But he
said that he wants to have the flag at the following events upcoming:

**pennyuhuru**                                                            ✓ Received
                                                                     7/7/2015 6:11:21 PM

Aug. 22 & 23--Black is Back Coalition national conference in Philadelphia. He also would like for Alexander to
speak at this conference either by live stream or in a pre-recorded video. Also we wants the flag at:

**pennyuhuru**                                                            ✓ Received
                                                                     7/7/2015 6:12:06 PM

Sept. 26 &27--International People's Democratic Uhuru Movement annual convention in Chicago--wants to raise
the flag.

**pennyuhuru**                                                            ✓ Received
                                                                     7/7/2015 6:13:18 PM

November 7 & 8: Black is Back March on the White House in Washington, DC--March against U.S. wars around
the world and inside the U.S.!

**pennyuhuru**                                                            ✓ Received
                                                                     7/7/2015 6:16:45 PM

These are the main events of this sort for the rest of the year. Also Chairman Omali said to explain to you also that
the African People's Socialist Party does not put that much weight on the Confederate Flag because the American
flag is EVEN more a flag of slavery than the confederate flag. The US was built on slavery and this flag has flown
for about 250 years while the flag of the confederacy was only in existence for about 3 years during the American
civil war.

**pennyuhuru**                                                            ✓ Received
                                                                     7/7/2015 6:19:24 PM

Nevertheless the movement--especially the solidarity movement has participated in demonstrations called by
others against the confederate flag -- but we have raised the issues that to just target the confederate flag does
not deal with the ongoing oppression of African people under the US flag today! The police murders, poverty and
massive imprisonment take place under the US flag today just like the US flag represents US aggression against
colonized and other peoples on the planet.

**pennyuhuru**                                                            ✓ Received
                                                                     7/7/2015 6:20:31 PM

organization's flag that you requested.

**antiglobalization.rus**

7/7/2015 6:21:08 PM

Hi Penny! Please pass my warmest greetings to Omali! We really miss him here! <ss type="smile">:-)</ss>

**pennyuhuru**

✓ Received
7/7/2015 6:21:57 PM

I will! Uhuru!

**antiglobalization.rus**

✓ Received
7/7/2015 6:22:08 PM

Thanks a lot for the schedule! And also for invitation to the conference - we're ready!

**pennyuhuru**

✓ Received
7/7/2015 6:23:50 PM

In addition to this the Uhuru Solidarity Movement will hold the Days in Solidarity with African People will be held in various cities during the month of October. These are events that will have the flag of your organization as well. I will get you those dates for that month.

**antiglobalization.rus**

✓ Received
7/7/2015 6:24:05 PM

One thing Alexander said to me, perhaps you could make some sort of stickers for your movement and causes? Just let me know how much you need and what exactly you can print on such a short notice, and I'll transfer both fundraising and these expenses to you in next couple of days.

**pennyuhuru**

✓ Received
7/7/2015 6:24:35 PM

Are you talking about bumper stickers on cars?

**pennyuhuru**

✓ Received
7/7/2015 6:25:27 PM

Because yes, we have done that in the past but should do so again.

**antiglobalization.rus**

✓ Received
7/7/2015 6:25:29 PM

kind of act of solidarity these days with African community in US.

### antiglobalization.rus
✓ Received
7/7/2015 6:26:11 PM

Yes, bumper stickers and stuff. Perhaps some pin stickers too.

### pennyuhuru
✓ Received
7/7/2015 6:26:12 PM

Yes, I realize that you understand and we are clear what you were suggesting-

### antiglobalization.rus
✓ Received
7/7/2015 6:27:21 PM

We're also thinking of performing something similar here (flag), it's just Alexander is on vacation now until 18th of this month, so kind of cannot do without him.

### antiglobalization.rus
✓ Received
7/7/2015 6:28:24 PM

Also, tomorrow I can send you our organizations banner if you could print it and use somewhere too. You can also include expenses for it.

### antiglobalization.rus
✓ Received
7/7/2015 6:29:34 PM

We would also like to promote Omali's ideas here too. Perhaps you could help me a bit here, with sending some links on African Liberation worldwide?

### pennyuhuru
✓ Received
7/7/2015 6:30:00 PM

OK, send the banner--but the Chairman said he brought a cloth one back from Russia. He wants to hang it at the Uhuru House and also use it for all the above events.

### antiglobalization.rus
✓ Received
7/7/2015 6:30:26 PM

Finally, I'm going to make the pictures like we discussed and more next days. So, if you can, please drop me some images you wanted to send me.

✓ Received

7/1/24, 1:55 PM &lt;&lt; that will be wonderful 209 &lt;&lt; ( type="smile"&gt; : ) &gt;&gt; &gt;&gt; user message 2 chat messages - iBook&gt;

Case 8:22-cr-00259-WFJ-AEP   Document 296-161   Filed 09/17/24   Page 39 of 74
PageID 3999

---

|  | ✓ Received |
|---|---|
| **pennyuhuru** | 7/7/2015 6:31:35 PM |

Great! Slava, I am still in Oakland but am flying back to St. Pete tomorrow. Can I do this when I get back--around the end of the week? Or is that too late?

---

|  | ✓ Received |
|---|---|
| **antiglobalization.rus** | 7/7/2015 6:34:10 PM |

About pictures yes, but about what you need for stickers and stuff for 22-23 - it would be better you you could send me something sooner, so I'd move on and send you funds.

---

|  | ✓ Received |
|---|---|
| **pennyuhuru** | 7/7/2015 6:38:39 PM |

Let me get clarity: Are you are talking about promotional stickers specifically for the Black is Back conference in August?

---

|  | ✓ Received |
|---|---|
| **antiglobalization.rus** | 7/7/2015 6:41:17 PM |

Yes, exactly. But not limited too. Eg., if you want to make some for conference, some for APSP, some for else - no problem. Just write me what and how much, and I'll make it happen

---

|  | ✓ Received |
|---|---|
| **antiglobalization.rus** | 7/7/2015 6:41:35 PM |

Moment

---

|  | ✓ Received |
|---|---|
| **antiglobalization.rus** | 7/7/2015 6:41:52 PM |

Yes, exactly as I said

---

|  | ✓ Received |
|---|---|
| **pennyuhuru** | 7/7/2015 6:42:08 PM |

Are you saying you would design them -- or we would design from here?

---

**pennyuhuru**

7/7/2015 6:43:03 PM

Or are you asking how much they would cost to produce?

---

**antiglobalization.rus**

✓ Received
7/7/2015 6:44:48 PM

It depends. If you can design it - do it, if you need help - we can do it. I'm asking quantities of each one you need and price for each quantity.

---

**pennyuhuru**

✓ Received
7/7/2015 6:47:26 PM

OK, let me talk to Chairman Omali about that (he coordinates the Black is Back Coalition). Also, we don't usually create stickers for our events so I would have to research a little. It sounds like a good idea and we can certainly do the design from here--just was not clear. We usually use fliers and posters to get the word out

---

**pennyuhuru**

✓ Received
7/7/2015 6:48:13 PM

We usually use stickers such as bumper stickers to promote Uhuru Radio or to win certain ideas or campaigns-- such as Black Community Control of Police, for example.

---

**pennyuhuru**

✓ Received
7/7/2015 6:48:57 PM

Do you use stickers to promote an event?

---

**antiglobalization.rus**

✓ Received
7/7/2015 6:51:35 PM

For event or for organization or both - no problem. We haven't released our own stickers yet, but it will certainly be next step. Also, we've been spreading here stickers from our another comrade Joe Iosbaker - stickers for STOP FBI repressiona.

---

**pennyuhuru**

✓ Received
7/7/2015 6:52:40 PM

Yes, that is the kind of thing we would do too. Ok, let me talk to the Chairman about it. Will try to reach him today about this.

---

**pennyuhuru**

✓ Received
7/7/2015 6:53:14 PM

**pennyuhuru**

I mean they will be producing fliers in any case

---

✓ Received
7/7/2015 6:54:36 PM

**antiglobalization.rus**

✓ Received
7/7/2015 7:00:53 PM

I think we can do everything you want. Both too <ss type="smile">:-)</ss>

---

**pennyuhuru**

✓ Received
7/7/2015 7:01:19 PM

Ok! That's so great! I can

---

**pennyuhuru**

✓ Received
7/7/2015 7:02:08 PM

I can't reach Chairman right now but will keep trying. So you need a budget for the costs of fliers, posters and stickers?

---

**antiglobalization.rus**

✓ Received
7/7/2015 7:02:30 PM

Yes, whenever you can.

---

**pennyuhuru**

✓ Received
7/7/2015 7:19:19 PM

I looked up on the website where we usually do our printing (Acidflyers.com). 10,000 club card flyers (2-sided, full color, postcard size) are $377.39. 500 color posters at 11 x 17 inches is $272.87. The 2 x 4 inch regular stickers are $409.50 for 1000 (That's pretty high). The bumper stickers are TOO expensive-- $530.89 for only 100. I talked to Chairman about it and he said this would be great!

---

**antiglobalization.rus**

✓ Received
7/7/2015 7:33:52 PM

Thank you Penny!!! Couple of days, and we see what we can accommodate. Hopefully all!)

---

**antiglobalization.rus**

✓ Received
7/7/2015 7:33:56 PM

✓ Received
7/7/2015 7:40:55 PM

**pennyuhuru**

Awesome! Slava. Uhuru!

---

✓ Received
7/9/2015 1:53:25 PM

**antiglobalization.rus**

Hey Penny ! How are you you? <ss type="smile">:)</ss>

---

✓ Received
7/9/2015 1:53:47 PM

**pennyuhuru**

Great! And you?

---

✓ Received
7/9/2015 1:53:56 PM

**antiglobalization.rus**

Working)

---

✓ Received
7/9/2015 1:54:02 PM

**pennyuhuru**

I'm back in St. Pete

---

✓ Received
7/9/2015 1:54:28 PM

**antiglobalization.rus**

Alexander told me to ask you two questions: first if it's possible to perform some demonstration before August conference and second what you want to be depicted on the stickers? Jesse told me you might have some march on 9th August?

---

✓ Received
7/9/2015 1:55:43 PM

**pennyuhuru**

Yes, there will be a demonstration on Aug. 9, the year anniversary of the police murder of Mike Brown in Ferguson last year.

---

✓ Received
7/9/2015 1:56:00 PM

**pennyuhuru**

✓ Received
7/9/2015 1:56:09 PM

**antiglobalization.rus**

Ok

---

**pennyuhuru**

✓ Received
7/9/2015 1:56:55 PM

Uhuru! I'll check in later--got a meeting now

---

**antiglobalization.rus**

✓ Received
7/9/2015 1:57:16 PM

Sorry I went straight into work issues. It somewhat crazy the way we work, and too many thing to keep monitor...

---

**antiglobalization.rus**

✓ Received
7/9/2015 1:57:23 PM

Ok. Uhuru Penny! <ss type="smile">:)</ss>

---

**pennyuhuru**

✓ Received
7/9/2015 1:58:16 PM

Same here!

---

**pennyuhuru**

✓ Received
7/9/2015 1:58:31 PM

Uhuru!

---

**antiglobalization.rus**

✓ Received
7/10/2015 3:35:14 PM

Uhuru Penny! Any news on banners? Also question, 9 August event will be in Saint Petersburg?

---

**pennyuhuru**

✓ Received
7/10/2015 3:39:14 PM

pennyuhuru shared a picture: 10995835_10153446328471336_320022031644054626_n.png

**pennyuhuru**

7/10/2015 3:39:33 PM

pennyuhuru shared a picture: blackpowermatters sticker.jpg

---

**pennyuhuru**

✓ Received
7/10/2015 3:39:44 PM

Uhuru Slava. Here is the sticker and the flier for Black is Back

---

**antiglobalization.rus**

✓ Received
7/10/2015 3:41:42 PM

Great Penny, thanks!!!

---

**antiglobalization.rus**

✓ Received
7/10/2015 3:41:54 PM

What about August 9? Is this gonna be country wide event?

---

**pennyuhuru**

✓ Received
7/10/2015 3:44:07 PM

Aug. 9 will be US-wide. Flier ready later today

---

**antiglobalization.rus**

✓ Received
7/10/2015 3:49:31 PM

<ss type="yes">(y)</ss> Uhuru!!!

---

**antiglobalization.rus**

✓ Received
7/10/2015 7:41:38 PM

Uhuru Penny! Alexander's asking: about 9 August and 22 August: could you please rewrite th estimates, so it
would be like this: Banners qty 100 price 100 picture, flyer qty 1000, price 300 picture etc?

---

**antiglobalization.rus**

✓ Received
7/10/2015 7:42:25 PM

Also he's asking 9 August will be march? How many people are expected to show up the place you're gonna do
march at?

---

✓ Received

around the Us on Aug 9. Here in St. Pete we will... police stations. They will be probably relatively small marches but should get media coverage.

---

**antiglobalization.rus**

✓ Received
7/10/2015 9:37:56 PM

Thank you, Penny! <ss type="smile">:-)</ss>

---

**pennyuhuru**

✓ Received
7/10/2015 9:38:56 PM

Btw, your US Democracy page on FB is outstanding. We want to put this on the USM website. Excellent and powerful

---

**antiglobalization.rus**

✓ Received
7/10/2015 9:45:35 PM

Thank you <ss type="smile">:-)</ss> This really means a lot to me. I'm spending lot of time to collect materials for it. I don't want it to be shallow, rather educative and mind opening.

---

**pennyuhuru**

✓ Received
7/10/2015 9:50:37 PM

Great job!

---

**antiglobalization.rus**

✓ Received
7/10/2015 9:51:48 PM

<ss type="blush">:$</ss> <ss type="laugh">:D</ss>

---

**pennyuhuru**

✓ Received
7/11/2015 3:48:51 PM

pennyuhuru shared a file: 2015-memo-Anti-glob-ru-7-11.docx

---

**pennyuhuru**

✓ Received
7/11/2015 3:49:14 PM

Greetings Slava. Attached is a memo with the itemizations that you requested. Please let us know if you need anything else. Can you open this word document?

Uhuru Penny! Thanks a lot! I will be in touch after some 3 hours.

---

**antiglobalization.rus**

✓ Received
7/11/2015 3:50:39 PM

Now going to Swan Lake Ballet)

---

**pennyuhuru**

✓ Received
7/11/2015 3:50:52 PM

How fun!Uhuru Slava we are very concerned by the intensification of the threats against Russia! Did you see this US general's statements

---

**pennyuhuru**

✓ Received
7/11/2015 3:51:13 PM

Anyway here is the link: <a href="http://www.informationclearinghouse.info/article42340.htm">http://www.informationclearinghouse.info/article42340.htm</a>

---

**pennyuhuru**

✓ Received
7/11/2015 3:51:20 PM

We are concerned--talk later.

---

**pennyuhuru**

✓ Received
7/11/2015 3:51:29 PM

Have a great time!

---

**antiglobalization.rus**

✓ Received
7/11/2015 3:52:36 PM

Thank you, Penny! I will be in touch later today.

---

**antiglobalization.rus**

✓ Received
7/11/2015 6:40:18 PM

Penny, could you please send me this file by email? <a href="mailto:info@anti-global.ru">info@anti-global.ru</a>

**pennyuhuru**                                                                7/11/2015 7:33:38 PM

OK, so you did get it?

---

                                                                    ✓ Received

**antiglobalization.rus**                                           7/11/2015 7:34:54 PM

Yes, ideal! Thank you, Penny!

---

                                                                    ✓ Received

**antiglobalization.rus**                                           7/13/2015 4:01:58 PM

Penny, Alexander asked me if you're participating in <a
href="https://www.facebook.com/events/418074548350082/">https://www.facebook.com/events/41807454835008
2/</a> ?

---

                                                                    ✓ Received

**pennyuhuru**                                                      7/14/2015 1:44:09 AM

Hi Slava, yes, the Uhuru Movement will be participating in the Million People's March.

---

                                                                    ✓ Received

**antiglobalization.rus**                                           7/17/2015 11:59:33 AM

Uhuru Penny!

---

                                                                    ✓ Received

**antiglobalization.rus**                                           7/17/2015 11:59:54 AM

We've transfered $500 thru the donation form on uhurusolidarity.org. Please confirm that you've received it.

---

                                                                    ✓ Received

**antiglobalization.rus**                                           7/17/2015 12:03:32 PM

Alexander said that these are for Reparations, and he wants to transfer more to support 25th and 9th events, so
he said if you need funds for printing stuff for these events, you can use these money and we'll transfer more for
reparations in near week or two.

---

                                                                    ✓ Received

**antiglobalization.rus**                                           7/17/2015 12:04:34 PM

**antiglobalization.rus**                                                 ✓ Received
                                                                    7/17/2015 3:07:57 PM

Particularily we want to make some poster with Sandra Bland.

---

**antiglobalization.rus**                                                 ✓ Received
                                                                    7/20/2015 2:47:01 PM

Uhuru Penny! Any updates on above matters? <ss type="smile">:)</ss>

---

**pennyuhuru**                                                            ✓ Received
                                                                    7/20/2015 2:53:54 PM

Uhuru Slava! We just got back from the Harlem Book Fair in New York city this weekend which was awesome! Let
me get on top of this.

---

**antiglobalization.rus**                                                 ✓ Received
                                                                    7/20/2015 3:01:18 PM

Ok <ss type="smile">:)</ss>

---

**antiglobalization.rus**                                                 ✓ Received
                                                                    7/20/2015 3:01:20 PM

No worries

---

**antiglobalization.rus**                                                 ✓ Received
                                                                    7/20/2015 3:01:28 PM

It just that Alex asking me all the time

---

**pennyuhuru**                                                            ✓ Received
                                                                    7/20/2015 3:01:31 PM

Slava, From the Uhuru Solidarity Movement we really appreciate your stand of reparations by contributing the
$500 reparations!

---

**pennyuhuru**                                                            ✓ Received
                                                                    7/20/2015 3:02:11 PM

**antiglobalization.rus**

✓ Received
7/20/2015 3:13:21 PM

It's okay, Penny! Its availabe on UhuruRadio.com if you're interested.

---

**antiglobalization.rus**

✓ Received
7/20/2015 3:13:41 PM

Yes, Alex tells me he found a way to contribute even more.

---

**pennyuhuru**

✓ Received
7/20/2015 3:13:48 PM

Yes, I know! Will listen!!

---

**antiglobalization.rus**

✓ Received
7/20/2015 3:15:04 PM

And asked me if its possible for us to add some banner design or flyers for 25th and/or 9th. Particularly, we'd like something in solidarity with Sandra Bland and maybe something that is like screaming to join your organization or our common struggle.

---

**pennyuhuru**

✓ Received
7/20/2015 3:15:13 PM

Slava, originally you had asked me to lay out expenses for the Black is Back Coalition national conference Aug. 22 and 23 in Philadelphia. Is Alex still thinking of this? Just want to get clear and will then speak with the Chairman. Thanks

---

**pennyuhuru**

✓ Received
7/20/2015 3:16:05 PM

Also The Chairman was saying this morning that he wants the Party members to fly the Anti-Globalization flag (the one in Russian) at the Millions March this weekend.

---

**antiglobalization.rus**

✓ Received
7/20/2015 3:16:30 PM

Yes, it would be wonderful!

---

**antiglobalization.rus**

✓ Received
7/20/2015 3:16:54 PM

**antiglobalization.rus**

And august 22-23 conference too

✓ Received
7/20/2015 3:18:19 PM

---

**pennyuhuru**

✓ Received
7/20/2015 3:43:04 PM

Uhuru Slava! Everything you want to do is good--including a poster about Sandra Bland.

---

**pennyuhuru**

✓ Received
7/20/2015 3:44:27 PM

Do you need anything else from this end? I sent the budget for the expenses for the Black is Back Coalition conference in August. Let me know what we need to do. Thank you, comrades!

---

**pennyuhuru**

✓ Received
7/20/2015 3:45:22 PM

The APSP will definitely fly your organization's flag at all events.

---

**antiglobalization.rus**

✓ Received
7/20/2015 3:47:50 PM

That's great, Penny! Thanks!!!

---

**antiglobalization.rus**

✓ Received
7/20/2015 3:48:32 PM

I'll send you some designs in next day or two and you see how you can use it if you use it <ss type="smile">:)</ss>

---

**pennyuhuru**

✓ Received
7/20/2015 3:48:51 PM

Splendid!

---

**antiglobalization.rus**

✓ Received
7/21/2015 4:34:18 PM

Antiglobalization RUS shared a file: Pictures.zip

**antiglobalization.rus**
7/21/2015 4:38:27 PM

Penny, JIC you didn't receive it here, I've uploaded it there too. <a href="https://www.sendspace.com/file/yzzkuz">https://www.sendspace.com/file/yzzkuz</a>

---

**antiglobalization.rus**
✓ Received
7/21/2015 4:38:57 PM

You think you could print some of these? Some as banners to hold, some us flyers?

---

**pennyuhuru**
✓ Received
7/21/2015 6:37:20 PM

Thank you Slava! I will show these to Chairman Omali!

---

**pennyuhuru**
✓ Received
7/21/2015 8:45:51 PM

Uhuru Slava: What size are these graphics? Can you give me the dimensions (preferably in inches <ss type="smile">:)</ss> )

---

**pennyuhuru**
✓ Received
7/21/2015 8:46:04 PM

If not in inches that's ok.

---

**pennyuhuru**
✓ Received
7/21/2015 8:48:12 PM

Meaning are they poster size (11 in x 17 in)? Flyer size (8.5 in x 11 in) etc.

---

**pennyuhuru**
✓ Received
7/21/2015 8:49:19 PM

What the Chairman would like to do is print them out in color and put the call for the Black is Back conference on the back and get them to the July 25 mobilization.

---

**antiglobalization.rus**
✓ Received
7/21/2015 8:50:07 PM

They're 2x A4 and 1 I'm no sure. But both should be expandable or shrinkable (proportionally)

7/21/2015 8:50:22 PM

**antiglobalization.rus**

Moment I'll check

---

**pennyuhuru**

✓ Received
7/21/2015 8:51:29 PM

I think that would be a poster size

---

**antiglobalization.rus**

✓ Received
7/21/2015 8:54:34 PM

Yes, 2x 8.27x11.69 inches (A4) and 1x 8.27x5.86 inches (~21x14.9cm)

---

**antiglobalization.rus**

✓ Received
7/21/2015 8:55:44 PM

Not sure how you decide to print it. Some maybe as posters, some as flyers. Just need something printed and used so Alex would be happy <ss type="angel">(angel)</ss>

---

**antiglobalization.rus**

✓ Received
7/21/2015 8:56:42 PM

I tried to make it in Uhuru colors <ss type="smile">:-)</ss>

---

**pennyuhuru**

✓ Received
7/21/2015 8:56:53 PM

OK, great we will do that. Nice job, Slava!

---

**pennyuhuru**

✓ Received
7/21/2015 8:57:14 PM

I am glad you included the latest -- the young man in Memphis!

---

**pennyuhuru**

✓ Received
7/21/2015 8:57:42 PM

Yes, red, black and green are the colors of the liberated African flag!

---

✓ Received

Please! I was shocked by Darius killing today. Direct messages, he choose to use chat pdf actually kills almost everyday!

---

**pennyuhuru**                                          ✓ Received
7/22/2015 1:08:41 PM

The statistics say the police kill three a day. Did you see the video of the Sandra Bland arrest? So chilling and upsetting! Obviously they killed her because she demanded her rights.

---

**antiglobalization.rus**                               ✓ Received
7/22/2015 1:21:15 PM

Yes, and I've also read she was Black community activist. I believe her death is not accidental.

---

**antiglobalization.rus**                               ✓ Received
7/22/2015 1:21:38 PM

You must also take care of yourselves, guys. These butchers don't really care who they kill...

---

**antiglobalization.rus**                               ✓ Received
7/22/2015 1:23:40 PM

Btw, could you please make few photos on 25th? Maybe with something printed, maybe with our flag, and generally with crowd? We'd like to make article about it here, and also maybe include it in future release of our newspaper.

---

**antiglobalization.rus**                               ✓ Received
7/22/2015 8:00:28 PM

Uhuru Penny! Alexander is asking, what you (and Omali) think of making multiple organization (world-wide) statement demanding to the achknoledgement of ongoing genocide against Black people in America - since early years and up now. You think its possible?

---

**pennyuhuru**                                          ✓ Received
7/23/2015 1:56:51 PM

Uhuru! Slava! I will speak to the Chairman about this! It sounds to me like a really important thing to do!

---

**pennyuhuru**                                          ✓ Received
7/23/2015 3:38:42 PM

**pennyuhuru**

7/23/2015 3:40:01 PM

This worldwide statement should be part of the building of the Day in Solidarity with African People.

**pennyuhuru**

✓ Received
7/23/2015 3:41:19 PM

What organizations/nations are you thinking we can approach for this?

**pennyuhuru**

✓ Received
7/23/2015 3:43:21 PM

Should we create an outline for this statement?

**antiglobalization.rus**

✓ Received
7/23/2015 3:43:29 PM

Russia, Iran, Middle East (Syria, Lebanon), also Latin America if you want (Argentina, Nicaragua, Ecuador, Bolivia).

**antiglobalization.rus**

✓ Received
7/23/2015 3:43:47 PM

Yes, create outline and draft

**antiglobalization.rus**

✓ Received
7/23/2015 3:44:35 PM

Alexander said that he is preparing media in Russia and Middle East for it, so we must work it out - this is really great media opportunity and serious historical step.

**pennyuhuru**

✓ Received
7/23/2015 3:45:19 PM

Uhuru! We will work on this!

**pennyuhuru**

✓ Received
7/23/2015 3:45:50 PM

**pennyuhuru**

✓ Received
7/23/2015 3:49:27 PM

pennyuhuru shared a picture: ocover.jpg

---

**pennyuhuru**

✓ Received
7/23/2015 3:49:55 PM

Btw, Here is the book I wrote that covers some of this history and the complicity of the white population in genocide and slavery.

---

**antiglobalization.rus**

✓ Received
7/23/2015 3:52:00 PM

<ss type="yes">(y)</ss>

---

**antiglobalization.rus**

✓ Received
7/23/2015 3:52:08 PM

Great!!! <ss type="smile">:)</ss>

---

**antiglobalization.rus**

✓ Received
7/23/2015 3:52:27 PM

Book? That's great! When it was released?

---

**antiglobalization.rus**

✓ Received
7/23/2015 3:52:47 PM

Maybe we could negotiate it here to be translated and published in Russian language? (We have publisher here)

---

**antiglobalization.rus**

✓ Received
7/23/2015 3:52:56 PM

Can you send me some overview?

---

**pennyuhuru**

✓ Received
7/23/2015 3:56:10 PM

pennyuhuru shared a picture: uneasy-equilibrium-cover.jpg

Chairman Omali has several books also including his most recent published last year called "An Uneasy Equilibrium: The African Revolution versus Parasitic Capitalism. Here is the cover for that

**pennyuhuru**

✓ Received
7/23/2015 3:57:17 PM

Yes, of course these books should be translated into Russian.

**pennyuhuru**

✓ Received
7/23/2015 3:57:45 PM

Here is the hip hop group Dead Prez talking about the Chairman's books and also the Culture of Violence

**pennyuhuru**

✓ Received
7/23/2015 3:57:48 PM

<a href="https://www.youtube.com/watch?v=oeins8f3W6U">https://www.youtube.com/watch?v=oeins8f3W6U</a>

**antiglobalization.rus**

✓ Received
7/23/2015 3:59:56 PM

We'll talk about both books with our publisher. We have Omali's book and we'll talk about it with him. But for your book, we need some overview.

**pennyuhuru**

✓ Received
7/23/2015 4:36:10 PM

OK, I will have to get one.

**pennyuhuru**

✓ Received
7/24/2015 8:09:57 PM

Uhuru Slava

**pennyuhuru**

✓ Received
7/24/2015 8:10:41 PM

Chairman Omali wants to send your group some copies of The Burning Spear newspaper. Can you give me a mailing address to send them to? Thanks P

**antiglobalization.rus**

Yes, sure, one moment. You prefer Office address or home address?

---

**pennyuhuru**

✓ Received
7/24/2015 8:20:13 PM

Whichever one is easier for you to receive it. It would be a package.

---

**antiglobalization.rus**

✓ Received
7/24/2015 8:26:19 PM

Okay. Office is Russian Federation. 125171 Moscow, ul.Kosmonavta Volkova, 3-143. Svyatoslav Bilyk

---

**antiglobalization.rus**

✓ Received
7/24/2015 8:27:01 PM

Also Alexander said we've collecting now money for your next events, so please keep us informed.

---

**pennyuhuru**

✓ Received
7/24/2015 8:28:03 PM

Should we put Russia on it?

---

**pennyuhuru**

✓ Received
7/24/2015 8:28:09 PM

I think so

---

**pennyuhuru**

✓ Received
7/24/2015 8:30:00 PM

Slava, Thank you for the resources for the next events! When you say "keep us informed," exactly what do you want me to let you know? I want to make sure I am telling you what you need to know. Thanks

---

**antiglobalization.rus**

✓ Received
7/24/2015 8:37:48 PM

Yes, Russian Federation or Russia. Both works <ss type="smile">:-)</ss>

---

✓ Received

name..we start with the name and goes to the company to make sure we do it right.

---

**antiglobalization.rus**

✓ Received

7/24/2015 8:43:10 PM

Okay, basically we need this as before. Eg. We're making event X which will be held at Y, on august Z. We need for it as follows: 1000 flyers 0.5cents each, 2 banners 75$ 3ach, 4 roll ups 55$ each, 100 stickers 2$ each, 1 tent 135$, rental of plastic chairs 12×5$, foods and stuff 50$... these are numbers from the clouds of course, but generally it goes as what you need, quantity, price, event.

---

**antiglobalization.rus**

✓ Received

7/24/2015 8:43:25 PM

As you want, name first also ok.

---

**pennyuhuru**

✓ Received

7/24/2015 9:35:56 PM

Ok, Slava, thanks, I will work on this tomorrow. The budget I already sent though for the Black is Back Conference--will resources be able to come for that? Because that is coming up in less than a month and the organization does need resources. Keep me informed on that. Uhuru!

---

**antiglobalization.rus**

✓ Received

7/24/2015 10:04:08 PM

Yes, I think so. Just write me something like I described above, and I'll see that it gets to you.

---

**antiglobalization.rus**

✓ Received

7/25/2015 4:51:34 PM

Penny question we're preparing petition against war in Ukraine. Like it is essential to stop human rights violation, etc. Would you be ready to sign it?

---

**antiglobalization.rus**

✓ Received

7/25/2015 8:36:14 PM

Uhuru Penny! Alex wants to say 3 things: 1) tomorrow we'll transfer $500, 2) we need some photos from Million People's March and of something printed, 3) About Ukrainian petition - will it work?

---

**pennyuhuru**

✓ Received

7/27/2015 3:44:23 PM

**pennyuhuru**

✓ Received
7/27/2015 3:49:05 PM

1. In terms of the petition: the Chairman said he wants to more than sign the petition -- he wants you and Alexander to present at the Black is Back coalition conference on Aug. 22-23 in Philadelphia. He wants Alex to discuss the US threats of war on Russia and the situation. BIBC should send a letter describing this in greater detail but they definitely want you to present.

**pennyuhuru**

✓ Received
7/27/2015 3:53:42 PM

2. The Chairman has seen the text of the petition sent by Alex to him. Is there a link to the actual petition on line? Do you want other members of the movement to sign it as well? Please send the link and we can distribute it others if this is what you are asking.

**pennyuhuru**

✓ Received
7/27/2015 3:55:38 PM

3. There have been some photos of the Million People's March with our forces with your banner/flag and we are writing up something briefly which we will send to you shortly.

**pennyuhuru**

✓ Received
7/27/2015 3:56:51 PM

Thank you very much for the additional donation towards the reparations challenge of the Uhuru Solidarity Movement. This money is collected along with other donations and goes directly towards the work of the APSP.

**pennyuhuru**

✓ Received
7/27/2015 3:58:39 PM

I think you were asking me to resend the outreach budget for the Black is Back Coalition (which I sent last week both in the text of this Skype chat and on a word document. I can resend. Also I think you are asking for costs for the Aug. 9 march as well so I will include that as well. I will get this today later today.

**pennyuhuru**

✓ Received
7/27/2015 3:59:03 PM

Hope all is well with you and good to hear you and Alex at the Uhuru Solidarity meeting on Saturday!

**pennyuhuru**

✓ Received
7/27/2015 4:02:23 PM

**antiglobalization.rus**

✓ Received
7/27/2015 4:26:21 PM

Uhuru Penny! Great news! I'll tell Alexander about 1., I'm sure he'll be happy. 2. The petition will start up offline, and later will be put online (a week or so). 3. Yes, please, we need some photos to be used on publishing here. If you can, please try to send it over asap. About the budget - I understand, I'll be waiting for it. Alexander said he'll transfer the money on Wednesday, because his CC is getting reissued now.

**antiglobalization.rus**

✓ Received
7/27/2015 4:27:42 PM

About province, I guess you should put there Moscow, since Moscow Oblast (Moscow Area) is usually refered strictly to Moscow suburbs, so if we mean city, IMHO it should said Moscow (in province field)

**antiglobalization.rus**

✓ Received
7/27/2015 4:28:20 PM

Its a separate governmental entity.

**pennyuhuru**

✓ Received
7/27/2015 4:31:23 PM

I will get you photos of the march and a brief written statement later today.

**pennyuhuru**

✓ Received
7/27/2015 4:31:53 PM

Also ,please send your office phone number and email address. thanks

**antiglobalization.rus**

✓ Received
7/27/2015 4:33:58 PM

Phone number is <a href="skype:+74995530965">+74995530965</a> , address is Russia, 127299 Moscow, Clara Zetkin, st.4, office 324. E-mail: <a href="mailto:info@anti-global.ru">info@anti-global.ru</a>

**pennyuhuru**

✓ Received
7/27/2015 4:34:41 PM

Ok, Slava so send to this address and not the one you gave me last week? That was a different address.

✓ Received

**antiglobalization.rus**

✓ Received
7/27/2015 4:36:27 PM

You mean mailing address? No, I just provided it here for your information only. You see, we haven't yet tried receiving mail on the office address, and since there are no mailboxes there, we're unsure if mail gets delievered or not. But it is our official address. But you send to the one I gave you before.

**pennyuhuru**

✓ Received
7/27/2015 4:37:10 PM

On Kosmonavita street I think

**antiglobalization.rus**

✓ Received
7/27/2015 4:41:11 PM

Kosmonavta Volkova

**pennyuhuru**

✓ Received
7/27/2015 4:41:25 PM

Yes, we will send the package there

**antiglobalization.rus**

✓ Received
7/27/2015 4:45:30 PM

He was an astronaut who flew twice to the space, and in 1971 was his second time. The ship was returning to earth when upon reentry the cabine depressurized and him and two other members died of asphyxia. We have a monument to him at the beginning of the street, and there are always red carnations there.

**pennyuhuru**

✓ Received
7/27/2015 4:46:55 PM

Thanks for the information. That was the era when the Soviet space program was kicking the ass of the US program in terms of its accomplishments.

**antiglobalization.rus**

✓ Received
7/27/2015 4:52:14 PM

It was great. And it is probably the only program survived through 90's without visible decline.

**pennyuhuru**                                                            7/28/2015 3:58:25 PM

pennyuhuru shared a file: 2015-APM-report-7-25.docx

---

                                                                         ✓ Received
**pennyuhuru**                                                           7/28/2015 4:11:38 PM

Uhuru Slava! Here are photos from the Saturday All People's March in Newark and a brief summation.

---

                                                                         ✓ Received
**pennyuhuru**                                                           7/28/2015 4:12:00 PM

pennyuhuru shared a picture: APM-1.jpg

---

                                                                         ✓ Received
**pennyuhuru**                                                           7/28/2015 4:12:27 PM

pennyuhuru shared a picture: APM-2.jpg

---

                                                                         ✓ Received
**pennyuhuru**                                                           7/28/2015 4:12:38 PM

pennyuhuru shared a picture: APM-3.jpg

---

                                                                         ✓ Received
**pennyuhuru**                                                           7/28/2015 4:12:50 PM

pennyuhuru shared a picture: APM-4.jpg

---

                                                                         ✓ Received
**pennyuhuru**                                                           7/28/2015 4:13:00 PM

pennyuhuru shared a picture: APM-5.jpg

---

                                                                         ✓ Received
**pennyuhuru**                                                           7/28/2015 4:14:32 PM

Here are the photos

---

                                                                         ✓ Received
**antiglobalization.rus**                                               7/28/2015 4:14:56 PM

**antiglobalization.rus**
✓ Received
7/28/2015 4:17:51 PM

Alex says it's wonderful!!! Also he's asking if there are some photos for something printed? Flyers or something?

**pennyuhuru**
✓ Received
7/28/2015 4:25:44 PM

Uhuru Slava, I don't have the flyer for the march, if that is what you mean. I do have access to the flyer for the August 9th demonstration that will be here and also for the Aug. 22 & 23 Black is Back Coalition conference in Philadelphia. The Million People's March was coordinated in Newark by the People's Organization for Progress which is a member of the BIBC.

**pennyuhuru**
✓ Received
7/28/2015 4:27:57 PM

I could probably find the MPM flyer on line if you would like that?

**antiglobalization.rus**
✓ Received
7/28/2015 4:29:16 PM

You have a picture of stack of your flyers? That will be more than enough. Any Uhuru flyers.

**pennyuhuru**
✓ Received
7/28/2015 4:33:50 PM

There are a bunch of flyers that are coming back from the printer's sometime today so I will photo those and send.

**antiglobalization.rus**
✓ Received
7/28/2015 4:34:19 PM

👍

**pennyuhuru**
✓ Received
7/28/2015 5:06:22 PM

pennyuhuru shared a file: 2014-OY-BIBC-expenses-7-18.docx

**pennyuhuru**
✓ Received
7/28/2015 5:09:22 PM

build upcoming events. The expenses for the Black is Back conference (where Alexander will present) have changed so some items were excluded and there is an added expense for a routine organizer to move around to help build for the conference. The Anti-Globalization movement can review and see if these are things that can be supported if possible. Let me know if this makes sense. Thanks

---

**antiglobalization.rus**                                                    ✓ Received
                                                                   7/28/2015 5:18:53 PM

Yes, it makes perfect sense! Will pass it on to Alex. Thank you, Penny!

---

**pennyuhuru**                                                               ✓ Received
                                                                   7/30/2015 1:11:09 PM

Uhuru Greetings Slava! I wanted to let you know that the petition emailed to us by Alex needs to be better translated and copy edited. Perhaps it was translated by Google Translate? We want to sign it but just letting you know it still needs some work in this way. It is difficult to fully understand in English at this time.

---

**antiglobalization.rus**                                                    ✓ Received
                                                                   7/30/2015 1:13:20 PM

Antiglobalization RUS shared a file: INTERNATIONALCAMPAIGN.docx (2).docx

---

**antiglobalization.rus**                                                    ✓ Received
                                                                   7/30/2015 1:13:38 PM

Uhuru Penny! Perhaps this fixed version would be better?

---

**pennyuhuru**                                                               ✓ Received
                                                                   7/30/2015 1:21:22 PM

Slava, this is somewhat better. In paragraph 6, it should read ..."regardless of borders" not "regardless of frontiers."

---

**pennyuhuru**                                                               ✓ Received
                                                                   7/30/2015 1:22:34 PM

Slave, let me be clear, are you asking Chairman Omali to be a signer on this petition which will go before the UN OR are you asking that as a movement we distribute this widely and get more signatures?

---

**antiglobalization.rus**                                                    ✓ Received
                                                                   7/30/2015 1:23:28 PM

We ask Chairman Omali to sign it as organization, so we can send it to UN.

---

                                                                             ✓ Received

| | ✓ Received |
|---|---|
| **pennyuhuru** | 7/30/2015 1:39:14 PM |

Uhuru Slava, here is the response of the Chairman. He feels you should consider a stronger statement. He feels that this petition legitimizes the European Union as a "civilizing" force. He raises that you should consider stating that the attack on Ukraine was fomented by interests of the US and the EU and that attack on Ukraine was in fact an attack on Russia, violating the sovereignty of Russia. The EU played a key role and was complicit in this attack.

| | ✓ Received |
|---|---|
| **antiglobalization.rus** | 7/30/2015 1:41:49 PM |

I'll pass it on to Alexander. He's now on route, and I can't reach him yet. As soon as he's back online, I'll tell him.

| | ✓ Received |
|---|---|
| **antiglobalization.rus** | 7/30/2015 1:41:55 PM |

Oh, he's here!

| | ✓ Received |
|---|---|
| **pennyuhuru** | 7/30/2015 1:43:13 PM |

Ok, the Chairman would like to hear what he thinks.

| | ✓ Received |
|---|---|
| **antiglobalization.rus** | 7/30/2015 1:49:47 PM |

He says we are part of petition makers, there are other parts we should discuss it with.

| | ✓ Received |
|---|---|
| **pennyuhuru** | 7/30/2015 1:59:14 PM |

The Chairman said to tell you he WILL sign it as is even though he does feel it should be stronger in censuring the EU for its participation in the attack on Russia.

| | ✓ Received |
|---|---|
| **antiglobalization.rus** | 7/30/2015 2:00:39 PM |

That's great Penny!!!

7/1/24, 1:55 PM                                    Skype Chat Messages - 1B175

7/30/2015 4:51:34 PM

**antiglobalization.rus**

Penny, Alex to you and Omali, that we need you to make some draft of UN petition on Genocide of African people in U.S. since the beginning of time and up now.

---

✓ Received

**pennyuhuru**                                                                7/30/2015 5:12:30 PM

Uhuru Slava! We are excited to do this. Can we work on this next week?

---

✓ Received

**antiglobalization.rus**                                                     7/30/2015 5:16:00 PM

Well, technically yes, but we'd like to have some draft ASAP so we would like to start pushing it on media everywhere.

---

✓ Received

**pennyuhuru**                                                                7/30/2015 5:42:58 PM

Slava, we are really tied up right now because we are holding a big weekend event. I can get you an outline early next week.

---

✓ Received

**antiglobalization.rus**                                                     7/30/2015 5:46:02 PM

Ok, no problem, Penny! <ss type="smile">:)</ss>

---

✓ Received

**pennyuhuru**                                                                7/30/2015 9:45:07 PM

Please sign the petition as Chairman Omali Yeshitela, African People's Socialist Party

---

✓ Received

**pennyuhuru**                                                                7/30/2015 9:45:18 PM

Or is there a form of some sort that should be filled out?

---

✓ Received

**antiglobalization.rus**                                                     7/31/2015 2:12:03 PM

Alex will sign it, no problem.

**antiglobalization.rus**
7/31/2015 2:12:08 PM

Uhuru Penny! <ss type="smile">:)</ss>

---

**antiglobalization.rus**

✓ Received
7/31/2015 2:12:28 PM

Alex is asking do you have any contact with Professor West? We'd really like to invite him here.

---

**pennyuhuru**

✓ Received
7/31/2015 2:45:42 PM

We are pretty sure we can get in touch with him and can let you know some info by Monday.

---

**antiglobalization.rus**

✓ Received
7/31/2015 2:54:56 PM

<ss type="yes">(y)</ss>

---

**pennyuhuru**

✓ Received
7/31/2015 6:14:54 PM

pennyuhuru shared a picture: IMG_0954.JPG

---

**pennyuhuru**

✓ Received
7/31/2015 6:15:01 PM

Uhuru Slava! Here is a photo of some fliers:

---

**pennyuhuru**

✓ Received
7/31/2015 7:25:33 PM

pennyuhuru shared a picture: photo 1.JPG

---

**pennyuhuru**

✓ Received
7/31/2015 7:25:42 PM

Here is a photo of Black is Back fliers for Aug. 22 & 23

---

**antiglobalization.rus**

✓ Received
8/4/2015 12:44:50 PM

**antiglobalization.rus**

✓ Received
8/4/2015 12:45:20 PM

What about the petition project?

---

**antiglobalization.rus**

✓ Received
8/4/2015 8:12:16 PM

Alex's asking please hurry up with draft because media are keep calling us to confirm.

---

**pennyuhuru**

✓ Received
8/4/2015 9:42:59 PM

I can have a brief draft/outline later tonight.

---

**antiglobalization.rus**

✓ Received
8/5/2015 10:03:44 AM

That would be great!

---

**pennyuhuru**

✓ Received
8/5/2015 5:12:21 PM

Still working on this but will get out a basic outline soon.

---

**pennyuhuru**

✓ Received
8/5/2015 5:12:46 PM

Also I am still working on getting you the information about Cornell West

---

**antiglobalization.rus**

✓ Received
8/5/2015 6:03:33 PM

Thanks you, Penny! It's important.

---

**pennyuhuru**

✓ Received
8/5/2015 7:48:33 PM

pennyuhuru shared a file: 2015-UN-petition-genocide.docx

**pennyuhuru**

8/5/2015 7:48:38 PM

Uhuru Slava! Here is a draft of the petition. I want to do more to expand this and to show the connection on how the conditions outlined in the UN Convention on the Prevention and Punishment of the Crime of Genocide actually apply to the conditions that we listed as evidence. I think we could have a more completed piece by Aug. 12

**pennyuhuru**

✓ Received
8/5/2015 7:50:09 PM

Question: When do you plan to do this? And where: Geneva? I would like to see if Chairman Omali Yeshitela and others could attend this.

**antiglobalization.rus**

✓ Received
8/5/2015 10:13:35 PM

Got it, Penny! You're great! Tomorrow I'll get back to you with answers.

**antiglobalization.rus**

✓ Received
8/6/2015 12:36:03 PM

Penny, Alex was thinking that you could pass it to UN mission in US signed by many organizations including ours. Because we can only position ourself as co-writers/supporters - after all we're not exactly Black to demand it for ourselves (his words).

**pennyuhuru**

✓ Received
8/6/2015 3:10:14 PM

I see. Alex said that your organization can get other countries to sign it and that would be important. It could be presented in New York but perhaps also in Geneva.

**pennyuhuru**

✓ Received
8/6/2015 3:10:45 PM

At some point we should have a phone call to discuss.

**pennyuhuru**

✓ Received
8/6/2015 4:33:54 PM

Uhuru Slava, Chairman Omali said that he wants to make sure that Alex can speak as the Black is Back Coalition's national conference on Saturday August 22 at 10:30 am US eastern time. This presentation would be given by Live Stream.

**pennyuhuru**

✓ Received
8/6/2015 4:37:56 PM

**antiglobalization.rus**

✓ Received
8/7/2015 10:49:48 AM

Uhuru, Penny! Alexander's ready.

---

**antiglobalization.rus**

✓ Received
8/7/2015 12:41:57 PM

Penny, Alex says we must start with New York if it works fine there we'll find a way to Geneva.

---

**antiglobalization.rus**

✓ Received
8/7/2015 12:42:18 PM

There's no problem about his speech, he's ready.

---

**antiglobalization.rus**

✓ Received
8/7/2015 12:44:37 PM

Also once petition is ready, we must also post it on all sites, provide it on Change.org (goal is 1 million signatures) and you could post it on whitehouse.gov petitions.

---

**pennyuhuru**

✓ Received
8/7/2015 2:37:46 PM

Thanks, Slava. Alex had said something about Russia, China, Iran and South American countries signing as well. How do you see this? The Chairman and the Party are really interested in this genocide petition so perhaps we can discuss with Alex in a phone meeting.

---

**pennyuhuru**

✓ Received
8/7/2015 2:38:16 PM

Also, Slava. Did you receive the copies of The Burning Spear newspaper? If not the tracking number is:

---

**pennyuhuru**

✓ Received
8/7/2015 2:38:36 PM

CJ474811435US

---

**pennyuhuru**

✓ Received
8/7/2015 2:38:49 PM

**pennyuhuru**

Uhuru Slava,

---

**pennyuhuru**

✓ Received
8/7/2015 2:52:30 PM

For Cornell West we have the following email to his assistant Maria: <a href="mailto:mcole@uts.columbia.edu">mcole@uts.columbia.edu</a> (Maria

---

**pennyuhuru**

✓ Received
8/7/2015 2:55:27 PM

We also would suggest New York State Assemblyman Charles Barron who can be contacted at <a href="mailto:inezdbarron@aol.com">inezdbarron@aol.com</a> and 718 257 5824. He was a New York City Council member prior to being elected to the New York State Assembly. Here is more info about him: <a href="http://assembly.state.ny.us/mem/Charles-Barron/">http://assembly.state.ny.us/mem/Charles-Barron/</a>

---

**pennyuhuru**

✓ Received
8/7/2015 2:55:30 PM

and: <a href="https://en.wikipedia.org/wiki/Charles_Barron">https://en.wikipedia.org/wiki/Charles_Barron</a>

---

**antiglobalization.rus**

✓ Received
8/7/2015 4:51:32 PM

Penny, I'm sorry to inform you, but I cannot assist you any further since I'm no longer a part of AGM. Good luck!

---

**pennyuhuru**

✓ Received
8/7/2015 4:57:39 PM

Slava! I am so sorry to hear that. I hope everything is OK with you and certainly it was a pleasure to work with you. Is there another way to be in touch with Alex?

---

**antiglobalization.rus**

✓ Received
8/9/2015 8:22:43 PM

Hi Penny!
I'm always in touch! Here and in the post <a href="mailto:ionov@anti-global.ru">ionov@anti-global.ru</a>

---

✓ Received

---

**antiglobalization.rus**

✓ Received
8/9/2015 8:24:15 PM

I'm looking forward to you pictures from the action today!

---

**antiglobalization.rus**

✓ Received
8/9/2015 8:30:18 PM

UHURU

---

**pennyuhuru**

✓ Received
9/3/2015 1:43:24 PM

We will hang up and call back

---

**antiglobalization.rus**

✓ Received
9/3/2015 1:43:38 PM

we don't hear you

---

**antiglobalization.rus**

✓ Received
9/3/2015 1:43:46 PM

our dinamics work

---

**pennyuhuru**

✓ Received
9/3/2015 1:43:53 PM

should we hang up and call again?

---

**antiglobalization.rus**

✓ Received
9/3/2015 1:44:08 PM

there is a problem of your skype

---

**pennyuhuru**

✓ Received
9/3/2015 1:44:34 PM

**antiglobalization.rus**

✓ Received
9/3/2015 1:44:40 PM

try to call again

---

**antiglobalization.rus**

✓ Received
9/3/2015 1:44:42 PM

no

---

**pennyuhuru**

✓ Received
9/3/2015 1:44:46 PM

i will call again.

---

**antiglobalization.rus**

✓ Received
9/3/2015 1:46:39 PM

try to reset the computer

---

**pennyuhuru**

✓ Received
9/3/2015 1:46:42 PM

I also have google voice and could call you on the phone

---

**antiglobalization.rus**

✓ Received
9/3/2015 1:46:51 PM

and we do the same

---

**antiglobalization.rus**

✓ Received
9/3/2015 1:47:12 PM

even it doesn't help, then we will use google voice

---

**antiglobalization.rus**

✓ Received
9/3/2015 1:47:27 PM

*if it doesn't help

**pennyuhuru**

9/3/2015 1:47:27 PM

OK I will restart the computer and if that doesn

**antiglobalization.rus**

✓ Received
9/3/2015 1:47:31 PM

yes

**pennyuhuru**

✓ Received
9/3/2015 1:47:39 PM

t work we will google voice

**pennyuhuru**

✓ Received
11/26/2015 5:31:58 PM

Uhuru! we are here

**pennyuhuru**

✓ Received
11/26/2015 5:40:19 PM

Should we wait?

**antiglobalization.rus**

✓ Received
1/15/2016 4:31:05 PM

Hi

**pennyuhuru**

✓ Received
1/15/2016 4:31:20 PM

Uhuru! I will get the Chairman