# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



Memo to: Alexander Ionov, Anti-Globalization Movement of Russia
July 11, 2015
From: Uhuru Movement
Re: Expenses and prices for actions

Greetings Alexander and comrades of the Anti-Globalization Movement of Russia!

As requested, listed here are some expenses for upcoming actions that the Uhuru Movement is involved in:

**August 9: International People's Democratic Uhuru Movement: Demonstrations for one year anniversary of police murder of Mike Brown:**

Banners: 4 @ $50 each:                                              $200

Fliers (club cards) 5000                                             $181.39

**August 22 and 23: Black is Back Coalition Annual Conference, "Black Power Matters," Philadelphia**

Fliers (4.25 x 6 postcards, double sided), 10,000:   $362.80
Color posters ( 11 x 17 in) 500:                              $272.84
Stickers (2 x 4 in) 1000:                                         $409.50
Bumper stickers: 100:                                            $530.89
Banner (Vinyl 10 x 3 feet)                                      $75.00

Please let us know if you need any other information from the Uhuru Movement. Thank you.

Penny Hess
Uhuru Solidarity Movement

info@uhurutours.com • 727-537-9723 • uhurutours.com