# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



# African People's Socialist Party

Office of Chairman Omali Yeshitela

info@omaliyeshitela.org • 727-821-6620

Memo to: Alexander Ionov, Anti-Globalization Movement of Russia
July 27, 2015
From: Uhuru Movement
Re: Update on expenses and prices for actions

Greetings Alexander and comrades of the Anti-Globalization Movement of Russia!

As requested, listed here are some expenses for upcoming actions that the Uhuru Movement is involved in. This has been updated since our last memo.

**August 9: Outreach expenses for International People's Democratic Uhuru Movement: Demonstrations for one year anniversary of police murder of Mike Brown:**
**Update:**

| | |
|---|---|
| Banners: 1 @ $50 each: | $50.00 |
| Fliers (club cards) 5000 | $181.39 |

**Total August 9 demo:** **$231.39**

**August 22 and 23: Outreach/organizing expenses for the Black is Back Coalition Annual Conference, "Black Power Matters," Philadelphia**
**Update:**

| | |
|---|---|
| Fliers (4.25 x 6 postcards, double sided), 10,000: | $362.80 |
| Color posters ( 11 x 17 in) 500: | $272.84 |
| Banner (Vinyl 10 x 3 feet) | $75.00 |
| Organizer travel in region to build | $600 |

**Total BIBC** **$1310.64**

Please let us know if you need any other information from the Uhuru Movement. Thank you.

Penny Hess



# African People's Socialist Party

Office of Chairman Omali Yeshitela

info@omaliyeshitela.org • 727-821-6620

Uhuru Solidarity Movement