# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

# African People's Socialist Party Plenary 2017 Program

Saturday, Sunday, Monday, January 7 - 8 - 9, 2017

## Day I: Saturday, January 7th

**Theme: Putting Revolution Back on the Agenda!**
  **We will win!**
  **We are winning!**

**MC: Akile' Anai**

**8:00 am: Fall In** (Registration)

**8:45 am**: **Bendera Ufugaji African** (Raising the African Flag)

**9:00 am: Akwaaba** (Welcome) **by Chief of Staff Ekenge Mayele**

**9:10 am: Wimbo Wa Taifa African** (African National Anthem)

**9:15 am: Group March into Akwaaba Hall**

**9:20 am: Introduction of Chairman Omali Yeshitela by Secretary General Luwezi Kinshasa**

**9:30 am: Entrance and Reception of Chairman Omali Yeshitela**

**9:30 am: African songs by Lola Banae**

**9:35 am: African Pledge**

**9:40 am: Political Report to the 2017 Plenary of the African People's Socialist Party by Chairman Omali Yeshitela**

**11:00 am: Uprising** (Break)

**11:10 am: Resume Presentation of the Political Report**

**12:30 pm: : Group Photo**

**12:45 pm: Karamu**

**1:30 pm: African Susu: Our Africa! Our Resources! Our Future! Reparations for Stolen African Lives by Deputy Chair Ona Zene' Yeshitela**

**3:30 pm: Uprising** (Break)

**3:40 pm: Salutes to the Party by:**
 •**Alexander Ionov, Anti-Globalization Movement of Russia**
 •**Union del Barrio**

**3:50 pm: Call to Join the African People's Socialist Party, Gazi Kodzo (National Office of Recruitment and Membership);
Call to Join the African People's Solidarity Committee Chairwoman Penny Hess**

**4:25 pm: Resume Presentation of Political Report**

**5 pm: Dialog on the Political Report**

**6 pm: Adoption of the Political Report**

**6:15 pm: African bendera retrieval** (Flag retrieval)

**6:30 pm: Karamu**

**7:30 pm: Jumla Juu** (Summation) **by Secretary General Luwezi**

**7:45 pm: Fall Out**


## Day II:  Sunday, January 8th

**Theme: Building the African Nation in Our Lifetime**

**MC: Gazi Kodzo**

**8:00 am: Fall in**

**9:00 am: Bendera Ufugaji African**

**9:10 am: Wimbo Wa Taifa African** (African National Anthem)

**9:15 am: Akwaaba by Gazi Kodzo, National Office of Recruitment and Membership**

**9:20 am: March into Akwaaba Hall**

**9:25 am: The Remix: Office of Deputy Chair Report by Deputy Chair Ona Zene' Yeshitela**

**11:30 am: Uprising!**

**11:40 am: Independence in Our Lifetime: The African Socialist International by Secretary General Luwezi Kinshasa**

**12:45 pm: Karamu**

**1:30 pm: Revolution is the Only Solution: National Office of Recruitment and Membership Report, Call to Join and Discussion by NORM Director Gazi Kodzo**

**2:45 pm: The Shield by Chimurenga Selembao**

**3:30 pm: Uprising!**

**3:40 pm: Reparations Now! African People's Solidarity Committee Report; Call to Join and Discussion by Chairwoman Penny Hess and Jesse Nevelsky, Uhuru Solidarity Movement Chair**

**5:00 pm: Salutes from Party Members Around the World**
    **a. Fenty Tholley, African Socialist International Sierra Leone**
    **c. African Socialist International Azania**
    **d. African Socialist International Sweden**
    **e. African Socialist International Bahamas**

**5:15 pm: The Heartbeat of the Uhuru Movement, Report on Agitation-Propaganda: led by Agit-Prop Director Themba Tshibanda**

**7:00 pm: African bendera retrieval**

**7:10 pm: Karamu**

**8:00 pm: Fall Out**

# Day III, Monday, January 9

**Theme: Bringing the Masses into Political Life**

**MC: Ngoyi Folayan**

**9:00 am: Bendera Ufugaji African**

**9:10 am: Akwaaba by Ngoyi Folayan**

**9:15 pm: Sherehe Kumtaja** (African Naming Ceremony)

**9:45 am: The Party's Mass Organizations**

**9:45 am: Defend the Democratic Rights of the African Community! Report by the International People's Democratic Uhuru Movement President Kalambayi Andenet**

**10:30 am: Defending the Leadership of African Women: African National Women's Organization Report, (ANWO) by President Yejide Orunmila**

**11:15 am: Africa's Resources in African Hands: All African People's Development Empowerment Program Report (AAPDEP) by Director Dr. Aisha Fields**

**12:00 pm: The Reparations Challenge: Report by Uhuru Solidarity Movement Chair Jesse Nevelsky**

**12:45 pm: Karamu**

**1:45 pm: Discussion of Mass Organizations**

**2:15 pm: Northeast Regional Report and Discussion by APSP Northeast Regional Director Aaron O'Neal**

**2:45 pm: Uprising**

**2:55 pm: Southeast Regional Report and Discussion by APSP Southeast Regional Director Kobina Bantushango**

**3:30 pm: God Damn! Black is Back: Report on the Black is Back Coalition by Chairman Omali Yeshitela**

**4:00 pm: Summation and Presentation on the 2018 Party Congress by Chairman Omali Yeshitela**

**5:00 pm: African bendera retrieval**

**5:15 pm: Fall Out**