# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**Peoples Power Assembly**

[Russian language – not translated]

[Russian language – not translated]





**Uhuru**

On August 6, activists of the Uhuru movement held another picketing protest outside Bank of America's corporate office in Tampa, demanding reparations. This is the second month of protests outside the office, and activists plan to continue picketing in order to draw attention to the problem. It is because of the reparations campaign carried out by the Uhuru members and Black is Back Coalition, that it was possible to bring this demand to the federal level and make it

one of the main ones in the *BLM* protests. It is important that it was Omali Yeshitela and Aleksandr Ionov who created this format in 2015.



**CPAC**

[Russian language – not translated]

[Russian language – not translated]

DISC-193853

https://twitter.com/sarah4justice/status/1290347756721254407?s=12&fbclid=IwAR0_At3AOUJpyWaQD9oqU-3y3BvuqOhQorXmx-9QOGAiWa4rs3P8s3XFLDY

[Russian language – not translated]

https://www.facebook.com/ICIRR



https://www.wbez.org/stories/chicago-activists-call-for-defunding-the-department-of-homeland-security/24a0a84e-d3fa-4738-9af6-b308d966aa12?fbclid=IwAR3zAvJy35S1s0aHBctvcj6sZpBKWlW41yrOz_JQ3ezUV5e4iN9oBrf8CwA

DISC-193854