# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**Uhuru**

Aleksandr Ionov held telephone talks with Omali Yeshitela to discuss the latest campaigns and questions of further informational influence.

There are ongoing rallies in many states since the Democratic Party is actively supporting the Trump opposition. However, no organizations are endorsing Joe Biden who is the main competition of the incumbent president. Omali believes that the protest should be independent, and integration of Democrats into the BML protests poses a threat to the campaign goals.

In 2015 Aleksandr and Omali came up with a special project titled 'reparations', the political rallies, conferences, and even automobile rallies were held under the slogan 'Africans demand reparations from the US government'. Since the beginning of the major BLM campaigns, this slogan has become relevant, and organizations use it actively when holding protests.

On August 15, about 300 people took to the streets of Brooklyn (New York) demanding that the US government stop violating human rights, release the incarcerated from prisons, and pay off reparations to families persecuted by the government for decades.

The event was organized by the International Action Center, the Uhuru Movement, the Black is Back Coalition, and other local organizations.



DISC-193878



Video: https://www.facebook.com/100007744350559/videos/pcb.2786721631595955/278672066492935

**[Russian language – not translated]**

[Russian language – not translated]

[Russian language – not translated]: https://www.insidernj.com/hamm-reacts-supreme-court-ruling-civilian-complaint-review-board/

[Russian language – not translated]



[Russian language – not translated]:
https://www.facebook.com/1070513551/videos/10220624958348478
[Russian language – not translated]:
https://www.google.ru/search?newwindow=1&hl=ru&biw=1991&bih=1177&tbm=nws&sxsrf=ALeKk00GZzL16OX36JcWs7Lz8KKAiJE-

jg%3A1597967072354&ei=4Ao_X8OTFe_2qwG0iLbABw&q=People%27s+Organization+for+Progress&oq=People%27s+Organization+for+Progress&gs_l=psy-ab.3...235212.237253.0.238091.3.3.0.0.0.0.84.84.1.3.0....0...1c.1j2.64.psy-ab..0.0.0.0...39.pAhFnvVfHOU

**[Russian language – not translated]**

[Russian language – not translated]

[Russian language – not translated]

https://www.facebook.com/watchparty/3356439894422770/?entry_source=FEED&hash=ASv1zy_-sLAVfnEofvJklUm0NtfkbBnNxIdPFQxHGNnurw

DISC-193881