# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**CPAC**

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]



[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]:

https://www.facebook.com/MilwaukeeAlliance/videos/311930206551945

https://www.facebook.com/MilwaukeeAlliance/videos/606660456689190

**UHURU and BLM**

Aleksandr Ionov held telephone talks with Omali Yeshitela. During the conversation, they discussed joint informational influence, financial grants, and events.

DISC-193848

On August 28, the Uhuru movement, The Black is Back Coalition, and the December 12th Movement activists held a campaign in solidarity with Jacob Black [PH] [sic] [Jacob Blake] as well as demanded reparations. The event took place in Brooklyn (New York).



DISC-193849





DISC-193850

**[Russian language – not translated]**

[Russian language – not translated]

[Russian language – not translated]



[Russian language – not translated]

DISC-193851