# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

### *UHURU*

On October 22 Aleksandr Ionov and Omali Yeshitela held talks regarding the results of the past campaigns held in six US cities. Earlier, at the beginning of October Ionov suggested organizing a protest rally under the slogan of raising funds for reparations, since these mission statements laid a firm foundation for the universal *BLM* movement.

Having received good mobilization index numbers, the most active members made a decision to organize a reparations tour in November 2020 based on the program of the previous tour organized back in 2015 and financially supported by ADR.

Ionov donated 1,100 dollars to the event organization to purchase banners and two microphones.

The campaigns took place in six cities:



Hundreds of white people took to the streets to express solidarity with the black community's fight to demand reparations and justice on October 17, 2020.

DISC-193886

National reparations to the African people are a call to the white community from the Uhuru Solidarity Movement, a white activist organization created by and operating under the leadership of the African People's Socialist Party.

The Reparations March is a national political action and fundraising campaign for collection of material resources directly for African liberation projects of the African People's Socialist Party, including its visionary program of economic development *Black Power Blueprint*.

The requirements of the participants of the campaign are as follows:

1. Make Wall Street pay reparations. *Bank of America* and other corporations and banks on Wall Street must pay reparations to the African community through the mass return of stolen wealth into *Black Power Blueprint*, an anti-colonial program for the economic development of the African working class.
2. Force the US government to pay reparations to the black community.
3. White people must refuse to assist in the commission of our government's crimes against the African people. We must show solidarity with the African community, fighting our ruling class for payment of reparations.
4. Stop Wall Street's imperialist wars at home and abroad. The victory of the peoples of Africa, Asia, the Middle East and Latin America.
5. Solidarity with the indigenous peoples of North and South America, including Mexicans who are called "illegal immigrants" for crossing the illegal border on their land.
6. Stop the terror of the colonial police against the African community. Solidarity with the black community controlling the police.
7. Free all African and colonized political prisoners and prisoners of war

**Movements that supported the march of reparations (it is important; this indicates a significant expansion of Uhuru's sphere of influence):**

- The Green Party of Florida
- *Gateway Green Alliance* / St. Louis Green Party
- Project Animal Freedom – St. Louis
- *Black Power* (St. Louis)
- Communities United Against Police Brutality (Minneapolis)
- Our Revolution Twin Cities (Minneapolis)
- Party for Socialism and Liberation (San Diego)
- Movement Against Arrests (San Diego)
- National Black Caucus of the US Green Party (San Diego)
- The Philadelphia Citizen Protection Foundation
- *Girls Rock Philly*
- Food Not Bombs (Philadelphia)
- *Black Power* Youth Wing (Philadelphia)
- Mobilization 4 Mumia (Philadelphia)
- The *Green-Rainbow Party* of Greater Boston
- Ralph Poynter – Lynne Stewart Organization (New York)
- The Free Mumia Abu-Jamal Coalition (New York)
- The Neo-Abolitionist Movement (New York)
- Existence is Resistance (New York)
- Friends of Movement in New York
- Campaign to Bring Mumia Home (New York)
- The Bronx Green Party
- The United National Antiwar Coalition (UNAC)

DISC-193887



DISC-193888



DISC-193889





DISC-193890

**[Russian language – not translated]**

[Russian language – not translated]



[Russian language – not translated]

DISC-193891