# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**[Russian language – not translated]**

[Russian language – not translated]

[Russian language – not translated]





DISC-193865



**Uhuru**

On November 7, the March of Reparations against the White House took place. Hundreds of protesters turned out at a protest in Washington DC; the column was led by representatives of the Black is Back Coalition and the Uhuru Movement (Penny Hess, Omali Yeshitella [sic], and Jesse Nevelski [sic]).

Aleksandr Ionov participated in the interactive reparations conference and made a contribution of 1,200 dollars to the campaign held on November 7. The funds were used to purchase some paraphernalia and the activists' trip from Florida to Washington D.C. Omali Yeshitela was actively preparing for this campaign since it was coincidentally held on the day the preliminary election results were announced.

The Coalition and the People's Party issued a single statement in which they affirmed their readiness to continue the fight for reparations and protection of the legitimate interests of Africans, regardless of which candidate becomes President.

General information about the event:

On Saturday, November 7, 2020, the Uhuru Solidarity Movement was honored to speak in solidarity with the *Black is Back* Coalition for social justice, peace and reparations at its annual March outside the White House.
We welcome the leadership of Chairman Omali Yeshitela and the African People's Socialist Party, which play a key leading role in the BIB Coalition. Thanks to all the *USM* comrades who marched behind the "Reparations now!" banner in solidarity with the BBC demands: "Black power matters! Down with colonialism! Black public police control!"
The Black People's March to the White House went from Malcolm X Park to the White House amid mass demonstrations following a Saturday morning announcement about the election of Joseph Robinette Biden as the President of the United States. Chairman Omali Yeshitela led the

chant,"Two, four, six, eight, Tell the people whom we hate: Republicans, Democrats, this whole damn gang!"

No matter who occupies the Oval Office, the fight for Africa's liberation continues. Colonialism and imperialism must be defeated. White people who want to stand on the side of justice and reparations are joining the Uhuru Solidarity Movement, led by the African People's Socialist Party and building a Movement for white solidarity with black power!

Uhuru



*Note:*

*There has been a continuous increase in the number of Uhuru members in big cities, such as Washington DC and New York. The organization used to be of a local character operating mainly in the southern states on the East Coast. Today, thanks to the proper mission statements developed during the campaign of 2015 and enhanced means of information interaction, the movement is acquiring new members and opening its offices in strategically important locations. Going forward, it will allow to carry out more effective campaigns during municipal elections, and Akile's [ICST] and Jaycee's [PH] [Dzheysi's [ICST]] experience in the latest election campaign in Florida will lay the groundwork for a new electoral base.*

*Omali is confident that BLM has greatly transformed the society, and the coronavirus pandemic has opened people's eyes to the real attitude of the authorities towards African Americans and representatives of national minorities; new Uhuru's campaigns are held under the slogan "Whites, Latinos, and Africans must unite!"*

DISC-193867



DISC-193868

It is important to estimate how many people Omali has gathered! (See the link):

https://www.facebook.com/100055566903235/videos/pcb.145794760616087/145794730616090

**[Russian language – not translated]**

[Russian language – not translated]

[Russian language – not translated]



DISC-193869