# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

After Omali Yeshitela's visit to Moscow in 2015, a bilateral cooperation program between ADR and Uhuru was developed including a reparations program for African-American population in the US. The reparations campaign was first introduced at the federal 'The Black is Back' Coalition conference. Based on Aleksandr's and Omali's decision, it was decided to conduct a reparations tour in eight US states at the end of 2015. Aleksandr financed this campaign fully. During the tour, activists noted significant interest from the civilian community in the cause of reparations for African-American population.

In 2016 the program was expanded with the following practices:

- reparations tours became regular and were held on a monthly basis; by the end of 2019 the reparations tours visited all major cities in the country;

- a decision was made to raise funds on a weekly basis in the framework of the 'reparations tour' based on the funds of interactive conferences;

- as of 2017, a reparations school was opened in Tampa, Miami, and New York where activists took short-term training courses in the framework of the reparations tour as well as politics school for future participation in elections at the local level.

- after the opening of radio station FM 96.6, an hour of airtime was allocated for the "reparations tour" campaign;

- protests and reparations rallies were held on a monthly basis;

- in 2018, at the prestigious Oxford Club, Omali Yeshitela gave a lecture on collecting reparations and protecting the legal interests and rights of African Americans in the USA;

- at the end of 2015, after a conference in New York, the *BLM* movement added a demand for reparations to their agenda;

- during the rallies in 2020, reparations became one of the main topics, thus increasing the popularity of the Uhuru Movement, thanks to which the organization acquired a large number of activists and opened additional offices in various states.


Conclusion:

The reparations campaign became international in just five years; many European and American politicians supported it. In the lower chamber of the United States Parliament [sic], some Democratic Party members made a few statements in special purpose committees regarding the acknowledgement of reparations to be paid to the descendants of families forcefully taken from Africa to the USA, as well as compensation payments for the families of African Americans killed by the police with an admission of excessive use of force during an arrest.

DISC-193800