# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

## CPAC

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]

**[Russian language – not translated]:**
https://www.facebook.com/andy.thayer1/videos/10223194655831927



DISC-193829





http://www.fightbacknews.org/2021/1/18/chicago-mlk-rally-demands-end-white-supremacy-0?fbclid=IwAR2b7m_WfKXoV8OE1Cj2V0Abdu823GU31-iBZ98JAGVPpZKH1WemqmjcM3s

DISC-193830

### UHURU

On January 20, members of African People's Socialist Party, African People's Solidarity Committee, and the Uhuru Solidarity Movement gathered for a reparations rally in Washington DC, which was held at the same time as the inauguration of the next colonial imperialist US President Joseph Biden.

Apart from picketing, participants plastered flyers around the districts calling for local residents to join the movement, to take part in reparations fundraising, as well as to participate in the ASP [African People's Socialist Party] conference on February 6, 2021.

Aleksandr Ionov and Penny Hess discussed the campaign information content and donations to support the organization committee operations within the reparations marathon framework.





DISC-193831

**[Russian language – not translated]**

[Russian language – not translated]



**[Russian language – not translated]**

[Russian language – not translated]







DISC-193833



DISC-193834