# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**SDS**

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]



[Russian language – not translated]

**CPAC**

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]





[Russian language – not translated]

https://www.youtube.com/watch?v=ctdGkcXTX9w

**[Russian language – not translated]**

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]





### *CNN*

Aleksandr Ionov held phone talks with Gazi Kodzo (Black Hammer) to discuss the situation around the *CNN* investigation into friendship between ADR [the Anti-Globalization Movement of Russia] and Black Hammer.

Reporters are trying to connect work by ADR, the Human Rights International Committee, and Black Hammer due to Aleksandr Ionov's statement on Black Hammer's website on behalf of the Committee, in which he supported *BLM* activists.