# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**<u>UNAC</u>**

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]



[Russian language – not translated]





## Uhuru

Aleksandr Ionov held talks with Penny Hess to discuss the latest campaign that was sponsored during the 'reparations marathon' in which Aleksandr Ionov had participated. A marathon is a Zoom conference where representatives of various organizations have an opportunity to speak as well as make donations to the campaign. Aleksandr Ionov sponsored the meeting in Tampa by transferring 300 dollars to Uhuru for making memorabilia.

On May 30, a campaign titled "Justice for Mario Gonzalez, George Floyd and all indigenous, African and colonized peoples!" took place.
Mario Gonzalez was an indigenous man killed by the police in Alameda, California, in April of this year.







**<u>SDS</u>**

[Russian language – not translated]

[Russian language – not translated]





