# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



Anti-Globalization
Movement
of Russia



# About the organization

**AGMR is a socio-political movement advocating for the full sovereignty of the world states and, above all, the sovereignty of Russia itself as an independent player in the political, economic, and cultural world arena.**



# Alexander Viktorovich Ionov

President of the Anti-Globalization Movement of Russia (AGMR)

He considers the main goals of the project to be supporting countries and peoples opposing dictatorship, ensuring security of the Russian Federation, supporting youth, preserving sovereignty of countries, and developing international relations.

In addition to his role in the Anti-Globalization Movement of Russia, Alexander Viktorovich Ionov is an employee of a number of public, commercial, and international organizations.



NNF IBR for Syria (Independent Scientific Fund "Institute for Security and Sustainable Development")

State Duma of the Federal Assembly, LDPR faction

Educational lecture at Russian State Social University

Alexander Ionov is the head of the international corporation *Ionov Transcontinental* and is the Vice President of the Russian branch of the United Nations International Human Rights Committee



President of *Ionov Transcontinental* in talks with businessmen and representatives of the political elite of Lebanon.

Alexander Ionov, Vice President of the Russian branch of the United Nations International Human Rights Committee, and Darya Lisova give a press conference to Russian journalists. Lisova is the wife of Stanislav Lisov, a Russian programmer detained in Spain.

Alexander Ionov actively helps young people implement their own initiatives and projects, provides internships opportunities, and advises aspiring entrepreneurs in their enterprises.



President of the Anti-Globalization Movement of Russia speaks at the opening of the federal youth project School of Parliamentarism at Moscow State University.

Alexander Viktorovich Ionov speaks before the members of the RSSU Student Parliamentary Club at Russian State Social University.

Alexander Ionov, President of the Anti-Globalization Movement of Russia, initiates and implements the innovative youth project The Academy of the Future.

# Goals and Objectives

 Supporting countries and peoples opposing dictatorship

 Ensuring security of the Russian Federation in all areas

 Developing international cooperation and solidarity

 Preserving sovereignty of countries

 Working with youth



# AGMR in the News

## THE|DIPLOMAT
*Read The Diplomat,* **Know the Asia-Pacific**

## San Francisco Chronicle

Firstly, as made clear by the entrants, this year's roster will see only Western actors, comprised of members only from the United States or the EU. The conference is void of Eurasian or Asian separatists. There will be no Karakalpaks, for instance, nor Uzbeks from southern Kyrgyzstan, nor Russians from northern Kazakhstan. Likewise, no Uyghur or Tibetan representatives from China will appear — nor, of course, any Siberian, Chechen, or Tatar ambassadors. Given the multi-year sentences for Russians who so much as offer any "public calls" in opposition to Russia's "territorial integrity," the latter absences aren't necessarily surprising. But the cast of participants makes the conference's geopolitical goals clear: undermining and fracturing Western institutions, in alignment with the Kremlin's broader efforts. But the roster also helps confirm the notion that the conference's pretensions to support independence movements are, in the end, little more than facile farce.

Secondly, and of more concern, the event's backers have received funds directly from the Kremlin to help organize the conference. Alexander Ionov, head of the Anti-Globalization Movement of Russia, noted that the Russian government provided tens of thousands of dollars to "accommodate dozens of guests," *NBC* reported. Ionov further maintains ties to Rodina, a political party formed by Russia's deputy prime minister, in additional to continued relations with Texas separatists, with whom he has cultivated close links under Russian President Vladimir Putin's third term.

When contacted by email, Ionov noted the success of the 2015 conference, which helped spur this year's event. "Our efforts have been rather fruitful and helped the movements to spread their ideas and principles," Ionov said. "We are going to create foundations that will help these movements to broaden their activity." While none of the Kremlin-linked U.S. white nationalists will appear at next month's conference, Ionov readily acknowledged that his group's focus remains on European and American movements.

Further, Ionov pushed back at the notion that any moves toward Russian separatism ever existed:

*Hehe, the so-called secession movements within Russia have never existed in reality. Nowadays the so called Russian secession movements were artificially created by US intelligence in order to destabilize [the] political situation. In comparison to western separatist movements, "Russian" movements have no history and strong ideology. The western secession movements exist as an opposition to US imperialism, violence and hatred. And all of them love us, Russians, because we are good, kind and beautiful:)))*

Experts say Russia and groups like the Anti-Globalization Movement of Russia have a motive for promoting secessionist movements in the West. Edward Walker, executive director of the UC Berkeley Program in Soviet and Post-Soviet Studies, said anything that creates fissures in the West would benefit Russia and its political elite.

"It's to weaken the West," Walker said.

But other secession groups say the only thing being weakened is their efforts to see California split from the United States. And many blame Marinelli.

"We see (Yes California) as a Russian front organization engaged in an attempt to coup the genuine California movement for independence," said Jed Wheeler, an Oakland resident who is vice chairman of the California National Party, a political group that wants to see California gain its independence.

**Forbes**



[Russian language – not translated]                    [Russian language – not translated]

# Key members



Key members of the Anti-Globalization Movement of Russia comprise student representative bodies, nonprofit organizations, and public and political associations, involved in the implementation of events and projects within the framework of this movement.

# Interaction with the public

The Anti-Globalization Movement works closely with the public through events, rallies, open conferences, and educational lectures at various public and state institutions.





