# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Monday, February 05, 2018

**EP**

Send me the DN project that you sent to FPG last year
Feb 5, 2018, 8:27 AM: Egor Popov

Media/79168527258@s.whatsapp.net/f/6/f6a84727-cbde-4ec0-afb5-9bb617679aaa.opus

[Audio file]

And please, how am I going to do it when all questionnaires were filled out uhm… online, on the… FPG website.
Feb 5, 2018, 8:28 AM: Alexander Ionov

**AI**

Media/79168527258@s.whatsapp.net/e/3/e3349581-f632-4846-89c0-506f34c2d7f6.opus

[Audio file]

A [spe]--cial charity fund was filled out only on uhm… paper still. They sent a separate request.
Feb 5, 2018, 8:28 AM: Alexander Ionov

**AI**

And why?
Feb 5, 2018, 8:28 AM: Alexander Ionov

**AI**

**EP**

Well, send the project so we can approve the grant in advance. Don't worry, if we get it, you will have available funds.
Feb 5, 2018, 8:29 AM: Egor Popov

Are you trying to tell me
Feb 5, 2018, 8:29 AM: Alexander Ionov

**AI**

To write the project again???
Feb 5, 2018, 8:29 AM: Alexander Ionov

**AI**

It will end up in one thing
Feb 5, 2018, 8:30 AM: Alexander Ionov

**AI**

They will tell everyone to fuck off
Feb 5, 2018, 8:30 AM: Alexander Ionov

AI

[Emoji(s)]
Feb 5, 2018, 8:30 AM: Alexander Ionov

AI

EP

Not necessarily 👍
Feb 5, 2018, 8:30 AM: Egor Popov

Yegor [ICST]
Feb 5, 2018, 8:30 AM: Alexander Ionov

AI

I've submitted this project three times
Feb 5, 2018, 8:30 AM: Alexander Ionov

AI

I've spent a whole fucking lot of time writing it
Feb 5, 2018, 8:31 AM: Alexander Ionov

AI

It has 30 pages
Feb 5, 2018, 8:31 AM: Alexander Ionov

AI

The application
Feb 5, 2018, 8:31 AM: Alexander Ionov

AI

EP

Are you serious, I need two pages maximum.
Feb 5, 2018, 8:31 AM: Egor Popov

Wikipedia is helpful
Feb 5, 2018, 8:31 AM: Alexander Ionov

AI

[Emoji(s)]
Feb 5, 2018, 8:31 AM: Alexander Ionov

AI

What do you need
Feb 5, 2018, 8:31 AM: Alexander Ionov

AI

Specify
Feb 5, 2018, 8:32 AM: Alexander Ionov

AI

?
Feb 5, 2018, 8:32 AM: Alexander Ionov

AI

The application
Feb 5, 2018, 8:32 AM: Alexander Ionov

AI

Or information?
Feb 5, 2018, 8:32 AM: Alexander Ionov

AI

EP

There will be 100k! I'm ready to hand it in on Wednesday or Thursday.
Feb 5, 2018, 8:50 AM: Egor Popov

Wednesday, February 07, 2018

Hi. I'm submitting the documents on February 14. It means signature gathering goes from April 20 to October 19. We need 370,000 signatures.
Feb 7, 2018, 2:41 PM: Alexander Ionov

AI

That's from Luis [PH].
Feb 7, 2018, 2:41 PM: Alexander Ionov

AI

Thursday, February 08, 2018

Media/79168527258@s.whatsapp.net/c/2/c22b5253-508b-4908-bd52-7d0f3ea77065.jpg
Feb 8, 2018, 6:59 AM: Alexander Ionov
(Message continues)

AI



Feb 8, 2018, 6:59 AM: Alexander Ionov

The posters are paid for.
Feb 8, 2018, 6:59 AM: Alexander Ionov

AI

AI

Media/79168527258@s.whatsapp.net/2/3/2311a9d4-2c0c-4426-9d9a-7c1f340a69ae.jpg 



Feb 8, 2018, 7:01 AM: Alexander Ionov

Awesome.
Feb 8, 2018, 7:02 AM: Egor Popov

The last thing is the banner.
Feb 8, 2018, 7:02 AM: Alexander Ionov

2.5 by 2.5 meters.
Feb 8, 2018, 7:02 AM: Alexander Ionov

Can I see it live or rolled up? Will Louis make pics from the meeting?
Feb 8, 2018, 7:03 AM: Egor Popov

We'll do it.
Feb 8, 2018, 7:04 AM: Alexander Ionov



**EP** You don't have to hurry with the report. Send it next week.
Feb 8, 2018, 2:02 PM: Egor Popov

Everything is OK!
Feb 8, 2018, 2:08 PM: Alexander Ionov    **AI**

Wednesday, February 14, 2018

Media/79168527258@s.whatsapp.net/a/d/ade5cc60-a45f-48e1-89af-7a9cc1b64ef3.jpg    **AI**



Feb 14, 2018, 11:20 AM: Alexander Ionov

The second payment for the petition
Feb 14, 2018, 11:20 AM: Alexander Ionov    **AI**

went through.
Feb 14, 2018, 11:20 AM: Alexander Ionov    **AI**

Are you alive?
Feb 14, 2018, 11:31 AM: Alexander Ionov    **AI**

**EP** Awesome. Yes, I'm OK.
Feb 14, 2018, 12:38 PM: Egor Popov

Media/79168527258@s.whatsapp.net/3/a/3a202aaf-0dab-4ff8-96ff-7dfe225fd547.thumb

http://www.sacbee.com/news/politics-government/capitol-alert/article199974074.html



Feb 14, 2018, 2:16 PM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/0/2/0226a4c0-8989-49ee-9bfd-318abdf3371d.jpg



Feb 14, 2018, 5:36 PM: Alexander Ionov

AI

The Governor's office.
Feb 14, 2018, 5:36 PM: Alexander Ionov

AI

Ours are coming.
Feb 14, 2018, 5:42 PM: Alexander Ionov

AI

[Emoji(s)]
Feb 14, 2018, 5:43 PM: Alexander Ionov

AI

EP

Well, how about the pictures of the event itself? Or is it not over yet?
Feb 14, 2018, 5:44 PM: Egor Popov

EP

And is this a human mannequin?7
Feb 14, 2018, 5:44 PM: Egor Popov

Media/79168527258@s.whatsapp.net/5/8/58d90ee3-4436-4524-9e52-
8e8927d1bf61.opus

[Audio file]

You are lousy operatives, I must tell you. That's a live person, and the
action hasn't started yet. It's still too early.
Feb 14, 2018, 5:45 PM: Alexander Ionov

AI

Thursday, February 15, 2018

Media/79168527258@s.whatsapp.net/9/0/90ac1cc8-bcb2-49d6-be21-
63800919de54.jpg
Feb 15, 2018, 7:46 AM: Alexander Ionov
(Message continues)

AI



Feb 15, 2018, 7:46 AM: Alexander Ionov

**EP** But why from the outside?
Feb 15, 2018, 7:48 AM: Egor Popov

Of what?
Feb 15, 2018, 7:48 AM: Alexander Ionov    AI

There was a demonstration, too.
Feb 15, 2018, 7:48 AM: Alexander Ionov    AI

Media/79168527258@s.whatsapp.net/9/b/9b88a757-7db5-48a7-aa09-5992c50f32e3.opus

[Audio file]

Do you even read what you are sent or not? How the event went, and so on. That's awful.
Feb 15, 2018, 7:48 AM: Alexander Ionov    AI

 **EP** How about inside?
Feb 15, 2018, 7:48 AM: Egor Popov



**EP** And where did you send the description of the event?
Feb 15, 2018, 7:49 AM: Egor Popov

Media/79168527258@s.whatsapp.net/1/7/1777fa1e-52e9-4ea6-8662-
6bcf16d2631e.opus


[Audio file]
Feb 15, 2018, 7:50 AM: Alexander Ionov **AI**

**EP** I read that. We already reported. It is stated that the event will take
place in the building itself. So what ended up happening? They weren't
allowed in?
Feb 15, 2018, 7:50 AM: Egor Popov

And where is the photo from?
Feb 15, 2018, 8:11 AM: Alexander Ionov **AI**

[Of] the entrance to Brown's [PH] office.
Feb 15, 2018, 8:12 AM: Alexander Ionov **AI**

[Emoji(s)]
Feb 15, 2018, 8:12 AM: Alexander Ionov **AI**



**EP** Dang it, Sash, the entrance to the office is not serious. Maybe, they
went in there on an excursion. I am interested in the "historic" rally IN
THE PARLIAMENT BUILDING.
Feb 15, 2018, 8:14 AM: Egor Popov

I'll send you everything! As soon as Luis sends me a report.
Feb 15, 2018, 8:15 AM: Alexander Ionov **AI**



**EP** It sounds good!
Feb 15, 2018, 8:15 AM: Egor Popov

[Emoji(s)]
Feb 15, 2018, 8:15 AM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/6/5/655ba008-6fb3-468a-aa04-0ecb47fd7437.mp4

[Video file]
Feb 15, 2018, 8:28 AM: Alexander Ionov

AI

EP

Media/79168527258@s.whatsapp.net/4/0/40b1fb09-763c-4df0-8807-d8eb6946f0cd.jpg
Feb 15, 2018, 8:30 AM: Egor Popov
(Message continues)



Feb 15, 2018, 8:30 AM: Egor Popov



Media/79168527258@s.whatsapp.net/3/e/3e3dfe75-22f8-48af-b20e-4febd5b89662.jpg
Feb 15, 2018, 8:33 AM: Alexander Ionov
(Message continues)



Feb 15, 2018, 8:33 AM: Alexander Ionov

**EP** Sasha, I'm really looking forward to the materials! Will you send them in by the morning?
Feb 15, 2018, 3:03 PM: Egor Popov

I wrote
Feb 15, 2018, 9:02 PM: Alexander Ionov

to Luis
Feb 15, 2018, 9:02 PM: Alexander Ionov

Friday, February 16, 2018

I'm waiting for the printed information
Feb 16, 2018, 3:59 AM: Alexander Ionov

I have the photos
Feb 16, 2018, 3:59 AM: Alexander Ionov

They've been giving interviews there all day long.
Feb 16, 2018, 3:59 AM: Alexander Ionov

AI

EP

Hi! I'm checking. There's no reaction in mass media yet. Do you think it makes sense to wait for the materials from Louis this week? Let's report to others! Do you have anything?)
Feb 16, 2018, 7:01 AM: Egor Popov

They're giving interviews.
Feb 16, 2018, 7:02 AM: Alexander Ionov

AI

I've been waiting since 7 am.
Feb 16, 2018, 7:02 AM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/b/6/b6a996cd-d07a-49a3-bf14-fd6cd3e28b1c.jpg
Feb 16, 2018, 7:02 AM: Alexander Ionov
(Message continues)

AI



Feb 16, 2018, 7:02 AM: Alexander Ionov

http://thehill.com/homenews/state-watch/374092-california-secession-supporters-file-new-initiative
Feb 16, 2018, 7:02 AM: Alexander Ionov

AI

AI

There's a reaction
Feb 16, 2018, 7:02 AM: Alexander Ionov

AI

EP

I've seen this one and only article.
Feb 16, 2018, 7:03 AM: Egor Popov

I can do Uhuru and on the turmoil throughout Syria.
Feb 16, 2018, 7:03 AM: Alexander Ionov

AI

I don't think the media themselves will  post everything at once.
Feb 16, 2018, 7:03 AM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/8/3/83ecf99f-bd8e-4400-8ac0-
d92e73a1b32d.jpg
Feb 16, 2018, 7:03 AM: Alexander Ionov
(Message continues)

AI



Feb 16, 2018, 7:03 AM: Alexander Ionov



Syria, for sure. Go ahead and do Uhuru. I'll write on Syria myself.
Feb 16, 2018, 7:04 AM: Egor Popov

Media/79168527258@s.whatsapp.net/b/1/b1267c55-e4f3-4403-b87e-7c017936b58e.jpg
Feb 16, 2018, 7:04 AM: Alexander Ionov
(Message continues)



Feb 16, 2018, 7:04 AM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/4/3/43af7706-4cbc-47eb-9aba-959010d5bd51.jpg

AI



Feb 16, 2018, 7:04 AM: Alexander Ionov

Media/79168527258@s.whatsapp.net/3/3/33c2db5f-310c-453f-8906-36a3bcbeb19f.jpg

AI

Feb 16, 2018, 8:15 AM: Alexander Ionov
(Message continues)



Feb 16, 2018, 8:15 AM: Alexander Ionov



Media/79168527258@s.whatsapp.net/1/b/1b70e73d-9a96-4e6c-b070-986b7dfa32db.jpg



Feb 16, 2018, 8:15 AM: Alexander Ionov

Media/79168527258@s.whatsapp.net/9/f/9f5d61ef-85ae-4d3e-9265-ac1faaf92903.jpg

Feb 16, 2018, 9:20 AM: Alexander Ionov
(Message continues)



Feb 16, 2018, 9:20 AM: Alexander Ionov

What more can I say?
Feb 16, 2018, 9:20 AM: Alexander Ionov

We're ruining such an organization
Feb 16, 2018, 9:20 AM: Alexander Ionov

[Emoji(s)]
Feb 16, 2018, 9:20 AM: Alexander Ionov

Friday, February 23, 2018

Media/79168527258@s.whatsapp.net/4/3/437a7d00-9b2c-4c15-88ea-
d1b7080b7df9.jpg
Feb 23, 2018, 7:45 AM: Alexander Ionov
(Message continues)



Feb 23, 2018, 7:45 AM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/c/c/ccd990f7-cb79-4c5f-9b48-2978eca78471.jpg

Feb 23, 2018, 7:45 AM: Alexander Ionov
(Message continues)

AI



Feb 23, 2018, 7:45 AM: Alexander Ionov



**EP**

Thank you! Happy holiday!
Feb 23, 2018, 10:22 AM: Egor Popov

**EP**

Media/79168527258@s.whatsapp.net/d/5/d509aee1-166d-4dd9-894c-
0e2b0b2c7b40.jpg
Feb 23, 2018, 10:22 AM: Egor Popov
(Message continues)

EP



Feb 23, 2018, 10:22 AM: Egor Popov

[Emoji(s)]
Feb 23, 2018, 10:23 AM: Alexander Ionov

AI

Tuesday, March 06, 2018

EP

Will you come today, Sash? I already need the material for the report. I
need to write it tonight. This week is short  .
Mar 6, 2018, 9:20 AM: Egor Popov

I'll come.
Mar 6, 2018, 9:23 AM: Alexander Ionov

AI

Where should I go?
Mar 6, 2018, 9:23 AM: Alexander Ionov

AI

Hi.
Mar 6, 2018, 9:23 AM: Alexander Ionov

AI

EP

Niyama, Prospekt Vernadskogo metro station.
Mar 6, 2018, 9:25 AM: Egor Popov

 Or, better yet, pull over by the metro station. I'll get in. We'll exchange the papers.
Mar 6, 2018, 9:26 AM: Egor Popov

 But come around 5:00 p.m. The money will be available in the afternoon.
Mar 6, 2018, 9:27 AM: Egor Popov

Monday, March 12, 2018

Media/79168527258@s.whatsapp.net/3/3/337c6848-7abd-4292-ae1f-af83e4dbef76.thumb

http://thehill.com/regulation/court-battles/377182-sessions-to-california-there-is-no-secession



Mar 12, 2018, 4:35 PM: Alexander Ionov

Media/79168527258@s.whatsapp.net/0/4/04ec61ac-16b6-4e1a-8fcd-be212ed40a0e.jpg
Mar 12, 2018, 5:11 PM: Alexander Ionov
(Message continues)



19:56

**Луис**

Мы ждём разрешения на сбор подписей. Должно быть в апреле. Сейчас у нас есть новый директор, у которых есть много связ и отношения в разных обществах. Он для нас строит отношения и ищет партнёров.
19:45

Нам сейчас немного сложно, так как мы не сможем пользоваться наш списком сотрудников по емаил - и решили подождать до апреля для этого изходы
19:47

Сейчас оптимальная время для сбора подписей
19:47

Как видишь, много борьб политических
19:48

Это главная тема в новостях
19:48

И даже лица в правительстве Калифорнии стоят против Вашингтона
19:48

Нам нужно будет собирать деньги на печать петиций
19:49

Как-то до конца апреля,

Mar 12, 2018, 5:11 PM: Alexander Ionov

Media/79168527258@s.whatsapp.net/9/f/9f300710-fae1-40b2-afda-c778a3412d39.jpg



19:56 ✓

Луис
печатает...

Сейчас оптимальная время для сбора подписей    19:47

Как видишь, много борьб политических    19:48

Это главная тема в новостях    19:48

И даже лица в правительстве Калифорнии стоят против Вашингтона    19:48

Нам нужно будет собирать деньги на печать петиций    19:49

Как-то до конца апреля, желательно 15 апреля    19:49

А сколько денег?    19:50 ✓✓

И кто против вас?    19:50 ✓✓

СМИ против нас) пока нет кампании против нас. Чтоб распечатать петиций, достаточно собирать 400,000 подписей, стоит примерно 3–3500 долларов.    19:51

Понял    19:56 ✓✓

Mar 12, 2018, 5:11 PM: Alexander Ionov

Well, throw in some more dough though,
Mar 12, 2018, 5:11 PM: Alexander Ionov

AI

for the guys
Mar 12, 2018, 5:11 PM: Alexander Ionov

AI

will you?
Mar 12, 2018, 5:17 PM: Alexander Ionov

AI

[Emoji(s)]
Mar 12, 2018, 5:17 PM: Alexander Ionov

AI

EP

Let me think.
Mar 12, 2018, 5:23 PM: Egor Popov

[Emoji(s)]
Mar 12, 2018, 5:24 PM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/f/3/f331101e-ec27-42ff-beb2-
1bfc0d7f240e.thumb

https://www.motherjones.com/politics/2018/03/california-secessionists-
are-hoping-for-a-trump-bump/
Mar 12, 2018, 5:59 PM: Alexander Ionov
(Message continues)

AI



Mar 12, 2018, 5:59 PM: Alexander Ionov

https://townhall.com/columnists/derekhunter/2018/03/11/to-hell-with-california-n2459678?amp=true&__twitter_impression=true
Mar 12, 2018, 6:13 PM: Alexander Ionov

AI

You wanted turmoil.
Mar 12, 2018, 6:13 PM: Alexander Ionov

AI

There you go.
Mar 12, 2018, 6:13 PM: Alexander Ionov

AI

Tuesday, March 13, 2018

Media/79168527258@s.whatsapp.net/2/4/243e06ed-f20c-4697-bf18-f49222a0ab20.jpg
Mar 13, 2018, 12:54 PM: Alexander Ionov
(Message continues)

AI

-Холмс,вы не находите,что в Лондоне постоянно стоит туман?
-Элементарно,Ватсон,это ФСБ и ГРУ травят предателей.



Mar 13, 2018, 12:54 PM: Alexander Ionov

[Emoji(s)]
Mar 13, 2018, 1:07 PM: Egor Popov

Media/79168527258@s.whatsapp.net/8/d/8d5874d1-2e67-4747-8131-21d14914af16.jpg
Mar 13, 2018, 1:14 PM: Alexander Ionov
(Message continues)



Mar 13, 2018, 1:14 PM: Alexander Ionov

Media/79168527258@s.whatsapp.net/7/e/7e97d7cb-d503-493a-ae94-2d6bb1300d3a.opus

[Audio file]

Read the article title.
Mar 13, 2018, 1:14 PM: Alexander Ionov

Media/79168527258@s.whatsapp.net/6/9/6981bcee-0da6-46ba-9817-d01d407459b4.thumb

https://www.usatoday.com/story/opinion/2018/03/13/trump-sessions-might-send-federal-troops-california-immigration-laws-glenn-reynolds-column/417633002/
Mar 13, 2018, 5:14 PM: Alexander Ionov
(Message continues)



Mar 13, 2018, 5:14 PM: Alexander Ionov

California has passed laws that prohibit collaboration with the USA in regard to immigration.
Mar 13, 2018, 5:16 PM: Alexander Ionov

EP  Sash,  AB insists on a meeting. Can you come over tomorrow evening?
Mar 13, 2018, 5:22 PM: Egor Popov

Why do we need a meeting?
Mar 13, 2018, 5:22 PM: Alexander Ionov

To talk out of the conference?)
Mar 13, 2018, 5:22 PM: Alexander Ionov



**Probably** .
Mar 13, 2018, 5:22 PM: Egor Popov

Well, say ok
Mar 13, 2018, 5:22 PM: Alexander Ionov



Why should I go across the entire Moscow?
Mar 13, 2018, 5:23 PM: Alexander Ionov

To hear that everything has been lost)?
Mar 13, 2018, 5:23 PM: Alexander Ionov

Media/79168527258@s.whatsapp.net/4/6/46eaf27f-2c17-439d-93b2-860dde3fa4c7.jpg



Mar 13, 2018, 9:33 PM: Alexander Ionov

Wednesday, March 14, 2018

https://vk.com/wall-40316705_24414219
Mar 14, 2018, 5:43 PM: Alexander Ionov

AI

My project.
Mar 14, 2018, 5:43 PM: Alexander Ionov

AI

All the members of ADR [PH].
Mar 14, 2018, 5:44 PM: Alexander Ionov

AI

Call [me] when you can.
Mar 14, 2018, 6:53 PM: Alexander Ionov

AI

Tomorrow.
Mar 14, 2018, 6:53 PM: Alexander Ionov

AI

EP
Alright. Yes, tomorrow would be better). I couldn't today, I was
swamped, sorry!
Mar 14, 2018, 7:03 PM: Egor Popov

Friday, March 16, 2018

I'm kind of mad at ABU [PH].
Mar 16, 2018, 6:43 PM: Alexander Ionov

AI

He is muddying the waters.
Mar 16, 2018, 6:43 PM: Alexander Ionov

AI

I really don't like it.
Mar 16, 2018, 6:43 PM: Alexander Ionov

AI

[Emoji(s)]
Mar 16, 2018, 6:43 PM: Alexander Ionov

AI

**EP** I think he will be friendly on Sunday)).
Mar 16, 2018, 6:50 PM: Egor Popov

Why? **AI**
Mar 16, 2018, 6:51 PM: Alexander Ionov

It's just that I may lose my temper **AI**
Mar 16, 2018, 6:51 PM: Alexander Ionov

and get into a fight. **AI**
Mar 16, 2018, 6:51 PM: Alexander Ionov

**EP** Don't. He is a good person, he just can't tell us everything. He himself
is restrained by the leadership above.
Mar 16, 2018, 6:55 PM: Egor Popov

**EP** Our pay has been cut, that's a fact. A different agenda, different people,
a lot of things, actually.
Mar 16, 2018, 6:56 PM: Egor Popov

The important thing is for him to be in a decent mood. I have too many **AI**
problems at the moment. I can lose my temper.
Mar 16, 2018, 6:56 PM: Alexander Ionov

I have a night shift. **AI**
Mar 16, 2018, 6:56 PM: Alexander Ionov

I'll send everything. **AI**
Mar 16, 2018, 6:56 PM: Alexander Ionov

I'm not home yet. **AI**
Mar 16, 2018, 6:56 PM: Alexander Ionov

Saturday, March 17, 2018

Media/79168527258@s.whatsapp.net/b/6/b6fd2603-cd72-40de-9f9f-b2dea3e2af05.jpg

AI



Mar 17, 2018, 10:27 AM: Alexander Ionov

Media/79168527258@s.whatsapp.net/c/b/cb6ca03c-98f8-48dd-93f6-
2e68554cd3f3.jpg

AI



Mar 17, 2018, 10:31 AM: Alexander Ionov

Media/79168527258@s.whatsapp.net/b/e/be9d9a65-674b-42db-8702-
c9559843d66f.jpg

AI



Mar 17, 2018, 10:31 AM: Alexander Ionov

Don't show the upper one
Mar 17, 2018, 10:31 AM: Alexander Ionov

AI

to anyone.
Mar 17, 2018, 10:31 AM: Alexander Ionov

AI

This is for you
Mar 17, 2018, 10:31 AM: Alexander Ionov

AI

The two lower ones are for ABDEL [PH]
Mar 17, 2018, 10:32 AM: Alexander Ionov

AI

AB
Mar 17, 2018, 10:32 AM: Alexander Ionov

AI