# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.


Date Identified: _____

Date Admitted: _____

Monday, April 09, 2018

Sasha, hi! Shall we meet tomorrow? But in the afternoon  .
Apr 9, 2018, 12:53 PM: Egor Popov

Well, darn it.
Apr 9, 2018, 12:53 PM: Alexander Ionov

Yegor
Apr 9, 2018, 12:53 PM: Alexander Ionov

[Emoji(s)]
Apr 9, 2018, 12:53 PM: Alexander Ionov

I came to Lubyanka just for that.
Apr 9, 2018, 12:53 PM: Alexander Ionov

No, today is out of the question.
Apr 9, 2018, 12:54 PM: Egor Popov

Dang.
Apr 9, 2018, 12:54 PM: Alexander Ionov

AI

Please try.
Apr 9, 2018, 12:54 PM: Alexander Ionov

AI

EP

Let's do 2:00 p.m. tomorrow.
Apr 9, 2018, 12:54 PM: Egor Popov

Well, pleasssssssse.
Apr 9, 2018, 12:54 PM: Alexander Ionov

AI

Pleassssse.
Apr 9, 2018, 12:54 PM: Alexander Ionov

AI

I just never asked.
Apr 9, 2018, 12:54 PM: Alexander Ionov

AI

I didn't ask.
Apr 9, 2018, 12:54 PM: Alexander Ionov

AI

It just that I promised to pay for the office
Apr 9, 2018, 12:54 PM: Alexander Ionov

AI

Tomorrow the broads will eat me alive.
Apr 9, 2018, 12:54 PM: Alexander Ionov

AI

Because a payment has to be made on Monday.
Apr 9, 2018, 12:55 PM: Alexander Ionov

AI

In order not to lose the week.
Apr 9, 2018, 12:55 PM: Alexander Ionov

AI

Since I pay myself,  not on behalf of the organization
Apr 9, 2018, 12:55 PM: Alexander Ionov

AI

because of the crap with the account.
Apr 9, 2018, 12:55 PM: Alexander Ionov

AI

EP

You said that you had closed the office.
Apr 9, 2018, 12:55 PM: Egor Popov

[Emoji(s)]
Apr 9, 2018, 12:56 PM: Alexander Ionov

AI

No.
Apr 9, 2018, 12:56 PM: Alexander Ionov

AI

I said
Apr 9, 2018, 12:56 PM: Alexander Ionov

AI

that I may close it as of May
Apr 9, 2018, 12:56 PM: Alexander Ionov

AI

[Emoji(s)]
Apr 9, 2018, 12:56 PM: Alexander Ionov

AI

Although, what can I say?
Apr 9, 2018, 12:56 PM: Alexander Ionov

AI



**You don't remember what I write,**
Apr 9, 2018, 12:56 PM: Alexander Ionov
AI

**and even more so what I say.**
Apr 9, 2018, 12:56 PM: Alexander Ionov
AI

**So what?**
Apr 9, 2018, 12:57 PM: Alexander Ionov
AI

**Are you alive?**
Apr 9, 2018, 12:58 PM: Alexander Ionov
AI

EP
**I don't have any money yet.**
Apr 9, 2018, 12:58 PM: Egor Popov

**[Emoji(s)]**
Apr 9, 2018, 12:58 PM: Alexander Ionov
AI

EP
**♂**
Apr 9, 2018, 12:58 PM: Egor Popov

**Someone is lying.**
Apr 9, 2018, 12:58 PM: Alexander Ionov
AI

**[Emoji(s)]**
Apr 9, 2018, 12:58 PM: Alexander Ionov
AI

EP
**What do you mean? I am saying, 'Today is out of the question'. Where's the lie?**
Apr 9, 2018, 12:59 PM: Egor Popov

You said on Friday,
Apr 9, 2018, 12:59 PM: Alexander Ionov

AI

Okay, but tomorrow
Apr 9, 2018, 12:59 PM: Alexander Ionov

AI

[We] will have to do it at Voykovskyaya [Metro station].
Apr 9, 2018, 1:00 PM: Alexander Ionov

AI

EP

In the afternoon,
Apr 9, 2018, 1:00 PM: Egor Popov

EP

At 14:00 o'clock.
Apr 9, 2018, 1:00 PM: Egor Popov

When is not the point.
Apr 9, 2018, 1:00 PM: Alexander Ionov

AI

It's just that I won't go to Lubyanka.
Apr 9, 2018, 1:00 PM: Alexander Ionov

AI

I have some meetings there.
Apr 9, 2018, 1:00 PM: Alexander Ionov

AI

EP

Alright.
Apr 9, 2018, 1:00 PM: Egor Popov

If you'd like, come to the office.
Apr 9, 2018, 1:00 PM: Alexander Ionov

AI

[Emoji(s)]
Apr 9, 2018, 1:01 PM: Alexander Ionov

AI

EP

Well, you are right. Let me come to the office. In that case, at 14:30 in the office.
Apr 9, 2018, 1:01 PM: Egor Popov

Because somehow, I don't feel like you trust me much.
Apr 9, 2018, 1:01 PM: Alexander Ionov

AI

It got me thinking bad thoughts.
Apr 9, 2018, 1:02 PM: Alexander Ionov

AI

Very bad.
Apr 9, 2018, 1:02 PM: Alexander Ionov

AI

Do you remember the address?
Apr 9, 2018, 1:06 PM: Alexander Ionov

AI

Can anyone be in the office?
Apr 9, 2018, 1:06 PM: Alexander Ionov

AI

Or should I kick them out before you arrive?
Apr 9, 2018, 1:07 PM: Alexander Ionov

AI

EP

Let them be. No need to kick them out). I remember the address.
Apr 9, 2018, 1:07 PM: Egor Popov

Media/79168527258@s.whatsapp.net/9/7/9707ad6d-44d7-4fb4-9d5c-
63f018d131b6.jpg
Apr 9, 2018, 1:23 PM: Alexander Ionov
(Message continues)

AI



## РОССИЙСКИЙ ГОСУДАРСТВЕННЫЙ СОЦИАЛЬНЫЙ УНИВЕРСИТЕТ

**Факультет** гуманитарный

**Кафедра** политологии и международных отношений

**Отчет**

о прохождении практики по получению профессиональных умений и опыта
профессиональной деятельности
(наименование практики)

**Обучающимся** Данелян Тариелом Оганесовичем
(Ф.И.О.)

**Факультета** гуманитарного

**Специальности/направлению подготовки** 41.03.04 Политология (бакалавр)

**Курса** 3     **Формы обучения** очной     **Группы** ПОЛ-ПБ-0-Д-2014-1

в городе Москва в региональной общественной организации по
противодействию мировой глобализации «Антиглобалистское движение
России» в должности сотрудника информационного отдела
(должность, наименование организации (предприятия))

с «29» июня 2017 г.  по «12» июля 2017 г.

Подпись обучающегося

Данелян Т. О.
(Ф.И.О.)
«12» июля 2017 г.

Подпись руководителя
практики от организации (предприятия)
(подпись)

Ионов А. В.
(Ф.И.О.)
«12» июля 2017 г.

Подпись руководителя
практики от Университета
(подпись)

(Ф.И.О.)
«8» сентября 2017 г.

Отчет принял
Заведующий кафедрой
(подпись)

Никипорец-Такигава Г. Ю.
(Ф.И.О.)
«15» сентября 2017 г.

индивидуального задания ...................................................13

Заключение ...................................................................14

Apr 9, 2018, 1:23 PM: Alexander Ionov

Media/79168527258@s.whatsapp.net/7/e/7e328bc2-4490-442f-a63e-5712c71db930.jpg
Apr 9, 2018, 1:23 PM: Alexander Ionov
(Message continues)

2

## Содержание

ВВЕДЕНИЕ .................................................................................................... 3

1. Становление и организация деятельности региональной общественной организация по противодействию мировой глобализации «Антиглобалистское движение России» ............ 5

2. Основные направления деятельности практиканта и результаты выполнения индивидуального задания............................................................................ 9

Заключение .................................................................................................. 13

Список литературы ...................................................................................... 14

Приложение .................................................................................................. 15

умения    в    информационно-

Apr 9, 2018, 1:23 PM: Alexander Ionov

That's where
Apr 9, 2018, 1:24 PM: Alexander Ionov

power is.
Apr 9, 2018, 1:24 PM: Alexander Ionov

AI

[Emoji(s)]
Apr 9, 2018, 1:24 PM: Alexander Ionov

AI

EP

))
Apr 9, 2018, 1:24 PM: Egor Popov

Media/79168527258@s.whatsapp.net/d/8/d8b52556-c8ab-4053-bdf1-
c57044f0a22a.jpg
Apr 9, 2018, 1:25 PM: Alexander Ionov
(Message continues)

AI

**1. Становление и организация деятельности региональной общественной организации по противодействию мировой глобализации «Антиглобалистское движение России»**

Становление российского Антиглобалистского движения началось в начале 2000-х годов, тогда в Москве и других крупных городах России прошли форумы политических и общественных сил с призывом конкретизировать проблемы многополярного мира и объединить общественные и политические силы России и других стран против пагубных последствий современной глобализации.

Московскими антиглобалистами была основана газета «Планета Антиглоб»[1]. С 2011 года остро назрел вопрос объединения сил и создания единого центра управления в виде официально зарегистрированной организации, роль которой и стала выполнять региональная общественная организация по противодействию мировой глобализации «Антиглобалистское движение России» (АДР), зарегистрированная 15 марта 2012 г. Ее президентом является известный общественный деятель   А. В. Ионов[2].

Движение ставит своей целью защиту традиционных нравственных ценностей и обеспечение всех аспектов безопасности России: социально-экономической, демографической, продовольственной и т.д. Деятельность организации направлена против монополизации отдельными странами или группами стран мировой системы взаимоотношений и управления, формируемого однополярного мира и диктата «одной правильной точки зрения» на мировые проблемы, способы их решения и пути развития человечества.

_____

, напр.: http://anti-glob.ru/old/gazeta.htm
://anti-global.ru/antiglobalistskoe-dvizhenie-rossii-2/

с высшими учеными заведениями России, Западно

Apr 9, 2018, 1:25 PM: Alexander Ionov

Media/79168527258@s.whatsapp.net/d/7/d77b002a-9643-417d-9ec3-a9221ef8bf44.mp4

Apr 9, 2018, 5:48 PM: Alexander Ionov
(Message continues)

[Video file]
Apr 9, 2018, 5:48 PM: Alexander Ionov

Thursday, April 12, 2018

Hi, Yegor
Apr 12, 2018, 9:46 PM: Alexander Ionov

I'll send the report tomorrow
Apr 12, 2018, 9:46 PM: Alexander Ionov

I'm really sorry
Apr 12, 2018, 9:46 PM: Alexander Ionov

Friday, April 13, 2018

https://www.ridus.ru/news/274620
Apr 13, 2018, 6:37 AM: Alexander Ionov

[Emoji(s)]
Apr 13, 2018, 6:44 AM: Egor Popov

And everyone was coming down hard on me
Apr 13, 2018, 6:45 AM: Alexander Ionov

I was right
Apr 13, 2018, 6:45 AM: Alexander Ionov

Does signature collection in California start on April 14, Sasha? I got a notification in the mail.
Apr 13, 2018, 6:45 AM: Egor Popov

Yes
Apr 13, 2018, 6:45 AM: Alexander Ionov

Starting the 16th, actually
Apr 13, 2018, 6:45 AM: Alexander Ionov

**EP** What do those in the Movement say about it?
Apr 13, 2018, 6:45 AM: Egor Popov

**EP** Do they have money to get started?
Apr 13, 2018, 6:45 AM: Egor Popov

They are preparing activists
Apr 13, 2018, 6:45 AM: Alexander Ionov

They have enough to get started
Apr 13, 2018, 6:45 AM: Alexander Ionov

But on the whole, there is no money
Apr 13, 2018, 6:46 AM: Alexander Ionov

Currently, [they are] baffled
Apr 13, 2018, 6:46 AM: Alexander Ionov

by the collection of funds but donations are small, on average, he said, 30 bucks.
Apr 13, 2018, 6:46 AM: Alexander Ionov

**EP** So what can they do? Did he go to the Silicon Valley business? Is Northern Jefferson helping?
Apr 13, 2018, 6:46 AM: Egor Popov

Jefferson is helping
Apr 13, 2018, 6:47 AM: Alexander Ionov

Business is not
Apr 13, 2018, 6:48 AM: Alexander Ionov

AI

But Jefferson is helping with its assets
Apr 13, 2018, 6:48 AM: Alexander Ionov

AI

I will send everything today
Apr 13, 2018, 6:48 AM: Alexander Ionov

AI

EP

Evans gave an interview to Fox news!
Apr 13, 2018, 7:12 AM: Egor Popov

Media/79168527258@s.whatsapp.net/1/2/12fb0f79-d580-4427-a533-
09abe9564d52.jpg



Apr 13, 2018, 7:13 AM: Alexander Ionov

AI

[He] gave
Apr 13, 2018, 7:13 AM: Alexander Ionov

AI

Here it is
Apr 13, 2018, 7:13 AM: Alexander Ionov

AI

So what?
Apr 13, 2018, 7:13 AM: Alexander Ionov

AI

**EP** You don't have to write about California in the report. I have found it all.
Apr 13, 2018, 7:17 AM: Egor Popov

Okay
Apr 13, 2018, 7:35 AM: Alexander Ionov **AI**

Thursday, April 19, 2018

Louis is like a machine gun.
Apr 19, 2018, 6:39 AM: Alexander Ionov **AI**

He's sending me some new information
Apr 19, 2018, 6:39 AM: Alexander Ionov **AI**

**EP** Hi! Good, let him send it. Send me what you have before lunch. I need to start preparing the document.
Apr 19, 2018, 6:50 AM: Egor Popov

All right.
Apr 19, 2018, 6:51 AM: Alexander Ionov **AI**

Did you get well?
Apr 19, 2018, 6:51 AM: Alexander Ionov **AI**

**EP** Nuh-uh. I'm battling.
Apr 19, 2018, 6:51 AM: Egor Popov

Sumamed helps.
Apr 19, 2018, 6:51 AM: Alexander Ionov **AI**

Otherwise, I will have a runny nose for weeks to come.
Apr 19, 2018, 6:51 AM: Alexander Ionov **AI**



And I'll be weak.
Apr 19, 2018, 6:52 AM: Alexander Ionov

AI

EP

Antibiotics are a no-no 👎. But thanks anyway☺.
Apr 19, 2018, 6:58 AM: Egor Popov

Who the fuck knows? Okay, I'm off to Lubyanka to write,
Apr 19, 2018, 7:01 AM: Alexander Ionov

AI

to finish up the report.
Apr 19, 2018, 7:01 AM: Alexander Ionov

AI

And Louis is begging for dough again.
Apr 19, 2018, 7:01 AM: Alexander Ionov

AI

Besides, I talked them into a press conference.
Apr 19, 2018, 7:01 AM: Alexander Ionov

AI

Tuesday, April 24, 2018

Media/79168527258@s.whatsapp.net/2/3/235e8cb1-2135-4dd2-a193-
fff0004bd886.thumb

https://www.scpr.org/news/2018/04/23/82495/california-independence-
backers-approved-to-start/
Apr 24, 2018, 12:43 PM: Alexander Ionov
(Message continues)

AI



Apr 24, 2018, 12:43 PM: Alexander Ionov



Media/79168527258@s.whatsapp.net/9/1/91ff12d1-1db1-4098-9f93-096fd83fe308.thumb

http://www.star-telegram.com/news/politics-government/national-politics/article209664169.html

Apr 24, 2018, 12:43 PM: Alexander Ionov
(Message continues)



Apr 24, 2018, 12:43 PM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/7/d/7d215fa6-39cb-4dde-8997-b7bca1fae61b.thumb

http://fox40.com/2018/04/23/california-independence-backers-can-collect-signatures/

Apr 24, 2018, 12:43 PM: Alexander Ionov
(Message continues)

AI



Apr 24, 2018, 12:43 PM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/0/4/0475dc29-e8ce-4766-b23c-fb254e16eaf1.thumb

https://www.nbclosangeles.com/news/local/California-Independence-Backers-Can-Collect-Signatures-480617731.html

Apr 24, 2018, 12:43 PM: Alexander Ionov
(Message continues)

AI



Apr 24, 2018, 12:43 PM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/7/d/7d58fbf8-7146-4932-8362-a5c6b93b19f4.thumb

http://www.breitbart.com/california/2018/04/24/calexit-iii-california-independence-advocates-can-collect-signatures/

Apr 24, 2018, 12:43 PM: Alexander Ionov
(Message continues)

AI



Apr 24, 2018, 12:43 PM: Alexander Ionov

Media/79168527258@s.whatsapp.net/e/c/ecbc6baa-4bdc-4513-a47f-db58951a5f50.thumb

https://www.sacbee.com/news/state/california/article209664169.html

Apr 24, 2018, 12:43 PM: Alexander Ionov
(Message continues)



Apr 24, 2018, 12:43 PM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/3/8/3850e421-7444-42e3-9dee-e404c044c651.thumb

https://www.washingtontimes.com/news/2018/apr/23/california-independence-backers-can-collect-signat/?utm_source=RSS_Feed&utm_medium=RSS

Apr 24, 2018, 12:43 PM: Alexander Ionov
(Message continues)

AI



Apr 24, 2018, 12:43 PM: Alexander Ionov

Media/79168527258@s.whatsapp.net/9/2/926e8bc3-7104-4071-9ac3-2be10335102f.thumb

https://www.nbcbayarea.com/news/local/California-Independence-Backers-Can-Collect-Signatures-480617731.html

Apr 24, 2018, 12:43 PM: Alexander Ionov
(Message continues)

AI

AI



Apr 24, 2018, 12:43 PM: Alexander Ionov

Media/79168527258@s.whatsapp.net/a/a/aa6f0451-1a28-4db3-95e7-9a6eb630b29a.thumb

http://www.bakersfield.com/ap/state/california-independence-backers-can-collect-signatures/article_315249a1-7b3e-5aa4-888b-55616e06784c.html

Apr 24, 2018, 12:43 PM: Alexander Ionov
(Message continues)

AI

AI



Apr 24, 2018, 12:43 PM: Alexander Ionov

Media/79168527258@s.whatsapp.net/d/e/de5b922c-0a4a-4800-bb03-02c88b3c7fa5.thumb

http://www.charlotteobserver.com/news/politics-government/national-politics/article209664169.html

Apr 24, 2018, 12:43 PM: Alexander Ionov
(Message continues)



Apr 24, 2018, 12:43 PM: Alexander Ionov

AI

https://www.cnbc.com/2018/04/24/calexit-plan-to-divorce-california-from-us-is-getting-a-second-chance.html
Apr 24, 2018, 12:43 PM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/2/d/2d8e963b-3a9a-4441-a14a-d1bc24aef83c.thumb

http://www.kron4.com/news/california/california-independence-backers-can-collect-signatures/1136580770
Apr 24, 2018, 12:43 PM: Alexander Ionov
(Message continues)

AI



Apr 24, 2018, 12:43 PM: Alexander Ionov

AI

[We][They] fucked well
Apr 24, 2018, 12:43 PM: Alexander Ionov

AI

It's all California
Apr 24, 2018, 12:43 PM: Alexander Ionov

AI

http://www.kubaradio.com/2018/04/24/californians-seeking-independence-from-u-s-can-collect-signatures/
Apr 24, 2018, 12:44 PM: Alexander Ionov

AI

Thursday, April 26, 2018



It's all great. Will you send me the document today?
Apr 26, 2018, 3:48 PM: Egor Popov

**EP** Hi
Apr 26, 2018, 3:48 PM: Egor Popov

Hi
Apr 26, 2018, 3:48 PM: Alexander Ionov    **AI** 

I'll send [it] tonight
Apr 26, 2018, 3:48 PM: Alexander Ionov    **AI**

Media/79168527258@s.whatsapp.net/8/9/891d074b-6201-49f8-bf30-dc8dd2588784.jpg    **AI**



Apr 26, 2018, 7:36 PM: Alexander Ionov

All the work in one picture
Apr 26, 2018, 7:36 PM: Alexander Ionov    **AI**

[Emoji(s)]
Apr 26, 2018, 7:36 PM: Alexander Ionov    **AI**

**EP** You are trolling
Apr 26, 2018, 7:39 PM: Egor Popov

It looks like they are spying on you
Apr 26, 2018, 7:39 PM: Alexander Ionov

AI

Since [they] have found out
Apr 26, 2018, 7:40 PM: Alexander Ionov

AI

[Emoji(s)]
Apr 26, 2018, 7:40 PM: Alexander Ionov

AI