# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**: 293

Case No.: 8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA

vs.

OMALI YESHITELA, ET AL.

Date Identified: ______________

Date Admitted: ______________

Thursday, June 28, 2018

But when AB says I am a sucker myself
Jun 28, 2018, 11:06 AM: Alexander Ionov

AI

and overlooked such a canard,
Jun 28, 2018, 11:07 AM: Alexander Ionov

AI

my potential for work goes down.
Jun 28, 2018, 11:07 AM: Alexander Ionov

AI

EP

Well, never mind. That's what he tells everyone. He can, he's the boss.
Jun 28, 2018, 11:07 AM: Egor Popov

Tuesday, August 21, 2018

Yesterday we
Aug 21, 2018, 7:37 AM: Alexander Ionov

AI

held some special events
Aug 21, 2018, 7:37 AM: Alexander Ionov

AI

with Lesha [ICST].
Aug 21, 2018, 7:37 AM: Alexander Ionov

AI

AI

[Emoji(s)]
Aug 21, 2018, 7:37 AM: Alexander Ionov

EP

How's that?
Aug 21, 2018, 7:37 AM: Egor Popov

AI

Yesterday we busted one sect.
Aug 21, 2018, 7:38 AM: Alexander Ionov

AI

We were taking cameras there.
Aug 21, 2018, 7:38 AM: Alexander Ionov

EP

Did AB ask you [for it]?
Aug 21, 2018, 7:46 AM: Egor Popov

AI

Nuh-uh
Aug 21, 2018, 7:46 AM: Alexander Ionov

AI

Aleksey [ICST]
Aug 21, 2018, 7:46 AM: Alexander Ionov

AI

I asked RT to head over there
Aug 21, 2018, 7:46 AM: Alexander Ionov

AI

[Emoji(s)]
Aug 21, 2018, 7:46 AM: Alexander Ionov

EP

Don't do anything without me or AB anymore.
Aug 21, 2018, 7:46 AM: Egor Popov

[Emoji(s)]
Aug 21, 2018, 7:46 AM: Alexander Ionov

AI

Why
Aug 21, 2018, 7:47 AM: Alexander Ionov

AI

Do you think what happened to Rodchenkov [ICST] may happen again?
Aug 21, 2018, 7:47 AM: Alexander Ionov

AI

EP

Because I am the only person responsible for working with you. AB oversees and manages everything . The others are nobody to you.
Aug 21, 2018, 7:48 AM: Egor Popov

EP

I only asked to consult with Lesha on a report.
Aug 21, 2018, 7:48 AM: Egor Popov

Okay then
Aug 21, 2018, 7:48 AM: Alexander Ionov

AI

EP

These are important internal formalities. Please do not violate them. This can have serious consequences.
Aug 21, 2018, 7:49 AM: Egor Popov

The Lord of the Ring is crying for you
Aug 21, 2018, 7:49 AM: Alexander Ionov

AI

Pure Orcs
Aug 21, 2018, 7:49 AM: Alexander Ionov

AI

Orcs
Aug 21, 2018, 7:49 AM: Alexander Ionov

AI


[Emoji(s)]
Aug 21, 2018, 7:49 AM: Alexander Ionov
AI
I think Lesha could have coordinated it with AB
Aug 21, 2018, 7:50 AM: Alexander Ionov
AI
It's just he started writing vigorously yesterday
Aug 21, 2018, 7:50 AM: Alexander Ionov
AI
At 22
Aug 21, 2018, 7:50 AM: Alexander Ionov
AI
He was like, we need to share it with the mass media, et cetera.
Aug 21, 2018, 7:50 AM: Alexander Ionov
AI
Basically, it's a weird story
Aug 21, 2018, 7:51 AM: Alexander Ionov
AI
EP
Theoretically, even AB has no right to work with you directly, do you hear me? Everything is only done through me. Especially, when it comes to some Lesha.
Aug 21, 2018, 7:52 AM: Egor Popov
Fuck
Aug 21, 2018, 7:52 AM: Alexander Ionov
AI
EP
For example, I was responsible for your work in Sochi and I reported on that.
Aug 21, 2018, 7:53 AM: Egor Popov
EP
And there were a lot of issues, believe me
Aug 21, 2018, 7:53 AM: Egor Popov



AI

Okay, sort it out by yourselves, I will tell Lesha that a report is the only thing
Aug 21, 2018, 7:53 AM: Alexander Ionov

AI

As for everything else, he should take care of it with you
Aug 21, 2018, 7:53 AM: Alexander Ionov

EP

Yes
Aug 21, 2018, 7:53 AM: Egor Popov

AI

You have anarchy out there
Aug 21, 2018, 7:53 AM: Alexander Ionov

EP

That's the thing, we have a system.
Aug 21, 2018, 7:54 AM: Egor Popov

AI

The system is lame. You go ahead and let Lesha know
Aug 21, 2018, 7:55 AM: Alexander Ionov

AI

That only when it comes to a report
Aug 21, 2018, 7:55 AM: Alexander Ionov

EP

I won't tell him anything. And you don't say anything. Just always send over to me.
Aug 21, 2018, 7:56 AM: Egor Popov

Sunday, August 26, 2018

AI

https://www.mk.ru/incident/2018/08/25/sotrudnik-fsb-zaderzhan-s-8-kg-narkotikov-v-volgograde.html
Aug 26, 2018, 9:36 AM: Alexander Ionov

AI

I'm worried
Aug 26, 2018, 9:36 AM: Alexander Ionov

AI

[Emoji(s)]
Aug 26, 2018, 9:36 AM: Alexander Ionov

EP

Everything is OK.
Aug 26, 2018, 12:42 PM: Egor Popov

EP

It's not me.
Aug 26, 2018, 12:42 PM: Egor Popov

AI

[Emoji(s)]
Aug 26, 2018, 12:42 PM: Alexander Ionov

Friday, October 12, 2018

EP

Hi! Look, I didn't see you join via Skype.
Oct 12, 2018, 9:09 AM: Egor Popov

AI

Where?
Oct 12, 2018, 9:09 AM: Alexander Ionov

EP

In the video.
Oct 12, 2018, 9:10 AM: Egor Popov

EP

Uhuru.
Oct 12, 2018, 9:10 AM: Egor Popov

EP

The Congress.
Oct 12, 2018, 9:10 AM: Egor Popov

AI

I sent the first part.
Oct 12, 2018, 9:10 AM: Alexander Ionov

But it's in the second.
Oct 12, 2018, 9:10 AM: Alexander Ionov

AI

Do you want me to send you the video?
Oct 12, 2018, 9:10 AM: Alexander Ionov

AI

[Doubting] Thomas.
Oct 12, 2018, 9:10 AM: Alexander Ionov

AI

EP

I didn't see it in the second one either. There's a nigger wearing a baseball cap there.
Oct 12, 2018, 9:12 AM: Egor Popov

Give me your email address.
Oct 12, 2018, 9:12 AM: Alexander Ionov

AI

EP

Via Skype and that's it. Tell me on what minute.
Oct 12, 2018, 9:12 AM: Egor Popov

EP

I have the video. On what minute?
Oct 12, 2018, 9:12 AM: Egor Popov

I'll send it over to Faiz [PH].
Oct 12, 2018, 9:12 AM: Alexander Ionov

AI

With the videl [sic].
Oct 12, 2018, 9:12 AM: Alexander Ionov

AI

With the video.
Oct 12, 2018, 9:13 AM: Alexander Ionov

AI

Well?
Oct 12, 2018, 9:13 AM: Alexander Ionov

AI

EP

I have the video https://www.facebook.com/BurningSpearNews/videos/311546922975814/?__tn__=kC-R&eid=ARBqY9XXPiR69CzCe5BpmR7Mt5aEegB_xrhzbleWcZMyoVey5cSkblsglf1EOaUyGYOdavnSxjKf_2TD&hc_ref=ARR1OGzAuUQADyZmqBnwEEg4kCJK0rKaNm47jwRTEm6Mn_dVZ4SOP6HNc7orfxtZatg&__xts__[0]=68.ARD8bbjEmTGUQpWmy5mx5K_NEB_TwcGiY-w4vQIY4ZKx9wms8i24d4g9KjFHqHj27A_6wmavtEO93RauwfL0naqOz2CCQkCIkd2FzpduXjk3Xsn3d4gv1tpZPZ-qcibBrL66F4LAE5n5SIBvF_uscNXJ6bNQFePOFJ22Psv5V0_STgkYDQ9P
Oct 12, 2018, 9:14 AM: Egor Popov

I'm fed up with you.
Oct 12, 2018, 9:14 AM: Alexander Ionov

AI

There are six parts there.
Oct 12, 2018, 9:14 AM: Alexander Ionov

AI

Two hours each.
Oct 12, 2018, 9:14 AM: Alexander Ionov

AI

Have you watched it all?
Oct 12, 2018, 9:14 AM: Alexander Ionov

AI

EP

Media/79168527258@s.whatsapp.net/9/7/97abdda0-3081-4d34-ac20-0a2d1c09535d.jpg

That is the second part.
Oct 12, 2018, 9:15 AM: Egor Popov
(Message continues)

EP




Oct 12, 2018, 9:15 AM: Egor Popov

So what?
Oct 12, 2018, 9:15 AM: Alexander Ionov

AI

EP

What minute? You said it was in the second part.
Oct 12, 2018, 9:15 AM: Egor Popov

I can't remember.
Oct 12, 2018, 9:15 AM: Alexander Ionov

AI

EP

Try to remember, I need it for the report.
Oct 12, 2018, 9:16 AM: Egor Popov

This is the third year I've been speaking there
Oct 12, 2018, 9:16 AM: Alexander Ionov

AI

They'll send a thank-you letter.
Oct 12, 2018, 9:16 AM: Alexander Ionov

AI

I'm not going to re-watch all the videos now.
Oct 12, 2018, 9:17 AM: Alexander Ionov

AI



EP

What do you mean?!

Oct 12, 2018, 9:17 AM: Egor Popov

I don't understand where this distrust comes from.

Oct 12, 2018, 9:17 AM: Alexander Ionov

AI

EP

They have three parts posted on Facebook. I've played them all, and you're nowhere to be found. How am I supposed to understand it?

Oct 12, 2018, 9:19 AM: Egor Popov

You're not.

Oct 12, 2018, 9:19 AM: Alexander Ionov

AI

I gave a speech for sure.

Oct 12, 2018, 9:19 AM: Alexander Ionov

AI

I sent the video on September 20.

Oct 12, 2018, 9:19 AM: Alexander Ionov

AI

Penny [PH] wrote to me every day.

Oct 12, 2018, 9:20 AM: Alexander Ionov

AI

EP

Is it possible that they didn't include it?

Oct 12, 2018, 9:20 AM: Egor Popov

I even hired two camera men for 4K so they could film it quickly and send it.

Oct 12, 2018, 9:20 AM: Alexander Ionov

AI

No, it's impossible.

Oct 12, 2018, 9:20 AM: Alexander Ionov

AI

She called me.
Oct 12, 2018, 9:20 AM: Alexander Ionov

AI

She was standing next to Omali
Oct 12, 2018, 9:21 AM: Alexander Ionov

AI

and thanking for everything.
Oct 12, 2018, 9:21 AM: Alexander Ionov

AI

EP

Get in touch with them and ask for the fragment with your speech.
Oct 12, 2018, 9:21 AM: Egor Popov

EP

This is important.
Oct 12, 2018, 9:21 AM: Egor Popov

Besides, Omali asked to come to Moscow.
Oct 12, 2018, 9:21 AM: Alexander Ionov

AI

EP

What made you think that there were six parts?
Oct 12, 2018, 9:22 AM: Egor Popov

The bearded man has six parts on his page
Oct 12, 2018, 9:23 AM: Alexander Ionov

AI

Besides, when I was writing the report,
Oct 12, 2018, 9:23 AM: Alexander Ionov

AI

there was a live broadcast.
Oct 12, 2018, 9:23 AM: Alexander Ionov

AI



The continuation of the Congress.
Oct 12, 2018, 9:23 AM: Alexander Ionov

AI

So, there will be at least two or three more videos.
Oct 12, 2018, 9:24 AM: Alexander Ionov

AI

The fact that I spoke there
Oct 12, 2018, 9:24 AM: Alexander Ionov

AI

spoke
Oct 12, 2018, 9:24 AM: Alexander Ionov

AI

is not even being discussed.
Oct 12, 2018, 9:24 AM: Alexander Ionov

AI

Penny fucking annoyed me to death with this video.
Oct 12, 2018, 9:24 AM: Alexander Ionov

AI

I can forward it to you
Oct 12, 2018, 9:25 AM: Alexander Ionov

AI

I wrote
Oct 12, 2018, 9:58 AM: Alexander Ionov

AI

Sunday, October 14, 2018

Media/79168527258@s.whatsapp.net/4/1/41a9d4c9-bd41-485b-93c1-02a1bcfd2ea9.jpg
Oct 14, 2018, 9:34 AM: Alexander Ionov
(Message continues)

AI




Oct 14, 2018, 9:34 AM: Alexander Ionov

AI

Monday, October 15, 2018

https://m.news.yandex.ru/story/Polkovnika_FSB_iz_administracii_prezidenta_obvinili_v_moshennichestve--54cca789bb8220dcacdae6d4bc4a31bd?lang=ru&from=main_portal&stid=tUBto1WOoviL4LJAIja_&t=1539587455&lr=213&msid=1539587888.37927.140285.558171&mlid=1539587455.glob_225.54cca789 -

Oct 15, 2018, 7:19 AM: Alexander Ionov

AI

[Emoji(s)]

Oct 15, 2018, 7:19 AM: Alexander Ionov

AI


[Emoji(s)]
Oct 15, 2018, 7:19 AM: Alexander Ionov
AI
EP
Screw it!
Oct 15, 2018, 7:20 AM: Egor Popov
http://www.dslib.net/kondensat/formirovanie-morfologija-i-nekotorye-svojstva-mikroskopicheskih-fraktalnyh.html
Oct 15, 2018, 8:30 AM: Alexander Ionov
AI
I know now.
Oct 15, 2018, 8:30 AM: Alexander Ionov
AI
Where does AB moonlight?
Oct 15, 2018, 8:30 AM: Alexander Ionov
AI
480 rubles per download.
Oct 15, 2018, 8:30 AM: Alexander Ionov
AI
[Emoji(s)]
Oct 15, 2018, 8:30 AM: Alexander Ionov
AI
Friday, November 09, 2018
The wogs sent in a spreadsheet in English.
Nov 9, 2018, 6:30 AM: Alexander Ionov
AI
The transcript of the conference
Nov 9, 2018, 6:30 AM: Alexander Ionov
AI
on eight pages.
Nov 9, 2018, 6:30 AM: Alexander Ionov
AI

AI

You won't fucking be able to translate it.
Nov 9, 2018, 6:30 AM: Alexander Ionov

AI

He called me at 5 a.m.
Nov 9, 2018, 6:30 AM: Alexander Ionov

AI

I'll give him AB's phone number.
Nov 9, 2018, 6:31 AM: Alexander Ionov

EP

Don't translate it, send me the original.
Nov 9, 2018, 6:31 AM: Egor Popov

AI

Let him provide information straight from the horse's mouth.
Nov 9, 2018, 6:31 AM: Alexander Ionov

AI

I already translated it.
Nov 9, 2018, 6:31 AM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/0/d/0d82685d-6936-4e1d-99fc-81edb6b41e11.jpg

[Truncated] "Solidarity" by Omowale Clay. During the negotiations, questions of further collaboration and mutual information exchange were discussed. Ionov offered "Black Solidarity" to join reparations collections carried out by the Uhuru activists and The Black is Back Coalition. Omowale promised to reach out to Penny Hess in order to discuss collaboration, since his organization was introduced at the Seventh Congress of the African People's Socialist Party in October. On the eve of the election of November 5, "Black Solidarity" holds a big event in Brooklyn, dedicated to the memory of movement founder and thought leader Carlos Russ[ell]. This time, over 300 people took part in the event. The action started with a march on Brooklyn streets and ended at Congress Hall. The conference was split into three public events, that are sponsored and supported by a broad coalition of
Nov 9, 2018, 6:31 AM: Alexander Ionov
(Message continues)

political activists, public organizations, educators, elected officials, and clergymen, and that are held in Bedford-Stuyvesant, Brooklyn.
The day started in the morning, with a program "Learning from the People" at Brooklyn's Restoration Plaza, in which over 200 students of different ages participated, from elementary to high schoolers. Music teacher Ahmed Abdullah from PS 3 brought his students, many of whom performed songs and music. Brother Hayes [PH] brought students from MS 113. The chorus from the Van Siclen Community School Choir performed a South African song "Sumanglaza". Students from Nelson Mandela HS recited poems and essays dedicated to Black Solidarity Day. Kuzaliwa Kojo Campbell, Assistant School Principal for Van Siclen community and the event organizer, was the Master of Ceremonies, and Omowale Clay, the leader of the December 12 community, asked students to chant, "What is today? Black Solidarity Day!" and "Black power!"
In the afternoon, the march gathered at Restoration Plaza on Fulton Street and Marcy Avenue. More than 100 people of all ages walked along Fulton Street and through the community in a fast-moving march "Our Streets!" and gathered at the intersection of Nostrand Avenue. They excited and agitated the whole community. People on the streets stopped on their way, many spontaneously joined in. Although the police attempted to intimidate the marchers, the action went on and rapidly gained momentum. People marched in unity with local ethnic communities of Bedford-Stuyvesant and Black in the USA chanting, "Do not leave, do not sell! Never give up! Black Solidarity Day! Whose streets? Our streets!'

Nov 9, 2018, 6:31 AM: Alexander Ionov
(Message continues)

AI



Nov 9, 2018, 6:31 AM: Alexander Ionov

AI

I sent it.

Nov 9, 2018, 7:03 AM: Alexander Ionov

AI



What issues do you have with me
Nov 9, 2018, 10:44 AM: Alexander Ionov

AI

?
Nov 9, 2018, 10:44 AM: Alexander Ionov

AI

At least it's obvious that the text is original.
Nov 9, 2018, 10:44 AM: Alexander Ionov

AI

No Russian will come up with such fucking bullshit or write it, which proves the power of information.
Nov 9, 2018, 10:45 AM: Alexander Ionov

AI

Could you refrain from jibing since they sent the complete info with photos?
Nov 9, 2018, 10:45 AM: Alexander Ionov

AI

Sunday, December 09, 2018

An ordinary Sunday evening.
Dec 9, 2018, 9:13 PM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/3/4/3484a2bd-cbe2-423f-bf44-fefe4d9414bb.jpg
Dec 9, 2018, 9:13 PM: Alexander Ionov
(Message continues)

AI




Dec 9, 2018, 9:13 PM: Alexander Ionov

