# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Wednesday, March 20, 2019

https://www.theatlantic.com/politics/archive/2019/03/alexander-ionov-helps-fund-maria-butinas-legal-bills/585112/
Mar 20, 2019, 12:58 PM: Alexander Ionov 

 I will not report it! You are called the patron of Butina, who admitted to interfering in the 2016 elections. They also reminded about the separatist conferences. Now they will impose sanctions against you.
Mar 20, 2019, 1:06 PM: Egor Popov

 Media/79168527258@s.whatsapp.net/d/2/d2b41124-69df-455a-8b2e-14a38a9743a4.jpg

That's tough!
Mar 20, 2019, 1:07 PM: Egor Popov
(Message continues)



Mar 20, 2019, 1:07 PM: Egor Popov

Thursday, May 02, 2019

Hi
May 2, 2019, 2:21 PM: Alexander Ionov



**EP:** Hi, Sash! The money will be available tomorrow. I found out from AB, the document needs to be prepared. He is asking to submit tomorrow. Will you be able to send it by tonight?
May 6, 2019, 7:38 AM: Egor Popov

**AI:** I will be able to
May 6, 2019, 7:38 AM: Alexander Ionov

**AI:** Media/79168527258@s.whatsapp.net/5/d/5d2c7212-0202-4d92-a536-4dae3f8b5256.opus

[Audio file]

I will be able to do it.. well, closer to the night. I'll go the gym and after that, uhm… I'll start working on the document.
May 6, 2019, 7:39 AM: Alexander Ionov

**EP:** Go ahead. The important thing is for me to get down to writing it at 9:00 tomorrow.
May 6, 2019, 7:45 AM: Egor Popov

**EP:** Will you be able to stop by our place yourself tomorrow?
May 6, 2019, 7:45 AM: Egor Popov

**AI:** Yes
May 6, 2019, 7:50 AM: Alexander Ionov

**AI:** At what time?
May 6, 2019, 7:50 AM: Alexander Ionov

**EP:** At any [time]
May 6, 2019, 7:50 AM: Egor Popov

**EP:** Let's make it around 16:00
May 6, 2019, 7:50 AM: Egor Popov

**EP** — Or 17:00
May 6, 2019, 7:50 AM: Egor Popov

**AI** — Ok
May 6, 2019, 8:14 AM: Alexander Ionov

**AI** — Yegor
May 6, 2019, 8:43 PM: Alexander Ionov

**AI** — Are you available to talk
May 6, 2019, 8:43 PM: Alexander Ionov

**AI** — I have sent what AM asked for on Masha
May 6, 2019, 8:44 PM: Alexander Ionov

**AI** — Do you need a general one?
May 6, 2019, 8:44 PM: Alexander Ionov

**AI** — Or is it for next week?
May 6, 2019, 8:44 PM: Alexander Ionov

**AI** — Media/79168527258@s.whatsapp.net/9/3/934f1b11-e0b0-4329-bb24-b3a618fcbac8.webp
May 6, 2019, 8:44 PM: Alexander Ionov
(Message continues)



May 6, 2019, 8:44 PM: Alexander Ionov

It's just that, in that case, I need to call
May 6, 2019, 8:44 PM: Alexander Ionov

Again
May 6, 2019, 8:44 PM: Alexander Ionov

At night
May 6, 2019, 8:44 PM: Alexander Ionov

And tomorrow I have to be at AP by 9:00am
May 6, 2019, 8:44 PM: Alexander Ionov

Media/79168527258@s.whatsapp.net/e/d/ed30a5eb-b15a-4014-bfad-3c951f45e319.webp
May 6, 2019, 8:44 PM: Alexander Ionov
(Message continues)



May 6, 2019, 8:44 PM: Alexander Ionov

Should I do the general one?
May 6, 2019, 8:45 PM: Alexander Ionov

Of course
May 6, 2019, 8:45 PM: Egor Popov

AB asked only for Masha
May 6, 2019, 8:45 PM: Alexander Ionov

Media/79168527258@s.whatsapp.net/f/5/f541b579-7a4b-4bc6-9cbf-3d9956d36c81.webp
May 6, 2019, 8:45 PM: Alexander Ionov
(Message continues)


May 6, 2019, 8:45 PM: Alexander Ionov

**EP** You and I did agree on it
May 6, 2019, 8:45 PM: Egor Popov

**EP** Masha who? I don't know about these requests at all
May 6, 2019, 8:45 PM: Egor Popov

I told you
May 6, 2019, 8:45 PM: Alexander Ionov — AI

About the press conference
May 6, 2019, 8:45 PM: Alexander Ionov — AI

Which I was doing
May 6, 2019, 8:45 PM: Alexander Ionov — AI

**Al:** On Butina
May 6, 2019, 8:45 PM: Alexander Ionov

**EP:** This is fucked up, tomorrow they'll make me write this, too, on top of everything
May 6, 2019, 8:46 PM: Egor Popov

**Al:** I wrote everything well there
May 6, 2019, 8:46 PM: Alexander Ionov

**Al:** That's the main event
May 6, 2019, 8:46 PM: Alexander Ionov

**Al:** Check your mail
May 6, 2019, 8:46 PM: Alexander Ionov

**Al:** And you say that I have sent only Butina
May 6, 2019, 8:47 PM: Alexander Ionov

**Al:** [Emoji(s)]
May 6, 2019, 8:47 PM: Alexander Ionov

**Al:** All right
May 6, 2019, 8:50 PM: Alexander Ionov

**Al:** I'll wriite [it]
May 6, 2019, 8:50 PM: Alexander Ionov

**EP:** Seriously, Sash. You promised that by 9:00 I would have everything. May 8 is a celebratory day, no one will be accepting documents. And on May 9 the leadership is on duty. So I'll have to go to work, too, if I don't make it. And I don't want to!
May 6, 2019, 9:05 PM: Egor Popov

> **AI** — I did tell you that I would write
> May 6, 2019, 9:05 PM: Alexander Ionov

Tuesday, May 07, 2019

> **EP** — Call not answered
> May 7, 2019, 7:44 AM: Egor Popov

> **AI** — Write
> May 7, 2019, 7:45 AM: Alexander Ionov

> **AI** — I'm at the parade
> May 7, 2019, 7:45 AM: Alexander Ionov

> **EP** — Awesome material on Butina. You rock, man!
> May 7, 2019, 7:45 AM: Egor Popov

> **EP** — Question: who attended the conference?
> May 7, 2019, 7:45 AM: Egor Popov

> **AI** — Thank you
> May 7, 2019, 7:45 AM: Alexander Ionov

> **EP** — I mean from among relatives
> May 7, 2019, 7:45 AM: Egor Popov

> **AI** — The father was live on air
> May 7, 2019, 7:45 AM: Alexander Ionov

> **AI** — From RT
> May 7, 2019, 7:45 AM: Alexander Ionov

**AI:** I was at the press conference itself
May 7, 2019, 7:46 AM: Alexander Ionov

**EP:** You and the reporters, and that's it, right?
May 7, 2019, 7:46 AM: Egor Popov

**EP:** Did Maria and her father speak over the phone?
May 7, 2019, 7:46 AM: Egor Popov

**AI:** Media/79168527258@s.whatsapp.net/6/1/61c67b9c-a814-4e2e-8742-7d40bb4bbadb.opus

[Audio file]
May 7, 2019, 7:47 AM: Alexander Ionov

**EP:** Understood
May 7, 2019, 7:48 AM: Egor Popov

**AI:** I'll call in a little bit
May 7, 2019, 7:49 AM: Alexander Ionov

**EP:** Ok
May 7, 2019, 7:49 AM: Egor Popov

**EP:** Are there any good-quality pictures from the press conference?
May 7, 2019, 8:20 AM: Egor Popov

**AI:** https://cloud.mail.ru/public/5xnj/59cyzCDHv
May 7, 2019, 8:21 AM: Alexander Ionov

**AI:** I forgot
May 7, 2019, 8:54 AM: Alexander Ionov

> **AI** — In the document make sure to indicate that I started Maria's Fund and collected money
> May 7, 2019, 8:54 AM: Alexander Ionov

> **EP** — Already done
> May 7, 2019, 8:54 AM: Egor Popov

> **AI** — Media/79168527258@s.whatsapp.net/5/9/595ad6f8-9b23-42d4-9f5d-cabd3be0fa87.webp
> 
> May 7, 2019, 8:55 AM: Alexander Ionov

> **EP** — I remember everything, we already wrote an informational report on your work, remember, when she went for a plea agreement.
> May 7, 2019, 8:55 AM: Egor Popov

> **AI** — Yes
> May 7, 2019, 8:55 AM: Alexander Ionov

**AI:** I was thinking of sending it once again
May 7, 2019, 8:56 AM: Alexander Ionov

**AI:** But since you have everything, it's fucking awesome
May 7, 2019, 8:56 AM: Alexander Ionov

**EP:** ☺
May 7, 2019, 8:56 AM: Egor Popov

**AI:** And I can be there earlier
May 7, 2019, 10:00 AM: Alexander Ionov

**AI:** I want to make it to the gym, too
May 7, 2019, 10:01 AM: Alexander Ionov

**EP:** In what year was the trip to the National Prayer Breakfast in Washington D.C.?
May 7, 2019, 10:18 AM: Egor Popov

**AI:** I have no fucking idea)
May 7, 2019, 10:18 AM: Alexander Ionov

**EP:** Oh fuck
May 7, 2019, 10:19 AM: Egor Popov

**EP:** And whom can I ask?
May 7, 2019, 10:19 AM: Egor Popov

**AI:** Call Masha
May 7, 2019, 10:19 AM: Alexander Ionov

> Do you need this information?
> May 7, 2019, 10:19 AM: Alexander Ionov — AI

> Yes, is it difficult to find out?
> May 7, 2019, 10:19 AM: Egor Popov — EP

> February 2017
> May 7, 2019, 10:21 AM: Alexander Ionov — AI

> Media/79168527258@s.whatsapp.net/d/5/d5fcba77-aa06-481f-8666-a0ca8e14427a.webp



May 7, 2019, 10:21 AM: Alexander Ionov — AI

> The National Prayer Breakfast
> May 7, 2019, 10:21 AM: Alexander Ionov — AI





May 7, 2019, 10:24 AM: Alexander Ionov

I need 10 minutes
May 7, 2019, 11:49 AM: Alexander Ionov

So what
May 7, 2019, 6:21 PM: Alexander Ionov

Did it go into AB?
May 7, 2019, 6:21 PM: Alexander Ionov

[Emoji(s)]
May 7, 2019, 6:21 PM: Alexander Ionov

Wednesday, May 08, 2019



Not yet
May 8, 2019, 6:54 AM: Egor Popov



Media/79168527258@s.whatsapp.net/e/7/e7e6818a-8973-47bf-95fb-da234b33f462.webp

May 8, 2019, 6:54 AM: Alexander Ionov

**Still correcting**
May 8, 2019, 6:54 AM: Egor Popov

**Jeez**
May 8, 2019, 6:54 AM: Alexander Ionov

**Fuck it**
May 8, 2019, 6:54 AM: Egor Popov

Media/79168527258@s.whatsapp.net/d/9/d969e797-e5be-4b40-97b1-bc74f29c0190.webp
May 8, 2019, 6:54 AM: Alexander Ionov
(Message continues)

