# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Friday, August 02, 2019

**AI:** I'll only be able to send you the report today.
Aug 2, 2019, 7:02 AM: Alexander Ionov

**AI:** I was really unwell yesterday.
Aug 2, 2019, 7:02 AM: Alexander Ionov

**EP:** What time? Hi.
Aug 2, 2019, 7:02 AM: Egor Popov

**AI:** I do apologize.
Aug 2, 2019, 7:02 AM: Alexander Ionov



> [My] blood pressure rose to 160.
> Aug 2, 2019, 7:02 AM: Alexander Ionov — AI

**EP**: Fuck
Aug 2, 2019, 7:02 AM: Egor Popov

> I didn't expect it myself
> Aug 2, 2019, 7:03 AM: Alexander Ionov — AI

> What's the deadline?
> Aug 2, 2019, 7:03 AM: Alexander Ionov — AI

> There's a meeting of the African Club at 12:00 today.
> Aug 2, 2019, 7:03 AM: Alexander Ionov — AI

> I can include it in the report, too.
> Aug 2, 2019, 7:04 AM: Alexander Ionov — AI

> Or I can send it sooner.
> Aug 2, 2019, 7:04 AM: Alexander Ionov — AI

**EP**: Send it sooner, of course.
Aug 2, 2019, 7:04 AM: Egor Popov

> Alright.
> Aug 2, 2019, 7:04 AM: Alexander Ionov — AI

> I'll do everything in the next hour - hour and a half.
> Aug 2, 2019, 7:12 AM: Alexander Ionov — AI

**AI:** Sorry.
Aug 2, 2019, 7:12 AM: Alexander Ionov

**AI:** It has never happened to me before.
Aug 2, 2019, 7:13 AM: Alexander Ionov

**EP:** OK, of course. ☺ Take care!
Aug 2, 2019, 7:13 AM: Egor Popov

**AI:** I need to go on vacation. I appreciate it.
Aug 2, 2019, 7:13 AM: Alexander Ionov

**AI:** I've sent everything.
Aug 2, 2019, 9:43 AM: Alexander Ionov

**AI:** I only had time to talk to Penny.
Aug 2, 2019, 9:43 AM: Alexander Ionov

**AI:** The others seem to be sleeping already.
Aug 2, 2019, 9:43 AM: Alexander Ionov

**AI:** Take a look .
Aug 2, 2019, 9:43 AM: Alexander Ionov

**EP:** Uh-huh, it's here. Thanks!
Aug 2, 2019, 9:43 AM: Egor Popov

Friday, August 23, 2019

**EP:** I must submit it by 11:00. Send me what you have.
Aug 23, 2019, 4:21 AM: Egor Popov

**EP** — They asked us today to submit it earlier.
Aug 23, 2019, 4:21 AM: Egor Popov

**EP** — AB said to submit the document by 12:00. You know how to choose the time.
Aug 23, 2019, 4:39 AM: Egor Popov

Force majeure. — **AI**
Aug 23, 2019, 4:50 AM: Alexander Ionov

I'm working. — **AI**
Aug 23, 2019, 4:50 AM: Alexander Ionov

Sorry. — **AI**
Aug 23, 2019, 4:52 AM: Alexander Ionov

You'll get it now. — **AI**
Aug 23, 2019, 4:52 AM: Alexander Ionov

I sent it. — **AI**
Aug 23, 2019, 6:29 AM: Alexander Ionov

But keep in mind, Facebook isn't working today. — **AI**
Aug 23, 2019, 6:29 AM: Alexander Ionov

**EP** — I received it. Thank you!
Aug 23, 2019, 6:35 AM: Egor Popov

[Emoji(s)] — **AI**
Aug 23, 2019, 6:36 AM: Alexander Ionov

**EP:** Call not answered
Aug 23, 2019, 6:52 AM: Egor Popov

**AI:** Did you call [me]?
Aug 23, 2019, 7:00 AM: Alexander Ionov

**EP:** Call not answered
Aug 23, 2019, 7:14 AM: Egor Popov

**AI:** Media/79168527258@s.whatsapp.net/a/1/a1ae702d-f238-41f3-a12e-dc61391bef13.mp4

[Video file - See attached]
Aug 23, 2019, 7:17 AM: Alexander Ionov

**AI:** At the Uhuru office.
Aug 23, 2019, 7:17 AM: Alexander Ionov

**AI:** Media/79168527258@s.whatsapp.net/4/6/4660fe18-3538-4c9f-a74a-f360ff9e74cb.mp4

[Video file - See attached]
Aug 23, 2019, 7:18 AM: Alexander Ionov

Thursday, September 05, 2019

**EP:** Sash, do you happen to have any reference books by Soros, NED, USAID, 'Open Society', and other enemy organizations about stirring protest mood in the Russian Federation, expression of dissatisfaction with the government, organization of protests, rallies, etc.? The old ones from the 90s and [20]00s, and the present time are fine.
Sep 5, 2019, 1:56 PM: Egor Popov

**AI:** Media/79168527258@s.whatsapp.net/e/d/ed1e4d06-3840-41ae-8c7b-6b9ceacb25a1.opus

[Audio file]
Sep 5, 2019, 1:57 PM: Alexander Ionov

**EP**: Please take a look. We need it tomorrow at the latest.
Sep 5, 2019, 1:59 PM: Egor Popov

**AI**: https://m.news.yandex.ru/yandsearch?text=александр%20ионов&rpt=nnews2&grhow=clutop&source=tabbar
Sep 5, 2019, 11:14 PM: Alexander Ionov

*Friday, September 06, 2019*

**AI**: Hi
Sep 6, 2019, 6:09 AM: Alexander Ionov

**AI**: Plan to be in around 12:30.
Sep 6, 2019, 6:09 AM: Alexander Ionov

**AI**: Is everything OK over there?
Sep 6, 2019, 6:09 AM: Alexander Ionov

**EP**: Hi. Hold on. There's no info yet.
Sep 6, 2019, 6:56 AM: Egor Popov

**AI**: [Emoji(s)]
Sep 6, 2019, 6:56 AM: Alexander Ionov

**AI**: 🙁
Sep 6, 2019, 6:56 AM: Alexander Ionov

**EP**: However, AB signed the visas).
Sep 6, 2019, 6:57 AM: Egor Popov

**EP**: They left yesterday, and should be in by Monday.
Sep 6, 2019, 6:58 AM: Egor Popov

> **Yay!**
> Sep 6, 2019, 7:00 AM: Alexander Ionov — AI

**EP** — Sash, how about the reference books?
Sep 6, 2019, 12:05 PM: Egor Popov

> I have put in a request for those.
> Sep 6, 2019, 12:05 PM: Alexander Ionov — AI

> So far, it's quiet.
> Sep 6, 2019, 12:06 PM: Alexander Ionov — AI

> I'm at the Ministry of Foreign Affairs [MID] at the moment.
> Sep 6, 2019, 12:06 PM: Alexander Ionov — AI

**EP** — At Soros'?)))
Sep 6, 2019, 12:06 PM: Egor Popov

> Uh-huh.
> Sep 6, 2019, 12:16 PM: Alexander Ionov — AI

**EP** — I gave it.
Sep 6, 2019, 1:12 PM: Egor Popov

> I appreciate it.
> Sep 6, 2019, 1:12 PM: Alexander Ionov — AI

**EP** — Sasha, can you send me the statistics? How many votes did Cainion get? Who are her nearest rivals and how many [votes] do they have? Is our election campaign kind of unique, are we the first in history?
Sep 6, 2019, 3:09 PM: Egor Popov

**EP**: Call not answered
Sep 6, 2019, 3:20 PM: Egor Popov

**EP**: Sash, Sash!
Sep 6, 2019, 5:56 PM: Egor Popov

**AI**: What?
Sep 6, 2019, 5:56 PM: Alexander Ionov

**EP**: It's a no-go, there's no need to call anyone at night. We aren't submitting the document tomorrow.
Sep 6, 2019, 5:56 PM: Egor Popov

**AI**: [Emoji(s)]
Sep 6, 2019, 5:56 PM: Alexander Ionov

**AI**: Why?
Sep 6, 2019, 5:56 PM: Alexander Ionov

**EP**: The number one is out of the office.
Sep 6, 2019, 5:58 PM: Egor Popov

**EP**: We'll report next week.
Sep 6, 2019, 5:58 PM: Egor Popov

**AI**: Well, in that case, I'll call on Tuesday.
Sep 6, 2019, 6:01 PM: Alexander Ionov

*Monday, September 09, 2019*

**EP**: 1. Vincent James Bamford [PH]. Telex 2503 dated 09/09/2019. [He] receives at the Embassy of the Russian Federation in Washington D.C. The one-year business multiple entry visa from 09/08/2019 to 09/08/2020.
Sep 9, 2019, 12:38 PM: Egor Popov
(Message continues)


**EP**
2. Almalas Asaad Wael [PH]. Telex 2522 dated 09/09/2019. [He] receives at the Embassy of the Russian Federation in Damascus. The two-entries business visa from 09/09/2019 to 09/28/2019.
Sep 9, 2019, 12:38 PM: Egor Popov

I appreciate it.
Sep 9, 2019, 12:45 PM: Alexander Ionov
 **AI**

[Emoji(s)]
Sep 9, 2019, 12:46 PM: Alexander Ionov
 **AI**

Thursday, September 12, 2019

During the election to the 7th District of St. Petersburg, Florida, candidate Eritha Akile Cainion whom we supervise advanced to the second round after winning 24% of votes. The front-runner turned out to be Lisa Wheeler-Bowman, the current District 7 representative who had 57% of votes. The election fundraising campaign founded by Ms. Cainion allowed to raise $15,000, which will enable [sic] both candidates to spend $7,500 each on their respective campaigns. Out of 6,683 electoral votes, 21,5 returned their ballots (refusing to vote). A total of 2,881 voters cast their votes. The total voter turnout in the state was 16.7%.
Florida has been a Republican state for almost 30 years, with 71% being white.
Sep 12, 2019, 11:15 PM: Alexander Ionov
**AI**

Therefore, for the first time ever, a Black candidate off the street passed the first round.
Sep 12, 2019, 11:17 PM: Alexander Ionov
**AI**

Friday, October 11, 2019


**EP**
Listen, didn't we agree [to write] about Butina [PH] next week? Why did you devote the whole report to her?
Oct 11, 2019, 6:34 AM: Egor Popov

You said to write about Jim [PH].
Oct 11, 2019, 6:39 AM: Alexander Ionov
 **AI**





Oct 11, 2019, 6:49 AM: Alexander Ionov — AI

The closest event
Oct 11, 2019, 6:49 AM: Alexander Ionov — AI

is on the 13th.
Oct 11, 2019, 6:50 AM: Alexander Ionov — AI

EP — And when is Paul Willan's [PH] court hearing?
Oct 11, 2019, 7:10 AM: Egor Popov

Supposedly, on the 29th,
Oct 11, 2019, 7:11 AM: Alexander Ionov — AI

if they don't reschedule it.
Oct 11, 2019, 7:11 AM: Alexander Ionov — AI

EP — Is it known what airport she will fly into?
Oct 11, 2019, 8:16 AM: Egor Popov

Media/79168527258@s.whatsapp.net/f/9/f9aea589-88f9-4d71-9d22-60be92c42f3d.opus

[Audio file]
Oct 11, 2019, 8:17 AM: Alexander Ionov 

 I have no links to any published posts on the Donetsk People's Republic delegation trip to Syria. You said RIA News and something else. Can you send [them]?
Oct 11, 2019, 8:37 AM: Egor Popov

https://denis-pushilin.ru/news/denis-pushilin-uchastie-delegatsii-respubliki-v-mezhdunarodnoj-vystavke-v-sirii-otpravnaya-platforma-dlya-rasshireniya-vneshneekonomicheskogo-sotrudnichestva/
Oct 11, 2019, 8:37 AM: Alexander Ionov 

https://ria.ru/20190922/1558971648.html
Oct 11, 2019, 8:38 AM: Alexander Ionov