# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Wednesday, April 29, 2020



Hi, Sash! Will you send the materials for tomorrow's report? We are
submitting [it] tomorrow. I'll be writing [it] myself.
Apr 29, 2020, 9:02 AM: Egor Popov

**EP** If available, send as early as today.
Apr 29, 2020, 9:03 AM: Egor Popov

Hi.
Apr 29, 2020, 9:11 AM: Alexander Ionov


I'll try.
Apr 29, 2020, 9:11 AM: Alexander Ionov


Media/79168527258@s.whatsapp.net/3/8/380f8142-5527-497c-a7db-91e54559008b.webp




Apr 29, 2020, 9:11 AM: Alexander Ionov

I'll get down to it in the afternoon.
Apr 29, 2020, 9:20 PM: Alexander Ionov


Today we [they] released the continents [Materiki].
Apr 29, 2020, 9:20 PM: Alexander Ionov

AI

Thursday, April 30, 2020

EP

Sash, I need to submit the finished document by lunchtime today.
Apr 30, 2020, 4:34 AM: Egor Popov

EP

We have no time.
Apr 30, 2020, 4:35 AM: Egor Popov

EP

Send whatever is available. I did ask for it.
Apr 30, 2020, 4:35 AM: Egor Popov

And why today, anyway?
Apr 30, 2020, 5:00 AM: Alexander Ionov

AI

Today you said that it had to be submitted earlier if it was ready.
Apr 30, 2020, 5:00 AM: Alexander Ionov

AI

EP

Friday, May 1 is not a workday. Today we are turning everything in for
Friday. Didn't I write to you yesterday that the report was due today. I
even asked to send [it] yesterday if available.
Apr 30, 2020, 5:01 AM: Egor Popov

I didn't prepare [it] yesterday, there was a teleconference from
Donetsks [sic].
Apr 30, 2020, 5:02 AM: Alexander Ionov

AI

They wanted to fire Kaban [PH] [boar].
Apr 30, 2020, 5:02 AM: Alexander Ionov

AI

Do you want me to write right now?
Apr 30, 2020, 5:03 AM: Alexander Ionov

AI

In order for you not to panic.
Apr 30, 2020, 5:03 AM: Alexander Ionov

AI

I must have misunderstood you yesterday.
Apr 30, 2020, 5:04 AM: Alexander Ionov

AI

EP

Send [it] as soon as possible. You don't have to provide details for complex topics. Jot down some sort of crap.
Apr 30, 2020, 5:04 AM: Egor Popov

EP

No heroic deeds are expected from us at the moment.
Apr 30, 2020, 5:04 AM: Egor Popov

Why?
Apr 30, 2020, 5:04 AM: Alexander Ionov

AI

Thursday, May 14, 2020

EP

Sash?
May 14, 2020, 12:37 PM: Egor Popov

I'll send [you] the document in the morning.
May 14, 2020, 8:20 PM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/e/2/e2da2dfd-9b89-4e04-938e-1e825ce17537.webp
May 14, 2020, 8:20 PM: Alexander Ionov
(Message continues)

AI



May 14, 2020, 8:20 PM: Alexander Ionov

Friday, May 15, 2020

Media/79168527258@s.whatsapp.net/c/0/c0d03f6b-7446-472c-88bd-c4142d631bb8.mp4

[Video file - See attached]
May 15, 2020, 5:47 AM: Alexander Ionov

Media/79168527258@s.whatsapp.net/1/6/168450ed-cdf1-4353-9661-0c225bb8b807.thumb

Uhuru! It's Ekenge in the Office of Chairman Omali Yeshitela
Here is a link to his video statement
Download [sic] link
https://we.tl/t-g3JCWHvIz4
Please let me know if you have any problems opening.
May 15, 2020, 5:47 AM: Alexander Ionov
(Message continues)



May 15, 2020, 5:47 AM: Alexander Ionov

Hi
May 15, 2020, 5:59 AM: Alexander Ionov

These are complete video addresses for the Donetsk People's Republic [DNR] Day.
May 15, 2020, 5:59 AM: Alexander Ionov

 Hi! How about the material for the report?
May 15, 2020, 6:04 AM: Egor Popov

I'm writing.
May 15, 2020, 6:05 AM: Alexander Ionov

**EP** — I can hardly wait.
May 15, 2020, 6:11 AM: Egor Popov

**EP** — [Emoji(s)]
May 15, 2020, 6:11 AM: Egor Popov

**AI** — https://www.politnavigator.net/borcy-za-prava-chernokozhikh-v-ssha-podderzhali-donbass-amerika-terroristicheskaya-strana.html
May 15, 2020, 7:00 AM: Alexander Ionov

**EP** — So what's the deal, Sash? Well, it's time! You know it! I should have been writing for an hour and a half.  The document needs to be turned in by 12 o'clock!
May 15, 2020, 7:34 AM: Egor Popov

**EP** — Sash?
May 15, 2020, 8:28 AM: Egor Popov

**AI** — 3EB0D73130181BF43BA1
May 15, 2020, 8:35 AM: Alexander Ionov

**EP** — We send this via a chat in Telegram.  Are you crazy? Delete it from here as soon as possible.
May 15, 2020, 8:36 AM: Egor Popov

**AI** — I've deleted it.
May 15, 2020, 8:37 AM: Alexander Ionov

**AI** — Have you sent it?
May 15, 2020, 8:37 AM: Alexander Ionov

**EP** — I've saved it for myself, everything is OK. But next time send it via Telegram, OK?
May 15, 2020, 8:37 AM: Egor Popov

**EP** Thank you for the material!
May 15, 2020, 8:38 AM: Egor Popov

OK.
May 15, 2020, 8:38 AM: Alexander Ionov **AI**

**EP** Please send me the translation of the document from the hotel.
May 15, 2020, 8:43 AM: Egor Popov

OK.
May 15, 2020, 9:00 AM: Alexander Ionov **AI**

**EP** Listen, April 7 is the day when the DNR was created, isn't it?
May 15, 2020, 11:10 AM: Egor Popov

May 11 is the Republic Day.
May 15, 2020, 11:10 AM: Alexander Ionov **AI**

**EP** They sort of celebrate May 11 as Referendum Day?
May 15, 2020, 11:11 AM: Egor Popov

The Republic Day.
May 15, 2020, 11:21 AM: Alexander Ionov **AI**

Monday, May 18, 2020

**EP** Hi, Sash! We'll get the funds for the month today or tomorrow. Have
you done the translation of the paper for the hotel?
May 18, 2020, 8:21 AM: Egor Popov

Hi
May 18, 2020, 8:22 AM: Alexander Ionov **AI**

[I] gave it to Svyatoslav [ICST] for clarification
May 18, 2020, 8:22 AM: Alexander Ionov

AI

Back on Friday
May 18, 2020, 8:22 AM: Alexander Ionov

AI

EP

Please remind [him], [I] really need it! All deadlines have already
passed. We are inquiring about the Human Rights Council [SPCh]
May 18, 2020, 8:23 AM: Egor Popov

EP

As soon as I hear something, I'll let you know
May 18, 2020, 8:23 AM: Egor Popov

All right
May 18, 2020, 8:23 AM: Alexander Ionov

AI

I appreciate it
May 18, 2020, 8:23 AM: Alexander Ionov

AI

EP

Hurry [him] up. I need the document tonight or tomorrow morning at the
latest. If we don't provide a report, they won't give [it] for this month,
because there may be deductions.
May 18, 2020, 8:25 AM: Egor Popov

EP

deductions* ☺
May 18, 2020, 8:25 AM: Egor Popov

Deductions are a bad thing
May 18, 2020, 8:25 AM: Alexander Ionov

AI

I'll hurry [him] up
May 18, 2020, 8:25 AM: Alexander Ionov

AI

**EP** Well, yes, for the hotel, they had allocated more than what you actually spent.
May 18, 2020, 8:26 AM: Egor Popov

It's not that much of a difference anyway
May 18, 2020, 8:26 AM: Alexander Ionov **AI**

There is also a per diem allowance
May 18, 2020, 8:26 AM: Alexander Ionov **AI**

**EP** Well, that one
May 18, 2020, 8:26 AM: Egor Popov

$100?
May 18, 2020, 8:26 AM: Alexander Ionov **AI**

[Emoji(s)]
May 18, 2020, 8:26 AM: Alexander Ionov **AI**

**EP** The per diem allowance is all good
May 18, 2020, 8:26 AM: Egor Popov

**EP** Has your person sorted out the document?
May 18, 2020, 3:16 PM: Egor Popov

I'm waiting
May 18, 2020, 3:24 PM: Alexander Ionov **AI**

He promised
May 18, 2020, 3:24 PM: Alexander Ionov **AI**

[We] managed to get Krasilo[v]a back to Moscow
May 18, 2020, 4:17 PM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/9/d/9d060a29-b628-4e82-9584-66d6fe473d73.doc

The invoice translation

[Document file]
May 18, 2020, 5:40 PM: Alexander Ionov

AI

The invoice translation
May 18, 2020, 5:40 PM: Alexander Ionov

AI

Interest is a progressive scale of taxation
May 18, 2020, 5:41 PM: Alexander Ionov

AI

EP

Listen, even I know that Beverage means drinks
May 18, 2020, 5:43 PM: Egor Popov

I wasn't the one who translated it
May 18, 2020, 5:43 PM: Alexander Ionov

AI

But whoever made the reservation
May 18, 2020, 5:44 PM: Alexander Ionov

AI

I think it's breakfast
May 18, 2020, 5:45 PM: Alexander Ionov

AI

EP

Where is the total charge for the accommodations here?
May 18, 2020, 5:45 PM: Egor Popov

473 euros
May 18, 2020, 5:45 PM: Alexander Ionov

AI

**EP** — But you said you had spent 700
May 18, 2020, 5:46 PM: Egor Popov

Dollars
May 18, 2020, 5:46 PM: Alexander Ionov — **AI**

I paid 700 dollars
May 18, 2020, 5:46 PM: Alexander Ionov — **AI**

Add breakfast to it
May 18, 2020, 5:46 PM: Alexander Ionov — **AI**

And you will get about 620 euros
May 18, 2020, 5:47 PM: Alexander Ionov — **AI**

**EP** — 700 doll[ars] is 641 euros. If we sum up the table,  your
accommodations cost 393 euros
May 18, 2020, 5:47 PM: Egor Popov

At reception she told me 700 dollars
May 18, 2020, 5:47 PM: Alexander Ionov — **AI**

And that's what I paid
May 18, 2020, 5:48 PM: Alexander Ionov — **AI**

You cannot stay at the Sherpton [sic] for a week for 393 euros
May 18, 2020, 5:48 PM: Alexander Ionov — **AI**

My room, including a discount, cost 100 euros plus breakfast
May 18, 2020, 5:48 PM: Alexander Ionov — **AI**

 89 + 89 + 85 + 130 = 393 accommodations
80 - breakfast + meals
May 18, 2020, 5:49 PM: Egor Popov

A room doesn't cost 85 euros
May 18, 2020, 5:49 PM: Alexander Ionov 

 393 + 80 = 473
May 18, 2020, 5:49 PM: Egor Popov

 That's what your translation says. Take a look
May 18, 2020, 5:49 PM: Egor Popov

The tax balance is 132
May 18, 2020, 5:50 PM: Alexander Ionov

Whom did you give it to?
May 18, 2020, 5:51 PM: Alexander Ionov

Where does it say "tax" balance? 132 is the difference between the
debit and the credit. Roughly speaking, your room was reserved by
making a deposit of 605 euros to your account on 01/09/2020.  You
stayed there for 473. The hotel owes 132 to the one who made the
deposit. That's what the net balance is  -  the difference between the
debit and the credit. 605 - 473 = 132
May 18, 2020, 5:53 PM: Egor Popov

That's according to this paper. That's bad, we'll have to charge you, we
really didn't want to do it.
I asked you to get a normal  statement. You brought some sort of
receipt, which is giving us a f*cking headache.
May 18, 2020, 5:55 PM: Egor Popov

Plashek [PH] made the deposit
May 18, 2020, 5:55 PM: Alexander Ionov

In order to reserve a room
May 18, 2020, 5:55 PM: Alexander Ionov

AI

A total of 605 euros was spent
May 18, 2020, 5:55 PM: Alexander Ionov

AI

If the accounting department is full of idiots,
May 18, 2020, 5:56 PM: Alexander Ionov

AI

that's not my fault
May 18, 2020, 5:56 PM: Alexander Ionov

AI

EP

It doesn't matter who made the deposit. At reception, you could have
gotten a certificate after the statement. They write one number there -
the cost of staying at the hotel. That's it.
May 18, 2020, 5:56 PM: Egor Popov

Actually, I don't care
May 18, 2020, 5:56 PM: Alexander Ionov

AI

I'm leaving as of June
May 18, 2020, 5:56 PM: Alexander Ionov

AI

Therefore, deduct
May 18, 2020, 5:56 PM: Alexander Ionov

AI

As much as you want
May 18, 2020, 5:56 PM: Alexander Ionov

AI

It's expected
May 18, 2020, 5:56 PM: Alexander Ionov

AI

**EP** So you are the one who screwed up, but we are to blame for it, right?))
May 18, 2020, 5:57 PM: Egor Popov

I have never to screw up [sic] anywhere
May 18, 2020, 5:57 PM: Alexander Ionov
**AI**

[I] have never screwed up
May 18, 2020, 5:57 PM: Alexander Ionov
**AI**

Either I work poorly and have to run everywhere for free
May 18, 2020, 5:57 PM: Alexander Ionov
**AI**

Or why [am I not] the right one?
May 18, 2020, 5:58 PM: Alexander Ionov
**AI**

**EP** Listen, according to this document, it turns out  the way I've described.
Do you disagree?
May 18, 2020, 5:58 PM: Egor Popov

And no one gives a fuck about the fact that a hotel can't be booked
without any debit
May 18, 2020, 5:58 PM: Alexander Ionov
**AI**

Since those who are issuing to me haven't even been to Berlin
May 18, 2020, 5:58 PM: Alexander Ionov
**AI**

**EP** Well, everything is correct. Some debit was deposited, you lived for 473,
 out of which the net cost of the accommodations without meals is 393.
That's the amount we'll compensate. It's based on the document you
have provided. Where am I wrong?
May 18, 2020, 6:00 PM: Egor Popov

I paid 700 dollars
May 18, 2020, 6:01 PM: Alexander Ionov
**AI**

Breakfast was paid for separately
May 18, 2020, 6:01 PM: Alexander Ionov

AI

If it doesn't come up [sic], it's OK
May 18, 2020, 6:01 PM: Alexander Ionov

AI

It's a complete mess asking me about the trip that took place five months ago
May 18, 2020, 6:01 PM: Alexander Ionov

AI

So deduct if you want to
May 18, 2020, 6:02 PM: Alexander Ionov

AI

You can take everything if you like
May 18, 2020, 6:02 PM: Alexander Ionov

AI

I'm already sick and tired of it
May 18, 2020, 6:02 PM: Alexander Ionov

AI

EP

Don't blackmail me by saying you will leave. If you have decided to do something, announce it to AB.
May 18, 2020, 6:03 PM: Egor Popov

All right. I'll call him tomorrow
May 18, 2020, 6:03 PM: Alexander Ionov

AI

I'm not blackmailing anyone
May 18, 2020, 6:03 PM: Alexander Ionov

AI

Nor have I ever done so. If I work badly, it means I haven't grown to your level yet. Perhaps, you need better people.
May 18, 2020, 6:04 PM: Alexander Ionov

AI



**EP** Any arguments of yours on any questions come down to this. That's blackmail.
May 18, 2020, 6:04 PM: Egor Popov

Therefore, there is no blackmail of any sort here
May 18, 2020, 6:04 PM: Alexander Ionov      **AI**

Wait
May 18, 2020, 6:04 PM: Alexander Ionov      **AI**

But have we the closed question [sic]?
May 18, 2020, 6:04 PM: Alexander Ionov      **AI**

Have we closed it?
May 18, 2020, 6:04 PM: Alexander Ionov      **AI**

**EP** Which one?
May 18, 2020, 6:04 PM: Egor Popov

You told me that I worked badly and that the question was open
May 18, 2020, 6:04 PM: Alexander Ionov      **AI**

Has something changed?
May 18, 2020, 6:05 PM: Alexander Ionov      **AI**

Now a question has come up regarding the funds
May 18, 2020, 6:05 PM: Alexander Ionov      **AI**

that were appropriated five months ago
May 18, 2020, 6:05 PM: Alexander Ionov      **AI**

**EP** — Well, yes, we are closing [it] now.
May 18, 2020, 6:05 PM: Egor Popov

**AI** — So I told you, "Deduct"; we are in total disagreement, anyway
May 18, 2020, 6:05 PM: Alexander Ionov

**AI** — Therefore, there is no blackmail of any sort
May 18, 2020, 6:06 PM: Alexander Ionov

**EP** — What disagreement?
May 18, 2020, 6:06 PM: Egor Popov

**AI** — Work-related
May 18, 2020, 6:06 PM: Alexander Ionov

**EP** — What disagreement? I told you that lately, you had gotten worse at preparing documents and had been sending them later. You started spending less time on our work in a week. Basically, only Friday morning.
Then [I] asked [you] to translate a document, in which nothing is clear. Yes, we are closing [it] now. Because the accounting department and secretariat were not working. Everyone was in quarantine and away for personal reasons. What's not right?
May 18, 2020, 6:09 PM: Egor Popov

**AI** — Do we really have to discuss it on WhatsApp
May 18, 2020, 6:09 PM: Alexander Ionov

**AI** — ?
May 18, 2020, 6:09 PM: Alexander Ionov

**EP** — You started threatening to leave, since we don't appreciate you and underpay you.  A normal, meaningful conversation
May 18, 2020, 6:09 PM: Egor Popov



**EP** — Nah, that's it, let's finish this conversation. I agree. Let's wait for you to talk to AB tomorrow.
May 18, 2020, 6:10 PM: Egor Popov

**AI** — With regard to work, I've explained everything to you. I spend more time on it, and Friday mornings  -  on progress review. You disagree with me, that's your right.
May 18, 2020, 6:11 PM: Alexander Ionov

**AI** — I still need to work
May 18, 2020, 6:11 PM: Alexander Ionov

**AI** — I'm not Ramzan.  Allah doesn't give me any money
May 18, 2020, 6:11 PM: Alexander Ionov

**AI** — I earn it all on my own, and I've never asked you for any help with my work.
Good evening
May 18, 2020, 6:12 PM: Alexander Ionov

**EP** — Good [evening]
May 18, 2020, 6:14 PM: Egor Popov

**AI** — Media/79168527258@s.whatsapp.net/e/c/ec8a1d8a-8f9d-4166-adcb-349471cb4dbb.webp
May 18, 2020, 6:14 PM: Alexander Ionov
(Message continues)



May 18, 2020, 6:14 PM: Alexander Ionov

Tuesday, May 19, 2020

Hi
May 19, 2020, 7:32 AM: Alexander Ionov

AI

AB said that we should get treated for PMS and told me not to bother him
May 19, 2020, 7:32 AM: Alexander Ionov

AI

I'm passing his words on to you
May 19, 2020, 7:32 AM: Alexander Ionov

AI

EP [Emoji(s)]
May 19, 2020, 7:32 AM: Egor Popov



Hi!
May 19, 2020, 7:32 AM: Egor Popov



As far as I know, there is no treatment for PMS ))
May 19, 2020, 7:33 AM: Egor Popov

I still don't understand what has happened. Because I call AB the other week and ask how things are and if everything is OK, and he says everything is fucking awesome. Then you start being difficult
May 19, 2020, 7:33 AM: Alexander Ionov



Media/79168527258@s.whatsapp.net/0/5/0587a791-e690-4f8b-89aa-4e9bd9399d47.webp





May 19, 2020, 7:33 AM: Alexander Ionov

We work fine
May 19, 2020, 7:34 AM: Alexander Ionov

Every week we are in touch with the chinks
May 19, 2020, 7:34 AM: Alexander Ionov

AI

There is a bunch of spam from them every day,  with invitations to
conferences etc.
May 19, 2020, 7:34 AM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/7/3/730e4e6f-0ce1-4eb9-974d-
a504148cde5c.jpg
May 19, 2020, 7:35 AM: Alexander Ionov
(Message continues)

AI



10:34

**+14042077491** ~CINC Gazi
Показать настройки...

ЧТ 01:07

lol so I got something to run by you. We
need servers for an app we gonna make
that's gonna cause a lot problems.
ЧТ 01:10

which servers? write how we can
cooperate?
ЧТ 01:11

Need a server to run backend
processing(Nosql database, and real-time
access from a front end client to pull
request) we can cooperate by you hosting
the apps backend.
ЧТ 01:16

ВОСКРЕСЕНЬЕ

I will consult with the programmer
ВС 20:27

Новое сообщение

May 19, 2020, 7:35 AM: Alexander Ionov



Media/79168527258@s.whatsapp.net/8/c/8caaf7b1-5136-4fcc-882a-33aa388eda34.jpg



May 19, 2020, 7:38 AM: Alexander Ionov



Well, yes. Everything is OK
May 19, 2020, 7:39 AM: Egor Popov



Where did you get the idea that we had problems?
May 19, 2020, 7:39 AM: Egor Popov

You have no problems
May 19, 2020, 7:39 AM: Alexander Ionov

You have a problem working with me
May 19, 2020, 7:39 AM: Alexander Ionov

AI

As I understand
May 19, 2020, 7:39 AM: Alexander Ionov

AI

But as I see it,  there are no such problems
May 19, 2020, 7:40 AM: Alexander Ionov

AI

That's why I offered to leave
May 19, 2020, 7:40 AM: Alexander Ionov

AI

Because every hour and [every] day, I'm not willing to sit and bust my fucking ass on public topics instead of working.
May 19, 2020, 7:40 AM: Alexander Ionov

AI

I think I'm spending enough time
May 19, 2020, 7:41 AM: Alexander Ionov

AI

If it were [19]37, you'd easily shoot me, but we have democracy now
May 19, 2020, 7:41 AM: Alexander Ionov

AI

EP

Well, all right, if that's the case, it's great. I told you what I had started noticing.
May 19, 2020, 7:41 AM: Egor Popov

Media/79168527258@s.whatsapp.net/b/9/b9ec6135-6f88-4d50-9a7d-03034ea83c31.jpg
May 19, 2020, 7:42 AM: Alexander Ionov
(Message continues)

AI



May 19, 2020, 7:42 AM: Alexander Ionov

Media/79168527258@s.whatsapp.net/3/2/325ead9a-f1cf-4196-ae61-dde5b2b76fa5.jpg



May 19, 2020, 7:43 AM: Alexander Ionov



That's not our topic, Sash♂
May 19, 2020, 7:44 AM: Egor Popov

Media/79168527258@s.whatsapp.net/4/5/45b966fd-7da8-4b9a-80cb-748c563fd072.jpg
May 19, 2020, 7:44 AM: Alexander Ionov
(Message continues)

10:44

**Jiant WitaJay**
Был(-а) в сети 10 ч. назад
09 МАЯ, 20:00

Uhuru(Freedom,

You are invited to a Zoom webinar.
When: May 9, 2020 01:00 PM
Pacific Time (US and Canada)
Topic: They Say Stimulus! We Say
Reparations!

Register in advance for
this webinar:
https://us02web.zoom.us/webinar/
register/
WN_FREczkSyQimO0sX8q6MgDw

After registering, you will receive a
confirmation email containing
information about joining the
webinar.



AFRICAN PEOPLE'S SOCIALIST PARTY
WESTERN REGIONAL WEBINAR
MAY 9TH, 2020 1PM PDT/4PM EDT
Featured Speaker
CHAIRMAN OMALI YESHITELA
**THEY SAY STIMULUS!
WE SAY REPARATIONS!**
**FIGHT THE WAR**
**WITH ORGANIZATION!**
#THE PEOPLE'S WAR AGAINST COLONIAL

**Welcome! You are invited to join a
webinar: They Say Stimulus! We
Say Reparations!. After registerin...**
us02web.zoom.us

Aa

May 19, 2020, 7:44 AM: Alexander Ionov

Media/79168527258@s.whatsapp.net/9/c/9ca85ffe-8add-4588-867a-20e9b29c99fa.jpg



May 19, 2020, 7:44 AM: Alexander Ionov

Everyone is working
May 19, 2020, 7:44 AM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/e/9/e9257009-de3f-4476-ada3-
2d3e736fb8fb.jpg
May 19, 2020, 7:45 AM: Alexander Ionov
(Message continues)

AI



May 19, 2020, 7:45 AM: Alexander Ionov

EP  All right, all right. I hope I was wrong!
May 19, 2020, 7:45 AM: Egor Popov

Media/79168527258@s.whatsapp.net/1/4/146be99b-5fa0-4d6d-be98-91e96e22ecdc.webp 



May 19, 2020, 7:45 AM: Alexander Ionov

Media/79168527258@s.whatsapp.net/b/9/b9da5a87-7657-4796-86fc-be2b8b7365b7.jpg  AI
May 19, 2020, 7:45 AM: Alexander Ionov
(Message continues)





Everyone is sending [to me]
May 19, 2020, 7:46 AM: Alexander Ionov

AI

Also they are calling and giving [me] all kinds of crap at two in the morning
May 19, 2020, 7:46 AM: Alexander Ionov

AI

Especially Sara or Joe
May 19, 2020, 7:46 AM: Alexander Ionov

AI

When they are railing at  Yes California
May 19, 2020, 7:46 AM: Alexander Ionov

AI

EP

Yes, yes, I see. Don't slow down. Because you are sending documents late, you aren't describing really good events in glowing terms.  A different impression is being formed.  And the 50k, which I thought we agreed you'd be using to support our "colleagues"-- is it going "there"?)
May 19, 2020, 7:50 AM: Egor Popov

Unfortunately
May 19, 2020, 7:51 AM: Alexander Ionov

AI

More is going there
May 19, 2020, 7:51 AM: Alexander Ionov

AI

It's too little
May 19, 2020, 7:52 AM: Alexander Ionov

AI

EP

All right, there are no questions
May 19, 2020, 7:55 AM: Egor Popov

EP

[Emoji(s)]
May 19, 2020, 7:55 AM: Egor Popov

Media/79168527258@s.whatsapp.net/c/c/cc52dac2-4478-4181-a44e-53d24f8129b1.webp

AI



May 19, 2020, 7:57 AM: Alexander Ionov

Media/79168527258@s.whatsapp.net/4/b/4bfdca9e-d4df-4ba6-ab88-d75a58602203.webp

May 19, 2020, 7:57 AM: Alexander Ionov
(Message continues)

AI



May 19, 2020, 7:57 AM: Alexander Ionov

Thursday, May 21, 2020

Can you send the material for the report as early as tonight? Tomorrow will already be too late.
May 21, 2020, 6:43 AM: Egor Popov

OK
May 21, 2020, 6:43 AM: Alexander Ionov

Friday, May 22, 2020

Why is imperialism not working again? We really need it 👆
May 22, 2020, 8:09 AM: Egor Popov

hi again
May 22, 2020, 2:14 PM: Alexander Ionov

I'll come over on Monday)
May 22, 2020, 2:15 PM: Alexander Ionov

AI

**EP**
OK ☺
May 22, 2020, 2:16 PM: Egor Popov

Monday, May 25, 2020

**EP**
Hi! Will you come over today?
May 25, 2020, 7:02 AM: Egor Popov

Hi
May 25, 2020, 11:18 AM: Alexander Ionov

AI

How late can I [come]?
May 25, 2020, 11:18 AM: Alexander Ionov

AI

**EP**
Let's do it before 17:00. I'll leave after that
May 25, 2020, 11:19 AM: Egor Popov

In that case, I'll be there in about an hour
May 25, 2020, 11:25 AM: Alexander Ionov

AI

**EP**
[Emoji(s)]
May 25, 2020, 11:26 AM: Egor Popov

My friend will give me a ride
May 25, 2020, 11:26 AM: Alexander Ionov

AI

**EP**
But where shall we talk? I need one more document from you. Where
will you be writing? Everything is closed around there.
May 25, 2020, 11:30 AM: Egor Popov

EP **The friend will watch us talking by the 'office'? No, that doesn't work.**
May 25, 2020, 11:30 AM: Egor Popov

EP **Come over in your own [car]. If not today, then tomorrow. Why hurry?**
May 25, 2020, 11:31 AM: Egor Popov

EP **You can even come over next week. You have two months to pick it up**
May 25, 2020, 11:31 AM: Egor Popov

Nah, nah
May 25, 2020, 11:32 AM: Alexander Ionov
AI

We'll step away
May 25, 2020, 11:32 AM: Alexander Ionov
AI

I have already left
May 25, 2020, 11:32 AM: Alexander Ionov
AI

He will park
May 25, 2020, 11:32 AM: Alexander Ionov
AI

I will cross the road
May 25, 2020, 11:32 AM: Alexander Ionov
AI

EP ♂
May 25, 2020, 11:33 AM: Egor Popov

Media/79168527258@s.whatsapp.net/b/c/bcd86785-6cbb-46cf-933c-
82682ba8afb7.jpg
May 25, 2020, 12:32 PM: Alexander Ionov
(Message continues)
AI



May 25, 2020, 12:32 PM: Alexander Ionov

Let's meet right here at 15:50.  Will you make it?
May 25, 2020, 12:34 PM: Egor Popov

 EP

Media/79168527258@s.whatsapp.net/8/2/82e24723-20da-47cb-ade3-
c6303d6f84b0.jpg



May 25, 2020, 12:34 PM: Egor Popov

 EP

You can enter like this
May 25, 2020, 12:35 PM: Egor Popov



Media/79168527258@s.whatsapp.net/4/2/42aa8c99-57e8-4de1-832c-
b0dd508c247b.jpg



May 25, 2020, 12:35 PM: Egor Popov

Yes
May 25, 2020, 12:35 PM: Alexander Ionov

I'm already almost here
May 25, 2020, 12:35 PM: Alexander Ionov

AI

That's a treasure map
May 25, 2020, 12:37 PM: Alexander Ionov

AI

[Emoji(s)]
May 25, 2020, 12:37 PM: Alexander Ionov

AI

EP

Media/79168527258@s.whatsapp.net/c/e/ce48ce53-a70c-46ff-8296-55dcabff89a9.webp



May 25, 2020, 12:37 PM: Egor Popov

EP

Have you reached our tower?
May 25, 2020, 12:42 PM: Egor Popov

Almost
May 25, 2020, 12:42 PM: Alexander Ionov

AI

The security checkpoint
May 25, 2020, 12:42 PM: Alexander Ionov

AI

I'm here
May 25, 2020, 1:02 PM: Alexander Ionov

AI

EP

I'm running. Is it available there?
May 25, 2020, 1:02 PM: Egor Popov

Yes
May 25, 2020, 1:02 PM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/3/a/3a63f232-bdc6-4e8f-922a-ae2311aa6904.jpg
May 25, 2020, 1:02 PM: Alexander Ionov
(Message continues)

AI



May 25, 2020, 1:02 PM: Alexander Ionov

How delightful! What a beautiful spot ☺
May 25, 2020, 1:04 PM: Egor Popov

EP

Did you like the duckies?
May 25, 2020, 1:06 PM: Egor Popov

Stop teasing me
May 25, 2020, 1:06 PM: Alexander Ionov

AI