# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Sunday, June 07, 2020

I have some awesome news
Jun 7, 2020, 10:18 AM: Alexander Ionov


Carry out a big campaign at night
Jun 7, 2020, 10:18 AM: Alexander Ionov


Media/79168527258@s.whatsapp.net/3/f/3fe5e628-2b47-49fa-af41-2ad554212afc.webp



Jun 7, 2020, 10:18 AM: Alexander Ionov

> **The Americans are writing about me**
> Jun 7, 2020, 10:42 AM: Alexander Ionov
— AI

> **They are saying [he] is posting his photos on Facebook**
> Jun 7, 2020, 10:42 AM: Alexander Ionov
— AI

> **What an asshole**
> Jun 7, 2020, 10:42 AM: Alexander Ionov
— AI

EP — **Who is writing? What photos?**
Jun 7, 2020, 10:44 AM: Egor Popov

> **The Institute of Democracy**
> Jun 7, 2020, 10:47 AM: Alexander Ionov
— AI

> **And CNN**
> Jun 7, 2020, 10:47 AM: Alexander Ionov
— AI

> **It's like, why the fuck is he posting photos**
> Jun 7, 2020, 10:47 AM: Alexander Ionov
— AI

EP — **Give [me] the link**
Jun 7, 2020, 10:48 AM: Egor Popov

> **https://igtds.org/2020/06/u-s-protests-are-backed-by-russian-pressure-group-cnn-disclosed-in-ghana/**
> Jun 7, 2020, 10:50 AM: Alexander Ionov
— AI

> **There is nothing interesting there**
> Jun 7, 2020, 10:50 AM: Alexander Ionov
— AI


Media/79168527258@s.whatsapp.net/3/7/3703cd9b-9fdb-4722-85e7-085b8e5a8323.webp



Jun 7, 2020, 10:50 AM: Alexander Ionov


[They] looked at my post on the Internet
Jun 7, 2020, 10:50 AM: Alexander Ionov


And at my friends from Uhuru
Jun 7, 2020, 10:51 AM: Alexander Ionov


And confirmed that we were quoting verified data
Jun 7, 2020, 10:51 AM: Alexander Ionov

Thursday, June 11, 2020


Sash, we need a list of all the black movements and alliances with which [we] worked
Jun 11, 2020, 6:18 AM: Egor Popov

**EP:** [Emoji(s)]
Jun 11, 2020, 6:28 AM: Egor Popov

**AI:** In an hour
Jun 11, 2020, 6:48 AM: Alexander Ionov

**AI:** I'm sleeping
Jun 11, 2020, 6:48 AM: Alexander Ionov

**EP:** Call [me] when you wake up. I have some questions
Jun 11, 2020, 7:00 AM: Egor Popov

**AI:** I did call
Jun 11, 2020, 9:39 AM: Alexander Ionov

**AI:** By the way
Jun 11, 2020, 9:39 AM: Alexander Ionov

**EP:** I saw. Send me the list of the black organizations. About 10 items. Just jot down the names. I need it right now
Jun 11, 2020, 10:26 AM: Egor Popov

**AI:** Check the previous report
Jun 11, 2020, 11:12 AM: Alexander Ionov

**AI:** There is a list of 20 organizations there
Jun 11, 2020, 11:12 AM: Alexander Ionov

**EP:** But where, I've rummaged through everything
Jun 11, 2020, 11:12 AM: Egor Popov



> There are even Jewish organizations there
> Jun 11, 2020, 11:15 AM: Alexander Ionov

AI