# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Thursday, March 01, 2018

Oh, holy mother, oh, holy father,
What do you think you are doing, Yegor? Cross yourself!
But the formidable commander, oprichnik Yegor,
Seethes in the wind and grins:
'Oh, you idiots, dumbasses, your shame
Is too great to fit into this doghouse.'
The fearsome Tsar Iosif's faithful dog, Yegor,
Rides on into a happy life.
We dismantle the old, to hell with it,
New faith will go off - hit the dirt!
Mar 1, 2018, 11:00 AM: Alexander Ionov — AI

Media/79774917332@s.whatsapp.net/4/6/46efc7a9-5caf-4944-8e21-350494e08957.jpg — AI

The Anti-Globalization Movement of Russia



Mar 1, 2018, 11:05 AM: Alexander Ionov

> **We have nothing to do with it whatsoever**
> Mar 1, 2018, 11:06 AM: Alexander Ionov — AI

> **[Emoji(s)]**
> Mar 1, 2018, 11:06 AM: Alexander Ionov — AI

> **They did it all themselves**
> Mar 1, 2018, 11:06 AM: Alexander Ionov — AI