# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



Monday, June 18, 2018

**Domestic policy**

Media/79774917332@s.whatsapp.net/4/e/4e083eb4-b425-4386-91d7-1d9a44a2e67f.docx

[See attached]
Jun 18, 2018, 7:50 PM: Alexander Ionov — AI

Photos of round tables for example.
Jun 18, 2018, 7:50 PM: Alexander Ionov — AI

By the way, in my penultimate report, I wrote about the joint picketing with RT
Jun 18, 2018, 7:51 PM: Alexander Ionov — AI

by the Ukrainian Embassy
Jun 18, 2018, 7:51 PM: Alexander Ionov — AI

That's regarding me not giving anything. I actually give a lot.
Jun 18, 2018, 7:51 PM: Alexander Ionov — AI

Media/79774917332@s.whatsapp.net/1/9/19d78d3b-7cec-4a7b-af90-3c1adc9ed6d3.jpg
Jun 18, 2018, 7:53 PM: Alexander Ionov
(Message continues) — AI




Jun 18, 2018, 7:53 PM: Alexander Ionov

Media/79774917332@s.whatsapp.net/f/7/f765f568-513a-4976-85b3-545feae2d406.jpg



Jun 18, 2018, 7:53 PM: Alexander Ionov

Media/79774917332@s.whatsapp.net/b/5/b5a0a1b6-6ea0-4c1f-a8b5-1853a122ac3a.jpg
Jun 18, 2018, 7:53 PM: Alexander Ionov
(Message continues)





Jun 18, 2018, 7:53 PM: Alexander Ionov

Media/79774917332@s.whatsapp.net/6/8/68676a60-26bf-417a-baf6-c39c5552a987.jpg



Jun 18, 2018, 7:53 PM: Alexander Ionov

Media/79774917332@s.whatsapp.net/a/2/a2f66e65-2f25-4396-9b68-9cd3afe9bc8f.jpg

Jun 18, 2018, 7:53 PM: Alexander Ionov
(Message continues)



Jun 18, 2018, 7:53 PM: Alexander Ionov

Media/79774917332@s.whatsapp.net/1/9/190faff6-ca35-441a-a56c-ca6e1fb76e24.jpg



Jun 18, 2018, 7:53 PM: Alexander Ionov

Media/79774917332@s.whatsapp.net/1/b/1bdb442f-7755-426c-80d7-40dd5ebf1378.jpg

Jun 18, 2018, 7:53 PM: Alexander Ionov
(Message continues)



Jun 18, 2018, 7:53 PM: Alexander Ionov — AI

That's from May 24
Jun 18, 2018, 7:53 PM: Alexander Ionov — AI

through June 10
Jun 18, 2018, 7:53 PM: Alexander Ionov — AI

The events that were held
Jun 18, 2018, 7:53 PM: Alexander Ionov — AI

Sunday, July 01, 2018

Is it OK?
Jul 1, 2018, 2:11 PM: Alexander Ionov — AI

AS — Yeah))
Jul 1, 2018, 2:11 PM: Aleksei Sukhodolov

Yegor, for some reason
Jul 1, 2018, 2:11 PM: Alexander Ionov — AI

> **Got upset**
> Jul 1, 2018, 2:11 PM: Alexander Ionov — AI

> **Totally**
> Jul 1, 2018, 2:11 PM: Alexander Ionov — AI

> AS — **Let them show a clown ))**
> Jul 1, 2018, 2:11 PM: Aleksei Sukhodolov

> AS — **It's Sunday. It's just that football [soccer] is on.**
> Jul 1, 2018, 2:12 PM: Aleksei Sukhodolov

> **I'll be calling you tomorrow**
> Jul 1, 2018, 2:22 PM: Alexander Ionov — AI

> AS — **OK**
> Jul 1, 2018, 2:25 PM: Aleksei Sukhodolov

> **Hurraaaaaaah!!!!! Russia!!!!!**
> Jul 1, 2018, 4:51 PM: Alexander Ionov — AI

> AS — **Hurrah!!!!**
> Jul 1, 2018, 5:03 PM: Aleksei Sukhodolov

Sunday, July 08, 2018

> **Media/79774917332@s.whatsapp.net/4/4/442dde07-a8ad-4c76-aa47-d38477f46d14.jpg**
> Jul 8, 2018, 9:29 AM: Alexander Ionov
> (Message continues) — AI



Jul 8, 2018, 9:29 AM: Alexander Ionov

[Emoji(s)]
Jul 8, 2018, 9:30 AM: Alexander Ionov

**AS** [Emoji(s)]
Jul 8, 2018, 9:30 AM: Aleksei Sukhodolov

New chevrons
Jul 8, 2018, 9:30 AM: Alexander Ionov **AI**

**AS** Fun stuff
Jul 8, 2018, 9:30 AM: Aleksei Sukhodolov

Shit
Jul 8, 2018, 9:30 AM: Alexander Ionov **AI**

Ours lost yesterday
Jul 8, 2018, 9:30 AM: Alexander Ionov **AI**

[We] need to declare mourning
Jul 8, 2018, 9:31 AM: Alexander Ionov **AI**

Three days
Jul 8, 2018, 9:31 AM: Alexander Ionov **AI**

**AS** Fuck them
Jul 8, 2018, 9:31 AM: Aleksei Sukhodolov

You are evil
Jul 8, 2018, 9:31 AM: Alexander Ionov **AI**

♂
Jul 8, 2018, 9:31 AM: Alexander Ionov **AI**



Media/79774917332@s.whatsapp.net/9/4/9467bac2-3f3b-484e-9bc1-e88b6a9baf07.jpg

Jul 8, 2018, 9:31 AM: Alexander Ionov

I'm at work because of this soccer [football].
Jul 8, 2018, 9:31 AM: Aleksei Sukhodolov

Hahaha
Jul 8, 2018, 9:31 AM: Alexander Ionov

It serves you right
Jul 8, 2018, 9:31 AM: Alexander Ionov