# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Wednesday, September 26, 2018

 By the way
Sep 26, 2018, 4:15 PM: Alexander Ionov  AI

 It's our anniversary in October
Sep 26, 2018, 4:15 PM: Alexander Ionov  AI

 Five years
Sep 26, 2018, 4:15 PM: Alexander Ionov  AI

 of being in business
Sep 26, 2018, 4:15 PM: Alexander Ionov  AI

 [Emoji(s)]
Sep 26, 2018, 4:15 PM: Alexander Ionov  AI

 AS   Cool! We have to celebrate!
Sep 26, 2018, 4:16 PM: Aleksei Sukhodolov 

 Yes!
Sep 26, 2018, 4:16 PM: Alexander Ionov  AI

Friday, April 19, 2019

Media/79774917332@s.whatsapp.net/d/1/d134f90b-cf70-423c-8204-7f74ccfccc9e.thumb

  AI

https://politexpert.net/149058-ionov-prokommentiroval-davlenie-na-
Apr 19, 2019, 12:33 PM: Alexander Ionov
(Message continues)

 serbiyu-so-storony-zapada [https://politexpert.net/149058-ionov-commented on-pressure- on-Serbia-from-the West]   AI



Apr 19, 2019, 12:33 PM: Alexander Ionov

AS  45…
Apr 19, 2019, 4:49 PM: Aleksei Sukhodolov 

 What is 45
Apr 19, 2019, 4:49 PM: Alexander Ionov   AI

AS  Years old. The woman is as fresh as a berry again.
Apr 19, 2019, 4:49 PM: Aleksei Sukhodolov