# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| Message Date/Time - UTC+00:00 (yyyy/MM/dd) | Message Direction | Sender | Receiver | Message | Translation/Local Media Path |
|---|---|---|---|---|---|
| 2018/03/01 11:00:01 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Ох, святая мать, ох, святой отец,<br>Что ж ты делаешь, Егор? Перекрестись!<br>А грозный командир, опричник Егор,<br>Кипит на ветру, ухмыляется:<br>«Ах вы дураки, мудачье, позор<br>Ваш в эту конуру не вмещается.»<br>Верный пес царя грозного Иосифа,<br>Скачет Егор в счастливую жизнь.<br>Старое к чертовой сносим мы,<br>Новая вера рванет — ложись ! | Oh, holy mother, oh, holy father,<br>What do you think you are doing, Yegor? Cross yourself!<br>But the formidable commander, oprichnik Yegor,<br>Seethes in the wind and grins:<br>'Oh, you idiots, dumbasses, your shame<br>Is too great to fit into this doghouse.'<br>The fearsome Tsar Iosif's faithful dog, Yegor,<br>Rides on into a happy life.<br>We dismantle the old, to hell with it,<br>New faith will go off - hit the dirt! |
| 2018/03/01 11:05:51 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Media/79774917332@s.whatsapp.net/4/6/46efc7a9-5caf-4944-8e21-350494e08957.jpg | Media/79774917332@s.whatsapp.net/4/6/46efc7a9-5caf-4944-8e21-350494e08957.jpg<br><br>The Anti-Globalization Movement of Russia |
| 2018/03/01 11:06:10 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Мы вообще не при чем | We have nothing to do with it whatsoever |
| 2018/03/01 11:06:12 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | [Emoji(s)] | [Emoji(s)] |
| 2018/03/01 11:06:21 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Они все сами сделали | They did it all themselves |
| 2018/06/18 19:50:27 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Внутренняя политика<br>Media/79774917332@s.whatsapp.net/4/e/4e083eb4-b425-4386-91d7-1d9a44a2e67f.docx | Domestic policy<br>Media/79774917332@s.whatsapp.net/4/e/4e083eb4-b425-4386-91d7-1d9a44a2e67f.docx<br>[See attached] |
| 2018/06/18 19:50:46 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Фото круглых столов для примера | Photos of round tables for example. |
| 2018/06/18 19:51:08 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Кстати, я в позапрошлом отчете писал о пикете совместном с РТ | By the way, in my penultimate report, I wrote about the joint picketing with RT |
| 2018/06/18 19:51:13 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | У посольства Украины | by the Ukrainian Embassy |
| 2018/06/18 19:51:29 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Это к слову про то что я ничего не даю, очень даже даю | That's regarding me not giving anything. I actually give a lot. |
| 2018/06/18 19:53:11 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Media/79774917332@s.whatsapp.net/1/9/19d78d3b-7cec-4a7b-af90-3c1adc9ed6d3.jpg | Media/79774917332@s.whatsapp.net/1/9/19d78d3b-7cec-4a7b-af90-3c1adc9ed6d3.jpg |

| Date/Time | Direction | From | To | Message | Translation |
|---|---|---|---|---|---|
| 2018/06/18 19:53:12 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Media/79774917332@s.whatsapp.net/f/7/f765f568-513a-4976-85b3-545feae2d406.jpg | Media/79774917332@s.whatsapp.net/f/7/f765f568-513a-4976-85b3-545feae2d406.jpg |
| 2018/06/18 19:53:13 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Media/79774917332@s.whatsapp.net/b/5/b5a0a1b6-6ea0-4c1f-a8b5-1853a122ac3a.jpg | Media/79774917332@s.whatsapp.net/b/5/b5a0a1b6-6ea0-4c1f-a8b5-1853a122ac3a.jpg |
| 2018/06/18 19:53:14 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Media/79774917332@s.whatsapp.net/6/8/68676a60-26bf-417a-baf6-c39c5552a987.jpg | Media/79774917332@s.whatsapp.net/6/8/68676a60-26bf-417a-baf6-c39c5552a987.jpg |
| 2018/06/18 19:53:15 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Media/79774917332@s.whatsapp.net/a/2/a2f66e65-2f25-4396-9b68-9cd3afe9bc8f.jpg | Media/79774917332@s.whatsapp.net/a/2/a2f66e65-2f25-4396-9b68-9cd3afe9bc8f.jpg |
| 2018/06/18 19:53:16 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Media/79774917332@s.whatsapp.net/1/9/190faff6-ca35-441a-a56c-ca6e1fb76e24.jpg | Media/79774917332@s.whatsapp.net/1/9/190faff6-ca35-441a-a56c-ca6e1fb76e24.jpg |
| 2018/06/18 19:53:17 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Media/79774917332@s.whatsapp.net/1/b/1bdb442f-7755-426c-80d7-40dd5ebf1378.jpg | Media/79774917332@s.whatsapp.net/1/b/1bdb442f-7755-426c-80d7-40dd5ebf1378.jpg |
| 2018/06/18 19:53:25 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Это с 24 мая | That's from May 24 |
| 2018/06/18 19:53:29 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | По 10 июня | through June 10 |
| 2018/06/18 19:53:35 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Мероприятия которые были | The events that were held |
| 2018/07/01 14:11:06 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Нормально? | Is it OK? |

| | | | | | |
|---|---|---|---|---|---|
| 2018/07/01 14:11:36 | Incoming | Aleksei Sukhodolov | Alexander Ionov | Ага)) | Yeah)) |
| 2018/07/01 14:11:41 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Егор там что тот | Yegor, for some reason |
| 2018/07/01 14:11:49 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Обиделся | Got upset |
| 2018/07/01 14:11:57 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Совсем | Totally |
| 2018/07/01 14:11:58 | Incoming | Aleksei Sukhodolov | Alexander Ionov | Пусть покажут клоуна)) | Let them show a clown )) |
| 2018/07/01 14:12:20 | Incoming | Aleksei Sukhodolov | Alexander Ionov | Воскресенье. Футбол идёт просто. | It's Sunday. It's just that football [soccer] is on. |
| 2018/07/01 14:22:20 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Я завтра буду звонить тебе | I'll be calling you tomorrow |
| 2018/07/01 14:25:22 | Incoming | Aleksei Sukhodolov | Alexander Ionov | Ок | OK |
| 2018/07/01 16:51:47 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Уррааааааа!!!!!Россия!!!!! | Hurraaaaaaah!!!!! Russia!!!!! |
| 2018/07/01 17:03:08 | Incoming | Aleksei Sukhodolov | Alexander Ionov | Ура!!!! | Hurrah!!!! |
| 2018/07/08 09:29:57 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Media/79774917332@s.whatsapp.net/4/4/442dde07-a8ad-4c76-aa47-d38477f46d14.jpg | Media/79774917332@s.whatsapp.net/4/4/442dde07-a8ad-4c76-aa47-d38477f46d14.jpg |
| 2018/07/08 09:30:03 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | [Emoji(s)] | [Emoji(s)] |
| 2018/07/08 09:30:23 | Incoming | Aleksei Sukhodolov | Alexander Ionov | [Emoji(s)] | [Emoji(s)] |
| 2018/07/08 09:30:25 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Новые шевроны | New chevrons |
| 2018/07/08 09:30:32 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | [Emoji(s)] | |
| 2018/07/08 09:30:40 | Incoming | Aleksei Sukhodolov | Alexander Ionov | Забавно | Fun stuff |
| 2018/07/08 09:30:46 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Бля | Shit |
| 2018/07/08 09:30:53 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Вчера наши проиграли | Ours lost yesterday |
| 2018/07/08 09:31:03 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Надо объявить траур | [We] need to declare mourning |
| 2018/07/08 09:31:05 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Три дня | Three days |
| 2018/07/08 09:31:07 | Incoming | Aleksei Sukhodolov | Alexander Ionov | Хер с ними | Fuck them |
| 2018/07/08 09:31:11 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Злой ты | You are evil |
| 2018/07/08 09:31:14 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | 😂 | 😂 |
| 2018/07/08 09:31:22 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Media/79774917332@s.whatsapp.net/9/4/9467bac2-3f3b-484e-9bc1-e88b6a9baf07.jpg | Media/79774917332@s.whatsapp.net/9/4/9467bac2-3f3b-484e-9bc1-e88b6a9baf07.jpg |
| 2018/07/08 09:31:48 | Incoming | Aleksei Sukhodolov | Alexander Ionov | Из-за этого футбола я на работе | I'm at work because of this soccer [football]. |
| 2018/07/08 09:31:55 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Ах ахахх | Hahaha |
| 2018/07/08 09:31:59 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Так тебе и надо | It serves you right |
| 2018/09/26 16:15:15 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Кстати | By the way |
| 2018/09/26 16:15:25 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | В октябре у нас юбилей | It's our anniversary in October |
| 2018/09/26 16:15:29 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | 5 лет | Five years |
| 2018/09/26 16:15:31 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Работы | of being in business |
| 2018/09/26 16:15:35 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | [Emoji(s)] | [Emoji(s)] |
| 2018/09/26 16:16:07 | Incoming | Aleksei Sukhodolov | Alexander Ionov | Круто! Надо отметить | Cool! We have to celebrate! |
| 2018/09/26 16:16:11 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Да! | Yes! |

| Date | Direction | From | To | Message (original) | Message (translation) |
|---|---|---|---|---|---|
| 2019/04/19 12:33:17 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Media/79774917332@s.whatsapp.net/d/1/d134f90b-cf70-423c-8204-7f74ccfccc9e.thumb<br><br>https://politexpert.net/149058-ionov-prokommentiroval-davlenie-na-serbiyu-so-storony-zapada | Media/79774917332@s.whatsapp.net/d/1/d134f90b-cf70-423c-8204-7f74ccfccc9e.thumb<br><br>https://politexpert.net/149058-ionov-prokommentiroval-davlenie-na-serbiyu-so-storony-zapada [https://politexpert.net/149058-ionov-commented on-pressure- on-Serbia-from-the West] |
| 2019/04/19 16:49:08 | Incoming | Aleksei Sukhodolov | Alexander Ionov | 45… | 45… |
| 2019/04/19 16:49:19 | Outgoing | Alexander Ionov | Aleksei Sukhodolov | Что такое 45 | What is 45 |
| 2019/04/19 16:49:58 | Incoming | Aleksei Sukhodolov | Alexander Ionov | Лет. Баба ягодка опять | Years old. The woman is as fresh as a berry again. |