# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Friday, June 28, 2019

**So I have the elections**
Jun 28, 2019, 9:14 PM: Alexander Ionov — AI

**46%**
Jun 28, 2019, 9:14 PM: Alexander Ionov — AI

**On exit polls**
Jun 28, 2019, 9:14 PM: Alexander Ionov — AI

AS — **Did she lose?**
Jun 28, 2019, 9:14 PM: Aleksei Sukhodolov

**No**
Jun 28, 2019, 9:15 PM: Alexander Ionov — AI

**They are on August 26**
Jun 28, 2019, 9:15 PM: Alexander Ionov — AI

**I think the black female will make it through**
Jun 28, 2019, 9:15 PM: Alexander Ionov — AI

AS — **Ah... It would be good**
Jun 28, 2019, 9:15 PM: Aleksei Sukhodolov

**For sure**
Jun 28, 2019, 9:15 PM: Alexander Ionov — AI

**I do consulting every week**
Jun 28, 2019, 9:15 PM: Alexander Ionov — AI

 We'll be doing our best
Jun 28, 2019, 9:15 PM: Alexander Ionov 

 Go ahead
Jun 28, 2019, 9:15 PM: Aleksei Sukhodolov 

 We're doing our best
Jun 28, 2019, 9:16 PM: Alexander Ionov