# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

.ıll MTS RUS  LTE　　　11:38　　　74 %
dslib.net

*61:05-1/47*

ВОРОНЕЖСКИЙ ГОСУДАРСТВЕННЫЙ ТЕХНИЧЕСКИЙ УНИВЕРСИТЕТ

На правах рукописи

СУХОДОЛОВ Алексей Борисович

ФОРМИРОВАНИЕ, МОРФОЛОГИЯ И НЕКОТОРЫЕ СВОЙСТВА МИКРОСКОПИЧЕСКИХ ФРАКТАЛЬНЫХ АГРЕГАТОВ КОБАЛЬТА И СЕРЕБРА

Специальность 01.04.07 – Физика конденсированного состояния

ДИССЕРТАЦИЯ

на соискание ученой степени кандидата
физико-математических наук

Научный руководитель
заслуженный деятель науки РФ,
доктор технических наук,
профессор  Золотухин И.В.

Воронеж - 2004

dsLib.net
библиотека диссертаций

. канд. физ.-мат. наук : 01.04.07 :
, 61:05-1/47

..ıl MTS RUS LTE    11:38    74 %
dslib.net

61:05-1/47

# VORONEZH STATE TECHNICAL UNIVERSITY

Manuscript Copyright

Aleksey Borisovich SUKHODOLOV

FORMIROVANIYE, MORFOLOGIYA I NEKOTORYYE SVOYSTVA MIKROSKOPICHESKIKH FRAKTALNYKH AGREGATOV KOBALTA I SEREBRA [FORMATION, MORPHOLOGY, AND SOME PROPERTIES OF MICROSCOPIC COBALT AND SILVER FRACTAL AGGREGATES]

Specialty    01.04.07 –    Condensed State Physics

## DISSERTATION

[handwritten signature]

submitted in support of the requirements for a Candidate of Sciences Degree in Physical and Mathematical Sciences

Academic Advisor

Meritorious Scientist of the Russian Federation, Doctor of Technical Sciences, Professor I. V. Zolotukhin

Voronezh  - 2004

dsLib.net
Dissertation library

. Cand . Phys . Math . Sciences : 01.04.07 : , 61:05-1/47