# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Friday, June 28, 2019

**AM** Hi!
Jun 28, 2019, 7:14 AM: Aleksey Mityagin

**AM** It's time for me to bug you for a little bit) sorry))
Jun 28, 2019, 7:14 AM: Aleksey Mityagin

**AM** Who's Pe[n]ny Hes[s]?
Jun 28, 2019, 7:14 AM: Aleksey Mityagin

Hi. **AI**
Jun 28, 2019, 7:15 AM: Alexander Ionov

Penny **AI**
Jun 28, 2019, 7:15 AM: Alexander Ionov

It's a she **AI**
Jun 28, 2019, 7:15 AM: Alexander Ionov

**AM** That's not bad already))
Jun 28, 2019, 7:15 AM: Aleksey Mityagin

You could say, she's Uhuru's chief of staff **AI**
Jun 28, 2019, 7:15 AM: Alexander Ionov

**AM** I'm writing instead of Yegor right now.
Jun 28, 2019, 7:15 AM: Aleksey Mityagin

**AM** Oh... I got it. I'll figure out what to call her.
Jun 28, 2019, 7:16 AM: Aleksey Mityagin

> **She doesn't have a position as such.**
> Jun 28, 2019, 7:16 AM: Alexander Ionov
>
> AI

> **She's the third person in the organization**
> Jun 28, 2019, 7:16 AM: Alexander Ionov
>
> AI

AM
> **Got it.**
> Jun 28, 2019, 7:16 AM: Aleksey Mityagin

AM
> **OK. I'll be asking more questions later)**
> Jun 28, 2019, 7:16 AM: Aleksey Mityagin

> **Okay**
> Jun 28, 2019, 7:16 AM: Alexander Ionov
>
> AI

AM
> **Can I call her the secretary of Uhuru's organizing committee?**
> Jun 28, 2019, 7:18 AM: Aleksey Mityagin

> **Chief of staff sounds cooler))), otherwise, you can**
> Jun 28, 2019, 7:18 AM: Alexander Ionov
>
> AI

AM
> **I'll write down 'Chief of staff'.**
> Jun 28, 2019, 7:18 AM: Aleksey Mityagin

AM
> **When is the election in Florida?**
> Jun 28, 2019, 7:19 AM: Aleksey Mityagin

> **It says there)**
> Jun 28, 2019, 7:19 AM: Alexander Ionov
>
> AI

**August 26**
Jun 28, 2019, 7:19 AM: Alexander Ionov — AI

**Uh-huh. Thank you**
Jun 28, 2019, 7:19 AM: Aleksey Mityagin — AM

**Does that mean it's the head of the municipal council election? Or the city council.**
Jun 28, 2019, 7:21 AM: Aleksey Mityagin — AM

**Or the deputy from the 7th district of the city council**
Jun 28, 2019, 7:21 AM: Aleksey Mityagin — AM

**The city one.**
Jun 28, 2019, 7:21 AM: Alexander Ionov — AI

**Are they electing the head or the deputy?**
Jun 28, 2019, 7:21 AM: Aleksey Mityagin — AM

**Deputies**
Jun 28, 2019, 7:22 AM: Alexander Ionov — AI

**I got you**
Jun 28, 2019, 7:22 AM: Aleksey Mityagin — AM

**What media outlets covered the rallies in Boston and Philadelphia?**
Jun 28, 2019, 11:21 AM: Aleksey Mityagin — AM

**None**
Jun 28, 2019, 11:26 AM: Alexander Ionov — AI

**AM** The US mass media ignored it?
Jun 28, 2019, 11:33 AM: Aleksey Mityagin

Yes
Jun 28, 2019, 11:34 AM: Alexander Ionov **AI**

It's Iran after all
Jun 28, 2019, 11:34 AM: Alexander Ionov **AI**

**AM** One can say that the authorities censored these rallies?
Jun 28, 2019, 11:34 AM: Aleksey Mityagin

Yes
Jun 28, 2019, 11:34 AM: Alexander Ionov **AI**

**AM** Ok
Jun 28, 2019, 11:34 AM: Aleksey Mityagin

**AM** Do you want to hear something funny?
Jun 28, 2019, 11:39 AM: Aleksey Mityagin

Yes
Jun 28, 2019, 11:39 AM: Alexander Ionov **AI**

Is it good
Jun 28, 2019, 11:39 AM: Alexander Ionov **AI**

?
Jun 28, 2019, 11:39 AM: Alexander Ionov **AI**



**AM** — The little boss called Kolen [PH] in and told him to tell me to call Yegor [ICST] to tell him to  call the little boss!
Jun 28, 2019, 11:40 AM: Aleksey Mityagin

**AI** — Yesterday AB called in panic
Jun 28, 2019, 11:40 AM: Alexander Ionov

**AI** — I won't go into detail
Jun 28, 2019, 11:40 AM: Alexander Ionov

**AI** — but it's ))))) there
Jun 28, 2019, 11:41 AM: Alexander Ionov

**AM** — I'm fucking shocked by such organizational processes.
Jun 28, 2019, 11:41 AM: Aleksey Mityagin

**AM** — Yes, he is in… Working hard
Jun 28, 2019, 11:41 AM: Aleksey Mityagin

**AI** — Congratulations on regaining consciousness)
Jun 28, 2019, 11:41 AM: Alexander Ionov

**AM** — Well, I regained consciousness a long time ago. Three years or so.  But I have to feed my family, and I  have four years before I can retire)
Jun 28, 2019, 11:41 AM: Aleksey Mityagin

**AI** — I can't retire for another 30
Jun 28, 2019, 11:42 AM: Alexander Ionov

**AI** — that's why
Jun 28, 2019, 11:42 AM: Alexander Ionov

I'm in a worse position
Jun 28, 2019, 11:42 AM: Alexander Ionov                                AI

AM  That's exactly why I suck it up )
Jun 28, 2019, 11:42 AM: Aleksey Mityagin

AM  And comfort myself with the fact that I have only four years to go)
Jun 28, 2019, 11:43 AM: Aleksey Mityagin

It'll pass
Jun 28, 2019, 11:44 AM: Alexander Ionov                                AI

AM  Tell me who Eritha is. Is she a human rights activist, a mistress of Hess,
or just an activist?
Jun 28, 2019, 2:28 PM: Aleksey Mityagin

AM  How much money was collected through crowd funding campaigns?
Was 450 bucks enough to organize a headquarters, agitation materials,
etc.?  Or [was it taken] out of the total?
Jun 28, 2019, 2:28 PM: Aleksey Mityagin

Media/79852722667@s.whatsapp.net/1/b/1b997de9-4393-4d82-b6b2-
e204257858c8.opus

[Audio file]

She is quite a  famous human rights advo--[cate], well, not a human
rights advocate per se, she is just an activist. She ran video blogs at all        AI
the events. She constantly gave speeches, being one of the leaders for
the black movement Black is Back Coalition uhm… in the south, well,
that is Florida. So she often travels to various conferences. Plus, she is
… a board member of uhm… the U.S. African Women's Union. It's
called something like that.  So she is a famous activist like that.
Jun 28, 2019, 2:29 PM: Alexander Ionov

Media/79852722667@s.whatsapp.net/2/9/29bc8fa2-88f0-4876-a128-
97870bdfa93a.opus                                                      AI

Jun 28, 2019, 2:29 PM: Alexander Ionov
(Message continues)

[Audio file]

I alone sent 450. As for how much was collected in total, I don't know. I know that in those uhm… events I participated in, in the marathons, a minimum of uhm… one and a half was collected from each over there. Plus, they also collected at the paid conferences they arranged. I think that they… collected around 20 or 30 thousand dollars for sure. At a minimum.
Jun 28, 2019, 2:29 PM: Alexander Ionov

 AI

 AM

Regarding the reaction after Sara's [PH] interview. What was the reaction? Everyone went fucking crazy, someone even shit their pants? Be more specific, maybe a hashtag of some sort emerged or something like that.
Jun 28, 2019, 2:29 PM: Aleksey Mityagin

Media/79852722667@s.whatsapp.net/d/6/d65b3ebe-3abc-4c00-b3a5-80d6cb15cdb1.opus

[Audio file]

I alone sent 450…but I do not know how much was collected in total. I know that during those, um, events I participated in, in marathons, they were collecting, um, at least one and a half from-from each person. In addition, they were also collecting at the conferences they organized, those you had to pay for. I think that they…collected, um, about 20-30 thousand dollars over there, for sure. At a minimum.
Jun 28, 2019, 2:31 PM: Alexander Ionov

AI

 AM

I see.
Jun 28, 2019, 2:37 PM: Aleksey Mityagin

 AM

Thank you)
Jun 28, 2019, 2:37 PM: Aleksey Mityagin

 AM

Do you know what percentage of residents supports Eritha?
Jun 28, 2019, 2:39 PM: Aleksey Mityagin

Penny speaks about 46%
Jun 28, 2019, 2:44 PM: Alexander Ionov

AI



**AM**

Uh-huh.

Jun 28, 2019, 2:51 PM: Aleksey Mityagin

Media/79852722667@s.whatsapp.net/2/3/23424a3a-c4fb-4584-bb63-
62818e2c4a85.jpg

**AI**





Jun 28, 2019, 9:03 PM: Alexander Ionov

Wednesday, July 03, 2019

Hi

Jul 3, 2019, 6:45 AM: Alexander Ionov

**AI**

What's up?
Jul 3, 2019, 6:46 AM: Alexander Ionov

I'm going downtown right now
Jul 3, 2019, 6:46 AM: Alexander Ionov

Hi!
Jul 3, 2019, 6:46 AM: Aleksey Mityagin

I'll be in the vicinity of Ilinka till 12:30
Jul 3, 2019, 6:46 AM: Alexander Ionov

I can stop by
Jul 3, 2019, 6:46 AM: Alexander Ionov

I'm on Varsonofyevskiy Pereulok [ICST]  [Varsonofevski Lane]
Jul 3, 2019, 6:46 AM: Aleksey Mityagin

Someplace
Jul 3, 2019, 6:46 AM: Alexander Ionov

Actually, I'll be available in about 40 minutes
Jul 3, 2019, 6:46 AM: Aleksey Mityagin

I have a meeting at 11:30
Jul 3, 2019, 6:47 AM: Alexander Ionov

I'll be heading out by then
Jul 3, 2019, 6:47 AM: Alexander Ionov

I'll call you
Jul 3, 2019, 6:47 AM: Alexander Ionov

AI

When I head out
Jul 3, 2019, 6:47 AM: Alexander Ionov

AI

AM

Okay. I'll be waiting for you.
Jul 3, 2019, 6:47 AM: Aleksey Mityagin

Thank you
Jul 3, 2019, 6:48 AM: Alexander Ionov

AI

AM

Take the papers with you, too. It seems like there must be three of
them, right?
Jul 3, 2019, 7:06 AM: Aleksey Mityagin

But we agreed that I'd give them to Yegor.
Jul 3, 2019, 7:07 AM: Alexander Ionov

AI

15
Jul 3, 2019, 7:07 AM: Alexander Ionov

AI

AM

I don't care for the most part. It's just that Borisych [PH] mentioned
three papers... He might ask. ... I don't insist.
Jul 3, 2019, 7:19 AM: Aleksey Mityagin

Don't worry
Jul 3, 2019, 7:19 AM: Alexander Ionov

AI

If he asks, tell [him] that I said I'd give [them] to Yegor.
Jul 3, 2019, 7:19 AM: Alexander Ionov

AI

I'll only get one tonight.
Jul 3, 2019, 7:20 AM: Alexander Ionov

AI

But I always give them away on time.
Jul 3, 2019, 7:20 AM: Alexander Ionov

AI

[Emoji(s)]
Jul 3, 2019, 7:20 AM: Alexander Ionov

AI

AM

No problem
Jul 3, 2019, 7:33 AM: Aleksey Mityagin

AM

The roubles are burning my thigh), or rather, scorching))
Jul 3, 2019, 7:35 AM: Aleksey Mityagin

[Emoji(s)]
Jul 3, 2019, 7:37 AM: Alexander Ionov

AI

Why
Jul 3, 2019, 7:37 AM: Alexander Ionov

AI

AM

I feel like spending ) I'm 150k short for an apartment)
Jul 3, 2019, 7:59 AM: Aleksey Mityagin

But how about the Negroes?
Jul 3, 2019, 8:03 AM: Alexander Ionov

AI

[Emoji(s)]
Jul 3, 2019, 8:03 AM: Alexander Ionov

AI

[Emoji(s)]
Jul 3, 2019, 8:03 AM: Alexander Ionov — AI

[Emoji(s)]
Jul 3, 2019, 8:03 AM: Alexander Ionov — AI

[Emoji(s)]
Jul 3, 2019, 8:03 AM: Alexander Ionov — AI

AM — The Negroes?
Jul 3, 2019, 8:03 AM: Aleksey Mityagin

Yes
Jul 3, 2019, 8:04 AM: Alexander Ionov — AI

AM — From all appearances, I don't understand what it is about))), so that's why I'm short)))
Jul 3, 2019, 8:04 AM: Aleksey Mityagin

Media/79852722667@s.whatsapp.net/b/a/ba87a8f4-9b0e-4813-a13c-e72f96d9fe5e.webp
Jul 3, 2019, 8:04 AM: Alexander Ionov
(Message continues) — AI



Jul 3, 2019, 8:04 AM: Alexander Ionov

AI

Media/79852722667@s.whatsapp.net/5/f/5f555333-2d88-4b8b-b399-9a02d10f9e99.webp

Jul 3, 2019, 8:04 AM: Alexander Ionov
(Message continues)

AI



Jul 3, 2019, 8:04 AM: Alexander Ionov

AI

AM

**The last decent sticker [sic]**
Jul 3, 2019, 8:05 AM: Aleksey Mityagin

Media/79852722667@s.whatsapp.net/a/4/a4cdb419-1131-49d6-b4c2-
d333384fd5b7.webp
Jul 3, 2019, 8:05 AM: Alexander Ionov
(Message continues)

AI



Jul 3, 2019, 8:05 AM: Alexander Ionov

**AM** Did you call? I was in the basement.
Jul 3, 2019, 8:41 AM: Aleksey Mityagin

**AM** The connection is back on now.
Jul 3, 2019, 8:42 AM: Aleksey Mityagin

Yes
Jul 3, 2019, 8:47 AM: Alexander Ionov     AI

I'm on Ilinka
Jul 3, 2019, 8:47 AM: Alexander Ionov     AI

Where can I catch you?
Jul 3, 2019, 8:47 AM: Alexander Ionov     AI

Media/79852722667@s.whatsapp.net/4/b/4b024012-8cea-4f87-8f1f-09e43cdfeaaa.webp

AI



Jul 3, 2019, 8:47 AM: Alexander Ionov

AM

On Varsonofyevskiy.
Jul 3, 2019, 8:47 AM: Aleksey Mityagin

AM

Or I can drop in…
Jul 3, 2019, 8:47 AM: Aleksey Mityagin

AM

I'm on a motorcycle.
Jul 3, 2019, 8:47 AM: Aleksey Mityagin

If you could stop by the tpp,
Jul 3, 2019, 8:48 AM: Alexander Ionov

AI

it would be awesome
Jul 3, 2019, 8:48 AM: Alexander Ionov

AI

It's just that I will take longer by car
Jul 3, 2019, 8:48 AM: Alexander Ionov

AI

Media/79852722667@s.whatsapp.net/2/d/2dfeba65-93a2-4f3e-9003-
ec5d0831bb40.webp

AI



Jul 3, 2019, 8:48 AM: Alexander Ionov

AM

So where do I go and is there a place where I can park there?
Jul 3, 2019, 8:49 AM: Aleksey Mityagin

AM

What is TPP?
Jul 3, 2019, 8:49 AM: Aleksey Mityagin

Ilinka
Jul 3, 2019, 8:49 AM: Alexander Ionov

AI

3/8
Jul 3, 2019, 8:49 AM: Alexander Ionov

AI

Where the Chamber of Commerce and Industry is
Jul 3, 2019, 8:49 AM: Alexander Ionov

AI

AM

OK. What's the landmark? To make sure I don't miss it. After all, I'll fly
on a motorcycle at 200..
Jul 3, 2019, 8:49 AM: Aleksey Mityagin

Oh you
Jul 3, 2019, 8:50 AM: Alexander Ionov

AI

AM

That doesn't tell me anything)
Jul 3, 2019, 8:50 AM: Aleksey Mityagin

AM

All right, I'll check the map right now.
Jul 3, 2019, 8:50 AM: Aleksey Mityagin

Media/79852722667@s.whatsapp.net/6/0/601477e9-91ef-44c4-9659-
71f3a48c329a.thumb
Jul 3, 2019, 8:50 AM: Alexander Ionov
(Message continues)

AI



Jul 3, 2019, 8:50 AM: Alexander Ionov

And if it's like this?)
Jul 3, 2019, 8:50 AM: Alexander Ionov



I see, before GUM [State Department Store], after the Kitay-Gorod police department
Jul 3, 2019, 8:51 AM: Aleksey Mityagin

I'll be right there.
Jul 3, 2019, 8:51 AM: Aleksey Mityagin

You can go
Jul 3, 2019, 8:51 AM: Alexander Ionov

Straight to OMVD [Department of the Ministry of Internal Affairs]
Jul 3, 2019, 8:51 AM: Alexander Ionov

AI

Pull into their parking lot
Jul 3, 2019, 8:51 AM: Alexander Ionov

AI

AM

I'll try.
Jul 3, 2019, 8:51 AM: Aleksey Mityagin

It would be a sin for you not to drive by
Jul 3, 2019, 8:53 AM: Alexander Ionov

AI

[Emoji(s)]
Jul 3, 2019, 8:53 AM: Alexander Ionov

AI

It's open
Jul 3, 2019, 8:53 AM: Alexander Ionov

AI

Send a message once you arrive
Jul 3, 2019, 8:54 AM: Alexander Ionov

AI

I appreciate it
Jul 3, 2019, 8:54 AM: Alexander Ionov

AI

AM

I'm here
Jul 3, 2019, 9:01 AM: Aleksey Mityagin

Three minutes
Jul 3, 2019, 9:02 AM: Alexander Ionov

AI

**AM** ??)
Jul 3, 2019, 9:12 AM: Aleksey Mityagin

**AM** I have 5% battery charge left…
Jul 3, 2019, 9:12 AM: Aleksey Mityagin

I'm on my way out
Jul 3, 2019, 9:12 AM: Alexander Ionov **AI**

I'm waiting for the elevator
Jul 3, 2019, 9:12 AM: Alexander Ionov **AI**

**AM** [Emoji(s)]
Jul 3, 2019, 9:12 AM: Aleksey Mityagin