# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.



Date Identified: _____

Date Admitted: _____

Friday, April 03, 2020

**AM**  Hi
Apr 3, 2020, 7:34 AM: Aleksey Mityagin

**AM**  A few questions.
Apr 3, 2020, 7:34 AM: Aleksey Mityagin

**AM**  What is inPDUM?
Apr 3, 2020, 7:34 AM: Aleksey Mityagin

**AM**  Who are Nevelski [PH] and Hess?
Apr 3, 2020, 7:35 AM: Aleksey Mityagin

**AM**  When was the radio broadcast?
Apr 3, 2020, 7:35 AM: Aleksey Mityagin

Hi.
Apr 3, 2020, 7:52 AM: Alexander Ionov                    AI

Uhuru
Apr 3, 2020, 7:52 AM: Alexander Ionov                    AI

The Black Movement, Uhuru branch
Apr 3, 2020, 7:53 AM: Alexander Ionov                    AI

Three days ago
Apr 3, 2020, 7:53 AM: Alexander Ionov                    AI

AM  OK. Thank you)
Apr 3, 2020, 7:58 AM: Aleksey Mityagin

Media/79852722667@s.whatsapp.net/5/0/509864b5-bb13-4bf9-bc94-
12402438d531.webp                                        AI
Apr 3, 2020, 7:59 AM: Alexander Ionov
(Message continues)



Apr 3, 2020, 7:59 AM: Alexander Ionov

AI

**AM** What does it stand for?
Apr 3, 2020, 7:59 AM: Aleksey Mityagin

You can't be serious
Apr 3, 2020, 8:00 AM: Alexander Ionov

AI

That is Uhuru
Apr 3, 2020, 8:00 AM: Alexander Ionov

AI

**AM** Uh-huh.
Apr 3, 2020, 8:00 AM: Aleksey Mityagin

Media/79852722667@s.whatsapp.net/f/7/f73ef472-1962-4b28-b6bb-
Apr 3, 2020, 8:02 AM: Alexander Ionov
(Message continues)

AI

a92c04a01964.opus

[Audio file]

It is translated as the International People [sic] Democracy [sic] Uhuru
Movement. It means the International People's Democratic Uhuru
Movement.

Apr 3, 2020, 8:02 AM: Alexander Ionov





Fire)

Apr 3, 2020, 8:02 AM: Aleksey Mityagin



Thanks

Apr 3, 2020, 8:02 AM: Aleksey Mityagin

Media/79852722667@s.whatsapp.net/5/7/5756c508-0eb0-48c3-892d-
df70e045f98e.webp



Apr 3, 2020, 8:02 AM: Alexander Ionov

AM
I'm trying to figure it out. Uhuru's resident is Kalambayi. And who is
Yeshitela - Chairman?
Apr 3, 2020, 8:44 AM: Aleksey Mityagin

AM
President, not resident.
Apr 3, 2020, 8:48 AM: Aleksey Mityagin

AM
That's it, I figured it out.
Apr 3, 2020, 8:52 AM: Aleksey Mityagin

You see how it is
Apr 3, 2020, 8:53 AM: Alexander Ionov
AI

AM
I have a question. The nature of interaction with Shaki Boi [PH]… Are
they ADR inform[ation] partners?
Apr 3, 2020, 3:35 PM: Aleksey Mityagin

AM
Does he represent Fars News in the Russian Federation [RF] or in
Tehran?
Apr 3, 2020, 3:35 PM: Aleksey Mityagin

Yes, I've known him since [20]13, I even brought him to Moscow
Apr 3, 2020, 3:35 PM: Alexander Ionov
AI

He is the Head of the Fars International Department
Apr 3, 2020, 3:35 PM: Alexander Ionov
AI

AM
I don't doubt it)
Apr 3, 2020, 3:36 PM: Aleksey Mityagin

AM
Is he in the Russian Federation?
Apr 3, 2020, 3:36 PM: Aleksey Mityagin



In Tehran



Apr 3, 2020, 3:36 PM: Alexander Ionov



Media/79852722667@s.whatsapp.net/9/8/9896759d-d5db-4e5b-ac75-
85b8aebc6050.webp
Apr 3, 2020, 3:36 PM: Alexander Ionov



How did you start interacting with him?
Apr 3, 2020, 3:36 PM: Aleksey Mityagin



I'm being asked weird questions… I'm trying to find answers))
Apr 3, 2020, 3:36 PM: Aleksey Mityagin



So he turns out to be an ADR information partner or what?
Apr 3, 2020, 3:37 PM: Aleksey Mityagin



I gave a press conference in Fars in 2013
Apr 3, 2020, 3:37 PM: Alexander Ionov

We met there
Apr 3, 2020, 3:37 PM: Alexander Ionov

We are friends
Apr 3, 2020, 3:37 PM: Alexander Ionov

Besides, he provides informational support
Apr 3, 2020, 3:38 PM: Alexander Ionov

OK
Apr 3, 2020, 3:38 PM: Aleksey Mityagin

Friday, April 24, 2020

Hi.
Apr 24, 2020, 2:21 PM: Aleksey Mityagin

Could you tell me, approximately, how many people come to Uhuru
every week?
Apr 24, 2020, 2:21 PM: Aleksey Mityagin

Every week it varies from 5 to 15
Apr 24, 2020, 2:36 PM: Alexander Ionov

More or less
Apr 24, 2020, 2:36 PM: Alexander Ionov

OK. Thanks.
Apr 24, 2020, 2:42 PM: Aleksey Mityagin