# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| Message Date/Time - UTC+00:00 (yyyy/MM/dd) | Message Direction | Sender | Receiver | Message | Translation/Local Media Path |
|---|---|---|---|---|---|
| 2019/06/28 07:14:16 | Incoming | Aleksey Mityagin | Alexander Ionov | Привет! | Hi! |
| 2019/06/28 07:14:32 | Incoming | Aleksey Mityagin | Alexander Ionov | Настала пора мне тебя подвергать чуток) извини)) | It's time for me to bug you for a little bit) sorry)) |
| 2019/06/28 07:14:59 | Incoming | Aleksey Mityagin | Alexander Ionov | Кто такой пени хес | Who's Pe[n]ny Hes[s]? |
| 2019/06/28 07:15:13 | Outgoing | Alexander Ionov | Aleksey Mityagin | Привет | Hi. |
| 2019/06/28 07:15:16 | Outgoing | Alexander Ionov | Aleksey Mityagin | Пенни | Penny |
| 2019/06/28 07:15:19 | Outgoing | Alexander Ionov | Aleksey Mityagin | Это она | It's a she |
| 2019/06/28 07:15:33 | Incoming | Aleksey Mityagin | Alexander Ionov | Это уже неплохо)) | That's not bad already)) |
| 2019/06/28 07:15:48 | Outgoing | Alexander Ionov | Aleksey Mityagin | Можно сказать, что руководит аппаратом Ухуру | You could say, she's Uhuru's chief of staff |
| 2019/06/28 07:15:53 | Incoming | Aleksey Mityagin | Alexander Ionov | Вместо Егора пишу щас. | I'm writing instead of Yegor right now. |
| 2019/06/28 07:16:15 | Incoming | Aleksey Mityagin | Alexander Ionov | А... Понял придумаю как обозвать. | Oh... I got it. I'll figure out what to call her. |
| 2019/06/28 07:16:26 | Outgoing | Alexander Ionov | Aleksey Mityagin | Как таковой должности нет | She doesn't have a position as such. |
| 2019/06/28 07:16:33 | Outgoing | Alexander Ionov | Aleksey Mityagin | Третий человек в структуре | She's the third person in the organization |
| 2019/06/28 07:16:43 | Incoming | Aleksey Mityagin | Alexander Ionov | Понял | Got it. |
| 2019/06/28 07:16:53 | Incoming | Aleksey Mityagin | Alexander Ionov | Ок. Буду потом ещё вопросы задавать) | OK. I'll be asking more questions later) |
| 2019/06/28 07:16:57 | Outgoing | Alexander Ionov | Aleksey Mityagin | Оке | Okay |
| 2019/06/28 07:18:06 | Incoming | Aleksey Mityagin | Alexander Ionov | Ее можно назвать секретарь оргкомитета ухуру? | Can I call her the secretary of Uhuru's organizing committee? |
| 2019/06/28 07:18:32 | Outgoing | Alexander Ionov | Aleksey Mityagin | Руководитель аппарата звучит круче))) а так можно | Chief of staff sounds cooler))), otherwise, you can |
| 2019/06/28 07:18:45 | Incoming | Aleksey Mityagin | Alexander Ionov | Напишу руководитель аппарата | I'll write down 'Chief of staff'. |
| 2019/06/28 07:19:20 | Incoming | Aleksey Mityagin | Alexander Ionov | Когда выборы во Флориде? | When is the election in Florida? |
| 2019/06/28 07:19:32 | Outgoing | Alexander Ionov | Aleksey Mityagin | Там написано) | It says there) |
| 2019/06/28 07:19:37 | Outgoing | Alexander Ionov | Aleksey Mityagin | 26 августа | August 26 |
| 2019/06/28 07:19:56 | Incoming | Aleksey Mityagin | Alexander Ionov | Ага. Спасибо | Uh-huh. Thank you |
| 2019/06/28 07:21:12 | Incoming | Aleksey Mityagin | Alexander Ionov | Это значит выборы главы муниципального совета? Или городского совета. | Does that mean it's the head of the municipal council election? Or the city council. |
| 2019/06/28 07:21:30 | Incoming | Aleksey Mityagin | Alexander Ionov | Или депутат от 7 района горсовета | Or the deputy from the 7th district of the city council |
| 2019/06/28 07:21:31 | Outgoing | Alexander Ionov | Aleksey Mityagin | Городского | The city one. |
| 2019/06/28 07:21:46 | Incoming | Aleksey Mityagin | Alexander Ionov | Выбирают главу или депутата? | Are they electing the head or the deputy? |
| 2019/06/28 07:22:00 | Outgoing | Alexander Ionov | Aleksey Mityagin | Депутатов | Deputies |
| 2019/06/28 07:22:07 | Incoming | Aleksey Mityagin | Alexander Ionov | Пинял | I got you |
| 2019/06/28 11:21:13 | Incoming | Aleksey Mityagin | Alexander Ionov | Какие СМИ осветили акции в Бостоне и Филадельфии? | What media outlets covered the rallies in Boston and Philadelphia? |
| 2019/06/28 11:26:20 | Outgoing | Alexander Ionov | Aleksey Mityagin | Не было | None |
| 2019/06/28 11:33:55 | Incoming | Aleksey Mityagin | Alexander Ionov | Проигнорировали Американске СМИ? | The US mass media ignored it? |
| 2019/06/28 11:34:18 | Outgoing | Alexander Ionov | Aleksey Mityagin | Да | Yes |
| 2019/06/28 11:34:20 | Outgoing | Alexander Ionov | Aleksey Mityagin | Иран же | It's Iran after all |
| 2019/06/28 11:34:28 | Incoming | Aleksey Mityagin | Alexander Ionov | Можно сказать что власти подвергли цензуре данные акции? | One can say that the authorities censored these rallies? |
| 2019/06/28 11:34:42 | Outgoing | Alexander Ionov | Aleksey Mityagin | Да | Yes |
| 2019/06/28 11:34:47 | Incoming | Aleksey Mityagin | Alexander Ionov | Ок | Ok |
| 2019/06/28 11:39:27 | Incoming | Aleksey Mityagin | Alexander Ionov | Хочешь прикол? | Do you want to hear something funny? |
| 2019/06/28 11:39:31 | Outgoing | Alexander Ionov | Aleksey Mityagin | да | Yes |
| 2019/06/28 11:39:37 | Outgoing | Alexander Ionov | Aleksey Mityagin | он хороший, | Is it good |
| 2019/06/28 11:39:39 | Outgoing | Alexander Ionov | Aleksey Mityagin | ? | ? |
| 2019/06/28 11:40:16 | Incoming | Aleksey Mityagin | Alexander Ionov | Маленький шеф вызвал колену и сказал ему чтоб он передал мне, чтоб я позвонил Егору и сказал набрать маленькому шефу! | The little boss called Kolen [PH] in and told him to tell me to call Yegor [ICST] to tell him to call the little boss! |
| 2019/06/28 11:40:43 | Outgoing | Alexander Ionov | Aleksey Mityagin | [Emoji(s)] | |
| 2019/06/28 11:40:51 | Outgoing | Alexander Ionov | Aleksey Mityagin | вчера АБ в панике звонил | Yesterday AB called in panic |
| 2019/06/28 11:40:59 | Outgoing | Alexander Ionov | Aleksey Mityagin | я не буду рассказывать детали | I won't go into detail |
| 2019/06/28 11:41:03 | Outgoing | Alexander Ionov | Aleksey Mityagin | но там ))))) | but it's ))))) there |
| 2019/06/28 11:41:04 | Incoming | Aleksey Mityagin | Alexander Ionov | Я в ахуе от такой организации процессов. | I'm fucking shocked by such organizational processes. |
| 2019/06/28 11:41:21 | Incoming | Aleksey Mityagin | Alexander Ionov | Да, на месте... Трудится в поте лица | Yes, he is in... Working hard |
| 2019/06/28 11:41:22 | Outgoing | Alexander Ionov | Aleksey Mityagin | поздравляю ты очнулся) | Congratulations on regaining consciousness) |

| | | | | | |
|---|---|---|---|---|---|
| 2019/06/28 11:41:49 | Incoming | Aleksey Mityagin | Alexander Ionov | Да я уже давно очнулся. Года три как. Но семью кормить надо и до пенсии 4 года) | Well, I regained consciousness a long time ago. Three years or so. But I have to feed my family, and I have four years before I can retire) |
| 2019/06/28 11:42:24 | Outgoing | Alexander Ionov | Aleksey Mityagin | мне до пенсии еще 30 | I can't retire for another 30 |
| 2019/06/28 11:42:30 | Outgoing | Alexander Ionov | Aleksey Mityagin | поэтому | that's why |
| 2019/06/28 11:42:35 | Outgoing | Alexander Ionov | Aleksey Mityagin | мне хуже | I'm in a worse position |
| 2019/06/28 11:42:42 | Incoming | Aleksey Mityagin | Alexander Ionov | Вот поэтому я и терплю) | That's exactly why I suck it up ) |
| 2019/06/28 11:43:00 | Incoming | Aleksey Mityagin | Alexander Ionov | И утешаю себя тем что мне то 4 года всего) | And comfort myself with the fact that I have only four years to go) |
| 2019/06/28 11:44:01 | Outgoing | Alexander Ionov | Aleksey Mityagin | это пройдет | It'll pass |
| 2019/06/28 14:28:01 | Incoming | Aleksey Mityagin | Alexander Ionov | Подскажи, кто такая эриту, она правозащитник, любовница Хесс, или просто активистка? | Tell me who Eritha is. Is she a human rights activist, a mistress of Hess, or just an activist? |
| 2019/06/28 14:28:45 | Incoming | Aleksey Mityagin | Alexander Ionov | Сколько собрали краудфайндингов всего бабла? 450 баксов хватило на организацию штаба, агиток и тп? Или из общей суммы? | How much money was collected through crowd funding campaigns? Was 450 bucks enough to organize a headquarters, agitation materials, etc.? Or [was it taken] out of the total? |
| 2019/06/28 14:29:11 | Outgoing | Alexander Ionov | Aleksey Mityagin | Media/79852722667@s.whatsapp.net/1/b/1b997de9-4393-4d82-b6b2-e204257858c8.opus<br><br>1b997de9-4393-4d82-b6b2-e204257858c8.opus | Media/79852722667@s.whatsapp.net/1/b/1b997de9-4393-4d82-b6b2-e204257858c8.opus<br><br>[Audio file]<br><br>She is quite a famous human rights advo--[cate], well, not a human rights advocate per se, she is just an activist. She ran video blogs at all the events. She constantly gave |
| 2019/06/28 14:29:38 | Outgoing | Alexander Ionov | Aleksey Mityagin | Media/79852722667@s.whatsapp.net/2/9/29bc8fa2-88f0-4876-a128-97870bdfa93a.opus<br><br>29bc8fa2-88f0-4876-a128-97870bdfa93a.opus | Media/79852722667@s.whatsapp.net/2/9/29bc8fa2-88f0-4876-a128-97870bdfa93a.opus<br><br>[Audio file]<br><br>I alone sent 450. As for how much was collected in total, I don't know. I know that in those uhm… events I participated in, in the marathons, a minimum of uhm… one and a half was collected from each over there. Plus, they also collected at the paid conferences they arranged. I think that they… collected around 20 or 30 thousand dollars for sure. At a minimum. |
| 2019/06/28 14:29:46 | Incoming | Aleksey Mityagin | Alexander Ionov | Про реакцию после интервью Сары. Какая реакция была? Все ебанулись , кто-то даже обосрался? Чуть конкретнее, может хештег какой появился или типа того. | Regarding the reaction after Sara's [PH] interview. What was the reaction? Everyone went fucking crazy, someone even shit their pants? Be more specific, maybe a hashtag of some sort emerged or something like that. |
| 2019/06/28 14:31:10 | Outgoing | Alexander Ionov | Aleksey Mityagin | Media/79852722667@s.whatsapp.net/d/6/d65b3ebe-3abc-4c00-b3a5-80d6cb15cdb1.opus<br><br>d65b3ebe-3abc-4c00-b3a5-80d6cb15cdb1.opus | Media/79852722667@s.whatsapp.net/d/6/d65b3ebe-3abc-4c00-b3a5-80d6cb15cdb1.opus<br><br>[Audio file]<br><br>I alone sent 450…but I do not know how much was collected in total. I know that during those, um, events I participated in, in marathons, they were collecting, um, at least one and a half from-from each person. In addition, they were also collecting at the conferences they organized, those you had to pay for. I think that they…collected, um, about 20-30 thousand dollars over there, for sure. At a minimum. |
| 2019/06/28 14:37:00 | Incoming | Aleksey Mityagin | Alexander Ionov | Ясно. | I see. |
| 2019/06/28 14:37:01 | Incoming | Aleksey Mityagin | Alexander Ionov | Спасибо) | Thank you) |
| 2019/06/28 14:39:34 | Incoming | Aleksey Mityagin | Alexander Ionov | Не знаешь какой процент жителей поддерживает эриту? | Do you know what percentage of residents supports Eritha? |
| 2019/06/28 14:44:41 | Outgoing | Alexander Ionov | Aleksey Mityagin | Пенни говорит о 46% | Penny speaks about 46% |
| 2019/06/28 14:51:19 | Incoming | Aleksey Mityagin | Alexander Ionov | Угу. | Uh-huh. |

| | | | | Media/79852722667@s.whatsapp.net/2/3/23424a3a-c4fb-4584-bb63-62818e2c4a85.jpg | Media/79852722667@s.whatsapp.net/2/3/23424a3a-c4fb-4584-bb63-62818e2c4a85.jpg |
|---|---|---|---|---|---|
| 2019/06/28 21:03:51 | Outgoing | Alexander Ionov | Aleksey Mityagin | | |
| 2019/07/03 06:45:56 | Outgoing | Alexander Ionov | Aleksey Mityagin | Привет | Hi |
| 2019/07/03 06:46:01 | Outgoing | Alexander Ionov | Aleksey Mityagin | Как сам? | What's up? |
| 2019/07/03 06:46:09 | Outgoing | Alexander Ionov | Aleksey Mityagin | Я еду в центр сейчас | I'm going downtown right now |
| 2019/07/03 06:46:21 | Incoming | Aleksey Mityagin | Alexander Ionov | Привет! | Hi! |
| 2019/07/03 06:46:23 | Outgoing | Alexander Ionov | Aleksey Mityagin | До 12:30 там буду в районе Ильинки | I'll be in the vicinity of Ilinka till 12:30 |
| 2019/07/03 06:46:27 | Outgoing | Alexander Ionov | Aleksey Mityagin | Могу подскочить | I can stop by |
| 2019/07/03 06:46:28 | Incoming | Aleksey Mityagin | Alexander Ionov | Я на варсонофьевском переулке | I'm on Varsonofyevskiy Pereulok [ICST] [Varsonofevski Lane] |
| 2019/07/03 06:46:31 | Outgoing | Alexander Ionov | Aleksey Mityagin | Куда то | Someplace |
| 2019/07/03 06:46:57 | Incoming | Aleksey Mityagin | Alexander Ionov | В принципе в течении минут 40 я освобожусь. | Actually, I'll be available in about 40 minutes |
| 2019/07/03 06:47:12 | Outgoing | Alexander Ionov | Aleksey Mityagin | У меня встреча в 11:30 | I have a meeting at 11:30 |
| 2019/07/03 06:47:20 | Outgoing | Alexander Ionov | Aleksey Mityagin | Я поеду к этому времени | I'll be heading out by then |
| 2019/07/03 06:47:29 | Outgoing | Alexander Ionov | Aleksey Mityagin | Я тебе наберу | I'll call you |
| 2019/07/03 06:47:32 | Outgoing | Alexander Ionov | Aleksey Mityagin | Как поеду | When I head out |
| 2019/07/03 06:47:41 | Incoming | Aleksey Mityagin | Alexander Ionov | Хорошо. Буду ждать тебя. | Okay. I'll be waiting for you. |
| 2019/07/03 06:48:04 | Outgoing | Alexander Ionov | Aleksey Mityagin | Благодарю | Thank you |
| 2019/07/03 07:06:19 | Incoming | Aleksey Mityagin | Alexander Ionov | Ты бумажки тоже возьми. Вроде их три должно быть? | Take the papers with you, too. It seems like there must be three of them, right? |
| 2019/07/03 07:07:43 | Outgoing | Alexander Ionov | Aleksey Mityagin | Так мы же договорились что я Егору отдам | But we agreed that I'd give them to Yegor. |
| 2019/07/03 07:07:47 | Outgoing | Alexander Ionov | Aleksey Mityagin | 15 | 15 |
| 2019/07/03 07:19:22 | Incoming | Aleksey Mityagin | Alexander Ionov | Мне пофиг по большому счету. Просто борисыч про три бумажку упомянул... Мало ли спросит. ... Я не настаиваю. | I don't care for the most part. It's just that Borisych [PH] mentioned three papers... He might ask. ... I don't insist. |
| 2019/07/03 07:19:38 | Outgoing | Alexander Ionov | Aleksey Mityagin | Не переживай | Don't worry |
| 2019/07/03 07:19:50 | Outgoing | Alexander Ionov | Aleksey Mityagin | Если спросит скажи что я сказал отдам Егору | If he asks, tell [him] that I said I'd give [them] to Yegor. |
| 2019/07/03 07:20:04 | Outgoing | Alexander Ionov | Aleksey Mityagin | У меня одна появиться только вечером | I'll only get one tonight. |
| 2019/07/03 07:20:16 | Outgoing | Alexander Ionov | Aleksey Mityagin | Но я всегда их вовремя отдаю | But I always give them away on time. |
| 2019/07/03 07:20:19 | Outgoing | Alexander Ionov | Aleksey Mityagin | [Emoji(s)] | [Emoji(s)] |
| 2019/07/03 07:33:04 | Incoming | Aleksey Mityagin | Alexander Ionov | Без проблем | No problem |
| 2019/07/03 07:35:35 | Incoming | Aleksey Mityagin | Alexander Ionov | Мне ₽ ляжку жарят) обжигают прям)) | The roubles are burning my thigh), or rather, scorching)) |
| 2019/07/03 07:37:40 | Outgoing | Alexander Ionov | Aleksey Mityagin | [Emoji(s)] | [Emoji(s)] |
| 2019/07/03 07:37:42 | Outgoing | Alexander Ionov | Aleksey Mityagin | Почему | Why |
| 2019/07/03 07:59:05 | Incoming | Aleksey Mityagin | Alexander Ionov | Хочется потратить) на квартиру 150 к не хватает) | I feel like spending ) I'm 150k short for an apartment) |

| | | | | | |
|---|---|---|---|---|---|
| 2019/07/03 08:03:07 | Outgoing | Alexander Ionov | Aleksey Mityagin | А как же нехры | But how about the Negroes? |
| 2019/07/03 08:03:09 | Outgoing | Alexander Ionov | Aleksey Mityagin | [Emoji(s)] | [Emoji(s)] |
| 2019/07/03 08:03:10 | Outgoing | Alexander Ionov | Aleksey Mityagin | [Emoji(s)] | [Emoji(s)] |
| 2019/07/03 08:03:12 | Outgoing | Alexander Ionov | Aleksey Mityagin | [Emoji(s)] | [Emoji(s)] |
| 2019/07/03 08:03:15 | Outgoing | Alexander Ionov | Aleksey Mityagin | [Emoji(s)] | [Emoji(s)] |
| 2019/07/03 08:03:57 | Incoming | Aleksey Mityagin | Alexander Ionov | Нехры? | The Negroes? |
| 2019/07/03 08:04:02 | Outgoing | Alexander Ionov | Aleksey Mityagin | Да | Yes |
| 2019/07/03 08:04:34 | Incoming | Aleksey Mityagin | Alexander Ionov | Сюдя по всему я не понимаю о чем речь))) вот поэтому и не хвататет))) | From all appearances, I don't understand what it is about))), so that's why I'm short))) |
| 2019/07/03 08:04:54 | Outgoing | Alexander Ionov | Aleksey Mityagin | Media/79852722667@s.whatsapp.net/b/a/ba87a8f4-9b0e-4813-a13c-e72f96d9fe5e.webp | Media/79852722667@s.whatsapp.net/b/a/ba87a8f4-9b0e-4813-a13c-e72f96d9fe5e.webp |
| 2019/07/03 08:04:55 | Outgoing | Alexander Ionov | Aleksey Mityagin | Media/79852722667@s.whatsapp.net/5/f/5f555333-2d88-4b8b-b399-9a02d10f9e99.webp | Media/79852722667@s.whatsapp.net/5/f/5f555333-2d88-4b8b-b399-9a02d10f9e99.webp |
| 2019/07/03 08:05:11 | Incoming | Aleksey Mityagin | Alexander Ionov | Последний норм стикер | The last decent sticker [sic] |
| 2019/07/03 08:05:46 | Outgoing | Alexander Ionov | Aleksey Mityagin | Media/79852722667@s.whatsapp.net/a/4/a4cdb419-1131-49d6-b4c2-d333384fd5b7.webp | Media/79852722667@s.whatsapp.net/a/4/a4cdb419-1131-49d6-b4c2-d333384fd5b7.webp |

| Timestamp | Direction | From | To | Original | Translation |
|---|---|---|---|---|---|
| 2019/07/03 08:41:54 | Incoming | Aleksey Mityagin | Alexander Ionov | Ты звонил? В подвале я был. | Did you call? I was in the basement. |
| 2019/07/03 08:42:06 | Incoming | Aleksey Mityagin | Alexander Ionov | Щас связь появилась. | The connection is back on now. |
| 2019/07/03 08:47:10 | Outgoing | Alexander Ionov | Aleksey Mityagin | Да | Yes |
| 2019/07/03 08:47:14 | Outgoing | Alexander Ionov | Aleksey Mityagin | Я на ильинке | I'm on Ilinka |
| 2019/07/03 08:47:19 | Outgoing | Alexander Ionov | Aleksey Mityagin | Хде вас ловить | Where can I catch you? |
| 2019/07/03 08:47:23 | Outgoing | Alexander Ionov | Aleksey Mityagin | Media/79852722667@s.whatsapp.net/4/b/4b024012-8cea-4f87-8f1f-09e43cdfeaaa.webp | Media/79852722667@s.whatsapp.net/4/b/4b024012-8cea-4f87-8f1f-09e43cdfeaaa.webp |
| 2019/07/03 08:47:45 | Incoming | Aleksey Mityagin | Alexander Ionov | На варсонофьевском. | On Varsonofyevskiy. |
| 2019/07/03 08:47:51 | Incoming | Aleksey Mityagin | Alexander Ionov | Или я могу подъехать... | Or I can drop in… |
| 2019/07/03 08:47:53 | Incoming | Aleksey Mityagin | Alexander Ionov | Я на мото. | I'm on a motorcycle. |
| 2019/07/03 08:48:06 | Outgoing | Alexander Ionov | Aleksey Mityagin | Если ты к тпп подскочил бы | If you could stop by the tpp, |
| 2019/07/03 08:48:10 | Outgoing | Alexander Ionov | Aleksey Mityagin | Было бы супер | it would be awesome |
| 2019/07/03 08:48:38 | Outgoing | Alexander Ionov | Aleksey Mityagin | Я просто дольше на машине буду | It's just that I will take longer by car |
| 2019/07/03 08:48:41 | Outgoing | Alexander Ionov | Aleksey Mityagin | Media/79852722667@s.whatsapp.net/2/d/2dfeba65-93a2-4f3e-9003-ec5d0831bb40.webp | Media/79852722667@s.whatsapp.net/2/d/2dfeba65-93a2-4f3e-9003-ec5d0831bb40.webp |
| 2019/07/03 08:49:05 | Incoming | Aleksey Mityagin | Alexander Ionov | А куда ехать и там куда встать можно? | So where do I go and is there a place where I can park there? |
| 2019/07/03 08:49:10 | Incoming | Aleksey Mityagin | Alexander Ionov | ТПП это что | What is TPP? |
| 2019/07/03 08:49:26 | Outgoing | Alexander Ionov | Aleksey Mityagin | Ильинка | Ilinka |
| 2019/07/03 08:49:30 | Outgoing | Alexander Ionov | Aleksey Mityagin | 3/8 | 3/8 |
| 2019/07/03 08:49:46 | Outgoing | Alexander Ionov | Aleksey Mityagin | Где торгово промышленная палата | Where the Chamber of Commerce and Industry is |
| 2019/07/03 08:49:51 | Incoming | Aleksey Mityagin | Alexander Ionov | Ок. Ориентир какой? Чтоб не пропустить. Я то я ж на мото 200 полечу.. | OK. What's the landmark? To make sure I don't miss it. After all, I'll fly on a motorcycle at 200.. |
| 2019/07/03 08:50:01 | Incoming | Aleksey Mityagin | Alexander Ionov | Ни о чем не говорит) | That doesn't tell me anything) |
| 2019/07/03 08:50:01 | Outgoing | Alexander Ionov | Aleksey Mityagin | Вот ты | Oh you |
| 2019/07/03 08:50:08 | Incoming | Aleksey Mityagin | Alexander Ionov | Ладно щас карту посмотрю. | All right, I'll check the map right now. |
| 2019/07/03 08:50:16 | Outgoing | Alexander Ionov | Aleksey Mityagin | Media/79852722667@s.whatsapp.net/6/0/601477e9-91ef-44c4-9659-71f3a48c329a.thumb | Media/79852722667@s.whatsapp.net/6/0/601477e9-91ef-44c4-9659-71f3a48c329a.thumb |
| 2019/07/03 08:50:21 | Outgoing | Alexander Ionov | Aleksey Mityagin | А если так?) | And if it's like this?) |
| 2019/07/03 08:51:15 | Incoming | Aleksey Mityagin | Alexander Ionov | Ясно перед гумом после ОВД Китай город | I see, before GUM [State Department Store], after the Kitay-Gorod police department |
| 2019/07/03 08:51:18 | Incoming | Aleksey Mityagin | Alexander Ionov | Ща буду. | I'll be right there. |
| 2019/07/03 08:51:28 | Outgoing | Alexander Ionov | Aleksey Mityagin | Прям к Омвд | You can go |
| 2019/07/03 08:51:30 | Outgoing | Alexander Ionov | Aleksey Mityagin | Можешь | Straight to OMVD [Department of the Ministry of Internal Affairs] |
| 2019/07/03 08:51:36 | Outgoing | Alexander Ionov | Aleksey Mityagin | На их парковку заезжай | Pull into their parking lot |
| 2019/07/03 08:51:44 | Incoming | Aleksey Mityagin | Alexander Ionov | Попробую. | I'll try. |
| 2019/07/03 08:53:08 | Outgoing | Alexander Ionov | Aleksey Mityagin | Ну тебе то грех не проехать | It would be a sin for you not to drive by |
| 2019/07/03 08:53:10 | Outgoing | Alexander Ionov | Aleksey Mityagin | [Emoji(s)] | [Emoji(s)] |
| 2019/07/03 08:53:13 | Outgoing | Alexander Ionov | Aleksey Mityagin | Он открыт | It's open |
| 2019/07/03 08:54:48 | Outgoing | Alexander Ionov | Aleksey Mityagin | Напиши, как приедешь | Send a message once you arrive |

| | | | | | |
|---|---|---|---|---|---|
| 2019/07/03 08:54:49 | Outgoing | Alexander Ionov | Aleksey Mityagin | Благодарю | I appreciate it |
| 2019/07/03 09:01:49 | Incoming | Aleksey Mityagin | Alexander Ionov | Я на месте | I'm here |
| 2019/07/03 09:02:25 | Outgoing | Alexander Ionov | Aleksey Mityagin | 3 мин | Three minutes |
| 2019/07/03 09:12:05 | Incoming | Aleksey Mityagin | Alexander Ionov | ??) | ??) |
| 2019/07/03 09:12:40 | Outgoing | Alexander Ionov | Aleksey Mityagin | Выхожу | I'm on my way out |
| 2019/07/03 09:12:40 | Incoming | Aleksey Mityagin | Alexander Ionov | 5% зарядка осталось.. | I have 5% battery charge left… |
| 2019/07/03 09:12:43 | Outgoing | Alexander Ionov | Aleksey Mityagin | Лифт жду | I'm waiting for the elevator |
| 2019/07/03 09:12:49 | Incoming | Aleksey Mityagin | Alexander Ionov | [Emoji(s)] | [Emoji(s)] |
| 2020/04/03 07:34:24 | Incoming | Aleksey Mityagin | Alexander Ionov | Привет | Hi |
| 2020/04/03 07:34:37 | Incoming | Aleksey Mityagin | Alexander Ionov | Несколько вопросов. | A few questions. |
| 2020/04/03 07:34:55 | Incoming | Aleksey Mityagin | Alexander Ionov | Что такое inPDUM | What is inPDUM? |
| 2020/04/03 07:35:11 | Incoming | Aleksey Mityagin | Alexander Ionov | Невельски и Хесс кто такие? | Who are Nevelski [PH] and Hess? |
| 2020/04/03 07:35:37 | Incoming | Aleksey Mityagin | Alexander Ionov | Когда радиоэфир прошел? | When was the radio broadcast? |
| 2020/04/03 07:52:48 | Outgoing | Alexander Ionov | Aleksey Mityagin | Привет. | Hi. |
| 2020/04/03 07:52:55 | Outgoing | Alexander Ionov | Aleksey Mityagin | Ухуру | Uhuru |
| 2020/04/03 07:53:12 | Outgoing | Alexander Ionov | Aleksey Mityagin | Движение чёрных, подразделение Ухуру | The Black Movement, Uhuru branch |
| 2020/04/03 07:53:19 | Outgoing | Alexander Ionov | Aleksey Mityagin | Три дня назад | Three days ago |
| 2020/04/03 07:58:33 | Incoming | Aleksey Mityagin | Alexander Ionov | Ок. Спасибо) | OK. Thank you) |
| 2020/04/03 07:59:21 | Outgoing | Alexander Ionov | Aleksey Mityagin | Media/79852722667@s.whatsapp.net/5/0/509864b5-bb13-4bf9-bc94-12402438d531.webp | Media/79852722667@s.whatsapp.net/5/0/509864b5-bb13-4bf9-bc94-12402438d531.webp |
| 2020/04/03 07:59:35 | Incoming | Aleksey Mityagin | Alexander Ionov | Как расшифровывается? | What does it stand for? |
| 2020/04/03 08:00:25 | Outgoing | Alexander Ionov | Aleksey Mityagin | Ну ты шо | You can't be serious |
| 2020/04/03 08:00:41 | Outgoing | Alexander Ionov | Aleksey Mityagin | Это и есть Ухуру | That is Uhuru |
| 2020/04/03 08:00:48 | Incoming | Aleksey Mityagin | Alexander Ionov | Ага. | Uh-huh. |
| 2020/04/03 08:02:00 | Outgoing | Alexander Ionov | Aleksey Mityagin | Media/79852722667@s.whatsapp.net/f/7/f73ef472-1962-4b28-b6bb-a92c04a01964.opus [Audio file] f73ef472-1962-4b28-b6bb-a92c04a01964.opus | Media/79852722667@s.whatsapp.net/f/7/f73ef472-1962-4b28-b6bb-a92c04a01964.opus [Audio file] It is translated as the International People [sic] Democracy [sic] Uhuru Movement. It means the International People's Democratic Uhuru Movement. |
| 2020/04/03 08:02:43 | Incoming | Aleksey Mityagin | Alexander Ionov | Огонь) | Fire) |
| 2020/04/03 08:02:46 | Incoming | Aleksey Mityagin | Alexander Ionov | Спасибо | Thanks |
| 2020/04/03 08:02:48 | Outgoing | Alexander Ionov | Aleksey Mityagin | Media/79852722667@s.whatsapp.net/5/7/5756c508-0eb0-48c3-892d-df70e045f98e.webp | Media/79852722667@s.whatsapp.net/5/7/5756c508-0eb0-48c3-892d-df70e045f98e.webp |
| 2020/04/03 08:44:11 | Incoming | Aleksey Mityagin | Alexander Ionov | Пытаюсь разобраться. Резидент ухуру каламбаі. А йешитела кто председатель? | I'm trying to figure it out. Uhuru's resident is Kalambayi. And who is Yeshitela - Chairman? |
| 2020/04/03 08:48:46 | Incoming | Aleksey Mityagin | Alexander Ionov | Не резидент а президент. | President, not resident. |
| 2020/04/03 08:52:45 | Incoming | Aleksey Mityagin | Alexander Ionov | Все, разобрался. | That's it, I figured it out. |
| 2020/04/03 08:53:01 | Outgoing | Alexander Ionov | Aleksey Mityagin | Видишь как | You see how it is |
| 2020/04/03 15:35:11 | Incoming | Aleksey Mityagin | Alexander Ionov | Вопрос возник. Род взаимодействия с Шаки Бои... Они информ партнёры адр? | I have a question. The nature of interaction with Shaki Boi [PH]… Are they ADR inform[ation] partners? |
| 2020/04/03 15:35:31 | Incoming | Aleksey Mityagin | Alexander Ionov | Он в РФ представитель фарс ньюс или в Тегеране? | Does he represent Fars News in the Russian Federation [RF] or in Tehran? |
| 2020/04/03 15:35:41 | Outgoing | Alexander Ionov | Aleksey Mityagin | Да я его с 13 года знаю привозил его даже в Москву | Yes, I've known him since [20]13, I even brought him to Moscow |
| 2020/04/03 15:35:53 | Outgoing | Alexander Ionov | Aleksey Mityagin | Он глава Международного департамента фарс | He is the Head of the Fars International Department |
| 2020/04/03 15:36:03 | Incoming | Aleksey Mityagin | Alexander Ionov | В этом не сомневаюсь) | I don't doubt it) |

| | | | | | |
|---|---|---|---|---|---|
| 2020/04/03 15:36:19 | Incoming | Aleksey Mityagin | Alexander Ionov | Он в РФ? | Is he in the Russian Federation? |
| 2020/04/03 15:36:23 | Outgoing | Alexander Ionov | Aleksey Mityagin | В Тегеране | In Tehran |
| 2020/04/03 15:36:27 | Outgoing | Alexander Ionov | Aleksey Mityagin | Media/79852722667@s.whatsapp.net/9/8/9896759d-d5db-4e5b-ac75-85b8aebc6050.webp | Media/79852722667@s.whatsapp.net/9/8/9896759d-d5db-4e5b-ac75-85b8aebc6050.webp |
| 2020/04/03 15:36:40 | Incoming | Aleksey Mityagin | Alexander Ionov | Как ты с ним взаимодействовать начал? | How did you start interacting with him? |
| 2020/04/03 15:36:53 | Incoming | Aleksey Mityagin | Alexander Ionov | Мне задают странные вопросы… Я пытаюсь найти ответы)) | I'm being asked weird questions… I'm trying to find answers)) |
| 2020/04/03 15:37:07 | Incoming | Aleksey Mityagin | Alexander Ionov | Он получается информ партнёр адр или как? | So he turns out to be an ADR information partner or what? |
| 2020/04/03 15:37:50 | Outgoing | Alexander Ionov | Aleksey Mityagin | Я давал пресс конференцию в фарс а 2013 | I gave a press conference in Fars in 2013 |
| 2020/04/03 15:37:54 | Outgoing | Alexander Ionov | Aleksey Mityagin | Там познакомились | We met there |
| 2020/04/03 15:37:56 | Outgoing | Alexander Ionov | Aleksey Mityagin | Дружим | We are friends |
| 2020/04/03 15:38:09 | Outgoing | Alexander Ionov | Aleksey Mityagin | Он в том числе поддерживает информационно | Besides, he provides informational support |
| 2020/04/03 15:38:32 | Incoming | Aleksey Mityagin | Alexander Ionov | Ок | OK |
| 2020/04/24 14:21:22 | Incoming | Aleksey Mityagin | Alexander Ionov | Привет. | Hi. |
| 2020/04/24 14:21:35 | Incoming | Aleksey Mityagin | Alexander Ionov | Подскажи, сколько человек примерно в неделю приходит в ухуру? | Could you tell me, approximately, how many people come to Uhuru every week? |
| 2020/04/24 14:36:27 | Outgoing | Alexander Ionov | Aleksey Mityagin | В неделю по разному от 5 до 15 | Every week it varies from 5 to 15 |
| 2020/04/24 14:36:33 | Outgoing | Alexander Ionov | Aleksey Mityagin | Плюс минус | More or less |
| 2020/04/24 14:42:44 | Incoming | Aleksey Mityagin | Alexander Ionov | Ок. Спасибо. | OK. Thanks. |