# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



ФЕДЕРАЛЬНАЯ СЛУЖБА БЕЗОПАСНОСТИ
РОССИЙСКОЙ ФЕДЕРАЦИИ

За оказание содействия органам
федеральной службы безопасности

НАГРАЖДАЕТСЯ

## ГРАМОТОЙ

*Ионов*

*Александр Викторович*

Директор ФСБ России
генерал армии    А. Бортников

2 февраля 2017 года



[Image: Coat of Arms of the Federal Security Service]

Federal Security Service

of the Russian Federation

Certificate of Merit

is awarded to

Aleksandr Viktorovich Ionov

For rendering assistance to the Federal Security Service

Director of the FSB of Russia

Army General                                    [Signature]    A. Bortnikov
                                                [FSB Stamp]

February 27, 2017