# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

### *UNAC*

Aleksandr Ionov held emergency phone talks with some leaders of antiwar organizations in the USA due to the situation in Ukraine. The United Antiwar Coalition and Anti-Globalization Movement of Russia [ADR] adopted a joint statement in which they gave a full picture of the current situation on the front line, as well as identified the background causes that escalated the conflict into a full-fledged war.

*URGENT MESSAGE FROM THE ANTIGLOBALIST MOVEMENT OF RUSSIA*
*Today the irreparable happened, the war with Ukraine has began. A similar situation could be imagined in 14-15, when the population of Donetsk and Lugansk was subjected to genocide. Now the war could have been avoided. But so far no one can say how exactly. After all, it has been going on for over 8 years in the southeast of Ukraine.*
*Reasons and dry facts:*
*1. Over 14,000 people died in the LDNR during the 8 years of the conflict, shelling continued almost every day. We have seen information about the violation of the ceasefire, both from the media and from the official reports of the OSCE. The Armed Forces of Ukraine fired in the direction of villages and cities.*
*2. The Minsk accords were not respected and reached a dead end, like any consultations in the Normandy format. The United States has increased its influence on Ukraine.*
*3. Ukraine aspired to join NATO.*
*4. NATO refused to sign guarantees not to expand to the East.*
*5. Ukraine received offensive lethal weapons from Western colleagues, which were also used in the LDNR.*
*6. Russia has exhausted all possible tools to prevent conflict in the LDNR.*
*In any case, I believe that a bad peace is better than a good war, and in the 21st century we must resolve issues more subtly and adequately.*
*We will be thinking and experiencing the consequences of today's tragedy for a long time to come. But we must remember that the war began 8 years ago, when the US and the EU brought new leadership to power in Kiev. It was the pro-Western neo-fascists who burned people in Odessa and shot thousands of civilians in the Donbas*

Apart from the statement, as requested by Ionov, an antiwar rally was organized in Minneapolis. Protesters accused the NATO of fomenting the military conflict in Ukraine.

Links:

https://www.facebook.com/AntiwarMN/photos/a.4876604995691243/5302660079752397/

https://www.facebook.com/AntiwarMN/photos/a.4876604995691243/5303432856341786





DISC-193839



**The International Action Center jointly with the Black Alliance for Peace**

Aleksandr Ionov held phone talks with Margaret Kimberley during which he discussed the situation surrounding the Donetsk People's Republic [DNR] and Lugansk People's Republic [LNR]. The antiwar movement in New York supported the recognition of the Republics and informed the Federal Joint Organizing Committee of its decision to hold a number of rallies in support of Russia's posture. Aleksandr advised on the actual state of affairs in the Republics, after which his words underpinned Margaret's speech before the Organizing Committee delivered via Zoom.

On February 20, New-York organizations came together to organize a rally which took place in the Grand Central Station historical building. Overall, dozens of protesters joined the rally.

Activists also issued a memorandum condemning the US media campaign that aims to promote the Western view of Russia.

Links:

https://www.facebook.com/photo?fbid=10223337708385451&set=a.10223337726825912

https://www.workers.org/2022/02/61961/

DISC-193840





DISC-193841



DISC-193842