# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**The Uhuru Movement**

Aleksandr Ionov held phone talks with Omali Yeshitela during which he addressed the Uhuru Movement leadership and US African People's Socialist Party with a request to support Russia in the information war unleashed by the West.

On March 13, there was a Zoom conference with the participation of all the Uhuru Movement and Party leaders. During the exchange of opinions, there was an expression of support for the military operation conducted by the Russian Armed Forces on the territory of Ukraine. A few thousand people watched the live broadcast, 176 Party and Movement members joined the conference.

https://www.youtube.com/watch?v=sIyRI5iIs6A

https://www.youtube.com/watch?v=m5T00oNC4XE


https://www.youtube.com/watch?v=kS0cIVO8kaY

Additionally, Aleksandr requested that Omali make an official statement on the situation and show support for Russia.

https://www.youtube.com/watch?v=VuXpD8q6MkM



Another Zoom conference with the participation of Aleksandr Ionov is scheduled for March 20. The speakers will discuss new developments in the situation in Ukraine and Russophobia in Western media.



### *FRSO*

Aleksandr Ionov held Skype talks with Joe Iosbaker in which he discussed the latest rallies and events. Within the framework of International Solidarity Week, different US cities held rallies in support of women and protection of human rights.

Many US cities hosted events, the latest being the *FRSO* rally in Boston on March 16. Over 80 people took to the central street demanding to promote women's legal interests and rights, especially those of the national minorities. Recently, the police once again have detained an African-American female in New York in a rough manner, which resulted in her hospitalization. Federal and local organizations demand action to end the police brutality and racial discrimination!



DISC-193827



Within the framework of collaboration with Readovka, some interviews with foreign speakers have been prepared.

https://site.readovka-team.com/api/preview?key=5e93bf7961a3f0a78bf38a8f8448d9fb&id=91322

https://site.readovka-team.com/api/preview?key=0d4a9d497c7c8d04df6e152364125cc0&id=91319

https://site.readovka-team.com/api/preview?key=990d9ca9f401ad04a2a91e706a040fda&id=91045

https://site.readovka-team.com/api/preview?key=32c309e31eaef28b17ae191dfb19b96b&id=91042

https://site.readovka-team.com/api/preview?key=2c327619be75267b05e9ed3c516ea541&id=90929

https://site.readovka-team.com/api/preview?key=522377fb3a93b5d58efd4e05f2779fb9&id=90925

https://site.readovka-team.com/api/preview?key=4f61de7e84374433dfa30027b80c6038&id=90927

https://site.readovka-team.com/api/preview?key=8ce342d7b55d0b24c059c95c37842c30&id=90926