# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

**[Russian language – not translated]**

[Russian language – not translated]

[Russian language – not translated]

[Russian language – not translated]:

http://www.fightbacknews.org/2022/3/22/letter-editor-black-liberation-anti-imperialism-and-ukraine?fbclid=IwAR1LKD8dwZXtv7y2D3uPUBWkOIW9XnrdB-uJ3O5yfRAkD_fKqFSdhxf3eAw



[Russian language – not translated]

DISC-193835


DISC-193836

**The Black Hammer**

Aleksandr Ionov in collaboration with publication R. organized a trip for a group of activists from Atlanta to San Francisco in order to organize a rally by META's office. Ionov transferred 6,500 dollars to the organizers.

The police and META security were called to the rally site. The rally gained extensive coverage in Russian and foreign mass media. You have the information in TG.

DISC-193837