# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Friday, February 25, 2022

 [Summary] The Russian Federation is viewed negatively by its own Russian population. Patriotism is on the decline. The ongoing information warfare is one-sided. Putin's Administration is accused of destroying progressive Russian politicians. The only political force that supports the [military] operation is the conservative or right wing. Federal media and pocket bloggers are opportunists that are not capable of getting people to take to the streets in support of the government. It is believed that since the Crimean 'euphoria' in 2014, Putin's Administration has removed a number of dissenting politicians, turned them into outcasts, demoralized or incarcerated many, yet, liberals have never been disturbed. The latter category disdains Russian interests and seeks more interaction with their colleagues from the West. Putin's Administration is compared to Lukashenko who suppressed the Russian Unity followers and favored anti-Russian nationalists controlled by the West. The source states that Putin's Administration should stop putting pressure on Russians and start working on eradicating ethnic crime and promoting cultural and historical literacy in politics.
Feb 25, 2022, 5:16 AM: Alexander Ionov — AI

 We are losing.
Feb 25, 2022, 5:16 AM: Alexander Ionov — AI

AS  Where is the text from?
Feb 25, 2022, 5:46 AM: Aleksei Sukhodolov 

 From TG [Telegram].
Feb 25, 2022, 5:55 AM: Alexander Ionov — AI

 I called the AP [The Presidential Administration of Russia] yesterday.
Feb 25, 2022, 5:55 AM: Alexander Ionov — AI

 They lost the whole information campaign!
Feb 25, 2022, 5:55 AM: Alexander Ionov — AI



Media/79774917332@s.whatsapp.net/e/2/e25882a6-20de-4e96-8dd9-2842543c3c9d.thumb

[No file]

https://t.me/bulbe_de_trones
Feb 25, 2022, 5:56 AM: Alexander Ionov

 AI



Now we'll start a wave that our frontline military forces in Gostomel should be awarded for holding ground all night long.
Feb 25, 2022, 6:03 AM: Alexander Ionov

 AI



I'm calling up mass media.
Feb 25, 2022, 6:03 AM: Alexander Ionov

 AI

AS

Are you sure that everything isn't fake?
Feb 25, 2022, 6:20 AM: Aleksei Sukhodolov



AS

We can't screw up.
Feb 25, 2022, 6:21 AM: Aleksei Sukhodolov





Our people are there.
Feb 25, 2022, 6:21 AM: Alexander Ionov

 AI



Fake is how we fucked up in the information war. I have never seen such a disgrace before…
Feb 25, 2022, 6:21 AM: Alexander Ionov

 AI

AS

Join in.
Feb 25, 2022, 6:23 AM: Aleksei Sukhodolov





Yesterday I had been asking for the AP [The Presidential Administration of Russia]until midnight just to hear in the end that their situation was all bad.
Feb 25, 2022, 6:23 AM: Alexander Ionov

 AI

 We did join in.
Feb 25, 2022, 6:23 AM: Alexander Ionov
 AI

 ! Ukraine's Ministry of Defense informs that Russia's Armed Forces took Vorzel. Gostomel, where the Russian air assault unit is engaged in fierce fighting, is eight kilometers away . It's less than 30 kilometers to Kiev.
Feb 25, 2022, 6:25 AM: Alexander Ionov
AI

 [Summary] About 100 members of a Russian air assault unit are surrounded by Ukrainian forces in Gostomel and engaged in heavy fighting. Evidence suggests that so far Ukrainian troops have failed to recapture the city. Russian armored troops are on their way to Gostomel to help the Russian soldiers. Every single surviving soldier is to be awarded a medal for their service.
Feb 25, 2022, 6:26 AM: Alexander Ionov
 AI

 It was us who started it
Feb 25, 2022, 6:26 AM: Alexander Ionov
 AI

AS  In other words, fuck, Ukies are tough. And we threw the air assault dudes into the clusterfuck?
Feb 25, 2022, 6:27 AM: Aleksei Sukhodolov


 The air assault unit is holding out and help is just eight kilometers away.
Feb 25, 2022, 6:27 AM: Alexander Ionov
 AI

 That's how the old Tochka-U can beat Russian Air and Missile Defense, that's bullshit of some sort. Either our people aren't capable of anything anymore, or it's a lie.
Feb 25, 2022, 6:33 AM: Alexander Ionov
AI

 The Ukrainian forces struck the military airfield in Millerovo in Rostov Oblast. According to war correspondent Semen Pegov's report, the strike was carried out using Ukraine's Armed Forces' Tochka-U ballistic missile.
Feb 25, 2022, 6:33 AM: Alexander Ionov
AI

 We need to find out as soon as possible if there are American or European private military companies [chvk] on Ukraine's Armed Forces' side and if they are fighting against our military units. Is it possible to find out?
Feb 25, 2022, 6:48 AM: Alexander Ionov — AI

 AS — Don't make it worse. There's a ton of other topics. If so, Ukies will cheer up.
Feb 25, 2022, 6:49 AM: Aleksei Sukhodolov 

 That's what I mean.
Feb 25, 2022, 6:49 AM: Alexander Ionov — AI 

 We need to make sure that our people cheer up.
Feb 25, 2022, 6:50 AM: Alexander Ionov — AI 

 Media/79774917332@s.whatsapp.net/0/b/0bd9ea32-2069-4dc8-b064-1bdc00e4e999.thumb

[No file]

[Summary] All members of the Russian Airborne Forces in Gostomel should be awarded the title of Hero of the Russian Federation. The Blue Berets are Russia's true asset. https://t.me/readovkanews/26570
Feb 25, 2022, 7:11 AM: Alexander Ionov — AI 

 [Summary] It is said that 200 members of the Russian Airborne Forces caused a stir by landing in Gostomel. They continue to fight despite the fact that they are largely outnumbered. Gostomel is a city of Russian military glory.
Feb 25, 2022, 7:11 AM: Alexander Ionov — AI 

 AS — Why were they thrown into a massacre? Where's a backup? Is that a tactical miscalculation?
Feb 25, 2022, 7:14 AM: Aleksei Sukhodolov 

 You need to call the Ministry of Defense [MO] and find out ).
Feb 25, 2022, 7:15 AM: Alexander Ionov — AI

 Media/79774917332@s.whatsapp.net/a/8/a87ae6f6-3403-4d82-879f-a22f1262f13d.jpg 



Feb 25, 2022, 9:47 AM: Alexander Ionov

 Everybody liked the topic.
Feb 25, 2022, 9:47 AM: Alexander Ionov 

 Patriotism is growing.
Feb 25, 2022, 9:47 AM: Alexander Ionov 

 And you say, 'Don't'.
Feb 25, 2022, 9:48 AM: Alexander Ionov 

AS  I saw! Go ahead and do it!
Feb 25, 2022, 9:48 AM: Aleksei Sukhodolov 

 Media/79774917332@s.whatsapp.net/6/e/6e5428e0-6e81-4c40-b06b-6fb1f28655e7.webp
Feb 25, 2022, 9:48 AM: Alexander Ionov
(Message continues) AI



Feb 25, 2022, 9:48 AM: Alexander Ionov

AI

 Media/79774917332@s.whatsapp.net/0/4/04e2a131-e6be-4f22-aefc-2bdcf06702a1.webp
Feb 25, 2022, 9:48 AM: Alexander Ionov
(Message continues)

AI



Feb 25, 2022, 9:48 AM: Alexander Ionov

AI

 Media/79774917332@s.whatsapp.net/0/2/02f4467b-53bd-4a5a-ab0d-4b8f6c2a0b98.webp
Feb 25, 2022, 9:48 AM: Alexander Ionov
(Message continues)

AI




Feb 25, 2022, 9:48 AM: Alexander Ionov



In an hour I will give [you] America, the anti-war coalition supported my address speech.
Feb 25, 2022, 9:49 AM: Alexander Ionov



Media/79774917332@s.whatsapp.net/1/1/11759928-96eb-4be1-830a-5596132d021d.jpg
Feb 25, 2022, 10:43 AM: Aleksei Sukhodolov
(Message continues)



AS  

Feb 25, 2022, 10:43 AM: Aleksei Sukhodolov

AS  Beggars. Freeloaders. 
Feb 25, 2022, 10:44 AM: Aleksei Sukhodolov

 [Emoji(s)]  AI
Feb 25, 2022, 10:44 AM: Alexander Ionov

 https://site.readovka-team.com/api/preview?key=85d6eec6a52be868d22f2f9e5fbfad89&id=89644  AI
Feb 25, 2022, 12:42 PM: Alexander Ionov

AS  [Emoji(s)] 
Feb 25, 2022, 12:43 PM: Aleksei Sukhodolov


[Summary] Some Russian mass media outlets spread fabricated news stories and disinformation misleading and manipulating people's perceptions of reality and the Russian government. An instance of the above is when Putin had to publicly refute a hoax about the Russian-Ukrainian talks in Minsk. Only TG [Telegram] channels and a number of war correspondents provide a truthful portrayal of the Russo-Ukrainian War.
Feb 25, 2022, 2:58 PM: Alexander Ionov
AI


Peskov has lost his mind.
Feb 25, 2022, 2:58 PM: Alexander Ionov
 AI


[Summary] The war is believed to have split elite families. Relatives of Russian officials share their concerns on social media calling for peace in contradiction to the Party line. Among them are Rostec CEO Sergey Chemezov's son and Dmitry [Dmitriy [ICST]] Peskov's ex-wife.
Feb 25, 2022, 3:00 PM: Alexander Ionov
AI

 AS
Send [me] the link.
Feb 25, 2022, 3:21 PM: Aleksei Sukhodolov



[Give me] a minute.
Feb 25, 2022, 3:21 PM: Alexander Ionov
 AI


It wasn't me who wrote it, I just found it.
Feb 25, 2022, 3:21 PM: Alexander Ionov
 AI


https://t.me/vysokygovorit
Feb 25, 2022, 3:22 PM: Alexander Ionov
 AI


https://www.znak.com/2022-02-25/elizaveta_peskova_vystupila_protiv_voyny_na_ukraine
Feb 25, 2022, 3:23 PM: Alexander Ionov
AI


I don't understand anything.
Feb 25, 2022, 3:31 PM: Alexander Ionov
 AI

 Everyone has completely fucking lost it.
Feb 25, 2022, 3:31 PM: Alexander Ionov

AI