# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Tuesday, February 22, 2022

 Hi, Yevgeniy.
Feb 22, 2022, 9:16 AM: Alexander Ionov 

 Are we meeting today or tomorrow?
Feb 22, 2022, 9:17 AM: Alexander Ionov 

 Hi, Sash! Well, today would be better, because considering the situation,  you can't know for sure what tomorrow will bring)).
Feb 22, 2022, 9:19 AM: Yevgeniy Vistoropskiy 

 When is it good for you and where?
Feb 22, 2022, 9:20 AM: Yevgeniy Vistoropskiy 

 So will you be able to stop by our place?
Feb 22, 2022, 9:20 AM: Alexander Ionov 

 We can by springs [sic].
Feb 22, 2022, 9:20 AM: Alexander Ionov 

 At Metropolis.
Feb 22, 2022, 9:20 AM: Alexander Ionov 

 Where Yegor and I usually eat.
Feb 22, 2022, 9:20 AM: Alexander Ionov 

 Media/79999887666@s.whatsapp.net/6/5/65d77c20-c724-4101-9e9f-ad9ae3ffaef3.jpg
Feb 22, 2022, 9:21 AM: Yevgeniy Vistoropskiy
(Message continues) 



Feb 22, 2022, 9:21 AM: Yevgeniy Vistoropskiy

 Right there? Do I understand it right? 
Feb 22, 2022, 9:21 AM: Yevgeniy Vistoropskiy

 Yes. 
Feb 22, 2022, 9:21 AM: Alexander Ionov

 Only it's better by the Moscow Central Circle [MTsK/MCC]. 
Feb 22, 2022, 9:21 AM: Alexander Ionov

 25 minutes. 
Feb 22, 2022, 9:21 AM: Alexander Ionov

 And you exit straight into TU [sic]. 
Feb 22, 2022, 9:22 AM: Alexander Ionov

 Let's do it. 
Feb 22, 2022, 9:22 AM: Yevgeniy Vistoropskiy

 What time? 
Feb 22, 2022, 9:22 AM: Yevgeniy Vistoropskiy

 How about 18:00? 
Feb 22, 2022, 9:22 AM: Alexander Ionov

 Or earlier? 
Feb 22, 2022, 9:22 AM: Alexander Ionov

 Well, let's do it at 17:20 or 17:30. Will that work? 
Feb 22, 2022, 9:22 AM: Yevgeniy Vistoropskiy

 Totally.
Feb 22, 2022, 9:24 AM: Alexander Ionov


 Awesome.
Feb 22, 2022, 9:24 AM: Yevgeniy Vistoropskiy


 Media/79999887666@s.whatsapp.net/9/c/9cecdf54-f8d7-42ca-9c61-4d31171c963e.webp




Feb 22, 2022, 9:27 AM: Alexander Ionov

 Center for the Development of Cultural Initiatives,  Autonomous Non-Commercial Organization (hereinafter referred to as ANO TsRKI).
Feb 22, 2022, 11:09 AM: Alexander Ionov

 Do you know iz [sic]?
Feb 22, 2022, 11:09 AM: Alexander Ionov




Nah, Sash, I've never heard. Sash, we have an award ceremony at 17:00. Is it OK if we reschedule to 18:30?
Feb 22, 2022, 11:36 AM: Yevgeniy Vistoropskiy





Yes, let' do it.
Feb 22, 2022, 11:37 AM: Alexander Ionov





No problem.
Feb 22, 2022, 11:37 AM: Alexander Ionov



Media/79999887666@s.whatsapp.net/a/d/adacc199-5e78-401e-a8ee-3420a5954e06.webp



Feb 22, 2022, 11:37 AM: Alexander Ionov



[Emoji(s)]
Feb 22, 2022, 11:37 AM: Yevgeniy Vistoropskiy



Wednesday, February 23, 2022

**YV**

Happy holiday!

Media/79999887666@s.whatsapp.net/5/3/53ceac00-9e7a-43ef-a3de-2cf5269c8d67.jpg 

Feb 23, 2022, 6:45 AM: Yevgeniy Vistoropskiy
(Message continues)



Feb 23, 2022, 6:45 AM: Yevgeniy Vistoropskiy

 Good morning.
Feb 23, 2022, 7:50 AM: Alexander Ionov

 AI

 Media/79999887666@s.whatsapp.net/c/2/c209da26-5354-405d-be9b-a14a53839fbf.jpg

 AI



Feb 23, 2022, 7:50 AM: Alexander Ionov

YV Good [morning]!
Feb 23, 2022, 7:50 AM: Yevgeniy Vistoropskiy



 Can we meet at 15:00 today?
Feb 23, 2022, 7:50 AM: Alexander Ionov

 AI

YV Yes, of course.
Feb 23, 2022, 7:50 AM: Yevgeniy Vistoropskiy





At Metropolis?
Feb 23, 2022, 7:51 AM: Yevgeniy Vistoropskiy





In that case, at Metropolis shopping center, second floor, Torro Grill.
Feb 23, 2022, 7:51 AM: Alexander Ionov





Copy that. I'll be there.
Feb 23, 2022, 7:51 AM: Yevgeniy Vistoropskiy



Media/79999887666@s.whatsapp.net/1/d/1d53149d-566d-4784-9395-f9483ccee6f9.webp



Feb 23, 2022, 7:52 AM: Alexander Ionov

Zhenya.
Feb 23, 2022, 11:12 AM: Alexander Ionov





**Let's do it at 15:30.**
Feb 23, 2022, 11:12 AM: Alexander Ionov

**Because I'm running a little late.**
Feb 23, 2022, 11:12 AM: Alexander Ionov

**Sorry.**
Feb 23, 2022, 11:12 AM: Alexander Ionov

**Alright.**
Feb 23, 2022, 11:13 AM: Yevgeniy Vistoropskiy

**Are you there, Sash?**
Feb 23, 2022, 12:28 PM: Yevgeniy Vistoropskiy

**I'm on my way.**
Feb 23, 2022, 12:28 PM: Alexander Ionov

**How about you?**
Feb 23, 2022, 12:28 PM: Alexander Ionov

**Here.**
Feb 23, 2022, 12:28 PM: Yevgeniy Vistoropskiy

**Take a seat.**
Feb 23, 2022, 12:29 PM: Alexander Ionov

**Place an order.**
Feb 23, 2022, 12:29 PM: Alexander Ionov



It'll take me ten minutes
Feb 23, 2022, 12:29 PM: Alexander Ionov

More or less.
Feb 23, 2022, 12:29 PM: Alexander Ionov

Oktyabrskoye Pole is at a standstill.
Feb 23, 2022, 12:29 PM: Alexander Ionov

OK.
Feb 23, 2022, 12:29 PM: Yevgeniy Vistoropskiy

For good.
Feb 23, 2022, 12:29 PM: Alexander Ionov

There is an accident by the tunnel.
Feb 23, 2022, 12:29 PM: Alexander Ionov

Sorry.
Feb 23, 2022, 12:29 PM: Alexander Ionov

I'm still looking for it.
Feb 23, 2022, 12:29 PM: Yevgeniy Vistoropskiy

No problem.
Feb 23, 2022, 12:29 PM: Yevgeniy Vistoropskiy

The second floor is across from Starbucks.
Feb 23, 2022, 12:29 PM: Alexander Ionov

**YV** [Emoji(s)]
Feb 23, 2022, 12:29 PM: Yevgeniy Vistoropskiy

**YV** Have you made a reservation, Sash?
Feb 23, 2022, 12:36 PM: Yevgeniy Vistoropskiy

**YV** It's all completely packed.
Feb 23, 2022, 12:36 PM: Yevgeniy Vistoropskiy

No. **AI**
Feb 23, 2022, 12:37 PM: Alexander Ionov

It's usually empty. **AI**
Feb 23, 2022, 12:37 PM: Alexander Ionov

[Emoji(s)] **AI**
Feb 23, 2022, 12:37 PM: Alexander Ionov

**YV** Well, it's the 23rd today.
Feb 23, 2022, 12:37 PM: Yevgeniy Vistoropskiy

How about the one next to it? **AI**
Feb 23, 2022, 12:37 PM: Alexander Ionov

**YV** The confectionery?
Feb 23, 2022, 12:38 PM: Yevgeniy Vistoropskiy

Yes. **AI**
Feb 23, 2022, 12:38 PM: Alexander Ionov

 Just take a seat at any.
Feb 23, 2022, 12:38 PM: Alexander Ionov


 I'm flying.
Feb 23, 2022, 12:38 PM: Alexander Ionov


 Media/79999887666@s.whatsapp.net/6/0/609d1e3d-3439-4556-a435-4052362249e9.docx

[Document]
Feb 23, 2022, 2:00 PM: Yevgeniy Vistoropskiy


 That's Kalinin's example.
Feb 23, 2022, 2:00 PM: Yevgeniy Vistoropskiy


 Media/79999887666@s.whatsapp.net/3/d/3dc5d156-a0e6-4682-b37f-cca8138f4b98.docx

[Document]
Feb 23, 2022, 2:01 PM: Yevgeniy Vistoropskiy


Tsargrad's example.
Feb 23, 2022, 2:01 PM: Yevgeniy Vistoropskiy


 I appreciate it.
Feb 23, 2022, 2:01 PM: Alexander Ionov


[Emoji(s)]
Feb 23, 2022, 2:01 PM: Yevgeniy Vistoropskiy


Thursday, February 24, 2022

 We didn't let you sleep
Feb 24, 2022, 4:38 AM: Alexander Ionov

 Hahaha
Feb 24, 2022, 4:39 AM: Yevgeniy Vistoropskiy 

 Hi! Not really, these are our normal hours of operation
Feb 24, 2022, 4:39 AM: Yevgeniy Vistoropskiy 

 Good morning)
Feb 24, 2022, 4:39 AM: Alexander Ionov 

 It's terrible
Feb 24, 2022, 4:39 AM: Alexander Ionov 

 Human rights activist Marina Litvinovich called on all those against the military operation in Donbass to take to the streets of their city centers at 19:00 in order to stage a protest.  'We'll be facing the consequences of this for years to come. Not even us. But our children and grandchildren. Empires do not fall apart quickly and painlessly: when dying, they drag into the grave everyone within their reach ,' wrote Litvinovich.
Feb 24, 2022, 8:50 AM: Alexander Ionov 

 Isn't she yours?
Feb 24, 2022, 8:50 AM: Yevgeniy Vistoropskiy 

 [She is] not ours
Feb 24, 2022, 8:50 AM: Alexander Ionov 

 [She is] anything but ours
Feb 24, 2022, 8:50 AM: Alexander Ionov 

 And a totally bad woman
Feb 24, 2022, 8:51 AM: Alexander Ionov 

 That's it, I have read it
Feb 24, 2022, 8:51 AM: Yevgeniy Vistoropskiy 

 I got it, thank you
Feb 24, 2022, 8:51 AM: Yevgeniy Vistoropskiy 

 Media/79999887666@s.whatsapp.net/a/f/af176725-ffbd-4665-99ef-629d9c1ed9b0.webp 



Feb 24, 2022, 8:51 AM: Alexander Ionov

 It has been reported that those who conduct a pro-Ukraine campaign in the Russian Federation [RF], with all that it entails,  will be arrested in the near future. It is about prominent Russian mass media, media and bloggers.
Feb 24, 2022, 10:37 AM: Alexander Ionov 

 Really?
Feb 24, 2022, 10:37 AM: Alexander Ionov 

 **We haven't heard**
Feb 24, 2022, 10:38 AM: Yevgeniy Vistoropskiy 

 **But there is a mass of people calling for a rally at 19:00**
Feb 24, 2022, 10:38 AM: Yevgeniy Vistoropskiy 

 **That's Litvinovich**
Feb 24, 2022, 10:38 AM: Alexander Ionov 

 **[She] is seeking publicity**
Feb 24, 2022, 10:38 AM: Alexander Ionov 

 **Well, Center E agents [eshniki] will apprehend her, clearly**
Feb 24, 2022, 10:39 AM: Yevgeniy Vistoropskiy 

 **Media/79999887666@s.whatsapp.net/4/b/4be478d4-d2b9-4e02-96cf-6e2d37cbb1af.webp**
Feb 24, 2022, 10:39 AM: Alexander Ionov
(Message continues) 



Feb 24, 2022, 10:39 AM: Alexander Ionov

 It sucks
Feb 24, 2022, 10:39 AM: Alexander Ionov 

 Yet another publicity stunt
Feb 24, 2022, 10:40 AM: Alexander Ionov 

 Well, there's no other way
Feb 24, 2022, 10:40 AM: Yevgeniy Vistoropskiy 

 Media/79999887666@s.whatsapp.net/c/9/c905e432-c57a-4c7c-9075-
790c8140ed8a.webp
Feb 24, 2022, 11:01 AM: Alexander Ionov
(Message continues) 



Feb 24, 2022, 11:01 AM: Alexander Ionov


It is quiet for some reason
Feb 24, 2022, 1:13 PM: Alexander Ionov

Regarding the undesirables
Feb 24, 2022, 1:13 PM: Alexander Ionov

Media/79999887666@s.whatsapp.net/3/c/3ca2e726-9a52-451b-9e2f-ed3166609fd8.jpg



В соответствии с решением Генерального прокурора Российской Федерации от 22.02.2022 для доведения до сведения общественности через официальные каналы распространения информации Генеральной прокуратуры Российской Федерации направляется информация о признании 22.02.2022 Генеральной прокуратурой Российской Федерации нежелательной на территории Российской Федерации деятельности иностранных неправительственных организаций:

Journalism Development Network INC («Ассоциация развития журналистики», JDN), США;

IStories fonds, Латвийская Республика.

Текст пресс-релиза согласован с Первым заместителем Генерального прокурора Российской Федерации А.В. Разинкиным.

Feb 24, 2022, 1:14 PM: Yevgeniy Vistoropskiy

 A decision has been made
Feb 24, 2022, 1:14 PM: Yevgeniy Vistoropskiy 

 We are just waiting
Feb 24, 2022, 1:14 PM: Yevgeniy Vistoropskiy 

 Well, this is not to be posted
Feb 24, 2022, 1:14 PM: Yevgeniy Vistoropskiy 

 [Emoji(s)]
Feb 24, 2022, 1:14 PM: Yevgeniy Vistoropskiy 

Media/79999887666@s.whatsapp.net/0/b/0bbfd66f-68bc-46a7-8848-40304a2eb761.webp



Feb 24, 2022, 1:14 PM: Alexander Ionov



We are waiting
Feb 24, 2022, 1:14 PM: Alexander Ionov





Everyone is waiting
Feb 24, 2022, 1:14 PM: Alexander Ionov





!! Irina Dolinina, who is a reporter for Vazhnye Istorii, and an operator, with whom Ira was filming a news report, in the city of Shakhty (Rostov Oblast), on local residents and refugees from the Luhansk and Donetsk People's Republics [LDNR], have been detained.

THIS MESSAGE (MATERIAL) WAS CREATED AND (OR) DISSEMINATED BY A FOREIGN MASS MEDIA OUTLET PERFORMING THE FUNCTIONS OF A FOREIGN AGENT AND (OR) A RUSSIAN LEGAL ENTITY PERFORMING THE FUNCTIONS OF A FOREIGN AGENT
Feb 24, 2022, 1:23 PM: Alexander Ionov





So here's the question:  for some reason JDN was recognized but OCCRP was not. But our folks believe that OCCRP is part of JDN
Feb 24, 2022, 1:31 PM: Yevgeniy Vistoropskiy





That's right
Feb 24, 2022, 1:31 PM: Alexander Ionov





That's what we asked for
Feb 24, 2022, 1:31 PM: Alexander Ionov





Well, in that case, it's awesome
Feb 24, 2022, 1:32 PM: Yevgeniy Vistoropskiy





JDN is, in fact,  OCCRP
Feb 24, 2022, 1:32 PM: Alexander Ionov





Should I do the document today?)
Feb 24, 2022, 5:46 PM: Alexander Ionov





**Does anyone need it over there?)))**
Feb 24, 2022, 5:46 PM: Alexander Ionov


AI


YV

**Haha, of course, it's needed**
Feb 24, 2022, 5:47 PM: Yevgeniy Vistoropskiy





**Dang)**
Feb 24, 2022, 5:47 PM: Alexander Ionov


AI

Friday, February 25, 2022



Media/79999887666@s.whatsapp.net/9/1/91dd0869-a52a-48a5-ab9f-
361e4024762d.jpg


AI



Переслdate сообщение
Автор: Неофициальный БеZсонов

200 СПАРТАНЦЕВ
В ГОСТОМЕЛЕ

Рождение новых героев.

Поддержим российский спецназ,
который сутки удерживал
аэродром под Киевом против
превосходящих сил противника.



👁 25,4K 12:21

Feb 25, 2022, 9:48 AM: Alexander Ionov



**Next, we shout the topic**
Feb 25, 2022, 9:48 AM: Alexander Ionov


AI


YV

**And views.**
Feb 25, 2022, 9:49 AM: Yevgeniy Vistoropskiy





Media/79999887666@s.whatsapp.net/b/7/b703fc74-be04-45b0-9a3d-883a8f815c18.webp



Feb 25, 2022, 9:49 AM: Alexander Ionov



The guys definitely see.
Feb 25, 2022, 9:49 AM: Yevgeniy Vistoropskiy





Media/79999887666@s.whatsapp.net/5/3/53d411b9-1fa1-4c17-8fb0-9d235dffd044.webp
Feb 25, 2022, 9:49 AM: Yevgeniy Vistoropskiy
(Message continues)









Feb 25, 2022, 9:49 AM: Yevgeniy Vistoropskiy

 We accelerate it to the best of our abilities.
Feb 25, 2022, 9:49 AM: Alexander Ionov 

 In an hour I will give the Anti-War Coalition.
Feb 25, 2022, 9:49 AM: Alexander Ionov 

Thursday, March 17, 2022

 Hi.
Mar 17, 2022, 10:34 PM: Alexander Ionov 

 I'll send the paper closer to 10:30.
Mar 17, 2022, 10:34 PM: Alexander Ionov