# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____



Thursday, March 17, 2022

Hi.
Mar 17, 2022, 10:34 PM: Alexander Ionov

I'll send the paper closer to 10:30.
Mar 17, 2022, 10:34 PM: Alexander Ionov

> I've held a conference. I'm too exhausted to write any more.
> Mar 17, 2022, 10:34 PM: Alexander Ionov — AI

Friday, March 18, 2022

YV — Hi. Alright.
Mar 18, 2022, 4:11 AM: Yevgeniy Vistoropskiy

> Media/79999887666@s.whatsapp.net/d/8/d8b6ac8e-395b-4874-9691-21b167ee2ea3.webp — AI



Mar 18, 2022, 6:27 AM: Alexander Ionov

YV — https://t.me/readovkanews/28430

Media/79999887666@s.whatsapp.net/7/a/7aaed5c1-dad3-4cf3-a151-ff74a0cccb7b.thumb
Mar 18, 2022, 6:38 AM: Yevgeniy Vistoropskiy
(Message continues)


Mar 18, 2022, 6:38 AM: Yevgeniy Vistoropskiy

**YV** — Isn't it your topic?
Mar 18, 2022, 6:38 AM: Yevgeniy Vistoropskiy

**YV** — It's kind of cool.
Mar 18, 2022, 6:38 AM: Yevgeniy Vistoropskiy

**AI** — I'm organizing a picket protest there
Mar 18, 2022, 6:39 AM: Alexander Ionov

**AI** — And official statements.
Mar 18, 2022, 6:39 AM: Alexander Ionov

**YV** — I see.
Mar 18, 2022, 6:39 AM: Yevgeniy Vistoropskiy

 **YV** I'm waiting then.
Mar 18, 2022, 6:40 AM: Yevgeniy Vistoropskiy

https://www.instagram.com/p/CbOliGruKpj/?utm_medium=copy_link
Mar 18, 2022, 6:44 AM: Alexander Ionov — AI

Media/79999887666@s.whatsapp.net/7/b/7b975d45-da5c-45a5-905f-ab1dc50fac81.mp4

[Video file]
Mar 18, 2022, 7:45 AM: Alexander Ionov — AI

Media/79999887666@s.whatsapp.net/4/6/46b99810-948d-492c-8281-ca84f20ba484.jpg
Mar 18, 2022, 7:46 AM: Alexander Ionov
(Message continues) — AI



Mar 18, 2022, 7:46 AM: Alexander Ionov

Monday, March 28, 2022



**YV** Hi!
May 18, 2022, 8:25 AM: Yevgeniy Vistoropskiy

**YV** I'm on the subway, Sash.
May 18, 2022, 8:25 AM: Yevgeniy Vistoropskiy

Give me a call when you can) **AI**
May 18, 2022, 8:26 AM: Alexander Ionov

**YV** Alright
May 18, 2022, 8:26 AM: Yevgeniy Vistoropskiy

Media/79999887666@s.whatsapp.net/3/7/37d01114-6a2b-4fcc-bb9e-e5a87b7c4cdb.webp

[No file] **AI**
May 18, 2022, 8:26 AM: Alexander Ionov

**YV** Call not answered
May 18, 2022, 9:50 AM: Yevgeniy Vistoropskiy

**YV** Sash, I need the papers by tomorrow.
May 18, 2022, 1:16 PM: Yevgeniy Vistoropskiy

**YV** [Emoji(s)]
May 18, 2022, 1:16 PM: Yevgeniy Vistoropskiy

Thursday, May 19, 2022

**YV** Good morning)
May 19, 2022, 6:16 AM: Yevgeniy Vistoropskiy

**YV** This is the reminder you asked for.
May 19, 2022, 6:16 AM: Yevgeniy Vistoropskiy

> **Good morning). I'll send by courier by dinner)**
> May 19, 2022, 6:26 AM: Alexander Ionov

AI