# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| Message Date/Time - UTC+00:00 (yyyy/MM/dd) | Message Direction | Sender | Receiver | Message | Translation/Local Media Path |
|---|---|---|---|---|---|
| 2022/02/22 09:16:56 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Евгений привет | Hi, Yevgeniy. |
| 2022/02/22 09:17:06 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Сегодня встречаемся или завтра? | Are we meeting today or tomorrow? |
| 2022/02/22 09:19:48 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Саш, привет! Да лучше сегодня, а то с этой обстановкой непонятно, что завтра будет)) | Hi, Sash! Well, today would be better, because considering the situation, you can't know for sure what tomorrow will bring)). |
| 2022/02/22 09:20:04 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | А ты сможешь к нам доскочить? | So will you be able to stop by our place? |
| 2022/02/22 09:20:04 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Когда удобно и где? | When is it good for you and where? |
| 2022/02/22 09:20:15 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Можем пружинами | We can by springs [sic]. |
| 2022/02/22 09:20:20 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | В метрополисе | At Metropolis. |
| 2022/02/22 09:20:33 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Где с Егором обычно едим | Where Yegor and I usually eat. |
| 2022/02/22 09:21:34 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Media/79999887666@s.whatsapp.net/6/5/65d77c20-c724-4101-9e9f-ad9ae3ffaef3.jpg | Media/79999887666@s.whatsapp.net/6/5/65d77c20-c724-4101-9e9f-ad9ae3ffaef3.jpg |
| 2022/02/22 09:21:37 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Правильно понимаю, там? | Right there? Do I understand it right? |
| 2022/02/22 09:21:43 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Да | Yes. |
| 2022/02/22 09:21:49 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Только на мцк лучше | Only it's better by the Moscow Central Circle [MTsK/MCC]. |
| 2022/02/22 09:21:53 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | 25 минут | 25 minutes. |
| 2022/02/22 09:22:00 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | И выход прямо в ТУ | And you exit straight into TU [sic]. |
| 2022/02/22 09:22:09 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Давай | Let's do it. |
| 2022/02/22 09:22:15 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Во сколько? | What time? |
| 2022/02/22 09:22:18 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Предлагаю в 18? | How about 18:00? |
| 2022/02/22 09:22:21 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Или раньше? | Or earlier? |
| 2022/02/22 09:22:54 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Ну давай 17:20-30, удобно будет? | Well, let's do it at 17:20 or 17:30. Will that work? |
| 2022/02/22 09:24:01 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Вполне | Totally. |
| 2022/02/22 09:24:19 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Отлично | Awesome. |
| 2022/02/22 09:27:51 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Media/79999887666@s.whatsapp.net/9/c/9cecdf54-f8d7-42ca-9c61-4d31171c963e.webp | Media/79999887666@s.whatsapp.net/9/c/9cecdf54-f8d7-42ca-9c61-4d31171c963e.webp |

| Timestamp | Direction | From | To | Original | Translation |
|---|---|---|---|---|---|
| 2022/02/22 11:09:26 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Автономная некоммерческая организация «Центр развития культурных инициатив» (далее – АНО «ЦРКИ»). | Center for the Development of Cultural Initiatives, Autonomous Non-Commercial Organization (hereinafter referred to as ANO TsRKI). |
| 2022/02/22 11:09:34 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Не знаешь из? | Do you know iz [sic]? |
| 2022/02/22 11:36:13 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Не, Саш, не слышал. Саш, у нас тут награждение в 17:00, если на 18:30 перенесём, ничего? | Nah, Sash, I've never heard. Sash, we have an award ceremony at 17:00. Is it OK if we reschedule to 18:30? |
| 2022/02/22 11:37:20 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Да давай | Yes, let' do it. |
| 2022/02/22 11:37:26 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Нет проблем | No problem. |
| 2022/02/22 11:37:28 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Media/79999887666@s.whatsapp.net/a/d/adacc199-5e78-401e-a8ee-3420a5954e06.webp | Media/79999887666@s.whatsapp.net/a/d/adacc199-5e78-401e-a8ee-3420a5954e06.webp |
| 2022/02/22 11:37:45 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | [Emoji(s)] | [Emoji(s)] |
| 2022/02/23 06:45:29 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | С праздником! | Happy holiday!<br><br>Media/79999887666@s.whatsapp.net/5/3/53ceac00-9e7a-43ef-a3de-2cf5269c8d67.jpg |
| 2022/02/23 07:50:07 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Доброе утро | Good morning. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Media/79999887666@s.whatsapp.net/c/2/c209da26-5354-405d-be9b-a14a53839fbf.jpg | Media/79999887666@s.whatsapp.net/c/2/c209da26-5354-405d-be9b-a14a53839fbf.jpg |
| 2022/02/23 07:50:11 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | | |
| 2022/02/23 07:50:37 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Доброе! | Good [morning]! |
| 2022/02/23 07:50:39 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Можем встретится сегодня в 15:00? | Can we meet at 15:00 today? |
| 2022/02/23 07:50:47 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Да, конечно. | Yes, of course. |
| 2022/02/23 07:51:07 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | В метрополисе? | At Metropolis? |
| 2022/02/23 07:51:19 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Тогда в ТЦ Метрополис, 2 этаж торро гриль | In that case, at Metropolis shopping center, second floor, Torro Grill. |
| 2022/02/23 07:51:29 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Принял, буду | Copy that. I'll be there. |
| | | | | Media/79999887666@s.whatsapp.net/1/d/1d53149d-566d-4784-9395-f9483ccee6f9.webp | Media/79999887666@s.whatsapp.net/1/d/1d53149d-566d-4784-9395-f9483ccee6f9.webp |
| 2022/02/23 07:52:09 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | | |
| 2022/02/23 11:12:03 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Женя | Zhenya. |
| 2022/02/23 11:12:07 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Давай в 15:30 | Let's do it at 15:30. |
| 2022/02/23 11:12:12 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | А то я припаздываю | Because I'm running a little late. |
| 2022/02/23 11:12:13 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Сорри | Sorry. |
| 2022/02/23 11:13:38 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Хорошо | Alright. |
| 2022/02/23 12:28:43 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Саш, на месте? | Are you there, Sash? |
| 2022/02/23 12:28:53 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Еду | I'm on my way. |
| 2022/02/23 12:28:54 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | А ты? | How about you? |
| 2022/02/23 12:28:59 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Тут | Here. |
| 2022/02/23 12:29:00 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Присаживайся | Take a seat. |
| 2022/02/23 12:29:03 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Заказывай | Place an order. |
| 2022/02/23 12:29:06 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Мне 10 мин | It'll take me ten minutes |
| 2022/02/23 12:29:08 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Плюс минус | More or less. |
| 2022/02/23 12:29:14 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Ок | OK. |
| 2022/02/23 12:29:14 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Стоит Октябрьское поле | Oktyabrskoye Pole is at a standstill. |
| 2022/02/23 12:29:16 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Намертво | For good. |
| 2022/02/23 12:29:22 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Авария у тоннеля | There is an accident by the tunnel. |
| 2022/02/23 12:29:25 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Я пока ищу его | I'm still looking for it. |
| 2022/02/23 12:29:25 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Сорри | Sorry. |
| 2022/02/23 12:29:34 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Да ниче | No problem. |

| Date/Time | Direction | From | To | Message (Russian) | Message (English) |
|---|---|---|---|---|---|
| 2022/02/23 12:29:35 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Второй этаж напротив старбакса | The second floor is across from Starbucks. |
| 2022/02/23 12:29:53 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | [Emoji(s)] | [Emoji(s)] |
| 2022/02/23 12:36:38 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Саш, ты не бронировал? | Have you made a reservation, Sash? |
| 2022/02/23 12:36:43 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Тут битком все | It's all completely packed. |
| 2022/02/23 12:37:15 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Нет | No. |
| 2022/02/23 12:37:21 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Там обычно пусто | It's usually empty. |
| 2022/02/23 12:37:26 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | [Emoji(s)] | [Emoji(s)] |
| 2022/02/23 12:37:31 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Ну сегодня 23 | Well, it's the 23rd today. |
| 2022/02/23 12:37:32 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | А в соседнем? | How about the one next to it? |
| 2022/02/23 12:38:02 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Кондитера? | The confectionery? |
| 2022/02/23 12:38:12 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Да | Yes. |
| 2022/02/23 12:38:17 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Да в любое садись | Just take a seat at any. |
| 2022/02/23 12:38:20 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Я лечу | I'm flying. |
| 2022/02/23 14:00:50 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Media/79999887666@s.whatsapp.net/6/0/609d1e3d-3439-4556-a435-4052362249e9.docx<br><br>Заявка MK_2022_1_1_71.docx | Media/79999887666@s.whatsapp.net/6/0/609d1e3d-3439-4556-a435-4052362249e9.docx<br><br>[Document] |
| 2022/02/23 14:00:57 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Это пример Калинина | That's Kalinin's example. |
| 2022/02/23 14:01:14 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Media/79999887666@s.whatsapp.net/3/d/3dc5d156-a0e6-4682-b37f-cca8138f4b98.docx<br><br>Заявка NK_2022_1_5_23-2.docx | Media/79999887666@s.whatsapp.net/3/d/3dc5d156-a0e6-4682-b37f-cca8138f4b98.docx<br><br>[Document] |
| 2022/02/23 14:01:21 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Пример Царьграда | Tsargrad's example. |
| 2022/02/23 14:01:34 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Благодарю | I appreciate it. |
| 2022/02/23 14:01:46 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | [Emoji(s)] | [Emoji(s)] |
| 2022/02/24 04:38:11 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Не дали тебе поспать | We didn't let you sleep |
| 2022/02/24 04:39:03 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Ахахах | Hahaha |
| 2022/02/24 04:39:25 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Привет! Да не, мы в штатном | Hi! Not really, these are our normal hours of operation |
| 2022/02/24 04:39:48 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Доброе утро) | Good morning) |
| 2022/02/24 04:39:51 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Ужас | It's terrible |
| 2022/02/24 08:50:06 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Правозащитница Марина Литвинович призвала всех противников военной операции в Донбассе выйти в центры своих городов в 19:00, чтобы выразить свой протест. «Мы будем расхлебывать все это много лет. Даже не мы. А наши дети и внуки. Империи не распадаются быстро и безболезненно: умирая, они затаскивают в могилу всех, до кого дотянутся», — написала Литвинович. | Human rights activist Marina Litvinovich called on all those against the military operation in Donbass to take to the streets of their city centers at 19:00 in order to stage a protest. 'We'll be facing the consequences of this for years to come. Not even us. But our children and grandchildren. Empires do not fall apart quickly and painlessly: when dying, they drag into the grave everyone within their reach ,' wrote Litvinovich. |
| 2022/02/24 08:50:46 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Ваша же она? | Isn't she yours? |
| 2022/02/24 08:50:51 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Не наша | [She is] not ours |
| 2022/02/24 08:50:56 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Совсем не наша | [She is] anything but ours |
| 2022/02/24 08:51:03 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | И совсем плохая женщина | And a totally bad woman |
| 2022/02/24 08:51:37 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Все,почитал | That's it, I have read it |
| 2022/02/24 08:51:41 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Принял, спасибо | I got it, thank you |

| | | | | | |
|---|---|---|---|---|---|
| 2022/02/24 08:51:44 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Media/79999887666@s.whatsapp.net/a/f/af176725-ffbd-4665-99ef-629d9c1ed9b0.webp | Media/79999887666@s.whatsapp.net/a/f/af176725-ffbd-4665-99ef-629d9c1ed9b0.webp |
| 2022/02/24 10:37:51 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | ⚡Поступила информация о скором аресте тех, кто ведёт проукраинскую политику в РФ, со всеми вытекающими. Речь о крупных российских СМИ, медиа и блогеров. | ⚡It has been reported that those who conduct a pro-Ukraine campaign in the Russian Federation [RF], with all that it entails, will be arrested in the near future. It is about prominent Russian mass media, media and bloggers. |
| 2022/02/24 10:37:54 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Реально? | Really? |
| 2022/02/24 10:38:24 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Мы не слышали | We haven't heard |
| 2022/02/24 10:38:40 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Но там масса народу призывает на митинг в 19:00 | But there is a mass of people calling for a rally at 19:00 |
| 2022/02/24 10:38:51 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Это литвинович | That's Litvinovich |
| 2022/02/24 10:38:53 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Пиарится | [She] is seeking publicity |
| 2022/02/24 10:39:43 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Ну Э-шники возьмут ее, явно | Well, Center E agents [eshniki] will apprehend her, clearly |
| 2022/02/24 10:39:51 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Media/79999887666@s.whatsapp.net/4/b/4be478d4-d2b9-4e02-96cf-6e2d37cbb1af.webp | Media/79999887666@s.whatsapp.net/4/b/4be478d4-d2b9-4e02-96cf-6e2d37cbb1af.webp |
| 2022/02/24 10:39:54 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Хренова | It sucks |
| 2022/02/24 10:40:01 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Пиара ей ещё больше | Yet another publicity stunt |
| 2022/02/24 10:40:23 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Ну по-другому никак | Well, there's no other way |

| Date | Direction | From | To | Message | Translation |
|---|---|---|---|---|---|
| 2022/02/24 11:01:32 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Media/79999887666@s.whatsapp.net/c/9/c905e432-c57a-4c7c-9075-790c8140ed8a.webp | Media/79999887666@s.whatsapp.net/c/9/c905e432-c57a-4c7c-9075-790c8140ed8a.webp |
| 2022/02/24 13:13:34 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Что то тишина | It is quiet for some reason |
| 2022/02/24 13:13:42 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | По нежелательным | Regarding the undesirables |
| 2022/02/24 13:14:02 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Решение есть | A decision has been made |
| 2022/02/24 13:14:02 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Media/79999887666@s.whatsapp.net/3/c/3ca2e726-9a52-451b-9e2f-ed3166609fd8.jpg | Media/79999887666@s.whatsapp.net/3/c/3ca2e726-9a52-451b-9e2f-ed3166609fd8.jpg |
| 2022/02/24 13:14:05 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Ждём только | We are just waiting |
| 2022/02/24 13:14:14 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Ну это не постить | Well, this is not to be posted |
| 2022/02/24 13:14:17 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | [Emoji(s)] | [Emoji(s)] |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Media/79999887666@s.whatsapp.net/0/b/0bbfd66f-68bc-46a7-8848-40304a2eb761.webp | Media/79999887666@s.whatsapp.net/0/b/0bbfd66f-68bc-46a7-8848-40304a2eb761.webp |
| 2022/02/24 13:14:23 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | | |
| 2022/02/24 13:14:27 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Ждём | We are waiting |
| 2022/02/24 13:14:32 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Все ждут | Everyone is waiting |
| 2022/02/24 13:23:41 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | !! Задержаны журналистка «Важных историй» Ирина Долинина и оператор, с которым в городе Шахты (Ростовская область) Ира снимала репортаж о местных жителях и беженцах из ЛДНР. ДАННОЕ СООБЩЕНИЕ (МАТЕРИАЛ) СОЗДАНО И (ИЛИ) РАСПРОСТРАНЕНО ИНОСТРАННЫМ СРЕДСТВОМ МАССОВОЙ ИНФОРМАЦИИ, ВЫПОЛНЯЮЩИМ ФУНКЦИИ ИНОСТРАННОГО АГЕНТА, И (ИЛИ) РОССИЙСКИМ ЮРИДИЧЕСКИМ ЛИЦОМ, ВЫПОЛНЯЮЩИМ ФУНКЦИИ ИНОСТРАННОГО АГЕНТА | !! Irina Dolinina, who is a reporter for Vazhnye Istorii, and an operator, with whom Ira was filming a news report, in the city of Shakhty (Rostov Oblast), on local residents and refugees from the Luhansk and Donetsk People's Republics [LDNR], have been detained. THIS MESSAGE (MATERIAL) WAS CREATED AND (OR) DISSEMINATED BY A FOREIGN MASS MEDIA OUTLET PERFORMING THE FUNCTIONS OF A FOREIGN AGENT AND (OR) A RUSSIAN LEGAL ENTITY PERFORMING THE FUNCTIONS OF A FOREIGN AGENT |
| 2022/02/24 13:31:31 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Ток вот вопрос, чёт JDN признали, а OCCRP нет. Но у наших убеждение, что OCCRP входит в JDN | So here's the question: for some reason JDN was recognized but OCCRP was not. But our folks believe that OCCRP is part of JDN |
| 2022/02/24 13:31:49 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Все правильно | That's right |
| 2022/02/24 13:31:53 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Мы так и просили | That's what we asked for |
| 2022/02/24 13:32:01 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Ну и отлично тогда | Well, in that case, it's awesome |
| 2022/02/24 13:32:07 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | JDN это и есть occrp | JDN is, in fact, OCCRP |
| 2022/02/24 17:46:50 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Документ сегодня делать?) | Should I do the document today?) |
| 2022/02/24 17:46:58 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Он там нужен кому то ?)))) | Does anyone need it over there?))) |
| 2022/02/24 17:47:14 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Ахаха, нужен конечно | Haha, of course, it's needed |
| 2022/02/24 17:47:22 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Вот блин | Dang) |
| 2022/02/25 09:48:32 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Media/79999887666@s.whatsapp.net/9/1/91dd0869-a52a-48a5-ab9f-361e4024762d.jpg | Media/79999887666@s.whatsapp.net/9/1/91dd0869-a52a-48a5-ab9f-361e4024762d.jpg |
| 2022/02/25 09:48:40 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Дальше крычим тему | Next, we shout the topic |
| 2022/02/25 09:49:00 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | И просмотры | And views. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Media/79999887666@s.whatsapp.net/b/7/b703fc74-be04-45b0-9a3d-883a8f815c18.webp | Media/79999887666@s.whatsapp.net/b/7/b703fc74-be04-45b0-9a3d-883a8f815c18.webp |
| 2022/02/25 09:49:05 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | | |
| 2022/02/25 09:49:06 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Ребята явно видят | The guys definitely see. |
| | | | | Media/79999887666@s.whatsapp.net/5/3/53d411b9-1fa1-4c17-8fb0-9d235dffd044.webp | Media/79999887666@s.whatsapp.net/5/3/53d411b9-1fa1-4c17-8fb0-9d235dffd044.webp |
| 2022/02/25 09:49:13 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | | |
| 2022/02/25 09:49:16 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Разгоняем как можем | We accelerate it to the best of our abilities. |
| 2022/02/25 09:49:59 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Через час антивоенную коалицию дам | In an hour I will give the Anti-War Coalition. |
| 2022/03/17 22:34:21 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Привет | Hi. |
| 2022/03/17 22:34:32 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Бумагу пришлю ближе к 10-30 | I'll send the paper closer to 10:30. |
| 2022/03/17 22:34:46 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Провёл конференцию, нет сил уже писать | I've held a conference. I'm too exhausted to write any more. |
| 2022/03/18 04:11:08 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Привет, хорошо | Hi. Alright. |
| | | | | Media/79999887666@s.whatsapp.net/d/8/d8b6ac8e-395b-4874-9691-21b167ee2ea3.webp | Media/79999887666@s.whatsapp.net/d/8/d8b6ac8e-395b-4874-9691-21b167ee2ea3.webp |
| 2022/03/18 06:27:02 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | | |

| Date/Time | Direction | From | To | Message (Russian) | Message (English) |
|---|---|---|---|---|---|
| 2022/03/18 06:38:40 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | https://t.me/readovkanews/28430  Media/79999887666@s.whatsapp.net/7/a/7aaed5c1-dad3-4cf3-a151-ff74a0cccb7b.thumb | https://t.me/readovkanews/28430  Media/79999887666@s.whatsapp.net/7/a/7aaed5c1-dad3-4cf3-a151-ff74a0cccb7b.thumb |
| 2022/03/18 06:38:47 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Это не твоя тема? | Isn't it your topic? |
| 2022/03/18 06:38:53 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Круто так-то | It's kind of cool. |
| 2022/03/18 06:39:44 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Я пикет там организовываю | I'm organizing a picket protest there |
| 2022/03/18 06:39:51 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | И официальные заявления | And official statements. |
| 2022/03/18 06:39:58 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Понял | I see. |
| 2022/03/18 06:40:01 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Жду тогда | I'm waiting then. |
| 2022/03/18 06:44:37 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | https://www.instagram.com/p/CbOliGruKpj/?utm_medium=copy_link | https://www.instagram.com/p/CbOliGruKpj/?utm_medium=copy_link |
| 2022/03/18 07:45:46 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Media/79999887666@s.whatsapp.net/7/b/7b975d45-da5c-45a5-905f-ab1dc50fac81.mp4  [Video file] | Media/79999887666@s.whatsapp.net/7/b/7b975d45-da5c-45a5-905f-ab1dc50fac81.mp4  [Video file] |
| 2022/03/18 07:46:12 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Media/79999887666@s.whatsapp.net/4/6/46b99810-948d-492c-8281-ca84f20ba484.jpg | Media/79999887666@s.whatsapp.net/4/6/46b99810-948d-492c-8281-ca84f20ba484.jpg |
| 2022/03/28 08:14:50 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Call not answered | Call not answered |
| 2022/03/28 08:27:43 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Call not answered | Call not answered |
| 2022/05/18 08:22:32 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Привет | Hi |
| 2022/05/18 08:25:51 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Привет! | Hi! |
| 2022/05/18 08:25:54 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Саш, я в метро | I'm on the subway, Sash. |
| 2022/05/18 08:26:16 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Набери как сможешь) | Give me a call when you can) |
| 2022/05/18 08:26:47 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Хорошо | Alright |

| | | | | | |
|---|---|---|---|---|---|
| 2022/05/18 08:26:55 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Media/79999887666@s.whatsapp.net/3/7/37d01114-6a2b-4fcc-bb9e-e5a87b7c4cdb.webp [No file] | Media/79999887666@s.whatsapp.net/3/7/37d01114-6a2b-4fcc-bb9e-e5a87b7c4cdb.webp [No file] |
| 2022/05/18 09:50:13 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Call not answered | Call not answered |
| 2022/05/18 13:16:11 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Саш, бумажки нужны к завтра | Sash, I need the papers by tomorrow. |
| 2022/05/18 13:16:22 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | [Emoji(s)] | [Emoji(s)] |
| 2022/05/19 06:16:50 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Доброе утро) | Good morning) |
| 2022/05/19 06:16:58 | Incoming | Yevgeniy Vistoropskiy | Alexander Ionov | Напоминаю, ты просил | This is the reminder you asked for. |
| 2022/05/19 06:26:28 | Outgoing | Alexander Ionov | Yevgeniy Vistoropskiy | Доброе утро) к обеду отправлю с курьером) | Good morning). I'll send by courier by dinner) |