# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**: 341

Case No.: 8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA

vs.

OMALI YESHITELA, ET AL.

Date Identified: ______________

Date Admitted: ______________

Wednesday, November 03, 2021

EP

This question got pushed back to next week. Do you have all the documents for yourself and Nastya with you? Will you be able to stop by Metro Station Prospekt Vernadskogo? AB won't let me go for too long, I'm an acting supervisor today.
Nov 3, 2021, 8:51 AM: Egor Popov

Wednesday, February 16, 2022

EP

Let's do tomorrow instead. Today I'm also talking to the wife.
Feb 16, 2022, 7:12 PM: Egor Popov

I'll call her.
Feb 16, 2022, 7:12 PM: Alexander Ionov

AI

I'll complain.
Feb 16, 2022, 7:12 PM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/1/f/1fe3e67b-57ed-467b-8c3b-929c29a0cce1.webp
Feb 16, 2022, 7:13 PM: Alexander Ionov
(Message continues)

AI



Feb 16, 2022, 7:13 PM: Alexander Ionov

AI

EP

I also offered to give her your contact [information])) in order to set her mind at ease

Feb 16, 2022, 7:31 PM: Egor Popov

Media/79168527258@s.whatsapp.net/3/1/31b455d6-f2de-413d-926f-a407e90b6352.webp

Feb 16, 2022, 7:31 PM: Alexander Ionov

(Message continues)

AI





Feb 16, 2022, 7:31 PM: Alexander Ionov

Thursday, February 17, 2022

BEGIN:VCARD
VERSION:3.0
N:;Alinochka;;;
FN:Alinochka
TEL;type=IPHONE;type=CELL;type=VOICE;waid=79776073987:+7 977 607-39-87
END:VCARD
Feb 17, 2022, 7:26 AM: Egor Popov



BEGIN:VCARD
VERSION:3.0
N:Popova, Alina (Suzanne Code);;;;
FN:Popova, Alina (Suzanne Code)
X-WA-BIZ-NAME:Suzanne Code
TEL;waid=79623697111:+7 962 369-71-11
END:VCARD
Feb 17, 2022, 7:26 AM: Egor Popov

I have the number ).
Feb 17, 2022, 7:27 AM: Alexander Ionov

AI

Good morning.
Feb 17, 2022, 7:27 AM: Alexander Ionov

AI

EP

Good [morning]!
Feb 17, 2022, 7:27 AM: Egor Popov

It would be nice to understand what's happening
Feb 17, 2022, 7:27 AM: Alexander Ionov



Media/79168527258@s.whatsapp.net/8/0/8008d61c-0985-4ffa-a352-6e93ee395e16.webp

AI



Feb 17, 2022, 7:27 AM: Alexander Ionov

EP

Please call her once a day or every other day.
Feb 17, 2022, 7:27 AM: Egor Popov

Media/79168527258@s.whatsapp.net/2/6/2683f304-cb73-447e-9fcc-ab06b2ea3294.webp




Feb 17, 2022, 7:32 AM: Alexander Ionov

AI

Why aren't you answering?
Feb 17, 2022, 7:36 AM: Alexander Ionov

AI

EP

One second.
Feb 17, 2022, 7:36 AM: Egor Popov

Should I call Yevgeniy?
Feb 17, 2022, 7:36 AM: Alexander Ionov

AI

He is selling Pomeranian puppies, actually.
Feb 17, 2022, 7:36 AM: Alexander Ionov

AI

[Emoji(s)]
Feb 17, 2022, 7:36 AM: Alexander Ionov

AI

EP

BEGIN:VCARD
VERSION:3.0
N:Vistoropskiy, Yevgeniy;;;;
FN:Vistoropskiy, Yevgeniy
TEL;type=CELL;type=VOICE;waid=79999887666:+7 999 988-76-66
END:VCARD
Feb 17, 2022, 7:38 AM: Egor Popov

EP

Yes.
Feb 17, 2022, 7:38 AM: Egor Popov

Will you call?
Feb 17, 2022, 7:38 AM: Alexander Ionov

AI

EP

Just don't tell Alina anything. She neither knows nor has a clue. A person who is far from being into politics.
Feb 17, 2022, 7:49 AM: Egor Popov

Media/79168527258@s.whatsapp.net/b/1/b19fcdf1-a208-4703-89e1-e09e62e64e9a.webp
Feb 17, 2022, 7:50 AM: Alexander Ionov
(Message continues)

AI



Feb 17, 2022, 7:50 AM: Alexander Ionov

AI

Sunday, February 20, 2022

Sergeyevich
Feb 20, 2022, 8:23 AM: Alexander Ionov

AI

Are you alive over there?
Feb 20, 2022, 8:23 AM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/0/3/03cc19e5-8bd0-41ef-8b5b-5f154bea3932.webp
Feb 20, 2022, 8:23 AM: Alexander Ionov
(Message continues)

AI


Feb 20, 2022, 8:23 AM: Alexander Ionov
AI