# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Sunday, June 26, 2022

> **Yegor**
> Jun 26, 2022, 5:34 PM: Alexander Ionov
>
> — AI

**EP**
> **Hm?**
> Jun 26, 2022, 5:49 PM: Egor Popov

> Media/79168527258@s.whatsapp.net/0/6/06dd0146-aa3e-46b4-be7f-2941d9fa0486.jpg
>
> [No file]
> Jun 26, 2022, 5:51 PM: Alexander Ionov
>
> — AI

> **The second event**
> Jun 26, 2022, 5:51 PM: Alexander Ionov
>
> — AI

> Media/79168527258@s.whatsapp.net/7/7/77aca3a5-288e-4f10-b0e9-ec540b31c70f.webp
>
> [No file]
> Jun 26, 2022, 5:51 PM: Alexander Ionov — AI

Tuesday, June 28, 2022

> Media/79168527258@s.whatsapp.net/0/a/0a7f6142-0ee0-4a98-8fc0-6d4cb5440297.jpg
>
> [No file]
> Jun 28, 2022, 8:47 AM: Alexander Ionov — AI

> Is reposting Meduza
> Jun 28, 2022, 8:47 AM: Alexander Ionov — AI

EP: Sash), didn't we agree on it? )
Jun 28, 2022, 8:48 AM: Egor Popov

> You have another four days.
> Jun 28, 2022, 8:48 AM: Alexander Ionov — AI

> Media/79168527258@s.whatsapp.net/d/a/da75d780-4984-4858-b8a0-d8e1a2f30b95.webp
>
> [No file]
> Jun 28, 2022, 8:48 AM: Alexander Ionov — AI

> And after that
> Jun 28, 2022, 8:48 AM: Alexander Ionov — AI

> The armor is strong, and our tanks are fast.
> Jun 28, 2022, 8:49 AM: Alexander Ionov — AI

Thursday, June 30, 2022



**EP:** Sash, we are drinking). Is it something urgent? Should I step out?))
Jun 30, 2022, 3:22 PM: Egor Popov

**AI:** Wow
Jun 30, 2022, 3:22 PM: Alexander Ionov

**AI:** Well, keep drinking.
Jun 30, 2022, 3:22 PM: Alexander Ionov

**AI:** There is some news in NG.
Jun 30, 2022, 3:22 PM: Alexander Ionov

*Friday, July 01, 2022*

**EP:** Hi, Sash! There are not enough photos from Lombardo's trip. The events continued for three days. I get the impression that nothing was photographed there - the events are [sic] large-scale, yet there is [sic] no coverage.
Jul 1, 2022, 8:27 AM: Egor Popov

**EP:** And I also need some links to the Spanish press. Workers alone isn't enough.
Jul 1, 2022, 8:27 AM: Egor Popov

**EP:** I need the materials by no later than 16:00. Please take care of it.
Jul 1, 2022, 8:28 AM: Egor Popov

**AI:** Usually, it's three photos.
Jul 1, 2022, 8:31 AM: Alexander Ionov

**AI:** [Emoji(s)]
Jul 1, 2022, 8:31 AM: Alexander Ionov

**AI:** Media/79168527258@s.whatsapp.net/0/2/023f0a4d-d808-48b4-b050-
Jul 1, 2022, 8:31 AM: Alexander Ionov
(Message continues)

> 7150514f6322.jpg
>
> [No file]
> Jul 1, 2022, 8:31 AM: Alexander Ionov

AI

> Media/79168527258@s.whatsapp.net/6/4/64c838b7-abbd-4412-b124-e993987288c5.jpg
>
> [No file]
> Jul 1, 2022, 8:31 AM: Alexander Ionov

AI

> Media/79168527258@s.whatsapp.net/4/5/458d7527-c26a-4791-a011-34a3e1571b0d.jpg
>
> [No file]
> Jul 1, 2022, 8:31 AM: Alexander Ionov

AI

> Media/79168527258@s.whatsapp.net/b/8/b87fb1d1-b702-43be-8991-e0bb5ee0bba2.jpg
>
> [No file]
> Jul 1, 2022, 8:31 AM: Alexander Ionov

AI

> Media/79168527258@s.whatsapp.net/6/6/66d7a8ed-16c9-431e-808f-6360f0504828.jpg
>
> [No file]
> Jul 1, 2022, 8:31 AM: Alexander Ionov

AI

> Media/79168527258@s.whatsapp.net/4/e/4e39006b-b485-46a5-abb1-b86c8eb1a8c9.jpg
>
> [No file]
> Jul 1, 2022, 8:31 AM: Alexander Ionov

AI

> What would you do without me?
> Jul 1, 2022, 8:31 AM: Alexander Ionov

AI

**AI:** Media/79168527258@s.whatsapp.net/3/8/384fe53b-2437-4fda-832c-84bcdfe09f85.webp

[No file]
Jul 1, 2022, 8:31 AM: Alexander Ionov

**EP:** Wow, that's a different story! You rock, man!
Jul 1, 2022, 8:32 AM: Egor Popov

**EP:** Do you have another one or two from the round tables and forums?
Jul 1, 2022, 8:32 AM: Egor Popov

**AI:** Media/79168527258@s.whatsapp.net/3/1/31808da2-dff8-4e30-8f89-e75cc4f4ab24.webp

[No file]
Jul 1, 2022, 8:32 AM: Alexander Ionov

**EP:** 3AD55D47999283923C3E
Jul 1, 2022, 8:56 AM: Egor Popov

**EP:** And links to the Spanish mass media. Workers wasn't the only one covering such a large-scale event, was it? By the way, how many people were there, approximately?
Jul 1, 2022, 8:57 AM: Egor Popov

**AI:** https://www.google.ru/search?q=anti+nato+protests&newwindow=1&prmd=inv&sxsrf=ALiCzsYvoVHWq6Kc9W2w6xozZHqdcvFMVw:1656667238741&source=lnms&tbm=nws&sa=X&ved=2ahUKEwi2qZqyrtf4AhWygv0HHWYcD-QQ_AUoAnoECAIQAg&biw=428&bih=746&dpr=3
Jul 1, 2022, 9:20 AM: Alexander Ionov

**AI:** Here you are.
Jul 1, 2022, 9:21 AM: Alexander Ionov

**Have fun)**
Jul 1, 2022, 9:21 AM: Alexander Ionov — AI

**Apart from 'SI', was the event by the Capitol in Atlanta covered anywhere else? Last time there were no links either.**
Jul 1, 2022, 12:19 PM: Egor Popov — EP

**[Emoji(s)]**
Jul 1, 2022, 12:19 PM: Egor Popov — EP