# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**: 343

Case No.: 8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA

vs.

OMALI YESHITELA, ET AL.

Date Identified: ________________

Date Admitted: ________________

Friday, July 29, 2022

EP

And what's this Lebanon's Minister's name?
Jul 29, 2022, 7:54 AM: Egor Popov

EP

Good morning!!
Jul 29, 2022, 7:54 AM: Egor Popov

EP

Where is their joint duty assignment position? The Minister of Foreign Affairs and Migration?
Jul 29, 2022, 7:55 AM: Egor Popov

EP

Are public servants in Lebanon allowed to register firms?
Jul 29, 2022, 7:56 AM: Egor Popov

EP

Did the news about Ritter make it to the Yandex top?
And who quoted it? Give three or four links.
Jul 29, 2022, 8:10 AM: Egor Popov

EP

I want to show the scope
Jul 29, 2022, 8:10 AM: Egor Popov

Listen, I checked
Jul 29, 2022, 8:23 AM: Alexander Ionov

AI

AI

The news about his public speech on Youtube made it to Yandex
Jul 29, 2022, 8:23 AM: Alexander Ionov

AI

How about some articles from Readovka?
Jul 29, 2022, 8:24 AM: Alexander Ionov

AI

I'm confused
Jul 29, 2022, 8:24 AM: Alexander Ionov

AI

Media/79168527258@s.whatsapp.net/0/9/09baf05f-83d4-4f46-b3af-27741bc06af5.webp

[No file]
Jul 29, 2022, 8:24 AM: Alexander Ionov

EP

Well, the links are in
Jul 29, 2022, 8:24 AM: Egor Popov

AI

All of them are on video after all
Jul 29, 2022, 8:34 AM: Alexander Ionov

AI

I can't determine the primary source because of rewriting
Jul 29, 2022, 8:34 AM: Alexander Ionov

AI

It's not clear
Jul 29, 2022, 8:34 AM: Alexander Ionov

AI

Our article has the same questions
Jul 29, 2022, 8:34 AM: Alexander Ionov

EP

Good)
Jul 29, 2022, 8:34 AM: Egor Popov

Otherwise, you'll say that we are delusional
Jul 29, 2022, 8:34 AM: Alexander Ionov

AI

I'm watching Sobchak
Jul 29, 2022, 8:35 AM: Alexander Ionov

AI

What a bitch!
Jul 29, 2022, 8:35 AM: Alexander Ionov

AI

EP

And did you see do you have [sic] Lombardo with Ritter?
Jul 29, 2022, 8:54 AM: Egor Popov

EP

the video*
Jul 29, 2022, 8:54 AM: Egor Popov

EP

Were you the one who arranged it?
Jul 29, 2022, 8:54 AM: Egor Popov

EP

Were there any links to it, too?
Jul 29, 2022, 8:54 AM: Egor Popov

No
Jul 29, 2022, 8:58 AM: Alexander Ionov

AI

This one
Jul 29, 2022, 8:58 AM: Alexander Ionov

AI

https://youtu.be/_sIlJLs-NbQ
Jul 29, 2022, 8:58 AM: Alexander Ionov

AI

AI

No, I introduced them last year, and we did some broadcasts on Zoom
Jul 29, 2022, 8:59 AM: Alexander Ionov

AI

I did write about it
Jul 29, 2022, 8:59 AM: Alexander Ionov

EP

And I'm telling you about this - http://stop-imperialism.com/2022/07/29/47604
Jul 29, 2022, 9:39 AM: Egor Popov

EP

Sash, can you give a commentary on Novaya Gazeta for Vzglyad? Can I share your contact information?
Jul 29, 2022, 10:40 AM: Egor Popov

AI

Alright
Jul 29, 2022, 10:41 AM: Alexander Ionov

EP

On the subject of their liquidation
Jul 29, 2022, 10:41 AM: Egor Popov

AI

Alright
Jul 29, 2022, 10:41 AM: Alexander Ionov

AI

When will they call?
Jul 29, 2022, 10:41 AM: Alexander Ionov

EP

I don't know yet♂
Jul 29, 2022, 10:42 AM: Egor Popov

AI

Okay
Jul 29, 2022, 10:42 AM: Alexander Ionov



EP

Sash, the pics in the document for the first event that you have sent are completely wrong
Jul 29, 2022, 12:06 PM: Egor Popov

I inserted those that had been sent to me.
Jul 29, 2022, 12:06 PM: Alexander Ionov

AI

Why are they wrong anyway
Jul 29, 2022, 12:06 PM: Alexander Ionov

AI

EP

Well, that's not a good argument
Jul 29, 2022, 12:06 PM: Egor Popov

[Emoji(s)]
Jul 29, 2022, 12:06 PM: Alexander Ionov

AI

EP

Check it out, there are some niggers there. And the protests are against abortion
Jul 29, 2022, 12:07 PM: Egor Popov

Already in the Yandex top
Jul 29, 2022, 4:14 PM: Alexander Ionov

AI

[Emoji(s)]
Jul 29, 2022, 4:14 PM: Alexander Ionov

AI

EP

Media/79168527258@s.whatsapp.net/7/6/760997dc-4dd5-48f9-a4c7-e47dc26c2f87.jpg

[No file]
Jul 29, 2022, 4:17 PM: Egor Popov

Media/79168527258@s.whatsapp.net/6/2/62acdccb-13b7-4a7b-a7b6-
Jul 29, 2022, 4:18 PM: Alexander Ionov
(Message continues)

AI

c035065c4484.webp

[No file]
Jul 29, 2022, 4:18 PM: Alexander Ionov

AI

EP

Media/79168527258@s.whatsapp.net/b/4/b4fafa2b-4303-4363-bb57-e73b8295f05c.jpg

[No file]
Jul 29, 2022, 4:19 PM: Egor Popov

Media/79168527258@s.whatsapp.net/8/9/89b18b05-67d2-48cd-902b-ed864d394876.jpg

[No file]
Jul 29, 2022, 5:51 PM: Alexander Ionov

AI

EP

Cripes!
Jul 29, 2022, 5:57 PM: Egor Popov

EP

Well, Sash, I'm busy.
Jul 29, 2022, 6:10 PM: Egor Popov

It's fucked up.
Jul 29, 2022, 6:10 PM: Alexander Ionov

AI

Ionov provided financial support to these groups, coordinated and funded direct actions by these groups within the United States intended to further Russian interests, and coordinated coverage of this activity in Russian media outlets. Ionov also relayed detailed information about this influence campaign to three FSB officials, claims the publication.
Jul 29, 2022, 6:10 PM: Alexander Ionov

AI

EP

Who is writing it?
Jul 29, 2022, 6:21 PM: Egor Popov

AI

[See attached.]
Jul 29, 2022, 6:21 PM: Alexander Ionov

AI

Trash the phones.
Jul 29, 2022, 6:22 PM: Alexander Ionov

EP

Didn't I tell you that the phone that the Arabs had given you as a gift was weird?
Jul 29, 2022, 6:23 PM: Egor Popov

AI

I haven't had it for ages
Jul 29, 2022, 6:23 PM: Alexander Ionov

AI

It was the second one
Jul 29, 2022, 6:23 PM: Alexander Ionov

AI

Borisych [PH] read it on Gazeta.ru
Jul 29, 2022, 6:26 PM: Alexander Ionov

AI

That's it.
Jul 29, 2022, 7:08 PM: Alexander Ionov

AI

Sergeyevich [PH] isn't talking to me anymore.
Jul 29, 2022, 7:08 PM: Alexander Ionov

EP

Sash, I'll call you. I'm at an event at the moment, it's completely unrelated
Jul 29, 2022, 7:09 PM: Egor Popov

AI

Media/79168527258@s.whatsapp.net/6/8/6830c9cb-2d18-42b0-a75f-4e7eb316d664.webp

[No file]
Jul 29, 2022, 7:09 PM: Alexander Ionov

Sunday, July 31, 2022

EP

Good morning, Sash! Stay in touch. Today we are preparing a situational information report for S.
Jul 31, 2022, 6:54 AM: Egor Popov

[Emoji(s)]
Jul 31, 2022, 7:10 AM: Alexander Ionov

AI

Greetings!
Jul 31, 2022, 7:57 AM: Alexander Ionov

AI

From now on that's the way I'll be saying hello.
Jul 31, 2022, 7:57 AM: Alexander Ionov

AI

[Emoji(s)]
Jul 31, 2022, 7:57 AM: Alexander Ionov

AI

EP

))
Jul 31, 2022, 7:57 AM: Egor Popov

Why aren't you calling?
Jul 31, 2022, 7:57 AM: Alexander Ionov

AI

EP

Hold on, I will call ☺
Jul 31, 2022, 7:58 AM: Egor Popov

Media/79168527258@s.whatsapp.net/0/c/0c8a9156-66d2-49e9-adb9-f6fca1532650.jpg

[No file]
Jul 31, 2022, 8:28 AM: Alexander Ionov

AI

EP

Did you translate everything?
Jul 31, 2022, 8:29 AM: Egor Popov

AI

Not everything
Jul 31, 2022, 8:31 AM: Alexander Ionov

EP

Who is Grand Jury?
Jul 31, 2022, 8:31 AM: Egor Popov

AI

That's all faggots gathered together
Jul 31, 2022, 8:31 AM: Alexander Ionov

AI

The grand jury
Jul 31, 2022, 8:31 AM: Alexander Ionov

AI

The prosecutor and so on
Jul 31, 2022, 8:31 AM: Alexander Ionov

AI

It's not who, it's what)
Jul 31, 2022, 8:31 AM: Alexander Ionov

EP

The offices of what movements were subjected to search?
Jul 31, 2022, 8:39 AM: Egor Popov

AI

The Uhuru and the Black Hammer
Jul 31, 2022, 8:39 AM: Alexander Ionov

AI

[See attached.]
Jul 31, 2022, 8:41 AM: Alexander Ionov

EP

Don't. I'll read it in English
Jul 31, 2022, 8:41 AM: Egor Popov

AI

That's dangerous
Jul 31, 2022, 8:42 AM: Alexander Ionov

EP

In conjunction with what Article [of the Penal Code] have you been charged?
Jul 31, 2022, 8:42 AM: Egor Popov

EP

I'm interested in the Article number rather than its content
Jul 31, 2022, 8:42 AM: Egor Popov

AI

I don't have the Article
Jul 31, 2022, 8:42 AM: Alexander Ionov

AI

I'll find it and send a message.
Jul 31, 2022, 8:42 AM: Alexander Ionov

EP

Please find it, I need it now
Jul 31, 2022, 8:42 AM: Egor Popov

EP

What organizations stood up for you and the Uhuru?
Jul 31, 2022, 8:58 AM: Egor Popov

AI

The Uhuru, the African Socialist Party, the Committee to Stop FBI Repression, the Chicago Anti-War Committee, UNAC, Alliance Against Racism and Political Repression
Jul 31, 2022, 9:02 AM: Alexander Ionov

EP

And in the USA, the position 'assistant' = 'deputy'?
Jul 31, 2022, 9:19 AM: Egor Popov

AI

That I don't know
Jul 31, 2022, 9:19 AM: Alexander Ionov

Honestly
Jul 31, 2022, 9:19 AM: Alexander Ionov

AI

They have weird positions
Jul 31, 2022, 9:19 AM: Alexander Ionov

AI

EP

Well, find the Article, please, I'm being asked
Jul 31, 2022, 9:45 AM: Egor Popov

EP

What US government official spoke up on your topic?
Jul 31, 2022, 9:53 AM: Egor Popov

EP

I know about the Department of Justice officials and Assistant
Attorneys General. I need others, like Blinken.
Jul 31, 2022, 9:54 AM: Egor Popov

https://m.youtube.com/watch?v=7FhDDZkQ4vk&feature=youtu.be
Jul 31, 2022, 10:52 AM: Alexander Ionov

AI

EP

And when did Sinn Fein visit? In 2015?
Jul 31, 2022, 11:18 AM: Egor Popov

And in [20]16, and [20]17.
Jul 31, 2022, 11:18 AM: Alexander Ionov

AI

Notification to the Attorney General, as required by law, in violation of
18.U.S.C. §951(a).
Jul 31, 2022, 11:45 AM: Alexander Ionov

AI

EP

What's that?
Jul 31, 2022, 11:48 AM: Egor Popov

The FARA law
Jul 31, 2022, 11:49 AM: Alexander Ionov
AI
EP
And under what Articles of this law do they charge you?
Jul 31, 2022, 11:52 AM: Egor Popov
EP
I don't understand what these digits mean.
Jul 31, 2022, 11:52 AM: Egor Popov
18.U.S.C. §951(a) requires that agents operating under the control of foreign governments or foreign officials, other than diplomats, notify the Attorney General before acting. There is a limited exception for those engaged in legal commercial transactions. Registration under FARA serves as the requisite notification.
Jul 31, 2022, 11:52 AM: Alexander Ionov
AI
Paragraph 951 a
Jul 31, 2022, 11:53 AM: Alexander Ionov
AI

Media/79168527258@s.whatsapp.net/2/1/2186363a-f9f5-4ce8-83d4-62097a27c7be.jpg

[No file]

Jul 31, 2022, 11:53 AM: Alexander Ionov

AI

**7/29/2022 6:21 PM**

A Russian national is charged with conspiring to have U.S. citizens act as illegal agents of the Russian government.

An indictment was unsealed today in Tampa, Florida, charging a Russian national, working on behalf of the Russian government and in conjunction with the Russian Federal Security Service (FSB), with orchestrating a years-long foreign malign influence campaign that used various U.S. political groups to sow discord, spread pro-Russian propaganda, and interfere in elections within the United States.

As alleged in the indictment, from at least December 2014 until March 2022, Aleksandr Viktorovich Ionov [ICST], a resident of Moscow, together with three Russian officials, engaged in a years-long foreign malign influence campaign targeting the United States. Ionov is the founder and president of the Anti-Globalization Movement of Russia (AGMR), an organization headquartered in Moscow and funded by the Russian government. Ionov utilized AGMR to carry out Russia's influence campaign.

'Based on the court documents, Ionov allegedly orchestrated a brazen influence campaign, turning the U.S. political groups and U.S. citizens into instruments of the Russian government,' said Assistant Attorney General Matthew G. Olsen of the Justice Department's National Security Division. 'The Department of Justice will not allow Russia to unlawfully sow division and spread misinformation inside the United States'.

According to the indictment, Ionov, while working under the supervision of the FSB and with the Russian government's support, recruited political groups within the United States, including the USA [sic]. Political Group 1 in Florida, U.S. Political Group 2 in Georgia, and U.S. Political Group 3 in California, and exercised direction or control over them on behalf of the FSB. Specifically, Ionov provided financial support to these groups, directed them to publish pro-Russian propaganda, coordinated and funded direct actions by these groups within the United States intended to further Russian interests, and coordinated coverage of this activity in Russian media outlets. Ionov also relayed detailed information about this influence campaign to three FSB officials.

'Secret foreign government efforts to influence American elections and political groups threaten our democracy by spreading misinformation, distrust, and chaos,' said Assistant Attorney General Kenneth A. Polite Jr. of the Justice Department's Criminal Division. 'The Mepartment [sic] is committed to ensuring that the U.S. laws protect a transparent election process, and the political system does not get undermined by the foreign malign influence.'

According to the indictment, Ionov allegedly targeted the USA. Political Group 1 is based in St. Petersburg, Petersburg, Florida. In May 2015, Ionov funded an all-inclusive trip to Russia for the leader of U.S. Political Group 1 (Unindicted Co-Conspirator-1, UIC-1), in order to 'communicate about future cooperation' between U.S. Political Group 1 and AGMR. Following that trip, and for at least the next seven years, Ionov exercised direction and control over senior members of U.S. Political Group 1.

'The prosecution of this criminal conduct is essential to protecting the American public when foreign governments seek to inject themselves into the American political process,' said U.S. Attorney Roger B. Handberg for the Middle District of Florida. 'We will continue to work with our partners at the FBI to investigate these events, and we will continue to follow the evidence to ensure justice is done.'

Early in the conspiracy, senior members of U.S. Political Group 1, MSZhD-1 [sic], MSZhD-2 [sic], and MSZhD-3 [sic] exchanged emails about the fact that Ionov was working on behalf of the Russian government. For example, in September 2015, Ionov paid for participating in an AGMR-sponsored 'Dialogue of Nations' conference in Moscow. Upon return to Florida, UIC-1 reported to the U.S. leadership of Political Group 1 that AGMR is a 'solid institution of Russian politics' and that it was 'clear' that AGMR was 'an instrument of the Russian government', which, MSZhD-1 [sic] wrote, did not 'disturb us'. The following week, in an email discussion, U.S. Political Group 1 leaders observed that it was 'more than likely', that the Russian government was using AGMR 'to utilize forces inside of the USA to sew [sic] division inside the United States'.

'The impact of Russian malign foreign influence cannot be overstated', said Assistant Director Luis Quesada of the FBI's Criminal Investigative Division. 'The FBI will aggressively pursue any foreign government that attempts to divide American citizens and poison our democratic process.' Ionov used his control over the U.S. Political Group 1 leaders to foster discord within the United States, to spread pro-Russian propaganda under the guise of a domestic political organization, and to interfere in local elections. For example, in January 2016, Ionov guaranteed financing for - and ultimately, funded – a four-city protest tour undertaken by U.S. Political Group 1 in support of the 'Petition on Crime of Genocide against African People in the United States,' which it had previously submitted to the United Nations at Ionov's direction. Later, in 2017 and 2019, Ionov monitored and supported political campaigns of UIC-3 and UIC-4 in St. Petersburgh, Florida. In 2019, before the primary election, Ionov wrote to a Russian official that he had been 'consulting every week' on the campaign. After UIC-4 advanced to the general election, FSB Officer 1 wrote to Ionov that 'our election campaign is unique', and asked, 'Are we the first in history?' Later, Ionov sent FSB Officer 1 some additional information about the election, referring to MSZhD-4 [sic] as the candidate 'whom we supervise'.

According to the indictment, Ionov's relationship with U.S. Political Group 1 continued until at least March 2022. Specifically, in the wake of Russia's invasion in Ukraine, U.S. Political Group 1 repeatedly hosted Ionov via video conference to discuss the war, during which Ionov falsely stated that anyone who supported Ukraine also supported Nazism and white supremacy. In a report to the FSB, Ionov explained that he had enlisted in the U.S. Army, [and] Political Group 1 will support Russia in the 'information war' unleashed by the West.
Alongside his malign foreign influence efforts with U.S. Political Group 1, Ionov also exercised direction and control over U.S. Political Group 3, an organization based in California whose primary goal was to promote California's secession from the United States. In January and February of 2018, Ionov supported U.S. Political Group 3's efforts - led by the organization's founder (UIC-6) - to orchestrate a protest demonstration at the California Capitol building in Sacramento. Ionov partially funded the efforts and attempted to direct MSZhD-6 [sic] to physically enter the governor's office. Later, Ionov sent various media reports covering the demonstration and U.S. Political Group 3's broader efforts to FSB Officer 1, writing that FSB Officer 1 had asked for 'turmoil' and stating, 'There you go.'

According to the indictment, Ionov also directed the efforts of U.S. Political group 2, based in Atlanta. For example, as recently as in March 2022, Ionov paid for members of U.S. Political Group 2 - including its founder (UIC-5) – to travel from Atlanta to San Francisco to protest at the headquarters of a social media company that had placed content restrictions on posts supporting Russia's invasion of Ukraine. Ionov sent UIC-5

designs for signs used at the protest and funded cross-country travel for UIC-5 and other members of U.S. Political Group 2. After the protest, Ionov sent UIC-5 a photo of a Russian news website's social media page, which displayed a Russian-language news story about the protest.

Ionov is charged with conspiring to have U.S. citizens act as illegal agents of the Russian government. If convicted, he faces a maximum penalty of five years in prison. A federal district court judge will determine any sentence after considering the U.S. Sentencing Guidelines and other statutory factors.

Assistant U.S. Attorneys Daniel J. Marcet and Risha Asokan, Trial Attorney Menno Goedman of the Justice Department's Counterintelligence and Export Control Section, as well as Trial Attorney Demetrius Sumner of the Justice Department's Public Integrity Section are prosecuting the case.

The FBI Tampa Field Office is investigating the case.

An indictment is merely an allegation. All defendants are presumed innocent until proven guilty beyond a reasonable doubt in a court of law.

**7/31/2022 8:41 AM**

Case 8:22-cr-00259-WFJ-AEP. Document 1. Filed on 07/26/2022. Page 1 of 25. Page 1.

 Sustained [sic]

United States District Court

Middle District of Florida

Tampa Division

7:17

United States of America

Clerk, Uturt [PH] [sic]

V.

Case No. 7-22-cr-259-WFJ-Aep

18 U.S.C. §371

Aleksandr Viktorovich Ionov a.k.a. 'Aleksandr Ionov', a.k.a. 'Sasha'

Hashed [sic]

Indictment

The Grand Jury charges:

A. Introduction.

At times [sic] material to this indictment:

1. Aleksandr Viktorovich Ionov ('Ionov') was a citizen of the Russian Federation ('Russia'), who resided in Moscow, Russia. Ionov was the founder and president of the Anti-Globalization Movement of Russia ('AGMR'), headquartered in Moscow, Russia. According to its website, AGMR advocated for 'the full sovereignty of nation-states including the sovereignty of Russia as an independent player on the political, economic, and cultural world stage.' AGMR was funded by the Russian government through government grants.

2. FSB Officer I [sic] was a citizen of Russia who resided in Moscow, Russia. FSB Officer #1 was employed as an officer of the Federal Security Service of the Russian Federation (Federal Security Service of the Russian Federation, 'FSB'). The FSB was Russia's internal security and counterintelligence service.

    Sealed [sic]