# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| Message Date/Time - UTC+00:00 (yyyy/MM/dd) | Message Direction | Sender | Receiver | Message | Translation/Local Media Path |
|---|---|---|---|---|---|
| 2021/11/03 08:51:49 | Incoming | Egor Popov | Alexander Ionov | Этот вопрос перенесли на сл. неделью. А у тебя все документы за себя и Настю с собой? Сможешь подъехать на м.Проспект Вернадского? Меня АБ не отпустит надолго, я сегодня вместо начальника. | This question got pushed back to next week. Do you have all the documents for yourself and Nastya with you? Will you be able to stop by Metro Station Prospekt Vernadskogo? AB won't let me go for too long, I'm an acting supervisor today. |
| 2022/02/16 19:12:23 | Incoming | Egor Popov | Alexander Ionov | Давай лучше завтра. Сегодня с женой тоже беседую. | Let's do tomorrow instead. Today I'm also talking to the wife. |
| 2022/02/16 19:12:48 | Outgoing | Alexander Ionov | Egor Popov | Я ей позвоню | I'll call her. |
| 2022/02/16 19:12:51 | Outgoing | Alexander Ionov | Egor Popov | Нажалуюсь | I'll complain. |
| 2022/02/16 19:13:01 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/1/f/1fe3e67b-57ed-467b-8c3b-929c29a0cce1.webp | Media/79168527258@s.whatsapp.net/1/f/1fe3e67b-57ed-467b-8c3b-929c29a0cce1.webp |
| 2022/02/16 19:31:33 | Incoming | Egor Popov | Alexander Ionov | Я ей тоже предложить дать твой контакт)) чтобы успокаивал | I also offered to give her your contact [information])) in order to set her mind at ease |
| 2022/02/16 19:31:49 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/3/1/31b455d6-f2de-413d-926f-a407e90b6352.webp | Media/79168527258@s.whatsapp.net/3/1/31b455d6-f2de-413d-926f-a407e90b6352.webp |
| 2022/02/17 07:26:30 | Incoming | Egor Popov | Alexander Ionov | BEGIN:VCARD<br>VERSION:3.0<br>N:;Алиночка;;;<br>FN:Алиночка<br>TEL;type=IPHONE;type=CELL;type=VOICE;waid=79776073987:+7 977 607-39-87<br>END:VCARD | BEGIN:VCARD<br>VERSION:3.0<br>N :;Alinochka;;;<br>FN :Alinochka<br>TEL;type=IPHONE;type=CELL;type=VOICE;waid=79776073987:+7 977 607-39-87<br>END:VCARD |
| 2022/02/17 07:26:41 | Incoming | Egor Popov | Alexander Ionov | BEGIN:VCARD<br>VERSION:3.0<br>N:Попова Алина (Suzanne Code);;;;<br>FN:Попова Алина (Suzanne Code)<br>X-WA-BIZ-NAME:Suzanne Code<br>TEL;waid=79623697111:+7 962 369-71-11<br>END:VCARD | BEGIN:VCARD<br>VERSION:3.0<br>N :Popova, Alina *(Suzanne Code* );;;;<br>FN :Popova, Alina *(Suzanne Code)*<br>X-WA-BIZ-NAME:Suzanne Code<br>TEL;waid=79623697111:+7 962 369-71-11<br>END:VCARD |
| 2022/02/17 07:27:13 | Outgoing | Alexander Ionov | Egor Popov | У меня есть номер) | I have the number ). |
| 2022/02/17 07:27:17 | Outgoing | Alexander Ionov | Egor Popov | Доброе утро | Good morning. |
| 2022/02/17 07:27:24 | Incoming | Egor Popov | Alexander Ionov | Доброе! | Good [morning]! |

| | | | | | |
|---|---|---|---|---|---|
| 2022/02/17 07:27:27 | Outgoing | Alexander Ionov | Egor Popov | Понимать бы что происходит | It would be nice to understand what's happening |
| 2022/02/17 07:27:32 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/8/0/8008d61c-0985-4ffa-a352-6e93ee395e16.webp | Media/79168527258@s.whatsapp.net/8/0/8008d61c-0985-4ffa-a352-6e93ee395e16.webp |
| 2022/02/17 07:27:40 | Incoming | Egor Popov | Alexander Ionov | Я тебя прошу, позванивай ей раз в день/два | Please call her once a day or every other day. |
| 2022/02/17 07:32:37 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/2/6/2683f304-cb73-447e-9fcc-ab06b2ea3294.webp | Media/79168527258@s.whatsapp.net/2/6/2683f304-cb73-447e-9fcc-ab06b2ea3294.webp |
| 2022/02/17 07:36:29 | Outgoing | Alexander Ionov | Egor Popov | Шо не подходишь то | Why aren't you answering? |
| 2022/02/17 07:36:36 | Incoming | Egor Popov | Alexander Ionov | Сек | One second. |
| 2022/02/17 07:36:37 | Outgoing | Alexander Ionov | Egor Popov | Мне Евгению надо набрать? | Should I call Yevgeniy? |
| 2022/02/17 07:36:48 | Outgoing | Alexander Ionov | Egor Popov | Он вот щенков шпица продаёт | He is selling Pomeranian puppies, actually. |
| 2022/02/17 07:36:54 | Outgoing | Alexander Ionov | Egor Popov | [Emoji(s)] | [Emoji(s)] |
| 2022/02/17 07:38:31 | Incoming | Egor Popov | Alexander Ionov | BEGIN:VCARD<br>VERSION:3.0<br>N:Висторопский Евгений;;;;<br>FN:Висторопский Евгений<br>TEL;type=CELL;type=VOICE;waid=79999887666:+7 999 988-76-66<br>END:VCARD | BEGIN:VCARD<br>VERSION:3.0<br>N:Vistoropskiy, Yevgeniy;;;;<br>FN:Vistoropskiy, Yevgeniy<br>TEL;type=CELL;type=VOICE;waid=79999887666:+7 999 988-76-66<br>END:VCARD |
| 2022/02/17 07:38:34 | Incoming | Egor Popov | Alexander Ionov | Да | Yes. |
| 2022/02/17 07:38:44 | Outgoing | Alexander Ionov | Egor Popov | А ты наберёшь? | Will you call? |
| 2022/02/17 07:49:46 | Incoming | Egor Popov | Alexander Ionov | Только Алине ничего не говори, она не знает и не догадывается. Далекий от политики человек | Just don't tell Alina anything. She neither knows nor has a clue. A person who is far from being into politics. |
| 2022/02/17 07:50:21 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/b/1/b19fcdf1-a208-4703-89e1-e09e62e64e9a.webp | Media/79168527258@s.whatsapp.net/b/1/b19fcdf1-a208-4703-89e1-e09e62e64e9a.webp |
| 2022/02/20 08:23:17 | Outgoing | Alexander Ionov | Egor Popov | Сергеевич | Sergeyevich |

| Date | Direction | From | To | Message | Translation |
|---|---|---|---|---|---|
| 2022/02/20 08:23:29 | Outgoing | Alexander Ionov | Egor Popov | Ты там жив? | Are you alive over there? |
| 2022/02/20 08:23:32 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/0/3/03cc19e5-8bd0-41ef-8b5b-5f154bea3932.webp | Media/79168527258@s.whatsapp.net/0/3/03cc19e5-8bd0-41ef-8b5b-5f154bea3932.webp |
| 2022/06/26 17:34:17 | Outgoing | Alexander Ionov | Egor Popov | Егор | Yegor |
| 2022/06/26 17:49:57 | Incoming | Egor Popov | Alexander Ionov | м? | Hm? |
| 2022/06/26 17:51:26 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/0/6/06dd0146-aa3e-46b4-be7f-2941d9fa0486.jpg | Media/79168527258@s.whatsapp.net/0/6/06dd0146-aa3e-46b4-be7f-2941d9fa0486.jpg [No file] |
| 2022/06/26 17:51:31 | Outgoing | Alexander Ionov | Egor Popov | Вторая акция | The second event |
| 2022/06/26 17:51:38 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/7/7/77aca3a5-288e-4f10-b0e9-ec540b31c70f.webp | Media/79168527258@s.whatsapp.net/7/7/77aca3a5-288e-4f10-b0e9-ec540b31c70f.webp [No file] |
| 2022/06/28 08:47:46 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/0/a/0a7f6142-0ee0-4a98-8fc0-6d4cb5440297.jpg | Media/79168527258@s.whatsapp.net/0/a/0a7f6142-0ee0-4a98-8fc0-6d4cb5440297.jpg [No file] |
| 2022/06/28 08:47:54 | Outgoing | Alexander Ionov | Egor Popov | Репостит медузу | Is reposting Meduza |
| 2022/06/28 08:48:30 | Incoming | Egor Popov | Alexander Ionov | Саш) договаривались же) | Sash), didn't we agree on it? ) |
| 2022/06/28 08:48:43 | Outgoing | Alexander Ionov | Egor Popov | У тебя ещё четыре дня | You have another four days. |
| 2022/06/28 08:48:48 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/d/a/da75d780-4984-4858-b8a0-d8e1a2f30b95.webp | Media/79168527258@s.whatsapp.net/d/a/da75d780-4984-4858-b8a0-d8e1a2f30b95.webp [No file] |
| 2022/06/28 08:48:55 | Outgoing | Alexander Ionov | Egor Popov | И потом | And after that |
| 2022/06/28 08:49:06 | Outgoing | Alexander Ionov | Egor Popov | Броня крепка и танки наши быстры | The armor is strong, and our tanks are fast. |

| | | | | | |
|---|---|---|---|---|---|
| 2022/06/30 15:22:03 | Incoming | Egor Popov | Alexander Ionov | Саш, пьем) что-то срочно? Выйти?)) | Sash, we are drinking). Is it something urgent? Should I step out?)) |
| 2022/06/30 15:22:12 | Outgoing | Alexander Ionov | Egor Popov | Ого | Wow |
| 2022/06/30 15:22:14 | Outgoing | Alexander Ionov | Egor Popov | Ну пейте | Well, keep drinking. |
| 2022/06/30 15:22:21 | Outgoing | Alexander Ionov | Egor Popov | По НГ новости есть | There is some news in NG. |
| 2022/07/01 08:27:27 | Incoming | Egor Popov | Alexander Ionov | Саш, привет! Мало фотографий с покздки Ломбардо. События проходили 3 дня. Создается впечатление, что там ничего не фотографировали - мероприятия масштабные, а освещения никакого. | Hi, Sash! There are not enough photos from Lombardo's trip. The events continued for three days. I get the impression that nothing was photographed there - the events are [sic] large-scale, yet there is [sic] no coverage. |
| 2022/07/01 08:27:49 | Incoming | Egor Popov | Alexander Ionov | И нужны ссылки на испанскую прессу. Одного Воркерс не достаточно. | And I also need some links to the Spanish press. Workers alone isn't enough. |
| 2022/07/01 08:28:56 | Incoming | Egor Popov | Alexander Ionov | Мне нужны материалы к 16 ч, не позже. Реши плз | I need the materials by no later than 16:00. Please take care of it. |
| 2022/07/01 08:31:13 | Outgoing | Alexander Ionov | Egor Popov | Три фото же обычно | Usually, it's three photos. |
| 2022/07/01 08:31:20 | Outgoing | Alexander Ionov | Egor Popov | [Emoji(s)] | [Emoji(s)] |
| 2022/07/01 08:31:34 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/0/2/023f0a4d-d808-48b4-b050-7150514f6322.jpg | Media/79168527258@s.whatsapp.net/0/2/023f0a4d-d808-48b4-b050-7150514f6322.jpg<br><br>[No file] |
| 2022/07/01 08:31:35 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/6/4/64c838b7-abbd-4412-b124-e993987288c5.jpg | Media/79168527258@s.whatsapp.net/6/4/64c838b7-abbd-4412-b124-e993987288c5.jpg<br><br>[No file] |
| 2022/07/01 08:31:36 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/4/5/458d7527-c26a-4791-a011-34a3e1571b0d.jpg | Media/79168527258@s.whatsapp.net/4/5/458d7527-c26a-4791-a011-34a3e1571b0d.jpg<br><br>[No file] |

| | | | | | |
|---|---|---|---|---|---|
| 2022/07/01 08:31:37 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/b/8/b87fb1d1-b702-43be-8991-e0bb5ee0bba2.jpg | Media/79168527258@s.whatsapp.net/b/8/b87fb1d1-b702-43be-8991-e0bb5ee0bba2.jpg<br><br>[No file] |
| 2022/07/01 08:31:38 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/6/6/66d7a8ed-16c9-431e-808f-6360f0504828.jpg | Media/79168527258@s.whatsapp.net/6/6/66d7a8ed-16c9-431e-808f-6360f0504828.jpg<br><br>[No file] |
| 2022/07/01 08:31:39 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/4/e/4e39006b-b485-46a5-abb1-b86c8eb1a8c9.jpg | Media/79168527258@s.whatsapp.net/4/e/4e39006b-b485-46a5-abb1-b86c8eb1a8c9.jpg<br><br>[No file] |
| 2022/07/01 08:31:51 | Outgoing | Alexander Ionov | Egor Popov | Что бы ты без меня делал | What would you do without me? |
| 2022/07/01 08:31:56 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/3/8/384fe53b-2437-4fda-832c-84bcdfe09f85.webp | Media/79168527258@s.whatsapp.net/3/8/384fe53b-2437-4fda-832c-84bcdfe09f85.webp<br><br>[No file] |
| 2022/07/01 08:32:26 | Incoming | Egor Popov | Alexander Ionov | Воооо, другое дело! Красавчик! | Wow, that's a different story! You rock, man! |
| 2022/07/01 08:32:44 | Incoming | Egor Popov | Alexander Ionov | А с круглых столов и форумов есть еще 1-2? | Do you have another one or two from the round tables and forums? |

| Date/Time | Direction | From | To | Message | Translation |
|---|---|---|---|---|---|
| 2022/07/01 08:32:51 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/3/1/31808da2-dff8-4e30-8f89-e75cc4f4ab24.webp | Media/79168527258@s.whatsapp.net/3/1/31808da2-dff8-4e30-8f89-e75cc4f4ab24.webp [No file] |
| 2022/07/01 08:56:46 | Incoming | Egor Popov | Alexander Ionov | 3AD55D47999283923C3E | 3AD55D47999283923C3E |
| 2022/07/01 08:57:10 | Incoming | Egor Popov | Alexander Ionov | И ссылочки на испанские СМИ☝ Не только же Воркерс освещали такое масштабное событие? Кстати, сколько там примерно было человек? | And links to the Spanish mass media. Workers wasn't the only one covering such a large-scale event, was it? By the way, how many people were there, approximately? |
| 2022/07/01 09:20:58 | Outgoing | Alexander Ionov | Egor Popov | https://www.google.ru/search?q=anti+nato+protests&newwindow=1&prmd=inv&sxsrf=ALiCzsYvoVHWq6Kc9W2w6xozZHqdcvFMVw:1656667238741&source=lnms&tbm=nws&sa=X&ved=2ahUKEwi2qZqyrtf4AhWygv0HHWYcD-QQ_AUoAnoECAIQAg&biw=428&bih=746&dpr=3 | https://www.google.ru/search?q=anti+nato+protests&newwindow=1&prmd=inv&sxsrf=ALiCzsYvoVHWq6Kc9W2w6xozZHqdcvFMVw:1656667238741&source=lnms&tbm=nws&sa=X&ved=2ahUKEwi2qZqyrtf4AhWygv0HHWYcD-QQ_AUoAnoECAIQAg&biw=428&bih=746&dpr=3 |
| 2022/07/01 09:21:00 | Outgoing | Alexander Ionov | Egor Popov | Вот | Here you are. |
| 2022/07/01 09:21:03 | Outgoing | Alexander Ionov | Egor Popov | Развлекайся) | Have fun) |
| 2022/07/01 12:19:16 | Incoming | Egor Popov | Alexander Ionov | А где-нибудь кроме «СИ» освещалась акция у капитолия в Атланте? В прошлый раз тоже не было ссылок | Apart from 'SI', was the event by the Capitol in Atlanta covered anywhere else? Last time there were no links either. |
| 2022/07/01 12:19:21 | Incoming | Egor Popov | Alexander Ionov | [Emoji(s)] | [Emoji(s)] |
| 2022/07/29 07:54:26 | Incoming | Egor Popov | Alexander Ionov | А как зовут этого министра Ливана? | And what's this Lebanon's Minister's name? |
| 2022/07/29 07:54:35 | Incoming | Egor Popov | Alexander Ionov | Доброе утро!! | Good morning!! |
| 2022/07/29 07:55:33 | Incoming | Egor Popov | Alexander Ionov | У них де должность совмещенная? Министр иностранных дел и миграции? | Where is their joint duty assignment position? The Minister of Foreign Affairs and Migration? |
| 2022/07/29 07:56:08 | Incoming | Egor Popov | Alexander Ionov | А чиновникам в Ливане можно регистрировать фирмы? | Are public servants in Lebanon allowed to register firms? |
| 2022/07/29 08:10:17 | Incoming | Egor Popov | Alexander Ionov | Новость про Риттера в топ Яндекс зашла? А кто ее цитировал? Дай 3-4 ссылки. | Did the news about Ritter make it to the Yandex top? And who quoted it? Give three or four links. |
| 2022/07/29 08:10:21 | Incoming | Egor Popov | Alexander Ionov | Хочу показать масштаб | I want to show the scope |
| 2022/07/29 08:23:29 | Outgoing | Alexander Ionov | Egor Popov | Слушай, посмотрел | Listen, I checked |
| 2022/07/29 08:23:44 | Outgoing | Alexander Ionov | Egor Popov | В Яндекс попали новости от его выступления на ютубе | The news about his public speech on Youtube made it to Yandex |
| 2022/07/29 08:24:07 | Outgoing | Alexander Ionov | Egor Popov | А часть статей от ридовки | How about some articles from Readovka? |
| 2022/07/29 08:24:12 | Outgoing | Alexander Ionov | Egor Popov | Что то непонятное | I'm confused |
| 2022/07/29 08:24:15 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/0/9/09baf05f-83d4-4f46-b3af-27741bc06af5.webp | Media/79168527258@s.whatsapp.net/0/9/09baf05f-83d4-4f46-b3af-27741bc06af5.webp [No file] |

| Date/Time | Direction | From | To | Message | Translation |
|---|---|---|---|---|---|
| 2022/07/29 08:24:18 | Incoming | Egor Popov | Alexander Ionov | Ну пришли ссылки | Well, the links are in |
| 2022/07/29 08:34:07 | Outgoing | Alexander Ionov | Egor Popov | Они все на видео все таки | All of them are on video after all |
| 2022/07/29 08:34:25 | Outgoing | Alexander Ionov | Egor Popov | Я не могу определить первоисточник из за рерайтинга | I can't determine the primary source because of rewriting |
| 2022/07/29 08:34:30 | Outgoing | Alexander Ionov | Egor Popov | Не понятно | It's not clear |
| 2022/07/29 08:34:38 | Outgoing | Alexander Ionov | Egor Popov | В нашей статье те же вопросы | Our article has the same questions |
| 2022/07/29 08:34:39 | Incoming | Egor Popov | Alexander Ionov | Хорошо) | Good) |
| 2022/07/29 08:34:57 | Outgoing | Alexander Ionov | Egor Popov | А то скажешь что обманываемся | Otherwise, you'll say that we are delusional |
| 2022/07/29 08:35:07 | Outgoing | Alexander Ionov | Egor Popov | Я Собчак смотрю | I'm watching Sobchak |
| 2022/07/29 08:35:11 | Outgoing | Alexander Ionov | Egor Popov | Такая тварь | What a bitch! |
| 2022/07/29 08:54:27 | Incoming | Egor Popov | Alexander Ionov | А видел ты имеешь Ломбардо с Риттером? | And did you see do you have [sic] Lombardo with Ritter? |
| 2022/07/29 08:54:34 | Incoming | Egor Popov | Alexander Ionov | видео* | the video* |
| 2022/07/29 08:54:48 | Incoming | Egor Popov | Alexander Ionov | Это ты организовал? | Were you the one who arranged it? |
| 2022/07/29 08:54:54 | Incoming | Egor Popov | Alexander Ionov | На него тоже ссылки были? | Were there any links to it, too? |
| 2022/07/29 08:58:39 | Outgoing | Alexander Ionov | Egor Popov | Нет | No |
| 2022/07/29 08:58:41 | Outgoing | Alexander Ionov | Egor Popov | Это | This one |
| 2022/07/29 08:58:43 | Outgoing | Alexander Ionov | Egor Popov | https://youtu.be/_slIJLs-NbQ | https://youtu.be/_slIJLs-NbQ |
| 2022/07/29 08:59:03 | Outgoing | Alexander Ionov | Egor Popov | Нет, я их познакомил в прошлом году и мы делали выпуски в зум | No, I introduced them last year, and we did some broadcasts on Zoom |
| 2022/07/29 08:59:09 | Outgoing | Alexander Ionov | Egor Popov | Я же писал об этом | I did write about it |
| 2022/07/29 09:39:49 | Incoming | Egor Popov | Alexander Ionov | А я тебе об этом http://stop-imperialism.com/2022/07/29/47604/ | And I'm telling you about this - *http://stop-imperialism.com/2022/07/29/47604* |
| 2022/07/29 10:40:50 | Incoming | Egor Popov | Alexander Ionov | Саш, можешь для Взгляда дать комментарий по Новой газете? Я дам твой контакт? | Sash, can you give a commentary on Novaya Gazeta for Vzglyad? Can I share your contact information? |
| 2022/07/29 10:41:09 | Outgoing | Alexander Ionov | Egor Popov | Хорошо | Alright |
| 2022/07/29 10:41:17 | Incoming | Egor Popov | Alexander Ionov | По теме их лтквидации | On the subject of their liquidation |
| 2022/07/29 10:41:31 | Outgoing | Alexander Ionov | Egor Popov | Хорошо | Alright |
| 2022/07/29 10:41:41 | Outgoing | Alexander Ionov | Egor Popov | Когда звонить будут? | When will they call? |
| 2022/07/29 10:42:15 | Incoming | Egor Popov | Alexander Ionov | Пока не знаю♂ | I don't know yet♂ |
| 2022/07/29 10:42:21 | Outgoing | Alexander Ionov | Egor Popov | Оке | Okay |
| 2022/07/29 12:06:10 | Incoming | Egor Popov | Alexander Ionov | Саш, ты фотки в документе к первому мероприятию вообще не те прислал | Sash, the pics in the document for the first event that you have sent are completely wrong |
| 2022/07/29 12:06:35 | Outgoing | Alexander Ionov | Egor Popov | Мне какие прислали те и вставил | I inserted those that had been sent to me. |
| 2022/07/29 12:06:42 | Outgoing | Alexander Ionov | Egor Popov | Почему не те то | Why are they wrong anyway |
| 2022/07/29 12:06:48 | Incoming | Egor Popov | Alexander Ionov | Ну это не аргумент | Well, that's not a good argument |
| 2022/07/29 12:06:51 | Outgoing | Alexander Ionov | Egor Popov | [Emoji(s)] | [Emoji(s)] |
| 2022/07/29 12:07:10 | Incoming | Egor Popov | Alexander Ionov | Посмотри, там нигеры какие-то. А акции против абортов | Check it out, there are some niggers there. And the protests are against abortion |
| 2022/07/29 16:14:32 | Outgoing | Alexander Ionov | Egor Popov | Уже в топе Яндекса | Already in the Yandex top |
| 2022/07/29 16:14:34 | Outgoing | Alexander Ionov | Egor Popov | [Emoji(s)] | [Emoji(s)] |
| 2022/07/29 16:17:50 | Incoming | Egor Popov | Alexander Ionov | Media/79168527258@s.whatsapp.net/7/6/760997dc-4dd5-48f9-a4c7-e47dc26c2f87.jpg | Media/79168527258@s.whatsapp.net/7/6/760997dc-4dd5-48f9-a4c7-e47dc26c2f87.jpg [No file] |

| | | | | | |
|---|---|---|---|---|---|
| 2022/07/29 16:18:04 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/6/2/62acdccb-13b7-4a7b-a7b6-c035065c4484.webp | Media/79168527258@s.whatsapp.net/6/2/62acdccb-13b7-4a7b-a7b6-c035065c4484.webp<br><br>[No file] |
| 2022/07/29 16:19:19 | Incoming | Egor Popov | Alexander Ionov | Media/79168527258@s.whatsapp.net/b/4/b4fafa2b-4303-4363-bb57-e73b8295f05c.jpg | Media/79168527258@s.whatsapp.net/b/4/b4fafa2b-4303-4363-bb57-e73b8295f05c.jpg<br><br>[No file] |
| 2022/07/29 17:51:38 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/8/9/89b18b05-67d2-48cd-902b-ed864d394876.jpg | Media/79168527258@s.whatsapp.net/8/9/89b18b05-67d2-48cd-902b-ed864d394876.jpg<br><br>[No file] |
| 2022/07/29 17:57:09 | Incoming | Egor Popov | Alexander Ionov | Твою дивизию | Cripes! |
| 2022/07/29 18:10:36 | Incoming | Egor Popov | Alexander Ionov | Саш, ну я занят | Well, Sash, I'm busy. |
| 2022/07/29 18:10:41 | Outgoing | Alexander Ionov | Egor Popov | Да пизда | It's fucked up. |
| 2022/07/29 18:10:44 | Outgoing | Alexander Ionov | Egor Popov | Ионов оказывал финансовую поддержку этим группам, координировал и финансировал прямые действия этих групп в Соединенных Штатах, направленные на продвижение интересов России, также координировал освещение этой деятельности в российских СМИ. Ионов также передал подробную информацию об этой кампании влияния трем сотрудникам ФСБ», — утверждается в публикации. | Ionov provided financial support to these groups, coordinated and funded direct actions by these groups within the United States intended to further Russian interests, and coordinated coverage of this activity in Russian media outlets. Ionov also relayed detailed information about this influence campaign to three FSB officials, claims the publication. |
| 2022/07/29 18:21:09 | Incoming | Egor Popov | Alexander Ionov | Это кто пишет? | Who is writing it? |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Гражданин России обвиняется в сборе с целью многих США Граждане выступают в качестве незаконных агентов правительства России<br><br>Сегодня в Тампе, штат Флорида, было распечатано обвинительное заключение, обвиняющее российского гражданина, работающего от имени российского правительства и совместно с Федеральной службой безопасности России (ФСБ), в организации многолетней кампании иностранного злонамеренного влияния, которая использовала различные политические группы США для сеивания разногласий, распространения пророссийской пропаганды и вмешательства в выборы в Соединенных Штатах.<br><br>Как утверждается в обвинительном заключении, по крайней мере, с декабря 2014 года по март 2022 года житель Москвы Александр Викторович Ионов вместе с тремя российскими чиновниками участвовали в многолетней кампании иностранного злонаменительного влияния, направленной против Соединенных Штатов. Ионов является основателем и президентом Антиглобализационного движения России (AGMR), организации со штаб-квартирой в Москве и финансируемой российским правительством. Ионов использовал AGMR для проведения кампании влияния России. | |
| 2022/07/29 18:21:16 | Outgoing | Alexander Ionov | Egor Popov | "Как показывают судебные документы, Ионов якобы | [See attached.] |
| 2022/07/29 18:22:42 | Outgoing | Alexander Ionov | Egor Popov | Телефоны на помойку | Trash the phones. |
| 2022/07/29 18:23:00 | Incoming | Egor Popov | Alexander Ionov | А я тебе говорил, странный телефон тебе арабы подарили | Didn't I tell you that the phone that the Arabs had given you as a gift was weird? |
| 2022/07/29 18:23:15 | Outgoing | Alexander Ionov | Egor Popov | У меня его сто лет нет | I haven't had it for ages |
| 2022/07/29 18:23:21 | Outgoing | Alexander Ionov | Egor Popov | Он второй был | It was the second one |
| 2022/07/29 18:26:36 | Outgoing | Alexander Ionov | Egor Popov | Борисыч в Газета ру прочитал | Borisych [PH] read it on Gazeta.ru |
| 2022/07/29 19:08:28 | Outgoing | Alexander Ionov | Egor Popov | Все | That's it. |
| 2022/07/29 19:08:48 | Outgoing | Alexander Ionov | Egor Popov | Сергеевич со мной не общается больше | Sergeyevich [PH] isn't talking to me anymore. |
| 2022/07/29 19:09:09 | Incoming | Egor Popov | Alexander Ionov | Саш, я наберу. На мероприятии сейчас никак не связано | Sash, I'll call you. I'm at an event at the moment, it's completely unrelated |
| 2022/07/29 19:09:16 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/6/8/6830c9cb-2d18-42b0-a75f-4e7eb316d664.webp | Media/79168527258@s.whatsapp.net/6/8/6830c9cb-2d18-42b0-a75f-4e7eb316d664.webp<br><br>[No file] |
| 2022/07/31 06:54:16 | Incoming | Egor Popov | Alexander Ionov | Саш, доброе утро! Будь на связи. Сегодня готовим справку по ситуации для С. | Good morning, Sash! Stay in touch. Today we are preparing a situational information report for S. |
| 2022/07/31 07:10:29 | Outgoing | Alexander Ionov | Egor Popov | [Emoji(s)] | [Emoji(s)] |
| 2022/07/31 07:57:22 | Outgoing | Alexander Ionov | Egor Popov | Вечер в хату | Greetings! |
| 2022/07/31 07:57:29 | Outgoing | Alexander Ionov | Egor Popov | Теперь буду так здороваться | From now on that's the way I'll be saying hello. |
| 2022/07/31 07:57:33 | Outgoing | Alexander Ionov | Egor Popov | [Emoji(s)] | [Emoji(s)] |

| | | | | | |
|---|---|---|---|---|---|
| 2022/07/31 07:57:41 | Incoming | Egor Popov | Alexander Ionov | )) | )) |
| 2022/07/31 07:57:47 | Outgoing | Alexander Ionov | Egor Popov | Че не звонишь? | Why aren't you calling? |
| 2022/07/31 07:58:08 | Incoming | Egor Popov | Alexander Ionov | Погоди, еще позвоню😁 | Hold on, I will call 😁 |
| 2022/07/31 08:28:57 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/0/c/0c8a9156-66d2-49e9-adb9-f6fca1532650.jpg | Media/79168527258@s.whatsapp.net/0/c/0c8a9156-66d2-49e9-adb9-f6fca1532650.jpg<br><br>[No file] |
| 2022/07/31 08:29:31 | Incoming | Egor Popov | Alexander Ionov | Все перевел? | Did you translate everything? |
| 2022/07/31 08:31:01 | Outgoing | Alexander Ionov | Egor Popov | Не все | Not everything |
| 2022/07/31 08:31:14 | Incoming | Egor Popov | Alexander Ionov | Кто такой Grand Jury? | Who is *Grand Jury* ? |
| 2022/07/31 08:31:28 | Outgoing | Alexander Ionov | Egor Popov | Это собрание всех пидоров | That's all faggots gathered together |
| 2022/07/31 08:31:36 | Outgoing | Alexander Ionov | Egor Popov | Большое жюри | The grand jury |
| 2022/07/31 08:31:43 | Outgoing | Alexander Ionov | Egor Popov | Из прокурора И так далее | The prosecutor and so on |
| 2022/07/31 08:31:48 | Outgoing | Alexander Ionov | Egor Popov | Это не кто а что) | It's not who, it's what) |
| 2022/07/31 08:39:09 | Incoming | Egor Popov | Alexander Ionov | В офисах каких движений прошли обыски? | The offices of what movements were subjected to search? |
| 2022/07/31 08:39:23 | Outgoing | Alexander Ionov | Egor Popov | Уxуру и Чёрный молот | The Uhuru and the Black Hammer |
| 2022/07/31 08:41:16 | Outgoing | Alexander Ionov | Egor Popov | Страница 1 из 25 Страница 1<br>ПОДПИТЫВАЕМЫЙ<br>ОКРУЖНОЙ СУД СОЕДИНЕННЫХ ШТАТОВ<br>Средний ОКРУГ ФЛОРИДЫ<br>ДИВИЗИОН ТАМПЫ<br>7:17<br>СОЕДИНЕННЫЕ ШТАТЫ Америки<br>КЛЕРК,УТУРТ<br>V.<br>caseno. 7-22-cr-259-WFJ-Aep<br>18 U. S. C. § 371<br>АЛЕКСАНДР ВИКТОРОВИЧ<br>ИОНОВ, он же "Александр Ионов", он же "Саша"<br>МЕЛКО НАРЕЗАННЫЙ<br>обвинительный акт<br>Большое жюри предъявляет обвинения:<br>A. Введение<br>Временами материал для этого обвинительного заключения:<br>1. АЛЕКСАНДР ВИКТОРОВИЧ ИОНОВ ("ИОНОВ") был гражданином<br>Российской Федерации ("Россия"), который проживал в Москве, Россия. ИОНОВ был<br>основатель и президент Антиглобалистского движения России<br>("AGMR") со штаб-квартирой в Москве, Россия. Согласно его веб-сайту, AGMR | [See attached.] |
| 2022/07/31 08:41:36 | Incoming | Egor Popov | Alexander Ionov | Не надо, я на английском прочитаю | Don't. I'll read it in English |
| 2022/07/31 08:42:04 | Outgoing | Alexander Ionov | Egor Popov | Опасно | That's dangerous |

| | | | | | |
|---|---|---|---|---|---|
| 2022/07/31 08:42:05 | Incoming | Egor Popov | Alexander Ionov | По какой статье тебе предъявлено обвинение? | In conjunction with what Article [of the Penal Code] have you been charged? |
| 2022/07/31 08:42:21 | Incoming | Egor Popov | Alexander Ionov | Меня интересует номер статьи, а не содержание | I'm interested in the Article number rather than its content |
| 2022/07/31 08:42:31 | Outgoing | Alexander Ionov | Egor Popov | Нет у меня статьи | I don't have the Article |
| 2022/07/31 08:42:36 | Outgoing | Alexander Ionov | Egor Popov | Найду и напишу | I'll find it and send a message. |
| 2022/07/31 08:42:48 | Incoming | Egor Popov | Alexander Ionov | Найди плз, сейчас надо | Please find it, I need it now |
| 2022/07/31 08:58:21 | Incoming | Egor Popov | Alexander Ionov | Какие организации вступились за тебя и ухуру? | What organizations stood up for you and the Uhuru? |
| 2022/07/31 09:02:10 | Outgoing | Alexander Ionov | Egor Popov | Ухуру, Африканская соц партия, комитет против репрессий фбр, антивоенный комитет Чикаго, унак, альянс против расизма и политических репрессий | The Uhuru, the African Socialist Party, the Committee to Stop FBI Repression, the Chicago Anti-War Committee, UNAC, Alliance Against Racism and Political Repression |
| 2022/07/31 09:19:24 | Incoming | Egor Popov | Alexander Ionov | А в сша должность помощник = заместитель? | And in the USA, the position 'assistant' = 'deputy'? |
| 2022/07/31 09:19:40 | Outgoing | Alexander Ionov | Egor Popov | Вот это не знаю | That I don't know |
| 2022/07/31 09:19:44 | Outgoing | Alexander Ionov | Egor Popov | Честно | Honestly |
| 2022/07/31 09:19:50 | Outgoing | Alexander Ionov | Egor Popov | У них странные должности | They have weird positions |
| 2022/07/31 09:45:19 | Incoming | Egor Popov | Alexander Ionov | Ну найди статью плз, меня спрашивают | Well, find the Article, please, I'm being asked |
| 2022/07/31 09:53:37 | Incoming | Egor Popov | Alexander Ionov | Кто из государственных должностных лиц в сша высказался по твоей теме? | What US government official spoke up on your topic? |
| 2022/07/31 09:54:17 | Incoming | Egor Popov | Alexander Ionov | Про чиновников Минюста и помощников генпрокурора знаю. Нужны другие, типо Блинкена | I know about the Department of Justice officials and Assistant Attorneys General. I need others, like Blinken. |
| 2022/07/31 10:52:41 | Outgoing | Alexander Ionov | Egor Popov | https://m.youtube.com/watch?v=7FhDDZkQ4vk&feature=youtu.be | https://m.youtube.com/watch?v=7FhDDZkQ4vk&feature=youtu.be |
| 2022/07/31 11:18:07 | Incoming | Egor Popov | Alexander Ionov | А шинн фейн когда приезжала? В 2015? | And when did Sinn Fein visit? In 2015? |
| 2022/07/31 11:18:25 | Outgoing | Alexander Ionov | Egor Popov | И в 16,17 | And in [20]16, and [20]17. |
| 2022/07/31 11:45:30 | Outgoing | Alexander Ionov | Egor Popov | уведомления Генерального прокурора, как того требует закон, в нарушение 18 U. S. C. § 951(a). | Notification to the Attorney General, as required by law, in violation of *18.U.S.C. §951(a)*. |
| 2022/07/31 11:48:57 | Incoming | Egor Popov | Alexander Ionov | Что это? | What's that? |
| 2022/07/31 11:49:25 | Outgoing | Alexander Ionov | Egor Popov | Закон ФАРА | The FARA law |
| 2022/07/31 11:52:40 | Incoming | Egor Popov | Alexander Ionov | А по каким статьям тебя обвиняют этого заклна? | And under what Articles of this law do they charge you? |
| 2022/07/31 11:52:56 | Incoming | Egor Popov | Alexander Ionov | Я не онимаю, что значат эти цифры | I don't understand what these digits mean. |
| 2022/07/31 11:52:58 | Outgoing | Alexander Ionov | Egor Popov | 18 U.S.C. § 951 требует, чтобы агенты, действующие под контролем иностранных правительств или иностранных должностных лиц, кроме дипломатов, уведомили Генерального прокурора перед действием. Существует ограниченное исключение для тех, кто занимается законными коммерческими сделками. Регистрация в FARA служит необходимым уведомлением. | *18.U.S.C. §951(a)* requires that agents operating under the control of foreign governments or foreign officials, other than diplomats, notify the Attorney General before acting. There is a limited exception for those engaged in legal commercial transactions. Registration under FARA serves as the requisite notification. |
| 2022/07/31 11:53:20 | Outgoing | Alexander Ionov | Egor Popov | Параграф 951 а | Paragraph 951 a |
| 2022/07/31 11:53:47 | Outgoing | Alexander Ionov | Egor Popov | Media/79168527258@s.whatsapp.net/2/1/2186363a-f9f5-4ce8-83d4-62097a27c7be.jpg | Media/79168527258@s.whatsapp.net/2/1/2186363a-f9f5-4ce8-83d4-62097a27c7be.jpg<br><br>[No file] |