# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

Apple Confidential

Account Details

DSID: 17514180899

Col. V may contain multiple data points regarding additional email addresses associated with the Apple ID, including the Additional Email,

Col. W may contain multiple data points regarding iCloud Mail Aliases, including the iCloud Mail Alias, Mail Alias Type (for example: active

| Apple ID | DS ID | Account Type | Login Alias | First Name | Last Name |
|---|---|---|---|---|---|
| gt68art@gmail.com | 17514180899 | Full iCloud | | Евгений | Висторопский |

the Additional Email Type and the Vetting Status for any additional email addresses.
or deleted), date mail alias was created and date mail alias was modified. Note: an iCloud Mail Alias can be alternative email handle(s) for the

| Country | Language | Time Zone | Account Status | Created On | Address Line 1 |
|---|---|---|---|---|---|
| Russian Federation | RU-RU | | Active | Fri, 30 Oct 20 05:13 (PT) | Улица Славянская , дом 20 |

primary iCloud mail address, which if applicable, is indicated in Col D; or when the Apple ID is an icloud.com domain in Col. A.

| Address Line 2 | Address Line 3 | Address Line 4 | City | Postal Code | Country Code | Day Phone |
|---|---|---|---|---|---|---|
| | | | Рассказово | 393250 | Russian Federation | 1-999988766 |

| Evening Phone | FaceTime / iMessage Phone | Verified Phone | Unverified Phone |
|---|---|---|---|
| | +79999887666 | 79999887666 | |

| Additional Phone Numbers_Type | Registration IP Address |
|---|---|
| +7 999 988-76-66Reachable At Phone1-999988766 Day Phone | 109.252.60.134 |

| Additional Emails_Type_Vetting Status | iCloud Mail Aliases_Type_Created On_ Modified On |
|---|---|
| gt68art@gmail.comprimaryVerified | |

| Sign in with Apple Private Email Relay Address | Game Center Nickname |
|---|---|
| ywpfvfpsky@privaterelay.appleid.com c6v5pj5sqc@privaterelay.appleid.com | Игрок_4346878485 |