# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:

Case No.:

UNITED STATES OF AMERICA

vs.

Date Identified: _____

Date Admitted: _____

| Message Date/Time - UTC+00:00 (yyyy/MM/dd) | Message Direction | Sender | Receiver | Message | Translation/Local Media Path |
|---|---|---|---|---|---|
| 2021/01/01 01:55:40 PM | Outgoing | Yevgeniy Vistoropskiy | Aleksei Sukhodolov | Женя | Zhenya |
| 2021/01/01 01:56:37 PM | Incoming | Aleksei Sukhodolov | Yevgeniy Vistoropskiy | Ок | OK |
| 2021/01/01 08:09:07 PM | Outgoing | Yevgeniy Vistoropskiy | Aleksei Sukhodolov | Алексей Борисович, «друзья»регистрацию на рейс прошли, ожидают в зоне вылета. Как сядут в самолёт мне наберут. | Aleksey Borisovich, 'friends' have checked in for the flight and are waiting in the departure area. As soon as they get on the plane, they will call me. |
| 2021/01/01 09:05:01 PM | Incoming | Aleksei Sukhodolov | Yevgeniy Vistoropskiy | Ок! | OK! |
| 2021/01/01 09:25:20 PM | Outgoing | Yevgeniy Vistoropskiy | Aleksei Sukhodolov | Улетели | They have departed |
| 2021/01/16 12:51:43 PM | Outgoing | Yevgeniy Vistoropskiy | Aleksei Sukhodolov | Алексей Борисович, извиняюсь, что отвлекаю. Звонит Зарубенко по поручению Трофимова, спрашивает кому докладывали ежедневный отчёт, не подскажите? | Aleksey Borisovich, I apologize for distracting you. Zarubenko is calling on behalf of Trofimov and asking to whom the daily report was submitted. Could you tell me? |
| 2021/01/16 12:55:17 PM | Incoming | Aleksei Sukhodolov | Yevgeniy Vistoropskiy | Никому. Нет у нас отчета. Нас отпустили до завтра | To no one. We don't have a report. We have been dismissed until tomorrow. |
| 2021/01/16 12:55:45 PM | Outgoing | Yevgeniy Vistoropskiy | Aleksei Sukhodolov | Понял, спасибо | Got it, thanks. |
| 2021/01/16 01:00:38 PM | Incoming | Aleksei Sukhodolov | Yevgeniy Vistoropskiy | Поскажи, кто завтра ответственный | Could you tell me who is responsible tomorrow |
| 2021/01/16 01:02:33 PM | Outgoing | Yevgeniy Vistoropskiy | Aleksei Sukhodolov | Михайлов | Mikhaylov |
| 2021/01/16 01:02:47 PM | Incoming | Aleksei Sukhodolov | Yevgeniy Vistoropskiy | У нас | From our side |
| 2021/01/16 01:02:59 PM | Outgoing | Yevgeniy Vistoropskiy | Aleksei Sukhodolov | Колосов | Kolosov |
| 2021/01/16 01:04:10 PM | Incoming | Aleksei Sukhodolov | Yevgeniy Vistoropskiy | Хорошо | All right |