UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                             CASE NO. 8:22-cr-259-WFJ-AEP

OMALI YESHITELA,
PENNY HESS,
JESSE NEVEL, and
AUGUSTUS C. ROMAIN, JR.,
    a/k/a "Gazi Kodzo"

**UNITED STATES' NOTICE OF FILING OF SUPPLEMENTAL AUTHORITY**

    The United States hereby files a transcript of Judge Stephen D. Merryday's sentencing of defendant Ping Li, case no. 8:24-cr-334-SDM-NHA. Judge Merryday sentenced defendant Li to 48 months in prison and a $250,000 fine for conspiring to act as an agent of the People's Republic of China, in violation of 18 U.S.C. §§ 371 and 951. The United States respectfully submits that Judge Merryday's thorough and thoughtful explanation of the appropriate sentence in that case is helpful here, particularly his elucidation of the harm posed by these kinds of intelligence operations and the need for general deterrence.

    The undersigned AUSA apologizes for filing this transcript so close in time to the scheduled sentencing, but the transcript was only completed today. The portion filed is only Judge Merryday's statements imposing the sentence, but the United States can provide the full transcript to the Court upon request.

                                                                     Respectfully submitted,

1

ROGER B. HANDBERG
United States Attorney

By:    */s/ Daniel J. Marcet*
      Daniel J. Marcet and Risha Asokan
      Assistant United States Attorneys
      Florida Bar No. 0114104
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone: (813) 274-6000
      E-mail: Daniel.Marcet@usdoj.gov

Menno Goedman
Trial Attorney, National Security Division
U.S. Department of Justice
(Of Counsel)

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ade Griffin, Esq.
Leonard Goodman, Esq.
Mutaqee Akbar, Esq.
Mark O'Brien, Esq.

      */s/ Daniel J. Marcet*
      Daniel J. Marcet
      Assistant United States Attorney
      Florida Bar No. 0114104
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Daniel.Marcet@usdoj.gov